UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100<br><br>   Defendants. | Civil Action No. 04 11380 WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearances of Daniel M. Glosband and Jeffrey R. Yousey of Goodwin Procter LLP as counsel of record for Fidelity Management Trust Company in the above-captioned matter.

              Respectfully submitted,

              FIDELITY MANAGEMENT TRUST CO.,

              By its attorneys,

              /s/ Jeffrey R. Yousey_____
              Daniel M. Glosband, P.C. (BBO #195620)
              Jeffrey R. Yousey (BBO #651459)
              GOODWIN PROCTER LLP
              Exchange Place
              Boston, Massachusetts 02109-2881
Dated: August 12, 2004       (617) 570-1000