UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100<br><br>       Defendants. | Civil Action No. 04 11380 WGY |

**JOINT STIPULATION AND ORDER TO EXTEND TIME**
**TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Keri Evans and defendant Fidelity Management Trust Company ("Fidelity"), by their undersigned counsel, hereby stipulate and agree, and the court hereby orders, that the time within which defendant Fidelity must respond to the summons and complaint in this action is extended to and including Monday, September 27, 2004.

- 2 -

Respectfully submitted,

| KERI EVANS, | FIDELITY MANAGEMENT TRUST CO., |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ David Pastor   (by JRY) | /s/ Jeffrey R. Yousey |
| David Pastor (BBO #391000) | Daniel M. Glosband, P.C. (BBO #195620) |
| GILMAN AND PASTOR, LLP | Jeffrey R. Yousey (BBO #651459) |
| 999 Broadway, Suite 500 | GOODWIN PROCTER LLP |
| Saugus, MA 01906 | Exchange Place |
| (781) 231-7850 | Boston, MA 02109-2881 |
| Fax: (781) 231-7840 | (617) 570-1000 |
|  | Fax: (617) 523-1231 |

Joseph H. Meltzer
Edward W. Ciolko
Gerald D. Wells, III
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706
Fax: (610) 667-7056

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 797-8700

Dated: August 12, 2004

SO ORDERED:

_____
William G. Young, Chief U.S.D.J.

LIBA/1405099.1