UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRI EVANS, et al.

Plaintiff,

Case No.

V.                                04 11380 WGY

JOHN F. AKERS, et al.

Defendant


MOTION TO QUASH SERVICE


COMES NOW, PAUL J. NORRIS, by and through his attorney, Kenneth W. Betz, and moves this Court for an Order To Quash Service served upon PAUL J. NORRIS and as grounds therefore shows unto this Court the following:

1.   Paul J. Norris with a full name of Paul James Norris residing at 9210 Ingalls St., Westminster CO 80031 with date of birth of February 4, 1937 is not the same person as the Paul J. Norris identified as a Defendant in Plaintiff's Complaint filed in this case.

2.   Attached and incorporated herein is the sworn Affidavit of Paul J. Norris.

3.    The erroneous Paul J. Norris was served with a Civil Summons and Complaint on August 8, 2004. The undersigned moves this Court to quash said service.

4.    Request is made that this matter be determined without requiring a personal appearance of the parties.

attachments: Affidavit & Copy of Summons

DATED: *August 24, 2004*

                                   Respectfully Submitted,

                                   */s/ Kenneth W. Betz*
                                   Kenneth W. Betz
                                   Colorado Registration #4370
                                   Attorney for Paul J. Norris
                                   6425 Wadsworth  #306
                                   Arvada  CO  80003
                                   303 239-9585

CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing MOTION TO QUASH SERVICE upon David Pastor, Esq. attorney for Plaintiffs, by Facsimile at 781 231-7840 and by depositing a true copy thereof in the United States Mail, postage prepaid, addressed to the following:

David Pastor, Esq.
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus MA 01906

This 24th day of August, 2004

_Kenneth Bety_

AFFIDAVIT

STATE OF COLORADO   )
                    )ss.
COUNTY OF JEFFERSON )

I, PAUL J. NORRIS, The Affiant herein, being sworn states as follows:

1. My full name is PAUL JAMES NORRIS and my date of birth is February 2, 1937;

2. I have resided at 9210 Ingalls Street, Westminster CO 80031 since 1981;

3. I have been employed as a glass glazier from 1964 to 2002 at which time I retired;

4. At no time have I been employed by or in anyway connected to or with W. R. Grace & Co.;

5. I am not the Paul J. Norris indicated as a Defendant in Case No. 04 11380 WGY in the United States District Court for the District of Massachusetts.

_____
PAUL J. NORRIS, Affiant

Subscribed and sworn to before me in the County of Jefferson, State of Colorado, this 24TH day of August, 2004.

My Commission expires: 3/6/07

_____
Notary Public

(Notary Seal: KENNETH BETZ, Notary Public, State of Colorado)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

KERI EVANS, on behalf of herself
and a class of all others
similarly situated,
                      V.

JOHN F. AKERS, et al.

**SUMMONS IN A CIVIL ACTION**

04 11380 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

Paul J. Norris
9210 Ingalls Street
Westminster, CO 80031

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: JUN 17 2004