UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100<br><br>        Defendants. | Civil Action No. 04 11380 WGY |

**JOINT STIPULATION AND ORDER TO FURTHER EXTEND TIME
TO RESPOND TO COMPLAINT**

On August 10, 2004, the debtors and the debtors in possession in the case of *In Re W.R. Grace, et al.,* Case No. 01-01139 (JKF), currently pending in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"), filed a Motion Requesting an Order (i) To Show Cause Why Counsel for Evans is not in Contempt of Court for Refusing to Refrain from Prosecuting a Prohibited Action Against Debtors' Affiliates and (ii) Extending the Scope of the Automatic Stay and Preliminary Injunction ("Motion to Show Cause"). This motion sought to stay the prosecution of the claims asserted by the plaintiffs in the present action, *Evans v. Akers*, *et al.*, Civil Action No. 04-11380 WGY.

On August 30, 2004, the parties in *In Re W.R. Grace, et al.* filed a Stipulation on Debtor's Motion for an Expedited Hearing on and to Shorten Notice Period of Debtors' Motion Requesting an Order (i) To Show Cause Why Counsel for Evans is not in Contempt of Court for Refusing to Refrain from Prosecuting a Prohibited Action Against Debtors' Affiliates and (ii) Extending the Scope of the Automatic Stay and Preliminary Injunction ("Stipulation") that provided, among other things, that "[t]he time for all defendants to answer or otherwise move with respect to the operative complaint in the Evans Action (hereinafter "Defendants") shall be extended until thirty (30) days after the entry of an order by the Bankruptcy Court on the Debtors' Motion to Show Cause." See Stipulation at 3, ¶1 (attached hereto as Exhibit A). The Stipulation further provided that "[u]ntil the Bankruptcy Court enters an order on Debtors' Motion to Show Cause, the Class Plaintiffs shall not seek to require the Defendants to Respond to the Complaint or to any affirmative discovery requests or to take any other affirmative steps to defend the Evans Action." *Id.* at ¶2.

In light of the above Stipulation, Plaintiff Keri Evans and defendant State Street Bank and Trust Company ("State Street"), by their undersigned counsel, hereby stipulate and agree, and the Court hereby orders that:

1. The time within which defendant State Street must respond to the summons and complaint in this action is further extended to and including thirty (30) days after the entry of an order by the Bankruptcy Court on the Motion to Show Cause currently pending in *In Re W.R. Grace & Co., et al.*, Case No. 01-01139 (JKF); and

2. Until the Bankruptcy Court in that action enters an order on Debtors' Motion to Show Cause, the Class Plaintiffs shall not seek to require the Defendants to respond to the *Evans*

Complaint or to any affirmative discovery requests or to take any other affirmative steps to defend the *Evans* Action.

Respectfully submitted,

| | |
|---|---|
| KERI EVANS, | STATE STREET BANK AND TRUST CO., |
| By her attorneys, | By its attorneys, |
| /s/ David Pastor   (by JRY)<br>David Pastor (BBO #391000)<br>GILMAN AND PASTOR, LLP<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>(781) 231-7850<br>Fax: (781) 231-7840 | /s/ Jeffrey R. Yousey<br>Daniel M. Glosband, P.C. (BBO #195620)<br>Jeffrey R. Yousey (BBO #651459)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>(617) 570-1000<br>Fax: (617) 523-1231 |

Joseph H. Meltzer
Edward W. Ciolko
Gerald D. Wells, III
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706
Fax: (610) 667-7056

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 797-8700

Dated: September 24, 2004

SO ORDERED:

_____
William G. Young, Chief U.S.D.J.

LIBA/1414498.1