# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                )
                                      )
W. R. GRACE & CO., et al.,            )   Chapter 11
                                      )
            Debtors.                  )   Case No. 01-01139 (JKF)
                                      )   (Jointly Administered)
―――――――――――――――――――――                 )
                                      )
W.R. GRACE & CO., et al.,             )
                                      )
            Plaintiffs,               )
                                      )
      v.                              )
                                      )   Adversary No. A-01-771
MARGARET CHAKARIAN, et al.,           )
And John Does 1-1000,                 )
                                      )
            Defendants.               )

**STIPULATION ON DEBTORS' MOTION FOR AN EXPEDITED HEARING ON DEBTORS' MOTION REQUESTING AN ORDER (i) TO SHOW CAUSE WHY COUNSEL FOR EVANS IS NOT IN CONTEMPT OF COURT FOR REFUSING TO REFRAIN FROM PROSECUTING A PROHIBITED ACTION AGAINST DEBTORS' AFFILIATES AND (ii) EXTENDING THE SCOPE OF THE AUTOMATIC STAY AND THE PRELIMINARY INJUNCTION**

17175/2
08/31/2004 1596198.02

On August 10, 2004, the above-captioned debtors and debtors in possession (the "Debtors")[1] filed a Motion Requesting An Order (i) To Show Cause Why Counsel For Evans Is Not In Contempt of Court For Refusing To Refrain From Prosecuting A Prohibited Action Against Debtors' Affiliates and (II) Extending the Scope of the Automatic Stay and the Preliminary Injunction (the "Motion to Show Cause"), and also filed a Motion for an Expedited Hearing and to Shorten Notice on the Motion to Show Cause. The Motion to Show Cause seeks, inter alia, to stay the prosecution of the claims asserted by plaintiffs (the "Class Plaintiffs") in the action entitled Kori Evans, on behalf of herself and a Class of All Others Similarly Situated v. John F. Akers, et al., pending in the United States District Court for the District of Massachusetts, Civil Action No. 04-11380 WGY (the "Evans Action"). The Debtors and the Class Plaintiffs hereby agree and stipulate as follows:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

1. The time periods for all defendants to answer or otherwise move with respect to the operative complaint in the Evans Action (hereinafter "Defendants") shall be extended until thirty (30) days after the entry of an order by the Bankruptcy Court on the Debtors' Motion to Show Cause.

2. Until the Bankruptcy Court enters an order on Debtors' Motion to Show Cause, the Class Plaintiffs shall not seek to require the Defendants to respond to the Complaint or to any discovery requests or to take any other affirmative steps to defend the Evans Action.

3. If the United States District Court for the District of Massachusetts (the "District Court") *sua sponte* seeks to require the Defendants to take any action in the Evans Action prior to the issuance of an order by the Bankruptcy Court on the Debtors' Motion to Show Cause, the Class Plaintiffs shall immediately advise the District Court of this Stipulation and the pendency of the Motion to Show Cause.

4. The Debtors and the Class Plaintiffs agree that the Debtors' Motion to Show Cause shall be scheduled for oral argument before the Bankruptcy Court on September 27, 2004 at 12:00 PM, during the scheduled omnibus hearing in the Debtors' chapter 11 case.

5. The Class Plaintiffs shall file and serve their response to Debtors' Motion to Show Cause by September 14, 2004.

6. The Debtors hereby withdraw their Motion for an Expedited Hearing and Motion to Shorten Notice.

Dated: August 31, 2004            Respectfully submitted:

KIRKLAND & ELLIS

David M. Bernick, P.C.
James W. Kapp III
Janet S. Baer

-3-

Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861 - 2000

PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
Scotta McFarland (Bar No. 4184)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

LOWENSTEIN SANDLER PC

_____
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL 9978)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2481

Bankruptcy Counsel for Keri Evans on behalf of herself and
a class of all others similarly situated

-4-

TOTAL P.05