IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KERI EVANS,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>            Defendants. | ELECTRONICALLY FILED<br><br>Case No. 04-11380-WGY |

## DEFENDANTS' MOTION TO REOPEN AND ENLARGE
## TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, and State Street Bank & Trust Company, by and through their undersigned counsel, hereby move to reopen the above-captioned case and to enlarge the Defendants' time to answer or otherwise respond to the Complaint as explained below. In support of their motion, the Defendants state as follows:

1. Plaintiff Keri Evans filed the complaint in this action on June 16, 2004.

2. On August 10, 2004, W. R. Grace & Co. filed a motion in the Bankruptcy Court for the District of Delaware, where its bankruptcy case is pending, seeking to stay this action.

3. On September 27, 2004, the Delaware Bankruptcy Court ordered this action stayed as to all Defendants through December 31, 2004.

4. In recognition of the Bankruptcy Court's stay, on November 16, 2004, this Court ordered this action closed without entry of judgment so as to avoid the necessity for counsel to appear at periodic status conferences. *See* Order for Closure, Docket No. 9. The closure order

provided that this action may be reopened upon motion by any party demonstrating that the impediment to trial has been removed. *Id.*

5. The impediment to trial in this action was removed when the stay imposed by the Bankruptcy Court expired on December 31, 2004.

6. In the meantime, on October 26, 2004, a second class action was filed in the Eastern District of Kentucky against most of the same Defendants named in this action. That case – *Bunch v. W. R. Grace & Co.,* Case No. 04-218 (DLB) (E.D. Ky.) (the "Kentucky Action") – is substantially similar to this case in that both are putative nationwide class actions under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, in which the Plaintiffs allege breaches of fiduciary duties with respect to the Defendants' actions in holding, managing and divesting Grace common stock held by the W. R. Grace & Co. Savings and Investment Plan.

7. Defendants wish to have the Kentucky Action and this case heard by the same court to avoid the risk of inconsistent judgments and the prodigious duplication of effort and waste of resources that would otherwise occur. This Court is, moreover, the preferable forum, because the Defendants have many more contacts with this venue than with the Eastern District of Kentucky. Accordingly, the Defendants in the Kentucky Action are moving to transfer that case to this Court. *See* Defendants' Motion to Transfer Proceedings to the District of Massachusetts and Defendants' Memorandum of Law in Support of Motion to Transfer Proceedings to the District of Massachusetts, *Bunch v. W. R. Grace & Co.* (Exhibit A) (without attachments). If transfer is ordered, Defendants intend to file a motion to consolidate the two actions pursuant to Fed. R. Civ. P. 42(a). Reopening this case is a necessary predicate to Defendants' Motion to Transfer.

8. The interests of justice and judicial efficiency will be served by an order reopening this case and extending Defendants' time to answer or otherwise respond to the Complaint until after the questions of transfer and consolidation are resolved. Specifically, Defendants request that the Court extend the date by which they must answer or otherwise respond until the earlier of (a) 30 days after a ruling by this Court on the Defendants' motion to consolidate, (b) 30 days after a ruling by the Court in the Kentucky Action denying Defendants' motion to transfer, or (c) 90 days from the date of the Court's order granting this motion.

9. In accordance with Local Rule 7.1(A)(2), counsel for Defendants certify that they have conferred with counsel for Plaintiff in a good faith effort to resolve the issue raised by this motion. On January 21, 2005, Defendants requested Plaintiff's consent to this motion. In a telephone conference on January 25, 2005, Plaintiff's counsel stated that the Plaintiff could not join in a motion to reopen the case at this time.

10. For the foregoing reasons, Defendants respectfully request that this Court grant its motion to reopen and for an enlargement of time to answer or otherwise respond to the Complaint until the earlier of (a) 30 days after a ruling by this Court on the Defendants' motion to consolidate, (b) 30 days after a ruling by the Court in the Kentucky Action denying Defendants' motion to transfer, or (c) 90 days from the date of the Court's order granting this motion.

Dated: February 4, 2005

Respectfully submitted,

JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI

By their counsel,

*/s/ Matthew C. Hurley*

William W. Kannel (BBO # 546704)
(wkannel@mintz.com)
Donna M. Evans (BBO # 554613)
(dmevans@mintz.com)
Matthew C. Hurley (BBO # 643638)
(mhurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: 617 542-6000
Facsimile: 617 542-2241

-and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Lisa A. Estrada
(estrada.lisa@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

STATE STREET BANK AND TRUST COMPANY

By its counsel,

_Sean T. Carnathan_ /MCH/
Sean T. Carnathan (BBO#636889)
(scarnathan@goclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA  01803
Telephone:  (781) 359-9000
Facsimile:   (781) 359-9001

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2005, a copy of the foregoing *Defendants' Motion to Reopen and Enlarge Time to Answer or Otherwise Respond to Complaint* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to all parties who are not served via the Court's electronic filing system.

_Matthew C. Hurley_
Matthew C. Hurley