IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 04-11380-WGY |
| JOHN F. AKERS, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

**UPON CONSIDERATION** of Defendants' Motion to Reopen and Enlarge Time to Answer or Otherwise Respond to the Complaint, the entire record herein, and in due consideration of the bases thereof it is, this ____ day of February, 2005, hereby:

**ORDERED** that Defendants' Motion be, and hereby is, **GRANTED**;

**ORDERED** that the above-entitled action be and hereby is **OPENED**; and

**ORDERED** that Defendants' time to answer or otherwise respond to the Complaint shall be enlarged to the earlier of (a) 30 days after a ruling by this Court on the Defendants' motion to consolidate, (b) 30 days after a ruling by the Court in the Kentucky Action denying Defendants' motion to transfer, or (c) 90 days from the date hereof.

_____
United States District Court Judge

LIT 1502759v1