UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>                Defendants. | CIVIL ACTION NO. 04 11380 WGY |

**UNOPPOSED MOTION FOR ADMISSION
*PRO HAC VICE* OF SCOTT M. FLICKER**

      Pursuant to Local Rule 83.5.3(b), Sean T. Carnathan, a member of the Bar of this Court, hereby moves this Court for an order allowing Scott M. Flicker to appear in this matter on behalf of Defendant State Street Bank and Trust Company.  Mr. Carnathan is a member of good standing of the United States District Court for the District of Massachusetts.  As grounds for

this motion, Mr. Carnathan relies upon the affidavit of Mr. Flicker (submitted herewith) and states as follows:

    1.    Mr. Flicker is admitted to practice law in Washington, District of Columbia.

    2.    Mr. Flicker is admitted to practice in the United States District Court for the District of Columbia.

    3.    Mr. Flicker is a member of good standing in all jurisdictions where he has been admitted to practice.

    4.    There are no disciplinary proceedings pending against Mr. Flicker as a member of the bar in any jurisdiction.

    5.    Mr. Flicker is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    6.    Mr. Flicker is familiar with the facts and circumstances underlying the captioned action and his admission *Pro Hac* Vice will facilitate the just and speedy resolution of this action.

    7.    Counsel for Plaintiff has been informed of this motion and does not oppose it.

    8.    Pursuant to Section F of the District of Massachusetts Electronic Case Filing Administrative Procedures, Defendant has contemporaneously tendered a check to the clerk for $50.00 upon the filing of this motion, which represents the Court's filing fee for Mr. Flicker's admission *Pro Hac Vice*.

-3-

WHEREFORE, Sean T. Carnathan hereby requests that this Court admit Mr. Flicker to appear in this matter on behalf of State Street Bank and Trust Company.

   /s/  Sean T. Carnathan
Sean T. Carnathan (BBO# 636889)
Quigley, O'Connor & Carnathan, LLC
20 Custom House Street, Suite 1040
Boston, Massachusetts 02110
(617) 292-2520

Dated:  February 7, 2005

SF/348228.1