UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>Defendants. | CIVIL ACTION NO. 04 11380 WGY |

**AFFIDAVIT OF SCOTT M. FLICKER**

Scott M. Flicker, upon oath, deposes and says as follows:

1.     I am an attorney licensed to practice law in Washington, D.C.  I am a lawyer with

the law firm of Paul, Hastings, Janofsky & Walker LLP in Washington, D.C.  I submit this

affidavit in support of the Motion for Admission *Pro Hac Vice* of Scott M. Flicker in the above

captioned action on behalf of Defendant State Street Bank and Trust Company.

-2-

2.      I am familiar with the facts and circumstances underlying the captioned action and my admission *Pro Hac Vice* will facilitate the just and speedy resolution of this action.

3.      I am a member of the Bar of the State of Washington, District of Columbia.

4.      I am a member of the Bar of the United States District Court, for the District of Columbia.

5.      I am a member in good standing in all jurisdictions where I have been admitted to practice.

6.      Attached hereto is my Certificate of Good Standing for the District of Columbia Court of Appeals.

7.      There are no disciplinary proceedings pending against me in any jurisdiction.

8.      I have reviewed and am familiar with the Local Rules of the United States District court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 7th day of February, 2005.


/s/ Scott M. Flicker
                Scott M. Flicker


SF/348222.1