# Certificate of Good Standing

United States District Court )
                             ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **John A. Reding, Bar No. 45800** was duly admitted to practice in said Court on **January 15, 1970**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on December 22, 2004

Richard W. Wieking
Clerk