UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>      Defendants. | CIVIL ACTION NO. 04 11380 WGY |

**[PROPOSED] ORDER**

  Upon the motion of Sean T. Carnathan of Quigley, O'Connor & Carnathan, LLC to the Bar of this Court *pro hac vice* and the affidavit of John A. Reding submitted herewith, it is hereby

-2-

ORDERED that the motion to admit John A. Reding, Esq. to the Bar of this Court *pro hac vice* be and is hereby granted.

Dated: _____

SO ORDERED:

_____
United States District Court Judge

SF/348252.1