# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Joshua C. Irwin, Bar No. 209437 was duly admitted to practice in said Court on December 4, 2000, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on December 2, 2004

Richard W. Wieking
Clerk