UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN F. AKERS, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 04-11380-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Carol Connor Flowe as counsel on behalf of defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, W. R. Grace & Co. Investments and Benefits Committee, W. R. Grace & Co. Administrative Committee, Brenda Gottlieb, W. Brian McGowan, and Michael Piergrossi (collectively, the "Defendants") in this matter, and for good cause shown,

IT IS on this ____ day of February, 2005, hereby ORDERED that the Motion for Admission *Pro Hac Vice* of Carol Connor Flowe on behalf of Defendants is GRANTED.

_____
United States District Court Judge

EXHIBIT
B