UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 04-11380-WGY |
| JOHN F. AKERS, et al., | ) ) ) |
| Defendants. | ) ) |

### CERTIFICATION OF GRETCHEN A. DIXON
### PURSUANT TO LOCAL RULE 83.5.3(b)

I, Gretchen A. Dixon, hereby depose and state as follows:

1. I am an attorney at Arent Fox PLLC, which represents defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, W. R. Grace & Co. Investments and Benefits Committee, W. R. Grace & Co. Administrative Committee, Brenda Gottlieb, W. Brian McGowan, and Michael Piergrossi in this matter. I submit this certification pursuant to Local Rule 83.5.3(b).

2. I am admitted to practice in the States of Missouri and Arizona and am a member in good standing of the Missouri and Arizona bars.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the facts and circumstances in the above matter and I am familiar with the Local Rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

_/s/ Gretchen A. Dixon_
Gretchen A. Dixon

Dated: February 9, 2005

**EXHIBIT A**