UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1:38

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated, ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 04-11380 |
| v. ) ) | |
| JOHN F. AKERS, *et al.* ) ) | |
| Defendants. ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective January 31, 2005, Schiffrin & Barroway, LLP's office will be relocated as follows:

        Schiffrin & Barroway, LLP
        280 King of Prussia Road
        Radnor, PA 19087

The firm's telephone and facsimile numbers will remain the same.

Dated: February 4, 2005        Respectfully submitted,

        SCHIFFRIN & BARROWAY, LLP

        */s/ Joseph H. Meltzer*
        Joseph H. Meltzer
        280 King of Prussia Road
        Radnor, PA 19087
        (610) 667-7706

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Change of Address has been served, via first class mail, this date, upon the following:

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Thomas J. Hart
Slevin & Hart
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, DC 20036

Kenneth Betz
Adams & Jefferson Cos
6425 Wadsworth Road, #306
Arvada, CO 80003

Jeffrey Robert Yousey
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791

Dated: February 4, 2005

_____
Joseph H. Meltzer