UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>    Defendants. | CIVIL ACTION NO. 04 11380 WGY |

## **ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW**

   Pursuant to Local Rule 83.5.3(c), the law firm of Goodwin Procter LLP, and Jeffrey R. Yousey (together, "Goodwin"") hereby request leave to withdraw as counsel for Defendant State Street Bank & Trust Company ("State Street"). In support of this Motion, Goodwin states as follows:

   1.  Attorney Sean T. Carnathan of the firm Quigley, O'Connor and Carnathan LLC has appeared in the case on behalf of State Street. Mr. Carnathan has also moved on State Street's behalf for the admission *pro hac vice* of Attorneys Scott M. Flicker, Joshua C. Irwin, and John A. Reding of the firm Paul, Hastings, Janofsky & Walker LLP, and the Court has granted those motions. See Electronic Order, dated February 10, 2005.

2. The only motions pending before the Court are the motions for admission *pro hac vice* submitted by Carol Connor Flowe, Caroline Turner English, and Gretchen A. Dixon of the firm Arent Fox PLLC to appear as counsel for defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, W.R. Grace & Co. Investments and Benefits Committee, W.R. Grace & Co. Administrative Committee, Brenda Gottlieb, W. Brian McGowan, and Michael Piergrossi, and a Motion for Extension of Time to Answer and Motion to Re-Open, which Mr. Carnathan signed on State Street's behalf.

3. No trial date has been set.

4. No hearings or conferences are scheduled and no reports, oral or written are due.

5. All other parties to this Action assent to the granting of this Motion.

/s/ Jeffrey R. Yousey
Jeffrey R. Yousey (BBO# 651459)
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA  02109
Telephone:  617-570-1000

Dated:  February 15, 2005

**LOCAL RULE 7.1 CERTIFICATION**

I, Jeffrey R. Yousey, hereby certify pursuant to Local Rule 7.1(A)(2) that counsel for State Street Bank & Trust Company conferred in good faith with counsel for the plaintiffs, and the plaintiffs have assented to this motion.

Dated: February 15, 2005                    /s/ Jeffrey R. Yousey
                                                              Jeffrey R. Yousey

LIBA/1456029.1