UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100<br><br>　　　　Defendants. | Civil Action No. 04 11380 WGY |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

　　Pursuant to Local Rule 83.5.2(a), please enter the appearance of Brian H. Mukherjee of Goodwin Procter LLP as counsel for defendant Fidelity Management Trust Co. in the above-captioned matter. Also, please withdraw Jeffrey R. Yousey of Goodwin Procter LLP as counsel for defendant Fidelity Management Trust Co. in the above-captioned matter.

       Respectfully submitted,

       FIDELITY MANAGEMENT TRUST CO.,

       By its attorneys,

       /s/ Brian H. Mukherjee
       Daniel M. Glosband, P.C. (BBO #195620)
       Brian H. Mukherjee (BBO #643954)
       Jeffrey R. Yousey (BBO #651459)
       GOODWIN PROCTER LLP
       Exchange Place
       Boston, Massachusetts  02109-2881
       (617) 570-1000

Dated:  April 29, 2005

LIBA/1535170.1