UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **KERRI EVANS,** ) | Case No. 04-11380-WGY |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **JOHN F. AKERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman & Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

>GILMAN AND PASTOR, LLP
>60 State Street, 37th Floor
>Boston, MA 02109
>Telephone: (617) 742-9700
>Facsimile: (617) 742-9701

Dated: May 25, 2005                                     Respectfully submitted,

/s/ David Pastor_____
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Attorney for Plaintiffs