UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KERI EVANS, on behalf of herself and a class of all others similarly situated,

        Plaintiff,

  v.

JOHN F. AKERS, et al.,

        Defendants.

CIVIL ACTION NO. 04 11380 WGY

**NOTICE OF CHANGE OF ADDRESS OF SCOTT M. FLICKER**

**PLEASE TAKE NOTICE** that the address of the Washington office of PAUL HASTINGS JANOFSKY & WALKER LLP has changed.

State Street Bank and Trust Company respectfully requests that effective immediately, all motions, notices, briefs, letters, memoranda, and other papers in the above-captioned matter be served upon **Scott M. Flicker** at the following address:

Scott M. Flicker
PAUL HASTINGS JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

The firm's main phone number is now (202) 551-1700 and its main facsimile number is now (202) 551-1705.

-2-

        State Street Bank and Trust Company

        By its attorneys,

        Quigley, O'Connor & Carnathan LLC


        /s/  Sean T. Carnathan
        Sean T. Carnathan (BBO# 636889)
        Quigley, O'Connor & Carnathan LLC
        20 Custom House Street, Suite 1040
        Boston, Massachusetts 02110
        (617) 292-2520

Dated:  June 6, 2005