UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100<br><br>    Defendants. | Civil Action No. 04-11380 WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Brian H. Mukherjee in the above-captioned matter as counsel for defendant Fidelity Management Trust Co.

Respectfully submitted,

FIDELITY MANAGEMENT TRUST CO.,

By its attorneys,

/s/ Brian H. Mukherjee
Daniel M. Glosband, P.C. (BBO #195620)
Brian H. Mukherjee (BBO #643954)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: June 8, 2005

LIBA/1555385.1