IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KERI EVANS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-11380-WGY |
| **JOHN F. AKERS, et al.,** | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO CONTINUE THE EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Fidelity Management Trust Company, and State Street Bank & Trust Company, by and through their undersigned counsel, hereby move for a continuation of the extension of time already in place for the Defendants to answer or otherwise respond to the Complaint. Plaintiffs do not oppose this motion. In support of their motion, the Defendants state as follows:

1. Plaintiff Keri Evans filed the Complaint in this action (the "Massachusetts Action") on June 16, 2004.

2. As a result of W. R. Grace & Co.'s bankruptcy proceedings, the Massachusetts Action was stayed by the Delaware Bankruptcy Court, and this Court ordered it "closed" without entry of judgment. *See* Order for Closure, Docket No. 9. The Order for Closure provided that the Massachusetts Action may be reopened upon motion. *Id.*

3.  In the meantime, on October 26, 2004, a second class action was filed in the Eastern District of Kentucky against most of the same Defendants named in the Massachusetts Action, alleging substantially similar claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq. Bunch v. W. R. Grace & Co.,* Case No. 04-218 (DLB) (E.D. Ky.) (the "Kentucky Action").

4.  Defendants in the Kentucky Action have moved to transfer that case to this Court. If that motion is granted, Defendants anticipate filing a motion in this Court to consolidate the Kentucky Action with this case. To facilitate that process, Defendants filed a Motion to Reopen and Enlarge Time to Answer or Otherwise Respond to Complaint on February 4, 2005.

5.  On February 10, 2005, this Court granted the Defendants' motion and entered a paperless order extending the date by which Defendants must answer or otherwise respond to the Complaint until the earlier of (a) 30 days after a ruling by this Court on the Defendants' motion to consolidate, (b) 30 days after a ruling by the Court in the Kentucky Action denying Defendants' motion to transfer, or (c) 90 days from the date of the Court's order granting this motion.

6.  Subsequently, on May 12, 2005, this Court granted the Defendants' unopposed motion to continue that extension until the earlier of: (a) 30 days after a ruling by this Court on the Defendants' motion to consolidate, (b) 30 days after a ruling by the Court in the Kentucky Action denying Defendants' motion to transfer, or (c) July 8, 2005.

7.  As of the date of this filing, the Eastern District of Kentucky has not yet ruled on Defendants' venue transfer motion, although it has been fully briefed. The Defendants' counsel recently contacted that court to inquire regarding the status of Defendants' venue transfer

motion, given the pendency of this proceeding, and the clerk indicated that the matter would be brought to the attention of Judge Bunning upon his return to the office the week of July 5, 2005.

      8.      For the foregoing reasons, the Defendants respectfully request that this Court continue the extension of time for Defendants to answer or otherwise respond to the Complaint for approximately another two months, until the earlier of: (a) 30 days after a ruling by this Court on the Defendants' motion to consolidate, (b) 30 days after a ruling by the Court in the Kentucky Action denying Defendants' motion to transfer, or (c) September 8, 2005, as set forth in the accompanying Proposed Order.

      9.      Plaintiff's counsel was consulted prior to the filing of this motion; Plaintiff does not oppose this motion.

Dated: July 1, 2005              Respectfully submitted,

JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI

By their counsel,

/s/ Donna M. Evans
_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

              -and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Gretchen Dixon
(dixon.gretchen@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395


STATE STREET BANK AND TRUST COMPANY

By its counsel,


/s/ Sean T. Carnathan

_____

Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA  01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001


FIDELITY MANAGEMENT TRUST CO.,

By its counsel,

/s/ Daniel M. Glosband

_____

Daniel M. Glosband (BBO #195620)
(dglosband@goodwinprocter.com)
Brian H. Mukherjee (BBO #643954)
(bmukherjee@goodwinprocter.com)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231

-and-

Robert N. Eccles
(beccles@omm.com)
Gary S. Tell
(gtell@omm.com)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

LIT 1530191v1