IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KERI EVANS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 04-11380-WGY |
| ) | |
| **JOHN F. AKERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

**UPON CONSIDERATION** of the Unopposed Motion to Continue the Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint, the entire record herein, and in due consideration of the bases thereof it is, this ____ day of July 2005, hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED**; and

**ORDERED** that Defendants' time to answer or otherwise respond to the Complaint shall be continued until the earlier of: (a) 30 days after a ruling by this Court on the Defendants' motion to consolidate, (b) 30 days after a ruling by the Court in the Kentucky Action denying Defendants' motion to transfer, or (c) September 8, 2005.

_____
United States District Court Judge