IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-11380-WGY |
| JOHN F. AKERS, et al., | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO CONTINUE THE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Fidelity Management Trust Company, and State Street Bank & Trust Company, by and through their undersigned counsel, hereby move for a continuation of the extension of time already in place for the Defendants to answer or otherwise respond to the Complaint. Plaintiffs do not oppose this motion. In support of their motion, the Defendants state as follows:

1. Plaintiff Keri Evans filed the Complaint in this action (the "Evans Action") on June 16, 2004.

2. As a result of W. R. Grace & Co.'s bankruptcy proceedings, the Evans Action was stayed by the Delaware Bankruptcy Court, and this Court ordered it "closed" without entry of judgment. *See* Order for Closure, Docket No. 9. The Order for Closure provided that the Massachusetts Action may be reopened upon motion. *Id.*

3. In the meantime, on October 26, 2004, a second class action was filed in the Eastern District of Kentucky against most of the same Defendants named in the Evans Action, alleging substantially similar claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* *Bunch v. W. R. Grace & Co.,* Case No. 04-218 (DLB) (E.D. Ky.) (the "Bunch Action").

4. Defendants in the Bunch Action moved to transfer that case to this Court, anticipating that, if granted, the Defendants would then file a motion to consolidate the Bunch Action with this case. To facilitate that process, Defendants filed a Motion to Reopen and Enlarge Time to Answer or Otherwise Respond to Complaint on February 4, 2005.

5. The deadline for the Defendants to answer or otherwise respond to the Complaint in this case was subsequently continued while the venue transfer motion remained pending in the Eastern District of Kentucky.

6. On July 21, 2005, the Eastern District of Kentucky granted the Defendants' venue transfer motion. The Bunch Action was then transferred to this Court on August 4, 2005, and assigned Case No. 05-11602 (MLW).

7. The Defendants are now in the progress of preparing their motion to consolidate the Bunch Action with the Evans Action and plan on filing that motion shortly.

8. The Defendants respectfully request that this Court continue the extension of time for the Defendants to answer or otherwise respond to the Complaint until September 21, 2005, as set forth in the accompanying Proposed Order.

8. Plaintiff's counsel was consulted prior to the filing of this motion; Plaintiff does not oppose this motion.

Dated: August 5, 2005                    Respectfully submitted,

JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI

By their counsel,

/s/ Donna M. Evans

_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOYSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

    -and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Gretchen Dixon
(dixon.gretchen@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395


STATE STREET BANK AND TRUST COMPANY

By its counsel,


/s/ Sean T. Carnathan

_____
Sean T. Carnathan (BBO#636889)

(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA  01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001


FIDELITY MANAGEMENT TRUST CO.,

By its counsel,

/s/ Daniel M. Glosband

_____
Daniel M. Glosband (BBO #195620)
(dglosband@goodwinprocter.com)
Brian H. Mukherjee (BBO #643954)
(bmukherjee@goodwinprocter.com)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231

    -and-

Robert N. Eccles
(beccles@omm.com)
Gary S. Tell
(gtell@omm.com)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KERI EVANS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 04-11380-WGY |
| ) | |
| **JOHN F. AKERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

**UPON CONSIDERATION** of the Unopposed Motion to Continue the Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint, the entire record herein, and in due consideration of the bases thereof it is, this ____ day of August, hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED**; and

**ORDERED** that Defendants' time to answer or otherwise respond to the Complaint shall be continued until September 21, 2005.

_____
United States District Court Judge

LIT 1535976v.1