IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, )<br>)<br>            Plaintiff, )<br>)<br>v.                                   )<br>)<br>JOHN F. AKERS, et al., )<br>)<br>            Defendants. )<br>) | Case No. 04-11380-WGY |

**DEFENDANTS JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, AND STATE STREET BANK & TRUST COMPANY'S MOTION TO CONSOLIDATE**

Defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, and State Street Bank & Trust Company (collectively, the "Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 42(a), hereby request that the Court consolidate a related action, Case No. 04-218-DLB (the "Bunch Action"), which was recently transferred to this Court from the Eastern District of Kentucky, with this action, Case No. 04-11380-WGY (the "Evans Action"). These cases involve common parties and common issues of fact and law; namely, whether the Defendants breached their fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA"), in connection with the acquisition and holding of stock in W. R. Grace & Co. ("Grace") by the W.R. Grace & Co. Savings and Investment Plan (the "Plan"). Because of the substantial overlap between these two cases, consolidation will promote judicial

efficiency and, given the early stage of proceedings in both actions, consolidation will not prejudice any party. For these reasons, and those set forth in the attached memorandum of law, these cases should be consolidated for all future proceedings.

    Defendants' counsel hereby certify that they conferred with counsel for Plaintiffs in the Evans Action and the Bunch Action, in a good faith effort to narrow or resolve this issue, but were unsuccessful.

Dated:  August 5, 2005

Respectfully submitted,

JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI

By their counsel,

/s/ Donna M. Evans
_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOYSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

-and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Gretchen Dixon
(dixon.gretchen@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395


STATE STREET BANK AND TRUST COMPANY

By its counsel,


/s/ Sean T. Carnathan
_____
Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA  01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001

-and-

Scott M. Flicker
(scottflicker@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 Fifteenth Street, NW
Washington, DC  20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-170