UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK & TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>      Defendants. | Civil Action No. 04-11380 (WGY) |

## JOINT STIPULATION AND [PROPOSED] ORDER

Plaintiff Keri Evans ("Plaintiff") and Defendants John F. Akers, Ronald C. Cambre, Mary Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, State Street Bank & Trust Company, and Fidelity Management Trust Company (collectively, "Defendants"), by their undersigned counsel, hereby stipulate and agree that (1) the time in which Plaintiff must respond to Defendants' Motion to Consolidate is extended up to and including September 16, 2005; (2) the time in which Defendants must

{00006044.DOC ; 1}

respond to Plaintiffs' Complaint is extended to thirty (30) days after a ruling by this Court on Defendants' Motion to Consolidate.

Dated: August 19, 2005

Respectfully submitted,

| | |
|---|---|
| KERI EVANS, | JOHN F. AKERS, RONALD C. CAMBRE, MARY ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, AND MICHAEL PIERGROSSI, |
| By her attorneys, | By their attorneys, |
| /s/ David Pastor | /s/ William W. Kannel |
| David Pastor (BBO # 391000) | William W. Kannel (BBO# 546724) |
| GILMAN AND PASTOR, LLP | Donna M. Evans (BBO# 554613) |
| Stonehill Corporate Center | MINTZ, LEVIN, COHN, FERRIS, |
| 999 Broadway, Suite 500 | GLOYSKY and POPEO, P.C. |
| Saugus, MA 01906 | One Financial Center |
| Tel.: (781) 231-7850 | Boston, MA 02111 |
| | Tel.: (617) 542-6000 |
| Joseph H. Meltzer | Carol Connor Flowe |
| Katherine B. Bornstein | Caroline Turner English |
| SCHIFFRIN & BARROWAY, LLP | Gretchen Dixon |
| 280 King of Prussia Road | ARENT FOX PLLC |
| Radnor, PA 19087 | 1050 Connecticut Avenue, N.W. |
| Tel.: (610) 822-0274 | Washington, D.C. 20036 |
| | Tel.: (202) 857-6000 |

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 797-8700

| STATE STREET BANK AND TRUST COMPANY | FIDELITY MANAGEMENT TRUST CO., |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Sean T. Carnathan | /s/ Daniel M. Glosband |
| Sean T. Carnathan (BBO#636889) | Daniel M. Glosband (BBO #195620) |
| QUIGLEY, O'CONNOR AND CARNATHAN, LLC | Brian H. Mukherjee (BBO #643954) |
| 8 New England Executive Park, Suite 310 | GOODWIN PROCTER LLP |
| Burlington, MA 01803 | Exchange Place |
| Tel.: (781) 359-9000 | Boston, MA 02109-2881 |
| | Tel.: (617) 570-1000 |
| | Robert N. Eccles |
| | Gary S. Tell |
| | O'MELVENY & MYERS LLP |
| | 1625 Eye Street, NW |
| | Washington, DC 20006 |
| | Tel.: (202) 383-5300 |

SO ORDERED:

_____
William G. Young, Chief U.S.D.J.