UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK & TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>                    Defendants. | **Civil Action No. 04-11380 (WGY)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LAWRENCE W. BUNCH, JERRY L. HOWARD, SR., AND DAVID MUELLER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., W. R. GRACE INVESTMENT AND BENEFITS COMMITTEE, FRED FESTA, PAUL J. NORRIS, ROBERT M. TAROLA, JOHN F. AKERS, HENRY | **Civil Action No. 05-11602 (MLW)** |

FURLONG BALDWIN, RONALD C. CAMBRE, )
MARYE ANNE FOX, JOHN J. MURPHY, )
THOMAS A. VANDERSLICE, FIDELITY )
MANAGEMENT TRUST COMPANY, )
STATE STREET BANK AND TRUST )
COMPANY AND STATE STREET GLOBAL )
ADVISORS )
                                                          )
            Defendants.         )
_____  )

## AMENDED JOINT STIPULATION AND [PROPOSED] ORDER

Plaintiff Keri Evans ("Plaintiff Evans") and Defendants John F. Akers, Ronald C. Cambre, Mary Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, State Street Bank & Trust Company, and Fidelity Management Trust Company (collectively, "Defendants Evans"), AND

Plaintiff Lawrence W. Bunch ("Plaintiff Bunch") and Defendants W. R. Grace & Co., W. R. Grace Investment and Benefits Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Fidelity Management Trust Company, State Street Bank and Trust Company, and State Street Global Advisors (collectively "Defendants Bunch") by their undersigned counsel, hereby stipulate and agree that (1) the time in which Plaintiffs Bunch and Evans must respond to Defendants' Motion to Consolidate is extended up to and including September 16, 2005; (2) the time in which Defendants Evans must respond to Plaintiffs' Complaints is extended to thirty (30) days after a ruling by this Court on Defendants' Motion to Consolidate.

Dated: August 19, 2005

Respectfully submitted,

| | |
|---|---|
| KERI EVANS, | JOHN F. AKERS, RONALD C. CAMBRE, MARY ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, AND MICHAEL PIERGROSSI, |
| By her attorneys, | By their attorneys, |
| /s/ David Pastor | /s/ William W. Kannel |
| David Pastor (BBO # 391000) | William W. Kannel (BBO# 546724) |
| GILMAN AND PASTOR, LLP | Donna M. Evans (BBO# 554613) |
| Stonehill Corporate Center | MINTZ, LEVIN, COHN, FERRIS, |
| 999 Broadway, Suite 500 | GLOYSKY and POPEO, P.C. |
| Saugus, MA 01906 | One Financial Center |
| Tel.: (781) 231-7850 | Boston, MA 02111 |
| | Tel.: (617) 542-6000 |
| /s/ Joseph H. Meltzer | /s/ Carol Connor Flowe |
| Joseph H. Meltzer | Carol Connor Flowe |
| Katherine B. Bornstein | Caroline Turner English |
| SCHIFFRIN & BARROWAY, LLP | Gretchen Dixon |
| 280 King of Prussia Road | ARENT FOX PLLC |
| Radnor, PA 19087 | 1050 Connecticut Avenue, N.W. |
| Tel.: (610) 822-0274 | Washington, D.C. 20036 |
| | Tel.: (202) 857-6000 |

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 797-8700

| | |
|---|---|
| STATE STREET BANK AND TRUST COMPANY | FIDELITY MANAGEMENT TRUST CO., |
| By its attorneys, | By its attorneys, |

/s/ Sean T. Carnathan
Sean T. Carnathan (BBO#636889)
QUIGLEY, O'CONNOR AND
CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Tel.: (781) 359-9000

/s/ Daniel M. Glosband
Daniel M. Glosband (BBO #195620)
Brian H. Mukherjee (BBO #643954)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Tel.: (617) 570-1000

/s/ Robert N. Eccles
Robert N. Eccles
Gary S. Tell
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel.: (202) 383-5300

**********************

LAWRENCE BUNCH, et al.

By their attorneys,

W. R. GRACE & CO., W. R. GRACE INVESTMENT AND BENEFITS COMITTEE, FRED FESTA, PAUL J. NORRIS, ROBERT M. TAROLA, JOHN F. AKERS, HENRY FURLONG BALDWIN, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, THOMAS A. VANDERSLICE, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY AND STATE STREET GLOBAL ADVISORS

By their attorneys,

/s/ James R. Cummins
James R. Cummins
Jane H. Walker
WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202
Tel. (513) 621-0267

/s/ William W. Kannel
William W. Kannel
Donna M. Evans
MINTZ, LEVIN, COHN, FERRIS,
GLOYSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000


/s/ Carol Connor Flowe
Carol Connor Flowe
Caroline Turner English
Gretchen Dixon
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 857-6000
FIDELITY MANAGEMENT TRUST CO.,

STATE STREET BANK AND TRUST
COMPANY

By its attorneys,
/s/ Sean T. Carnathan
Sean T. Carnathan (BBO#636889)
QUIGLEY, O'CONNOR AND
CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Tel.: (781) 359-9000

By its attorneys,

/s/ Daniel M. Glosband
Daniel M. Glosband (BBO #195620)
Brian H. Mukherjee (BBO #643954)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Tel.: (617) 570-1000

/s/ Robert N. Eccles
Robert N. Eccles
Gary S. Tell
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel.: (202) 383-5300

SO ORDERED:

_____
William G. Young, Chief U.S.D.J.

_____
Mark L. Wolf, U.S.D.J.

5