## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KERI EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-11380-WGY |
| | ) | |
| JOHN F. AKERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of the Unopposed Motion to Continue the Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint, the entire record herein, and in due consideration of the bases thereof it is, this _16^TH_ day of August, hereby:

ORDERED that the Motion be, and hereby is, **GRANTED**; and

ORDERED that Defendants' time to answer or otherwise respond to the Complaint shall be continued until September 21, 2005.

_William G. Young_
United States District Court Judge

LIT 1535976v.1