## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>)<br>JOHN F. AKERS, RONALD C. CAMBRE,  )<br>MARYE ANNE FOX, JOHN J. MURPHY,  )<br>PAUL J. NORRIS, THOMAS A. VANDERSLICE )<br>H. FURLONG BALDWIN, INVESTMENTS  )<br>AND BENEFITS COMMITTEE,  )<br>ADMINISTRATIVE COMMITTEE,  )<br>BRENDA GOTTLIEB, W. BRIAN McGOWAN,  )<br>MICHAEL PIERGROSSI,  )<br>FIDELITY MANAGEMENT TRUST COMPANY, )<br>STATE STREET BANK & TRUST COMPANY,  )<br>and UNKNOWN FIDUCIARY  )<br>DEFENDANTS 1-100,  )<br>)<br>Defendants.  )<br> )| **Civil Action No. 04-11380 (WGY)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LAWRENCE W. BUNCH,  )<br>JERRY L. HOWARD, SR., AND  )<br>DAVID MUELLER, on behalf of  )<br>themselves and all others  )<br>similarly situated,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>W. R. GRACE & CO., W. R. GRACE  )<br>INVESTMENT AND BENEFITS COMMITTEE,  )<br>FRED FESTA, PAUL J. NORRIS, ROBERT  )<br>M. TAROLA, JOHN F. AKERS, HENRY  )| **Civil Action No. 05-11602 (MLW)** |

{00006082.DOC ; 1}

| | |
|---|---|
| FURLONG BALDWIN, RONALD C. CAMBRE, | ) |
| MARYE ANNE FOX, JOHN J. MURPHY, | ) |
| THOMAS A. VANDERSLICE, FIDELITY | ) |
| MANAGEMENT TRUST COMPANY, | ) |
| STATE STREET BANK AND TRUST | ) |
| COMPANY AND STATE STREET GLOBAL | ) |
| ADVISORS | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CORRECTED FIRST AMENDED JOINT STIPULATION AND [PROPOSED] ORDER

Plaintiff Keri Evans, on behalf of herself and a class of all others similarly situated ("Plaintiff Evans") and Defendants John F. Akers, Ronald C. Cambre, Mary Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, State Street Bank & Trust Company, and Fidelity Management Trust Company (collectively, "Defendants Evans"), by their undersigned counsel, hereby stipulate and agree that (1) the time in which Plaintiff Evans must respond to Defendants' Motion to Consolidate is extended up to and including September 16, 2005; (2) the time in which Defendants Evans must respond to Plaintiffs' Complaint is extended to thirty (30) days after a ruling by this Court on Defendants' Motion to Consolidate; AND

Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller, and all others similarly situated ("Plaintiff Bunch") and Defendants W. R. Grace & Co., W. R. Grace Investment and Benefits Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Fidelity Management Trust Company, State Street Bank and Trust Company, and State Street Global Advisors (collectively "Defendants Bunch") by their undersigned counsel, hereby stipulate and agree that (1) the time in which Plaintiff Bunch must respond to

Defendants' Motion to Consolidate is extended up to and including September 16, 2005; (2) the time in which Defendants Bunch must respond to Plaintiffs' Complaint is extended to thirty (30) days after a ruling by this Court on Defendants' Motion to Consolidate.

Dated: August 23, 2005

Respectfully submitted,

| KERI EVANS, | JOHN F. AKERS, RONALD C. CAMBRE, MARY ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, AND MICHAEL PIERGROSSI, |
|---|---|
| By her attorneys, | By their attorneys, |
| /s/ David Pastor | /s/ William Kannel |
| David Pastor (BBO # 391000) | William W. Kannel (BBO# 546724) |
| (dpastor@Gilmanpastor.com) | (wkannel@mintz.com) |
| GILMAN AND PASTOR, LLP | Donna M. Evans (BBO# 554613) |
| Stonehill Corporate Center | (dmevans@mintz.com) |
| 999 Broadway, Suite 500 | MINTZ, LEVIN, COHN, FERRIS, |
| Saugus, MA 01906 | GLOYSKY and POPEO, P.C. |
| Telephone: (781) 231-7850 | One Financial Center |
| Facsimile: (781) 231-7840 | Boston, MA 02111 |
| | Telephone.: (617) 542-6000 |
| | Facsimile: (617) 542-2241 |

