IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **KERI EVANS,** | ) | |
| Plaintiff, | ) | Case No. 04-11380-WGY |
| v. | ) | Judge William G. Young |
| **JOHN F. AKERS, et al.** | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take notice that Glen DeValerio of Berman DeValerio Pease Tabacco Burt & Pucillo, hereby enters his appearance as counsel for plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, in the above action. Please have all future documents and communications directed to:

> Glen DeValerio
> Berman DeValerio Pease Tabacco Burt & Pucillo
> One Liberty Square, 8th Floor
> Boston, MA 02109
> (t) 617-542-8300
> (f) 617-542-1194

Respectfully submitted this 12th day of September, 2005.

/s/ Glen DeValerio
Glen DeValerio