UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN F. AKERS, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | CIVIL ACTION<br>NO. 04-11380- WGY<br>(Lead Action) |
| LAWRENCE W. BUNCH,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>W.R. GRACE & CO., et al.,  )<br>  )<br>    Defendants.  )<br>  ) | CIVIL ACTION<br>NO. 05-11602- WGY<br>(Consolidated Action) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendant Fidelity Management Trust Company in the above-captioned action.

    /s/ Kirsten M. Nelson
Kirsten M. Nelson, BBO #634520
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: 212-835-6000
Fax: 212-835-6001

Date: September 15, 2005