UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KERI EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN F. AKERS, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-11380- WGY<br>(Lead Action) |
| LAWRENCE W. BUNCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>W.R. GRACE & CO., et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 05-11602- WGY<br>(Consolidated Action) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendant Fidelity Management Trust Company in the above-captioned action.

/s/ John A.D. Gilmore
John A.D. Gilmore, BBO #193060
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110
Telephone: 617-406-6000
Fax: 617-406-6100

Date: September 15, 2005