UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 04-11380- WGY<br>(Lead Action) |
| LAWRENCE W. BUNCH,<br><br>    Plaintiff,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-11602- WGY<br>(Consolidated Action) |

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, the deadline for Fidelity Management Trust Company ("Fidelity") to answer or otherwise respond is currently September 22, 2005;

WHEREAS, Fidelity and plaintiffs have agreed to a thirty (30) day extension for Fidelity to answer or otherwise respond to the complaint; and

WHEREFORE, it is hereby stipulated and agreed as follows:

The deadline for Fidelity to answer or otherwise respond to the complaint is extended by thirty (30) days to October 24, 2005.

~BOST1:305301.v1

Respectfully submitted,

**KERI EVANS, on behalf of herself and a class of all others similarly situated,**

_/s/ David Pastor_
David Pastor BBO #391000
GILMAN AND PASTOR, LLP
999 Broadway, Suite 500
Saugus, MA 01906
Tel. (781) 231-7850
Fax (781 231-7840

Joseph H. Meltzer
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA 19087
Tel. (610) 667-7706
Fax. (610) 667-70576

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, D.C. 2006
Tel. (202) 797-8700

**FIDELITY MANAGEMENT TRUST COMPANY,**

_/s/ John A.D. Gilmore_
John A.D. Gilmore, BBO #193060
Kirsten M. Nelson BBO #634520
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110
Tel. (617) 406-6000
Fax (617) 406-6100


**LAWRENCE W. BUNCH,**

_/s/ Stanley Chesley_
Stanley M. Chesley #11810
James R. Cummins #87599
Jane Walker
WAITE, SCHENEIDER, BAYLESS &
 CHESLEY CO., LPA
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202


Date: September 20, 2005


SO ORDERED:

_____
Chief Judge William G. Young

~BOST1:305301.v1