UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>       Defendants. | Civil Action No. 04-11380-WGY |

**NOTICE OF WITHDRAWAL OF ATTORNEY BRIAN MUKHERJEE**

    Please withdraw pursuant to Local Rule 83.5.2 (c) the appearance of Brian H. Mukherjee as one of the counsel for Defendant Fidelity Management Trust Company.

    John A.D. Gilmore of Piper Rudnick LLP shall continue his appearance as counsel of record for Fidelity Management Trust Company.

Dated: September 22, 2005    Respectfully submitted,

FIDELITY MANAGEMENT TRUST COMPANY

By its attorneys,

    /s/ Brian H. Mukherjee
Daniel M. Glosband, P.C. (BBO #195620)
Brian H. Mukherjee (BBO #643954)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1585922.1

2