IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>    Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>    Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**

Plaintiffs Keri Evans (the "Evans Plaintiffs"), Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller (collectively, the "Bunch Plaintiffs"), Defendants W. R. Grace & Co., Fred Festa, Robert M. Tarola, John F. Akers, Ronald C. Cambre, Mary Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, (collectively, the "Grace Defendants"), and State Street Bank & Trust Company and State Street Global Advisors, (collectively, the "State Street Defendants"), by their undersigned counsel, hereby stipulate and agree that (1) the

current deadline for all Defendants to answer or otherwise respond to the Complaints is September 22, 2005; (2) the Evans Plaintiffs and the Bunch Plaintiffs have already entered into a Stipulation with co-defendant Fidelity Management Trust Company to extend the time for that defendant to respond to the Complaint by thirty (30) days, which was separately filed on September 20, 2005; (3) the Evans Plaintiffs and the Bunch Plaintiffs hereby agree to a thirty (30) day extension for the Grace Defendants and the State Street Defendants to answer or otherwise respond to the Complaints, *i.e.*, until October 24, 2005; and (4) the Grace Defendants hereby agree to produce, under an appropriate confidentiality agreement, to the Evans Plaintiffs and the Bunch Plaintiffs all documents identified in ERISA § 104(b)(4) by October 24, 2005, and Summaries of Material Modifications for the years 1999 through 2004 by November 7, 2005.

Dated: September 22, 2005

        Respectfully submitted,

        W. R. GRACE & CO., W. R. GRACE & CO.
        INVESTMENT AND BENEFITS COMMITTEE,
        FRED E. FESTA, PAUL J. NORRIS, ROBERT M.
        TAROLA, JOHN F. AKERS, HENRY FURLONG
        BALDWIN, RONALD C. CAMBRE, MARYE
        ANNE FOX, JOHN J. MURPHY, THOMAS A.
        VANDERSLICE, ADMINISTRATIVE
        COMMITTEE, BRENDA GOTTLIEB, W. BRIAN
        MCGOWAN, AND MICHAEL PIERGROSSI

        By their counsel,

/s/ Matthew C. Hurley
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mhurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS,
   GLOYSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

-and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Gretchen Dixon
(dixon.gretchen@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395


STATE STREET BANK AND TRUST
COMPANY AND STATE STREET GLOBAL
ADVISORS

By its counsel,


/s/ Sean T. Carnathan
Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN,
   LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

KERI EVANS,

By her counsel,

/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850
Facsimile: (781) 231-7840

-and-

Joseph H. Meltzer
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7057

-and-

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, D.C. 20036
Telephone: 202-797-8700

LAWRENCE W. BUNCH, JERRY L. HOWARD, SR., AND DAVID MUELLER

By their counsel,

/s/ Stanley M. Chesley
Stanley M. Chesley #11810
James R. Cummins #87599
Jane Walker
WAITE, SCHENEIDER, BAYLESS & CHESLEY CO., LPA
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375


SO ORDERED this ___ day of September, 2005:


_____
William G. Young, Chief U.S.D.J.


LIT 1542731v.1

5