UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 OCT 12 P 3: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KERI EVANS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>JOHN F. AKERS, et al. )<br>)<br>Defendants. )<br>) | Consolidated<br>Civil Action No. 04-11380 (WGY) |
| LAWRENCE W. BUNCH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>W. R. GRACE & CO., et al. )<br>)<br>Defendants. )<br>) | |

### NOTICE OF MOTION TO ADMIT
### COUNSEL *PRO HAC VICE*

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Jeffrey C. Block, the Declarations of James R. Cummins and Jane H. Walker and the Certificates of Good Standing annexed thereto, the undersigned will move this Court, before the Honorable William G. Young on a date to be determined by the Court, in the United States Courthouse, 1 Courthouse Way, Boston, MA 02210, for an Order, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, admitting her as attorney *pro hac vice*.

Dated: October 12, 2005

                                              Respectfully submitted,

                                              BERMAN DEVALERIO PEASE TABACCO
                                              BURT & PUCILLO

                                              _____
                                              Glen DeValerio
                                              Jeffrey C. Block
                                              One Liberty Square
                                              Boston, Massachusetts 02109
                                              Telephone: (617) 542-8300
                                              Facsimile: (617) 542-1194
                                              Email: jblock@bermanesq.com

                                              *Counsel for Lawrence W. Bunch, Jerry L.*
                                              *Howard, Sr. and David Mueller, Both*
                                              *Individually and on Behalf of All Others*
                                              *Similarly Situated*