UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 OCT 12 P 3: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KERI EVANS, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Consolidated |
| | ) Civil Action No. 04-11380 (WGY) |
| JOHN F. AKERS, et al. | ) |
| Defendants. | ) |

| | |
|---|---|
| LAWRENCE W. BUNCH, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| W. R. GRACE & CO., et al. | ) |
| Defendants. | ) |

### DECLARATION OF JANE H. WALKER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

1.   I am an attorney with the law firm of Waite, Schneider, Bayless & Chesley Co., L.P.A.

2.   I submit this Declaration in support of the motion of Jeffrey C. Block for my admission to practice *pro hac vice* in the above captioned matter.

3.   As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Ohio, admitted May 7, 1984, Bar No. 0014657.

5

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore, your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the above captioned case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 7, 2005

_____
Jane H. Walker
WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Jane Hanna Walker

was admitted to the practice of law in Ohio on May 07, 1984; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 17th day of August, 2005.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Manager, Attorney Registration and CLE Section*