UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 12 P 3: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KERI EVANS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Consolidated |
| ) | Civil Action No. 04-11380 (WGY) |
| ) | |
| JOHN F. AKERS, et al. ) | |
| ) | |
| Defendants. ) | |

| |
|---|
| LAWRENCE W. BUNCH, et al. ) |
| ) |
| Plaintiffs, ) |
| ) |
| v. ) |
| ) |
| W. R. GRACE & CO., et al. ) |
| ) |
| Defendants. ) |

## DECLARATION OF JEFFREY C. BLOCK OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

JEFFREY C. BLOCK, hereby declares as follows:

1. I am an attorney admitted to practice in the District of Massachusetts, and an attorney with the firm of Berman DeValerio Pease Tabacco Burt & Pucillo. I submit this Declaration in support of the motion to admit James R. Cummins and Jane H. Walker to the United States District Court for the District of Massachusetts *pro hac vice* for purposes of this action.

7

2.  I agree to act as local counsel for James R. Cummins and Jane H. Walker and to observe the Rules of this Court governing the conduct of attorneys.

3.  James R. Cummins and Jane H. Walker are members in good standing of the Bar of the State of Ohio. James R. Cummins and Jane H. Walker are attorneys of the firm Waite, Schneider, Bayless & Chesley Co., L.P.A., counsel to Plaintiffs, Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller, individually and on behalf of all others similarly situated, in this action.

4.  For the foregoing reasons, it is respectfully requested that James R. Cummins and Jane H. Walker be admitted *pro hac vice* to the United States District Court for the District of Massachusetts for the purposes of this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2005

_____
Jeffrey C. Block