## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,                 )<br><br>Plaintiff,           )<br><br>v.                     )<br><br>JOHN F. AKERS, et al.,          )<br><br>Defendants.          )<br>_____)<br>                             )<br>                             )<br>LAWRENCE W. BUNCH, et al.,        )<br>                             )<br>Plaintiffs,           )<br>                             )<br>v.                     )<br>                             )<br>W.R. GRACE & CO., et al.,        )<br>                             )<br>Defendants.          )<br>_____) | **Consolidated as:**<br>**Case No. 04-11380-WGY** |

## STIPULATION REGARDING SCHEDULE FOR AMENDING COMPLAINTS

Plaintiffs Keri Evans ("Evans") and Lawrence W. Bunch, Jerry L. Howard, Sr.,

and David Mueller (collectively, the "Bunch Plaintiffs"), and Defendants W. R. Grace &

Co., Fred Festa, Robert M. Tarola, John F. Akers, Ronald C. Cambre, Mary Anne Fox,

John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin,

Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W.

Brian McGowan, Michael Piergrossi, (collectively, the "Grace Defendants"), Fidelity

Management Trust Company (the "Fidelity"), and State Street Bank & Trust Company

and State Street Global Advisors, (collectively, the "State Street Defendants"), by their

undersigned counsel, hereby stipulate and agree that (1) Evans and the Bunch Plaintiffs

will file Amended Complaint(s), if they so choose, on or before December 12, 2005; and

(2) the Grace Defendants, Fidelity, and State Street Defendants will answer or otherwise

respond to the Plaintiffs' operable Complaint(s) on or before January 17, 2006.

Dated: October 20, 2005

Respectfully submitted,

W. R. GRACE & CO., W. R. GRACE & CO.
INVESTMENT AND BENEFITS COMMITTEE,
FRED E. FESTA, PAUL J. NORRIS, ROBERT M.
TAROLA, JOHN F. AKERS, HENRY FURLONG
BALDWIN, RONALD C. CAMBRE, MARYE
ANNE FOX, JOHN J. MURPHY, THOMAS A.
VANDERSLICE, ADMINISTRATIVE
COMMITTEE, BRENDA GOTTLIEB, W. BRIAN
MCGOWAN, AND MICHAEL PIERGROSSI

By their counsel,

/s/ Matt Hurley

William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
Matt Hurley (BBO# 643638)
(MCHurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOYSKY and
POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

-and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Gretchen Dixon
(dixon.gretchen@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395


STATE STREET BANK AND TRUST
COMPANY AND STATE STREET GLOBAL
ADVISORS

By its counsel,

/s/ Sean T. Carnathan

Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN,
LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
Paul, Hastings, Janofsky & Walker
LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

FIDELITY MANAGEMENT TRUST CO.,

By its counsel,

/s/ John A.D. Gilmore

_____

John A. D. Gilmore
Piper Rudnick LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

      -and-

Robert N. Eccles
(beccles@omm.com)
Gary S. Tell
(gtell@omm.com)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414

4

KERI EVANS,

By her counsel,

/s/ David Pastor

David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850
Facsimile: (781) 231-7840

-and-

Joseph H. Meltzer
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7057

-and-

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, D.C. 20036
Telephone: 202-797-8700

LAWRENCE W. BUNCH, JERRY L. HOWARD, SR., AND DAVID MUELLER

By their counsel,

/s/ Jeffrey C. Block

Jeffrey C. Block
Berman DeValerio Pease Tabacco
Burt & Pucillo
One Liberty Square
8th Floor
Boston, MA 02109
Telephone: 617-542-8300
Facsimile: 617-542-1194

-and-

Stanley M. Chesley
James C. Cummins
Jane H. Walker
WAITE, SCHENEIDER, BAYLESS & CHESLEY CO., LPA
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375

SO ORDERED this ___ day of October, 2005:

William G. Young, Chief U.S.D.J.