# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated, | |
| Plaintiff, | Case No. 04-11380-WGY |
| v. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AGAINST FIDELITY MANAGEMENT TRUST COMPANY |
| JOHN F. AKERS, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and among plaintiff's counsel and counsel for Fidelity Management Trust Company that the above-captioned action be and hereby is dismissed without prejudice **ONLY** against Fidelity Management Trust Company pursuant to Federal Rule of Civil Procedure 41(a)(1).

{00006764.DOC ; 1}

Respectfully submitted this 24th day of October, 2005

| | |
|---|---|
| /s/ David Pastor | /s/ John A.D. Gilmore (dp) |
| David Pastor | John A.D. Gilmore |
| GILMAN AND PASTOR, LLP | Kristen M. Nelson |
| 60 State Street | DLA PIPER RUDNICK GRAY CARY |
| 37th Floor | One International Place, 21st Floor |
| Boston, MA 02109 | Boston, Massachusetts 02110-2600 |
| Telephone: (617) 742-9700 | Telephone: (617) 406-6022 |
| Facsimile: (617) 742-9701 | Facsimile: (617) 406-6122 |
| | |
| Joseph H. Meltzer | Robert N. Eccles |
| Edward W. Ciolko | Gary S. Tell |
| Gerald D. Wells, III | O'MELVENY & MYERS LLP |
| SCHIFFRIN & BARROWAY, LLP | 1625 Eye Street, NW |
| Three Bala Plaza East, Suite 400 | Washington, DC 20006 |
| Bala Cynwyd, PA 19004 | Telephone: (202) 383-5300 |
| Telephone: (610) 667-7706 | Facsimile: (202) 383-5414 |
| Facsimile: (610) 667-7056 | |
| | *Attorneys for Defendant Fidelity* |
| Thomas J. Hart | *Management Trust Co.* |
| SLEVIN & HART, P.C. | |
| 1625 Massachusetts Avenue, N.W. | |
| Suite 450 | |
| Washington, D.C. 20036 | |
| Telephone: (202) 797-8700 | |

*Attorneys for Plaintiff Keri Evans*

IT IS SO ORDERED on this ___ day of _____, 2005.

_____
William G. Young, U.S.D.J.

{00006764.DOC ; 1}