UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, <br><br> Plaintiff, <br><br> - v - <br><br> JOHN F. AKERS, et al., <br><br> Defendants. | Civil Action No. 04-11380 (WGY) <br> (Lead Action) |
| LAWRENCE W. BUNCH, <br><br> Plaintiff, <br><br> - v - <br><br> W.R. GRACE & CO., et al., <br><br> Defendants | Civil Action No. 05-11602 (WGY) <br> (Consolidated Action) |

**NOTICE OF WITHDRAWAL**

PLEASE BE ADVISED that Kirsten M. Nelson hereby withdraws as counsel to defendant Fidelity Management Trust in the above-entitled action. Defendant Fidelity Management Trust continues to be represented by other attorneys at DLA Piper Rudnick Gray Cary US LLP whose appearances have already been entered in this case.

By: _____
Kirsten M. Nelson (BBO #634520)

Dated: December 8, 2005