IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>        Defendants. | Consolidated as:<br>Case No. 04-11380-WGY<br><br>Dec 13, 2005<br>YOUNG D.J.<br>MOTION ALLOWED<br><br>/s/ William G. Young<br>U.S. District J. |

**STIPULATION AND PROPOSED ORDER AMENDING SCHEDULE**

Plaintiffs Keri Evans ("Evans") and Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller (collectively, the "Bunch Plaintiffs"), and Defendants W. R. Grace & Co., Fred Festa, Robert M. Tarola, John F. Akers, Ronald C. Cambre, Mary Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, (collectively, the "Grace Defendants"), Fidelity Management Trust Company (the "Fidelity"), and State Street Bank & Trust Company and State Street Global Advisors, (collectively, the "State Street Defendants"), by their

{00007159.DOC ; 1}

undersigned counsel, hereby stipulate and agree that the Stipulation Regarding Schedule for Amending Complaint entered on October 24, 2005 be modified to provide an additional seven (7) days for all deadlines, so that Plaintiffs' Amended Complaint(s) will be due on or before December 19, 2005, and all Defendants will have until on or before January 24, 2006 to answer or otherwise respond to the operable complaint(s).

Dated: December 8, 2005

> Respectfully submitted,
>
> KERI EVANS,
>
> By her counsel,
>
> _____/s/ David Pastor_____
> David Pastor (BBO # 391000)
> GILMAN AND PASTOR, LLP
> 60 State Street
> 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701
>
> -and-
>
> Joseph H. Meltzer
> SCHIFFRIN & BARROWAY LLP
> 280 King of Prussia Road
> Radnor, PA  19087
> Telephone: (610) 667-7706
> Facsimile: (610) 667-7057
>
> -and-
>
> Thomas J. Hart
> SLEVIN & HART, P.C.
> 1625 Massachusetts Avenue, N.W.
> Suite 450
> Washington, D.C.  20036
> Telephone: 202-797-8700

LAWRENCE W. BUNCH, JERRY L. HOWARD, SR., AND DAVID MUELLER

By their counsel,


/s/ Stanley Chesley by D. Pastor with permission
Stanley M. Chesley
James C. Cummins
Jane H. Walker
WAITE, SCHENEIDER, BAYLESS & CHESLEY CO., LPA
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375


W. R. GRACE & CO., W. R. GRACE & CO. INVESTMENT AND BENEFITS COMMITTEE, FRED E. FESTA, PAUL J. NORRIS, ROBERT M. TAROLA, JOHN F. AKERS, HENRY FURLONG BALDWIN, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, THOMAS A. VANDERSLICE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, AND MICHAEL PIERGROSSI

By their counsel,


/s/ William Kannel by D. Pastor with permission
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
Matt Hurley (BBO# 643638)
MINTZ, LEVIN, COHN, FERRIS, GLOYSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

{00007159.DOC ; 1}3

-and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Gretchen Dixon
(dixon.gretchen@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395


STATE STREET BANK AND TRUST
COMPANY AND STATE STREET GLOBAL
ADVISORS

By its counsel,


/s/ Sean Carnathan by D. Pastor with permission
Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
Paul, Hastings, Janofsky & Walker LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

{00007159.DOC ; 1}4

FIDELITY MANAGEMENT TRUST CO.,

By its counsel,

/s/ John Gilmore by D. Pastor with permission
John A. D. Gilmore
DLA Piper Rudnick LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

-and-

Robert N. Eccles
(beccles@omm.com)
Gary S. Tell
(gtell@omm.com)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

SO ORDERED this 13TH day of December, 2005:

William G. Young, Chief U.S.D.J.