This document constitutes part of a
Prospectus covering securities
that have been registered under
the Securities Act of 1933.

Additional information required to be included in the Prospectus for the Savings
and Investment Plan is contained in the Prospectus Supplement. A copy of the
Prospectus Supplement is provided as a separate section of your Employee
Benefits Handbook and may also be obtained, without charge, from your benefits
administrator or from the Plan Administrator, c/o W. R. Grace & Co., 7500
Grace Drive, Columbia, MD 21044; telephone number (410) 531-4000. **Please
refer to the Prospectus Supplement for additional information concerning
your investments in the Savings and Investment Plan.**

# *Table of Contents*

**Introduction** ........................................................................5

**Participation** .......................................................................5
Who's Eligible? .....................................................................5
When Participation May Start ...............................................6
Enrollment ............................................................................7
Cost .......................................................................................7

**How the Plan Works** ..........................................................7
Your Savings .........................................................................7
Catch-Up Contributions .......................................................9
Company Contributions ......................................................10
Rollovers .............................................................................10
Trust Fund ...........................................................................11

**Comparing Before-Tax and After-Tax Savings**.........................11

**Changes to Your Savings**...................................................12
Your Elections ....................................................................12
Required Changes ...............................................................13

**Investments**.....................................................................14
How You May Invest Your Savings.....................................14
Investment of Company Contributions ..............................25
Understanding Risk and Diversification .............................25

**Changes to Investments** ...................................................26
Future Savings ....................................................................26
Current Account Balances ...................................................26
Grace Stock Fund ...............................................................26
How to Elect an Investment Change ...................................26

**Your Accounts** ................................................................27
Plan Accounts .....................................................................27
How Your Accounts Are Valued........................................28

**Loans** ................................................................29
Types of Loans ...................................................29
How Much You May Borrow ..............................29
Interest on Your Loan .........................................30
Applying for a Loan ...........................................30
Where a Loan Comes From ................................31
Repaying a Loan .................................................32
Tax Considerations for Loans ............................33
Defaults ..............................................................33
Loans vs. Withdrawals .......................................34

**Withdrawals** .....................................................35
Regular Withdrawal ............................................35
Hardship Withdrawal ..........................................35
Effect of a Hardship Withdrawal ........................37
Payment of Withdrawals .....................................39

**Taxes on Withdrawals** ......................................40
Taxable and Nontaxable Balances.......................40
What Is Taxable? ................................................40

**When Benefits Are Paid** ..................................42
If Your Employment Ends ...................................42
Qualified Domestic Relations Orders .................43

**How Benefits Are Paid** ....................................43
Lump Sum ...........................................................43
Installments .........................................................44
Delaying Payment ...............................................45
Taxes on Benefits ...............................................45

**Withholding and Rollover Rules** ....................47

**Vesting and Reemployment** ............................49
Vesting ................................................................49
If You're Rehired ................................................49

**Claims for Benefits** .........................................50
What to Do ..........................................................50
If a Claim Is Denied ...........................................51
When Benefits Are Not Paid ...............................52

**Employing Units** ............................................53

**Merged Plans** ................................................................54

**Additional Tax Information** .........................................55

**Other Information** .......................................................56
Plan Sponsor ....................................................................56
Plan Administrator ..........................................................56
Trustee .............................................................................56
Plan Year .........................................................................56
Plan Identification ...........................................................56
If You Can't Receive Payments ......................................57
Legal Service ...................................................................57
Plan Documents ...............................................................57
Rights to Benefits ............................................................57
Voting Your Stock ...........................................................57
The Plan's Future ............................................................58
Benefit Insurance ............................................................58

**Your Rights** ...................................................................59
Receive Information About Your Plan and Benefits ......59
Prudent Actions by Plan Fiduciaries .............................59
Enforce Your Rights ........................................................60
Assistance with Your Questions .....................................60

**A Few Words About the Plan** .....................................61

# Introduction

The W. R. Grace & Co. Savings and Investment Plan (referred to in this summary as the "S&I plan" or "plan") provides a convenient way to save regularly. And the Company gives you a major incentive to save by matching a portion of your savings. In addition, you choose how to invest your savings under the plan, and investment earnings grow tax-free until you receive payment of this money.

The following pages summarize the main features of the S&I plan as of April 21, 2003. You should carefully review the information that follows. Contact your benefits administrator if you need additional information.

The term "Company" as used in this summary refers to W. R. Grace & Co. and its employing units that are covered by the plan.

# Participation

## Who's Eligible?

As a regular full-time or part-time employee, you're eligible to participate in the S&I plan if you work for an employing unit authorized to participate in the plan (page 53).

You're not eligible, however, if you participate in another savings and investment plan that the Company sponsors or to which it makes contributions in your behalf or if you're covered by a collective bargaining agreement that doesn't provide for participation in this plan.

## When Participation May Start

If eligible, you may join the S&I plan on the first of any month on or after the date you complete three months with the Company during which you have at least 250 hours of service.

An **hour of service** includes each hour you're paid (or are entitled to be paid) by the Company for:

- your work

- vacation, holidays, illness, incapacity (including disability), layoff, jury duty, military duty, and approved leaves of absence, up to 501 hours for any period in which you aren't working

- back pay that's awarded or agreed to by the Company.

Exempt salaried employees (employees who aren't eligible for overtime) receive 45 hours of service for each week in which they have at least one hour of service.

For purposes of determining when you may start participation, you may be credited with hours of service for employment while you were ineligible for the plan or for employment with a Grace unit that isn't covered by the plan. Contact your benefits administrator for more information.

For example, if you were hired as an eligible employee on January 13, 2003, then you could elect to start participation in the S&I plan beginning with your first paycheck on or after June 1, 2003. Or, if you were hired as an eligible employee on June 1, 2003, then you could elect to start participation beginning with your first paycheck on or after September 1, 2003.

Contact your benefits administrator if you have any questions on when you may join the S&I plan or on hours of service.

## Enrollment

Participation in the S&I plan isn't automatic — you must enroll.

An enrollment form will be given to you before you become eligible to participate. By returning the form to your benefits administrator within 30 days, you may start participation on the earliest date possible. If you choose not to participate, complete the form's waiver section.

If you decide not to participate when first eligible, you may join the plan on the first day of any month after your benefits administrator receives your enrollment form, as long as you qualify for the plan.

## Cost

The cost of operating the S&I plan is charged to the plan by allocating the cost among the plan's investment funds (pages 14-25). Therefore, the account of each participant will be charged with a share of the cost of operating the plan. The costs will appear on the quarterly statement the plan's recordkeeper (Fidelity) distributes to each participant.

# How the Plan Works

## Your Savings

You may save from 2 to 16 percent of your pay, in steps of 1 percent. Your savings are made by payroll deduction.

You may save either **before-** or **after-tax** dollars, or a combination of both (page 11). If you save both, your before-tax rate must be at least 2 percent and your after-tax rate may be as low as 1 percent.

Keep in mind that your before-tax savings are subject to an annual federal limit. The before-tax savings limit for each year from 2002 - 2006 will equal:

| Year | Annual Before-Tax Limit |
|------|-------------------------|
| 2002 | $11,000 |
| 2003 | $12,000 |
| 2004 | $13,000 |
| 2005 | $14,000 |
| 2006 | $15,000 |

For years after 2006, the annual limit on before-tax savings will be subject to further adjustment.

Your **pay** means the regular salary or wages the Company pays you, including commissions, incentive pay, bonuses, shift differential, and overtime pay, before any deductions are made from your pay (including pre-tax deductions for medical plan coverage, contributions to a flexible spending account, and before-tax savings to this plan). It **doesn't** include gratuities, special or deferred pay, stock options, special bonuses, or Company payments to any employee-benefit plan. Any payment you receive after your employment ends isn't included. In addition, pay for any unused vacation to which you're entitled for the calendar year in which your employment ends won't count.

Savings under the S&I plan may not be made if you're not being paid by an employing unit, you're away from work on a layoff or an unpaid leave of absence, or you're ineligible to participate in the plan.

Any savings you may make under this plan won't affect pay-related benefits provided by the Company (such as life insurance or retirement benefits).

CR 000250

## *Catch-Up Contributions*

Effective January 1, 2002, participants age 50 or older may make before-tax savings in excess of the annual before-tax savings limit for any year (page 8). This rule lets these individuals increase their savings to better prepare for their future financial needs as they near retirement.

The maximum catch-up contribution you may make for any calendar year has been determined for each year from 2002 – 2006.

| Year | Maximum Catch-Up Contribution |
|------|-------------------------------|
| 2002 | $1,000 |
| 2003 | $2,000 |
| 2004 | $3,000 |
| 2005 | $4,000 |
| 2006 | $5,000 |

You may make catch-up contributions for any calendar year, up to the maximum for that year, if you will reach age 50 by December 31 of that year. For example, you may make catch-up contributions for 2003 if you will reach age 50 by December 31, 2003.

Catch-up contributions are made by payroll deduction and elections are made for one calendar year at a time. If you'll be age 50 or older by December 31 of any calendar year, you'll receive an election form and details on how to elect catch-up contributions for that year. If you don't receive these materials and wish to make catch-up contributions for any year, contact your benefits administrator.

Catch-up contributions may be made only if your before-tax contributions for any calendar year equal the before-tax maximum for that year (page 8). Catch-up contributions don't apply to after-tax savings, and no company match will be made for any catch-up contributions you make.

Your catch-up contributions will be invested the same way as your current savings are invested – no separate investment election is required. In addition, you're always 100 percent vested in your catch-up contributions and related earnings.

Once deposited in the plan, catch-up contributions are subject to the same plan rules as your before-tax savings (for example, the rules regarding hardship withdrawals, the tax penalty upon withdrawal before age 59½, withholding and rollover rules, etc.).

If your earnings from the company for any year, after reduction for all elective before-tax and pre-tax contributions you make, is less than the maximum catch-up contribution for that year, your maximum catch-up contribution may not exceed the amount of your earnings for that year after reduction for all elective before-tax and pre-tax contributions you make.

## Company Contributions

The Company matches **100 percent** of your savings, up to the first **6 percent** of pay you save. Any savings over 6 percent of your pay aren't matched.

For example, if your saving rate is 6 percent and your monthly pay equals $3,333.33, your monthly savings would equal $200 (6 percent x $3,333.33). Company contributions in this case would equal $200 (100 percent of $200). A total of $400 would be added to your account each month ($200 + $200), which would add up to total annual savings of $4,800 ($400 x 12).

**Important!** The current dollar-for-dollar Company match, up to the first 6 percent of pay you save, has been authorized by Grace's Board of Directors through December 31, 2003. You'll be advised of any future changes to the Company match.

