# GRACE
# Benefit News

January, 2000 — Salaried and Hourly S&I Plans

# Improvements to the S&I Plan!

The following information summarizes changes to the W. R. Grace & Co. Salaried Employees Savings and Investment Plan and the W. R. Grace & Co. Hourly Employees Savings and Investment Plan (the "S&I plan") that take effect as of **January 1, 2000.** Please review this information carefully and keep it with your summary plan description for future reference.

## ★ Increased Company Match ★

Currently, the Company matches each dollar you save with 75 cents, up to the first 6% of pay you save. We're pleased to announce that as of January 1, 2000, **the Company match will increase to one dollar for each dollar you save,** up to the first 6% of pay you save. This is a one-third increase to the amount of the current Company match.

What will this mean to you? The following example shows the annual Company match that would be added to the accounts of three participants, with different annual base pay, assuming that each participant saves at 6% of pay.

| Annual Base Pay | Current $.75 Company Match | ★ New ★ $1.00 Company Match |
|---|---|---|
| $25,000 | $1,125 | $1,500 |
| $50,000 | $2,250 | $3,000 |
| $100,000 | $4,500 | $6,000 |

Remember, to receive the maximum Company match you must save at least 6% of your pay.

## ◆ Investment of Company Contributions ◆

Currently, matching company contributions are automatically invested in the Company Contribution Fund, which invests primarily in Grace common stock.

We're pleased to announce that, as of January 1, 2000 you'll be able to choose the investment of matching company contributions the same way as you can for your own savings. That is, you'll be able to invest all or part of the matching company contributions credited to your account in any available investment option, including the Company Contribution Fund. You may not, however, invest matching company contributions in the Grace Stock Fund — this fund is only available for the investment of your savings.

In addition, like all other amounts credited to your accounts, you'll be able to transfer all or any portion of the matching company contributions and related earnings to any available investment option on a daily basis on any business day.

You may elect changes to the investment of current balances by contacting the Fidelity Participant Services Center at 1-800-835-5096 or on the Internet at www.401k.com.

This change will give you more control over how you want the money in your account invested.

## ▲ For More Information ▲

Please refer to your summary plan description for more information about the S&I plan. If you have any questions or require additional information, please contact your benefits administrator.

*This document constitutes part of a prospectus covering securities that have been registered under the Securities Act of 1933.*