**GRACE**

Paul J. Norris
Chairman, President & Chief Executive Officer

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Voice: (410) 531-4406
Fax:   (410) 531-4414
email: paul.j.norris@grace.com

December 15, 2000

Dear Grace Colleagues:

I am pleased to announce that the Grace Board of Directors approved special enhancements to the Grace Savings & Investment Plan, which includes raising the Company match to 100% of your contributions up to six percent of pay. We also changed the requirement that the Company match be provided in the form of Grace stock. In the future, you will be able to self direct the Grace matching contributions in the same manner as you direct your own savings. These changes become effective on January 1, 2001, and the 100% match will last for two years.

These special enhancements come as a consequence of market uncertainty surrounding companies, like Grace, that have significant asbestos liabilities. When our stock traded on market fundamentals, employees realized good growth in the Grace stock funds. These enhancements are intended to provide you with greater investment flexibility and, in some respect, to help restore the investment potential of the Plan.

Attached is more information about these changes to the Savings & Investment Plan. Please review this information carefully to make sure you take full advantage of the opportunities provided by these changes.

Sincerely,

*Paul*

Paul J. Norris

GR 001833