*The following information summarizes changes to the W. R. Grace & Co. Salaried Employees Savings and Investment Plan and the W. R. Grace & Co. Hourly Employee Savings and Investment Plan (the "S&I Plan") that take effect as of January 1, 2001. Please review this information carefully and keep it with your summary plan description for future reference.*

**SPECIAL ENHANCEMENTS TO THE GRACE S&I PLAN**

As you know, over the last year, Grace has made the several improvements to the S&I Plan. The Company match has been increased from $0.50 to $0.75 for each $1.00 contributed up to 6% of pay. All participants, regardless of age, are now permitted to transfer funds from the Company Contribution Fund to any other available investment fund. Over 20 new investment options have been added. And the eligibility waiting period has been shortened to 3 months of service.

Today, we are pleased to describe the following additional special improvements to the S&I Plan which will be effective January 1, 2001.

We hope that all eligible Grace employees will take full advantage of these improvements.

**Increased Company Match**

The Company match will be increased to $1.00 for each $1.00 that a participant contributes up to 6% of pay. The implementation of this "dollar for dollar" matching policy means that the maximum Company contribution that may be allocated to an S&I Plan participant will increase to 6% of pay (for those who contribute at least 6% of pay to the S&I Plan).

The Grace Board has initially authorized the implementation of the increased Company match (i.e., from 75% to 100%) for a 2 year period, commencing January 1, 2001. At any time in the future, however, the Board may consider whether the increased Company match should be extended or changed in any other manner.

**More Investment Flexibility For Company Match**

All Company matching contributions will be allocated to the participant's S&I Plan account in accordance with the participant's specific investment election, which currently only applies to the participant's own contributions. This means that, effective January 1, the Company's contributions will no longer be automatically allocated to the Company Contribution Fund (which is comprised of Grace common stock) but will instead be proportionately allocated to the investment fund or funds selected by the participant for his or her own contributions.[*]

For example, suppose that a participant's current investment election provides that 75% of the participant's contributions are allocated to the Fidelity ContraFund and 25% are allocated to the Fixed Income Fund. In that case, the participant's contributions would be allocated consistent with the investment allocation, but, 100% of the Company match for the participant would be allocated to the Company Contribution Fund. However, effective January 1, 2001, 75% of the **total** amount contributed for the participant (which will include both the participant's own contributions plus the Company match – the "total contribution") will be allocated to the ContraFund, and 25% of the total contribution will be allocated to the Fixed Income Fund, until

---

[*]For participants who have separate before-tax and after-tax investment elections, the before-tax election will govern the allocation of Company contributions. For participants who have only an after-tax election, Company contributions will be allocated pursuant to that election, but, of course, the Company contributions will continue to be treated as before-tax contributions.

GR 001835

the participant changes his or her current investment election. No further allocations will be made to the Company Contribution Fund, effective January 1, 2001*

As a reminder, a participant may change investment elections at any time over the Internet by visiting the Fidelity 401(k) website at www.401k.com or by calling Fidelity at 1-800-835-5096. Until you change your current investment election with Fidelity, that investment election will apply to the total contributions made on your behalf (i.e., your own contributions plus Company match) on and after January 1, 2001.

Participants will still be able to invest in Grace common stock by allocating a percentage of the total contribution to the Grace Common Stock Fund. Therefore, for instance, if a participant wishes to allocate an amount of money to the Grace Common Stock Fund that is generally equivalent to the Company match, and the participant is contributing 6% of pay to the S&I Plan, then the participant could elect to allocate 50% of the total contribution to the Grace Common Stock Fund and 50% to any other available investment fund or funds.

*As always, the Grace Board, and its designees, reserve the right to change or amend any provision of the S&I Plan (including the improvements specified above) at any time (including during the 2 year period mentioned in conjunction with the increased Company match).*

---

*Participants will, however, continue to be permitted to transfer money from the Company Contribution Fund to other available investment options, and will continue to have the ability to invest in Grace common stock as described above.

GR 001834