

W. B. McGowan
Senior Vice President

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

March 26, 2003

To: Participants in the Grace Savings and Investment Plan

Effective at noon today, March 26, 2003, the Grace Savings & Investment Plan has imposed a temporary suspension of redemption out of the New Grace Common Stock Fund. This action is necessary due to the unusually high volume of selling activity and the fact that Grace stock is thinly traded on the securities market, severely limiting the number of transactions each day. This temporary suspension will enable the Fund to sell off the backlog of orders and to replenish the Fund's cash component in accordance with its investment objectives and policies. This suspension is expected to last 7–10 business days.

This suspension applies only to the sale or transfer of assets out of the New Grace Common Stock Fund.

As a brief reminder, the New Grace Common Stock Fund is a "unitized" fund. The fund is generally made up of 95% stock and 5% cash. The cash component creates liquidity and in the past has allowed participants to request daily transactions into and out of the Fund without the normal 3-day settlement timeframes. Participants receive "units" valued at the NYSE close plus the cash component, rather than shares.

The action taken today will enable the Plan to process the backlog and restore the cash component of the Fund.

In a few days, Fidelity will send directly to you more detailed information about this temporary suspension.

If you have any questions, please call me (410-531-4191) or Mike Piergrossi (410-531-4183).

GR 001851