**Corporate Communications**

# GRACE News

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

| CONTACT: | Media Relations:<br>Greg Euston<br>(212) 468-3734 | Investor Relations:<br>Bridget Sarikas<br>(410) 531-4194 |
|---|---|---|

## GRACE ANNOUNCES INTENDED SALE OF SHARES BY THE GRACE 401(k) PLAN

**COLUMBIA, Maryland, February 27, 2004** — W. R. Grace & Co. (NYSE: GRA) today announced that State Street Bank and Trust Company, which acts as investment manager and independent fiduciary for the Grace stock fund in Grace's Savings and Investment Plan (a plan qualified under Section 401(k) of the Internal Revenue Code), has determined that it is no longer consistent with the Employee Retirement Income Security Act of 1974 for the Plan to continue to hold all of the shares of Grace common stock currently in the stock fund. State Street has advised the company that it is commencing a selling program of Grace shares in the fund, and has filed a Form 144 with the Securities and Exchange Commission. As of February 25, 2004, the Grace stock fund held approximately 7.87 million shares of Grace common stock.

* * *

Grace is a leading global supplier of catalyst and silica products, specialty construction chemicals, building materials, and sealants and coatings. With annual sales of approximately $2 billion, Grace has over 6,000 employees and operations in nearly 40 countries. For more information, visit Grace's Web site at www.grace.com.

### # # #