#2823

**Corporate Communications**

# GRACE News

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

| | | | |
|---|---|---|---|
| CONTACT: | Media Relations:<br>Greg Euston<br>(212) 468-3734 | | Investor Relations:<br>Bridget Sarikas<br>(410) 531-4194 |

**GRACE ANNOUNCES SALE OF SHARES BY THE GRACE 401(k) PLAN**

**COLUMBIA, Maryland, April 12, 2004** — W. R. Grace & Co. (NYSE: GRA) today announced that it was informed by State Street Bank and Trust Company, which acts as investment manager and independent fiduciary for the Grace stock fund in Grace's Savings and Investment Plan (a plan qualified under Section 401(k) of the Internal Revenue Code), that State Street has sold substantially all of the shares of Grace common stock held by the Plan to a single buyer at $3.50 per share.

* * *

Grace is a leading global supplier of catalyst and silica products, specialty construction chemicals, building materials, and sealants and coatings. With annual sales of approximately $2 billion, Grace has over 6,000 employees and operations in nearly 40 countries. For more information, visit Grace's Web site at www.grace.com.

# # #

GR 001873