

W. Brian McGowan
Senior Vice President, Administration

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044-4098

December 8, 2003

Dear S&I Plan Participant:

As a follow-up to our communication a few months ago, Grace is now pleased to announce that State Street Bank and Trust Company (State Street) has been retained as the investment manager for the Grace Stock Fund within the Grace Savings & Investment Plan (the S&I Plan). This arrangement will be effective beginning December 15, 2003, and will continue for the foreseeable future. We will, of course, advise you of any changes regarding this arrangement when those changes occur.

State Street was selected in part because of its financial stability and its experience managing assets in general, and company stock funds in particular. State Street is an industry leader in providing independent fiduciary and investment management services to employee retirement plans. State Street is a leading financial services provider worldwide, with over $8.8 trillion in assets under custody and over $965 billion in assets under management. State Street is also the largest fiduciary for company stock assets, with over $72 billion of employer securities managed for qualified retirement plans, including many 401(k) plans (like the S&I Plan).

As previously mentioned, this arrangement allows Grace management to avoid potential conflicts that may arise as a result of the Chapter 11 bankruptcy process by delegating the duty to manage the Grace Stock Fund to an independent expert acting solely in the best interests of participants and beneficiaries.

Beginning December 15th, State Street, rather than Grace, will have the responsibility to determine whether the continued investment in Grace stock is consistent with the law governing retirement plans, the Employee Retirement Income Security Act of 1974 (ERISA). Although no decisions regarding the Grace Stock Fund have been finalized, State Street could determine in the future that all or a portion of the Grace stock within the Grace Stock Fund should be sold, regardless of the election of the S&I Plan participants, in order to comply with ERISA. In the event that State Street determines that all or any Grace stock should be sold, the shares will be sold from, and resulting proceeds credited to, all participants' accounts on a pro rata basis. These proceeds will be invested initially in the Fixed Income Fund, which can then be redirected to other investment options by each participant.

In the future, State Street will be communicating directly with S&I Plan participants regarding any investment decisions affecting the Grace Stock Fund.

PLEASE NOTE that each participant continues to have the right to direct the sale of any or all shares of Grace stock credited to his or her individual account under the S&I Plan. However, State Street will have the authority to suspend such participant trading if it determines that to be in the best overall interest of the Plan and its participants.

We are happy that State Street has agreed to provide this valuable service to the S&I Plan.

W. Brian McGowan

WBM:psw

GR 001865