**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KERI EVANS,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>       Defendants.<br>──────────────────────<br>LAWRENCE W. BUNCH, *et al.*<br><br>       Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>       Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

### STATE STREET BANK AND TRUST COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINTS

For reasons stated in the accompanying memorandum of law, State Street Bank and Trust Company and its unincorporated division State Street Global Advisors (together with State Street Bank and Trust Company, "State Street") hereby respectfully moves this Court for an Order pursuant to Fed. R. Civ. P. 12(b)(6): (1) dismissing the Amended Complaint filed by Keri Evans and Timothy Whipps, on behalf of themselves and a class of all others similarly situated (Case No. 04-11380-WGY) against State Street for violations of the Employee Retirement Income Security Act; (2) dismissing the Complaint filed by Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller on

behalf of themselves and all others similarly situated (previously Case No. 05-11602-MLW) against State Street; and (3) granting such other and further relief as the Court deems just and necessary.

Dated:  January 24, 2006           Respectfully submitted,

                                   STATE STREET BANK AND TRUST COMPANY

                                   By its counsel,
                                    _/s/ Sean T. Carnathan_____
                                   Sean T. Carnathan (BBO #636889)
                                   (scarnathan@ocmlaw.net)
                                   O'CONNOR, CARNATHAN, AND MACK LLC
                                   8 New England Executive Park, Suite 310
                                   Burlington, MA 01803
                                   Telephone: (781) 359-9000
                                   Facsimile: (781) 359-9001

                                   -and-

                                   Scott M. Flicker
                                   (scottflicker@paulhastings.com)
                                   PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                   875 15th Street, NW
                                   Washington, DC 20005
                                   Telephone: (202) 551-1700
                                   Facsimile: (202) 551-1705

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel for defendant State Street certifies that counsel for State Street has conferred with plaintiff's counsel in a good faith effort to resolve the issues set forth in this Motion.

_January 24, 2006_____           _/s/ Sean T. Carnathan_____
Date                               Sean T. Carnathan

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Motion and the documents filed in support of it through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 24, 2006.

 

| | |
|---|---|
|  January 24, 2006 | /s/ Sean T. Carnathan |
| Date | Sean T. Carnathan |