## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KERI EVANS, *et al.*

           Plaintiff,

v.

JOHN F. AKERS, *et al.*

           Defendants.

LAWRENCE W. BUNCH, *et al.*

           Plaintiffs,

v.

W.R. GRACE & CO., *et al.*

           Defendants.

Consolidated as:
Case No. 04-11380-WGY

## DECLARATION OF ELIZABETH SHEA IN SUPPORT OF STATE STREET BANK AND TRUST COMPANY'S MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINTS

I, Elizabeth Shea declare:

1.      I submit this Declaration in support of State Street Bank and Trust Company's Motion to Dismiss Plaintiffs' Amended Consolidated Complaints. If called as a witness, I would and could competently testify to all facts as stated in this Declaration that are within my personal knowledge or as reflected in the business records of State Street Global Advisors, the asset management division of State Street Bank and Trust Company ("State Street").

LEGAL_US_E # 70155158 4

2.      I have been employed by State Street for over four ("4") years. I currently hold the position of Principal State Street Global Advisors, Compliance and Risk Management.

3.      As part of my job duties, I participate in the process by which State Street files certain public documents including SEC Form 13F ("Form 13F"). Form 13F is the reporting form filed with the U.S. Securities and Exchange Commission ("SEC") by institutional investment managers pursuant to Section 13(f) of the Securities Exchange Act of 1934 as amended (the "'34 Act"). Institutional investment managers that exercise investment discretion over $100 million or more in Section 13(f) securities must file a Form 13F disclosing their holdings of Section 13(f) securities on a quarterly basis. *See* Section 13(f)(1) of the '34 Act (15 USCS § 78m(f)). Section 13(f) securities are equity securities as defined by Section 13(d)(1) of the '34 Act, and are generally exchange-traded or quoted stocks, equity options and warrants, shares of closed-end investment companies, and certain convertible debt securities. *See* Section 13(d)(1) of the '34 Act (15 USCS § 78m(d)(1)).

4.      Among other things, Form 13F filings must include: the issuer name of all Section 13(f) securities; a description of the class of security listed; the number of shares owned; and the fair market value of the securities listed, as of the end of the calendar quarter. If a Form 13F contains an error, the institutional investment manager that filed the original Form 13F must file the amendment. *See* Section 13(f) of the Securities Exchange Act of 1934 as amended (15 USCS § 78m(f)).

5.      On October 19, 2005, in the ordinary course of its business, State Street filed amended Form 13Fs with the SEC covering the First and Second Quarters of 2004,

correcting certain errors in the original Form 13Fs covering these periods, filed on May 13, and

August 13, 2004, respectively. Excerpts of true and correct copies of State Street's amended

Form 13Fs for the First and Second Quarter of 2004 are attached as Exhibits 1 and 2 hereto.

      6.    The Form 13Fs appended hereto show that between the First Quarter of

2004 (ending March 31, 2004) and the Second Quarter of 2004 (ending June 30, 2004), State

Street's managed holdings of W.R. Grace & Co. common stock ("Grace Stock") (CUSIP number

38388F10) fell from 8,169,648 shares to 1,871,671 shares. *Compare* Exh. 1 at 26 *to* Exh. 2 at

29.

      7.    I understand that in the matter of *Bunch, et al. v. W.R. Grace & Co., et al.,*

the plaintiffs allege that, shortly after the April 2004 divestment of the Grace Stock from the

W.R. Grace & Co. Employees Savings and Investment Plan Grace Plan, "through a related party

transaction, State Street . . . or an affiliate became the owner of millions of shares of Grace

stock." (Complaint, ¶ 16.) If this claim were correct, the millions of shares of Grace Stock

divested from the Plan would have appeared as a managed asset of State Street on the Form 13F

covering the Second Quarter of 2004. They do not. Instead, a comparison of the two Form 13Fs

attached to this declaration shows that, from the First to the Second Quarter of 2004 State

Street's managed holdings of Grace Stock dropped to reflect the transfer of those shares to an

unaffiliated third party.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct on the basis of my personal knowledge or as reflected in the business records of State Street.

Executed this **23** day of January, 2006.

_____
(Signature)

LEGAL_US_E # 70155158 4