

# STATE STREET CORP (STT)

STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111
617. 786.3000
http://www.statestreet.com/

## 13F-HR/A

**AMENDMENT NO.1 TO FORM 13F**
**Filed on 10/19/2005 – Period: 03/31/2004**
File Number 028-00399



**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

```
                         UNITED STATES
               SECURITIES AND EXCHANGE COMMISSION
                       Washington D.C. 20549

                            Form 13F

                       Form 13F Cover Page
```

Report for Calendar Year or Quarter Ended: March 31, 2004

Check here if amendment [X]   Amendment Number 1

Institutional Investment Manager filing this report:

Name:       State Street Corporation
Address:    225 Franklin Street
            Boston, Massachusetts 02110

Form 13F File Number:  28-399

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:        James J. Malerba
Title        Senior Vice President and Deputy Controller
Telephone:   617-664-8697

Signature, Place, and Date of Signing:

```
    /s/James J. Malerba          Boston, Massachusetts         October 19, 2005
    ----------------------       ----------------------        ----------------
        [Signature]                  [City, State]                  [Date]
```

Report Type (Check only one):

[X]  13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

[_]  13F NOTICE. (Check here if no holdings reported are in this report and all holdings are reported by other reporting manager(s).)

[_]  13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

```
                        Form 13F SUMMARY PAGE

Report Summary:

Number of Other Included Managers:       None
Form 13F Information Table Entry Total:  3,397
Form 13F Information Table Value Total:  406,473,430
                                         (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other that the manager filing this report. [If there are no entries in this
list, state "NONE" and omit the column headings and list entries.]

NONE
```


```
                                       State Street Corporation (STT)
                                         SEC13F Report - March 2004
------------------------------------------------------------------------------------------------------------------
                                                                   INVESTMENT
                     TITLE OF              VALUE      SHRS OR  SH/ PUT/   DISCRETION          VOTING AUTHORITY
NAME OF ISSUER       CLASS       CUSIP    (x$1000)    PRN AMT  PRN CALL   SHARED    OTHER   SOLE       SHARED    NONE
--------------       --------    -----    --------    -------  --- ----   ------    -----   ----       ------    ----

GEO GROUP INC            COM          36159R10      3,206       139,411 SH       139,411                138,711                      700
GEORGIA GULF CORP        COM PAR $0   37320020     26,797       888,805 SH       888,805                838,755                   50,050
GEORGIA PAC CORP         COM          37329810    333,486     9,898,672 SH     9,898,672              9,050,811      73,775      774,086
GERBER SCIENTIFIC IN     COM          37373010      2,442       359,072 SH       359,072                321,272                   37,800
GERDAU S A               SPONSORED    37373710      1,236        53,045 SH        53,045                 47,054                    5,991
GERMAN AMERN BANCORP     COM          37386510      2,607       152,885 SH       152,885                136,285                   16,600
GERON CORP               COM          37416310      6,320       672,315 SH       672,315                622,015                   50,300
GETTY IMAGES INC         COM          37427610     19,053       352,969 SH       352,969                350,238                    2,731
GETTY RLTY CORP NEW      COM          37429710      8,341       313,912 SH       313,912                287,062                   26,850
GEVITY HR INC            COM          37439310      6,733       230,578 SH       230,578                207,978                   22,600
GIANT INDS INC           COM          37450810      1,459        70,496 SH        70,496                 70,496
GIBRALTAR STL CORP       COM          37476F10      4,530       184,090 SH       184,090                171,505                   12,585
GILEAD SCIENCES INC      COM          37555810    186,968     3,371,837 SH     3,368,372    3,465    3,180,455       6,465      184,917
GILLETTE CO              COM          37576610  1,173,445    30,011,375 SH    30,005,875    5,500   27,204,372     212,159    2,594,844
GLACIER BANCORP INC      COM          37637Q10      9,688       300,394 SH       300,394                271,714                   28,680
GLADSTONE CAPITAL CO     COM          37653510      2,929       130,684 SH       130,684                117,084                   13,600
GLAMIS GOLD LTD          COM          37677510      2,957       164,207 SH       164,207                157,916                    6,291
