

# STATE STREET CORP (STT)

STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111
617. 786.3000
http://www.statestreet.com/

# 13F-HR/A

**13F-HR/A**
**Filed on 10/19/2005 − Period: 06/30/2004**
File Number 028−00399



LIVEDGAR™ Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

```
                          UNITED STATES
                 SECURITIES AND EXCHANGE COMMISSION
                       WASHINGTON, D.C. 20549

                             FORM 13F

                         FORM 13F COVER PAGE
```

Report for the Calendar Year or Quarter Ended: JUNE 30, 2004
                                               ------------------------

Check Here if Amendment /X/; Amendment Number:  2
                                               --------
   This Amendment (Check only one.):   /X/ is a restatement.
                                       / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

   Name:       STATE STREET CORPORATION
               --------------------------------
   Address:    225 FRANKLIN STREET
               --------------------------------
               BOSTON, MASSACHUSETTS 02110
               --------------------------------

               --------------------------------

Form 13F File Number: 28-399
                      --------------------

The institutional investment manager filing this report and the person by
whom it is signed hereby represent that the person signing the report is
authorized to submit it, that all information contained herein is true,
correct and complete, and that it is understood that all required items,
statements, schedules, lists, and tables, are considered integral parts of
this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:    JAMES J. MALERBA
         --------------------------------
Title:   SENIOR VICE PRESIDENT AND DEPUTY CONTROLLER
         --------------------------------
Phone:   617-664-8697
         --------------------------------

Signature, Place, and Date of Signing:

    /s/ James J. Malerba          Boston, Massachusetts    October 19, 2005
    --------------------------    ---------------------    ----------------
          [Signature]                  [City, State]            [Date]

Report Type (Check only one.):

/ / 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/X/ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)

FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

| Form 13F File Number | Name |
|---|---|
| 28-03621 | Advanced Investment Partners LLC |
| 28-07472 | Bel Air Investment Advisors LLC |
| 28-99999 | Shott Capital Management, LLC |
| 28-04003 | Ariel Capital Management, LLC |
| 28-00096 | Capital Guardian Trust Company |
| 28-10372 | Philadelphia International Advisors, 1.P. |
| 28-02924 | Turner Investment partners Inc. (Turner Investment Partners |
| 28-03570 | AXA (Alliance Capital Management L.P.) |
| 28-00223 | Dresdner RCM Global Investors LLC (RCM Capital Management LLC) |
| 28-00180 | Sit Investment Associates Inc. |
| 28-00694 | JP Morgan Chase & Co (JP Morgan Fleming Asset Management Limited) |

Report Summary:

Number of Other Included Managers:   13

Form 13F Information Table Entry Total: 4,007

Form 13F Information Table Value Total: 439,082,968
                                         (thousands)

List of Other Included Managers:

Provide a numbered list of the name(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other than the manager filing this report.

[If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

| No. | Form 13F File Number | Name |
|---|---|---|
| 1 | 28- | State Street Bank and Trust Company |
| 2 | 28- | SSgA Funds Management, Inc. |
| 3 | 28- | The Tuckerman Group, LLC |
| 4 | 28- | Rexiter Capital Management, Limited |
| 5 | 28- | State Street Global Advisors Limited |
| 6 | 28- | State Street Global Advisors Ltd. |
| 7 | 28- | State Street Global Advisors France S.A. |
| 8 | 28- | State Street Global Advisors, Australia |
| 9 | 28- | State Street Global Investment GmbH |
| 10 | 28- | State Street Global Advisors (Japan) Co., Ltd. |
| 12 | 28- | State Street Global Advisors Asia Limited |
| 13 | 28- | State Street Global Advisors GbmH |
| 14 | 28- | SSgA Japan, a division of State Street Trust & Banking Co., Ltd. |

