GRA: Historical Prices for GRACE W R CO NEW - Yahoo! Finance    Page 1 of 3

Case 1:04-cv-11380-WGY    Document 57-2    Filed 01/24/2006    Page 1 of 6

Yahoo!  My Yahoo!  Mail



Sign In
New User? Sign Up

Search the Web    [Search]    Finance Home - Help

Tuesday, January 24, 2006, 11:16AM ET - U.S. Markets close in 4 hours and 44 minutes. Dow +0.04% Nasdaq +0.3

To track stocks &

## Quotes & Info

Enter Symbol(s):
e.g. YHOO, ^DJI

[GO]  Symbol Lookup | Finance Searc

## WR Grace & Co. (GRA)

At 10:55AM ET: **10.60** ↑



Free Trades | Now at Ameritrade | $7 stock trades | Trade for less.

## Historical Prices

Get **Historical Prices** for:  [  ]  [GO]

**SET DATE RANGE**

Start Date: Dec  1  2003    Eg. Jan 1, 2003
End Date:   Apr  30 2004

◉ Daily
◯ Weekly
◯ Monthly
◯ Dividends Only

[Get Prices]

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 30-Apr-04 | 2.80 | 2.88 | 2.70 | 2.86 | 250,100 | 2.86 |
| 29-Apr-04 | 2.87 | 2.88 | 2.75 | 2.76 | 169,000 | 2.76 |
| 28-Apr-04 | 2.82 | 2.88 | 2.80 | 2.83 | 320,000 | 2.83 |
| 27-Apr-04 | 2.89 | 2.96 | 2.82 | 2.90 | 194,400 | 2.90 |
| 26-Apr-04 | 2.85 | 2.92 | 2.80 | 2.86 | 343,100 | 2.86 |
| 23-Apr-04 | 2.95 | 2.97 | 2.81 | 2.88 | 176,900 | 2.88 |
| 22-Apr-04 | 2.95 | 3.00 | 2.80 | 2.88 | 435,700 | 2.88 |
| 21-Apr-04 | 2.98 | 3.05 | 2.91 | 2.93 | 408,600 | 2.93 |
| 20-Apr-04 | 3.05 | 3.20 | 2.95 | 2.95 | 507,000 | 2.95 |
| 19-Apr-04 | 3.10 | 3.14 | 3.00 | 3.03 | 442,100 | 3.03 |
| 16-Apr-04 | 3.06 | 3.14 | 3.05 | 3.09 | 437,000 | 3.09 |
| 15-Apr-04 | 3.00 | 3.08 | 2.97 | 3.03 | 386,600 | 3.03 |
| 14-Apr-04 | 2.76 | 3.00 | 2.75 | 3.00 | 426,500 | 3.00 |
| 13-Apr-04 | 2.99 | 3.00 | 2.74 | 2.78 | 721,400 | 2.78 |
| 12-Apr-04 | 2.90 | 3.50 | 2.85 | 2.96 | 7,963,300 | 2.96 |
| 8-Apr-04 | 3.00 | 3.07 | 2.91 | 2.92 | 175,100 | 2.92 |


