**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KERI EVANS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN F. AKERS, et al., )<br>)<br>Defendants. )<br>_____) <br>)<br>)<br>LAWRENCE W. BUNCH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W. R. GRACE & CO., et al., )<br>)<br>Defendants. )<br>_____) | **Consolidated Under<br>Case No. 04-11380-WGY** |

**RULE 7.3 CORPORATE DISCLOSURE STATEMENT
OF THE GRACE DEFENDANTS**

Pursuant to Local Rule 7.3, W. R. Grace & Co., a publicly-held corporation, states that it

has no corporate parent, and that no publicly-held company holds 10% or more of its stock.

Respectfully submitted,

/s/ Matthew C. Hurley

_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
   and POPEO, P.C.

One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241


- and -

Carol Connor Flowe
Caroline Turner English
Gretchen Dixon
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6054
Facsimile: (202) 857-6395

*Counsel for the Grace Defendants (W. R. Grace & Co.,
Fred E. Festa, John F. Akers, Ronald C. Cambre, Marye
Anne Fox, John J. Murphy, Paul J. Norris, Thomas A.
Vanderslice, H. Furlong Baldwin, Investments and Benefits
Committee, Administrative Committee, Brenda Gottlieb, W.
Brian McGowan, Michael Piergrossi, Robert M. Tarola,
Eileen Walsh, David Nakashige, Elyse Napoli, Martin
Hunter, and Ren Lapadario)*


Dated: January 26, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF),

and that paper copies will be sent to those indicated as non-registered participants, on January

26, 2006.


/s/ Matthew C. Hurley

_____
Matthew C. Hurley


LIT 1558784v.1