**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **KERI EVANS, et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| **JOHN F. AKERS, et al.,** | ) | |
| Defendants. | ) | **Consolidated Under** |
|  | ) | **Case No. 04-11380-WGY** |
| **LAWRENCE W. BUNCH, et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| **W. R. GRACE & CO., et al.,** | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2006, I filed the *Answer of Grace Defendants to Evans Complaint* through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on January 24, 2006.

Respectfully submitted,

/s/ Matthew C. Hurley
_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)

Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
  and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

- and -

Carol Connor Flowe
Caroline Turner English
Gretchen Dixon
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6054
Facsimile: (202) 857-6395

*Counsel for the Grace Defendants (John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Robert M. Tarola, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapadario)*

Dated: January 26, 2006

LIT 1558813v.1