**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KERI EVANS, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**JOHN F. AKERS, et al.,** )<br>)<br>Defendants. )<br>_____)<br>)<br>**LAWRENCE W. BUNCH, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**W. R. GRACE & CO., et al.,** )<br>)<br>Defendants. )<br>_____) | **Consolidated Under<br>Case No. 04-11380-WGY** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2006, I filed the *Answer of Grace Defendants to Bunch Complaint* through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on January 24, 2006.

Respectfully submitted,

/s/ Matthew C. Hurley
_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)

        Matthew C. Hurley (BBO# 643638)
        (mchurley@mintz.com)
        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
          and POPEO, P.C.
        One Financial Center
        Boston, MA 02111
        Telephone:  (617) 542-6000
        Facsimile:  (617) 542-2241

            - and -

        Carol Connor Flowe
        Caroline Turner English
        Gretchen Dixon
        ARENT FOX PLLC
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        Telephone: (202) 857-6054
        Facsimile: (202) 857-6395

        *Counsel for the Grace Defendants (W. R. Grace & Co., W. R. Grace Investment and Benefits Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, and Thomas A. Vanderslice)*

Dated: January 26, 2006

LIT 1558803v.1