UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER AND REN LAPADARIO FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK & TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>      Defendants. | Civil Action No. 04-11380 (WGY) |

## ACCEPTANCE AND ACKNOLWEDGMENT OF SERVICE OF PROCESS

Undersigned counsel hereby agrees to accept service of process as to the First Amended Complaint in this matter on behalf of the defendants, Robert M. Tarola, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter and Ren Lapadario. The undersigned acknowledges that service of the First Amended Complaint has been made upon the above-named defendants as if done pursuant to the requirements of F.R. Civ. P. 4.

{00007483.DOC ; 1}

Dated: January 26, 2006

*[signature]*
Carol Connor Flowe
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Tel: 202.857.6054