IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>    Defendants.<br><br><br>LAWRENCE W. BUNCH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>    Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

## STIPULATION AND PROPOSED ORDER AMENDING SCHEDULE

Plaintiffs Keri Evans et al. (the "Evans Plaintiffs") and Lawrence W. Bunch et al. (the "Bunch Plaintiffs"), and Defendants Fidelity Management Trust Company ("Fidelity"), and State Street Bank & Trust Company and State Street Global Advisors, (collectively, "State Street"), by their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS the issues presented in State Street's and Fidelity's motions to dismiss present complex and novel arguments; and

WHEREAS the Parties' counsel are engaged in discussions concerning the potential dismissal of certain Defendants;

THEREFORE, the Parties stipulate and respectfully request that the Court enter this proposed Order so that: (1) Plaintiffs have until March 2, 2006 to file their Oppositions to motions to dismiss filed by State Street and Fidelity; (2) State Street and Fidelity have until March 23, 2006 to file Reply briefs; and (3) the Hearing will be on a date thereafter, as chosen by the Court.

Dated: February 3, 2006

>Respectfully submitted,
>
>KERI EVANS and TIMOTHY WHIPPS
>
>By their counsel,
>
>/s/ David Pastor
>David Pastor (BBO # 391000)
>GILMAN AND PASTOR, LLP
>60 State Street
>37th Floor
>Boston, MA 02109
>Telephone: (617) 742-9700
>Facsimile: (617) 742-9701
>
>-and-
>
>Joseph H. Meltzer
>Edward W. Ciolko
>Katherine B. Bornstein
>SCHIFFRIN & BARROWAY LLP
>280 King of Prussia Road
>Radnor, PA  19087
>Telephone: (610) 667-7706
>Facsimile: (610) 667-7057
>
>-and-
>
>Thomas J. Hart
>SLEVIN & HART, P.C.
>1625 Massachusetts Avenue, N.W.
>Suite 450

Washington, D.C. 20036
Telephone: 202-797-8700


LAWRENCE W. BUNCH, JERRY L. HOWARD, SR., and DAVID MUELLER

By their counsel,


/s/ Jane H. Walker (with permission)
Jeffrey C. Block
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

- and -

Stanley M. Chesley
James C. Cummins
Jane H. Walker
WAITE, SCHENEIDER, BAYLESS & CHESLEY CO., LPA
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375


STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL ADVISORS

By their counsel,


/s/ Scott M. Flicker (with permission)
Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
QUIGLEY, O'CONNOR AND CARNATHAN, LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

3

        -and-

Scott M. Flicker
Paul, Hastings, Janofsky & Walker LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 551-1700
Facsimile: (202) 551-1705


FIDELITY MANAGEMENT TRUST CO.,

By its counsel,


<u>/s/ Gary S. Tell (with permission)</u>
John A. D. Gilmore
Piper Rudnick LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

        -and-

Robert N. Eccles
(beccles@omm.com)
Gary S. Tell
(gtell@omm.com)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414


SO ORDERED this ___ day of February, 2006:


_____
William G. Young, Chief U.S.D.J.