**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | | |
|---|---|---|
| KERI EVANS and TIMOTHY WHIPPS, on behalf of themselves and a class of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.  04-11380 (WGY) |
| v. | ) ) ) | |
| JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, STATE STREET BANK & TRUST COMPANY,   STATE STREET GLOBAL ADVISORS, and UNKNOWN FIDUCIARY DEFENDANTS 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AGAINST STATE STREET BANK & TRUST COMPANY and STATE STREET GLOBAL ADVISORS BY PLAINTIFFS KERI EVANS AND TIMOTHY WHIPPS** |
| Defendants. | ) ) | |
| _____ | ) ) | |
| Consolidated With: | ) ) | |
| _____ | ) | |
| BUNCH et al., | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| W.R. GRACE & CO., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| The Evans Action Only | ) | |

{00007732.DOC ; 1}

**WHEREAS** Defendants State Street Bank & Trust Company and State Street Global Advisors (collectively, "State Street") have made affirmative representations to Plaintiffs Keri Evans and Timothy Whipps (the "Evans Plaintiffs") that State Street provided no investment advisory or investment management services in connection with the W.R. Grace & Co. Savings and Investment Plan's holdings of W.R. Grace & Co. stock prior to December 15, 2003;

**IT IS HEREBY STIPULATED** by and among Counsel for the Evans Plaintiffs and Counsel for State Street that the *Evans et al. v. Akers et al.* action be and hereby is dismissed without prejudice **ONLY** by Plaintiffs Keri Evans and Timothy Whipps and **ONLY** against State Street Bank & Trust Company and State Street Global Advisors pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted, this 21st day of February, 2006.


| | |
|---|---|
| _____/s/ David Pastor_____ | __/s/ Sean Carnathan (DP with permission)_ |
| David Pastor (BBO #391000) | Sean T. Carnathan |
| GILMAN AND PASTOR, LLP | O'CONNOR, CARNATHAN, MACK LLC |
| 60 State Street | 8 New England Executive Park, Suite 310 |
| 37th Floor | Burlington, MA 01803 |
| Boston, MA 02109 | Telephone: (781) 359-9000 |
| Telephone: (617) 742-9700 | Facsimile: (781) 359-9001 |
| Facsimile: (617) 742-9701 | |
| | Scott M. Flicker |
| Joseph H. Meltzer | Paul, Hastings, Janofsky & Walker LLP |
| Edward W. Ciolko | 1299 Pennsylvania Avenue, NW |
| Gerald D. Wells, III | Washington, DC  20004 |
| SCHIFFRIN & BARROWAY, LLP | Telephone: (202) 551-1700 |
| Three Bala Plaza East, Suite 400 | Facsimile: (202) 551-1705 |
| Bala Cynwyd, PA  19004 | |
| Telephone:  (610) 667-7706 | ***Attorneys for Defendants State Street Bank &*** |
| Facsimile:  (610) 667-7056 | ***Trust Company and State Street Global*** |
| | ***Advisors*** |

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, D.C. 20036
Telephone:  (202) 797-8700

***Attorneys for Plaintiffs Keri Evans and
Timothy Whipps***

IT IS SO ORDERED on this ___ day of _____, 2006.

_____
William G. Young, U.S.D.J.

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 21, 2006.