# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, <br><br>        Plaintiff, <br><br> v. <br><br> JOHN F. AKERS, et al. <br><br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| LAWRENCE W. BUNCH, et al. <br><br>        Plaintiffs, <br><br> v. <br><br> W. R. GRACE & CO., et al. <br><br>        Defendants. | )    **Consolidated** <br> )    **Case No. 04-11380-WGY** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF HOWARD MULCAHEY IN SUPPORT OF PLAINTIFF BUNCH'S MEMORANDUM IN OPPOSITION TO STATE STREET BANK AND TRUST COMPANY'S MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT

I, Howard Mulcahey, declare as follows:

1.    I submit this Declaration in support of Plaintiff Bunch's Memorandum in Opposition to State Street Bank and Trust Company's Motion to Dismiss Plaintiffs' Consolidated Complaint.

2.      I am employed as Vice President with Forensic Economics, Inc., 95 Allens Creek, Building 2, Suite 303, Rochester, New York 14618. As a member of Forensic Economics, Inc., I have performed analyses for, and consulted on issues pertaining to, financial valuations and financial-economic analysis for over four years. I have reviewed and analyzed U.S. Securities and Exchange Commission ("SEC") filings as part of my work while at Forensic Economics, Inc. and in previous positions with other companies for more than twenty years. I hold an MBA in Finance (1994) from the University of Rochester's William E. Simon Graduate School of Business Administration. I have testified on damages in federal court. My compensation for this engagement is based on the number of hours worked, as well as out-of-pocket expenses, and is not contingent on my opinions or on the outcome of this litigation. My resume is attached as Exhibit 1.

3.      Form 13F is the reporting form filed with the U.S. Securities and Exchange Commission ("SEC") by institutional investment managers pursuant to Section 13(F) of the Securities Exchange Act of 1934 as amended (the "1934 Act"). Institutional investment managers that exercise investment discretion over $100 million or more in Section 13(F) securities must file a Form 13F disclosing their holdings of Section 13(F) securities on a quarterly basis. *See* Section 13(f)(1) of the 1934 Act (15 USCS § 78m(f)).

4.      Among other things, Form 13F filings must include: the issuer name of all Section 13(F) securities; a description of the class of security listed; the number of shares owned; and the fair market value of the securities listed, as of the end of the calendar quarter. If a Form 13F contains an error, or the SEC denies the request for confidential treatment of a filing or upon the expiration of the confidential treatment previously granted for a filing, the institutional investment manager that filed the original Form 13F must file an amendment. *See* Section 13(f)

2

of the Securities Exchange Act of 1934 as amended (15 USCS § 78m(f)), and

http://www.sec.gov/about/forms/form13f.pdf.

5.    At the time Plaintiff Bunch filed its Complaint on October 26, 2004, State Street
represented with the 13Fs it filed with the SEC that its institutional holdings of W. R. Grace &
Co. common stock ("Grace Stock") was 1,023,243 at December 31, 2003 (Fourth Quarter of
2003), 9,076,248 at March 31, 2004 (First Quarter of 2004), and 9,264,526 at June 30, 2004
(Second Quarter of 2004).[1]


I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge.

Executed this 21st day of February, 2006.

At Rochester, New York

Howard J. Mulcahey, MBA

---

[1] See Form 13F-HR filed by State Street Corp. with the SEC on February 6, 2004, May 13, 2004 and August 13,
2004. Source: www.10kwizard.com.

3

**EXHIBIT 1**

# Howard J. Mulcahey

48 Monroe Street, Honeoye Falls, NY 14472 Office (585) 455-3105, Home (585) 624-4690

## SUMMARY

- Guest Lecturer, University of Rochester, Rochester, NY 2002
- Seminar Expert for finance, economics and valuations, Freddie Mac, McLean, VA 2002 and 2003
- Participated in numerous Business and Professional Practice, Licensee and Small Business valuations, financial / accounting forensic investigations, class action litigation support (securities valuations and damages), breach of contract damages, and economics support for various legal proceedings
- Testified as expert witness in US Federal Court regarding the calculation of commercial contract damages
- Participated in the economics support of numerous federal and state litigation actions
- Highly skilled in using a database for quantitative analysis
- Successfully performed several analyses of mutual fund databases for Federal securities class actions with Microsoft Access database
- Participated in numerous securities litigation support analyses for economic damages
- Masters of Business Administration in Finance with considerable Corporate Accounting course work, William E. Simon Graduate School of Business Administration, University of Rochester, Rochester, NY

