# EXHIBIT 2

```
<DOCUMENT>
<TYPE>13F-HR
<SEQUENCE>1
<FILENAME>d13fhr.txt
<DESCRIPTION>FORM 13F
<TEXT>
<PAGE>
```

                    UNITED STATES
          SECURITIES AND EXCHANGE COMMISSION
                Washington D.C. 20549

                      Form 13F

                 Form 13F Cover Page

Report for Calendar Year or Quarter Ended: December 31, 2003

Check here if amendment   [  ]  Amendment Number [  ]

Institutional Investment Manager filing this report:

Name:        State Street Corporation
Address:     225 Franklin Street
             Boston, Massachusetts 02110

Form 13F File Number:     28-399

The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
to submit it, that all information contained herein is true, correct and
complete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:        Fred P. Baughman
Title        Senior Vice President, Controller, and Chief Accounting Officer
Telephone:   617-786-3000

Signature, Place, and Date of Signing:

/s/ Frederick P. Baughman      Boston, Massachusetts        February 2, 2004
--------------------------     ---------------------        ----------------
      [Signature]               [City, State]                    [Date]

Report Type (Check only one):

[_]  13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
     are reported in this report.)

[_]  13F NOTICE. (Check here if no holdings reported are in this report and all
     holdings are reported by other reporting manager(s).)

[X]  13F COMBINATION REPORT. (Check here if a portion of the holdings for this
     reporting manager are reported in this report and a portion are reported by
     other reporting manager(s).)

List of Other Managers Reporting for this Manager:

(if there are no entries in this list, omit this section.)

```
------------------------------------------------
  13F File Number          Name
------------------------------------------------
     28-5798           Roy A. Hammer
------------------------------------------------
```

<PAGE>

Form 13F SUMMARY PAGE

Report Summary:

Number of Other Included Managers:        13
Form 13F Information Table Entry Total:    3,388
Form 13F Information Table Value Total:    408,489,862
                                          (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other that the manager filing this report. [If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

```
-----------------------------------------------------------
No.    Form 13F File Number      Name
-----------------------------------------------------------
1           28-1932         Frederick Ballou
-----------------------------------------------------------
2           28-3602         Francis L. Coolidge
-----------------------------------------------------------
3           28-2710         F. Davis Dossori, Jr.
-----------------------------------------------------------
4           28-3488         Nicholas A. Grace
-----------------------------------------------------------
5           28-5798         Roy A. Hammer
-----------------------------------------------------------
6           28-6740         Edward J. Joyce
-----------------------------------------------------------
7           28-5796         George H. Kidder
-----------------------------------------------------------
8           28-1487         Peter B. Loring
-----------------------------------------------------------
9           28-4282         Dean Ridlon
-----------------------------------------------------------
10          28-6281         Michael B. Elefante
-----------------------------------------------------------
11          28-5362         John Cornish
-----------------------------------------------------------
12          28-6476         William A. Lowell
-----------------------------------------------------------
13          28-4918         Thomas H.P. Whitney
-----------------------------------------------------------
```

