**EXHIBIT 3**

```
<DOCUMENT>
<TYPE>13F-HR
<SEQUENCE>1
<FILENAME>d13fhr.txt
<DESCRIPTION>FORM 13F-HR DATED 3/31/2004
<TEXT>
<PAGE>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Form 13F

Form 13F Cover Page

Report for Calendar Year or Quarter Ended: March 31, 2004

Check here if amendment [ ]   Amendment Number [ ]

Institutional Investment Manager filing this report:

Name:       State Street Corporation
Address:    225 Franklin Street
            Boston, Massachusetts 02110

Form 13F File Number:  28-399

The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
to submit it, that all information contained herein is true, correct and
complete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:       David I. Porter
Title       Senior Vice President
Telephone:  617-786-3000

Signature, Place, and Date of Signing:

    /s/ David I. Porter          Boston, Massachusetts         May 13, 2004
    -----------------------      ----------------------        -------------
         [Signature]                  [City, State]                [Date]

Report Type (Check only one):

[X]  13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
     are reported in this report.)

[_]  13F NOTICE. (Check here if no holdings reported are in this report and all
     holdings are reported by other reporting manager(s).)

[_]  13F COMBINATION REPORT. (Check here if a portion of the holdings for this
     reporting manager are reported in this report and a portion are reported by
     other reporting manager(s).)

`<PAGE>`

Form 13F SUMMARY PAGE

```
Report Summary:

Number of Other Included Managers:      None
Form 13F Information Table Entry Total: 3,397
Form 13F Information Table Value Total: 406,476,259
                                        (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other that the manager filing this report. [If there are no entries in this
list, state "NONE" and omit the column headings and list entries.]


NONE

<PAGE>

<TABLE>
<CAPTION>
                                            State Street Corporation (STT)
                                               SEC13F Report - March 2004
-----------------------------------------------------------------------------------------------
                                                                                    INVESTMEN
                          TITLE OF                   VALUE      SHRS OR    SH/ PUT/ DISCRETIO
     NAME OF ISSUER        CLASS       CUSIP        (x$1000)    PRN AMT    PRN CALL  SHARED    O
-----------------------   ---------   ---------   -----------  -----------  --- ---- ----------- -
<S>                       <C>         <C>         <C>          <C>          <C> <C> <C>         <
1 800 FLOWERS COM         CL A        68243Q10         3,327      348,355  SH          348,355
1-800 CONTACTS INC        COM         68197710         1,715       97,374  SH           97,374
1ST SOURCE CORP           COM         33690110         6,374      257,524  SH          257,524
21ST CENTY INS GROUP      COM         90130N10         7,373      512,044  SH          512,044
24/7 REAL MEDIA INC       COM NEW     90131420           441       60,836  SH           60,836
3COM CORP                 COM         88553510        39,469    5,590,447  SH        5,589,647
3M CO                     COM         88579Y10     4,949,699   60,458,034  SH       60,455,434
4 KIDS ENTMT INC          COM         35086510         4,860      217,262  SH          217,262
7-ELEVEN INC              COM NEW     81782620         7,691      507,012  SH          507,012
99 CENTS ONLY STORES      COM         65440K10        20,679      846,804  SH          846,684
A C MOORE ARTS & CRA      COM         00086T10         5,910      219,687  SH          219,687
A D C TELECOMMUNICAT      COM         00088610        61,339   21,151,251  SH       21,151,251
A S V INC                 COM         00196310         4,282      140,892  SH          140,892
AAIPHARMA INC             COM         00252W10         3,559      536,737  SH          536,737
AAON INC                  COM PAR $0  00036020         3,132      154,446  SH          154,446
AAR CORP                  COM         00036110         7,331      596,988  SH          596,988
AARON RENTS INC           COM         00253520        10,350      415,849  SH          415,849
ABAXIS INC                COM         00256710           353       17,356  SH           17,356
ABB LTD                   SPONSORED   00037520           336       56,253  SH           56,253
ABBOTT LABS               COM         00282410     1,708,415   41,567,281  SH       41,565,781
ABC BANCORP               COM         00040010         3,283      173,062  SH          173,062
ABERCROMBIE & FITCH       CL A        00289620        53,689    1,586,556  SH        1,586,356
ABGENIX INC               COM         00339B10        20,144    1,512,344  SH        1,512,344
ABITIBI-CONSOLIDATED      COM         00392410           310       43,717  SH           43,717
ABLE LABORATORIES IN      COM NEW     00371N40         4,980      255,801  SH          255,801
ABM INDS INC              COM         00095710        11,322      630,775  SH          630,775
ABN AMRO HLDG NV          SPONSORED   00093710         1,754       78,177  SH           78,177
ACADIA RLTY TR            COM SH BEN  00423910         3,901      276,462  SH          276,462
ACCENTURE LTD BERMUD      CL A        G1150G11        13,330      537,504  SH          537,504
ACCREDITED HOME LEND      COM         00437P10         6,745      171,205  SH          171,205
ACCREDO HEALTH INC        COM         00437V10        34,235      898,568  SH          898,568
```

