# EXHIBIT 4

```
<DOCUMENT>
<TYPE>13F-HR/A
<SEQUENCE>1
<FILENAME>d13fhra.txt
<DESCRIPTION>AMENDMENT NO.1 TO FORM 13F
<TEXT>
<PAGE>
```

                        UNITED STATES
              SECURITIES AND EXCHANGE COMMISSION
                      Washington D.C. 20549

                           Form 13F

                      Form 13F Cover Page

Report for Calendar Year or Quarter Ended: March 31, 2004

Check here if amendment [X]   Amendment Number 1

Institutional Investment Manager filing this report:

Name:      State Street Corporation
Address:   225 Franklin Street
           Boston, Massachusetts 02110

Form 13F File Number:  28-399

The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
to submit it, that all information contained herein is true, correct and
complete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:       James J. Malerba
Title       Senior Vice President and Deputy Controller
Telephone:  617-664-8697

Signature, Place, and Date of Signing:

    /s/James J. Malerba         Boston, Massachusetts      October 19, 2005
    -----------------------     ---------------------      ----------------
        [Signature]                 [City, State]              [Date]

Report Type (Check only one):

[X]   13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
      are reported in this report.)

[_]   13F NOTICE. (Check here if no holdings reported are in this report and all
      holdings are reported by other reporting manager(s).)

[_]   13F COMBINATION REPORT. (Check here if a portion of the holdings for this
      reporting manager are reported in this report and a portion are reported by
      other reporting manager(s).)

<PAGE>

                        Form 13F SUMMARY PAGE

```
Report Summary:

Number of Other Included Managers:       None
Form 13F Information Table Entry Total:  3,397
Form 13F Information Table Value Total:  406,473,430
                                         (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other that the manager filing this report. [If there are no entries in this
list, state "NONE" and omit the column headings and list entries.]

NONE

<PAGE>

<TABLE>
<CAPTION>
                                               State Street Corporation (STT)
                                                 SEC13F Report - March 2004
-----------------------------------------------------------------------------------------------
                                                                             INVESTMENT
                       TITLE OF                 VALUE      SHRS OR   SH/ PUT/  DISCRETION
    NAME OF ISSUER      CLASS       CUSIP      (x$1000)    PRN AMT   PRN CALL  SHARED     OTHER
--------------------  ----------   --------   ----------  ----------  --- ----  ----------  ------
<S>                   <C>          <C>        <C>         <C>         <C> <C>   <C>         <C>
1 800 FLOWERS COM     CL A         68243Q10       3,327     348,355  SH         348,355
1-800 CONTACTS INC    COM          68197710       1,715      97,374  SH          97,374
1ST SOURCE CORP       COM          33690110       6,374     257,524  SH         257,524
21ST CENTY INS GROUP  COM          90130N10       7,373     512,044  SH         512,044
24/7 REAL MEDIA INC   COM NEW      90131420         441      60,836  SH          60,836
3COM CORP             COM          88553510      39,469   5,590,447  SH       5,589,647        800
3M CO                 COM          88579Y10   4,949,699  60,458,034  SH      60,455,434      2,600
4 KIDS ENTMT INC      COM          35086510       4,860     217,262  SH         217,262
7-ELEVEN INC          COM NEW      81782620       7,691     507,012  SH         507,012
99 CENTS ONLY STORES  COM          65440K10      20,679     846,804  SH         846,684        120
A C MOORE ARTS & CRA  COM          00086T10       5,910     219,687  SH         219,687
A D C TELECOMMUNICAT  COM          00088610      61,339  21,151,251  SH      21,151,251
A S V INC             COM          00196310       4,282     140,892  SH         140,892
AAIPHARMA INC         COM          00252W10       3,559     536,737  SH         536,737
AAON INC              COM PAR $0   00036020       3,132     154,446  SH         154,446
AAR CORP              COM          00036110       7,331     596,988  SH         596,988
AARON RENTS INC       COM          00253520      10,350     415,849  SH         415,849
ABAXIS INC            COM          00256710         353      17,356  SH          17,356
ABB LTD               SPONSORED    00037520         336      56,253  SH          56,253
ABBOTT LABS           COM          00282410   1,708,415  41,567,281  SH      41,565,781      1,500
ABC BANCORP           COM          00040010       3,283     173,062  SH         173,062
ABERCROMBIE & FITCH   CL A         00289620      53,689   1,586,556  SH       1,586,356        200
ABGENIX INC           COM          00339B10      20,144   1,512,344  SH       1,512,344
ABITIBI-CONSOLIDATED  COM          00392410         310      43,717  SH          43,717
ABLE LABORATORIES IN  COM NEW      00371N40       4,980     255,801  SH         255,801
ABM INDS INC          COM          00095710      11,322     630,775  SH         630,775
ABN AMRO HLDG NV      SPONSORED    00093710       1,754      78,177  SH          78,177
ACADIA RLTY TR        COM SH BEN   00423910       3,901     276,462  SH         276,462
ACCENTURE LTD BERMUD  CL A         G1150G11      13,330     537,504  SH         537,504
ACCREDITED HOME LEND  COM          00437P10       6,745     171,205  SH         171,205
ACCREDO HEALTH INC    COM          00437V10      34,235     898,568  SH         898,568
```

```
GLOBALSANTAFE CORP      SHS          G3930E10      16,552       596,026 SH         596,026
GOLD BANC CORP INC      COM          37990710      10,142       622,189 SH         622,189
GOLDCORP INC NEW        COM          38095640         444        29,993 SH          29,993
GOLDEN TELECOM INC      COM          38122G10       7,253       213,137 SH         213,137
GOLDEN WEST FINL COR    COM          38131710     426,994     3,814,145 SH       3,814,145
GOLDMAN SACHS GROUP     COM          38141G10   1,178,272    11,291,534 SH      11,289,194      2,340
GOODRICH CORP           COM          38238810      93,565     3,333,291 SH       3,333,191        100
GOODYEAR TIRE & RUBR    COM          38255010      43,671     5,113,702 SH       5,113,702
GOODYS FAMILY CLOTHI    COM          38258810       5,147       360,656 SH         360,656
GORMAN RUPP CO          COM          38308210       4,965       191,695 SH         191,695
GOVERNMENT PPTYS TR     COM          38374W10         296        22,500 SH          22,500
GRACE W R & CO DEL N    COM          38388F10      25,489     8,169,648 SH       8,169,648
GRACO INC               COM          38410910      31,593     1,085,294 SH       1,084,529        765
GRAFTECH INTL LTD       COM          38431310      21,926     1,466,601 SH       1,466,601
GRAINGER W W INC        COM          38480210     111,277     2,318,275 SH       2,318,275
GRANITE CONSTR INC      COM          38732810      17,175       722,550 SH         722,550
GRANT PRIDECO INC       COM          38821G10      27,315     1,762,247 SH       1,762,247
GRAY TELEVISION INC     COM          38937510       9,604       656,877 SH         656,877
GRAY TELEVISION INC     CL A         38937520         300        21,183 SH          21,183
GREAT AMERN FINL RES    COM          38991510       2,408       152,809 SH         152,809
GREAT ATLANTIC & PAC    COM          39006410       2,400       310,048 SH         310,048
GREAT LAKES CHEM COR    COM          39056810      35,664     1,495,351 SH       1,495,351
GREAT LAKES REIT INC    COM          39075210       5,125       331,091 SH         331,091
GREAT NORTHN IRON OR    CTFS BEN I   39106410       1,213        13,300 SH          13,300
GREAT PLAINS ENERGY     COM          39116410      35,315     1,045,142 SH       1,044,842        300
GREAT SOUTHN BANCORP    COM          39090510       4,430        90,170 SH          90,170
GREATER BAY BANCORP     COM          39164810      35,069     1,198,953 SH       1,196,808      2,145
Page Total                                                   4,813,625
</TABLE>
```

