# EXHIBIT 5

```
<DOCUMENT>
<TYPE>13F-HR
<SEQUENCE>1
<FILENAME>a2142136z13f-hr.txt
<DESCRIPTION>13F-HR
<TEXT>
<Page>
```

```
                          UNITED STATES
                  SECURITIES AND EXCHANGE COMMISSION
                      WASHINGTON, D.C. 20549

                             FORM 13F

                         FORM 13F COVER PAGE


Report for the Calendar Year or Quarter Ended: JUNE 30, 2004
                                               ------------------------

Check Here if Amendment / /; Amendment Number:
                                               ---------
   This Amendment (Check only one.):    / / is a restatement.
                                        / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

   Name:       STATE STREET CORPORATION
               --------------------------------
   Address:    225 FRANKLIN STREET
               --------------------------------
               BOSTON, MASSACHUSETTS 02110
               --------------------------------

               --------------------------------

Form 13F File Number: 28-399
                      ---------------------

The institutional investment manager filing this report and the person by
whom it is signed hereby represent that the person signing the report is
authorized to submit it, that all information contained herein is true,
correct and complete, and that it is understood that all required items,
statements, schedules, lists, and tables, are considered integral parts of
this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:    PAMELA D. GORMLEY
         --------------------------------
Title:   EXECUTIVE VICE PRESIDENT AND CORPORATE CONTROLLER
         --------------------------------
Phone:   617-664-7902
         --------------------------------

Signature, Place, and Date of Signing:

     /s/ Pamela D. Gormley          Boston, Massachusetts      August 13, 2004
-------------------------------     ---------------------      ---------------
          [Signature]                   [City, State]              [Date]
```

Report Type (Check only one.):

/X/ 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/ / 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)

<Page>

FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

```
<Table>
<Caption>
    Form 13F File Number           Name
    <S>                            <C>
    28-03621                       Advanced Investment Partners LLC
    ----------------               ----------------------------------------
    28-07472                       Bel Air Investment Advisors LLC
    ----------------               ----------------------------------------
    28-99999                       Shott Capital Management, LLC
    ----------------               ----------------------------------------
    28-04003                       Ariel Capital Management, LLC
    ----------------               ----------------------------------------
    28-00096                       Capital Guardian Trust Company
    ----------------               ----------------------------------------
    28-10372                       Philadelphia International Advisors, l.P.
    ----------------               ----------------------------------------
    28-02924                       Turner Investment partners Inc. (Turner Investment Partner
    ----------------               ----------------------------------------
    28-03570                       AXA (Alliance Capital Management L.P.)
    ----------------               ----------------------------------------
    28-00223                       Dresdner RCM Global Investors LLC (RCM Capital Management
    ----------------               ----------------------------------------
    28-00180                       Sit Investment Associates Inc.
    ----------------               ----------------------------------------
    28-00694                       JP Morgan Chase & Co (JP Morgan Fleming Asset Management L
    ----------------               ----------------------------------------
</Table>
```

Report Summary:

Number of Other Included Managers:      14
                                        --------------------

Form 13F Information Table Entry Total: 4,007
                                        --------------------

