# EXHIBIT 6

```
<DOCUMENT>
<TYPE>13F-HR/A
<SEQUENCE>1
<FILENAME>a2142652z13f-hra.txt
<DESCRIPTION>13F-HR/A
<TEXT>
<Page>
```

                        UNITED STATES
                SECURITIES AND EXCHANGE COMMISSION
                      WASHINGTON, D.C. 20549

                           FORM 13F

                       FORM 13F COVER PAGE


Report for the Calendar Year or Quarter Ended: JUNE 30, 2004
                                               ----------------------

Check Here if Amendment /X/; Amendment Number:  1
                                               --------
     This Amendment (Check only one.):    /X/ is a restatement.
                                          / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

     Name:      STATE STREET CORPORATION
                -------------------------------
     Address:   225 FRANKLIN STREET
                -------------------------------
                BOSTON, MASSACHUSETTS 02110
                -------------------------------

                -------------------------------

Form 13F File Number: 28-399
                      ---------------------

The institutional investment manager filing this report and the person by
whom it is signed hereby represent that the person signing the report is
authorized to submit it, that all information contained herein is true,
correct and complete, and that it is understood that all required items,
statements, schedules, lists, and tables, are considered integral parts of
this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:    PAMELA D. GORMLEY
         -------------------------------
Title:   EXECUTIVE VICE PRESIDENT AND CORPORATE CONTROLLER
         -------------------------------
Phone:   617-664-7902
         -------------------------------

Signature, Place, and Date of Signing:

     /s/ Pamela D. Gormley          Boston, Massachusetts     August 26, 2004
---------------------------------   ---------------------     ---------------
         [Signature]                    [City, State]              [Date]

```
Report Type (Check only one.):

/ / 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/X/ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)

<Page>

                           FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

<Table>
<Caption>
    Form 13F File Number          Name
    <S>                           <C>
    28-03621                      Advanced Investment Partners LLC
    ----------------              ---------------------------------------
    28-07472                      Bel Air Investment Advisors LLC
    ----------------              ---------------------------------------
    28-99999                      Shott Capital Management, LLC
    ----------------              ---------------------------------------
    28-04003                      Ariel Capital Management, LLC
    ----------------              ---------------------------------------
    28-00096                      Capital Guardian Trust Company
    ----------------              ---------------------------------------
    28-10372                      Philadelphia International Advisors, l.P.
    ----------------              ---------------------------------------
    28-02924                      Turner Investment partners Inc. (Turner Investment Partner
    ----------------              ---------------------------------------
    28-03570                      AXA (Alliance Capital Management L.P.)
    ----------------              ---------------------------------------
    28-00223                      Dresdner RCM Global Investors LLC (RCM Capital Management
    ----------------              ---------------------------------------
    28-00180                      Sit Investment Associates Inc.
    ----------------              ---------------------------------------
    28-00694                      JP Morgan Chase & Co (JP Morgan Fleming Asset Management L
    ----------------              ---------------------------------------
</Table>

Report Summary:

Number of Other Included Managers:        13
                                          -------------------

Form 13F Information Table Entry Total:   4,007
                                          -------------------

Form 13F Information Table Value Total:   439,128,804
                                          -------------------
                                                  (thousands)
```

```
GP STRATEGIES CORP        COM            36225V10         133        20,257 SH        DEFINED     1
GRACE W R & CO DEL N      COM            38388F10      57,440     9,264,526 SH        DEFINED     1,2
GRACO INC                 COM            38410910      34,536     1,112,256 SH        DEFINED     1,2,5,9
GRAFTECH INTL LTD         COM            38431310      15,841     1,514,474 SH        DEFINED     1,2,5
GRAINGER W W INC          COM            38480210     144,033     2,504,923 SH        DEFINED     1,2,5,6,7,
                                                                                                  13,14
GRANITE BROADCASTING      COM            38724110          17        23,830 SH        DEFINED     1
GRANITE CONSTR INC        COM            38732810      19,091     1,047,205 SH        DEFINED     1,2,5,9
GRANT PRIDECO INC         COM            38821G10      37,971     2,056,917 SH        DEFINED     1,2,5,9
GRAPHIC PACKAGING CO      COM            38868810       7,568       874,938 SH        DEFINED     1,2
GRAY TELEVISION INC       COM            38937510       8,927       642,665 SH        DEFINED     1,2
GREAT AMERN FINL RES      COM            38991510       2,285       143,732 SH        DEFINED     1,2
GREAT ATLANTIC & PAC      COM            39006410       2,226       290,585 SH        DEFINED     1,2,5
GREAT LAKES CHEM COR      COM            39056810      45,277     1,673,217 SH        DEFINED     1,2,5,6,9,
GREAT NORTHN IRON OR      CTFS BEN I     39106410       1,273        13,248 SH        DEFINED     1,5
GREAT PLAINS ENERGY       COM            39116410      31,894     1,073,856 SH        DEFINED     1,2,5,9
GREAT SOUTHN BANCORP      COM            39090510       5,031       174,028 SH        DEFINED     1,2
GREATER BAY BANCORP       COM            39164810      29,542     1,022,229 SH        DEFINED     1,2,5,9
GREEN MOUNTAIN PWR C      COM            39315410         292        11,183 SH        DEFINED     1
GREENBRIER COS INC        COM            39365710       1,912       100,386 SH        DEFINED     1,2
GREENHILL & CO INC        COM            39525910       2,166       103,600 SH        DEFINED     1
GREENPOINT FINL CORP      COM            39538410     111,980     2,820,653 SH        DEFINED     1,2,5,6,7,
                                                                                                  13,14
GREIF INC                 CL A           39762410       9,003       213,086 SH        DEFINED     1,2
GREY GLOBAL GROUP IN      COM            39787M10      14,763        14,988 SH        DEFINED     1,2,5
GREY WOLF INC             COM            39788810      12,101     2,854,083 SH        DEFINED     1,2,5
GRIFFIN LD & NURSERI      CL A           39823110         215         8,600 SH        DEFINED     1
GRIFFON CORP              COM            39843310       9,522       427,398 SH        DEFINED     1,2
GROUP 1 AUTOMOTIVE I      COM            39890510       9,621       289,715 SH        DEFINED     1,2
GROUP 1 SOFTWARE INC      COM            39943Y10       3,850       167,756 SH        DEFINED     1,2
GROUPE CGI INC            CL A SUB V     39945C10         114        16,870 SH        DEFINED     1
GROUPE DANONE             SPONSORED      39944910       1,044        59,496 SH        DEFINED     1
Page Total                                           3,307,257
</Table>
```

