IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>  Defendants. | |
| LAWRENCE W. BUNCH, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>  Defendants. | Consolidated<br>Case No. 04-11380-WGY |

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I filed Plaintiff Bunch's Memorandum in Opposition to State Street Bank and Trust Company's Motion to Dismiss Plaintiffs' Complaint through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on February 21, 2006.

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

*/s/ Jeffrey C. Block*
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com


WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.

*/s/ James R. Cummins*
James R. Cummins
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

Dated: February 21, 2006