IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>        Defendants. | |
| LAWRENCE W. BUNCH, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>        Defendants. | Consolidated<br>Case No. 04-11380-WGY |

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I filed Plaintiff Bunch's Request for Judicial Notice in Support of its Memorandum in Opposition to State Street Bank and Trust Company's Motion to Dismiss the Amended Consolidated Complaint through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on February 21, 2006.

6

        Respectfully submitted,

        BERMAN DEVALERIO PEASE TABACCO
        BURT & PUCILLO

        /s/ Jeffrey C. Block
        Jeffrey C. Block
        One Liberty Square
        Boston, Massachusetts 02109
        Telephone: (617) 542-8300
        Facsimile: (617) 542-1194
        Email: jblock@bermanesq.com


        WAITE, SCHNEIDER, BAYLESS
         & CHESLEY CO., L.P.A.

        /s/ James R. Cummins
        James R. Cummins
        Jane H. Walker
        1513 Fourth & Vine Tower
        One West Fourth Street
        Cincinnati, Ohio 45202
        Telephone: (513) 621-0267
        Facsimile: (513) 381-2375
        E-mail jcummins@wsbclaw.com
        E-mail: janehwalker@wsbclaw.com

        *Counsel for Lawrence W. Bunch, Jerry L. Howard,*
        *Sr. and David Mueller, Both Individually and*
        *Behalf of All Others Similarly Situated*

Dated: February 21, 2006