UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS and TIMOTHY WHIPPS, on behalf of themselves and a class of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, STATE STREET BANK & TRUST COMPANY, STATE STREET GLOBAL ADVISORS, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>            Defendants. | Civil Action No. 04-11380 (WGY)<br><br>**ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>FILING FEE PAID:<br>RECEIPT # 70471<br>AMOUNT $ 50.00<br>BY DPTY CLK _____<br>DATE 2/21/06 |
| Consolidated With: | |
| BUNCH et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>            Defendants. | |
| THIS DOCUMENT RELATES TO:<br>The Evans Action | |

{00007730.DOC ; 1}

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave for Joseph H. Meltzer of the law firm of Schiffrin & Barroway, LLP to appear on behalf of Plaintiffs Keri Evans and Timothy Whipps, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Meltzer has been a member in good standing of the bar of the state of Pennsylvania since 1997, the state of New Jersey since 1998, the U.S. District Court for the Eastern District of Pennsylvania since 1998, the U.S. District Court for the District of New Jersey since 2002, the U.S. Court of Appeals for the 3rd Circuit since 2002, and the U.S. Court of Appeals for the 4th Circuit since 2005.

2. There are no disciplinary proceedings pending against Mr. Meltzer as a member of the bar in any jurisdiction.

3. Mr. Meltzer has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Meltzer has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for the defendants in a good faith effort to resolve or narrow the issues raised by this Motion, and that defendants' counsel indicated that defendants assent to the relief sought by this Motion.

{00007730.DOC ; 1}

Dated: February 21, 2006

Respectfully submitted,

*/s/ David Pastor*

David Pastor (BBO #391000)
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA 02109

*Plaintiff's Counsel*

{00007730.DOC ; 1}