UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS and TIMOTHY WHIPPS, on behalf of themselves and a class of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, STATE STREET BANK & TRUST COMPANY, STATE STREET GLOBAL ADVISORS, and UNKNOWN FIDUCIARY DEFENDANTS 1-100, <br><br> Defendants. | Civil Action No. 04-11380 (WGY) |
| Consolidated With: | |
| BUNCH et al., <br><br> Plaintiffs, <br><br> v. <br><br> W.R. GRACE & CO., et al., <br><br> Defendants. | |
| THIS DOCUMENT RELATES TO: <br> The Evans Action | |

**CERTIFICATION FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
<u>DISTRICT OF MASSACHUSETTS</u>**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Joseph H. Meltzer, hereby certify that:

1.      I am a partner in the law firm of Schiffrin & Barroway, LLP, 280 King of Prussia Road, Radnor, Pennsylvania, 19087. I was admitted to the bars of the state of Pennsylvania on November 7, 1997, and the state of New Jersey on January 22, 1998. I am also admitted in the following jurisdictions:

| | |
|---|---|
| U.S. District Court, Eastern District of Pennsylvania | January 22, 1998 |
| U.S. District Court, District of New Jersey | September 3, 2002 |
| U.S. Court of Appeals, Third Circuit | December 9, 2002 |
| U.S. Court of Appeals, Fourth Circuit | March 3, 2005 |

2.      I am in good standing in every jurisdiction where I have been admitted to practice.

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: February 10, 2006

Respectfully submitted,

Joseph H. Meltzer
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, Pa 19087
Tel.: (610) 667-7706