UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS and TIMOTHY WHIPPS, on behalf of themselves and a class of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, STATE STREET BANK & TRUST COMPANY, STATE STREET GLOBAL ADVISORS, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>          Defendants. | Civil Action No. 04-11380 (WGY)<br><br>**ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>FILING FEE PAID:<br>RECEIPT # 76471<br>AMOUNT $ 50.00<br>BY DPTY CLK _____<br>DATE 2/21/06 |
| Consolidated With: | |
| BUNCH et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>          Defendants. | |
| THIS DOCUMENT RELATES TO:<br>The Evans Action | |

{00007731.DOC ; 1}

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave for Katherine B. Bornstein of the law firm of Schiffrin & Barroway, LLP to appear on behalf of Plaintiffs Keri Evans and Timothy Whipps, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Ms. Bornstein is a member in good standing of the bars of the state of Maryland since 2001, and the state of Pennsylvania since 2003, and the bar of the U.S. District Court for the Eastern District of Pennsylvania since 2005.

2. There are no disciplinary proceedings pending against Ms. Bornstein as a member of the bar in any jurisdiction.

3. Ms. Bornstein has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Bornstein has submitted herewith her Certification for Admission Pro Hac Vice as required by Local Rule 83.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for the defendants in a good faith effort to resolve or narrow the issues raised by this Motion, and that defendants' counsel indicated that defendants assent to the relief sought by this Motion.

{00007731.DOC ; 1}

Dated: February 21, 2006

Respectfully submitted,

*[signature: David Pastor]*

David Pastor (BBO #391000)
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA 02109

*Plaintiff's Counsel*

{00007731.DOC ; 1}