UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS and TIMOTHY WHIPPS, on behalf of themselves and a class of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, STATE STREET BANK & TRUST COMPANY, STATE STREET GLOBAL ADVISORS, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>     Defendants. | Civil Action No. 04-11380 (WGY) |
| Consolidated With: | |
| BUNCH et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>     Defendants. | |
| THIS DOCUMENT RELATES TO:<br>The Evans Action | |

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Katherine B. Bornstein, hereby certify that:

1. I am an associate in the law firm of Schiffrin & Barroway, LLP, 280 King of Prussia Road, Radnor, Pennsylvania, 19087. I was admitted to the bar of the state of Maryland in 2001, the state of Pennsylvania in 2003, and the bar of the U.S. District Court for the Eastern District of Pennsylvania in 2005.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: February, 10 2006

Respectfully submitted,

Katherine B. Bornstein
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, Pa 19087
Tel.: (610) 667-7706

## Certificate of Service

I hereby certify that I personally caused the foregoing Assented to Motion to Admit Joseph Meltzer Pro Hac Vice and Certification for Admission Pro Hac Vice Pursuant to Local Rule 83.5.3 and Assented to Motion to Admit Katherine Bornstein Pro Hac Vice and Certification for Admission Pro Hac Vice Pursuant to Local Rule 83.5.3 to be served via first class mail, postage prepaid, upon counsel of record on this 21st day of February, 2006.

*Rhonda D'Ambrosio*
Rhonda D'Ambrosio