IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,           )<br>                      )<br>        Plaintiff,   )<br>                      )<br> v.                   )<br>                      )<br> JOHN F. AKERS, et al. )<br>                      )<br>        Defendants.   )<br>_____) | |
| LAWRENCE W. BUNCH, et al.  )<br>                           )<br>        Plaintiffs,       )<br>                           )<br> v.                        )<br>                           )<br> W. R. GRACE & CO., et al. )<br>                           )<br>        Defendants.       )<br>_____) | Consolidated<br>Case No. 04-11380-WGY |
| **THIS DOCUMENT RELATES TO**   )<br>**THE BUNCH ACTION ONLY**       ) | |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AGAINST FIDELITY MANAGEMENT TRUST COMPANY

**IT IS HEREBY STIPULATED** by and among Counsel for the Bunch Plaintiffs and Counsel for Fidelity Management Trust Company that the *Bunch, et al. v. W. R. Grace & Co., et al.* action be and hereby is dismissed without prejudice **ONLY** against Fidelity Management Trust Company pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted this 21st day of February, 2006.

| | |
|---|---|
| LAWRENCE BUNCH, et al. | FIDELITY MANAGEMENT TRUST CO., |
| By its attorneys, | By its attorneys, |
| */s/ Jeffrey C. Block* <br> Jeffrey C. Block <br> (jblock@bermanesq.com) <br> BERMAN DEVALERIO PEASE <br> TABACCO BURT & PUCILLO <br> One Liberty Square <br> 8th Floor <br> Boston, MA 02109 <br> Telephone: (617) 542-8300 <br> Facsimile: (617) 542-1194 <br><br> -and- <br><br> James R. Cummins <br> (jcummins@wsbclaw.com) <br> Jane H. Walker <br> (janehwalker@wsbclaw.com) <br> WAITE, SCHNEIDER, BAYLESS <br> & CHESLEY CO., L.P.A. <br> 1513 Fourth & Vine Tower <br> 1 West Fourth Street <br> Cincinnati, OH 45202 <br> Telephone: (513) 621-0267 <br> Facsimile: (513) 381-2375 | */s/ John A. D. Gilmore* <br> John A. D. Gilmore <br> PIPER RUDNICK LLP <br> One International Place, 21st Floor <br> 100 Oliver Street <br> Boston, MA 02110-2600 <br> Telephone: (617) 406-6000 <br> Facsimile: (617) 406-6100 <br><br> -and- <br><br> Robert N. Eccles <br> (beccles@omm.com) <br> Gary S. Tell <br> (gtell@omm.com) <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 383-5300 <br> Facsimile: (202) 383-5414 |

IT IS SO ORDERED on this ____ day of _____, 2006.

_____
William G. Young, Chief U.S.D.J.