**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KERI EVANS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **JOHN F. AKERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | **Consolidated Under** |
| ) | **Case No. 04-11380-WGY** |
| **LAWRENCE W. BUNCH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **W. R. GRACE & CO., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**GRACE DEFENDANTS' CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

W. R. Grace & Co., W. R. Grace Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapidario (collectively, the "Grace Defendants") and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and to consider

2

the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| Grace Defendants' Authorized Representative, | Grace Defendants' Counsel, |
|---|---|
| __/s/ Dori Anne Kuchinsky_____<br>Dori Anne Kuchinsky<br>Senior Litigation Counsel<br>W. R. Grace & Co.<br>44084 Riverside Parkway, Suite 300<br>Leesburg, VA  20176 | _____/s/ Matthew C. Hurley_____<br>William W. Kannel (BBO# 546724)<br>(wkannel@mintz.com)<br>Matthew C. Hurley (BBO# 643638)<br>(MCHurley@mintz.com)<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND<br> POPEO, P.C.<br>One Financial Center<br>Boston, MA  02111<br>Telephone: (617) 542-6000<br>Facsimile: (617) 542-2241<br><br>        -and-<br><br>Carol Connor Flowe<br>Caroline Turner English<br>Gretchen Dixon<br>ARENT FOX PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395 |

DATED:  February 28, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2006, I filed the enclosed *Grace Defendants' Certificate of Compliance with Local Rule 16.1(D)(3)* through the ECF system.  It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on February 28, 2006.

      /s/ Matthew C. Hurley
      _____
      Matthew C. Hurley

LIT 1562830v.1