IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br>  Plaintiffs,<br>v.<br><br>JOHN F. AKERS, et al.<br>  Defendants<br><br>LAWRENCE W. BUNCH, et al.,<br>  Plaintiffs<br>V<br><br>W.R. GRACE & CO., et al.<br>  Defendants | Consolidated Under<br>Case No. 04-11380-WGY |

**STATE STREET BANK AND TRUST COMPANY'S
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

State Street Bank and Trust Company and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

State Street Bank and Trust Company 's Counsel

O'Connor Carnathan and Mack LLC

/s/  Sean T. Carnathan
Sean T. Carnathan (BBO# 636889)
O'Connor  Carnathan and  Mack LLC
8 New England Executive Park
Suite 310
Burlington, Massachusetts 01803
(781) 359-9000

And

Scott Flicker
Paul Hastings Janofsky & Walker LLP
875 15th Street N.W.
Washington, D.C. 20005
(202) 551-1700

State Street Bank and Trust Company's
Authorized Representative,

/s/  William J. Connolly III
William J. Connolly III
Senior Litigation Counsel
State Street Bank and Trust Company
One Lincoln Street, 2lst Floor
Boston, Massachusetts 02110
(617) 664-8287

Dated:  March 1, 2006

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 1, 2006, I filed the enclosed State Street Bank and Trust Company's Certificate of Compliance with Local Rule 16.1(D)(3) through ECF System.  It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on March 1, 2006.

        /s/  Sean T. Carnathan  
        Sean T. Carnathan (BBO# 636889)