**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Evans et al.,**<br><br>   **Plaintiffs,**<br><br> **v.**<br><br>**Akers et al.,**<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Cases Consolidated As:**<br>)   **1:04-cv-11380-WGY**<br>)<br>)<br>) |
| **Bunch et al.,**<br><br>   **Plaintiffs,**<br><br> **v.**<br><br>**W.R. Grace & Co. et al.,**<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT AND PROPOSED PRETRIAL**
**SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1**

In light of the scheduling conference scheduled for March 2, 2006 (the "scheduling conference"), and in accordance with the provisions of Local Rule 16.1(B), counsel hereby submit this Joint Statement and Proposed Pretrial Scheduling Order Pursuant to Local Rule 16.1(D).

**I.**  **SETTLEMENT (L.R. 16.1(C))**

***Evans Plaintiffs***:

The Evans Plaintiffs have notified Defendants that they do not at this time, before substantive discovery has taken place, have the information necessary to serve a precise written demand pursuant to L.R. 16.1(C). The Evans Plaintiffs will make their written demand as soon as practicable following review of relevant documentation uncovered

during discovery including, but not limited to, information relating to losses suffered by the W.R. Grace & Co. Savings and Investment Plan and its participants during the relevant time period.

***Bunch Plaintiffs***:

Counsel for the Bunch Plaintiffs and Defendant State Street have informally engaged in the exchange of some information with respect to the amount of W.R. Grace stock in accounts under State Street's custody or management during the relevant time periods.  If after receipt and review of the requested information it is determined that Defendant State Street did not purchase Grace stock in a discretionary capacity during the relevant time, then the Bunch Plaintiffs would be prepared to voluntarily dismiss Defendant State Street.  As such, the Bunch Plaintiffs have notified Defendant State Street that they do not yet have the information necessary to provide a precise written demand pursuant to L.R. 16.1(C).  As soon as practicable following receipt and review of further information, the Bunch Plaintiffs will provide a written demand pursuant to L.R. 16.1(C).

In regard to the W. R. Grace Defendants, the Bunch Plaintiffs do not have the information necessary to serve a precise written demand pursuant to L.R. 16.1(C).  After receipt and review of the requested information from Defendant State Street, the Bunch Plaintiffs will be in a position to evaluate whether W.R. Grace participated jointly or individually with Defendant State Street in any purchase of Grace stock in a discretionary capacity during the relevant period.  If after receipt and review of the requested information it is determined that Defendant W. R. Grace did not purchase any Grace stock in a discretionary capacity or otherwise direct or control such purchases by State Street during

the relevant period, then the Bunch Plaintiffs would be prepared to voluntarily dismiss Defendant W. R. Grace.

## II.    PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION

The parties propose the following briefing schedule for motions for class certification:

1.    Plaintiffs will file and serve their motions for class certification on or before May 26, 2006.

2.    Defendants will file and serve their oppositions to class certification on or before June 26, 2006.

3.    Plaintiffs will file and serve reply briefs in support of their motions for class certification on or before July 10, 2006.

## III.    DISCOVERY AND PRE-TRIAL DEADLINES

The parties agree to make automatic disclosures required by Federal Rule of Civil Procedure 26(a)(1) within two weeks of the date of this status conference, *i.e.*, by March 16, 2006. The parties further agree that class discovery and merits discovery may commence immediately after the automatic disclosures are exchanged on March 16, 2006. The parties propose the following schedule for additional discovery:

1.    Fact discovery will conclude by December 4, 2006.

2.    The parties will have until October 2, 2006, to amend their pleadings and/or join additional parties, although the parties may seek leave from the Court to do so beyond the deadline, for good cause shown.

3.    The parties will identify their experts and produce their expert report(s) on or before January 19, 2007.

4.     The parties will exchange their rebuttal expert report(s) on or before February 16, 2007.

5.     Expert discovery will conclude by April 14, 2007.

6.     Dispositive motions will be filed on or before May 14, 2007.  Oppositions to dispositive motions will be filed on or before June 11, 2007.  Replies in support of dispositive motions will be filed on or before June 25, 2007.

7.     The parties estimate that the trial of the action will require approximately four (4) weeks.  The parties suggest that a trial date in September 2007, with a final pre-trial conference date in August 2007, would be appropriate.

## IV.    MODIFICATIONS TO DISCOVERY EVENT LIMITATIONS

1.     The parties agree as follows:

Each party shall be permitted twenty-five (25) interrogatories, twenty-five (25) requests for admissions, and two (2) separate sets of requests for production.  The parties, of course, reserve their rights to seek leave from the Court for any additional necessary discovery for good cause shown.  For all other purposes, except as described below, L.R. 26.1(C) shall apply.

2.     The parties disagree as follows:

The Evans and Bunch Plaintiffs maintain that the complexity of the case requires that each party should be permitted no fewer than fifteen (15) depositions, for a total of thirty (30) depositions for Plaintiffs.  The Defendants maintain that each side should be permitted ten (10) depositions.

## V.    CONSENT TO TRIAL BY MAGISTRATE JUDGE

At this time, none of the parties is prepared to consent to trial by a Magistrate Judge.

## VI.    CONSENT TO ALTERNATIVE DISPUTE RESOLUTION

The parties are amenable to mediation upon the close of discovery.

## VII.    MODIFICATION OF THE SCHEDULE

All dates set forth herein may be modified by written agreement of the parties and

approval of the Court, or upon motion to the Court.

Dated: March 1, 2006


_____/s/  David Pastor_____

David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701


    -and-

Joseph H. Meltzer
Katherine B. Bornstein
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7057


    -and-

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W., Suite 450
Washington, D.C.  20036
Telephone: 202-797-8700

***Attorneys for Plaintiffs Keri Evans and Timothy Whipps***


_____/s/  Jeffrey Block (dp with permission)_____

Jeffrey C Block (BBO #600747)
BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO
One Liberty Square
8th Floor
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
    -and-

Stanley M. Chesley
James C. Cummins
Jane H. Walker
WAITE, SCHENEIDER, BAYLESS & CHESLEY
CO., LPA
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH  45202
Telephone: (513) 621-0267
Facsimile:  (513) 381-2375

***Attorneys for Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller***

| _/s/  William Kannel (dp with permission)_ | _/s/  Sean Carnathan (dp with permission)_ |
|---|---|
| William W. Kannel (BBO# 546724) | Sean T. Carnathan (BBO#636889) |
| Matt Hurley (BBO# 643638) | QUIGLEY, O'CONNOR AND CARNATHAN & |
| MINTZ, LEVIN, COHN, FERRIS, GLOYSKY and | MACK, LLC |
| POPEO, P.C. | 8 New England Executive Park, Suite 310 |
| One Financial Center | Burlington, MA  01803 |
| Boston, MA 02111 | Telephone:  (781) 359-9000 |
| Telephone:  (617) 542-6000 | Facsimile:  (781) 359-9001 |
| Facsimile:  (617) 542-2241 | |

-and-

Carol Connor Flowe
Caroline Turner English
Gretchen Dixon
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

*Attorneys for Defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Robert M. Tarola, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, Ren Lapadario, W.R. Grace & Co., W.R. Grace Investment and Benefits Committee, and Fred E. Festa.*

-and-

Scott M. Flicker
PAUL,  HASTINGS,  JANOFSKY  &  WALKER LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Attorneys for Defendants State Street Bank & Trust Company and State Street Global Advisors*