**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KERI EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>    Defendants.<br>_____<br><br>LAWRENCE W. BUNCH, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>    Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

## STATE STREET BANK AND TRUST COMPANY'S L.R. 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, State Street Bank and Trust Company, a publicly-held corporation, states that it has no corporate parent, and that no publicly-held company holds 10% of more of its stock.

Dated:  March 2, 2006                Respectfully submitted,

STATE STREET BANK AND TRUST COMPANY

By its counsel,

 /s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
(scarnathan@ocmlaw.net)
O'CONNOR, CARNATHAN, AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
(scottflicker@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Corporate Disclosure Statement and the documents filed in support of it through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 2, 2006.

| | |
|---|---|
| March 2, 2006 | /s/ Sean T. Carnathan |
| Date | Sean T. Carnathan |