# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS and TIMOTHY WHIPPS, on behalf of themselves and a class of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, STATE STREET BANK & TRUST COMPANY,   STATE STREET GLOBAL ADVISORS, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>      Defendants. | Civil Action No.  04-11380 (WGY)<br><br><br>**ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Consolidated With:

BUNCH et al.,

      Plaintiffs,

v.

W.R. GRACE & CO., et al.,

      Defendants.

THIS DOCUMENT RELATES TO:

The Evans Action

{00007924.DOC ; 1}

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Edward W. Ciolko of the law firm of Schiffrin & Barroway, LLP to appear on behalf of the Plaintiffs Keri Evans and Timothy Whipps, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1.    Edward Ciolko is a member of good standing of the bars of the State of New Jersey, and is admitted to practice in the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Ninth Circuit.

2.    There are no disciplinary proceedings against Mr. Ciolko as a member of the bar in any jurisdiction.

3.    Mr. Ciolko has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    Defendants assent to the relief sought by this Motion.

5.    In further support of this motion, Mr. Ciolko has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

Dated: March 9, 2006                          Respectfully submitted,

                                              /s/ David Pastor
                                              David Pastor (BBO # 391000)
                                              GILMAN AND PASTOR, LLP
                                              60 State Street, 37th Floor
                                              Boston, MA 02109
                                              Tel: 617.742.9700

                                              *Plaintiff's Counsel*

{00007924.DOC ; 1}

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 9, 2006.