UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KERI EVANS and TIMOTHY WHIPPS, on behalf of themselves and a class of all others similarly situated,<br><br>                   Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, STATE STREET BANK & TRUST COMPANY, STATE STREET GLOBAL ADVISORS, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>                   Defendants. | Civil Action No. 04-11380 (WGY) |
| Consolidated With: |  |
| BUNCH et al.,<br><br>                   Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>                   Defendants. |  |
| THIS DOCUMENT RELATES TO:<br>The Evans Action |  |

CERTIFICATION FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
**DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Edward W. Ciolko, hereby certify that:

1. I am an associate in the law firm of Schiffrin & Barroway, LLP, 280 King of Prussia Road, Radnor, Pennsylvania, 19087. I was admitted to the bar of the State of New Jersey on September 13, 2002. I was also admitted to practice in the United States District Court for the District of New Jersey on December 30, 2002, and the United States Court of Appeals for the 9th Circuit on January 17, 2006.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: February, 22 2006

Respectfully submitted,

Edward W. Ciolko
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, Pa 19087
Tel.: (610) 667-7706