UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KERI EVANS AND TIMOTHY WHIPPS Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE MAYRE ANNE FOX, JOHN J. MURPHY PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS & BENEFITS COMMITTEE ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, STATE STREET BANK & TRUST COMPANY, STATE STREET GLOBAL ADVISORS, & UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-11380-WGY |

Consolidated with:

```
LAWERENCE W. BUNCH, JERRY L.      )
HOWARD, & DAVID MUELLER           )
    Individually and on Behalf   )
    of All Others Similarly      )
    Situated,                    )
                                  )
         Plaintiffs,              )
                                  )
         v.                       )
                                  )
W. R. GRACE INVESTMENT BENEFITS  )
COMMITTEE, FRED E. FESTA,         )
PAUL J. NORRIS, ROBERT M.         )
TAROLA, JOHN F. AKERS, HENRY      )
FURLONG BALDWIN, RONALD C. CAMBRE )
MAYRE ANNE FOX, JOHN J. MURPHY,   )
THOMAS A. VANDERSLICE,            )
FIDELITY MANAGEMENT TRUST         )
COMPANY, STREET BANK & TRUST      )
COMPANY, STATE STREET GLOBAL      )
ADVISORS                          )
                                  )
         Defendants.              )
```

MEMORANDUM AND ORDER

YOUNG, D.J.                                        April 5, 2006

On March 2, 2006, the Court took under advisement for one month a motion to dismiss [Doc. No. 56] filed by State Street Global Advisors and State Street Bank & Trust Company's ("State Street") to allow the parties an opportunity to resolve the matter amongst themselves. The Court also indicated at that time that the motion to dismiss would be treated as a motion for summary judgment, see Fed. R. Civ. P. 12(b).

Having no indication that the parties resolved this matter, the Court rules that the SEC filings submitted by the Bunch plaintiffs, see Pl.'s Mem. in Opp'n to State Street's Mot. to Dismiss [Doc. No. 68], Exs. 2-6, establish a genuine issue of material fact as to whether State Street, in its capacity as investment manager for the Grace Stock Fund, breached its fiduciary duty by re-purchasing shares of W.R. Grace & Co. Stock after initiating a divestment of that same stock from the Grace Stock Fund, see Class Action Compl. For Breach of Fiduciary Duty (Bunch) ¶¶ 14, 16.

Accordingly, State Street's Motion to Dismiss [Doc. No. 56], treated as a motion for summary judgment, is hereby DENIED.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE