UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Evans et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**Akers et al.,** )<br>)<br>**Defendants.** )<br>)<br>**Bunch et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**W.R. Grace & Co. et al.,** )<br>)<br>**Defendants.** ) | **Cases Consolidated As:**<br>**1:04-cv-11380-WGY** |

**REVISED JOINT STATEMENT AND PROPOSED PRETRIAL
SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1**

In accordance with the provisions of Local Rule 16.1(B) and the Court's Order of March 2, 2006, counsel hereby submit this Joint Statement and Proposed Pretrial Scheduling Order Pursuant to Local Rule 16.1(D).

**I.      SETTLEMENT (L.R. 16.1(C))**

*Evans Plaintiffs*:

The Evans Plaintiffs have notified Defendants that they do not at this time, before substantive discovery has taken place, have the information necessary to serve a precise written demand pursuant to L.R. 16.1(C). The Evans Plaintiffs will make their written demand as soon as practicable following review of relevant documentation uncovered during discovery including, but not limited to, information relating to losses suffered by the

{00008201.DOC ; 1}

W.R. Grace & Co. Savings and Investment Plan and its participants during the relevant time period.

***Bunch Plaintiffs***:

Counsel for the Bunch Plaintiffs and Defendant State Street have informally exchanged information with respect to accounts with Grace Stock holdings under which State Street exercised discretionary authority during the relevant time period. If State Street did not exercise discretionary authority during the relevant period, the Bunch Plaintiffs would be prepared to voluntarily dismiss Defendant State Street. As such, the Bunch Plaintiffs have notified Defendant State Street that they still cannot ascertain the central issue of discretionary authority based on information received since the Court appearance on March 2, 2006. As such, the Bunch Plaintiffs are not able to provide a written demand pursuant to L.R. 16.1(C).

In regard to the W. R. Grace Defendants, the Bunch Plaintiffs do not have the information necessary to serve a precise written demand pursuant to L.R. 16.1(C). After receipt and review of the requested information from Defendant State Street, the Bunch Plaintiffs will be in a position to evaluate whether W.R. Grace participated jointly or individually with Defendant State Street in any purchase of Grace stock in a discretionary capacity during the relevant period. If after receipt and review of the requested information it is determined that Defendant W. R. Grace did not purchase any Grace stock in a discretionary capacity or otherwise direct or control such purchases by State Street during the relevant period, then the Bunch Plaintiffs would be prepared to voluntarily dismiss Defendant W. R. Grace.

## II. PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION

The parties propose the following briefing schedule for motions for class certification:

1. Plaintiffs will file and serve their motions for class certification on or before May 15, 2006.

2. Defendants will file and serve their oppositions to class certification on or before June 14, 2006.

3. Plaintiffs will file and serve reply briefs in support of their motions for class certification on or before June 26, 2006.

## III. DISCOVERY AND PRE-TRIAL DEADLINES

The parties have already made the automatic disclosures required by Federal Rule of Civil Procedure 26(a)(1). The parties propose the following schedule for additional discovery:

1. Fact discovery will commence immediately and conclude by October 20, 2006.

2. The parties will have until August 21, 2006, to amend their pleadings and/or join additional parties, although the parties may seek leave from the Court to do so beyond the deadline, for good cause shown.

3. The parties will identify their experts and produce their expert report(s) on or before October 6, 2006. However, if any facts are uncovered after the date initial reports are due (October 6, 2006), each party expressly reserves the right to amend its initial report based on the newly discovered facts.

4. The parties will exchange their rebuttal expert report(s) on or before October 27, 2006.

5.  Expert discovery will conclude by November 17, 2006.

6.  Dispositive motions will be filed on or before December 18, 2006. Oppositions to dispositive motions will be filed on or before January 17, 2007. Replies in support of dispositive motions will be filed on or before January 31, 2007.

7.  As per the Court's Order, trial is scheduled for April 2, 2007, and the parties request that the Court schedule the final pre-trial conference for March 19, 2007.

## IV. CONSENT TO TRIAL BY MAGISTRATE JUDGE

At this time, none of the parties is prepared to consent to trial by a Magistrate Judge.

## V. CONSENT TO ALTERNATIVE DISPUTE RESOLUTION

The parties are amenable to mediation upon the close of discovery.

## VI. MODIFICATION OF THE SCHEDULE

All dates set forth herein, except those mandated by the Court, may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court.

Dated: April 13, 2006

| | |
|---|---|
| /s/ David Pastor | /s/ Jeffrey C. Block (dp with permission) |
| David Pastor (BBO # 391000) | Jeffrey C Block |
| GILMAN AND PASTOR, LLP | BERMAN DeVALERIO PEASE TABACCO |
| 60 State Street, 37th Floor | BURT & PUCILLO |
| Boston, MA 02109 | One Liberty Square |
| Telephone: (617) 742-9700 | 8th Floor |
| Facsimile: (617) 742-9701 | Boston, MA 02109 |
| | Telephone: (617) 542-8300 |
| -and- | Facsimile: (617) 542-1194 |
| | -and- |
| Joseph H. Meltzer | |
| Katherine B. Bornstein | Stanley M. Chesley |
| SCHIFFRIN & BARROWAY LLP | James C. Cummins |
| 280 King of Prussia Road | Jane H. Walker |
| Radnor, PA 19087 | WAITE, SCHENEIDER, BAYLESS & CHESLEY |
| Telephone: (610) 667-7706 | CO., LPA |
| Facsimile: (610) 667-7057 | 1513 Fourth & Vine Tower |

<div style="display: flex;">
<div>

-and-

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W., Suite 450
Washington, D.C. 20036
Telephone: 202-797-8700

*Attorneys for Plaintiffs Keri Evans and Timothy Whipps*

_____/s/  William W. Kannel (dp with permission)
William W. Kannel (BBO# 546724)
Matt Hurley (BBO# 643638)
MINTZ, LEVIN, COHN, FERRIS, GLOYSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

-and-

Carol Connor Flowe
Caroline Turner English
Gretchen Dixon
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

*Attorneys for Defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Robert M. Tarola, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, Ren Lapadario, W.R. Grace & Co., W.R. Grace Investment and Benefits Committee, and Fred E. Festa.*

</div>
<div>

1 West Fourth Street
Cincinnati, OH  45202
Telephone: (513) 621-0267
Facsimile:  (513) 381-2375

*Attorneys for Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller*

_____/s/  Sean T. Carnathan (dp with permission)
Sean T. Carnathan (BBO #636889)
O'CONNOR, CARNATHAN, AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
*Attorneys for Defendants State Street Bank & Trust Company and State Street Global Advisors*

</div>
</div>

<u>Certificate of Service</u>

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2006.

Case 1:04-cv-11380-WGY    Document 84    Filed 04/13/2006    Page 6 of 6