# EXHIBIT 1

# WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

ATTORNEYS & COUNSELLORS AT LAW
1513 FOURTH & VINE TOWER
ONE WEST FOURTH STREET
CINCINNATI, OHIO 45202
TELEPHONE (513) 621-0267

JANE H. WALKER

FAX (513) 381-2375
FAX (513) 621-0262

April 10, 2006

**FACSIMILE & REGULAR MAIL**

Scott M. Flicker, Esq.
PAUL HASTINGS JANOFSKY
& WALKER, LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005

RE:  Evans v. John F. Akers, et al.

Dear Scott:

We have now completed our review of the information contained in Exhibit 1 and Exhibit 2 attached in support of your Supplemental Submission in Support of State Street Bank and Trust Company's Motion for Judgment in the Bunch Action.

As you know, it has been our position that we have been unable to determine whether State Street exercised any discretionary authority relative to the Grace Stock funds under its management. As such, we requested detailed information with respect to this issue. Based on the information contained in Exhibit 1 and 2, in particular, the fact that the names have been partially redacted, we are unable to review the prospectus language in order to ascertain whether any discretionary authority was reserved. As such, we would ask that we immediately be provided with the complete names of the investment accounts and the complete investment guidelines as evidently reviewed by the affiant and referred to in her affidavit.

Should you have any questions, please do not hesitate to call.

Very truly yours,

WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.

Jane H. Walker

JHW/lah