IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>        Defendants. | |
| LAWRENCE W. BUNCH, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>        Defendants. | Consolidated<br>Case No. 04-11380-WGY |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2006, I filed Plaintiff Bunch's Reply to Supplemental Submission in Support of State Street Bank and Trust Company's Motion for Judgment in the Bunch Action through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on April 13, 2006.

        Respectfully submitted,

        BERMAN DEVALERIO PEASE TABACCO
        BURT & PUCILLO

        */s/ Jeffrey C. Block*
        Jeffrey C. Block
        One Liberty Square
        Boston, Massachusetts 02109
        Telephone: (617) 542-8300
        Facsimile: (617) 542-1194
        Email: jblock@bermanesq.com

        WAITE, SCHNEIDER, BAYLESS
         & CHESLEY CO., L.P.A.

        */s/ James R. Cummins*
        James R. Cummins
        Jane H. Walker
        1513 Fourth & Vine Tower
        One West Fourth Street
        Cincinnati, Ohio 45202
        Telephone: (513) 621-0267
        Facsimile: (513) 381-2375
        E-mail jcummins@wsbclaw.com
        E-mail: janehwalker@wsbclaw.com

        *Counsel for Lawrence W. Bunch, Jerry L. Howard,*
        *Sr. and David Mueller, Both Individually and*
        *Behalf of All Others Similarly Situated*

Dated: April 13, 2006

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

/s/ *Jeffrey C. Block*

Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com


WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.

/s/ *James R. Cummins*

James R. Cummins
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

Dated: April 13, 2006