# EXHIBIT A

```
<DOCUMENT>
<TYPE>13F-HR
<SEQUENCE>1
<FILENAME>d13fhr.txt
<DESCRIPTION>FORM 13F
<TEXT>
<PAGE>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Form 13F

Form 13F Cover Page

Report for Calendar Year or Quarter Ended: December 31, 2003

Check here if amendment   [ ]   Amendment Number [ ]

Institutional Investment Manager filing this report:

Name:        State Street Corporation
Address:     225 Franklin Street
             Boston, Massachusetts 02110

Form 13F File Number:      28-399

The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
to submit it, that all information contained herein is true, correct and
complete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:        Fred P. Baughman
Title        Senior Vice President, Controller, and Chief Accounting Officer
Telephone:   617-786-3000

Signature, Place, and Date of Signing:

/s/ Frederick P. Baughman         Boston, Massachusetts            February 2, 2004
-------------------------         ---------------------            ----------------
     [Signature]                     [City, State]                     [Date]

Report Type (Check only one):

[_]  13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
     are reported in this report.)

[_]  13F NOTICE. (Check here if no holdings reported are in this report and all
     holdings are reported by other reporting manager(s).)

[X]  13F COMBINATION REPORT. (Check here if a portion of the holdings for this
     reporting manager are reported in this report and a portion are reported by
     other reporting manager(s).)

List of Other Managers Reporting for this Manager:

(if there are no entries in this list, omit this section.)

```
----------------------------------------------------
    13F File Number           Name
----------------------------------------------------
      28-5798              Roy A. Hammer
----------------------------------------------------
```

<PAGE>

Form 13F SUMMARY PAGE

Report Summary:

Number of Other Included Managers:        13
Form 13F Information Table Entry Total:   3,388
Form 13F Information Table Value Total:   408,489,862
                                          (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other that the manager filing this report. [If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

| No. | Form 13F File Number | Name |
|---|---|---|
| 1 | 28-1932 | Frederick Ballou |
| 2 | 28-3602 | Francis L. Coolidge |
| 3 | 28-2710 | F. Davis Dossori, Jr. |
| 4 | 28-3488 | Nicholas A. Grace |
| 5 | 28-5798 | Roy A. Hammer |
| 6 | 28-6740 | Edward J. Joyce |
| 7 | 28-5796 | George H. Kidder |
| 8 | 28-1487 | Peter B. Loring |
| 9 | 28-4282 | Dean Ridlon |
| 10 | 28-6281 | Michael B. Elefante |
| 11 | 28-5362 | John Cornish |
| 12 | 28-6476 | William A. Lowell |
| 13 | 28-4918 | Thomas H. P. Whitney |

```
<S>                         <C>         <C>        <C>         <C> <C> <C>         <C>
GIANT INDS INC              COM         37450810        222     18,496 SH       18,496
GIBRALTAR STL CORP          COM         37476F10      3,767    149,673 SH      149,673
GILEAD SCIENCES INC         COM         37555810    194,657  3,340,032 SH    3,263,493       60,364
GILLETTE CO                 COM         37576610  1,134,360 30,883,741 SH   29,830,740      810,942
GLACIER BANCORP INC         COM         37637Q10      9,701    298,760 SH      298,760
GLADSTONE CAPITAL CO        COM         37653510      2,986    133,590 SH      133,590
GLAMIS GOLD LTD             COM         37677510      2,810    164,107 SH      164,107
GLATFELTER                  COM         37731610      8,022    644,329 SH      643,409          920
GLAXOSMITHKLINE PLC         SPONSORED   37733W10    900,562 19,317,079 SH   19,195,079      122,000
GLENBOROUGH RLTY TR         COM         37803P10      9,090    455,650 SH      455,650
GLIMCHER RLTY TR            SH BEN INT  37930210     16,042    716,812 SH      716,812
GLOBAL IMAGING SYSTE        COM         37934A10      9,168    288,745 SH      287,945          800
GLOBAL INDS LTD             COM         37933610      6,542  1,275,170 SH    1,275,170
GLOBAL PMTS INC             COM         37940X10     19,154    406,499 SH      404,792          760
GLOBAL POWER EQUIPME        COM         37941P10      3,100    464,111 SH      458,411        5,700
GLOBALSANTAFE CORP          SHS         G3930E10     15,459    622,609 SH      621,435        1,095
GLOBESPANVIRATA INC         COM         37957V10     11,916  2,036,937 SH    2,031,707        5,230
GOLD BANC CORP INC          COM         37990710      8,694    618,381 SH      615,081        3,300
GOLDCORP INC NEW            COM         38095640        478     29,993 SH       29,993
