# EXHIBIT B

```
<DOCUMENT>
<TYPE>13F-HR/A
<   UENCE>1
<r__ENAME>d13fhra.txt
<DESCRIPTION>AMENDMENT NO.1 TO FORM 13F
<TEXT>
<PAGE>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Form 13F

Form 13F Cover Page

Report for Calendar Year or Quarter Ended: March 31, 2004

Check here if amendment [X]   Amendment Number 1

Institutional Investment Manager filing this report:

Name:       State Street Corporation
Address:    225 Franklin Street
            Boston, Massachusetts 02110

Form 13F File Number:   28-399

The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
t   ubmit it, that all information contained herein is true, correct and
cu...plete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:       James J. Malerba
Title       Senior Vice President and Deputy Controller
Telephone:  617-664-8697

Signature, Place, and Date of Signing:

    /s/James J. Malerba            Boston, Massachusetts         October 19, 2005
    ------------------------       ----------------------        ----------------
        [Signature]                    [City, State]                  [Date]

Report Type (Check only one):

[X]  13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
     are reported in this report.)

[_]  13F NOTICE. (Check here if no holdings reported are in this report and all
     holdings are reported by other reporting manager(s).)

[_]  13F COMBINATION REPORT. (Check here if a portion of the holdings for this
     reporting manager are reported in this report and a portion are reported by
     other reporting manager(s).)

<PAGE>

Form 13F SUMMARY PAGE

Report Summary:

```
Number of Other Included Managers:        None
Form 13F Information Table Entry Total:   3,397
Form 13F Information Table Value Total:   406,473,430
                                          (thousands)
```

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other that the manager filing this report. [If there are no entries in this
list, state "NONE" and omit the column headings and list entries.]

NONE

&lt;PAGE&gt;

&lt;TABLE&gt;
&lt;CAPTION&gt;

State Street Corporation (STT)
SEC13F Report - March 2004

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x$1000) | SHRS OR PRN AMT | SH/ PRN | PUT/ CALL | INVESTMENT DISCRETION SHARED | OTHER |
|---|---|---|---|---|---|---|---|---|
| &lt;S&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; |
| 1 0 FLOWERS COM | CL A | 68243Q10 | 3,327 | 348,355 | SH | | 348,355 | |
| 1-800 CONTACTS INC | COM | 68197710 | 1,715 | 97,374 | SH | | 97,374 | |
| 1ST SOURCE CORP | COM | 33690110 | 6,374 | 257,524 | SH | | 257,524 | |
| 21ST CENTY INS GROUP | COM | 90130N10 | 7,373 | 512,044 | SH | | 512,044 | |
| 24/7 REAL MEDIA INC | COM NEW | 90131420 | 441 | 60,836 | SH | | 60,836 | |
| 3COM CORP | COM | 88553510 | 39,469 | 5,590,447 | SH | | 5,589,647 | 800 |
| 3M CO | COM | 88579Y10 | 4,949,699 | 60,458,034 | SH | | 60,455,434 | 2,600 |
| 4 KIDS ENTMT INC | COM | 35086510 | 4,860 | 217,262 | SH | | 217,262 | |
| 7-ELEVEN INC | COM NEW | 81782620 | 7,691 | 507,012 | SH | | 507,012 | |
| 99 CENTS ONLY STORES | COM | 65440K10 | 20,679 | 846,804 | SH | | 846,684 | 120 |
| A C MOORE ARTS & CRA | COM | 00086T10 | 5,910 | 219,687 | SH | | 219,687 | |
| A D C TELECOMMUNICAT | COM | 00088610 | 61,339 | 21,151,251 | SH | | 21,151,251 | |
| A S V INC | COM | 00196310 | 4,282 | 140,892 | SH | | 140,892 | |
| AAIPHARMA INC | COM | 00252W10 | 3,559 | 536,737 | SH | | 536,737 | |
| AAON INC | COM PAR $0 | 00036020 | 3,132 | 154,446 | SH | | 154,446 | |
| AAR CORP | COM | 00036110 | 7,331 | 596,988 | SH | | 596,988 | |
| AARON RENTS INC | COM | 00253520 | 10,350 | 415,849 | SH | | 415,849 | |
| ABAXIS INC | COM | 00256710 | 353 | 17,356 | SH | | 17,356 | |
| ABB LTD | SPONSORED | 00037520 | 336 | 56,253 | SH | | 56,253 | |
| ABBOTT LABS | COM | 00282410 | 1,708,415 | 41,567,281 | SH | | 41,565,781 | 1,500 |
| ABC BANCORP | COM | 00040010 | 3,283 | 173,062 | SH | | 173,062 | |
| ABERCROMBIE & FITCH | CL A | 00289620 | 53,689 | 1,586,556 | SH | | 1,586,356 | 200 |
| ABGENIX INC | COM | 00339B10 | 20,144 | 1,512,344 | SH | | 1,512,344 | |
| ABITIBI-CONSOLIDATED | COM | 00392410 | 310 | 43,717 | SH | | 43,717 | |
| ABLE LABORATORIES IN | COM NEW | 00371N40 | 4,980 | 255,801 | SH | | 255,801 | |
| ABM INDS INC | COM | 00095710 | 11,322 | 630,775 | SH | | 630,775 | |
| ABN AMRO HLDG NV | SPONSORED | 00093710 | 1,754 | 78,177 | SH | | 78,177 | |
| ACADIA RLTY TR | COM SH BEN | 00423910 | 3,901 | 276,462 | SH | | 276,462 | |
| ACCENTURE LTD BERMUD | CL A | G1150G11 | 13,330 | 537,504 | SH | | 537,504 | |
| ACCREDITED HOME LEND | COM | 00437P10 | 6,745 | 171,205 | SH | | 171,205 | |
| ACCREDO HEALTH INC | COM | 00437V10 | 34,235 | 898,568 | SH | | 898,568 | |

