# EXHIBIT C

# PROFESSIONAL PROFILE OF WAITE, SCHNEIDER, BAYLESS & CHESLEY CO. L.P.A. and STANLEY M. CHESLEY

**Waite, Schneider, Bayless & Chesley Co., L.P.A.**: Waite, Schneider, Bayless & Chesley was founded in 1860 in Cincinnati, Ohio. Today it remains the city's oldest law firm in continuous operation. Currently the law firm consists of 15 attorneys, 15 law clerks and paralegals, and 18 additional personnel. The law firm represents both individual and corporate plaintiffs. Practice areas include, but are not limited to, Commercial Litigation, Antitrust Litigation, Securities Litigation, Aviation Litigation (Commercial and General), Class Action Litigation, Complex Litigation (including Multi-District Litigation), FELA, Insurance Litigation, and Products Liability Litigation.

**Stanley M. Chesley**: Stanley M. Chesley is the senior partner of Waite, Schneider, Bayless & Chesley Co., L.P.A. He is a 1960 graduate of the University of Cincinnati College of Law, a licensed member of the Ohio Bar, Kentucky Bar, Federal Bar and has also been admitted to the Bar of the United States Supreme Court. Mr. Chesley is the Past Chairman of the Supreme Court of Ohio, Board of Commissioners on Grievances and Discipline and is a current member of the Board of Commissioners on Grievances and Discipline. Mr. Chesley has been Co-Chairman, Lead Counsel and/or Class Counsel in the following cases:

Securities and Derivative Case Representation:

*In Re DPL Inc. Securities Litigation*, U.S. District Court, Southern District of Ohio, Co-Lead Counsel for lead plaintiffs and class in prosecution of federal securities fraud claims; $145.5 global settlement of federal and state cases for clients.

*Freddie Mac Securities Litigation*, U.S. District Court, S.D.N.Y., Lead Counsel for lead plaintiffs and class in nationwide securities fraud class action litigation.

*Fannie Mae Securities Litigation*, U.S. District Court, D.C. and SD Ohio, Lead Counsel for lead plaintiffs in national federal securities action against Fannie Mae and several former officers.

*In Re FirstEnergy Shareholder Derivative Litigation*, U.S. District Court, Northern District of Ohio, Co-Lead Counsel for lead plaintiff in shareholder derivative action.

Corporate Representation:

*In Re Procter & Gamble Company Securities Litigation*, United States District Court, Southern District of Ohio, Western Division. Defense counsel for Procter & Gamble.

1

*Central Laborer's Pension Fund, Derivatively on Behalf of Ashland, Inc., v. Chellgren, et al. and Ashland, Inc.*, United States District Court, Eastern District of Kentucky, at Covington. Defense counsel for Ashland, Inc.

*In Re Vitamins Antitrust Litigation, The Procter & Gamble Company, et al. v. BASF Aktiengesellschaft, et al.*, United States District Court, District of Columbia.
*Procter & Gamble v. Bankers' Trust Litigation*, United States District Court, Southern District of Ohio, Eastern Division.

*Academy of Medicine, et al. v. Aetna Health, Inc., et al.* Court of Common Pleas, Hamilton County, Ohio; Boone Cir. Ct., Boone County, Kentucky
*USX Corp. v. Penn Cent. Corp.*, Court of Appeals of Ohio, Eighth District, Cuyahoga County, Ohio.

*Procter & Gamble, et al. v. Amway Corporation, et al.*, United States District Court, Southern District of Texas; United States District Court, District of Utah, Central Division.

*Amway Corporation v. Procter & Gamble, et al.*, United States District Court, Western District of Michigan, Southern Division.

*City of Cincinnati v. Beretta U.S.A. Corp., et al.*, Hamilton County Court of Common Pleas, Hamilton County, Ohio.

*TRW Inc., v. Industrial Systems Assoc., Inc.*, United States District Court, Northern District of Ohio, Eastern Division.

*Worldwide Basketball and Sport Tours, Inc., et al. v. The National Collegiate Athletic Association*, United States District Court, Southern District of Ohio, Eastern Division.

*Logan Farms, Inc. v. Honey Baked Hams Company, et al.*, United States District Court, Southern District of Ohio, Western Division.

Individual Representation:

*In Re Microsoft Corp. Litigation*, United States District Court, District of Maryland (Co-Chair).

*In Re Castano Tobacco Litigation*, (Lead counsel for settlement negotiations and member of the Executive Committee) (and related cases including the Louisiana state class action, the Ohio state class action, the New Mexico state class action, the Maryland state class action, the District of Columbia class action, the New York state class action, the California state class action, the Pennsylvania state class action, the Alabama state class action, the Minnesota state class action, the Texas state class action, the New Jersey state class action, and the Illinois state class action.)

*In Re Premiere Technologies Litigation,* United States District Court, Northern District of Georgia.

*In Re United Parcel Service Inc. Excess Value Insurance Coverage Litigation,* United States District Court, Southern District of New York (Co-Lead Counsel).

