# EXHIBIT D

# BERMAN DEVALERIO PEASE
# TABACCO BURT & PUCILLO

## THE FIRM

The law firm of Berman DeValerio Pease Tabacco Burt & Pucillo prosecutes class actions nationwide on behalf of victims of securities and antitrust law violations. Founded in 1982, Berman DeValerio has 34 attorneys in offices in Boston, San Francisco, and West Palm Beach. The firm holds leadership positions in dozens of securities and antitrust actions around the country.

The attorneys at Berman DeValerio have prosecuted hundreds of class actions on behalf of defrauded individuals and institutions, recovering billions of dollars overall for clients. In addition to the financial recoveries, the firm has achieved significant changes in corporate governance.

The firm acts as monitoring, evaluation, and/or litigation counsel to more than 45 public and Taft-Hartley pension funds, including some of the nation's largest. In antitrust matters, the firm's institutional clients include the State of Florida and Aetna U.S. Healthcare, Inc.

## RESULTS

### Securities Settlements

The firm has negotiated substantial settlements for its clients. The following is a sample of significant results in securities litigation:

As counsel to court-appointed bondholder representatives the County of Fresno, Calif., and the Fresno County Employees' Retirement Association in In Re: WorldCom, Inc. Sec. Litig., 02civ3288 (S.D.N.Y.), Berman DeValerio helped a team of lawyers representing the New York State Common Retirement Fund obtain a settlement from underwriters worth more than $6 billion as of March 17, 2005. Claims against some defendants remain pending.

In In Re: Bristol-Myers Squibb Sec. Litig., 02CV2251 (S.D. N.Y.), Berman DeValerio represented the Fresno County Employees' Retirement Association and the Louisiana State Employees' Retirement System as lead plaintiffs. The firm negotiated a cash settlement of $300 million in July 2004. The settlement is the largest by a drug company in a U.S. securities fraud case.

Berman DeValerio represented the Louisiana Municipal Police Employees Retirement System as co-lead plaintiff in In Re: Symbol Technologies, Inc. Sec. Litig., 2:02cv01383 (E.D.N.Y.), obtaining a $139 million partial settlement in June 2004. Lead plaintiffs continue to prosecute the claims against individual defendants. A separate lawsuit is pending against Symbol's former auditor, Deloitte & Touche LLP.

As co-lead counsel in In Re: Lernout & Hauspie Products, N.V., Securities Litigation, 00-CV-11589 (PBS) (D. Mass.), Berman DeValerio negotiated the third largest settlement ever paid by accounting firms in a securities class action – a $115 million agreement with the U.S. and Belgian affiliates of KPMG International to settle claims of accounting malpractice. The case stemmed from KPMG's work for Lernout & Hauspie Speech Products, a software company driven into bankruptcy by a fraud scandal. The firm has reached additional partial settlements worth $5.5 million. The case is continuing against other defendants, including Lernout & Hauspie's former top officers, who are currently facing criminal charges in Belgium.

In Oracle Cases, Coordination Proceeding, Special Title (Rule 1550(b)) No. 4180 (Cal. Sup. Ct., SM Cty.). In this coordinated derivative action, Oracle Corporation shareholders allege that the company's CEO, Lawrence J. Ellison, profited from illegal insider trading. Acting as co-lead counsel, the firm reached a settlement under which Mr. Ellison would personally make a charitable donation of $100 million over five years in Oracle's name to an institution or charity that is approved by the company and pay $22 million in attorneys' fees and expenses associated with the prosecution of the case. This innovative agreement, approved by a judge in December 2005, benefits Oracle through increased goodwill and brand recognition, while minimizing issues that would be raised by a payment from Mr. Ellison to the company, of which he is a large shareholder. In addition, the lawsuit has resulted in important changes to Oracle's insider trading policies that decrease the chances that an insider will trade in possession of material, non-public information. Under the agreement, Mr. Ellison denies any alleged wrongdoing and the parties acknowledge that the settlement does not constitute an admission of wrongdoing.

In Re: Reliant Energy, Inc. Sec. Litig., 02-cv-1810 (S.D. Tex.). As lead counsel representing the Louisiana Municipal Police Employees' Retirement System, the firm negotiated a $75 million cash settlement from the company and Deloitte & Touche LLP, an underwriter of its 2001 initial stock offering. A settlement agreement was announced in July 2005. The settlement requires Court approval.

Berman DeValerio acted as sole lead counsel in a case against Enterasys Networks, Inc., in which the Los Angeles County Employees' Retirement Association was lead plaintiff. In Re: Enterasys Networks, Inc. Securities Litigation, 02-CV-71 (D.H.H.) settled in October 2003 for $17 million in cash, stock valued at $33 million, and major corporate governance improvements that opened the computer networking company to greater public scrutiny. Changes included requiring the company to back a proposal to eliminate its staggered board of directors, allowing certain large shareholders to propose candidates

2

to the board, and expanding the company's annual proxy disclosures. The settlement received court approval in December 2003.

Representing the Teachers' Retirement System of Louisiana as co-lead plaintiff, Berman DeValerio negotiated a $30.5 million partial settlement in In Re: SmartForce PLC Securities Litigation, Case No. 02-CV-544 (PJB) (D. N.H.). The agreement received court approval in September 2004. The case is continuing against the company's auditors Ernst & Young Chartered Accountants and Ernst & Young, LLP.

In In Re: Warnaco Group, Inc. Securities Litigation, 00civ6266 (LMM) (S.D.N.Y.), the firm negotiated a $12.85 million settlement against several current and former top officers of the company. The firm represented the Fresno County Employees Retirement Association as co-lead plaintiff in the case.

The firm represented the Florida State Board of Administration as co-lead plaintiff in In Re: Sykes Enterprises, Inc. Sec. Litig., Case No. 8:00-CV-212-T-26F (M.D. Fla.), in which Sykes Enterprises was accused of using improper means to match the company's earnings with Wall Street's expectations. The firm negotiated a $30 million settlement, which received final approval in March 2003.

The firm served as co-lead counsel in In Re: Thomas & Betts Securities Litigation, Civil Action No. 2:00cv2127 (JPM) (W.D. Tenn.), which settled for $51 million in 2004. Plaintiffs in this action had accused the company and other defendants of issuing false and misleading financial statements for 1996, 1997, 1998, 1999 and the first two quarters of 2000.

A member of the executive committee representing plaintiffs, Berman DeValerio secured a $45 million settlement in Giarraputo v. UNUMProvident Corp., cv99-301-P-C (D. Me.), a lawsuit stemming from the 1999 merger that created UNUMProvident. Shareholders of both predecessor companies accused the insurer of misleading the public about its business condition before the merger. The settlement received final approval in June 2002.

In In Re: Critical Path, Inc. Securities Litigation, C-01-0551-WHA (N.D. Ca.), the firm negotiated a $17.5 million recovery to settle claims of accounting improprieties at a California software development company. The firm, representing the Florida State Board of Administration, was appointed sole lead counsel in August of 2001. Allegations of serious fraud arose shortly after the spectacular collapse of Critical Path's stock price and certain former officers were indicted for stock fraud. The difficulties facing the lead plaintiff related to marshalling all available resources to secure a recovery for the class as Critical Path teetered on bankruptcy. Following arduous negotiations, the case settled for $17.5 million. The settlement was approved in June 2002.

As one of co-lead counsel in In Re: Molten Metal Technology Inc. Sec. Litig., No. 97-10325-MLW(D. Mass.) and Axler v. Scientific Ecology Group, Inc., et al., No. MLW (D.

