## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Evans et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **Akers et al.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> **Bunch et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **W.R. Grace & Co. et al.,** ) <br> ) <br> **Defendants.** ) | **Cases Consolidated As:** <br> **1:04-cv-11380-WGY** |

## ASSENTED TO MOTION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7.1(B)(4), Plaintiffs Keri Evans and Timothy Whipps (the "Evans Plaintiffs") respectfully move for leave of Court to file a Memorandum in Support of the Evans Plaintiffs' Motion for Class Certification in excess of the 20-page limit set forth in said rule. In support of this Motion, Plaintiffs state that the issues raised in their motion for class certification are complex and require detailed explanation and citation. Counsel for Defendants have assented to the relief sought by this Motion. The Plaintiffs' proposed memorandum, submitted herewith, is 23 pages in length.

WHEREFORE, Plaintiff respectfully requests leave of Court to file a memorandum in excess of 20 pages.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certifies that they conferred with Defendants' counsel, and that Defendants' counsel assent to the relief sought by this Motion.

Dated:  May 15, 2006                             Respectfully submitted,


                                   /s/  David Pastor
                                David Pastor (BBO # 391000)
                                GILMAN AND PASTOR, LLP
                                60 State Street, 37th Floor
                                Boston, MA 02109
                                Telephone: (617) 742-9700
                                Facsimile: (617) 742-9701

                                        -and-

                                Joseph H. Meltzer
                                Katherine B. Bornstein
                                SCHIFFRIN & BARROWAY LLP
                                280 King of Prussia Road
                                Radnor, PA  19087
                                Telephone: (610) 667-7706
                                Facsimile: (610) 667-7057

                                        -and-

                                Thomas J. Hart
                                SLEVIN & HART, P.C.
                                1625 Massachusetts Avenue, N.W.,
                                Suite 450
                                Washington, D.C.  20036
                                Telephone: 202-797-8700

                                ***Attorneys for Plaintiffs Keri Evans and Timothy Whipps***

<u>Certificate of Service</u>

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2006.

                /s/ David Pastor