## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Evans et al.,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**Akers et al.,**<br><br>      **Defendants.**<br><br>**Bunch et al.,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**W.R. Grace & Co. et al.,**<br><br>      **Defendants.** | **Cases Consolidated As:**<br>**1:04-cv-11380-WGY** |

## EVANS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Keri Evans and Timothy Whipps (the "Evans Plaintiffs") by their undersigned counsel, respectfully move this Court for an Order (1) granting class certification under Fed. R. Civ. P. 23(a), (b)(1) and/or (b)(2); (2) appointing the Evans Plaintiffs as class representatives; and (3) appointing Schiffrin & Barroway, LLP as Class Counsel and Gilman and Pastor, LLP as Liaison Counsel on behalf of the following class:

> All persons who were participants in or beneficiaries of the W.R. Grace & Co. Savings and Investment Plan (the "Plan")[1] at any time

---

[1] On December 31, 2001 the W. R. Grace & Co. Hourly Employees Savings and Investment Plan (the "Hourly Plan") was merged with the W. R. Grace & Co. Salaried Employees Savings and Investment Plan (the "Salaried Plan"), forming the current Plan. On January 1, 2002, the newly augmented Plan was renamed the W. R. Grace & Co. Savings and Investment Plan, (i.e., the "Plan"). Because the Class Period begins prior to the merger, Plaintiffs bring these claims on behalf of the Plan's predecessors as well, including the Hourly and Salaried Plans.

{00008450.DOC ; 1}

between July 1, 1999 and April 19, 2004 (the "Class Period") and whose accounts included investments in Grace stock.

Plaintiffs respectfully submit that they have complied with the requirements of Federal Rule of Civil Procedure 23 and that their claims are appropriate for class certification.

For the foregoing reasons and for the reasons included in the Evans Plaintiffs' supporting Memorandum, submitted herewith, the Evans Plaintiffs respectfully request that the Court certify the above-defined Class, appoint Plaintiffs Keri Evans and Timothy Whipps as Class Representatives, and appoint Schiffrin & Barroway, LLP as Class Counsel and Gilman and Pastor, LLP as Class Liaison Counsel. Plaintiffs request oral argument on this Motion.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with Defendants' counsel in a good faith effort to resolve or narrow the issues raised by this Motion, but were unable to do so.

Dated: May 15, 2006                    Respectfully submitted,

                                       /s/ David Pastor
                                       David Pastor (BBO # 391000)
                                       GILMAN AND PASTOR, LLP
                                       60 State Street, 37th Floor
                                       Boston, MA 02109
                                       Telephone: (617) 742-9700
                                       Facsimile: (617) 742-9701

                                       *[Proposed Liaison Counsel]*

                                              -and-

                                       Joseph H. Meltzer
                                       Katherine B. Bornstein
                                       SCHIFFRIN & BARROWAY LLP
                                       280 King of Prussia Road
                                       Radnor, PA 19087
                                       Telephone: (610) 667-7706
                                       Facsimile: (610) 667-7057

                                       *[Proposed Class Counsel]*

-and-

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.,
Suite 450
Washington, D.C. 20036
Telephone: 202-797-8700

***Attorneys for Plaintiffs Keri Evans and Timothy Whipps***

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2006.

        /s/ David Pastor

{00008450.DOC ; 1}