IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>    **Plaintiff,**<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| LAWRENCE W. BUNCH, et al.<br><br>    **Plaintiffs,**<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Consolidated**<br>  **Case No. 04-11380-WGY** |

## ASSENTED TO MOTION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7.1(B)(4), Plaintiffs, Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller ("Bunch Plaintiffs"), and other similarly situated persons, respectfully move for leave of Court to file a Motion for Class Certification in excess of the 20-page limit set forth in said rule. In support of this Motion, Bunch Plaintiffs state that the issues raised in their motion for class certification are complex and require detailed explanation and citation. Counsel for Defendants have assented to the relief sought by this Motion. The Bunch Plaintiffs' Motion for Class Certification and Memorandum is 24 pages in length.

WHEREFORE, Bunch Plaintiffs respectfully request leave of Court to file a memorandum in excess of 20 pages.

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

/s/ Jeffrey C. Block
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com


WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.

/s/ Jane H. Walker
James R. Cummins
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

Dated: May 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, I filed Bunch Plaintiffs' Assented to Motion to Exceed Page Limitation through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on May 16, 2006.


                                    /s/ Jane H. Walker
                                    Jane H. Walker

3