IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOHN F. AKERS, et al. | ) |
| Defendants. | ) |

| | |
|---|---|
| LAWRENCE W. BUNCH, et al. | ) Consolidated </br> ) Case No. 04-11380-WGY |
| Plaintiffs, | ) |
| v. | ) |
| W. R. GRACE & CO., et al. | ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO FILE
### BUNCH PLAINTIFFS' FIRST AMENDED
### MOTION AND MEMORANDUM FOR CLASS CERTIFICATION

Now come Plaintiffs and request that this Court permit the filing of Bunch Plaintiffs' First Amended Motion and Memorandum for Class Certification in response to this Court's Order of today, May 16, 2006, wherein the Court denied Plaintiffs' Assent to Motion to Exceed Page Limitation. (Order, Doc. 95). Plaintiffs' represent to this Court that the proposed Bunch Plaintiffs' First Amended Motion and Memorandum for Class Certification has been amended so as to comply with Local Rule 7.1(b)(4).

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

/s/ Jeffrey C. Block
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com


WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.

/s/ Jane H. Walker
James R. Cummins
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail: jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

Dated: May 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, I filed Bunch Plaintiffs' First Amended Motion and Memorandum for Class Certification through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on May 16, 2006.

/s/ Jane H. Walker
Jane H. Walker

2