-and-

Joseph H. Meltzer
(jmeltzer@sbclasslaw.com)
Katherine B. Bornstein
(kbornstein@sbclasslaw.com)
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056

-and-

Thomas J. Hart
(thart@slevinhart.com)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 797-8700
Facsimile (202) 234-8231

-and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Gretchen Dixon
(dixon.gretchen@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile (202) 857-6395

STATE STREET BANK AND TRUST COMPANY

By its attorneys,

        /s/ Sean T. Carnathan        
Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA  01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001

        FIDELITY MANAGEMENT TRUST CO.,

        By its attorneys,

         /s/ Daniel M. Glosband
        Daniel M. Glosband (BBO #195620)
        (dglosband@goodwinprocter.com)
        Brian H. Mukherjee (BBO #643954)
        (bmukherjee@goodwinprocter.com)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109-2881
        Telephone:  (617) 570-1000
        Facsimile:  (617) 523-1231

         -and-

        Robert N. Eccles
        (beccles@omm.com)
        Gary S. Tell
        (gtell@omm.com)
        O'MELVENY & MYERS LLP
        1625 Eye Street, NW
        Washington, DC 20006
        Telephone:  (202) 383-5300
        Facsimile:  (202) 383-5414

  **********************

| | |
|---|---|
| LAWRENCE BUNCH, et al.<br><br>By their attorneys, | W. R. GRACE & CO., W. R. GRACE INVESTMENT AND BENEFITS COMITTEE, FRED FESTA, PAUL J. NORRIS, ROBERT M. TAROLA, JOHN F. AKERS, HENRY FURLONG BALDWIN, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, AND THOMAS VANDERSLICE,<br><br>By their attorneys, |
|     /s/ James R. Cummins<br>James R. Cummins<br>(jcummins@wsbclaw.com)<br>Jane H. Walker<br>(janehwalker@wsbclaw.com)<br>WAITE, SCHNEIDER, BAYLESS<br> & CHESLEY CO., L.P.A.<br>1513 Fourth & Vine Tower<br>1 West Fourth Street<br>Cincinnati, OH  45202<br>Telephone: (513) 621-0267<br>Facsimile:  (513) 381-2375 |     /s/ William W. Kannel<br>William W. Kannel (BBO#546724)<br>(wkannel@mintz.com)<br>Donna M. Evans (BBO#554613)<br>(dmevans@mintz.com)<br>MINTZ, LEVIN, COHN, FERRIS, GLOYSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA  02111<br>Telephone: (617) 542-6000<br>Facsimile:  (617) 542-2241 |

-and-

Carol Connor Flowe
(flowe@carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Gretchen Dixon
(dixon.gretchen@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395


STATE STREET BANK AND TRUST
COMPANY AND STATE STREET
GLOBAL ADVISORS

By its attorneys,

       /s/ Sean T. Carnathan
Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND
CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA  01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001

FIDELITY MANAGEMENT TRUST CO.,

By its attorneys,

    /s/ Daniel M. Glosband
Daniel M. Glosband (BBO #195620)
(dglosband@goodwinprocter.com)
Brian H. Mukherjee (BBO #643954)
(bmukherjee@goodwinprocter.com)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

-and-

Robert N. Eccles
(beccles@omm.com)
Gary S. Tell
(gtell@omm.com)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

SO ORDERED:

_____
William G. Young, Chief U.S.D.J.

_____
Mark L. Wolf, U.S.D.J.