## Rollovers

Effective January 1, 2002, you may elect to roll over a taxable lump-sum payment from a similar plan of another employer, an IRA, as well as a 403(b) tax-sheltered annuity plan, and a governmental 457 plan into the S&I plan, as well as the rollover of after-tax savings from another employer's plan, but only if the rollover is made directly to this plan. The plan's Administrative Committee (or its designee) must approve a rollover. Once you deposit a rollover in this plan, you may invest it the same way as any other contributions you make. In addition, you must be an employee of the Company to elect a rollover into the S&I plan.

*S&I Plan Summary Plan Description 2003*

## *Trust Fund*

Your savings, company contributions, and related earnings are held in a trust fund that has been set up for the sole benefit of participants and their beneficiaries.

# Comparing Before- and After-Tax Savings

The following table summarizes the differences between before- and after-tax savings.

| Before-Tax Savings | After-Tax Savings |
|---|---|
| reduce current federal income taxes and most state and local income taxes | don't reduce current federal, state, or local income taxes |
| are subject to an annual federal limit ($12,000 for 2003) | aren't subject to this annual federal limit |
| may be increased, decreased, suspended, or resumed as of the first of any month, but only once every three months; no changes to before-tax savings may take effect after September 1st of any year | may be increased, decreased, or suspended as of the first of any month, but only once every three months; if suspended, you must wait at least three full months to resume after-tax savings |
| withdrawals may be made at any time if you're 59½ or older; if under 59½, you must qualify for a hardship withdrawal, but you must withdraw all other available balances and take any available plan loan first; a six-month suspension of your participation may result from a hardship withdrawal | withdrawals may be made at any time, but a three-month suspension of company contributions results |

The following example shows how before- and after-tax savings affect the take-home pay of an employee who elects to save at 6 percent.

| Before-Tax Savings | | After-Tax Savings | |
| --- | --- | --- | --- |
| annual pay: | $45,000 | annual pay: | $45,000 |
| annual savings: | – 2,700 | annual savings: | – 2,700 |
| taxes on $23,500: | – 6,904 | taxes on $25,000: | – 7,660 |
| take-home pay: | $35,396 | take-home pay: | $34,640 |

In this example, the employee's take-home pay is about $756 greater by saving before-tax dollars instead of after-tax dollars. The example is based on 2001 federal income tax rates for a single individual with one exemption who doesn't itemize deductions. Keep in mind that state and local taxes also may be reduced by saving before-tax dollars.

Remember, the effect on take-home pay in your case will reflect your personal tax situation.

# Changes to Your Savings

## Your Elections

You may increase, decrease, suspend, or resume (subject to the hardship withdrawal suspension provisions, as described on page 37) your before-tax savings as of the first of any month, except that:

■ Changes to your before-tax savings may be elected only once during any three-month period.

■ No changes to before-tax savings may take effect **after September 1** of any year. But if you first become eligible to participate in the S&I plan during September, October, November, or December of any year, you may start before-tax savings during that period.

Generally, only one after-tax election may be made every three months. After-tax elections made in October, November, or December, however, won't affect your ability to make a new after-tax election starting as of January 1st of the next calendar year. That is, if you make an after-tax election in November 2003, you could make a new after-tax election as of January 1, 2004, without waiting three months in this case.

## Required Changes

The following limits under the plan are set by federal law:

| | |
|---|---|
| total annual savings (your savings plus company contributions) | $40,000 for 2003 (subject to future adjustment) |
| annual before-tax savings | $12,000 for 2003 (subject to future adjustment; see page 8) |
| maximum earnings for benefit calculations under all Company benefit plans | $200,000 for 2003 (subject to future adjustment) |

Federal rules also require a balance between the savings of highly- and nonhighly-paid employees. You'll be in the highly-paid group for any year if your earnings from the Company in the prior year exceed an amount specified by the federal government. Each year the federal government sets the earnings used to determine who is in the highly-paid group.

If you're in the highly-paid group and there's an imbalance in any year, your before-tax savings, after-tax savings, and the company contributions for that year may be reduced to the level needed to maintain a balanced plan.

The Company will notify you and explain any action that's taken if you're affected by these limits in any year.

# Investments

## How You May Invest Your Savings

You decide how to invest your savings and company contributions. Keep in mind that each available investment option has risks and benefits. You may invest your savings and company contributions in one or more of the plan's available investment options, in steps of 5 percent, as you choose.

**Important!** You may not invest future savings or company contributions in the Grace Stock Fund, and you may not transfer current balances into this fund. If you have a balance in the Grace Stock Fund you may only sell the shares of Grace stock credited to your account in this fund. See page 15 for more information.

The plan's investment funds include:

■ **Fixed Income Fund** (fund code: 97602). This is a stable value fund (not a mutual fund) that seeks to preserve your principal investment while earning interest income. The fund will try to maintain a stable $1 unit price. However, the fund cannot guarantee that it will be able to maintain this unit price and its yield will fluctuate. It invests in investment contracts offered by major insurance companies and other approved financial institutions and in certain types of fixed-income securities. A small portion of the fund is invested in a money market fund to provide daily liquidity. Investment contracts provide for the payment of a specified rate of interest to the fund and for the repayment of principal when the contract matures. Participant withdrawals and exchanges are paid at book value (principal and interest accrued to date) during the life of the contract.

The Fixed Income Fund is managed by the designee of the Investment and Benefits Committee. Currently, this fund is primarily invested in guaranteed investment contracts with insurance companies, and it's anticipated that the fund will continue to invest in such contracts for the foreseeable future. Guaranteed investment contracts held by this fund have different maturities, cover different amounts of fund assets, and provide different rates of return. The Investment and Benefits Committee (or its designee) may change the investments in which the Fixed Income Fund is invested.

■ **Grace Stock Fund** (fund Code: _____). This is a fund that holds the shares of Grace stock that are related to the Grace stock you had in the New Grace Common Stock Fund, the Company Contribution Fund, or both of these funds as of April 9, 2003. Any cash reserves that existed in the New Grace Common Stock Fund and Company Contribution Fund as of the close of business on April 9, 2003 were transferred, on a pro rata basis, to the accounts of all participants who had a balance in the New Grace Common Stock Fund or Company Contribution Fund on that date. This money was then invested in the Fixed Income Fund.

No new investments are permitted in the Grace Stock Fund. This means that you may not invest current savings and matching company contributions in this fund, and you may not transfer balances from other investment funds into this fund.

You may, however, sell your shares of Grace stock that are credited to your account in the Grace Stock Fund. Unlike the sale of stock under any of the plan's other stock funds, sales from the Grace Stock Fund are done on a "real time" basis. This means that when you sell Grace stock the order is immediately sent to the plan's broker during normal market hours and is then eligible for execution. As a result, there's no need to keep cash reserves in this account. When you sell shares of Grace stock, you may invest the money related to these shares in any of the plan's available investment options.

If you have a balance in the Grace Stock Fund, the balance will show shares of Grace stock that are related to your savings and shares of Grace stock that are related to company contributions, as applicable.

Under real-time trading, you must specify the type of order you wish to make (market, day limit, or good 'til canceled), the condition (none or all-or-none), how many shares you want to sell in whole numbers, and in which of the available investment options you wish to invest the money related to the sale of Grace stock. For more information on real-time trading, contact Fidelity on any business day, between 8:30 a.m. and 8:00 p.m. Eastern time, at 1-800-835-5096,

Aon Fiduciary Counselors Inc. is the independent fiduciary for the Grace stock held under the S&I plan. This means that Aon Fiduciary Counselors Inc. is responsible for the operation of the Grace Stock Fund.

■ **Mutual Funds.** The following description of the mutual funds is qualified, in its entirety, by reference to the separate prospectuses for each of the funds, which are available directly from Fidelity Management & Research Company ("FMRC"). You should read the prospectus for any mutual fund in which you are considering investing before making an investment in that fund.

Copies of the mutual funds' prospectuses are available upon request, either by calling Fidelity on any business day, between 8:30 a.m. and 8:00 p.m. Eastern time, at 1-800-835-5096, or by writing to FMRC at 82 Devonshire Street, Boston, MA 02109.

Currently, the following mutual funds are available under the plan:

■ **Fidelity Blue Chip Growth Fund** (fund code: 00312). This fund is a growth mutual fund that seeks to provide growth of capital over the long term. It normally invests primarily in common stocks of well-known and established companies. It normally invests at least 65% of the fund's total assets in blue chip companies (those with a market capitalization of at least $200 million, if the company's stock is included in the Standard & Poor's 500 Index (S&P 500) or the Dow Jones Industrial Average, or $1 billion if not included in either index). The fund may also invest in companies that Fidelity believes to have above-average growth potential. The fund may invest in securities of domestic and foreign issuers. Share price and return will vary.

■ **Fidelity Balanced Fund** (fund code: 00304). This fund is a balanced mutual fund that seeks to provide income and capital growth consistent with reasonable risk. It normally invests approximately 60% of assets in stocks and other equity securities and the remainder in bonds and other debt securities, including lower-quality debt securities, when its outlook is neutral. Investments in lower-rated securities involve greater risk than other debt securities, including the risk of default. The fund will invest at least 25% of total assets in fixed-income senior securities (including debt securities and preferred stocks). The fund may invest in securities of domestic and foreign issuers. Share price, yield and return will vary.

■ **Fidelity Growth & Income Portfolio** (fund code: 00027). This fund is a growth and income mutual fund that seeks to provide a high total return through a combination of current income and capital appreciation. It normally invests a majority of assets in common stocks with a focus on those that pay current dividends and show potential for capital appreciation. The fund may potentially invest in bonds including lower-quality debt securities, as well as stocks that are not currently paying dividends, but offer prospects for future income or capital appreciation. Investments in lower-rated securities involve greater risk than other debt securities including the risk of default. The fund may invest in securities of domestic and foreign issuers. Share price and return will vary.

■ **Fidelity Contrafund (fund code: 00022).** This fund is a growth mutual fund that seeks to provide capital appreciation. It normally invests primarily in common stocks. The fund may invest in securities of domestic and foreign issuers. The fund invests in securities of companies whose value the manager believes is not fully recognized by the public. The fund may invest in "growth" or "value" stocks or both. Share price and return will vary.

■ **Fidelity OTC Portfolio (fund code: 00093).** This fund is a growth mutual fund that seeks to provide capital appreciation. It normally primarily invests in common stock, and normally invests at least 65% of total assets in securities principally traded on the over-the-counter (OTC) market, which has more small and medium-sized companies than other markets. It may potentially invest in non-OTC securities, and will invest more than 25% of its assets in the technology sector. In addition, the fund is considered to be non-diversified. It can invest a greater portion of assets in securities of individual issuers, which may cause greater share price fluctuation than a diversified fund. The fund may invest in securities of domestic and foreign issuers. Securities traded on the OTC market tend to be from smaller or newer companies which generally involve greater investment risk than investments in larger, well-known companies. Share price and return will vary.