GLATFELTER               COM          37731610      7,443       662,215 SH       662,215                617,016                   45,199
GLAXOSMITHKLINE PLC      SPONSORED    37733W10    786,039    19,675,562 SH    19,674,112    1,450   19,390,755       1,450      283,357
GLENBOROUGH RLTY TR      COM          37803P10     11,879       531,499 SH       531,499                491,018                   40,481
GLIMCHER RLTY TR         SH BEN INT   37930210     21,300       785,993 SH       785,993                719,204                   66,789
GLOBAL CROSSING LTD      SHS NEW      G3921A17        436        21,800 SH        21,800                 21,800
GLOBAL IMAGING SYSTE     COM          37934A10      9,667       291,014 SH       291,014                270,414                   20,600
GLOBAL INDS LTD          COM          37933610      7,575     1,283,916 SH     1,283,916              1,170,616                  113,300
GLOBAL PMTS INC          COM          37940X10     17,707       392,790 SH       392,630      160      389,430         160        3,200
GLOBAL POWER EQUIPME     COM          37941P10      5,777       686,134 SH       686,134                587,034                   99,100
GLOBALSANTAFE CORP       SHS          G3930E10     16,552       596,026 SH       596,026                474,182                  121,844
GOLD BANC CORP INC       COM          37990710     10,142       622,189 SH       622,189                566,336                   55,853
GOLDCORP INC NEW         COM          38095640        444        29,993 SH        29,993                 27,370                    2,623
GOLDEN TELECOM INC       COM          38122G10      7,253       213,137 SH       213,137                187,137                   26,000
GOLDEN WEST FINL COR     COM          38131710    426,994     3,814,145 SH     3,814,145              3,442,926       8,400      362,819
GOLDMAN SACHS GROUP      COM          38141G10  1,178,272    11,291,534 SH    11,289,194    2,340   10,171,930     249,047      870,557
GOODRICH CORP            COM          38238810     93,565     3,333,291 SH     3,333,191      100    3,061,981       1,600      269,710
GOODYEAR TIRE & RUBR     COM          38255010     43,671     5,113,702 SH     5,113,702              4,599,626       2,900      511,176
GOODYS FAMILY CLOTHI     COM          38258810      5,147       360,656 SH       360,656                310,906                   49,750
GORMAN RUPP CO           COM          38308210      4,965       191,695 SH       191,695                173,045                   18,650
GOVERNMENT PPTYS TR      COM          38374W10        296        22,500 SH        22,500                 22,500
GRACE W R & CO DEL N     COM          38388F10     25,489     8,169,648 SH     8,169,648                947,867                7,221,781
GRACO INC                COM          38410910     31,593     1,085,294 SH     1,084,529      765    1,052,599         765       31,930
GRAFTECH INTL LTD        COM          38431310     21,926     1,466,601 SH     1,466,601              1,354,051                  112,550
GRAINGER W W INC         COM          38480210    111,277     2,318,275 SH     2,318,275              2,120,991       2,000      195,284
GRANITE CONSTR INC       COM          38732810     17,175       722,550 SH       722,550                659,975                   62,575
GRANT PRIDECO INC        COM          38821G10     27,315     1,762,247 SH     1,762,247              1,739,892         250       22,105
GRAY TELEVISION INC      COM          38937510      9,604       656,877 SH       656,877                597,677                   59,200
GRAY TELEVISION INC      CL A         38937520        300        21,183 SH        21,183                 21,183
GREAT AMERN FINL RES     COM          38991510      2,408       152,809 SH       152,809                152,509                      300
GREAT ATLANTIC & PAC     COM          39006410      2,400       310,048 SH       310,048                271,298                   38,750
GREAT LAKES CHEM COR     COM          39056810     35,664     1,495,351 SH     1,495,351              1,370,462         600      124,289
GREAT LAKES REIT INC     COM          39075210      5,125       331,091 SH       331,091                302,893                   28,198
GREAT NORTHN IRON OR     CTFS BEN I   39106410      1,213        13,300 SH        13,300                 13,300
GREAT PLAINS ENERGY      COM          39116410     35,315     1,045,142 SH     1,044,842      300    1,030,809         300       14,033
GREAT SOUTHN BANCORP     COM          39090510      4,430        90,170 SH        90,170                 82,120                    8,050
GREATER BAY BANCORP      COM          39164810     35,069     1,198,953 SH     1,196,808    2,145    1,105,808       2,145       91,000
Page Total                                       4,813,625
```