STATE STREET CORPORATION
FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

```
                        TITLE OF                VALUE   SHARES OR SH/ PUT/ INVESTMENT                              VOTING AUTHORITY
NAME OF ISSUER          CLASS       CUSIP       (x1000) PRN AMT   PRN CALL DISCRETION OTHER MANAGERS          SOLE SHARED NONE
--------------------    ----------- ----------- ------- --------- --- ---- ---------- --------------------    ----------- ------ ----

GLAMIS GOLD LTD         COM         37677510      3,726   212,577 SH       DEFINED    1,9                         212,577
GLATFELTER              COM         37731610      8,713   618,794 SH       DEFINED    1,2,9                       618,794
GLAXOSMITHKLINE PLC     SPONSORED   37733W10    822,337 19,834,467 SH      DEFINED    1,2                      19,834,467
GLENAYRE TECHNOLOGIE    COM         37789910        127    55,275 SH       DEFINED    1                            55,275
GLENBOROUGH RLTY TR     COM         37803P10     11,613   632,867 SH       DEFINED    1,2,3,5                     632,867
GLIMCHER RLTY TR        SH BEN INT  37930210     16,676   753,878 SH       DEFINED    1,2,3,5                     753,878
GLOBAL CROSSING LTD     SHS NEW     G3921A17        340    21,800 SH       DEFINED    1                            21,800
GLOBAL IMAGING SYSTE    COM         37934A10     12,355   337,029 SH       DEFINED    1,2                         337,029
GLOBAL INDS LTD         COM         37933610      7,687 1,343,938 SH       DEFINED    1,2,5                     1,343,938
GLOBAL PMTS INC         COM         37940X10     17,625   391,498 SH       DEFINED    1,2,5                       391,498
GLOBAL POWER EQUIPME    COM         37941P10      3,334   415,684 SH       DEFINED    1,2,5                       415,684
GLOBALSANTAFE CORP      SHS         G3930E10     26,188   988,244 SH       DEFINED    1,5,7,8,9,10,12,13,
                                                                                      14                          988,244
GLOWPOINT INC           COM         37988710         24    12,500 SH       DEFINED    1                            12,500
GOLD BANC CORP INC      COM         37990710     10,276   662,939 SH       DEFINED    1,2,5                       662,939
GOLDCORP INC NEW        COM         38095640        350    29,993 SH       DEFINED    1,13                         29,993
GOLDEN TELECOM INC      COM         38122G10      5,950   211,450 SH       DEFINED    1,2                         211,450
GOLDEN WEST FINL COR    COM         38131710    435,249 4,092,611 SH       DEFINED    1,2,5,6,7,8,9,10,12,
                                                                                      13,14                     4,092,611
GOLDMAN SACHS GROUP     COM         38141G10  1,138,959 12,095,998 SH      DEFINED    1,2,5,6,7,8,9,10,12,
                                                                                      13,14                    12,095,998
GOODRICH CORP           COM         38238810    109,736 3,394,243 SH       DEFINED    1,2,5,6,7,9,10            3,394,243
GOODRICH PETE CORP      COM NEW     38241040        153    18,500 SH       DEFINED    1                            18,500
GOODYEAR TIRE & RUBR    COM         38255010     44,283 4,871,598 SH       DEFINED    1,2,5,6,9,10              4,871,598
GOODYS FAMILY CLOTHI    COM         38258810      3,843   370,609 SH       DEFINED    1,2,5                       370,609
GOREMOTE INTERNET CO    COM         38285910         25    13,500 SH       DEFINED    1                            13,500
GORMAN RUPP CO          COM         38308210      5,526   203,388 SH       DEFINED    1,2                         203,388
GOTTSCHALKS INC         COM         38348510         74    12,492 SH       DEFINED    1                            12,492
GOVERNMENT PPTYS TR     COM         38374W10      2,416   231,239 SH       DEFINED    1,2                         231,239
GP STRATEGIES CORP      COM         36225V10        133    20,257 SH       DEFINED    1                            20,257
GRACE W R & CO DEL N    COM         38388F10     11,604 1,871,671 SH       DEFINED    1,2                       1,871,671
GRACO INC               COM         38410910     34,536 1,112,256 SH       DEFINED    1,2,5,9                   1,112,256
GRAFTECH INTL LTD       COM         38431310     15,841 1,514,474 SH       DEFINED    1,2,5                     1,514,474
GRAINGER W W INC        COM         38480210    144,033 2,504,923 SH       DEFINED    1,2,5,6,7,8,9,10,12,
                                                                                      13,14                     2,504,923
GRANITE BROADCASTING    COM         38724110         17    23,830 SH       DEFINED    1                            23,830
GRANITE CONSTR INC      COM         38732810     19,091 1,047,205 SH       DEFINED    1,2,5,9                   1,047,205
GRANT PRIDECO INC       COM         38821G10     37,971 2,056,917 SH       DEFINED    1,2,5,9                   2,056,917
GRAPHIC PACKAGING CO    COM         38868810      7,568   874,938 SH       DEFINED    1,2                         874,938
GRAY TELEVISION INC     COM         38937510      8,927   642,665 SH       DEFINED    1,2                         642,665
GREAT AMERN FINL RES    COM         38991510      2,285   143,732 SH       DEFINED    1,2                         143,732
GREAT ATLANTIC & PAC    COM         39006410      2,226   290,585 SH       DEFINED    1,2,5                       290,585
GREAT LAKES CHEM COR    COM         39056810     45,277 1,673,217 SH       DEFINED    1,2,5,6,9,10              1,673,217
GREAT NORTHN IRON OR    CTFS BEN I  39106410      1,273    13,248 SH       DEFINED    1,5                          13,248
GREAT PLAINS ENERGY     COM         39116410     31,894 1,073,856 SH       DEFINED    1,2,5,9                   1,073,856
GREAT SOUTHN BANCORP    COM         39090510      5,031   174,028 SH       DEFINED    1,2                         174,028
GREATER BAY BANCORP     COM         39164810     29,542 1,022,229 SH       DEFINED    1,2,5,9                   1,022,229
GREEN MOUNTAIN PWR C    COM         39315410        292    11,183 SH       DEFINED    1                            11,183
GREENBRIER COS INC      COM         39365710      1,912   100,386 SH       DEFINED    1,2                         100,386
GREENHILL & CO INC      COM         39525910      2,166   103,600 SH       DEFINED    1                           103,600
GREENPOINT FINL CORP    COM         39538410    111,980 2,820,653 SH       DEFINED    1,2,5,6,7,8,9,10,12,
                                                                                      13,14                     2,820,653
GREIF INC               CL A        39762410      9,003   213,086 SH       DEFINED    1,2                         213,086
GREY GLOBAL GROUP IN    COM         39787M10     14,763    14,988 SH       DEFINED    1,2,5                        14,988
GREY WOLF INC           COM         39788810     12,101 2,854,083 SH       DEFINED    1,2,5                     2,854,083
GRIFFIN LD & NURSERI    CL A        39823110        215     8,600 SH       DEFINED    1                             8,600
GRIFFON CORP            COM         39843310      9,522   427,398 SH       DEFINED    1,2                         427,398
GROUP 1 AUTOMOTIVE I    COM         39890510      9,621   289,715 SH       DEFINED    1,2                         289,715
GROUP 1 SOFTWARE INC    COM         39943Y10      3,850   167,756 SH       DEFINED    1,2                         167,756
GROUPE CGI INC          CL A SUB V  39945C10        114    16,870 SH       DEFINED    1                            16,870
GROUPE DANONE           SPONSORED   39944910      1,044    59,496 SH       DEFINED    1                            59,496
Page Total                                    3,261,421
```