ADVERTISEMENT

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 7-Apr-04 | 3.02 | 3.09 | 2.90 | 2.99 | 209,900 | 2.99 |
| 6-Apr-04 | 3.18 | 3.21 | 3.02 | 3.02 | 157,400 | 3.02 |
| 5-Apr-04 | 3.15 | 3.25 | 3.08 | 3.15 | 289,100 | 3.15 |
| 2-Apr-04 | 3.28 | 3.30 | 3.14 | 3.20 | 291,800 | 3.20 |
| 1-Apr-04 | 3.08 | 3.30 | 3.05 | 3.24 | 734,400 | 3.24 |
| 31-Mar-04 | 2.95 | 3.12 | 2.95 | 3.12 | 480,400 | 3.12 |
| 30-Mar-04 | 3.10 | 3.11 | 2.90 | 3.01 | 434,900 | 3.01 |
| 29-Mar-04 | 2.83 | 3.13 | 2.83 | 3.09 | 839,000 | 3.09 |
| 26-Mar-04 | 2.93 | 2.93 | 2.75 | 2.91 | 274,100 | 2.91 |
| 25-Mar-04 | 2.57 | 2.94 | 2.57 | 2.87 | 537,900 | 2.87 |
| 24-Mar-04 | 2.58 | 2.66 | 2.50 | 2.57 | 75,500 | 2.57 |
| 23-Mar-04 | 2.61 | 2.70 | 2.58 | 2.58 | 106,200 | 2.58 |
| 22-Mar-04 | 2.70 | 2.70 | 2.51 | 2.55 | 167,200 | 2.55 |
| 19-Mar-04 | 2.74 | 2.76 | 2.64 | 2.67 | 144,400 | 2.67 |
| 18-Mar-04 | 2.81 | 2.81 | 2.71 | 2.74 | 96,200 | 2.74 |
| 17-Mar-04 | 2.77 | 2.81 | 2.68 | 2.71 | 132,100 | 2.71 |
| 16-Mar-04 | 2.80 | 2.86 | 2.55 | 2.68 | 203,200 | 2.68 |
| 15-Mar-04 | 2.85 | 2.85 | 2.67 | 2.70 | 238,100 | 2.70 |
| 12-Mar-04 | 2.75 | 2.95 | 2.70 | 2.90 | 209,400 | 2.90 |
| 11-Mar-04 | 2.80 | 2.97 | 2.71 | 2.75 | 187,400 | 2.75 |
| 10-Mar-04 | 2.90 | 3.00 | 2.80 | 2.80 | 183,200 | 2.80 |
| 9-Mar-04 | 2.90 | 3.02 | 2.90 | 2.90 | 160,700 | 2.90 |
| 8-Mar-04 | 2.90 | 3.04 | 2.90 | 2.91 | 179,800 | 2.91 |
| 5-Mar-04 | 3.07 | 3.15 | 2.91 | 3.00 | 333,100 | 3.00 |
| 4-Mar-04 | 3.00 | 3.07 | 2.95 | 3.07 | 349,400 | 3.07 |
| 3-Mar-04 | 2.90 | 3.00 | 2.85 | 2.98 | 249,500 | 2.98 |
| 2-Mar-04 | 2.91 | 3.02 | 2.90 | 2.92 | 469,800 | 2.92 |
| 1-Mar-04 | 2.70 | 2.91 | 2.70 | 2.91 | 436,200 | 2.91 |
| 27-Feb-04 | 2.85 | 2.91 | 2.05 | 2.85 | 3,173,000 | 2.85 |
| 26-Feb-04 | 3.05 | 3.09 | 2.70 | 2.82 | 1,719,800 | 2.82 |
| 25-Feb-04 | 3.06 | 3.20 | 3.03 | 3.05 | 272,200 | 3.05 |
| 24-Feb-04 | 3.15 | 3.19 | 3.05 | 3.07 | 370,300 | 3.07 |
| 23-Feb-04 | 3.40 | 3.45 | 3.15 | 3.15 | 454,100 | 3.15 |
| 20-Feb-04 | 3.45 | 3.48 | 3.30 | 3.40 | 199,700 | 3.40 |
| 19-Feb-04 | 3.54 | 3.59 | 3.30 | 3.40 | 152,100 | 3.40 |
| 18-Feb-04 | 3.50 | 3.63 | 3.50 | 3.53 | 288,700 | 3.53 |
| 17-Feb-04 | 3.45 | 3.55 | 3.40 | 3.51 | 209,500 | 3.51 |
| 13-Feb-04 | 3.86 | 3.86 | 3.40 | 3.40 | 422,100 | 3.40 |
| 12-Feb-04 | 3.44 | 3.55 | 3.41 | 3.50 | 260,700 | 3.50 |

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 11-Feb-04 | 3.39 | 3.47 | 3.35 | 3.46 | 250,000 | 3.46 |
| 10-Feb-04 | 3.29 | 3.37 | 3.29 | 3.35 | 204,600 | 3.35 |
| 9-Feb-04 | 3.16 | 3.29 | 3.16 | 3.25 | 137,400 | 3.25 |
| 6-Feb-04 | 3.10 | 3.29 | 3.09 | 3.26 | 229,100 | 3.26 |
| 5-Feb-04 | 3.20 | 3.20 | 3.06 | 3.15 | 255,600 | 3.15 |
| 4-Feb-04 | 3.08 | 3.15 | 3.05 | 3.12 | 298,900 | 3.12 |
| 3-Feb-04 | 3.06 | 3.18 | 3.05 | 3.12 | 151,700 | 3.12 |
| 2-Feb-04 | 3.25 | 3.25 | 3.10 | 3.11 | 527,600 | 3.11 |
| 30-Jan-04 | 3.09 | 3.21 | 3.07 | 3.12 | 339,000 | 3.12 |
| 29-Jan-04 | 3.50 | 3.64 | 3.08 | 3.10 | 892,600 | 3.10 |
| 28-Jan-04 | 3.25 | 3.48 | 3.22 | 3.48 | 452,200 | 3.48 |

\* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol:    [GO]    Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Yahoo!  My Yahoo!  Mail

**YAHOO! FINANCE**  Sign In / New User? Sign Up

Search the Web [ ] [Search]  Finance Home - Help

Tuesday, January 24, 2006, 11:21AM ET - U.S. Markets close in 4 hours and 39 minutes. Dow +0.10% Nasdaq +0.4

To track stocks &

## Quotes & Info

Enter Symbol(s): e.g. YHOO, ^DJI [ ] [GO] Symbol Lookup | Finance Search

## WR Grace & Co. (GRA)

At 11:01AM ET: **10.68** ↑

FREE TRADES. tdwaterhouse.com — Free Trades
Scottrade — $7 stock trades
$8 Trades Fidelity — Trade for less.
$50 CASH BONUS + EARN FREE TRADES — Ameritrade Apex™

## Historical Prices

Get **Historical Prices** for: [ ] [GO]

**SET DATE RANGE**

Start Date: Dec  1  2003    Eg. Jan 1, 2003
End Date:  Apr  30  2004

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

[Get Prices]