## EMPLOYMENT

**FORENSIC ECONOMICS, INC.,** Rochester, NY                    *January 2002 – Present*
*Senior Finance and Economics Consultant*
Provide financial expertise for litigation support and expert testimony for commercial litigation, prepare business valuations, conduct finance seminars, and advise businesses and business owners. Requires highly skilled analysis employing accounting, finance and economics expertise, including studies of general economic, business, and financial conditions, to litigation and arbitration cases, mergers and acquisitions, ESOP and retirement plans, buy-sell agreements, recapitalizations, intellllectual property and other intangible assets, and other situations as needed. Prepare economic damage assessments, stock option valuations, enhanced earnings computations and other financial and business consulting services.

**ANAEROBICS, INC.,** Aurora, NY                    *May 1999 – February 2002*
*Vice President-Finance and Chief Financial Officer*
A start-up company with new environmental/energy technology. Responsible for developing, leading and managing all financial management functions, including accounting, budgeting, financial and operational analysis/reporting, tax, treasury, risk management/insurance, human resource, information technology, purchasing and corporate legal functions. Led or actively participated in the strategy, plans and execution for relations with institutional and individual investors and financial analysts including venture capitalists. Regularly met with investment banks, venture capitalists, large and small individual investors and commercial banks. Developed terms, Offering Memorandum, roadshow and launched offering in 2000 raising $5 million in equity. Developed new commercial bank relationship and closed and funded $1.2 million in senior debt. Developed, implemented and managed the Company's finance strategy, capital structure, internal control systems, pricing and IT infrastructure. Designed, sourced and installed new network and computing platform for all employees. Responsible for developing the annual business plan, projections and valuation analysis, planning and analysis of financial and operational performance and the financial aspects of strategic partner opportunities. Successfully negotiated price and contract terms with largest customer. Developed processes, controls, checks and balances as revenues increased from $432,000 in 1999 to $1.4 million in 2001.Managed annual audit with big 5 accounting firm. Report to CEO/Chairman. Participate quarterly in Board meetings.

**EASTMAN KODAK CO., BUSINESS IMAGING SYSTEMS DIVISION (BIS),** Rochester, NY    *Aug 1994 - May 1999*
*Director, Worldwide Financial Reporting and Analysis*
A $700 million division focused on providing imaging solutions to the commercial market. Division experienced declining revenues and declining profitability. Hired as part of a turnaround effort. Responsible for analyzing, understanding and communicating worldwide business issues, plans, and past and future performance to division President, Board of Directors, Senior/Middle Managers worldwide as well as corporate finance and senior management. Participated in implementing a radical restructuring plan which

**EXHIBIT 1**

drove worldwide improvement in pre-tax earnings from -2.2% to 15% of revenues with Economic Profit of over $108 million. Actively led measurement, analysis and reporting of improvement initiatives. Developed and managed new worldwide processes to gauge progress and performance to goal after restructuring. Recommended and implemented corrective actions to ensure continued progress. Developed worldwide annual operating plan & process. Developed monthly revenue and operating forecasts and reporting of results for Division COO and President, and Kodak's CFO and other Senior Management. Participated in restructuring product portfolio and change in distribution model from direct sales to indirect distribution channels. Led continuing efforts to define and track standard costs, and optimize manufacturing costs, inventories, and monthly analysis of overall worldwide operating performance and improvement action plans. Led Division efforts for corporate worldwide implementation of ERP/SAP financial systems and reengineering of financial reporting. Led successful implementation of worldwide Economic Profit performance measurement systems including training key worldwide finance staff. Reported to COO.

*Various Other Positions*
Participated in Division M&A activity. Co-authored business plan for new worldwide hardware, software, services strategy leading to $260 million investment and $50 million revenue growth. Successfully led deployment of technology, automation and processes which led to improved forecasting, lower costs ($1M) and higher quarterly revenues. Designed and developed PC-based modeling tools successfully applied to compensation and performance measurement. Designed, deployed and managed a new sales pipeline tool and forecasting process. Awarded Division's only "MVP" honors in 1997 for high performance.