| \<S> | \<C> | \<C> | \<C> | \<C> | \<C> | \<C> | \<C> | \<C> |
|------|------|------|------|------|------|------|------|------|
| GIANT INDS INC | COM | 37450810 | 222 | 18,496 | SH | | 18,496 | |
| GIBRALTAR STL CORP | COM | 37476F10 | 3,767 | 149,673 | SH | | 149,673 | |
| GILEAD SCIENCES INC | COM | 37555810 | 194,657 | 3,340,032 | SH | | 3,263,493 | 60,364 |
| GILLETTE CO | COM | 37576610 | 1,134,360 | 30,883,741 | SH | | 29,830,740 | 810,942 |
| GLACIER BANCORP INC | COM | 37637Q10 | 9,701 | 298,760 | SH | | 298,760 | |
| GLADSTONE CAPITAL CO | COM | 37653510 | 2,986 | 133,590 | SH | | 133,590 | |
| GLAMIS GOLD LTD | COM | 37677510 | 2,810 | 164,107 | SH | | 164,107 | |
| GLATFELTER | COM | 37731610 | 8,022 | 644,329 | SH | | 643,409 | 920 |
| GLAXOSMITHKLINE PLC | SPONSORED | 37733W10 | 900,562 | 19,317,079 | SH | | 19,195,079 | 122,000 |
| GLENBOROUGH RLTY TR | COM | 37803P10 | 9,090 | 455,650 | SH | | 455,650 | |
| GLIMCHER RLTY TR | SH BEN INT | 37930210 | 16,042 | 716,812 | SH | | 716,812 | |
| GLOBAL IMAGING SYSTE | COM | 37934A10 | 9,168 | 288,745 | SH | | 287,945 | 800 |
| GLOBAL INDS LTD | COM | 37933610 | 6,542 | 1,275,170 | SH | | 1,275,170 | |
| GLOBAL PMTS INC | COM | 37940X10 | 19,154 | 406,499 | SH | | 404,792 | 760 |
| GLOBAL POWER EQUIPME | COM | 37941P10 | 3,100 | 464,111 | SH | | 458,411 | 5,700 |
| GLOBALSANTAFE CORP | SHS | G3930E10 | 15,459 | 622,609 | SH | | 621,435 | 1,095 |
| GLOBESPANVIRATA INC | COM | 37957V10 | 11,916 | 2,036,937 | SH | | 2,031,707 | 5,230 |
| GOLD BANC CORP INC | COM | 37990710 | 8,694 | 618,381 | SH | | 615,081 | 3,300 |
| GOLDCORP INC NEW | COM | 38095640 | 478 | 29,993 | SH | | 29,993 | |
| GOLDEN TELECOM INC | COM | 38122G10 | 5,637 | 202,419 | SH | | 202,419 | |
| GOLDEN WEST FINL COR | COM | 38131710 | 390,811 | 3,787,295 | SH | | 3,778,259 | 8,936 |
| GOLDMAN SACHS GROUP | COM | 38141G10 | 1,131,619 | 11,461,752 | SH | | 10,910,139 | 500,571 |
| GOODRICH CORP | COM | 38238810 | 104,254 | 3,511,413 | SH | | 3,498,445 | 12,408 |
| GOODYEAR TIRE & RUBR | COM | 38255010 | 41,382 | 5,264,866 | SH | | 5,247,996 | 16,870 |
| GOODYS FAMILY CLOTHI | COM | 38258810 | 2,986 | 319,005 | SH | | 319,005 | |
| GORMAN RUPP CO | COM | 38308210 | 5,053 | 191,404 | SH | | 191,404 | |
| GRACE W R & CO DEL N | COM | 38388F10 | 2,630 | 1,023,243 | SH | | 1,010,244 | 12,799 |
| GRACO INC | COM | 38410910 | 29,250 | 729,414 | SH | | 724,512 | 4,292 |
| GRAFTECH INTL LTD | COM | 38431310 | 18,687 | 1,384,186 | SH | | 1,383,886 | 300 |
| GRAINGER W W INC | COM | 38480210 | 109,477 | 2,310,138 | SH | | 2,296,832 | 11,481 |
| GRANITE CONSTR INC | COM | 38732810 | 16,710 | 711,361 | SH | | 711,361 | |
| GRANT PRIDECO INC | COM | 38821G10 | 19,546 | 1,501,195 | SH | | 1,498,375 | 2,720 |
| GRAY TELEVISION INC | COM | 38937510 | 9,786 | 647,252 | SH | | 637,752 | 9,500 |
| GRAY TELEVISION INC | CL A | 38937520 | 361 | 23,783 | SH | | 23,783 | |
| GREAT AMERN FINL RES | COM | 38991510 | 2,319 | 142,950 | SH | | 142,950 | |
| GREAT ATLANTIC & PAC | COM | 39006410 | 3,779 | 449,824 | SH | | 444,424 | 5,400 |
| GREAT LAKES CHEM COR | COM | 39056810 | 43,054 | 1,583,461 | SH | | 1,582,391 | 1,070 |
| GREAT LAKES REIT INC | COM | 39075210 | 4,937 | 314,430 | SH | | 314,430 | |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,234 | 13,300 | SH | | 13,300 | |
| GREAT PLAINS ENERGY | COM | 39116410 | 32,707 | 1,027,886 | SH | | 1,025,286 | 1,700 |
| GREAT SOUTHN BANCORP | COM | 39090510 | 4,218 | 90,966 | SH | | 90,966 | |
| GREATER BAY BANCORP | COM | 39164810 | 33,241 | 1,167,182 | SH | | 1,163,998 | 439 |
| GREATER COMMUNITY BA | COM | 39167M10 | 1,103 | 65,288 | SH | | 65,288 | |
| GREEN MOUNTAIN PWR C | COM | 39315410 | 799 | 33,863 | SH | | 33,583 | |
| GREEN MTN COFFEE ROA | COM | 39312210 | 2,462 | 107,400 | SH | | 107,400 | |
| GREENBRIER COS INC | COM | 39365710 | 1,680 | 100,324 | SH | | 100,324 | |
| GREENE CNTY BANCSHAR | COM NEW | 39436120 | 2,076 | 89,170 | SH | | 89,170 | |
| GREENPOINT FINL CORP | COM | 39538410 | 94,779 | 2,683,426 | SH | | 2,672,136 | 10,840 |
| GREIF INC | CL A | 39762410 | 7,907 | 222,669 | SH | | 222,569 | 100 |
| GREY GLOBAL GROUP IN | COM | 39787M10 | 11,664 | 17,076 | SH | | 17,076 | |
| GREY WOLF INC | COM | 39788810 | 11,876 | 3,175,413 | SH | | 3,175,413 | |
| Page Total | | | | 4,504,752 | | | | |

\</TABLE>

Page 27 of 67

\<PAGE>

\<TABLE>