```
GLOBALSANTAFE CORP      SHS             G3930E10      16,552        596,026 SH          596,026
GOLD BANC CORP INC      COM             37990710      10,142        622,189 SH          622,189
GOLDCORP INC NEW        COM             38095640         444         29,993 SH           29,993
GOLDEN TELECOM INC      COM             38122G10       7,253        213,137 SH          213,137
GOLDEN WEST FINL COR    COM             38131710     426,994      3,814,145 SH        3,814,145
GOLDMAN SACHS GROUP     COM             38141G10   1,178,272     11,291,534 SH       11,289,194
GOODRICH CORP           COM             38238810      93,565      3,333,291 SH        3,333,191
GOODYEAR TIRE & RUBR    COM             38255010      43,671      5,113,702 SH        5,113,702
GOODYS FAMILY CLOTHI    COM             38258810       5,147        360,656 SH          360,656
GORMAN RUPP CO          COM             38308210       4,965        191,695 SH          191,695
GOVERNMENT PPTYS TR     COM             38374W10         296         22,500 SH           22,500
GRACE W R & CO DEL N    COM             38388F10      28,318      9,076,248 SH        9,076,248
GRACO INC               COM             38410910      31,593      1,085,294 SH        1,084,529
GRAFTECH INTL LTD       COM             38431310      21,926      1,466,601 SH        1,466,601
GRAINGER W W INC        COM             38480210     111,277      2,318,275 SH        2,318,275
GRANITE CONSTR INC      COM             38732810      17,175        722,550 SH          722,550
GRANT PRIDECO INC       COM             38821G10      27,315      1,762,247 SH        1,762,247
GRAY TELEVISION INC     COM             38937510       9,604        656,877 SH          656,877
GRAY TELEVISION INC     CL A            38937520         300         21,183 SH           21,183
GREAT AMERN FINL RES    COM             38991510       2,408        152,809 SH          152,809
GREAT ATLANTIC & PAC    COM             39006410       2,400        310,048 SH          310,048
GREAT LAKES CHEM COR    COM             39056810      35,664      1,495,351 SH        1,495,351
GREAT LAKES REIT INC    COM             39075210       5,125        331,091 SH          331,091
GREAT NORTHN IRON OR    CTFS BEN I      39106410       1,213         13,300 SH           13,300
GREAT PLAINS ENERGY     COM             39116410      35,315      1,045,142 SH        1,044,842
GREAT SOUTHN BANCORP    COM             39090510       4,430         90,170 SH           90,170
GREATER BAY BANCORP     COM             39164810      35,069      1,198,953 SH        1,196,808
Page Total                                          4,816,454
</TABLE>
```

Page 26 of 65

```
<PAGE>

<TABLE>
<CAPTION>
                                              State Street Corporation (STT)
                                                SEC13F Report - March 2004
```

```
                                                                                     INVESTMEN
                     TITLE OF                     VALUE        SHRS OR    SH/ PUT/   DISCRETIO
NAME OF ISSUER       CLASS         CUSIP         (x$1000)      PRN AMT    PRN CALL   SHARED      O

<S>                  <C>           <C>           <C>           <C>        <C> <C>    <C>          <
GREATER COMMUNITY BA  COM          39167M10       1,087         67,529 SH            67,529
GREEN MOUNTAIN PWR C  COM          39315410         869         33,583 SH            33,583
GREEN MTN COFFEE ROA  COM          39312210       1,089         54,049 SH            54,049
GREENBRIER COS INC    COM          39365710       1,822        107,886 SH           107,886
GREENE CNTY BANCSHAR  COM NEW      39436120       1,938         86,395 SH            86,395
GREENPOINT FINL CORP  COM          39538410     117,989      2,699,355 SH         2,698,905
GREIF INC             CL A         39762410       7,626        218,254 SH           218,254
GREY GLOBAL GROUP IN  COM          39787M10      11,364         16,504 SH            16,504
GREY WOLF INC         COM          39788810      12,780      3,086,905 SH         3,086,905
GRIFFON CORP          COM          39843310       9,271        429,194 SH           429,194
GROUP 1 AUTOMOTIVE I  COM          39890510      10,614        293,215 SH           293,215
GROUP 1 SOFTWARE INC  COM          39943Y10       2,623        160,352 SH           160,352
GROUPE DANONE         SPONSORED    39944910         981         29,748 SH            29,748
GRUPO TELEVISA SA DE  SP ADR REP   40049J20       7,614        160,843 SH           160,843
GSI COMMERCE INC      COM          36238G10       2,325        229,097 SH           229,097
GTC BIOTHERAPEUTICS   COM          36238T10         992        450,902 SH           450,902
```