Page 26 of 65

```
<PAGE>

<TABLE>
<CAPTION>
                                       State Street Corporation (STT)
                                         SEC13F Report - March 2004
-----------------------------------------------------------------------------------------------------
                                                                                  INVESTMENT
                       TITLE OF                   VALUE       SHRS OR   SH/ PUT/  DISCRETION
  NAME OF ISSUER        CLASS        CUSIP       (x$1000)     PRN AMT   PRN CALL  SHARED     OTHER
---------------------  -----------   ---------   ----------   --------- --- ----  ---------- ------
<S>                    <C>           <C>         <C>          <C>       <C> <C>   <C>        <C>
GREATER COMMUNITY BA   COM           39167M10       1,087        67,529 SH          67,529
GREEN MOUNTAIN PWR C   COM           39315410         869        33,583 SH          33,583
GREEN MTN COFFEE ROA   COM           39312210       1,089        54,049 SH          54,049
GREENBRIER COS INC     COM           39365710       1,822       107,886 SH         107,886
GREENE CNTY BANCSHAR   COM NEW       39436120       1,938        86,395 SH          86,395
GREENPOINT FINL CORP   COM           39538410     117,989     2,699,355 SH       2,698,905        450
GREIF INC              CL A          39762410       7,626       218,254 SH         218,254
GREY GLOBAL GROUP IN   COM           39787M10      11,364        16,504 SH          16,504
GREY WOLF INC          COM           39788810      12,780     3,086,905 SH       3,086,905
GRIFFON CORP           COM           39843310       9,271       429,194 SH         429,194
GROUP 1 AUTOMOTIVE I   COM           39890510      10,614       293,215 SH         293,215
GROUP 1 SOFTWARE INC   COM           39943Y10       2,623       160,352 SH         160,352
GROUPE DANONE          SPONSORED     39944910         981        29,748 SH          29,748
GRUPO TELEVISA SA DE   SP ADR REP    40049J20       7,614       160,843 SH         160,843
GSI COMMERCE INC       COM           36238G10       2,325       229,097 SH         229,097
GTC BIOTHERAPEUTICS    COM           36238T10         992       450,902 SH         450,902
```