Form 13F Information Table Value Total: 442,358,054
                                        --------------------
                                            (thousands)

```
GP STRATEGIES CORP       COM          36225V10           133       20,257 SH        DEFINED    1
GRACE W R & CO DEL N     COM          38388F10        57,440    9,264,526 SH        DEFINED    1,2
GRACO INC                COM          38410910        34,536    1,112,256 SH        DEFINED    1,2,
GRAFTECH INTL LTD        COM          38431310        15,841    1,514,474 SH        DEFINED    1,2,
GRAINGER W W INC         COM          38480210       144,033    2,504,923 SH        DEFINED    1,2,
                                                                                               13,1
GRANITE BROADCASTING     COM          38724110            17       23,830 SH        DEFINED    1
GRANITE CONSTR INC       COM          38732810        19,091    1,047,205 SH        DEFINED    1,2,
GRANT PRIDECO INC        COM          38821G10        37,971    2,056,917 SH        DEFINED    1,2,
GRAPHIC PACKAGING CO     COM          38868810         7,568      874,938 SH        DEFINED    1,2
GRAY TELEVISION INC      COM          38937510         8,927      642,665 SH        DEFINED    1,2
GREAT AMERN FINL RES     COM          38991510         2,285      143,732 SH        DEFINED    1,2
GREAT ATLANTIC & PAC     COM          39006410         2,226      290,585 SH        DEFINED    1,2,
GREAT LAKES CHEM COR     COM          39056810        45,277    1,673,217 SH        DEFINED    1,2,
GREAT NORTHN IRON OR     CTFS BEN I   39106410         1,273       13,248 SH        DEFINED    1,5
GREAT PLAINS ENERGY      COM          39116410        31,894    1,073,856 SH        DEFINED    1,2,
GREAT SOUTHN BANCORP     COM          39090510         5,031      174,028 SH        DEFINED    1,2
GREATER BAY BANCORP      COM          39164810        29,542    1,022,229 SH        DEFINED    1,2,
GREEN MOUNTAIN PWR C     COM          39315410           292       11,183 SH        DEFINED    1
GREENBRIER COS INC       COM          39365710         1,912      100,386 SH        DEFINED    1,2
GREENHILL & CO INC       COM          39525910         2,166      103,600 SH        DEFINED    1
GREENPOINT FINL CORP     COM          39538410       111,980    2,820,653 SH        DEFINED    1,2,
                                                                                               13,1
GREIF INC                CL A         39762410         9,003      213,086 SH        DEFINED    1,2
GREY GLOBAL GROUP IN     COM          39787M10       14,763       14,988 SH        DEFINED    1,2,
GREY WOLF INC            COM          39788810        12,101    2,854,083 SH        DEFINED    1,2,
GRIFFIN LD & NURSERI     CL A         39823110           215        8,600 SH        DEFINED    1
GRIFFON CORP             COM          39843310         9,522      427,398 SH        DEFINED    1,2
GROUP 1 AUTOMOTIVE I     COM          39890510         9,621      289,715 SH        DEFINED    1,2
GROUP 1 SOFTWARE INC     COM          39943Y10         3,850      167,756 SH        DEFINED    1,2
GROUPE CGI INC           CL A SUB V   39945C10           114       16,870 SH        DEFINED    1
GROUPE DANONE            SPONSORED    39944910         1,044       59,496 SH        DEFINED    1
Page Total                                         3,307,257
</Table>

                                                                                   29 of 72
<Page>

                              STATE STREET CORPORATION
                        FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

<Table>
<Caption>
                         TITLE OF                  VALUE    SHARES OR  SH/ PUT/  INVESTMENT
NAME OF ISSUER           CLASS        CUSIP       (x1000)   PRN AMT    PRN CALL  DISCRETION    OTHE
----------------------   ----------   --------   --------  ----------- --- ----  -----------   ----
<S>                      <C>          <C>        <C>       <C>         <C> <C>   <C>           <C>
GRUPO AEROPORTUARIO      SPON ADR S   40051E20        458      24,755 SH        DEFINED     1,7
GRUPO TELEVISA SA DE     SP ADR REP   40049J20     20,024     442,328 SH        DEFINED     1,2,
GSI COMMERCE INC         COM          36238G10      2,783     289,036 SH        DEFINED     1,2,
GTC BIOTHERAPEUTICS      COM          36238T10         34      21,777 SH        DEFINED     1
GTECH HLDGS CORP         COM          40051810     43,150     931,768 SH        DEFINED     1,2,
                                                                                            13,1
GTX INC DEL              COM          40052B10        362      34,787 SH        DEFINED     1,2
GUESS INC                COM          40161710      2,568     159,484 SH        DEFINED     1,2
GUIDANT CORP             COM          40169810    522,276   9,346,393 SH        DEFINED     1,2,
                                                                                            13,1
GUILFORD PHARMACEUTI     COM          40182910      2,074     436,626 SH        DEFINED     1,2
GUITAR CTR MGMT INC      COM          40204010     17,667     397,273 SH        DEFINED     1,2,
GULF ISLAND FABRICAT     COM          40230710      2,568     118,727 SH        DEFINED     1,2
```