                                                                                                29 of 72

<Page>

                        STATE STREET CORPORATION
                FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

```
<Table>
<Caption>
                          TITLE OF                    VALUE   SHARES OR  SH/ PUT/  INVESTMENT
NAME OF ISSUER            CLASS        CUSIP         (x1000)   PRN AMT   PRN CALL  DISCRETION   OTHER MANA
----------------------    ----------   ----------   --------  ---------  --- ----  ----------   ----------
<S>                       <C>          <C>          <C>       <C>        <C> <C>   <C>          <C>
GRUPO AEROPORTUARIO       SPON ADR S   40051E20         458     24,755 SH        DEFINED     1,7
GRUPO TELEVISA SA DE      SP ADR REP   40049J20      20,024    442,328 SH        DEFINED     1,2,4
GSI COMMERCE INC          COM          36238G10       2,783    289,036 SH        DEFINED     1,2,5
GTC BIOTHERAPEUTICS       COM          36238T10          34     21,777 SH        DEFINED     1
GTECH HLDGS CORP          COM          40051810      43,150    931,768 SH        DEFINED     1,2,5,7,8,
                                                                                             13,14
GTX INC DEL               COM          40052B10         362     34,787 SH        DEFINED     1,2
GUESS INC                 COM          40161710       2,568    159,484 SH        DEFINED     1,2
GUIDANT CORP              COM          40169810     522,276  9,346,393 SH        DEFINED     1,2,5,6,7,
                                                                                             13,14
GUILFORD PHARMACEUTI      COM          40182910       2,074    436,626 SH        DEFINED     1,2
GUITAR CTR MGMT INC       COM          40204010      17,667    397,273 SH        DEFINED     1,2,5
GULF ISLAND FABRICAT      COM          40230710       2,568    118,727 SH        DEFINED     1,2
```