GOLDEN TELECOM INC          COM         38122G10      5,637    202,419 SH      202,419
GOLDEN WEST FINL COR        COM         38131710    390,811  3,787,295 SH    3,778,259        8,936
GOLDMAN SACHS GROUP         COM         38141G10  1,131,619 11,461,752 SH   10,910,139      500,571
GOODRICH CORP               COM         38238810    104,254  3,511,413 SH    3,498,445       12,408
GOODYEAR TIRE & RUBR        COM         38255010     41,382  5,264,866 SH    5,247,996       16,870
GOODYS FAMILY CLOTHI        COM         38258810      2,986    319,005 SH      319,005
GORMAN RUPP CO              COM         38308210      5,053    191,404 SH      191,404
GRACE W R & CO DEL N        COM         38388F10      2,630  1,023,243 SH    1,010,244       12,799
GRACO INC                   COM         38410910     29,250    729,414 SH      724,512        4,292
GRAFTECH INTL LTD           COM         38431310     18,687  1,384,186 SH    1,383,886          300
GRAINGER W W INC            COM         38480210    109,477  2,310,138 SH    2,296,832       11,481
GRANITE CONSTR INC          COM         38732810     16,710    711,361 SH      711,361
GRANT PRIDECO INC           COM         38821G10     19,546  1,501,195 SH    1,498,375        2,720
GRAY TELEVISION INC         COM         38937510      9,786    647,252 SH      637,752        9,500
GRAY TELEVISION INC         CL A        38937520        361     23,783 SH       23,783
GREAT AMERN FINL RES        COM         38991510      2,319    142,950 SH      142,950
GREAT ATLANTIC & PAC        COM         39006410      3,779    449,824 SH      444,424        5,400
GREAT LAKES CHEM COR        COM         39056810     43,054  1,583,461 SH    1,582,391        1,070
GREAT LAKES REIT INC        COM         39075210      4,937    314,430 SH      314,430
GREAT NORTHN IRON OR        CTFS BEN I  39106410      1,234     13,300 SH       13,300
GREAT PLAINS ENERGY         COM         39116410     32,707  1,027,886 SH    1,025,286        1,700
GREAT SOUTHN BANCORP        COM         39090510      4,218     90,966 SH       90,966
GREATER BAY BANCORP         COM         39164810     33,241  1,167,182 SH    1,163,998          439
GREATER COMMUNITY BA        COM         39167M10      1,103     65,288 SH       65,288
GREEN MOUNTAIN PWR C        COM         39315410        799     33,863 SH       33,583
GREEN MTN COFFEE ROA        COM         39312210      2,462    107,400 SH      107,400
GREENBRIER COS INC          COM         39365710      1,680    100,324 SH      100,324
GREENE CNTY BANCSHAR        COM NEW     39436120      2,076     89,170 SH       89,170
GREENPOINT FINL CORP        COM         39538410     94,779  2,683,426 SH    2,672,136       10,840
GREIF INC                   CL A        39762410      7,907    222,669 SH      222,569          100
GREY GLOBAL GROUP IN        COM         39787M10     11,664     17,076 SH       17,076
GREY WOLF INC               COM         39788810     11,876  3,175,413 SH    3,175,413
Page Total                                                  4,504,752
</TABLE>
```

<PAGE>

<TABLE>

```
<DOCUMENT>
<TYPE>13F-HR
<SEQUENCE>1
<FILENAME>d13fhr.txt
<DESCRIPTION>FORM 13F-HR DATED 3/31/2004
<TEXT>
<PAGE>
```

                    UNITED STATES
              SECURITIES AND EXCHANGE COMMISSION
                   Washington D.C. 20549

                         Form 13F

                    Form 13F Cover Page

Report for Calendar Year or Quarter Ended: March 31, 2004

Check here if amendment [ ]   Amendment Number [ ]

Institutional Investment Manager filing this report:

Name:        State Street Corporation
Address:     225 Franklin Street
             Boston, Massachusetts 02110

Form 13F File Number:   28-399

The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
 o submit it, that all information contained herein is true, correct and
 omplete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:       David I. Porter
Title       Senior Vice President
Telephone:  617-786-3000

Signature, Place, and Date of Signing:

    /s/ David I. Porter          Boston, Massachusetts         May 13, 2004
    -----------------------      ---------------------         ------------
          [Signature]                 [City, State]               [Date]

Report Type (Check only one):

[X]  13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
     are reported in this report.)

[_]  13F NOTICE. (Check here if no holdings reported are in this report and all
     holdings are reported by other reporting manager(s).)

[_]  13F COMBINATION REPORT. (Check here if a portion of the holdings for this
     reporting manager are reported in this report and a portion are reported by
     other reporting manager(s).)