```
GLOBALSANTAFE CORP     SHS           G3930E10     16,552      596,026 SH       596,026
GOLD BANC CORP INC     COM           37990710     10,142      622,189 SH       622,189
G    CORP INC NEW      COM           38095640        444       29,993 SH        29,993
GOLDEN TELECOM INC     COM           38122G10      7,253      213,137 SH       213,137
GOLDEN WEST FINL COR   COM           38131710    426,994    3,814,145 SH     3,814,145
GOLDMAN SACHS GROUP    COM           38141G10  1,178,272   11,291,534 SH    11,289,194    2,340
GOODRICH CORP          COM           38238810     93,565    3,333,291 SH     3,333,191      100
GOODYEAR TIRE & RUBR   COM           38255010     43,671    5,113,702 SH     5,113,702
GOODYS FAMILY CLOTHI   COM           38258810      5,147      360,656 SH       360,656
GORMAN RUPP CO         COM           38308210      4,965      191,695 SH       191,695
GOVERNMENT PPTYS TR    COM           38374W10        296       22,500 SH        22,500
GRACE W R & CO DEL N   COM           38388F10     25,489    8,169,648 SH     8,169,648
GRACO INC              COM           38410910     31,593    1,085,294 SH     1,084,529      765
GRAFTECH INTL LTD      COM           38431310     21,926    1,466,601 SH     1,466,601
GRAINGER W W INC       COM           38480210    111,277    2,318,275 SH     2,318,275
GRANITE CONSTR INC     COM           38732810     17,175      722,550 SH       722,550
GRANT PRIDECO INC      COM           38821G10     27,315    1,762,247 SH     1,762,247
GRAY TELEVISION INC    COM           38937510      9,604      656,877 SH       656,877
GRAY TELEVISION INC    CL A          38937520        300       21,183 SH        21,183
GREAT AMERN FINL RES   COM           38991510      2,408      152,809 SH       152,809
GREAT ATLANTIC & PAC   COM           39006410      2,400      310,048 SH       310,048
GREAT LAKES CHEM COR   COM           39056810     35,664    1,495,351 SH     1,495,351
GREAT LAKES REIT INC   COM           39075210      5,125      331,091 SH       331,091
GREAT NORTHN IRON OR   CTFS BEN I    39106410      1,213       13,300 SH        13,300
GREAT PLAINS ENERGY    COM           39116410     35,315    1,045,142 SH     1,044,842      300
GREAT SOUTHN BANCORP   COM           39090510      4,430       90,170 SH        90,170
GREATER BAY BANCORP    COM           39164810     35,069    1,198,953 SH     1,196,808    2,145
Page Total                                      4,813,625
</TABLE>
```

Page 26 of 65

<PAGE>

<TABLE>
<CAPTION>

State Street Corporation (STT)
SEC13F Report - March 2004
------------------------------------------------------------------------------------