*In Re Air Crash Near Peggy's Cove Nova Scotia on September 2, 1998,* United States District Court, Eastern District of Pennsylvania.

*In Re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation,* United States District Court, Eastern District of Pennsylvania (National Co-Chair).

*In Re Telectronics Pacing Systems, Inc., Accufix Atrial "J" Leads Products Liability Litigation,* United States District Court, Southern District of Ohio, Western Division (Chair).

*In Re Silicone Gel Breast Implant Products Liability Litigation,* United States District Court, Northern District of Alabama, Southern Division (National Co-Chair).

*Bowling, et al. v. Pfizer, et al.,* United States District Court, Southern District of Ohio, Western Division.

*In Re Copley Pharmaceuticals, Inc., "Albuterol" Products Liability Litigation,* United States District Court, District of Wyoming.

*In Re Fernald Litigation (I and II),* United States District Court, Southern District of Ohio, Western Division.

*In Re US Air Disaster at New York LaGuardia Airport on March 22, 1992,* United States District Court, Northern District of Ohio, Eastern Division.

*In Re Choice Care Litigation,* United States District Court, Southern District of Ohio, Western Division.

*In Re Chubb Drought Insurance Litigation,* United States District Court, Southern District of Ohio, Western Division.

*In Re San Juan DuPont Plaza Hotel Fire Litigation,* United States District Court, District of Puerto Rico.

In *Re Northwest Flight #255 Air Crash at Detroit Metropolitan Airport, on August 16, 1987,* United States District Court, Eastern District of Michigan, Southern Division.

3

*In Re Aircrash Disaster of Pan Am World Airways Flight #103, on December 21, 1988 at Lockerbie, Scotland*, United States District Court, Eastern District of New York, At Brooklyn.

*In Re Air Crash at Gander, Newfoundland on December 12, 1985*, United States District Court, Eastern District of Kentucky, At Louisville.

*In Re Union Carbide Corporation, Gas Plant Disaster at Bhopal, India On December 6, 1984*, United States District Court, Southern District of New York.

*In Re MGM Grand Hotel Fire Litigation*, United States District Court, District of Nevada

*In Re "Bendectin" Products Liability Litigation*, United States District Court, Southern District of Ohio, Western Division.

*In Re Beverly Hills Fire Litigation*, United States District Court, Eastern District of Kentucky, at Covington.

# James R. Cummins, Esq.
# Professional Profile

James R. Cummins is the Chairman of the Corporate and Securities Law Department of Waite, Schneider, Bayless & Chesley Co. L.P.A. He has been recently recognized, among only 236 lawyers in 40 countries, for his corporate governance experience and expertise by the *International Who's Who of Corporate Governance Lawyers*. He has practiced in the securities and corporate governance fields for over 25 years, including securities fraud class actions, shareholder derivative actions, proxy contests and board governance matters, as well as advising corporate officers and directors in compliance and enforcement matters.

In 2003, Jim was co-lead trial attorney in the successful prosecution of a federal securities fraud claim and state breach of fiduciary duty claim against DPL Inc. (NYSE: DPL). The global settlement of $145.5 million in the combined federal and state cases ranks as the fourteenth largest in the history of securities fraud cases.

He currently supervises the firm's work as Lead Counsel in the Freddie Mac securities class action litigation, *Ohio Public Employees Retirement System, et al. v. Federal Home Loan Mortgage Corporation*, et al., S.D.N.Y.; as Lead Counsel in the Fannie Mae securities action against Fannie Mae and several former officers in U.S. District Court, D.C. and SD Ohio; and Co-Lead Counsel in the shareholder derivative litigation *In Re FirstEnergy Shareholder Derivative Litigation*, U.S.D.C., Southern District of Ohio.

Jim was co-trial counsel for 200 physicians in the nation's first successful antitrust, RICO and securities fraud case against a HMO system. The trial team secured a jury verdict of $108 million for their clients, the largest award in the history of Hamilton County, Ohio, which eventually resulted in $65 million payout to the clients.

Jim's creative and unique approach to proxy contests resulted, in 1996, in a successful change in management of an American Stock Exchange bank holding company. Characterized as an "exercise in corporate democracy," by *US Banker*, the monthly bible of the banking industry, Jim was recognized as the first attorney in the nation to use the Internet's worldwide web in a proxy contest, communicating rapidly and simultaneously with all of the company's shareholders. According to the *Cincinnati Enquirer*, Jim "became the 'nerve center' through which the proxy fight was staged."

His achievements in complex corporate litigation were recognized in an *American Lawyer* survey of 400 corporate general counsel, as one of two recommended corporate litigators in the southern Ohio region.

**Additional Information**

Practice Areas: Securities Law; Corporate Law; Class Action, Derivative and Commercial Litigation; Health Care; Antitrust.