Mass.), the Boston office played a key role in settling the actions after Molten Metal and several affiliates filed a petition for bankruptcy reorganization in Massachusetts. The individual defendants and the insurance carriers in Molten Metal agreed to settle for $11.91 million. After the bankruptcy trustee objected to the use of insurance proceeds for the settlement, the parties agreed to pay the trustee $1.325 million of the Molten Metal settlement. The parties also agreed to settle claims against Scientific Ecology Group for $1.25 million, giving Molten Metals investors $11.835 million.

In In Re: Interspeed, Inc. Sec. Litig., 00-CV-12090-EFH (D. Mass.), the Boston office served as co-lead counsel and negotiated a $7.5 million settlement on behalf of the class. The settlement was reached in an early stage of the proceedings largely as a result of the financial condition of Interspeed and the need to salvage a recovery from its available assets and insurance.

In In re Avant, Sec. Litig., 96 CV 20132 (N.D. Cal.), Avant!, a software company, was charged with securities fraud in connection with its alleged theft of a competitor's software code, which Avant! incorporated into its flagship software product. Serving as lead counsel, the firm recovered $35 million for the class. The recovery resulted in each eligible class claimant receiving almost 50% of losses net of attorneys' fees and expenses.

The Boston office, as co-lead counsel in In Re: Summit Technology Sec. Litig., No. 96-11589-JLT (D. Mass.)., negotiated a settlement consisting of $10 million for the benefit of the class. The action was intensely litigated for four years, resulting in motion practice on the adequacy of the complaint and the issue of class certification, the review and analysis of over a million pages of documents produced by the defendants and 40 third-party witnesses, the depositions of 40 witnesses, the exchange of nine expert reports and the filing of and responding to nine motions for summary judgment.

In Re: Prison Realty Sec. Litig., 3:99 CV 0452 (In Re: Old CCA Sec. Litig.) 3:99 CV 0458 (M.D. Tenn.). The firm represented the former shareholders of Corrections Corporation of America, which merged with another company to form Prison Realty Trust, Inc. The action charged that the registration statement issued in connection with the merger contained untrue statements. The firm successfully countered arguments that the class' claims for securities fraud were released in prior litigation involving the merger and overcame motions to dismiss. It negotiated a global settlement of approximately $120 million in cash and stock for this case and other related litigation.

The Boston office served as co-lead counsel in Gelfer v. Pegasystems, Inc., et al., 98 CV 12527 (D. Mass.) and negotiated a settlement valued at $12.5 million consisting of $4.5 million in cash and $7.5 million in shares of the company's stock or cash at the company's option.

In In Re: Sybase II, Sec. Litig., C-98-0252-CAL (N.D. Cal.), Sybase was charged with inflating its quarterly financial results by improperly recognizing revenue at its wholly

4

owned subsidiary in Japan. Acting as co-lead counsel, attorneys in the California office obtained a $28.5 million settlement.

In In Re: UCAR International, Inc. Sec. Litig., 98-CV-0600-JBA (D. Conn.), the firm represented the Florida State Board of Administration as the lead plaintiff in a securities claim arising from an accounting restatement. The case settled for $40 million cash and the requirement that UCAR appoint an independent director to its Board of Directors. The settlement was approved in 2000 and the lead plaintiff's recommended nominee is currently serving on the board. It was one of the first securities class actions to achieve such significant corporate governance relief.

The firm served as sole lead counsel in the class action In Re: Centennial Technologies Litigation, No. 97-10304-REK (D. Mass.) involving a massive accounting scandal that shot down the company's high-flying stock. The Boston office negotiated a settlement that permitted a turnaround of the company and provided a substantial recovery for class members. The firm negotiated changes in corporate practice, a strengthening of internal financial controls, and obtained 37% of the company's stock for the class. In addition, the firm recovered $20 million from Coopers & Lybrand, Centennial's auditor at the time – the largest settlement with an auditor in a shareholder class action in New England and among the largest in the nation. The firm also recovered $2.1 million from defendants Jay Alix & Associates and Lawrence J. Ramaekers for a total recovery of more than $35 million for the class.

In In Re: Exide Corp. Sec. Litig., 98 CV 6006 (E.D. Mich.), Exide was charged with having altered its inventory accounting system to artificially inflate profits by reselling used, outdated, or unsuitable batteries as new ones. The Boston office, as co-lead counsel for the class, recovered more than $10 million in cash for class members.

In In Re: Digital Lightwave Sec. Litig., 98-152-CIV-T-24C (M.D. Fla.), the Boston office acted as co-lead counsel and the Florida office acted as liaison counsel in negotiating a settlement that included changing company management and strengthening the company's internal financial controls so the company could be poised for a successful turnaround. In addition, the class received 1.8 million shares of freely tradable common stock that traded at just below $4 per share when the court approved the settlement. At the time the shares were distributed to the members of the class, the stock traded at approximately $100 per share and class members received more than 200% of their losses after the payment of attorneys' fees and expenses. The total value of the settlement, at the time of distribution to the class, was almost $200 million.

The Florida office acted as co-lead counsel in Ehrenreich v. Witter, 95 CV 6637 (S.D. Fla.) involving Sensormatic Electronics Corp., which resulted in a settlement of $53.5 million approved in 1998. It was one of the largest class-action settlements in the State of Florida.

5

In <u>Hallet v. Li & Fung, Ltd., et al.</u>, 95 CIV 8917 (S.D.N.Y.) the company Cyrk Inc. was charged with misrepresenting its financial results and failing to disclose that its largest customer was ending its relationship with the company. In 1998, the Boston office successfully recovered more than $13 million for defrauded investors.

In <u>In Re: Valence Sec. Litig.</u>, 95-20459-JW (EAI) (N.D. Cal.), the California office served as co-lead counsel for the class litigating against a Silicon Valley-based company that overstated performance and development of an allegedly revolutionary battery technology. Following the Ninth Circuit's reversal of the District Court's granting summary judgment in defendants' favor, the case settled for $30 million in Valence common stock.

Berman DeValerio represented the Florida State Board of Administration (FSBA) in <u>Sand Point Partners, L.P. v. Pediatrix Medical Group, Inc.</u>, 99-6181-CIV-2LOCH (S.D. Fla.). The FSBA was appointed co-lead plaintiff along with several other public pension funds. The complaint accused Pediatrix of Medicaid billing fraud, claiming that the company illegally increased revenue and profit margins by improperly coding treatment rendered. The case settled for $12 million on the eve of trial in 2002, after completion of discovery. As co-lead counsel, the firm prosecuted the case through pre-trial proceedings.

The firm helped obtain an $11.5 million settlement for co-lead plaintiff Warburg, Dillon, Read, LLC (now UBS Warburg) in <u>In Re: CHS Electronics, Inc. Sec. Litig.</u>, 99-8186-CIV (S.D. Fla.).

Using a novel theory in <u>In Re: Fidelity/Micron Sec. Litig.</u>, 95 Civ. 12676 (D. Mass.), Berman DeValerio & Pease recovered $10 million in cash for Micron investors after a Fidelity Fund manager touted Micron while secretly selling the stock.

## Antitrust Settlements

Over the past two decades, Berman DeValerio has held leadership roles in scores of complex antitrust cases, negotiating substantial settlements for its clients. Among those results are the following:

The California office served as lead counsel in <u>In Re: Sorbates Direct Purchaser Antitrust Litigation</u>, Master File No. C 98-4886 CAL (N.D. Cal.), alleging that six manufacturers of sorbates, a food preservative, violated antitrust laws through participation in a worldwide conspiracy to fix prices and allocations to customers in the United States. The firm negotiated a partial settlement of $82 million with four of the defendants in 2000. Following intensive pretrial litigation, the firm achieved a further $14.5 million settlement with the two remaining defendants, Japanese manufacturers, in 2002. Total settlement achieved for the class was $96.5 million.