■ **Fidelity Investment Grade Bond Fund** (fund code: 00026). This fund is an income mutual fund that seeks to provide a high level of current income. It normally invests in U.S. dollar-denominated investment-grade bonds (those of medium and high quality). The fund is managed to have an overall interest rate risk similar to the Lehman Brothers Aggregate Bond Index (a market value-weighted index of investment-grade fixed-rate debt issues, including government, corporate, asset-backed, and mortgage-backed securities, with maturities of one year or more). Assets are allocated across different market sectors and maturities. Share price, yield and return will vary.

■ **Fidelity U.S. Bond Index Fund** (fund code: 00651). This fund is an income mutual fund that seeks to provide investment results that correspond to the total return of the bonds in the Lehman Brothers Aggregate Bond Index (a market value-weighted index of investment-grade fixed-rate debt issues, including government, corporate, asset-backed, and mortgage-backed securities, with maturities of one year or more). It normally invests at least 80% of total assets in bonds included in the Lehman Brothers Aggregate Bond Index. Share price, yield and return will vary.

■ **PIMCO Total Return Fund** (fund code: 99474). This fund is an income mutual fund that seeks to provide high total return that exceeds general bond market indices. It invests in all types of bonds, including U.S. government, corporate, mortgage and foreign. While the fund maintains an average portfolio duration of three to six years (approximately equal to an average maturity of five to 12 years), investments may also include short- and long-maturity bonds. Share price, yield, and return will vary. Administrative Class shares are available through the plan. This fund is managed by Pacific Investment Management Company.

■ **Fidelity Equity-Income Fund** (fund code: 00023). This fund is a growth and income mutual fund that seeks to provide a reasonable income. In pursuing this objective, the fund will also consider the potential for capital appreciation. The fund seeks to provide a yield that exceeds the composite yield of the Standard & Poor's 500 Index (S&P 500). It normally invests at least 65% of total assets in income-producing equity securities, which tend to lead to investments in large cap "value" stocks. The fund may potentially invest in other types of equity and debt securities, including lower-quality debt securities. Investments in lower-rated securities involve greater risk than other debt securities including the risk of default. The fund may invest in securities of domestic and foreign issuers. Share price and return will vary.

■ **INVESCO Equity Income Fund** (fund code: 99765). This fund is a growth and income mutual fund that seeks to provide current income. Capital growth is an additional, but secondary, objective of the fund. It normally invests at least 65% of the fund's assets in dividend-paying common stocks. Up to 10% of its assets may be invested in stocks that do not pay dividends. The rest may be invested in corporate and other types of bonds. Share price, yield, and return will vary. This fund is managed by INVESCO Funds Group, Inc.

■ **Spartan® U.S. Equity Index Fund** (fund code: 00650). This fund is a growth and income mutual fund that seeks to provide investment results that correspond to the total return (i.e., the combination of capital changes and income) performance of common stocks publicly traded in the United States. It normally invests at least 80% of assets in common stocks included in the S&P 500, which broadly represents the performance of common stocks publicly traded in the United States. Share price and return will vary.

■ **Fidelity Low-Priced Stock Fund** (fund code: 00316). This fund is a growth mutual fund that seeks to provide capital appreciation. It normally invests at least 65% of total assets in low-priced common stocks (those priced at or below $35 per share), which can lead to investments in small and medium sized companies. The fund may potentially invest in stocks not considered low-priced. Investments in smaller companies may involve greater risks than those of larger, more well-known companies. The fund may invest in securities of domestic and foreign issuers. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 90 days, the fund will deduct a short-term trading fee from your account equal to 1.5% of the value of the shares you sold. Share price and return will vary.

■ **Franklin Small Cap Growth Fund I – Class A** (fund code: 93392). This fund is a growth mutual fund that seeks to increase the value of investments over the long term through capital growth. Under normal market conditions it will invest at least 80% of its total assets in the equity securities of U.S. small capitalization companies and in the equity securities of U.S. mid capitalization companies. For this fund, mid-cap companies are those companies with market cap values not exceeding $8.5 billion and small cap companies are those companies with market cap values not exceeding: $1.5 billion or the highest market cap value in the Russell 2000 Index, whichever is greater, at the time of purchase.

A team of 40 industry analysts performs in depth company research seeking to identify companies that have distinct and sustainable competitive advantages, which are likely to lead to growth in earnings and/or share price. Small company stocks have historically exhibited greater price volatility than larger company stocks, especially over the short term. Investments in smaller companies may involve greater risks than those of larger, more well-known companies. The risks involved in seeking long-term capital growth from small or relatively new or unseasoned companies, such as relatively small revenues, limited product lines, and small market share are described in the prospectus. Keep in mind that the technology sector has been among the most volatile sectors of the market. The fund's investment in this sector involves special risks as discussed in the prospectus. The fund may invest up to 10% of its net assets in foreign securities, which involve special risks including political uncertainty and currency volatility. Share price and return will vary. Class A shares are available through the plan. This fund is managed by Franklin Advisers, Inc.

■ **J.P. Morgan Institutional U.S. Small Company Fund – Institutional Class** (fund code: 96855). This fund is a small company fund that seeks to provide high total return from a portfolio of small company stocks. It primarily invests in small and medium sized U.S. companies whose market capitalizations are greater than $125 million and less than $2.0 billion. Industry by industry, the fund's weightings are similar to those of the Russell 2000 Index. The fund can moderately underweight or overweight industries when it believes it will benefit performance. Investments in smaller companies may involve greater risks than those of larger, more well-known companies. Share price and return will vary. This fund is managed by J.P. Morgan.

■ **Spartan® Extended Market Index Fund** (fund code: 00398). This fund is an index mutual fund that seeks to provide investment results that correspond to the total returns of stocks of small- to mid-cap U.S. companies. It normally invests at least 80% assets in common stocks included in the Wilshire 4500, which represents the performance of stocks of mid- to small-capitalization U.S. companies. Investments in smaller companies may involve more risk than those of larger, more well-known companies. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 90 days, the fund will deduct a short-term trading fee from your account equal to 0.75% of the value of the shares you sold. Share price and return will vary.

■ **Spartan® Total Market Index Fund** (fund code: 00397). This fund is an index mutual fund that seeks to provide investment results that correspond to the total return of a broad range of U.S. stocks. It normally invests at least 80% of assets in common stocks included in the Wilshire 5000, which represents the performance of a broad range of U.S. stocks. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 90 days, the fund will deduct a short-term trading fee from your account equal to 0.50% of the value of the shares you sold. Share price and return will vary.

■ **American Century International Growth Fund** (fund code: 91508). This fund is a growth mutual fund that invests internationally. It seeks to increase the value of your investment over the long term through capital growth. It invests primarily in common stocks of companies that have the potential for long-term growth. The fund will invest primarily in stocks of companies in developed foreign markets, but may also invest in emerging markets countries. Foreign investments involve greater risk, including currency fluctuation and political instability, and may offer greater potential returns than U.S. investments. Share price and return will vary. Investor Class shares are available through the plan. The fund is managed by American Century Investment Management, Inc., a wholly-owned subsidiary of American Century Companies, Inc. and distributed by Funds Distributor, Inc.

■ **Fidelity Diversified International Fund** (fund code: 00325). This fund is a growth mutual fund that invests overseas and seeks to provide capital growth. It normally invests at least 65% of total assets in foreign securities. Normally invests primarily in common stocks. Foreign investments, especially those in emerging markets, involve greater risks and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 30 days, the fund will deduct a short-term trading fee from your account equal to 1.00% of the value of the shares you sold. Share price and return will vary.

■ **Templeton Foreign Fund–Class A** (fund code: 99500). This fund is a growth mutual fund that invests internationally. It seeks to increase the value of your investment over the long term through capital growth. It primarily invests in common stocks, and it can purchase securities in any foreign country, developed or developing. Foreign investments involve greater risks and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. Share price and return will vary. Class A shares are available through the plan. This fund is managed by Templeton Global Advisors Limited.

■ **Fidelity Europe Fund** (fund code: 00301). This fund is a growth mutual fund that invests overseas. It seeks to provide a long-term growth of capital. It normally invests at least 65% of total assets in securities of issuers that have their principal activities in Europe. The fund normally invests primarily in common stocks. Foreign investments, especially those in emerging markets, involve greater risks and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. There are additional risks involved with investing in one geographic location. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 30 days, the fund will deduct a short-term trading fee from your account equal to 1.00% of the value of the shares you sold. Share price and return will vary.

■ **Spartan® International Index Fund** (fund code: 00399). This fund is an international growth fund that seeks to provide investment results that correspond to the total return of foreign stock markets. It normally invests at least 80% of assets in common stocks included in the Morgan Stanley Capital International Europe, Australasia, Far East (EAFE) Index, which represents the performance of foreign stock markets. The fund may lend securities to earn income. Foreign investments, especially those in emerging markets, involve greater risks and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 90 days, the fund will deduct a short-term trading fee from your account equal to 1.00% of the value of the shares you sold. Share price and return will vary.

*S&I Plan Summary Plan Description  2003*

■ **The Fidelity Freedom Funds.** The Freedom Funds with target retirement dates seek to provide high total returns. The goal of the Freedom Income Fund is to seek high current income and, secondarily, capital appreciation. The Fidelity Freedom Funds are designed for investors who want a simple approach to investing for retirement by investing in a collection of other Fidelity mutual funds that provide moderate asset allocation. The allocation strategy among the underlying stock, bond, and money market mutual funds contained in each Freedom Fund with a target retirement date is based on the number of years until the fund's target retirement date. The funds with a target date will gradually adopt a more conservative asset allocation over time and, therefore, their target percentages will change to become more conservative. The Freedom Income Fund, designed for those already in retirement, emphasizes bond and money market mutual funds and seeks to maintain a stable asset allocation from year to year.

Each Freedom Fund invests in a combination of underlying Fidelity stock, bond, and money market mutual funds. Fidelity Freedom 2030, with the longest time horizon, invests primarily in stock mutual funds to take advantage of potentially greater growth opportunities. The asset mix of each Freedom Fund with a retirement horizon (Freedom 2030, 2020, 2010, 2000) will gradually become more conservative over time so investors can stay with the same fund before and after retirement.

After reaching the target retirement horizon year, these Freedom Funds continue to be managed more conservatively for 5-10 more years until their asset mix is approximately the same as Freedom Income Fund. Ultimately, the funds will merge. Fidelity Freedom Income Fund, designed for those already retired, is invested more conservatively with a larger percentage in bond and money market funds and has a smaller percentage of equity mutual funds. The Fund Managers must invest in the group of specified underlying funds found in the prospectus and will aim for the projected target asset allocation percentages announced in the fund's annual and semi-annual reports. Share price and return of each Freedom Fund will vary.