ADVERTISEMENT
$170,000 Mortgage as low as $560/month*
Click On Loan Amounts to See Payment:
$100,000
$125,000
$150,000
$200,000
GO
*Click for details / terms
Comparison Shopping for Mortgages, Products, Travel, Cars & More
NexTag®

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 27-Jan-04 | 3.29 | 3.30 | 3.21 | 3.21 | 261,200 | 3.21 |
| 26-Jan-04 | 3.30 | 3.34 | 3.20 | 3.29 | 209,400 | 3.29 |
| 23-Jan-04 | 3.30 | 3.33 | 3.24 | 3.30 | 195,000 | 3.30 |
| 22-Jan-04 | 3.20 | 3.35 | 3.20 | 3.28 | 357,800 | 3.28 |
| 21-Jan-04 | 3.37 | 3.37 | 3.20 | 3.20 | 220,300 | 3.20 |
| 20-Jan-04 | 3.45 | 3.47 | 3.19 | 3.38 | 487,000 | 3.38 |
| 16-Jan-04 | 3.50 | 3.55 | 3.31 | 3.35 | 467,900 | 3.35 |
| 15-Jan-04 | 3.52 | 3.65 | 3.45 | 3.55 | 232,700 | 3.55 |
| 14-Jan-04 | 3.68 | 3.70 | 3.51 | 3.62 | 388,800 | 3.62 |
| 13-Jan-04 | 3.71 | 3.71 | 3.35 | 3.64 | 471,000 | 3.64 |
| 12-Jan-04 | 3.55 | 3.72 | 3.50 | 3.70 | 762,600 | 3.70 |
| 9-Jan-04 | 3.35 | 3.59 | 3.10 | 3.45 | 919,800 | 3.45 |
| 8-Jan-04 | 3.18 | 3.47 | 3.18 | 3.43 | 784,600 | 3.43 |
| 7-Jan-04 | 3.00 | 3.19 | 2.97 | 3.16 | 288,300 | 3.16 |
| 6-Jan-04 | 3.10 | 3.20 | 2.88 | 3.06 | 483,400 | 3.06 |
| 5-Jan-04 | 2.88 | 3.18 | 2.87 | 3.10 | 1,174,300 | 3.10 |

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 2-Jan-04 | 2.65 | 2.78 | 2.62 | 2.73 | 363,200 | 2.73 |
| 31-Dec-03 | 2.61 | 2.70 | 2.56 | 2.57 | 438,900 | 2.57 |
| 30-Dec-03 | 2.60 | 2.75 | 2.60 | 2.66 | 363,400 | 2.66 |
| 29-Dec-03 | 2.60 | 2.66 | 2.56 | 2.60 | 370,100 | 2.60 |
| 26-Dec-03 | 2.57 | 2.65 | 2.55 | 2.60 | 71,500 | 2.60 |
| 24-Dec-03 | 2.55 | 2.65 | 2.54 | 2.60 | 127,800 | 2.60 |
| 23-Dec-03 | 2.60 | 2.61 | 2.55 | 2.59 | 263,600 | 2.59 |
| 22-Dec-03 | 2.51 | 2.63 | 2.51 | 2.54 | 302,400 | 2.54 |
| 19-Dec-03 | 2.65 | 2.65 | 2.52 | 2.52 | 331,100 | 2.52 |
| 18-Dec-03 | 2.65 | 2.75 | 2.62 | 2.67 | 312,800 | 2.67 |
| 17-Dec-03 | 2.82 | 2.82 | 2.62 | 2.62 | 529,200 | 2.62 |
| 16-Dec-03 | 2.74 | 2.85 | 2.65 | 2.85 | 155,200 | 2.85 |
| 15-Dec-03 | 3.02 | 3.02 | 2.73 | 2.73 | 389,100 | 2.73 |
| 12-Dec-03 | 2.55 | 2.94 | 2.48 | 2.94 | 941,800 | 2.94 |
| 11-Dec-03 | 2.26 | 2.59 | 2.26 | 2.54 | 279,400 | 2.54 |
| 10-Dec-03 | 2.40 | 2.44 | 2.30 | 2.34 | 218,600 | 2.34 |
| 9-Dec-03 | 2.50 | 2.59 | 2.30 | 2.40 | 621,400 | 2.40 |
| 8-Dec-03 | 2.61 | 2.75 | 2.50 | 2.50 | 522,400 | 2.50 |
| 5-Dec-03 | 2.71 | 2.77 | 2.60 | 2.61 | 140,600 | 2.61 |
| 4-Dec-03 | 2.70 | 2.85 | 2.68 | 2.72 | 560,900 | 2.72 |
| 3-Dec-03 | 2.75 | 2.80 | 2.69 | 2.70 | 241,000 | 2.70 |
| 2-Dec-03 | 2.80 | 2.80 | 2.70 | 2.70 | 114,000 | 2.70 |
| 1-Dec-03 | 2.72 | 2.82 | 2.70 | 2.70 | 238,000 | 2.70 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol:    GO  Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is

liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.