**VISUAL NUMERICS, INC., Boulder, CO**                                      *June 1993-Sept. 1993*
*Finance Consultant*
Hired by turnaround consultant to work with a software client with $30 million in annual revenues. Reported to CFO. Co-developed and implemented policies increasing cash flow. Cash increased to $1 million from under $178,000 in seven weeks. Jointly authored a private placement document and road show. Implemented TQM processes. Performed financial benchmarking with similar firms to establish credible performance criteria. Developed a quantitative model to predict sales opportunities in foreign countries. Initiated a cross-functional reengineering project to improve the order and fulfillment processes. Contributed to turnaround success.

**BOMBARDIER CAPITAL INC., Burlington, VT (sub. of Bombardier, Inc.)**    *Sept. 1981-Oct. 1991*
One of three original managers and corporate officers of this start-up business offering inventory, open account, and retail financing, leasing services and a captive insurance subsidiary. Over ten years, grew business from $3 million in assets to over $500 million in assets with 300 employees, eight branches and annual financing volume of $800 million. Grew OEM client base from one to 560. Achieved average profitability of 22% ROE. Led effort to being ranked 5th in North America in inventory financing in 1991.

*Vice-President, Product Groups*                                             *Oct. 1990-Oct. 1991*
P&L responsibility for $270 million in assets and $28 million in revenues. Directed 85 employees in sales, service, operations, MIS, data entry and accounting. Reduced cost by $1 million and obtained $65 million in new business through TQM project including mainframe systems development and process reengineering. Led diversification process resulting in $40 million asset growth after first year.

*Vice-President, Operations*                                                 *July 1989-Sept. 1990*
Responsible for turnaround of internal operations. Total assets over $400 million, revenues of $34 million. Reengineered policies, procedures and organization structure resulting in improved processes and reduced finance risks. Directed M&A activity for portfolio acquisitions leading to three acquisitions. Contributed to raising $500 million in capital with group of international banks.

*Vice-President, Marketing*                                                  *Oct. 1987-June 1989*
Directed all sales and marketing. Staff of 40. Planned, staffed and launched sales, marketing, telemarketing and customer service. Opened three new offices. Increased customer base by 121%, assets by 210%, and margin by 11%. Successfully managed 100% annual growth rate. Contributed to raising $400 million in capital.

## EXHIBIT 1

*Various Other Positions*                                                          *Oct. 1987-June 1989*

Initiated portfolio diversification efforts. Recruited, hired and trained additional staff. Created and implemented control processes. Led mainframe systems design and development efforts.

**FORD MOTOR CREDIT CO.**, Houston and Beaumont, TX                      *Feb. 1979-Aug. 1981*

Hired for turnaround of branch operation offering retail and wholesale auto, truck and equipment financing. Promoted three times in two years after demonstrating exemplary performance.

---

### *Education and Career Enhancement*

**WILLIAM E. SIMON GRADUATE SCHOOL OF BUSINESS, U of R**, Rochester, NY       *Sept. 1992-June 1994*

MBA in Corporate Finance. Chair & founding member of **VISION** program. Dean's Leadership Award.

**HOBART COLLEGE**, Geneva, NY                                                 *Sept. 1974-June 1978*

Bachelor of Science degree in Liberal Arts, Football Co-Captain, National Scholarship/Leadership Award.

                                                                               *June 2001-Present*

Vice-President and member of Board of Directors, Statesmen Athletic Association, Hobart College

**EXECUTIVE DEVELOPMENT**

Highly skilled user of Access, Excel, Word, PowerPoint and other PC-based analysis tools. Several seminars and other formal training classes in Access and Excel. Experience with Hyperion, SAP, JD Edwards financial systems and reporting tools. Trained in, and experienced with, TQM/Quality programs and Hoshin Planning Process. Various seminars and programs in management, finance and strategic planning. Toastmasters.

---

### *Reports and Testimonial Experience*

Valuation of Robert J. Cummings Interests In Ecovation, Inc. (formerly known as AnAerobics, Inc.) As of January 1, 2005 By Howard J. Mulcahey (December 30, 2005)

An Evaluation Of The Cruther's Interests in Manchester Sports and Clothing, Inc. a/k/a. Manchester Sports Shops, Inc. & Cruthers & Munro Reality, LLC (November 25, 2003)

Expert Report and deposition of Howard J. Mulcahey in Nettech Solutions, L.L.C. and ePARK, L.L.C., v. Zippark.com, et al., in the United States District Court Southern District of New York, 01 Civ. 2683 (SAS) (July 16, 2002).