`<PAGE>`

                      Form 13F SUMMARY PAGE

Report Summary:

Number of Other Included Managers:      None
Form 13F Information Table Entry Total: 3,397
Form 13F Information Table Value Total: 406,476,259
                                        (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other that the manager filing this report. [If there are no entries in this
list, state "NONE" and omit the column headings and list entries.]

NONE

<PAGE>

<TABLE>
<CAPTION>
                                       State Street Corporation (STT)
                                         SEC13F Report - March 2004

                                                                              INVESTMEN
                    TITLE OF                  VALUE        SHRS OR   SH/ PUT/  DISCRETIO
NAME OF ISSUER       CLASS       CUSIP       (x$1000)      PRN AMT   PRN CALL   SHARED    O

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x$1000) | SHRS OR PRN AMT | SH/PRN | PUT/CALL | INVESTMEN DISCRETIO SHARED |
|---|---|---|---|---|---|---|---|
| 800 FLOWERS COM | CL A | 68243Q10 | 3,327 | 348,355 | SH | | 348,355 |
| 1-800 CONTACTS INC | COM | 68197710 | 1,715 | 97,374 | SH | | 97,374 |
| 1ST SOURCE CORP | COM | 33690110 | 6,374 | 257,524 | SH | | 257,524 |
| 21ST CENTY INS GROUP | COM | 90130N10 | 7,373 | 512,044 | SH | | 512,044 |
| 24/7 REAL MEDIA INC | COM NEW | 90131420 | 441 | 60,836 | SH | | 60,836 |
| 3COM CORP | COM | 88553510 | 39,469 | 5,590,447 | SH | | 5,589,647 |
| 3M CO | COM | 88579Y10 | 4,949,699 | 60,458,034 | SH | | 60,455,434 |
| 4 KIDS ENTMT INC | COM | 35086510 | 4,860 | 217,262 | SH | | 217,262 |
| 7-ELEVEN INC | COM NEW | 81782620 | 7,691 | 507,012 | SH | | 507,012 |
| 99 CENTS ONLY STORES | COM | 65440K10 | 20,679 | 846,804 | SH | | 846,684 |
| A C MOORE ARTS & CRA | COM | 00086T10 | 5,910 | 219,687 | SH | | 219,687 |
| A D C TELECOMMUNICAT | COM | 00088610 | 61,339 | 21,151,251 | SH | | 21,151,251 |
| A S V INC | COM | 00196310 | 4,282 | 140,892 | SH | | 140,892 |
| AAIPHARMA INC | COM | 00252W10 | 3,559 | 536,737 | SH | | 536,737 |
| AAON INC | COM PAR $0 | 00036020 | 3,132 | 154,446 | SH | | 154,446 |
| AAR CORP | COM | 00036110 | 7,331 | 596,988 | SH | | 596,988 |
| AARON RENTS INC | COM | 00253520 | 10,350 | 415,849 | SH | | 415,849 |
| ABAXIS INC | COM | 00256710 | 353 | 17,356 | SH | | 17,356 |
| ABB LTD | SPONSORED | 00037520 | 336 | 56,253 | SH | | 56,253 |
| ABBOTT LABS | COM | 00282410 | 1,708,415 | 41,567,281 | SH | | 41,565,781 |
| ABC BANCORP | COM | 00040010 | 3,283 | 173,062 | SH | | 173,062 |
| ABERCROMBIE & FITCH | CL A | 00289620 | 53,689 | 1,586,556 | SH | | 1,586,356 |
| ABGENIX INC | COM | 00339B10 | 20,144 | 1,512,344 | SH | | 1,512,344 |
| ABITIBI-CONSOLIDATED | COM | 00392410 | 310 | 43,717 | SH | | 43,717 |
| ABLE LABORATORIES IN | COM NEW | 00371N40 | 4,980 | 255,801 | SH | | 255,801 |
| ABM INDS INC | COM | 00095710 | 11,322 | 630,775 | SH | | 630,775 |
| ABN AMRO HLDG NV | SPONSORED | 00093710 | 1,754 | 78,177 | SH | | 78,177 |
| CADIA RLTY TR | COM SH BEN | 00423910 | 3,901 | 276,462 | SH | | 276,462 |
| ACCENTURE LTD BERMUD | CL A | G1150G11 | 13,330 | 537,504 | SH | | 537,504 |
| ACCREDITED HOME LEND | COM | 00437P10 | 6,745 | 171,205 | SH | | 171,205 |
| ACCREDO HEALTH INC | COM | 00437V10 | 34,235 | 898,568 | SH | | 898,568 |

```
GLOBALSANTAFE CORP       SHS          G3930E10       16,552       596,026 SH         596,026
GOLD BANC CORP INC       COM          37990710       10,142       622,189 SH         622,189
 OLDCORP INC NEW         COM          38095640          444        29,993 SH          29,993
GOLDEN TELECOM INC       COM          38122G10        7,253       213,137 SH         213,137
GOLDEN WEST FINL COR     COM          38131710      426,994     3,814,145 SH       3,814,145
GOLDMAN SACHS GROUP      COM          38141G10    1,178,272    11,291,534 SH      11,289,194
GOODRICH CORP            COM          38238810       93,565     3,333,291 SH       3,333,191