```
                                                                               INVESTMENT
                       TITLE OF                  VALUE      SHRS OR    SH/ PUT/   DISCRETION
NAME OF ISSUER         CLASS         CUSIP      (x$1000)    PRN AMT    PRN CALL  SHARED        OTHER
--------------         --------      --------   --------    --------   --- ----  ----------    ------
<S>                    <C>           <C>        <C>         <C>        <C> <C>   <C>           <C>
GREATER COMMUNITY BA   COM           39167M10      1,087       67,529 SH        67,529
GREEN MOUNTAIN PWR C   COM           39315410        869       33,583 SH        33,583
GREEN MTN COFFEE ROA   COM           39312210      1,089       54,049 SH        54,049
GREENBRIER COS INC     COM           39365710      1,822      107,886 SH       107,886
GREENE CNTY BANCSHAR   COM NEW       39436120      1,938       86,395 SH        86,395
GREENPOINT FINL CORP   COM           39538410    117,989    2,699,355 SH     2,698,905         450
GREIF INC              CL A          39762410      7,626      218,254 SH       218,254
GREY GLOBAL GROUP IN   COM           39787M10     11,364       16,504 SH        16,504
GREY WOLF INC          COM           39788810     12,780    3,086,905 SH     3,086,905
GRIFFON CORP           COM           39843310      9,271      429,194 SH       429,194
GROUP 1 AUTOMOTIVE I   COM           39890510     10,614      293,215 SH       293,215
GROUP 1 SOFTWARE INC   COM           39943Y10      2,623      160,352 SH       160,352
G    PE DANONE         SPONSORED     39944910        981       29,748 SH        29,748
GRUPO TELEVISA SA DE   SP ADR REP    40049J20      7,614      160,843 SH       160,843
GSI COMMERCE INC       COM           36238G10      2,325      229,097 SH       229,097
GTC BIOTHERAPEUTICS    COM           36238T10        992      450,902 SH       450,902
```