Admitted: 1967, Ohio; 1970, U.S. District Court, Southern District of Ohio; 1995, U.S. Court of Appeals, Sixth Circuit; 1999, Kentucky.

Law School: University of Cincinnati, J.D., 1967; New York University, LL.M. in International Business Transactions, 1968.

College: Princeton University, A.B., 1964.

5

Member: Cincinnati (Member, Long Range Planning Subcommittee, 1989), Ohio State, Kentucky and American (Member, Committee on Federal Regulation of Securities, 1981-; Member, Subcommittee on Investment Companies and Investment Advisers, 1981-) Bar Associations.

Biography: Phi Delta Phi. Case Note Editor, University of Cincinnati Law Review, 1966-1967. Editor, New York International Law Review, 1967-1968. Lecturer: "*Attorney Responses to Accountant Opinion Request Letters*," Cincinnati Bar Association, 1987; "*Civil RICO*," Ohio Northern University, 1988; "*The Year 2000 Time Bomb: Legal & Corporate Governance Implications for Board of Directors, Trustees and Officers,*" Cincinnati and Columbus Bar Associations, 1999; Co-chair with KPMG Forensics, "*Corporate Ethics: Can Trust Be Rebuilt – Pro-Active Steps Toward Effective Corporate Governance*," Cincinnati Bar Association, 2002. Member, Board of Commissioners on Grievances and Discipline of Supreme Court of Ohio, 1989-1994. Member, Advisory Committee on Local Rules, U.S. District Court for the Southern District of Ohio.

## Representative Clients, Engagements and Recent Honors

Securities Actions:

> *Freddie Mac Securities Litigation*, U.S. District Court, S.D.N.Y.
>> Lead Counsel for lead plaintiffs in federal securities fraud class action against Freddie Mac and three of its former executive officers.
>
> *Fannie Mae Securities Litigation*, U.S. District Court, D.C. and SD Ohio
>> Lead Counsel for lead plaintiffs in national federal securities action against Fannie Mae and several former officers.
>
> *In Re DPL Inc. Securities Litigation*, U.S. District Court, SD Ohio
>> Co-Lead Counsel for lead plaintiffs in federal securities fraud class action. Global settlement of $145.5 million for combined federal and state cases is the fourteenth largest securities class action and settlement in the United States (as of 2004).
>
> *ChoiceCare Litigation*, U.S. District Court, SD Ohio
>> Co-lead trial attorney; obtained jury verdict of $108 Million against ChoiceCare for physicians.

*Shareholder Derivative Actions*

> *Austern Trust v. Peter H. Forster, et al.*, Hamilton Cty. Common Pleas
>> Represented plaintiff in shareholder derivative action resulting in a $5.5 million settlement, which included important corporate governance reforms.
>
> *In Re FirstEnergy Shareholder Derivative Litigation*, U.S. District Court, Northern District of Ohio, Co-Lead Counsel for plaintiffs in shareholder derivative action.

Other Litigation and Regulatory Enforcement Matters:

*State of Ohio, Milk Antitrust Litigation*, U.S. District Court, SD Ohio
Co-lead trial attorney with Stanley M. Chesley; obtained settlement for Ohio schools in price fixing litigation.

*Clorox* (NYSE:CLX):
Defense litigation against claims of P & G (three cases); continuing defense litigation services.

*Countrywide Credit Industries* (NYSE:CCR):
Prosecution of noncompetition and trade secret case.

*Johnson & Johnson* (NYSE:JNJ):
Represent subsidiaries, including Ethicon Endo-Surgery, defense of non-competition litigation; representation of officers and employees in shareholder litigation involving Theragenics Corporation (not a J&J entity); employment law defense litigation.

*Structural Dynamics Research Corporation* (NASD:SDRC)
Defense representation of CEO in civil securities litigation and regulatory enforcement matters.

*F&C Flavoring Co.* (NASD)
Defense representation of Chairman and outside directors in shareholder litigation and regulatory enforcement matters.

Corporate Governance Projects:

*Professional Bancorp* (AMEX:MDB)
Successful proxy contest; board restructuring; crisis management; corporate governance matters; SEC compliance.

*Frisch's Restaurants* (AMEX:FRS)
Representation of board against dissident challenges; board restructuring; crisis management; continuing representation for SEC compliance and corporate governance matters.

Recent Honors:

**The International Who's Who of Corporate Governance Lawyers** (2002), selected as one of 66 U.S. attorneys (236 internationally), recognized by their peers and their clients as leaders in the field of corporate governance.

Chairman & Featured Speaker, **Corporate Ethics: Can Trust be Rebuilt** (2002) with KPMG Forensic, Cincinnati Bar Association.

7

      Featured Speaker, ***Sarbanes-Oxley Act Implications for Internal Auditors*** (2002) with Protiviti (Arthur Andersen's former Risk Management Practice Group.

      ***The American Lawyer***, Corporate General Counsels' Selection (1 of 2 firms in Tri-State) for Litigation Resource in Ohio.

26911