BOSTON · SAN FRANCISCO · WEST PALM BEACH
TEL: 800 516-9926 · E-MAIL: LAW@BERMANESQ.COM · URL: WWW.BERMANESQ.COM

Attorneys in the Florida office acted as co-lead counsel and chief trial counsel in <u>In Re: Disposable Contact Lens Antitrust Litigation</u>, MDL 1030 (M.D. Fla.). Representing both a national class and the State of Florida, the firm helped secure settlements from defendants Bausch & Lomb and the American Optometric Association before trial and from Johnson & Johnson after five weeks of trial. The settlements were valued at more than $92 million and also included significant injunctive relief to make disposable contact lenses available at more discount outlets and at more competitive prices.

The California office negotiated a $62 million settlement in <u>In Re: Toys "R" Us Antitrust Litigation</u>, MDL 1211 (E.D.N.Y.) to answer claims that the retailer violated laws by colluding to cut off or limit supplies of popular toys to stores that sold the products at lower prices. A component of the settlement included $40 million worth of toys to needy children throughout the United States over a three-year period.

The California office served as co-lead counsel in <u>In Re: Industrial Diamonds Antitrust Litigation</u>, MDL-948 (WCC) (S.D.N.Y.) alleging General Electric and DeBeers conspired to fix, raise, and maintain the prices of industrial diamond products in violation of the federal antitrust laws. The action settled for a combined cash and coupon settlement valued at $26 million.

The firm played a significant role in one of the largest antitrust settlements on record in a case that involved alleged price-fixing by more than 30 <u>Nasdaq Market-Makers</u> on about 6,000 Nasdaq-listed stocks over a four-year period. The settlement, one of the largest of its kind at the time, was valued at near $1 billion.

Berman DeValerio attorneys also played a key role in obtaining a $535 million agreement from <u>Bristol-Myers Squibb Co.</u> to partially settle claims that the drug company had illegally blocked generic competition for its anxiety medication, BuSpar.

In another case involving generic drug competition, Berman DeValerio, as co-lead counsel, helped secure an $80 million settlement from French-German drug maker <u>Aventis Pharmaceuticals</u> and the <u>Andrx Corporation</u> of Florida. The payment to consumers, state agencies, and insurance companies settles claims that the companies conspired to prevent the marketing of a less expensive generic version of the blood pressure medication Cardizem CD. The state attorneys general of New York and Michigan joined that case in support of the class.

## LEADERSHIP ROLES

The firm has acted as lead or co-lead counsel in dozens of high profile cases, and has played an active role in some of the country's most prominent class actions. The following is a list of active cases where the firm is currently serving as lead or co-lead counsel for the class. This list does not include the numerous closed actions where the firm served as lead or co-lead counsel.

7

## Securities Class Actions

- In Re: Abercrombie & Fitch Co. Securities Litigation, M21-83 (TPG) (S.D.N.Y) – Member of the Executive Committee.

- In Re: Buca Inc. Securities Litigation, Civil Action No. 05-cv-1762 (D. Minn.)

- In Re: Oscar Wyatt v. El Paso Corp., Civil Action No. H-02-2717 (S.D. Tex.); Deputy Lead Counsel

- In Re: Fannie Mae Securities Litigation, 1:04-cv-1639 (RJL) (D. D.C.) – Co-lead Counsel.

- In re: GenesisIntermedia, Inc. Securities Litigation, 01cv9024 (C.D. Cal) – Co-lead Counsel.

- Hanley v. Warburg (Magma Copper), 96-390 (D. Ariz.) – Co-lead Counsel.

- Heartland High Yield Municipal Bond Fund et al., 00 C 1388 (JPS) (E.D. Wisc.) – Lead Counsel.

- In re: ICG Communications Inc. Securities Litigation, 00-CV-1864 (D. Colo.) – Co-lead Counsel.

- In Re: Philip Services Corp Securities Litigation, 98cv835 (MBM) (S.D.N.Y.), 99-7825 (2d Cir.) – Co-lead Counsel.

- In re Silicon Storage Tech., Inc. Securities Litigation, C-05-0295 (PJH) (N.D. Cal.)

- In Re: Stone & Webster, Inc. Securities Litigation, 00cv10874 (RCL) (D. Mass.) – Member of the Executive Committee and Liaison Counsel.

- In Re: Xcelera.com Securities Litigation, 1:00cv11649 (RWZ) (D. Mass.) – Co-lead Counsel.

- Carlson v. Xerox Corp., 3:00-CV-1621 (AWT) (D.Conn.) – Co-lead Counsel

## Antitrust Class Actions

- In Re: Canadian Car Antitrust Litigation.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

- In Re: SBC Communications, Inc. Antitrust Litigation, (Lead Case No. 3:02CV1617 (DJS), D. Conn.) and Syncro Services v. Bell Atlantic Corp. (02 civ. 7650 (SHS), S.D. N.Y).

- In Re: Automotive Refinishing Paint Litigation, (JCCP4199, Superior Court of California, County of Alameda).

- Sample v. Monsanto et al. [Bioseeds Antitrust Litigation], (4:01cv00065RWS, E.D. Mo.).

- In Re: High Fructose Corn Syrup Antitrust Litigation, (95-1477, MDL No. 1087, C.D. Ill.).

- Samole v. Bayer Ag, et al. [Cipro Antitrust Litigation], (MDL1383, E.D. N.Y.). Koonan v. Barr Laboratories, Inc. [Tamoxifen Antitrust Litigation], (MDL 1408, E.D. N.Y.).

- Blevins v. Wyeth-Ayerst Laboratories, et al. [Premarin Antitrust Litigation], (CGC-01-324380, Superior Court of California, County of San Francisco).

- In Re: Neurontin Antitrust Litigation, (MDL1479, D. N.J.).

- In Re: Terazosin Hydrochloride Antitrust Litigation, [Hytrin], (99-MD-1317, S.D. Fla.).

- MC - UA Local 119 Health and Welfare Plan V. Glaxosmithkline, PLC et al. [Wellbutrin], (02-cv-4398, E.D. Pa.).

9

## TRIAL EXPERIENCE

The firm also has extensive experience in taking securities and antitrust class actions to trial. Over the years, its attorneys have gone to trial against pharmaceutical companies in New York and Boston, a railroad conglomerate in Delaware, one of the nation's largest trustee banks in Philadelphia, a major food retailer in St. Louis and the top officers of a failed New England bank. The firm also took an environmental products company to trial in Philadelphia and successfully argued the case before a federal appeals court.

The firm has been involved in more trials than most of the firms in the plaintiffs' class action bar. Our trial experience includes In Re: Disposable Contact Lens Antitrust Litigation, MDL 1030 (M.D. Fla.) (settled for $60 million with defendant Johnson & Johnson after five weeks of trial); Hurley v. Federal Deposit Insurance Corp., 88 Civ. 1940 (D. Mass.) (bench verdict for plaintiffs); Howard Savings Bank, ($3 million plaintiffs' verdict following four week trial); In Re: Equitec Sec. Litig., ($35 million settlement at close of evidence following five month trial); In Re: ICN/Viratek Sec. Litig., 87 Civ. 4296 (S.D.N.Y.) (hung jury with 8-1 vote in favor of plaintiffs; the case settled for over $14.5 million after the trial); In Re: Biogen Sec. Litig., 94 Civ. 12177 (D. Mass.) (verdict for defendants); Peil v. Speiser, No. 82-1289 (E.D. Pa. 1985) (securities fraud class action, verdict for defendants after six-week trial, Court of Appeals affirms but adopts "fraud-on-the-market" rule for Third Circuit securities cases); Kumpis v. Wetterau, No. 83-0362-(C3) (E.D. MO Dec. 1985) (securities fraud class action, case settled in mid-trial); Upp v. Mellon, No. 91-5219 (E.D. Pa. 1992) (bench trial, court finds for class of trust beneficiaries in suit against trustee bank and orders disgorgement of fees; Third Circuit later reversed based on lack of jurisdiction). The firm has the reputation and experience to take a case through verdict and appeal.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

## PARTNERS

### Boston Office

### Glen DeValerio

Glen DeValerio has prosecuted federal securities law violations, chiefly class and
derivative actions, since the early 1970s. A 1969 graduate of the University of Rhode
Island, he received his law degree in 1973 from the Catholic University Law School and
served on the Catholic University Law Review's editorial board for two years. In 1973
and 1974, he worked as a law clerk to the Honorable June L. Green, U.S. District Court
for the District of Columbia. Mr. DeValerio was admitted to the bar of the District of
Columbia in 1974 and to the Massachusetts Bar in 1982. He has tried cases and argued
before appellate and district courts in the District of Columbia, the District of
Massachusetts, Delaware, and elsewhere, earning favorable judicial comment for his
work.