The Fund Managers must invest in specified underlying funds according to percentages found in the prospectus and will aim for the projected target percentage announced in the fund's annual report. Share price and return of each fund will vary. Here are the investment strategies of each Freedom Fund  for the first quarter of 2002:

- **Fidelity Freedom 2030 Fund®** (fund code: 00373). This fund invests approximately 83% in Fidelity stock mutual funds, approximately 17% in Fidelity bond mutual funds, and the mix of underlying funds will gradually become more conservative over time.

- **Fidelity Freedom 2020 Fund®** (fund code: 00372). This fund invests approximately 71% in Fidelity stock mutual funds, approximately 29% in Fidelity bond mutual funds, and the mix of underlying funds will gradually become more conservative over time.

- **Fidelity Freedom 2010 Fund®** (fund code: 00371). This fund invests approximately 47% in Fidelity stock mutual funds, approximately 44% in Fidelity bond mutual funds, approximately 9% in Fidelity money market mutual funds, and the mix of underlying funds will gradually become more conservative over time.

- **Fidelity Freedom 2000 Fund®** (fund code: 00370). This fund invests approximately 26% in Fidelity stock mutual funds, approximately 42% in Fidelity bond mutual funds, approximately 32% in Fidelity money market mutual funds, and the mix of underlying funds will gradually become more conservative over time.

- **Fidelity Freedom Income Fund®** (fund code: 00369). This fund invests approximately 20%in Fidelity stock mutual funds, approximately 40% in Fidelity bond mutual funds, and approximately 40% in Fidelity money market mutual funds.

## Investment of Company Contributions

The company contributions that are credited to your account are invested according to the investment elections you've made for your own savings. If you make both before-tax and after-tax savings, the investment elections that apply to your before-tax savings will also apply to the company contributions credited to your account.

Before January 1, 2001, the company contributions that were credited to your account were deposited in the **Company Contribution Fund** (fund code: 93935), which primarily invested in Grace common stock. Dividends earned in this fund may have been reinvested in Grace common stock or paid to participants as directed by the Board of Directors. **As of April 9, 2003, the shares of Grace stock in the Company Contribution Fund were transferred to the Grace Stock Fund, as described on page 15.**

## Understanding Risk and Diversification

Are you effectively managing the investment of your account under the S&I plan? It's one of the most important ways to make sure you're getting the most out of the plan. And effective investment management requires an understanding of risk and diversification.

When it comes to risk, keep in mind that less risky investments generally provide more stable returns but with a lower potential for growth. And, while higher risk investments may fluctuate more, they provide the potential for greater growth.

The way to benefit from the stability of lower-risk investments and the growth potential of higher-risk investments is by diversification. This means investing your account in more than one type of investment fund.

In addition, the investment plan is intended to be a participant-directed plan, as described in Section 404(c) of the Employee Retirement Income Security Act (ERISA) and applicable federal regulations. Under these regulations, fiduciaries of the plan may be relieved of liability for any losses that are the direct and necessary result of investment instructions given by a participant or beneficiary.

# Changes to Investments

## Future Savings

On any business day you may change the investment funds in which your future savings and Company contributions will be deposited. You may make separate investment elections for before- and after-tax savings, in steps of 5 percent.

## Current Account Balances

On any business day you may transfer your current account balances, in steps of 5 percent or in any whole dollar amount you specify, to or from any of the investment funds. You may elect separate transfers from your supplemental, rollover, before-tax, and after-tax accounts (page 27).

## Grace Stock Fund

As described on page 15, you may only sell the shares of Grace stock that are credited to your account in the Grace Stock Fund. No new savings or company contributions may be invested in this fund and no current balances may be transferred into this fund. Upon selling any shares credited to your account in the Grace Stock Fund, you may invest this money in any of the plan's available investment options. See page 15 for more information about the Grace Stock Fund.

## How to Elect an Investment Change

To change your future savings, to transfer current account balances, or to sell shares of Grace stock credited to your account in the Grace Stock Fund, call Fidelity at 1-800-835-5096 on any business day or visit Fidelity's web site at www.401k.com. For all investment funds other than the Grace Stock Fund, if you make the change before 4:00 p.m. Eastern time, your change or transfer will take effect as of the close of business on the same day. If you make the change after 4:00 p.m. Eastern time, your election will take effect as of the close of business on the next business day. Fidelity will mail you a written confirmation within five business days. Remember, sales of Grace stock from the Grace Stock Fund are made on a real-time basis (see page 15 for more information).

# *Your Accounts*

### *Plan Accounts*

The following accounts may be maintained in your name under the plan. These accounts reflect the different sources from which contributions were made to the plan by you or the Company.

■ **Before-Tax Account.** Holds before-tax savings you make under the S&I plan, before-tax savings related to rollovers deposited in your S&I plan account before 1992, and related earnings.

■ **New-Start After-Tax Account.** Holds any after-tax savings you make *on and after January 1, 1987* and related earnings.

■ **Company Contribution Account.** Holds company contributions and related earnings credited to your account before January 1, 2001 and that are held in the form of Grace stock in the Grace Stock Fund (see page 15).

■ **Supplemental Account.** Holds any supplemental contributions (savings exceeding 6 percent of your pay) you made to the S&I plan before July 1, 1983, retirement plan contributions you elected to transfer to the S&I plan as of July 31, 1984, rollovers unrelated to before-tax savings deposited in the S&I plan before 1992, and related earnings.

■ **Rollover Account.** Holds any amount you roll over to the S&I plan from a similar plan of another employer, an IRA, as well as a 403(b) tax-sheltered annuity plan, and a governmental 457 plan into the S&I plan, and related earnings.

■ **Pre-1987 After-Tax Account.** Holds any after-tax savings you made before January 1, 1987, including any basic contributions (the first 6 percent of pay you saved) you made to the S&I plan *before July 1, 1983,* and related earnings.

You may call Fidelity at any time at 1-800-835-5096 or visit Fidelity's web site at www.401k.com for information on the current balance in any account.

## How Your Accounts Are Valued

The value of each of your accounts is determined each business day by Fidelity Management Trust Company.

Fidelity calculates the net asset value ("N.A.V.") per unit for each fund, other than the Grace Stock Fund, on each business day. N.A.V. means the value of all assets held in an investment fund after subtracting the fees and expenses incurred by the fund.

Each investment fund, other than the Grace Stock Fund, is divided into "units" representing ownership of a portion of the fund. All units in each fund are of equal value.

The value of an account equals:

> the number of units of each investment fund, other than the Grace Stock Fund, credited to your account,

*times*    the closing N.A.V. per unit of those investment funds.

The number of units of any fund in an account reflects contributions or transfers added to that fund as well as payments or transfers made out of that fund.

The value of units fluctuates based on the market value and investment performance of a fund, except that the Fixed Income Fund maintains a fixed unit value of $1.00 and earnings on amounts invested in the Fixed Income Fund are credited to your account as additional units.

The applicable **closing** prices of the funds will determine the exact balance of your account.

The value of the **Grace Stock Fund** will reflect the market price of Grace stock on any given day.

**Important!** Although earnings under the Fixed Income Fund accrue daily, these earnings are generally credited as of the end of each month. Therefore, if you transfer or withdraw amounts from the Fixed Income Fund, earnings accrued up to the date of the transfer or withdrawal won't be included. But if you transfer or withdraw your total balance in the Fixed Income Fund, earnings will be credited as of the date of the transfer or withdrawal.

*S&I Plan Summary Plan Description 2003*

# *Loans*

## *Types of Loans*

Two types of loans are available under the plan:

■ **General Purpose Loan.** You may obtain this type of loan for any reason.

■ **Principal Residence Loan.** You may obtain a principal residence loan—with a longer repayment period than a general purpose loan—to finance the purchase of a principal residence (house, condominium, or co-op) for yourself.

**Important!** Loans aren't available to anyone who is away from work on an unpaid leave of absence or anyone who is no longer employed by the Company. In addition, you may have only one loan outstanding at any time. If you should need to borrow additional money while you have a loan outstanding, you must first repay the original loan in full, subject to the following:

■ You may submit only one loan request in any 30-day period.

■ You may not submit more than two loan requests in any 12-month period.

## *How Much You May Borrow*

The minimum loan is **$500.**

The maximum you may borrow at any time is the **lesser** of:

■ 50 percent of your total account balance, minus any current outstanding loan balance, or

■ $50,000 minus the sum of your highest outstanding loan balances during the past 12 months.

For example, if your total account balance equals $48,000 and you had no outstanding loan balance during the past 12 months, your maximum loan would equal the lesser of $50,000 or one-half of $48,000 ($24,000). In this example, the maximum you could borrow is $24,000.

**Important!** If the value of your plan accounts **exceeds $5,000,** you must obtain your spouse's consent (or your former spouse's consent, if a qualified domestic relations order is in effect) in writing, in the presence of a notary public or plan administrator, before your loan application will be approved.

## Interest on Your Loan

The interest rate on your loan is set on the date you call Fidelity to apply, and equals the prime interest rate (as reported in The Wall Street Journal) on the last business day of the preceding calendar quarter plus 2 percent. This interest rate and your repayment amounts (principal and interest) are fixed for the life of the loan.

## Applying for a Loan

To apply for a loan, call Fidelity at 1-800-835-5096 on any business day from 8:30 a.m. to 8:00 p.m. Eastern time, and a representative will help you apply for a loan as follows:

■ The Fidelity representative will advise you of the amount available and the applicable interest rate, and will review your repayment options.

■ Based on this information, you specify the amount of the loan and the repayment period.

■ Within five business days after you apply for a loan, Fidelity will send you the loan check, an amortization schedule, and a truth-in-lending statement that summarizes the terms of the loan.

**Important!** Loans are subject to an initial fee of $35 and an annual fee of $15. These fees will be applied on a pro-rata basis from each investment fund in which your account is invested.