GOODYEAR TIRE & RUBR     COM          38255010       43,671     5,113,702 SH       5,113,702
GOODYS FAMILY CLOTHI     COM          38258810        5,147       360,656 SH         360,656
GORMAN RUPP CO           COM          38308210        4,965       191,695 SH         191,695
GOVERNMENT PPTYS TR      COM          38374W10          296        22,500 SH          22,500
GRACE W R & CO DEL N     COM          38388F10       28,318     9,076,248 SH       9,076,248
GRACO INC                COM          38410910       31,593     1,085,294 SH       1,084,529
GRAFTECH INTL LTD        COM          38431310       21,926     1,466,601 SH       1,466,601
GRAINGER W W INC         COM          38480210      111,277     2,318,275 SH       2,318,275
GRANITE CONSTR INC       COM          38732810       17,175       722,550 SH         722,550
GRANT PRIDECO INC        COM          38821G10       27,315     1,762,247 SH       1,762,247
GRAY TELEVISION INC      COM          38937510        9,604       656,877 SH         656,877
GRAY TELEVISION INC      CL A         38937520          300        21,183 SH          21,183
GREAT AMERN FINL RES     COM          38991510        2,408       152,809 SH         152,809
GREAT ATLANTIC & PAC     COM          39006410        2,400       310,048 SH         310,048
GREAT LAKES CHEM COR     COM          39056810       35,664     1,495,351 SH       1,495,351
GREAT LAKES REIT INC     COM          39075210        5,125       331,091 SH         331,091
GREAT NORTHN IRON OR     CTFS BEN I   39106410        1,213        13,300 SH          13,300
GREAT PLAINS ENERGY      COM          39116410       35,315     1,045,142 SH       1,044,842
GREAT SOUTHN BANCORP     COM          39090510        4,430        90,170 SH          90,170
GREATER BAY BANCORP      COM          39164810       35,069     1,198,953 SH       1,196,808
Page Total                                        4,816,454
</TABLE>
```

Page 26 of 65

<PAGE>

<TABLE>
<CAPTION>

State Street Corporation (STT)
SEC13F Report - March 2004

```
                                                                               INVESTMEN
                       TITLE OF                  VALUE      SHRS OR    SH/ PUT/   DISCRETIO
NAME OF ISSUER         CLASS        CUSIP       (x$1000)    PRN AMT    PRN CALL   SHARED      O
---------------------  -----------  ---------   ---------   ---------- --- ----   ---------- -
<S>                    <C>          <C>         <C>         <C>        <C> <C>    <C>         <
GREATER COMMUNITY BA   COM          39167M10        1,087       67,529 SH            67,529
GREEN MOUNTAIN PWR C   COM          39315410          869       33,583 SH            33,583
GREEN MTN COFFEE ROA   COM          39312210        1,089       54,049 SH            54,049
GREENBRIER COS INC     COM          39365710        1,822      107,886 SH           107,886
GREENE CNTY BANCSHAR   COM NEW      39436120        1,938       86,395 SH            86,395
GREENPOINT FINL CORP   COM          39538410      117,989    2,699,355 SH         2,698,905
GREIF INC              CL A         39762410        7,626      218,254 SH           218,254
GREY GLOBAL GROUP IN   COM          39787M10       11,364       16,504 SH            16,504
GREY WOLF INC          COM          39788810       12,780    3,086,905 SH         3,086,905
GRIFFON CORP           COM          39843310        9,271      429,194 SH           429,194
GROUP 1 AUTOMOTIVE I   COM          39890510       10,614      293,215 SH           293,215
GROUP 1 SOFTWARE INC   COM          39943Y10        2,623      160,352 SH           160,352
 ROUPE DANONE          SPONSORED    39944910          981       29,748 SH            29,748
GRUPO TELEVISA SA DE   SP ADR REP   40049J20        7,614      160,843 SH           160,843
GSI COMMERCE INC       COM          36238G10        2,325      229,097 SH           229,097
GTC BIOTHERAPEUTICS    COM          36238T10          992      450,902 SH           450,902
```