```
<DOCUMENT>
<TYPE>13F-HR
 SEQUENCE>1
 FILENAME>a2142136z13f-hr.txt
<DESCRIPTION>13F-HR
<TEXT>
<Page>
```

<div style="text-align:center">

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 13F

FORM 13F COVER PAGE

</div>

Report for the Calendar Year or Quarter Ended: JUNE 30, 2004
                                                --------------

Check Here if Amendment / /; Amendment Number:
                                               ---------
    This Amendment (Check only one.):    / / is a restatement.
                                         / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

    Name:       STATE STREET CORPORATION
                --------------------------------
    Address:    225 FRANKLIN STREET
                --------------------------------
                BOSTON, MASSACHUSETTS 02110
                --------------------------------

                --------------------------------

Form 13F File Number: 28-399
                      --------------------

The institutional investment manager filing this report and the person by
whom it is signed hereby represent that the person signing the report is
authorized to submit it, that all information contained herein is true,
correct and complete, and that it is understood that all required items,
statements, schedules, lists, and tables, are considered integral parts of
this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:    PAMELA D. GORMLEY
         --------------------------------
Title:   EXECUTIVE VICE PRESIDENT AND CORPORATE CONTROLLER
         --------------------------------
Phone:   617-664-7902
         --------------------------------

Signature, Place, and Date of Signing:

    /s/ Pamela D. Gormley          Boston, Massachusetts     August 13, 2004
--------------------------------   ---------------------    ----------------
        [Signature]                     [City, State]             [Date]

Report Type (Check only one.):

/X/ 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/ / 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)

<Page>

                              FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

<Table>
<Caption>
    Form 13F File Number        Name
    <S>                         <C>
    28-03621                    Advanced Investment Partners LLC
    ----------------            ----------------------------------------
    28-07472                    Bel Air Investment Advisors LLC
    ----------------            ----------------------------------------
    28-99999                    Shott Capital Management, LLC
    ----------------            ----------------------------------------
    28-04003                    Ariel Capital Management, LLC
    ----------------            ----------------------------------------
    28-00096                    Capital Guardian Trust Company
    ----------------            ----------------------------------------
    28-10372                    Philadelphia International Advisors, l.P.
    ----------------            ----------------------------------------
    28-02924                    Turner Investment partners Inc. (Turner Investment Partner
    ----------------            ----------------------------------------
    28-03570                    AXA (Alliance Capital Management L.P.)
    ----------------            ----------------------------------------
    28-00223                    Dresdner RCM Global Investors LLC (RCM Capital Management
    ----------------            ----------------------------------------
    28-00180                    Sit Investment Associates Inc.
    ----------------            ----------------------------------------
    28-00694                    JP Morgan Chase & Co (JP Morgan Fleming Asset Management L
    ----------------            ----------------------------------------
</Table>

Report Summary:

Number of Other Included Managers:        14
                                          --------------------

Form 13F Information Table Entry Total:   4,007
                                          --------------------

'orm 13F Information Table Value Total:   442,358,054
                                          --------------------
                                          (thousands)