Mr. DeValerio frequently lectures on complex securities litigation issues at continuing
legal education seminars sponsored by groups like PLI, ALI-ABA, and the Boston Bar
Association. He served as the President of the National Association of Securities and
Commercial Law Attorneys (NASCAT) from 1996 through 1998.

### Norman Berman

Since the creation of the firm in 1982, Norman Berman has focused his activities
principally on the complex litigation of cases filed under the federal securities and
antitrust laws. Mr. Berman has acted as trial counsel in a number of successful cases,
including In Re: ICN Securities Litigation, which was settled after trial for more than
$14.5 million in 1996. The trial team's work prompted positive judicial comment.

Mr. Berman graduated from Boston University in 1970 and from Suffolk University Law
School in 1974. He was admitted to practice law in Massachusetts and Connecticut in
1974.

### Peter A. Pease

Mr. Pease has been litigating cases under the federal antitrust and securities laws and
state unfair trade practices laws for nearly 30 years. He received a B.A. from the
University of Denver in 1972, and a J.D. from Suffolk University Law School in 1976.
He is admitted to practice in Massachusetts, the U.S. District Courts of Massachusetts
and the Eastern District of Michigan, and the U.S. Courts of Appeals for the First and
Third Circuits. His effective and successful advocacy has elicited favorable judicial
comment in courts throughout the nation.

For over 20 years Mr. Pease has written and lectured at various bar association CLE
programs, trade group annual meetings and the Sloan School of Management at M.I.T.
He has served as an editor of the American Bar Association's Franchise Law Journal. His

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL. 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

courtroom success and expertise have resulted in many appearances in the broadcast and print media.

Mr. Pease has served the community in many ways. He is currently Chair of the Board of Directors of Bay Cove Human Services, Inc. and was a Director of the Massachusetts Alliance for the Mentally Ill. He was Chair of the Town of Upton Planning Board 1981-1985, and a Deacon of the First Parish Church in Lincoln.

### Jeffrey C. Block

Jeffrey C. Block graduated *cum laude* from the State University of New York at Albany in 1983 and received his J.D. in 1986 from Brooklyn Law School, where he finished in the top 10 percent of his class. He was admitted to the New York Bar in 1987 and is also admitted to practice in Massachusetts. From 1987 to 1995, Mr. Block was associated with the New York law firm of Pomerantz Haudek Block Grossman & Gross, representing shareholders in securities class actions brought under the federal securities laws and in state court actions involving claims of breaches of fiduciary duties by corporate directors.

A partner at Berman DeValerio since 1997, Mr. Block has been one of the firm's lead attorneys on a number of cases, including In Re: Prison Realty Sec. Litig., one of the 10 largest settlements in securities class-action history, and In Re: Digital Lightwave Sec. Litig., in which the class received more than twice its certified losses after payment of attorneys' fees. He has also represented institutional clients in class actions alleging securities fraud at Xerox and Bristol-Myers Squibb.

### Kathleen M. Donovan-Maher

Kathleen Donovan-Maher became a partner at the firm's Boston office in 1999 and focuses her work in Berman DeValerio's antitrust and securities practices. Ms. Donovan-Maher served as discovery captain in In Re: Nasdaq Antitrust Litigation and was a member of the trial team in In Re: ICN Securities Litigation, which settled for $14.5 million when the jury deadlocked after a 1996 trial. Ms. Donovan-Maher graduated from Suffolk University in 1988, receiving a B.S. degree in Business Administration, *magna cum laude*, and earning an award for maintaining the highest grade point average among students with concentrations in Finance. She graduated from Suffolk University Law School three years later after serving for two years on the *Transnational Law Review*.

Ms. Donovan-Maher was admitted to the Massachusetts Bar in 1991, the United States District Court for the District of Massachusetts in 1992 and the United States Court of Appeals for the First Circuit in 1995. A frequent author on continuing legal education issues, Ms. Donovan-Maher is a member of Phi Delta Phi; Delta Mu Delta National Honor Society in Business Administration; and Omicron Delta Epsilon International Honor Society of Economics.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Michael G. Lange**

Michael G. Lange became a partner with the firm in 1999. Until 1994, when he joined Berman DeValerio, he was a member of the defense bar as an attorney with Testa, Hurwitz & Thibeault. Mr. Lange is a 1988 graduate of Swarthmore College, where he received his B.A. degree in Economics, *magna cum laude*. He graduated *cum laude* from Harvard Law School in 1991. He was admitted to the Massachusetts Bar in 1991 and the U.S. District Court for the District of Massachusetts in 1992. He is also admitted in the U.S. District Court of Colorado and the 1st, 3rd and 10th Circuit Courts of Appeal.

Mr. Lange has been involved in numerous class action cases on behalf of shareholders, insurance policyholders, and consumers. He was a member of the trial team in In Re: Biogen, Inc. Securities Litigation, the first securities class action tried in Massachusetts in nearly a decade. He was a co-chair and featured speaker for the February 2001 Class Action Litigation Summit in Washington, D.C., chair of the June 2001 MCLE Seminar "Class Action Practices in Massachusetts and Federal Court," and co-chair of the May 2002 BBA Seminar "The Life Cycle of a Class Action." He has spoken at investor conferences and serves as co-chair of the Boston Bar Association Class Action Committee. He is currently Vice President of the National Association of Shareholder and Consumer Attorneys (NASCAT), as well as a member of the Executive Committee, and previously served as the head of the media committee for the organization. He has written extensively on class action issues for professional and popular publications and has been quoted frequently in the national press.

**Leslie R. Stern**

Leslie R. Stern earned a B.S. degree in Finance from American University in 1991 and graduated, *cum laude,* from Suffolk University Law School in 1995. While at Suffolk, Ms. Stern served on the *Suffolk University Law Review's* editorial board and authored three publications. She was admitted to the Massachusetts Bar in 1995.

Before joining the firm, Ms. Stern practiced general civil litigation. She became associated with Berman DeValerio in 1998 and was named partner in 2003. Ms. Stern focuses her practice on securities litigation.

**Patrick T. Egan**

Patrick T. Egan received a B.A. in Political Science, *cum laude*, from Providence College in 1993. In 1997, Mr. Egan graduated *cum laude* from Suffolk University Law School. Mr. Egan served on the editorial board of the *Suffolk University Law Review* and authored a Note entitled: "Virtual Community Standards: Should Obscenity Law Recognize the Contemporary Community Standard of Cyberspace," 30 *Suffolk University Law Review* 117 (1996). Mr. Egan was admitted to the Massachusetts Bar in 1997, the Connecticut Bar in 1998 and the New York Bar in 1999.

Mr. Egan came to the firm from the U.S. Department of Labor, where he served as an attorney advisor with the Office of Administrative Law Judges. He became associated with the firm in 1999 and was named partner effective January 1, 2006.