## Where a Loan Comes From

A loan is taken from your account balances in a specified order based on priority. All funds within an account are depleted before reducing the next account, in the following order:

| Account Balance Priority | Investment Fund Priority |
|---|---|
| 1. before-tax savings account | 1. Fidelity Contrafund |
| 2. Company contribution account | 2. Fidelity OTC Portfolio |
| 3. after-tax savings made after December 31, 1986 and related earnings | 3. Fidelity Blue Chip Growth Fund |
| | 4. Fidelity Growth & Income Portfolio |
| | 5. Fidelity Balanced Fund |
| 4. after-tax savings made before January 1, 1987 and related earnings | 6. Fidelity Investment Grade Bond Fund |
| | 7. Fidelity US Bond Index Fund |
| 5. rollover account | 8. PIMCO Total Return Fund |
| 6. supplemental account | 9. INVESCO Equity Income Fund |
| | 10. Spartan® US Equity Index Fund |
| | 11. Franklin Small Cap Growth Fund–A |
| | 12. JP Morgan Institutional US Small Company Fund |
| | 13. American Century International Growth Fund |
| | 14. Spartan® International Index Fund |
| | 15. Templeton Foreign Fund A |
| | 16. Fidelity Freedom Income Fund® |
| | 17. Fidelity Freedom 2000 Fund® |
| | 18. Fidelity Freedom 2010 Fund® |
| | 19. Fidelity Freedom 2020 Fund® |
| | 20. Fidelity Freedom 2030 Fund® |
| | 21. Fidelity Low-Priced Stock Fund |
| | 22. Spartan® Extended Market Index Fund |
| | 23. Spartan® Total Market Index Fund |
| | 24. Fidelity Diversified International Fund |
| | 25. Fidelity Europe Fund |
| | 26. Fidelity Equity-Income Fund |
| | 27. Fixed Income Fund |
| | 28. Grace Stock Fund |
| | – New Grace Stock Fund |
| | – New Company Contribution Fund |

For example, suppose you borrow $1,000, and $500 comes from your before-tax account and the other $500 comes from your company contribution account. Also assume that $300 of your before-tax savings are invested in the Fidelity Contrafund and $200 in the Fixed Income Fund, and all of your company contributions are invested in the Grace Stock Fund. In this example, the loan would be taken in this order:

- first, the $300 of before-tax savings invested in the Fidelity Contrafund would be borrowed,

- then the $200 of before-tax savings invested in the Fixed Income Fund would be borrowed, and

- the $500 of company contributions invested in the Grace Stock Fund would be borrowed to reach the $1,000.

## Repaying a Loan

When you borrow money under the plan, you must agree to repay the loan with interest in substantially equal payments by payroll deduction on an **after-tax** basis. The minimum repayment is $25 per month.

Upon obtaining a loan, an S&I plan loan account will be set up in your name. As you make repayments, the balance in the loan account will be reduced. Your loan account balance will appear on your regular quarterly account statement, and you may call Fidelity at any time at 1-800-835-5096 or visit Fidelity's web site at www.401k.com for the current balance of your loan account.

You may choose to repay a general purpose loan over a one- to five-year period, and you may choose to repay a principal residence loan over a period of up to 20 years. In addition, you may choose to repay a loan in full at any time without penalty. Partial repayments (other than the regular payroll deductions) aren't allowed.

The interest and principal you repay to your account are invested according to your current investment elections that apply to future savings. Like any other money in the plan, you may transfer this money to other investment funds on any business day.

As you repay a loan, the repayments (including interest) are credited to your accounts in the following order:
1. supplemental account
2. rollover account
3. after-tax savings made before January 1, 1987
4. after-tax savings made after December 31, 1986
5. company contribution account
6. before-tax account.

The order in which repayment is made is designed to provide maximum financial advantage to you. For example, your before-tax savings are the least accessible for withdrawals if you're under age 59½. For this reason, this money is used first to provide loan proceeds, which leaves the contributions that are more accessible for withdrawals (such as after-tax savings) available if you should need to make a withdrawal.

If you're away from work for any reason but remain an employee of the Company (such as an approved leave of absence), you must continue to repay your loan:

■ by payroll deduction (if you continue to be paid by the Company during the absence), or

■ by making payments directly to the plan according to your normal repayment schedule or as otherwise agreed to by the Administrative Committee (but no less frequently than monthly).

## Tax Considerations for Loans

Interest payable on loans made under the S&I plan isn't deductible for federal income tax purposes.

Please note that interest on principal residence loans, which aren't mortgages under the tax code, also aren't deductible for federal income tax purposes.

## Defaults

You'll be in default if you fail to make any payment on your loan within 90 days after the due date or otherwise fail to comply with any plan provisions that apply to loans.

If you default on a loan while you're an employee of the Company, the unpaid balance of your loan and accrued interest will be treated for tax purposes in the same manner as if this money had been paid to you as a withdrawal. The taxable portion of this amount will be reported to the Internal Revenue Service and the remaining loan balance will continue to be reported as an outstanding balance until your employment with the Company ends.

If you have an outstanding loan balance when your employment with the Company ends and you elect to delay distribution of your account balance, your outstanding loan balance will be considered a distribution for tax purposes if it isn't fully repaid within 90 days after your employment ends. This amount will be reported to the I.R.S. in the year in which this 90-day period ends.

If you have an outstanding loan balance when your employment with the Company ends and you receive an immediate lump-sum payment of your account balance, your outstanding loan balance will be considered to be a distribution for tax purposes in the year in which you receive the lump-sum payment. In this case, your entire account balance, including the unpaid loan balance that's deducted, will be considered to be a distribution for tax purposes.

## Loans vs. Withdrawals

The plan's loan and withdrawal features give you two options to choose from when you need money. There are several factors you should consider when choosing between a loan or a withdrawal:

■ Loans won't cause a suspension of company contributions. A withdrawal of after-tax savings results in a three-month suspension of company contributions.

■ Loans aren't taxed as income to you and aren't subject to a tax penalty. But all or part of a regular withdrawal may be subject to taxes and, if you're under age 59½, the taxable portion of the withdrawal will be subject to an additional tax of 10 percent.

■ Repayment of a loan is made automatically to the plan by payroll deduction on an after-tax basis. You should consider the effect these repayments will have on your take-home pay before borrowing from the plan. A withdrawal has no effect on your take-home pay.

■ Because loans are paid back to your account, you'll eventually restore your account balance. Once you make a withdrawal, this money may not be returned to the plan.

■ A hardship withdrawal may not be taken if a plan loan is available.

In addition, if you make a loan under the plan you'll still be able to make a regular withdrawal of the available balances in your account.

**Important!** If your employment with the Company has ended and you have elected to leave your account in the S&I plan, you may elect to withdraw all or part of your plan account at any time. **But you may not elect a loan after your employment has ended.**

# Withdrawals

Active employees — and former employees who have elected to leave their accounts in the S&I plan after their employment ends — may be able to make a withdrawal from their accounts. Keep in mind that active employees may make regular or hardship withdrawals, but former employees may only make regular withdrawals.

## Regular Withdrawal

The plan has the following regular withdrawal options and, based on the option you choose, the following suspension and tax consequences.

| Option | Suspension of Company Contributions | Tax Liability |
|---|---|---|
| 1. To receive your supplemental, rollover, or pre-1987 after-tax account balances (in this order)—up to your pre-1987 nontaxable balance. Option 1 applies only if you were a plan participant before January 1, 1987. | 3 months* | none |
| 2. To receive all of Option 1 above plus all or part of your remaining supplemental and roll-over account balances, your new-start after-tax account balance, and your remaining pre-1987 after-tax account balance (in this order). | 3 months* | yes** |
| 3. To receive all of Option 1 above plus all or part of your new-start after-tax account balance, and your remaining supplemental, rollover, and pre-1987 after-tax account balance (in this order). | 3 months* | yes** |
| 4. To receive all of your employee account balances (except your before-tax savings) plus all or part of the available company contributions and related earnings. | 3 months* | yes |
| 5. If you're age 59½ or older, you may receive all or part of your before-tax savings and related earnings. If you want to withdraw other available balances, you may also choose one of the above options. | none | yes |

*No suspension of company contributions results if the only amounts withdrawn are your Company contribution, supplemental, and rollover balances.

**The tax liability under Option 3 may be less than the tax liability under Option 2 because your supplemental and rollover account balances under Option 2 will be withdrawn first and are fully taxable, while your new-start account balance is withdrawn first under Option 3 and is partially taxable.

Keep in mind the following about regular withdrawals:

■ Available company contributions include company contributions that have been credited to your account for 24 months and related earnings.

■ If you elect to withdraw a specific dollar amount, it must be a multiple of $100 and must equal at least $500.

■ If you're an active employee under age 59½ and wish to withdraw before-tax savings, you must apply for a hardship withdrawal.

## Hardship Withdrawal

If you're an active employee under age 59½, a hardship withdrawal from your before-tax account may be allowed if you first withdraw all amounts available to you under a regular withdrawal. In addition, you must have taken all of the plan loans for which you may qualify (see pages 29-34 for details on loans). But a hardship withdrawal isn't available in any year in which you participate in the Company's deferred compensation program. A hardship withdrawal consists of your before-tax account balance, *other than earnings related to before-tax savings credited to your account after December 31, 1988.*

To apply for a hardship withdrawal, call Fidelity at 1-800-835-5096.

The Administrative Committee approves the amount needed to satisfy your hardship withdrawal request. But you must provide satisfactory documentation that you need a hardship withdrawal for one of these reasons:

1. to pay certain health-care expenses already incurred by you, your spouse, or your children that aren't reimbursed under any health-care plan, or to pay amounts needed in advance to obtain these services,

2. to buy your principal residence (other than amounts financed or amounts used to make mortgage payments),

3. to pay tuition and related educational fees for post-secondary education for yourself, your spouse or children, for up to a 12-month period,

4. to pay amounts needed to prevent your eviction from your principal residence or to prevent foreclosure on the mortgage of your principal residence, or

5. to pay amounts resulting from any other extreme, unexpected financial hardship, as determined by the Administrative Committee.

The amount of your hardship withdrawal may be "grossed-up" to reflect any federal, state, or local taxes or penalties reasonably anticipated as the result of the withdrawal, and the amount may be decreased by all other distributions and nontaxable loans available under any other company-sponsored plan (including exercisable stock options).

Effective January 1, 2002, no portion of a hardship withdrawal may be rolled over to an IRA or to another employer's qualified plan that accepts rollovers. Before January 1, 2002, certain amounts included in a hardship withdrawal could have been rolled over.

## Effect of a Hardship Withdrawal

A hardship withdrawal may affect your participation in the plan as follows:

■ During the **six-month period** after the withdrawal, you may not participate in the plan and you won't receive company contributions.

■ Your before-tax savings in the calendar year after the one in which the hardship withdrawal is made **may not exceed** the federal before-tax limit for that year minus your before-tax savings (excluding earnings) in the year of the withdrawal.

For example, suppose you received a hardship withdrawal in July 2003 under reason 5 (see page 36), and your before-tax savings in 2003 equaled $5,000. In this case, you couldn't make before- or after-tax savings from August 2003 through January 2004, and your account wouldn't be credited with company contributions during this six-month period. In addition, your before-tax savings in 2004 couldn't exceed $8,000 ($13,000 – the federal before-tax savings limit for 2004, which may be adjusted each year – minus your before-tax savings in 2003 of $5,000).

**Important!** You'll avoid the effects of a hardship withdrawal if you provide a *signed, notarized statement* to the Administrative Committee certifying that the hardship withdrawal is necessary because you can't get money from:

- reimbursement or compensation from insurance or other sources,

- reasonable liquidation of your assets without creating an immediate and heavy financial burden,

- loans available from commercial sources on reasonable terms, or

- payments or loans from other plans maintained by the Company or any other employer.