```
  GP STRATEGIES CORP         COM             36225V10         133         20,257 SH      DEFINED    1
  GRACE W R & CO DEL N       COM             38388F10      57,440      9,264,526 SH      DEFINED    1,2
  RACO INC                   COM             38410910      34,536      1,112,256 SH      DEFINED    1,2,
  GRAFTECH INTL LTD          COM             38431310      15,841      1,514,474 SH      DEFINED    1,2,
  GRAINGER W W INC           COM             38480210     144,033      2,504,923 SH      DEFINED    1,2,
                                                                                                    13,1
  GRANITE BROADCASTING       COM             38724110          17         23,830 SH      DEFINED    1
  GRANITE CONSTR INC         COM             38732810      19,091      1,047,205 SH      DEFINED    1,2,
  GRANT PRIDECO INC          COM             38821G10      37,971      2,056,917 SH      DEFINED    1,2,
  GRAPHIC PACKAGING CO       COM             38868810       7,568        874,938 SH      DEFINED    1,2
  GRAY TELEVISION INC        COM             38937510       8,927        642,665 SH      DEFINED    1,2
  GREAT AMERN FINL RES       COM             38991510       2,285        143,732 SH      DEFINED    1,2
  GREAT ATLANTIC & PAC       COM             39006410       2,226        290,585 SH      DEFINED    1,2
  GREAT LAKES CHEM COR       COM             39056810      45,277      1,673,217 SH      DEFINED    1,2,
  GREAT NORTHN IRON OR       CTFS BEN I      39106410       1,273         13,248 SH      DEFINED    1,5
  GREAT PLAINS ENERGY        COM             39116410      31,894      1,073,856 SH      DEFINED    1,2,
  GREAT SOUTHN BANCORP       COM             39090510       5,031        174,028 SH      DEFINED    1,2
  GREATER BAY BANCORP        COM             39164810      29,542      1,022,229 SH      DEFINED    1,2,
  GREEN MOUNTAIN PWR C       COM             39315410         292         11,183 SH      DEFINED    1
  GREENBRIER COS INC         COM             39365710       1,912        100,386 SH      DEFINED    1,2
  GREENHILL & CO INC         COM             39525910       2,166        103,600 SH      DEFINED    1
  GREENPOINT FINL CORP       COM             39538410     111,980      2,820,653 SH      DEFINED    1,2,
                                                                                                    13,1
  GREIF INC                  CL A            39762410       9,003        213,086 SH      DEFINED    1,2
  GREY GLOBAL GROUP IN       COM             39787M10      14,763         14,988 SH      DEFINED    1,2,
  GREY WOLF INC              COM             39788810      12,101      2,854,083 SH      DEFINED    1,2,
  GRIFFIN LD & NURSERI       CL A            39823110         215          8,600 SH      DEFINED    1
  GRIFFON CORP               COM             39843310       9,522        427,398 SH      DEFINED    1,2
  GROUP 1 AUTOMOTIVE I       COM             39890510       9,621        289,715 SH      DEFINED    1,2
  ROUP 1 SOFTWARE INC        COM             39943Y10       3,850        167,756 SH      DEFINED    1,2
  GROUPE CGI INC             CL A SUB V      39945C10         114         16,870 SH      DEFINED    1
  GROUPE DANONE              SPONSORED       39944910       1,044         59,496 SH      DEFINED    1
Page Total                                                3,307,257
</Table>
```

<Page>

29 of 72

STATE STREET CORPORATION
FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

<Table>
<Caption>

```
                           TITLE OF                      VALUE     SHARES OR  SH/ PUT/ INVESTMENT
NAME OF ISSUER             CLASS           CUSIP         (x1000)   PRN AMT    PRN CALL DISCRETION  OTHE
-------------------        ----------      --------      -------   ---------  --- ---- ----------  ----
<S>                        <C>             <C>           <C>       <C>        <C> <C>  <C>         <C>
GRUPO AEROPORTUARIO        SPON ADR S      40051E20         458       24,755 SH         DEFINED    1,7
GRUPO TELEVISA SA DE       SP ADR REP      40049J20      20,024      442,328 SH         DEFINED    1,2,
GSI COMMERCE INC           COM             36238G10       2,783      289,036 SH         DEFINED    1,2,
GTC BIOTHERAPEUTICS        COM             36238T10          34       21,777 SH         DEFINED    1
GTECH HLDGS CORP           COM             40051810      43,150      931,768 SH         DEFINED    1,2,
                                                                                                   13,1
GTX INC DEL                COM             40052B10         362       34,787 SH         DEFINED    1,2
GUESS INC                  COM             40161710       2,568      159,484 SH         DEFINED    1,2
GUIDANT CORP               COM             40169810     522,276    9,346,393 SH         DEFINED    1,2,
                                                                                                   13,1
GUILFORD PHARMACEUTI       COM             40182910       2,074      436,626 SH         DEFINED    1,2
GUITAR CTR MGMT INC        COM             40204010      17,667      397,273 SH         DEFINED    1,2,
GULF ISLAND FABRICAT       COM             40230710       2,568      118,727 SH         DEFINED    1,2
```

```
<DOCUMENT>
<TYPE>13F-HR/A
 SEQUENCE>1
 FILENAME>a2142652z13f-hra.txt
<DESCRIPTION>13F-HR/A
<TEXT>
<Page>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 13F

FORM 13F COVER PAGE

Report for the Calendar Year or Quarter Ended: JUNE 30, 2004
                                               ------------------------

Check Here if Amendment /X/; Amendment Number:  1
                                               --------
   This Amendment (Check only one.):   /X/ is a restatement.
                                       / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