BOSTON · SAN FRANCISCO · WEST PALM BEACH
TEL: 800 516-9926 · E-MAIL: LAW@BERMANESQ.COM · URL: WWW.BERMANESQ.COM

**San Francisco Office**

**Joseph J. Tabacco, Jr.**
The managing partner of the firm's San Francisco office, Mr. Tabacco has actively
litigated antitrust, securities fraud, commercial high tech, and intellectual property
matters since the 1970s. He is a member of the bar in California, where he began his
legal career, and is also a member in good standing of the bars of New York,
Massachusetts, and the District of Columbia. Since entering private practice in the
1980s, Mr. Tabacco has served as trial or lead counsel in numerous antitrust and
securities cases and has been involved in all aspects of state and federal securities and
antitrust litigation.

Until 1981, he served as senior trial attorney for the U.S. Department of Justice, Antitrust
Division, in both the Central District of California and the Southern District of New
York. In that capacity, he had major responsibility for several criminal and civil matters
including the antitrust trial of the U.S. v. IBM. He is a former teaching fellow of the
Attorney General's Advocacy Institute in Washington, D.C., and has served on the
faculty of ALI-ABA on programs about U.S.-Canadian business litigation and trial of
complex securities cases. Author of numerous articles on securities and antitrust law
issues, he is a member of the Advisory Board of the Institute for Consumer Antitrust
Studies at Loyola University Chicago School of Law.

**Christopher T. Heffelfinger**
Christopher T. Heffelfinger is a 1984 graduate of the University of San Francisco School of Law,
where he was a member of the law review. He graduated from Claremont Men's College in
1977 with a B.A. in Economics. He has an AV rating from Martindale-Hubbell. He specializes
in corporate, securities, derivative and antitrust litigation, and has acted as a principal attorney in
a number of such cases. Prior to joining the firm, he was associated with the San Francisco firm
of Gold & Bennett from 1990 to 1994, where he practiced securities and bankruptcy litigation.
Before that, he practiced securities litigation and bankruptcy law for five years with a small firm
in Marin County with an emphasis on Chapter 11 reorganizations, representing both debtors and
creditors. He has litigated securities cases involving real estate limited partnerships, the
mortgage banking and insurance industries, and companies engaged in the high-tech arena where
the allegations involved both non-disclosed product problems and accounting fraud issues.

Mr. Heffelfinger has also lectured on discovery as a panelist in the Federal Court Northern
District of California Practice Program. In addition, he served as a Captain (infantry) in the U.S.
Marine Corps from 1990-1991, when he was recalled to active duty in support of Operations
Desert Shield/Storm.

**Nicole Lavallee**

14

Nicole Lavallee is a 1989 graduate of the French Civil Law School at Université de Montréal in Canada. In 1991, she was admitted to the Quebec Bar (currently inactive) and obtained her Common Law degree from Osgoode Hall Law School in Toronto. Ms. Lavallee joined Berman DeValerio shortly after being admitted to the California Bar in 1993 and was elevated to partner in 2002.

Ms. Lavallee focuses her practice primarily on securities and derivative litigation and has been responsible for the prosecution of a number of the firm's high profile securities cases. She recently represented the pension funds of Colorado, Minnesota and Utah in a successful opt-out action against McKesson/HBOC brought in San Francisco Superior Court.

15

**West Palm Beach Office**

**C. Oliver Burt, III**

C. Oliver Burt, a partner in the West Palm Beach office, launched his legal career with a major Philadelphia law firm. In 1971, he began prosecuting white-collar criminal cases as an assistant U.S. attorney for the Eastern District of Pennsylvania and, two years later, was appointed chief of the Civil Division of the United States Attorney's Office. He later returned to private practice in Philadelphia, focusing primarily on antitrust, unfair competition, and securities cases. He also briefly served as a special assistant U.S. attorney.

Mr. Burt has extensive litigation experience. He was trial co-counsel for plaintiffs in <u>Peil v. Speiser</u>, and argued the appeal. In its landmark opinion in that case, the Third Circuit adopted the "fraud-on-the-market" presumption of reliance as the law of the Circuit. Mr. Burt also argued numerous appeals in class action cases in the Third, Eighth, and Eleventh Circuits and in the Delaware Supreme Court. He is a member of the Florida and Pennsylvania Bars and is admitted to practice before the Supreme Court of the United States. Mr. Burt graduated from Swarthmore College in 1964 and from the Law School of the University of Pennsylvania in 1967.

**Michael J. Pucillo**

Michael J. Pucillo is the managing partner of the firm's West Palm Beach office. A member of the Florida Bar since 1978, he is admitted to practice before the United States Court of Appeals for the Fifth and Eleventh Circuits, and the United States District Courts for the Southern and Middle Districts of Florida and the District of Arizona. He has been active in numerous class actions and shareholder derivative actions throughout the United States since 1989. He acted as sole lead counsel in <u>In Re: UCAR International, Inc. Securities Litigation</u>, Case No. 98-CV-0600-JBA (D. Conn.), an action in which the Florida State Board of Administration was the lead plaintiff. That action settled in 2000 for a $40 million cash payment and the right to appoint a new member to UCAR's Board of Directors, one of the first times such significant corporate governance relief was achieved as part of a securities class action.

A graduate of Williams College (1975) and Georgetown University Law School (1978), Mr. Pucillo worked as law clerk to two federal judges before serving as an enforcement attorney with the U.S. Securities and Exchange Commission in Washington. Mr. Pucillo has lectured frequently on class actions and litigation. In 1994, he became a member of the faculty of the College of Advanced Judicial Studies ("AJS"), where he taught "Managing the Complex Civil Case" to Florida circuit court judges in 1994 and in 1996. He taught again at the 2002 AJS. A member of the Academy of Florida Trial Lawyers, he has lectured for the Academy on class actions and on recent developments in commercial and business tort litigation. He served as president of the Gold Coast Chapter of the Federal Bar Association during 1989-1990, and served from 1994 to 1997 as chairman of the Palm Beach County Bar Association Federal Court Practice

16

Committee. He also appeared on the PBS Nightly Business Report on issues relating to investor fraud.

**Wendy H. Zoberman**
Wendy Zoberman is admitted to practice before the United States District Court for the Middle and Southern Districts of Florida, as well as all Florida State Courts. Ms. Zoberman is a 1981 graduate of Wellesley College, where she was a Durant Scholar, and was elected to the Phi Beta Kappa Society. She received her law degree from Columbia University in 1984. At Columbia she served as an Articles Editor of the Columbia University - Volunteer Lawyers for the Arts Journal of Art and the Law and is a co-author of "An Introduction to the New York Artists' Authorship Rights Act," appearing at Vol. 8, No. 3 Columbia - VLA Journal of Art and the Law 369.

Ms. Zoberman has practiced law in Florida since 1984, originally concentrating on First Amendment litigation and commercial litigation. Since 1990, Ms. Zoberman has prosecuted numerous securities class actions and shareholder derivative actions both throughout Florida and in other jurisdictions, including In Re: John Alden Financial Corp. Securities Litigation, Ehrenreich, et al. v. Sensormatic Electronics Corp. and In Re: Brothers Gourmet Coffees, Inc. Securities Litigation. She was also instrumental in the prosecution of In Re: UCAR International, Inc. Securities Litigation.

**R. Scott Palmer**
Scott Palmer, a graduate of the University of Michigan and a 1976 honors graduate of the University of Miami School of Law, began his career as an assistant state attorney in Orlando, Florida. From 1976 to 1979, he served as a misdemeanor and felony trial attorney as well as a legal advisor to the Organized Crime Strike Force. In 1980, Mr. Palmer was appointed chief field counsel for the Florida Department of Law Enforcement and later became director of executive investigations, responsible for the security of Florida's governor and internal affairs at the Department of Law Enforcement. In 1982, then-Gov. Bob Graham appointed him chief prosecutor of the Statewide Grand Jury, a post he held until 1986. After two years in private practice, Mr. Palmer was appointed an assistant attorney general for the Antitrust Section of the Economics Crimes Litigation Unit, handling all major antitrust litigation for Florida, including trials.