The statement **also** must indicate that:

- all resources of your spouse and minor children that are reasonably available have been considered, and

- you understand the Company will rely on your representations and won't independently investigate your finances.

If you make a hardship withdrawal under **reason 5** (page 36), the suspension and limitation effects described on page 38 will apply whether or not you can provide this statement.

In addition, the required regular withdrawal may result in a three-month suspension of company contributions (page 36).

GR  000280

## Payment of Withdrawals

Payment of a withdrawal consists of amounts taken from the investment funds in which your accounts are invested, in the following order:

| Priority | Investment Fund |
|----------|-----------------|
| 1st | Fidelity Contrafund |
| 2nd | Fidelity OTC Portfolio |
| 3rd | Fidelity Blue Chip Growth Fund |
| 4th | Fidelity Growth & Income Portfolio |
| 5th | Fidelity Balanced Fund |
| 6th | Fidelity Investment Grade Bond Fund |
| 7th | Fidelity US Bond Index Fund |
| 8th | PIMCO Total Return Fund |
| 9th | INVESCO Equity Income Fund |
| 10th | Spartan® US Equity Index Fund |
| 11th | Franklin Small Cap Growth Fund–A |
| 12th | JP Morgan Institutional US Small Company Fund |
| 13th | American Century International Growth Fund |
| 14th | Spartan® International Index Fund |
| 15th | Templeton Foreign Fund A |
| 16th | Fidelity Freedom Income Fund® |
| 17th | Fidelity Freedom 2000 Fund® |
| 18th | Fidelity Freedom 2010 Fund® |
| 19th | Fidelity Freedom 2020 Fund® |
| 20th | Fidelity Freedom 2030 Fund® |
| 21st | Fidelity Low-Priced Stock Fund |
| 22nd | Spartan® Extended Market Index Fund |
| 23rd | Spartan® Total Market Index Fund |
| 24th | Fidelity Diversified International Fund |
| 25th | Fidelity Europe Fund |
| 26th | Fidelity Equity-Income Fund |
| 27th | Fixed Income Fund |
| 28th | Grace Stock Fund<br>– New Grace Stock Fund<br>– New Company Contribution Fund |

Regular and hardship withdrawals are paid in cash.

# Taxes on Withdrawals

## Taxable and Nontaxable Balances

The extent to which taxes are due on a withdrawal depends on the following balances in your accounts (page 27):

■ **Nontaxable Balance as of December 31, 1986:** Includes any savings in your *Pre-1987 After-Tax and Supplemental Accounts,* **excluding** earnings related to these savings, and **reduced by** any previous withdrawals.

■ **Nontaxable Balance After January 1, 1987:** Includes any savings in your new-start after-tax account, **excluding** any earnings related to these savings and **reduced by** any withdrawal from this account.

■ **Taxable Balance:** Includes any savings in your Before-Tax, Company Contribution, and Rollover Accounts, and earnings in all of your accounts.

**Important!** The amount of your nontaxable balances, if any, is available by calling Fidelity at 1-800-835-5096.

## What Is Taxable?

You **won't pay any taxes** until the amount you withdraw **exceeds** your *nontaxable balance as of December 31, 1986*. For example, suppose you have the following balances:

|  |  |
|---|---|
| $6,500 | Pre-1987 After-Tax Account |
| 1,200 | New-start After-Tax Account |
| 6,200 | Before-Tax Account |
| 6,000 | Company Contribution Account |
| $19,900 | total account balance. |

And for tax purposes suppose you have these balances:

|  |  |
|---|---|
| $3,000 | nontaxable balance as of December 31, 1986 |
| $1,000 | nontaxable balance after January 1, 1987 |
| $15,900 | taxable balance. |

CR 000282

If you withdraw $5,000, you won't pay any taxes on $3,000 (your nontaxable balance as of December 31, 1986), no matter which account is actually withdrawn.

The remaining $2,000 would either be fully or partially taxable, based on the account balances you're withdrawing (see the following explanation for details).

A withdrawal will be either fully or partially taxable as follows:

■ **Fully Taxable Withdrawals.** Withdrawals from your Before-Tax or Company Contribution Account, or of earnings in any of your accounts, will be fully taxable if they exceed your nontaxable balance as of December 31, 1986.

■ **Partially Taxable Withdrawals.** Withdrawals from your *New-Start After-Tax Account* (page 27) may be partially taxable. The nontaxable part of a withdrawal from your New-Start After-Tax Account will equal:

– your nontaxable balance after January 1, 1987 (page 40) *divided by* your total New-Start After-Tax Account, *multiplied by*

– the withdrawal from your New-Start After-Tax Account.

For example, if you elect an after-tax withdrawal of $2,000, your New-Start After-Tax Account equals $3,000, and your nontaxable balance after January 1, 1987 equals $2,500, the nontaxable part of the withdrawal would equal:

$2,500 (nontaxable balance after January 1, 1987) ÷ $3,000 (New-Start After-Tax Account ) = .83,

*times*  $2,000 (the amount of the withdrawal),

*equal*  $1,660 nontaxable part of withdrawal.

In this example, of the $2,000 you withdraw from your New-Start After-Tax Account, $1,660 is nontaxable and $340 would be subject to taxes.

**Important!** The taxable part (page 41) of a withdrawal received before age 59½ may be subject to a 10 percent tax penalty. In addition, special rules may apply to income tax withholding of a withdrawal you receive. See pages 47-48 for more information.

# When Benefits Are Paid

## If Your Employment Ends

Benefits under the plan are paid if your employment ends for any reason, as follows:

■ **Retirement.** If you're age 55 or older, retirement under the S&I plan occurs when your employment ends. At retirement, you may elect to receive the total value of your accounts.

■ **Disability.** You'll qualify as disabled under the S&I plan if you receive a social security disability benefit, if you're eligible for a benefit under the Company's long-term disability income plan, or if the Administrative Committee determines that you qualify as disabled based on the advice of a doctor it provides or approves.

If you qualify as disabled, you'll receive the total value of your accounts. Payment will be made as described starting on page 43.

■ **Death.** If you die, your beneficiary will receive the total value of your accounts. Your beneficiary should contact your benefits administrator for details.

**Important!** If you're married, your spouse must be your sole beneficiary unless your spouse consents in writing in the presence of a notary public or a plan administrator to name a different beneficiary (for example, your estate) or an additional beneficiary. If you don't name a beneficiary or if your beneficiary doesn't survive you, payment upon your death will be made to your spouse (if you were married) or to your estate (if you were single).

■ **If Your Employment Ends for Any Other Reason.** You may elect to receive the total value of your accounts regardless of the reason your employment ends.

But keep in mind you're still considered to be an employee if:

■ you're on a layoff of up to one year

■ you're on an approved leave of absence

■ your job status changes to one that makes you ineligible to participate in the plan

■ you transfer to an employing unit not covered by this plan.

As long as you're considered an employee, you may not receive payment of your account.

Terminated employees must start withdrawing the minimum required amount from the S&I plan after reaching age 70½.

But if you were an active employee and had reached age 70½ before January 1, 1997, special rules regarding minimum required distributions may apply to you. Contact your benefits administrator for details.

## Qualified Domestic Relations Orders

If you're divorced or legally separated, all or part of your accounts may be subject to the terms of a qualified domestic relations order. Contact your benefits administrator for information on how a qualified domestic relations order may affect your accounts under the plan.

The S&I plan has rules on how it handles qualified domestic relations orders. You may obtain a copy of these rules, at no cost to you, by contacting your benefits administrator.

# How Benefits Are Paid

Generally, payment is made to participants who are no longer employees of Grace in a lump sum, unless they qualify for and elect the installment option.

## Lump Sum

Benefits normally are paid in a lump-sum cash payment. If you choose, you may receive payment from the Grace Stock Fund in whole shares of Grace common stock, with cash for any fractional share.

Fidelity will process a lump-sum payment as soon as practical after you or your beneficiary requests a distribution. The value of the lump sum will be determined on the date Fidelity processes the payment.

After your employment ends, you may elect daily transfers of all or part of your account balances, to or from any of the plan's available investment funds, by making an election **before** the date the value of the lump sum is calculated. See page 26 for details on electing a transfer.

**Important!** If the value of your total account **doesn't exceed $5,000,** excluding any amounts you rolled over to this plan and related earnings, payment of your total account will automatically be made as a lump-sum payment as soon as practical after your employment ends. Federal income taxes will be withheld from the payment, unless the payment satisfies the requirements needed to avoid withholding.

## Installments

You may elect the installment option if the total value of your account **exceeds $5,000** when your employment ends, excluding any amounts you rolled over to this plan and related earnings. In this event, you may elect one of the following installment options:

■ You may receive one annual or four quarterly payments, for a period you specify, up to a maximum of 10 years. You may elect to start installment payments in any calendar quarter after your employment ends. Each installment will consist of amounts taken on a pro rata basis from each investment fund in which your accounts are invested. You'll receive an installment payment approximately two to three weeks after the end of the applicable quarter.

■ You may receive monthly, quarterly, or annual payments in equal amounts that you specify. Payments under this option will continue for as long as you have an account balance. You may elect to start installment payments as of the first business day, quarter, or year, as applicable, after your employment ends. Each installment will consist of amounts taken on a pro rata basis from each investment fund in which your accounts are invested. You'll receive an installment payment approximately two to three weeks after the end of the applicable month, quarter, or year, as applicable. In addition, upon reaching age 70½ the amount of your installment payments may be subject to federal minimum distribution requirements. In this case, you'll be notified about how your installment payments will be affected.

Your beneficiary may not elect an installment option—he or she will always receive a lump-sum payment.

You may elect daily transfers of the balances in your accounts to or from any of the plan's available investment funds, as you choose, even while you're receiving installment payments. See page 26 for details on electing a transfer.

At any time on or after the date installment payments start, you may elect to receive the total unpaid value of your accounts in a lump sum as soon as practical after Fidelity receives your request.

## *Delaying Payment*

If the total balance of your accounts **exceeds $5,000,** excluding any amounts you rolled over to this plan, you may elect to delay receiving payment of your account as follows:

■ If payment is made in a lump sum, you may delay receiving payment until the end of any month after your employment ends, but no later than the end of the year in which you reach age 70½.

■ If you elect the installment option, you may delay the start of payments until the end of the year in which you reach age 70½.

**Important!** If you die, and your beneficiary is your spouse, and the total balance of your accounts **exceeds $5,000,** your spouse may elect to delay receiving payment of a lump sum, but no later than the date you would have reached age 70½. If your beneficiary isn't your spouse, he or she may not delay payment of a lump sum.

If you elect to delay payment, keep in mind that:

■ You may elect daily transfers of the balances in your accounts (including company contributions and related earnings) to or from any of the plan's investment funds), in steps of 5 percent or in any whole dollar amount, as you choose. See page 26 for details on electing a transfer.