   Name:      STATE STREET CORPORATION
              --------------------------------
   Address:   225 FRANKLIN STREET
              --------------------------------
              BOSTON, MASSACHUSETTS 02110
              --------------------------------

              --------------------------------

Form 13F File Number:  28-399
                      ----------------------

The institutional investment manager filing this report and the person by
whom it is signed hereby represent that the person signing the report is
authorized to submit it, that all information contained herein is true,
correct and complete, and that it is understood that all required items,
statements, schedules, lists, and tables, are considered integral parts of
this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:    PAMELA D. GORMLEY
         --------------------------------
Title:   EXECUTIVE VICE PRESIDENT AND CORPORATE CONTROLLER
         --------------------------------
Phone:   617-664-7902
         --------------------------------

Signature, Place, and Date of Signing:

   /s/ Pamela D. Gormley          Boston, Massachusetts     August 26, 2004
   --------------------------     ----------------------    ---------------
         [Signature]                   [City, State]             [Date]

Report Type (Check only one.):

, / 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/X/ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)

<Page>

FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

```
<Table>
<Caption>
    Form 13F File Number        Name
    <S>                         <C>
    28-03621                    Advanced Investment Partners LLC
    ----------------            --------------------------------------
    28-07472                    Bel Air Investment Advisors LLC
    ----------------            --------------------------------------
    28-99999                    Shott Capital Management, LLC
    ----------------            --------------------------------------
    28-04003                    Ariel Capital Management, LLC
    ----------------            --------------------------------------
    28-00096                    Capital Guardian Trust Company
    ----------------            --------------------------------------
    28-10372                    Philadelphia International Advisors, l.P.
    ----------------            --------------------------------------
    28-02924                    Turner Investment partners Inc. (Turner Investment Partner
    ----------------            --------------------------------------
    28-03570                    AXA (Alliance Capital Management L.P.)
    ----------------            --------------------------------------
    28-00223                    Dresdner RCM Global Investors LLC (RCM Capital Management
    ----------------            --------------------------------------
    28-00180                    Sit Investment Associates Inc.
    ----------------            --------------------------------------
    28-00694                    JP Morgan Chase & Co (JP Morgan Fleming Asset Management L
    ----------------            --------------------------------------
</Table>
```

Report Summary:

Number of Other Included Managers:       13
                                         --------------------

Form 13F Information Table Entry Total:  4,007
                                         --------------------