Mr. Palmer has continued to represent Florida since joining Berman DeValerio's West Palm Beach office in 1997. He is a member of the Florida Bar and the bars of the Eleventh Circuit Court of Appeals, Northern, Middle, and Southern Districts of Florida. A certified Circuit Court mediator, he has authored a law review article on statewide prosecution and a chapter on unfair trade practices in Matthew Bender's "Florida Forms of Jury Instruction." In addition, Mr. Palmer has taught litigation skills at the Florida State University College of Law and has studied antitrust law under Philip Areeda at Harvard Law School.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Manuel J. Dominguez**

Manuel Dominguez graduated with honors from the Florida State University Law School in 1995 and was a member of the *Transnational Journal of Law and Policy*. He received his undergraduate degree from Florida International University in 1991. Mr. Dominguez is admitted to practice law in the State of Florida as well as the United States District Courts for the Northern, Middle, and Southern Districts of Florida.

Mr. Dominguez served as an assistant attorney general with the State of Florida from 1995 to 1997 in the Department of Economic Crimes. He participated in the prosecution and investigation of corporations and business entities for violations of Florida's RICO statute, Florida's antitrust statute and Florida's Unfair and Deceptive Trade Practices Act. In private practice from 1997 through 2000 Mr. Dominguez litigated and tried cases involving Florida's Unfair and Deceptive Trade Practices Act, the Florida Consumer Collection Practices Act, Federal Debt Collection Practices Act, and Truth In Lending. Mr. Dominguez was named a partner at Berman DeValerio Pease Tabacco Burt & Pucillo effective January 1, 2006.

## ASSOCIATES

**Boston Office**

**John A. Dziamba**

John A. Dziamba is a graduate of Southern Connecticut State University and the University of Connecticut School of Law, where he authored: "The Free Press Fair Trial Controversy", 2 *Connecticut Law Review* 351.

Mr. Dziamba contributes experience in business, government and large class action litigation. He was lead counsel in successful argument before the US Supreme Court in Vlandis v. Kline, 412 U.S. 443 (1973), which invalidated tuition residency laws in Connecticut and set the standard for in-state tuition residency nationwide. He has also been counsel on a number of class action cases in the areas of investment, consumer and civil rights. He is admitted to practice in Massachusetts and Connecticut.

Mr. Dziamba has been a partner with the Boston firms of Gray & Wendell and Warner & Stackpole. He served as interim general counsel of Teradyne, Inc. and as general counsel of Gammatel, Inc., an international telecommunications company. Mr. Dziamba was Chief Regional Attorney for the Office of Civil Rights of the U.S. Department of Education. He has also served as an arbitrator for the American Arbitration Association and a mediator for the U.S. District Court in Boston.

Mr. Dziamba is an Adjunct Professor at Boston University. He was also an Adjunct Professor at Albertus Magnus College and on the Faculty Trial Practice Seminar of the Connecticut Bar Association, and on the faculty of the national Legal Services Corporation.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

Mr. Dziamba joined Berman DeValerio in 2005 and focuses his practice on securities litigation.

**Audley Fuller**
Audley Fuller received his law degree from Boston College Law School in 1985 and a double degree in English and Mass Communications, *cum laude,* from the University of Hartford in 1981. Mr. Fuller was admitted to practice in Massachusetts in 1985, the U.S. District Court for the District of Massachusetts in 1987, and the U.S. Supreme Court in 2000.

Mr. Fuller began his legal career as an assistant district attorney for Middlesex County, Massachusetts. Later, he worked as an associate with Fitzhugh & Associates, a Boston insurance defense firm.

**Allison K. Jones**
Allison K. Jones graduated, *magna cum laude*, from Suffolk University Law School in 2002, where she was executive editor of the Suffolk University Law Review 2001-2002 and a recipient of the Rehnquist Award for Excellence in Professional Responsibility in 2002. Her published articles include *New Property in a New Age of Federalism: the Fight over Intellectual Property Protection* (Suffolk University Law Review, 2002) and *Trade Secret Litigation* (Intellectual Property Conference, 2001). She earned a Master of Arts in History from the University of Florida at Gainesville in 1999 and a Bachelor of Arts from Florida State University in 1988.

Ms. Jones was admitted to the Massachusetts Bar in 2002 and also is admitted to practice before the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit. Prior to becoming an associate at Berman DeValerio, she was a litigation associate at Greenberg Traurig, LLP, in Boston. She focuses her practice on securities litigation.

**Richard F. Malloy, Jr.**
Richard F. Malloy, Jr. graduated from the University of North Texas in 1991 with a B.A. in philosophy and religion studies and a minor in music performance. Mr. Malloy received a J.D. from Suffolk University Law School in 1994, where he received the Award for Outstanding Oral Advocacy in the first-year mock trial competition. While studying at Suffolk Law, Mr. Malloy worked as an advocate at the New England Center for Homeless Veterans and clerked at Adelson Golden & Loria PC, where he assisted in the firm's bankruptcy and real estate practices.

After being admitted to the Massachusetts Bar in 1994, Mr. Malloy worked as a consultant for Tufts and Harvard Universities, where he coordinated the reaccreditations of both universities' medical schools. Mr. Malloy joined Berman DeValerio Pease Tabacco Burt & Pucillo as an associate in 2005.

19

**Joseph C. Merschman**
Joseph C. Merschman earned a BBA in Accounting in 1998 from the University of Iowa.
In 2001, Mr. Merschman graduated from the University of Connecticut School of Law,
where he was articles editor for the *Connecticut Law Review*. Mr. Merschman was
admitted to the Massachusetts and Connecticut Bars in 2002.

Prior to joining Berman DeValerio in 2003, Mr. Merschman was a law clerk for the
Honorable Judge Richard Roberts in the U.S. District Court for the District of Columbia.
Mr. Merschman is also a former law clerk of Connecticut Supreme Court Justice
Christine Vertefeuille and a summer/fall associate at the law firm of Rogin, Nassau,
Caplan, Lassman & Hirtle, LLC.

**Julie A. Richmond**
Julie A. Richmond graduated *magna cum laude* from Tufts University in 1995 with a
B.A. in Economics. In 1998, Ms. Richmond received her J.D. from the American
University Washington College of Law, *summa cum laude*, where she served as an
Articles Editor on the American University Law Review. Ms. Richmond has been a
member of the Massachusetts Bar since 1998 and was admitted to practice before the
U.S. District Court for the District of Massachusetts in 1999.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo, Ms. Richmond
practiced securities litigation and corporate law at Goodwin Procter LLP. She focuses
her activities in the firm's securities litigation practice.

**Abigail R. Romeo**
Abigail R. Romeo received her undergraduate degree in Government from Skidmore
College in 2000, graduating *summa cum laude*. In 2003, Ms. Romeo earned a J.D.,
*magna cum laude*, from Pepperdine University School of Law, where she received the
Witkin Award for Academic Excellence in Contracts I, Torts II, and Evidence. Ms.
Romeo was also editor of the Pepperdine Law Review. She was admitted to the
Massachusetts State Bar in 2003.

Prior to joining Berman DeValerio in 2005, Ms. Romeo worked as a litigation associate
with Palmer & Dodge LLP in Boston and as a legal intern with the U.S. Department of
Justice, Executive Office for Immigration Review. Ms. Romeo focuses her practice on
securities litigation.