■ Any earnings credited to your accounts will continue to grow tax free until you receive payment.

■ You may elect a regular withdrawal from your account, subject to the same rules that apply to active employees (pages 35-39). But your beneficiary may not elect a withdrawal.

■ Loans aren't allowed.

## *Taxes on Benefits*

The taxable part (page 40) of any payment received by participants under age 59½ may be subject to a 10 percent tax penalty, subject to the rules described on pages 47-48.

GR 000287

Different rules regarding taxes apply based on whether payment is made in a lump sum or installments, as follows:

■ **Lump-Sum Payment.** If you're age 59½ or older when you receive a lump-sum payment that isn't or can't be directly transferred or rolled over into an IRA or another employer's qualified plan (see pages 47-48), you may make one 10-year tax averaging election. In addition, if you elect to receive a lump-sum payment after installment payments have started, the lump sum will count as ordinary income for the year in which it's received—and won't be eligible for income averaging—unless you receive the total balance in your account (installments and lump sum) in the same year. The taxable portion of this payment, however, is eligible for a rollover or direct transfer to an IRA, a similar plan of another employer, a 403(b) tax-sheltered annuity plan, and a governmental 457 plan. In addition, your after-tax savings may be rolled over from this plan to another employer's plan that accepts after-tax savings, but only if the rollover is made directly to the other employer's plan. Contact your tax advisor for more information.

■ **Installment Payments.** The taxable portion of installment payments is calculated as follows:

> the amount of the payment received,

*minus*   the total nontaxable balance in your accounts when your employment ends,

*divided by*   the total number of installment payments you elect to receive.

For example, suppose you elect to receive annual installments for five years, starting in 2003. If your payment in 2003 was $7,500 and the total nontaxable balance in your accounts was $5,000, the taxable part of your payment for 2003 would equal:

|  |  |
|---|---|
| $7,500 | payment received in 2003 |
| − $1,000 | $5,000 total nontaxable balance ÷ 5 payments |
| = $6,500 | the taxable part of the installments ($1,000 of the total installments of $7,500 wouldn't be taxable in 2003). |

# *Withholding and Rollover Rules*

The following information summarizes federal withholding and rollover rules on the taxable portion of withdrawals and other payments made under the plan.

| Type of Payment | federal Tax Withholding Requirements | Subject to 10% Early Payment Penalty | Eligible for Rollover/Direct Transfer |
|---|---|---|---|
| **Hardship and non-hardship withdrawals** | mandatory 20% on taxable portion (with option to withhold more); you may elect not to have taxes withheld from a hardship withdrawal | if withdrawal is received before age 59½ | no |
| **Age 70½ minimum distribution** | option to elect withholding (at 10% of taxable portion) | no | no |
| **Distribution because employment ends or disability:** | | | |
| *lump sum* | mandatory 20% on taxable portion (with option to withhold more) | if employment ends before age 55 **and** payment is received before age 59½ (no penalty applies if payment is made because of disability) | yes, to an IRA, another employer's plan, a 403(b) tax-sheltered annuity plan, or a governmental 457 plan |
| *installment payments of fewer than 10 years* | mandatory 20% on taxable portion (with option to withhold more) | same rules that apply to payment of a lump sum | yes, to an IRA, another employer's plan, a 403(b) tax-sheltered annuity plan, or a governmental 457 plan (see pages 48-49 for rules on "minimum distribution") |
| *installment payments of 10 or more years* | option to elect withholding based on payroll withholding tables | same rules that apply to payment of a lump sum | no |
| **Payment to a spouse upon your death** | mandatory 20% on taxable portion (with option to withhold more) | no | yes, to an IRA, another employer's plan, a 403(b) tax-sheltered annuity plan, or a governmental 457 plan |
| **Payment to a beneficiary other than a spouse upon your death** | option to elect withholding (at 5% of taxable portion) | no | no |
| **Qualified domestic relations order** | mandatory 20% on taxable portion (with option to withhold more) | no | yes, to an IRA, another employer's plan, a 403(b) tax-sheltered annuity plan, or a governmental 457 plan |

When reviewing the information on page 47, keep in mind the following:

■ The taxable portion of lump-sum payments, installment payments for fewer than 10 years, and withdrawals are generally eligible to be rolled over to an IRA, a similar plan of another employer, a 403(b) tax-sheltered annuity plan, and a governmental 457 plan. The taxable portion of any eligible distribution that is rolled over isn't subject to income tax and penalties for the year in which the distribution is made. But the taxable portion of the payment or withdrawal will be subject to the mandatory 20 percent federal income tax withholding described on page 47.

The taxable portion of a payment or withdrawal that's eligible to be rolled over is also eligible to be directly transferred from the plan to an IRA, a similar plan of another employer, a 403(b) tax-sheltered annuity plan, and a governmental 457 plan, at the request of a participant or other eligible recipient. The taxable portion of a distribution or withdrawal that's directly transferred isn't subject to income taxes for the year in which the direct transfer occurs. In addition, the taxable portion of a direct transfer won't be subject to the 20 percent federal income tax withholding described on page 47.

If you elect a direct transfer, the plan administrator will give you a check made payable to the IRA or qualified plan in the taxable amount of the payment.

The taxable portion of an installment distribution for 10 or more years isn't eligible to be rolled over or directly transferred.

■ If the taxable portion of a lump-sum payment **is under $200**, the mandatory 20 percent withholding **won't** apply. Keep in mind that you may still roll over the taxable portion of an eligible distribution within 60 days, even if taxes were withheld.

■ Taxes and penalties only apply to the taxable portion of a withdrawal or payment you receive and don't elect to roll over to an IRA, a similar plan of another employer, a 403(b) tax-sheltered annuity plan, and a governmental 457 plan.

■ The 10 percent early payment tax penalty doesn't apply to a hardship withdrawal related to reimbursement of medical expenses exceeding the federal itemized deduction limit for such expenses (currently 7½ percent of adjusted gross income).

GR  000290

■ The portion of any installments received during or after the year in which you reach age 70½ that qualifies as a "minimum distribution" under federal law isn't eligible for a rollover.

■ You may increase the amount of a hardship withdrawal request to include the mandatory 20 percent withholding and the 10 percent tax penalty.

■ You should contact your personal tax advisor for tax advice on your situation.

# *Vesting and Reemployment*

## *Vesting*

Vesting refers to your right to the amounts credited to your account.

You're always **fully vested** in your savings and related earnings as well as in company contributions and related earnings credited to your account.

## *If You're Rehired*

Any installment payments you're receiving will stop if you're rehired as an eligible employee and you're paid for at least 40 hours in any month (or any payroll period, if that payroll period is four or five weeks).

Any service you had when your employment ended will count to determine when you may start participation in the plan.

If you're a participant in the S&I plan when you start U.S. military service in 1994 or later, including service in the National Guard, and you apply to be reemployed by the Company within specified time limits after your military service ends (see page 50), you'll be able to make contributions to the S&I plan for the period of your military service. These are called "make-up contributions,"  and will be in addition to any contributions you may make under the other provisions of the S&I plan.

Any make-up contributions you make may not exceed the amount you otherwise would have been allowed to make to the S&I plan, assuming you were continuously employed by the Company during your military service. Any make-up contributions must be made **within five years** after the date of your reemployment with the Company. But if your military service lasted under 1⅔ years, make-up contributions must be made within the period of three times the length of your military service, starting on your date of reemployment with the Company.

To be eligible for make-up contributions, you must apply for reemployment with the Company within the period specified below.

| Length of Military Service | You Must Apply for Reemployment with the Company . . . |
|---|---|
| Fewer than 31 days | by the beginning of the next regularly scheduled work period after your military service ends |
| 31 – 180 days | within 14 days after the date your military service ends |
| More than 180 days | within 90 days after the date your military service ends |

You generally won't be eligible for make-up contributions if your military service lasts for more than five years. Contact your benefits administrator for details.

# Claims for Benefits

## What to Do

If you believe you're entitled to a benefit and haven't been notified that one is payable, or if you disagree with the amount of the benefit that's payable, you may file a written claim with the Administrative Committee. The Administrative Committee has the full, exclusive, and discretionary authority to interpret all plan provisions and to decide all claims for benefits that are filed, as well as to make other administrative decisions regarding the S&I plan.

A decision on a claim will be made by the Administrative Committee as soon as possible, but no later than:

- 45 days after a disability retirement claim is received, or

- 90 days after any other claim is received.

If a decision on a disability retirement claim can't be made within 45 days, or if a decision on any other claim can't be made within 90 days, you or your beneficiary will be notified in writing before the end of this 45-day or 90-day period, as appropriate, of the special circumstances that require an extended period of consideration of the claim and the approximate date as of which a decision on the claim may be expected. In no event, however, will the required extended period exceed 30 days (for a disability retirement claim) or 90 days (for any other claim) after the end of the initial 45-day or 90-day period, as appropriate. In the case of a disability retirement claim, the plan will have up to one additional 30-day extension to consider your claim.

If you file a disability retirement claim or any other claim that doesn't follow the plan's filing procedures, or if your claim is incomplete and requires that you submit additional information, you'll be notified of when the claim is received and the correct filing procedures to follow and/or a list of the additional information needed to make the claim complete (as applicable).

For claims other than disability retirement claims, the time frames described above will continue to apply for making decisions on your benefit claim. For disability retirement claims, the time frames described above for making a decision will stop until you provide the additional information. After you provide the additional information, the Administrative Committee will make a decision on your claim within the time frame.

## If a Claim Is Denied

If a claim is denied, in whole or in part, you or your beneficiary will receive a written notice from the Administrative Committee explaining why and on which plan provisions the claim has been denied. The notice will also explain how to file an appeal. An appeal must be made within 180 days for a disability retirement claim, or 60 days for any other claim, after a denial by writing to the Committee. You or your beneficiary also may choose to name a representative to handle your appeal. You or your beneficiary is responsible for any expense related to a paid representative.

You or your beneficiary will be told if any additional information is needed to make a claim acceptable. All material related to a claim, such as the plan's official documents, may be examined by you, your beneficiary, or representative. Copies of any materials or records that support the claim should be sent with the appeal. You may submit materials or records that support your claim even if you didn't present those materials when you submitted your initial claim for benefits.

A decision on an appeal usually will be made within:

- 45 days of when it's received, or 90 days in special cases, for the appeal of a disability retirement claim, or

- 60 days of when it's received, or 120 days in special cases, for the appeal of any other claim.

If a decision on an appeal can't be made within 45 days (for a disability retirement claim) or 60 days (for any other claim), you or your beneficiary will be notified in writing before the end of this 45-day or 60-day period, as appropriate, of the special circumstances that require an extended period of consideration of the appeal.