orm 13F Information Table Value Total:   439,128,804
                                         --------------------
                                         (thousands)

```
GP STRATEGIES CORP        COM              36225V10         133      20,257 SH       DEFINED     1
GRACE W R & CO DEL N      COM              38388F10      57,440   9,264,526 SH       DEFINED     1,2
G    O INC                COM              38410910      34,536   1,112,256 SH       DEFINED     1,2,5,9
GR  TECH INTL LTD         COM              38431310      15,841   1,514,474 SH       DEFINED     1,2,5
GRAINGER W W INC          COM              38480210     144,033   2,504,923 SH       DEFINED     1,2,5,6,7,
                                                                                                 13,14
GRANITE BROADCASTING      COM              38724110          17      23,830 SH       DEFINED     1
GRANITE CONSTR INC        COM              38732810      19,091   1,047,205 SH       DEFINED     1,2,5,9
GRANT PRIDECO INC         COM              38821G10      37,971   2,056,917 SH       DEFINED     1,2,5,9
GRAPHIC PACKAGING CO      COM              38868810       7,568     874,938 SH       DEFINED     1,2
GRAY TELEVISION INC       COM              38937510       8,927     642,665 SH       DEFINED     1,2
GREAT AMERN FINL RES      COM              38991510       2,285     143,732 SH       DEFINED     1,2
GREAT ATLANTIC & PAC      COM              39006410       2,226     290,585 SH       DEFINED     1,2,5
GREAT LAKES CHEM COR      COM              39056810      45,277   1,673,217 SH       DEFINED     1,2,5,6,9,
GREAT NORTHN IRON OR      CTFS BEN I       39106410       1,273      13,248 SH       DEFINED     1,5
GREAT PLAINS ENERGY       COM              39116410      31,894   1,073,856 SH       DEFINED     1,2,5,9
GREAT SOUTHN BANCORP      COM              39090510       5,031     174,028 SH       DEFINED     1,2
GREATER BAY BANCORP       COM              39164810      29,542   1,022,229 SH       DEFINED     1,2,5,9
GREEN MOUNTAIN PWR C      COM              39315410         292      11,183 SH       DEFINED     1
GREENBRIER COS INC        COM              39365710       1,912     100,386 SH       DEFINED     1,2
GREENHILL & CO INC        COM              39525910       2,166     103,600 SH       DEFINED     1
GREENPOINT FINL CORP      COM              39538410     111,980   2,820,653 SH       DEFINED     1,2,5,6,7,
                                                                                                 13,14
GREIF INC                 CL A             39762410       9,003     213,086 SH       DEFINED     1,2
GREY GLOBAL GROUP IN      COM              39787M10      14,763      14,988 SH       DEFINED     1,2,5
GREY WOLF INC             COM              39788810      12,101   2,854,083 SH       DEFINED     1,2,5
GRIFFIN LD & NURSERI      CL A             39823110         215       8,600 SH       DEFINED     1
GRIFFON CORP              COM              39843310       9,522     427,398 SH       DEFINED     1,2
GROUP 1 AUTOMOTIVE I      COM              39890510       9,621     289,715 SH       DEFINED     1,2
G    P 1 SOFTWARE INC     COM              39943Y10       3,850     167,756 SH       DEFINED     1,2
GR  PE CGI INC            CL A SUB V       39945C10         114      16,870 SH       DEFINED     1
GROUPE DANONE             SPONSORED        39944910       1,044      59,496 SH       DEFINED     1
Page Total                                              3,307,257
</Table>
```

<Page>

STATE STREET CORPORATION
FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

```
<Table>
<Caption>
                          TITLE OF                            VALUE    SHARES OR   SH/  PUT/  INVESTMENT
NAME OF ISSUER            CLASS             CUSIP            (x1000)   PRN AMT     PRN  CALL  DISCRETION  OTHER MANA
--------------            --------          --------         -------   ---------   ---  ----  ----------  ----------
<S>                       <C>               <C>              <C>       <C>         <C>  <C>   <C>         <C>
GRUPO AEROPORTUARIO       SPON ADR S        40051E20            458      24,755 SH              DEFINED   1,7
GRUPO TELEVISA SA DE      SP ADR REP        40049J20         20,024     442,328 SH              DEFINED   1,2,4
GSI COMMERCE INC          COM               36238G10          2,783     289,036 SH              DEFINED   1,2,5
GTC BIOTHERAPEUTICS       COM               36238T10             34      21,777 SH              DEFINED   1
GTECH HLDGS CORP          COM               40051810         43,150     931,768 SH              DEFINED   1,2,5,7,8,
                                                                                                          13,14
GTX INC DEL               COM               40052B10            362      34,787 SH              DEFINED   1,2
GUESS INC                 COM               40161710          2,568     159,484 SH              DEFINED   1,2
GUIDANT CORP              COM               40169810        522,276   9,346,393 SH              DEFINED   1,2,5,6,7,
                                                                                                          13,14
GU LFORD PHARMACEUTI      COM               40182910          2,074     436,626 SH              DEFINED   1,2
GUITAR CTR MGMT INC       COM               40204010         17,667     397,273 SH              DEFINED   1,2,5
GULF ISLAND FABRICAT      COM               40230710          2,568     118,727 SH              DEFINED   1,2
```