**Jonathan Simpson**
Jonathan Simpson graduated *cum laude* from Harvard University in 1999 with an A.B. in
Environmental Science and Public Policy. He received his J.D. in 2004 from New York
University School of Law, earning honors on the Casebook Division of the Moot Court
Board. Prior to attending law school, Mr. Simpson worked as an account coordinator at
Candelori Communications and as a research assistant at the Public Policy Institute of
California. During the summer of 2003, Mr. Simpson worked as a summer associate for
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo PC, where he was later hired as an

20

associate in the fall of 2004. As an associate, Mr. Simpson practiced in the Intellectual Property litigation section, where he managed discovery for complex patent litigation involving software and computer technology. He also served on the Firm Associate Committee. He was admitted to the Massachusetts Bar in 2004.

Mr. Simpson joined Berman DeValerio Pease Tabacco Burt & Pucillo as an associate in 2006 and focuses his practice on securities litigation.

**Nicole R. Starr**
Nicole R. Starr earned a B.A., *magna cum laude*, in Political Science and a minor in Spanish in 1999 from Providence College. In 2002, Ms. Starr graduated, *summa cum laude*, from Suffolk University Law School, where she served as an Associate Production Editor for the *Suffolk University Law Review* and authored an article entitled: "The Curtailment of the Doctrine of Equivalents: Courts Emphasize the Public Notice Function of Patent Claims," 35 *Suffolk U.L. Rev.* 323 (2001). While at law school, Ms. Starr received the Best Brief and Best Oral Advocate Award in the First Year Legal Practice Skills Program and the Jurisprudence Award for Civil Procedure and Commercial Paper. In 2001, Ms. Starr was a summer associate at the Boston firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., where she researched and prepared memoranda on a variety of legal matters, including litigation, corporate, real estate, and trusts and estates issues. Ms. Starr was admitted to the Massachusetts Bar in 2002.

Ms. Starr joined Berman DeValerio Pease Tabacco Burt & Pucillo in 2002 and focuses her practice on securities litigation.

**Patrick F. Welch**
Patrick F. Welch earned a Bachelor of Arts in International Relations and Economics in 1999 from Connecticut College and a J.D. in 2005 from New England School of Law, where he was named to the Dean's List for four semesters. Mr. Welch also was awarded the CALI Excellence Award (Corruption in International Business Transactions), a PLI Scholarship for the 36th Annual Institute on Securities Regulations, and an ABA Scholarship for the 18th Annual National Institute on White Collar Crime. In addition, he contributed to the 2005 ALI/ABA Securities Litigation Program and served as Associate Editor for the New England Journal of International and Comparative Law. While in law school, Mr. Welch interned for the United States Attorney's Office, Criminal Division, the United States Securities and Exchange Commission, Division of Enforcement, and for the Honorable Michael C. Lauranzano, Massachusetts District Court Judge. He was admitted to the Massachusetts Bar in 2005.

Mr. Welch joined Berman DeValerio Pease Tabacco Burt & Pucillo in 2005 as a law clerk and became an associate later in the year. He focuses his practice on securities litigation.

21

**Bryan A. Wood**
Bryan A. Wood graduated, cum laude, from the University of Massachusetts in 1991 with a B.A. in Sociology. In 1995, he earned an M.S., summa cum laude, in Public Policy from the Eagleton Institute of Politics at Rutgers University and graduated, cum laude, from the Temple University School of Law in 1998. While at law school, Mr. Wood was the Managing Editor of the Temple Law Review and a board member of the Temple Law Moot Court Honor Society. Mr. Wood was admitted to the Pennsylvania bar in 1998 and the Massachusetts bar in 2001. In addition, Mr. Wood completed a one-year internship for the Honorable Edward R. Becker, then Chief Judge for the U.S. Court of Appeals for the Third Circuit. He was also admitted to the U.S. District Court for the Districts of Pennsylvania (in 1998), Massachusetts (in 2001) and Colorado (in 2004), as well as the U.S. Circuit Court of Appeals for the First Circuit (in 2003). Mr. Wood is a member of the Boston and American bar associations.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo in 2003, Mr. Wood was a litigation associate at both Montgomery McCracken Walker & Rhoads in Philadelphia, and Schnader Harrison Goldstein & Manello in Boston, where he represented corporations and directors in shareholder and other class action lawsuits as well as businesses and municipalities in general contract and employment discrimination cases. Mr. Wood focuses his activities in the Firm's securities litigation practice.


**San Francisco Office**

**Julie J. Bai**
Julie J. Bai earned a B.S. in Economics and a minor in Japanese in 1995 from the University of Pennsylvania, Wharton School of Business. In 2003, Ms. Bai received her J.D. from the University of California, Davis, School of Law. While in law school, Ms. Bai worked on family law matters with low-income victims of domestic violence at the Family Protection Clinic in Woodland, California. Ms. Bai was admitted to the California Bar in 2003. She is a member of the American Bar Association.

Ms. Bai is also a Certified Public Accountant and has worked as a business assurance associate and senior tax accountant at two major public accounting firms. Ms. Bai joined Berman DeValerio as an associate in 2004.

**Matthew D. Pearson**
Matthew D. Pearson is a 1999 graduate of the University of California, Los Angeles, where he earned a B.A. in political science. Mr. Pearson received his J.D. from the University of California, Davis, King Hall School of Law in 2004. While in law school, Mr. Pearson completed the King Hall Public Service Law Program and worked as a legal intern assigned to a felony trial team at the Sacramento County District Attorney's Office.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

Mr. Pearson is a member of the California Bar and joined Berman DeValerio Pease
Tabacco Burt & Pucillo as an associate in 2005.

**Todd A. Seaver**
Todd A. Seaver graduated *magna cum laude* from Boston University in 1994 with a B.A.
in International Relations.  He earned a M.Sc. from the London School of Economics in
1995 and graduated *cum laude* from the American University Washington College of
Law in 1999.  While in law school, Mr. Seaver worked as a law clerk at the Federal
Trade Commission's Bureau of Competition, as a judicial extern for the Honorable
Ricardo M. Urbina of the U.S. District Court for the District of Columbia, and as a law
clerk in the antitrust practice group in the law firm Morgan, Lewis & Bockius.

Mr. Seaver was admitted to the New Hampshire Bar in 1999 and to the Massachusetts
Bar in 2000, and is a member of the American Bar Association's Antitrust Section.  Mr.
Seaver joined the firm in 2000 and focuses his practice on both antitrust litigation and
securities litigation.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Lesley Ann Hale**
Lesley Ann Hale graduated *cum laude* with a Bachelor of Arts in Government from
Harvard College in 1993, where she was named to the Dean's List (1991-1992) and
received the Harvard College Scholarship of Academic Achievement and the Elizabeth
C. Agassiz Merit Award for Academic Achievement. In 1998, Ms. Hale received her
J.D. from Georgetown University Law Center. While studying at Georgetown, Ms. Hale
worked as an assistant to a Partner at Russell & Russell P.C., drafting pleadings and
conducting legal research, and also represented domestic violence victims in the District
of Columbia Superior Court. Ms. Hale was admitted to the Massachusetts State Bar in
1998 and the California State Bar in 2005.

Following her admittance to the Massachusetts Bar in 1998, Ms. Hale served as Special
Assistant to the United States Attorney, where she conducted misdemeanor bench trials
before the District Columbia Superior Court, and as a Trial Attorney in the Criminal
Enforcement Section of the U.S. Department of Justice Tax Division. Most recently, Ms.
Hale has served as a Senior Motions Attorney for the 9th Circuit U.S. Court of Appeals in
San Francisco, where she worked on a class-action 'discriminatory pay and promotion
policy' lawsuit in *Dukes v. Walmart*, and a preliminary injunction appeal challenging the
government's "stop-loss" policy, which would facilitate the unwelcome deployment of an
Army National Guard soldier, in *John Doe v. Rumsfeld*. She joined Berman DeValerio
Pease Tabacco Burt & Pucillo in 2005.