**Important!** If your claim is denied solely because it's incomplete, the Administrative Committee will notify you and advise you of the additional information needed to complete the claim. The time frames described above for making a decision on your appeal will stop until you provide the additional information. After you provide the Administrative Committee with the additional information, the Administrative Committee will make a decision on your appeal within the remaining time frame.

The Administrative Committee's decision on an appeal is final. If you or your beneficiary has filed a claim for benefits which has been denied on appeal by the Administrative Committee and you or your beneficiary believes the claim has been improperly denied, in whole or in part, you or your beneficiary has certain rights. See page 59 for details.

## When Benefits Are Not Paid

Generally, payment of a benefit will be made to you or your beneficiary after one of the events described on pages 42-43 occur. But payment of a benefit can't be made until we have the current address for you or your beneficiary.

# Employing Units

An employing unit is a unit of employees within a product line or business unit of W. R. Grace & Co., or any company owned or controlled by W. R. Grace & Co., authorized by Grace's Board of Directors (or its designee) to participate in the S&I plan. As of July 1, 2002, these employing units were authorized to participate in the S&I plan:

Grace Performance Chemicals (except hourly employees at the Trenton, NJ facility)
– Grace Construction Products
– Grace Container Products (Darex)
– Darex Puerto Rico, Inc.
Catalyst Products/Grace Davison
Silica Products/Grace Davison
Grace Headquarters Office located in:
– Florida
– Maryland
– Massachusetts
– New Jersey
– South Carolina
– Tennessee
Grace Management Services, Inc.
– U. S. Expatriates

The authority to participate in the S&I plan is automatically withdrawn for employees of any employing unit that's divested by Grace. This means that the active participation in the plan of employees of a divested employing unit ends on the date the employing unit is divested (regardless of whether or not the employees continue to work for the divested employing unit).

Contact your benefits administrator for information on whether or not a specific employing unit participates in the plan or to obtain a current list of employing units covered by the plan.

GR 000295

# Merged Plans

Special rules regarding participation or investments may apply to former participants of the:

■ The W. R. Grace & Co. Hourly Employees Savings and Investment Plan was merged into the W. R. Grace & Co. Salaried Employees Savings and Investment Plan as of January 1, 2002. Then the name of the plan was changed to the W. R. Grace & Co. Savings and Investment Plan.

■ Amicon Corporation Employee Savings and Investment Plan

■ Chomerics Employees Stock Ownership Plan

■ Emerson & Cuming Restated Pension Plan and Trust

■ Dearborn Chemical Company Salaried Employees Savings and Investment Plan

■ Emerson & Cuming Restated Pension Plan and Trust

■ Evans Chemetics Inc. Profit Sharing Plan

■ Grace Drilling Co. Money Purchase Plan

■ Grace Energy Corporation Employees Savings and Investment Plan

■ Grace Offshore Company Employees Profit Sharing Plan

■ HOMCO International, Inc. Profit Sharing Plan Investment Savings and Retirement Plan

■ Tex Tech Industries, Inc. Investment Plan for Salaried Employees

For more information, contact your benefits administrator.

Copies of the merged plans, plan-merger documents (including portions of any corporate merger documents that describe or control the plan merger), and other documents that affect the benefits of participants under the S&I plan who were employees of companies acquired by Grace are available for inspection. Copies of such documents may be obtained at a reasonable charge upon written request to the Administrative Committee. Contact your benefits administrator for more information.

# *Additional Tax Information*

The principal federal income and estate tax consequences of participation in the plan are summarized throughout this summary plan description. The information that follows provides additional tax information that isn't addressed in other parts of this summary plan description. The summary of tax consequences below and in other parts of this summary plan description isn't intended to cover all of the tax aspects of participation in the plan. Participants and other recipients of payments and withdrawals from the plan are advised to consult with their own tax advisers concerning their specific situations.

■ **Grace Common Stock.** If a payment or withdrawal includes shares of Grace common stock, any appreciation in the value of the shares (over their cost to the plan) won't be taxed until you sell the shares, unless you elect to have the appreciation taxed at the time of the payment or withdrawal.

■ **Federal Estate Tax.** The value of a deceased participant's interest in the plan (excluding after-tax savings) will be included in the deceased participant's gross estate for federal estate tax purposes.

■ **Deductions for Employer Contributions.** Grace will generally be entitled to federal income tax deductions for its contributions to the plan in the year for which such contributions are made.

**Important!** In addition to other information that's available to you upon request (as noted in this summary), each year you'll also receive in the prospectus for each Fidelity fund in which you're invested a statement of the assets comprising each investment fund and the value of these assets. In the case of the Grace Stock Fund, the assets of this fund consists only of Grace stock. In the case of the Fixed Income Fund, a list of the fund's assets is available upon request from Fidelity, and will include the current guaranteed investment contracts bought by the fund, the names of the insurance companies or other issuers of the contracts, and the rates of return and other pertinent terms of these contracts.

# Other Information

The following pages describe other information you should know about the plan and your rights.

## Plan Sponsor

The sponsor of the plan is W. R. Grace & Co., 7500 Grace Drive, Columbia, MD 21044.

## Plan Administrator

The plan administrator is the Administrative Committee of the W. R. Grace & Co. Benefit Plans, W. R. Grace & Co., 7500 Grace Drive, Columbia, MD 21044, (410) 531-4000. The Investment and Benefits Committee is responsible for the management and operation of the plan, and has the full, exclusive, and discretionary authority to determine eligibility for benefits and to interpret the terms of the plan, except to the extent that such authority has been delegated to the Administrative Committee. Aon Fiduciary Counselors Inc. is the independent fiduciary for the Grace stock held under the S&I plan.

## Trustee

All contributions to support this plan go into a trust fund held by Fidelity Management Trust Company, 82 Devonshire Street, Boston, MA 02109-3614.

## Plan Year

Plan records are kept on a plan-year basis, which is the same as a calendar year (January 1st to December 31st).

## Plan Identification

The official name of the plan is the W. R. Grace & Co. Savings and Investment Plan. The Internal Revenue Service identifies the Company by the number 65-0654331, and the Department of Labor identifies the plan by the number 123. The plan is classified as a "defined-contribution/401(k)" plan.

## If You Can't Receive Payments

If the Company determines that you or your beneficiary isn't able to receive payments – for example, if you're physically or mentally disabled – it may have payments made to the person or institution who is responsible for you or your beneficiary.

## Legal Service

If there's a need to take legal action under the plan, legal process may be served on the General Counsel, W. R. Grace & Co., 7500 Grace Drive, Columbia, MD 21044. Legal process also may be served on the plan administrator or trustee.

## Plan Documents

This summary describes the main features of the plan as of its most recent amendment on April 21, 2003. You should know that the plan also has official documents; this summary isn't an official plan document. The official plan documents – not this summary – must be used to resolve any question about benefits from the plan.

You may review the official plan documents by contacting your benefits administrator. You may obtain copies of these documents by writing to the plan administrator. A reasonable charge may be made for copying these materials.

## Rights to Benefits

Generally, your benefit from the plan may not be assigned, sold, transferred, or pledged to a creditor or anyone else. But benefits may be subject to the terms of any qualified domestic relations order resulting from divorce or separation from your spouse.

## Voting Your Stock

As a participant in the S&I plan, the Grace stock credited to your account under the plan gives you the same voting rights as any shareholder. You'll receive proxy materials and details on voting your stock before each annual or special stockholders' meeting.

## The Plan's Future

The Company, by action of its Board of Directors or the Investment and Benefits Committee, reserves the right to change, suspend, or end the plan at any time, for whatever reason it finds appropriate. Amendment or termination of the plan is a Company decision, and not a "fiduciary" function. The employees and officers of the Company have no obligation to inform you of any proposed changes until such change has been adopted by the Board of Directors or the Investment and Benefits Committee. You may not rely on any statement or the absence of any statement by an employee or officer of the Company or any fiduciary regarding proposed changes before the official adoption of such change by the Board or that Committee.

If the plan should end, the money in the trust fund may be used only for the benefit of participants and beneficiaries. No further benefits will be earned on or after the date the plan ends. The plan has rules on how the assets in the trust fund will be allocated to participants and beneficiaries; you'll be given details on these rules if the plan should end.

## Benefit Insurance

Certain employee-benefit plans, such as defined-benefit plans, have benefit insurance. This insurance is provided by the Pension Benefit Guaranty Corporation, or PBGC.

The S&I plan is a defined-contribution plan. It doesn't have benefit insurance because PBGC insurance is neither required nor permitted for this type of plan.

# *Your Rights*

As a participant in the W. R. Grace & Co. Savings and Investment Plan, you're entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as described in the following information

## *Receive Information About Your Plan and Benefits*

You may examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

You may obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

You may receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

You may obtain a statement telling you whether you have a right to receive a benefit . If you do not have a right to a benefit, the statement will tell you how many more years you have to work to get a right to a benefit. This statement must be requested in writing and is not required to be given more than once every 12 months. The plan must provide the statement free of charge.

## *Prudent Actions by Plan Fiduciaries*

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a 401(k) benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a 401(k) benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court.

If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your plan, you should contact the plan administrator.

If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

# A Few Words About the Plan

W. R. Grace & Co. provides retirement benefits for eligible employees under the W. R. Grace & Co. Savings and Investment Plan (the "S&I plan"). The plan has been most recently amended as of April 21, 2003.

This document is the summary plan description of the S&I plan. This plan also has official plan documents – this summary isn't an official plan document. In the event of any difference between the terms of this summary plan description and official plan documents, the terms of the official plan documents will govern.

Grace has the sole discretionary authority at any time to modify, amend, or terminate the plan to any extent, as adopted by the Investment & Benefits Committee, the Board of Directors, or their designees. If the plan is amended or terminated while you're a participant, you'll be notified of the effect of the change on your plan benefits or participation. No consent of any employee, or other person, is necessary for Grace to amend or terminate the plan. If the plan is terminated, special rules will apply to vesting and the payment of benefits. Participants and beneficiaries will be notified of how benefits will be affected in the event the plan terminates.

The plan administrator has the authority to control and manage the operation and administration of the plan, including all rights and powers needed to carry out its functions, whether or not such rights and powers are specified in this document.

In addition, the plan administrator has the authority and discretion to interpret the provisions of the plan, to determine all questions arising under or related to the plan, including all questions of fact and questions of eligibility to participate and obtain benefits, and to determine the amount, manner, and time of payment of any benefits under the plan. The plan administrator may, in its sole discretion, delegate authority with regard to the administration of the plan, or any portion of the plan. The plan administrator's (or its designee's) decisions are final and binding.

**Important!** Statements of policies, benefits, and regulations in this summary don't constitute the terms and conditions of an employment contract, either expressed or implied. Moreover, Grace reserves the right to change its policies, benefits, and regulations at any time, without notice.