**James C. Magid**
James C. Magid earned a Bachelor's degree, with honors, from the University of
California at Berkeley in 2000, majoring in Political Economy of Industrial Societies. In
2004, Mr. Magid received his J.D. from the University of California, Hastings College of
the Law. While at U.C., he earned a number of honors, including the William J. Riegger
Memorial Student Prize, for outstanding work in international law, and the Class of 1969
Scholarship, for demonstration of leadership in community service. Mr. Magid also
participated in the Spring 2003 Jessup International Law Moot Court Competition and
was Notes Editor for the *Hastings' Constitution Law Quarterly*, 2003-2004. He was
admitted to the California Bar in 2004 and began work as a Staff Attorney for the U.S.
Court of Appeals for the Ninth Circuit. He became associated with the California office
of Berman DeValerio in 2006.

**West Palm Beach Office**

**Kyle G. DeValerio**
Kyle G. DeValerio graduated from Colby College in 1999 with a B.A. in Government. In
his junior year, he studied at the London School of Economics and Political Science,
concentrating in European politics and the English legal System. Mr. DeValerio received
his J.D. from the Suffolk University School of Law in 2004.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo as an associate, Mr.

BOSTON · SAN FRANCISCO · WEST PALM BEACH
TEL: 800 516-9926 · E-MAIL: LAW@BERMANESQ.COM · URL: WWW.BERMANESQ.COM

DeValerio worked as a legal intern in the Civil Division of the United States Attorney's Office in Boston and as a law clerk and paralegal in the firm's Boston office. Mr. DeValerio focuses his practice on securities litigation.

### Jay W. Eng

Jay W. Eng graduated from Florida State University in 1994 with a B.S. in Economics. In 1998, he graduated from Tulane Law School with a J.D. and certificate of specialization in maritime law. He was awarded the book award for the top grade in Contracts II – the Uniform Commercial Code. He also served as a Notes and Comments Editor to the *Tulane Maritime Law Journal* and authored a note entitled, "The 'Something More' Requirement under Section 5(b) of the Longshore Act: Singleton v. Guangzhou Ocean Shipping Co.," 21 Tul. M. L.J. 205 (1996). Jay is a member of the Florida Bar, the Southern District of Florida, Middle District of Florida, Northern District of Florida, and the Eleventh Circuit Court of Appeals.

Prior to joining the firm, Jay was a commercial litigation associate at a major Florida law firm. He also served a judicial law clerk to Magistrate Judge Ann E. Vitunac, United States District Court for the Southern District of Florida, and as a trial court law clerk to the Fifteenth Judicial Circuit Court in and for the State of Florida.

### Marc J. Greenspon

Marc J. Greenspon graduated from the State University of New York at Buffalo in 1999 with a B.A in Political Science and received a J.D. from Nova Southeastern University in 2002. Mr. Greenspon authored an article entitled, *Securities Arbitration: Bankrupt, Bothered & Bewildered*, 7 STAN. J.L. BUS.& FIN.131(2002). He was admitted to the Florida Bar in 2002. In 2003, he received an LL.M. in Securities & Financial Regulation at Georgetown University Law Center. He joined Berman DeValerio that same year.

### Of Counsel

### Anne F. O'Berry

Anne F. O'Berry, of counsel to the firm, was admitted to the New York bar in 1987 and the Florida Bar in 1995. She obtained her B.A., *summa cum laude* and Phi Beta Kappa, from the University of Pennsylvania in 1983. She received her J.D. in 1986 from New York University School of Law, where she was an articles editor on the *Annual Survey of American Law* and authored an article entitled, "Prisoners' Rights: Judicial Deference to Prison Administrators," 1985 *Ann. Surv. Am. Law.* 325.

Upon graduating from law school, Ms. O'Berry served as a law clerk for the Honorable Dickinson R. Debevoise, United States District Court for the District of New Jersey. She then served as a research and teaching associate for the Honorable A. Leon Higginbotham, Jr., of the United States Court of Appeals for the Third Circuit, and later co-authored, with Judge Higginbotham, a law review article entitled, "'The Law Only As An Enemy': The Legitimization of Racial Powerlessness Through The Colonial and Antebellum Criminal Laws of Virginia," 70 *N.C. L. Rev.* 969 (1992).

25

From 1988 to 1991, Ms. O'Berry was as a commercial litigation associate with a major New York law firm. From 1991 to 1996, she was a staff attorney for a federally funded agency in Tallahassee, Florida, where she represented death row inmates in state and federal post-conviction proceedings. From 1996 to 1997, she served as co-director of an agency representing battered women seeking executive clemency. She then taught as an adjunct professor at St. Thomas University Law School in Miami, Florida, and from 1997 until she joined the firm in 2000, she was a central staff attorney at the Fourth District Court of Appeal in West Palm Beach, Florida.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

## OTHER KEY PERSONNEL

**Christopher A. Szechenyi, Director of Investigations**
Christopher A. Szechenyi is the Firm's director of investigations. Prior to joining the firm, he worked for 60 Minutes as a Paris-based producer, investigating stories all over the world for correspondent Mike Wallace. He also has conducted investigations for Dateline NBC, A&E, and the Discovery Channel and he has contributed stories to the New Yorker magazine and the Boston Globe. During his 25 years in journalism, he received more than two-dozen journalism awards, including two regional Emmys and national recognition from Investigative Reporters and Editors. Among other things, he has exposed of a pattern deadly safety violations on a giant construction project, uncovered design flaws in defibrillators and, most recently, interviewed Osama Bin Laden's half-brother. He earned a B.A. in journalism from Lehigh University in 1975. Mr. Szechenyi is an adjunct professor of journalism at Emerson College in Boston.

**Jeannine M. Scarsciotti, Chief Paralegal**
Jeannine M. Scarsciotti is Berman DeValerio's senior paralegal and, as such, coordinates portfolio monitoring and loss calculation for institutional clients. Ms. Scarsciotti joined the Firm as a paralegal in 1995. Ms. Scarsciotti attended Bentley College, where she graduated, *summa cum laude*, in 1995. She earned a B.S. in Professional Studies and an ABA-Accredited Certificate of Paralegal Studies.

**Robert I. Francis, Forensic Accountant**
Robert I. Francis graduated from Bentley College with a Bachelor of Science in Accountancy and received a Masters in Business Administration from Northeastern University. Mr. Francis is a Certified Public Accountant. He is a member of the American Institute of Certified Public Accountants, the Massachusetts Society of CPAs, and the East Coast Committee of the National Investment Company Service Association (NICSA).

Mr. Francis has an extensive accounting background. He has worked as an audit senior manager specializing in financial services at KPMG Peat Marwick and PricewaterhouseCoopers LLP, and served as vice president for Global Accounting Policy/External Reporting for State Street Corporation. Mr. Francis also has experience as an independent consultant, providing accounting support services related to compliance requirements of the Sarbanes-Oxley Act of 2002.

**Van C. Khang, Forensic Accountant**
Van C. Khang graduated from the University of Massachusetts in 1998 with a B.S in Accounting and Finance. In 1993, Ms. Khang also earned a B.S. in Molecular Biology from the University of Connecticut. Ms. Khang is a Certified Public Accountant in Massachusetts. She has worked as a Manager of Global Investigations and Dispute Advisory for the accounting firm of Ernst & Young. Prior to holding that position, Ms. Khang was a senior consultant and staff auditor for the firm.

27

**OFFICES**

**MASSACHUSETTS**
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

**FLORIDA**
222 Lakeview Ave., Suite 900
West Palm Beach, FL 33401
Phone: (561) 835-9400
Fax: (561) 835-0322

**CALIFORNIA**
425 California Street, Suite 2100
San Francisco, CA 94104
Phone: (415) 433-3200
Fax: (415) 433-6382

# # #

28