# EXHIBIT A

```
<DOCUMENT>
<TYPE>13F-HR
<SEQUENCE>1
<FILENAME>d13fhr.txt
<DESCRIPTION>FORM 13F
<TEXT>
<PAGE>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Form 13F

Form 13F Cover Page

Report for Calendar Year or Quarter Ended: December 31, 2003

Check here if amendment   [ ]   Amendment Number [ ]

Institutional Investment Manager filing this report:

Name:       State Street Corporation
Address:    225 Franklin Street
            Boston, Massachusetts 02110

Form 13F File Number:     28-399

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:       Fred P. Baughman
Title       Senior Vice President, Controller, and Chief Accounting Officer
Telephone:  617-786-3000

Signature, Place, and Date of Signing:

/s/ Frederick P. Baughman         Boston, Massachusetts              February 2, 2004
-------------------------         ----------------------             ----------------
       [Signature]                    [City, State]                       [Date]

Report Type (Check only one):

[_]   13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
      are reported in this report.)

[_]   13F NOTICE. (Check here if no holdings reported are in this report and all
      holdings are reported by other reporting manager(s).)

[X]   13F COMBINATION REPORT. (Check here if a portion of the holdings for this
      reporting manager are reported in this report and a portion are reported by
      other reporting manager(s).)

List of Other Managers Reporting for this Manager:

(if there are no entries in this list, omit this section.)

```
-----------------------------------------------------
     13F File Number            Name
-----------------------------------------------------
        28-5798              Roy A. Hammer
-----------------------------------------------------
```

<PAGE>

Form 13F SUMMARY PAGE

Report Summary:

Number of Other Included Managers:        13
Form 13F Information Table Entry Total:   3,388
Form 13F Information Table Value Total:   408,489,862
                                          (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other that the manager filing this report. [If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

| No. | Form 13F File Number | Name |
|---|---|---|
| 1  | 28-1932 | Frederick Ballou |
| 2  | 28-3602 | Francis L. Coolidge |
| 3  | 28-2710 | F. Davis Dossori, Jr. |
| 4  | 28-3488 | Nicholas A. Grace |
| 5  | 28-5798 | Roy A. Hammer |
| 6  | 28-6740 | Edward J. Joyce |
| 7  | 28-5796 | George H. Kidder |
| 8  | 28-1487 | Peter B. Loring |
| 9  | 28-4282 | Dean Ridlon |
| 10 | 28-6281 | Michael B. Elefante |
| 11 | 28-5362 | John Cornish |
| 12 | 28-6476 | William A. Lowell |
| 13 | 28-4918 | Thomas H. P. Whitney |

| \<S\> | \<C\> | \<C\> | \<C\> | \<C\> | \<C\> | \<C\> \<C\> | \<C\> |
|---|---|---|---|---|---|---|---|
| GIANT INDS INC | COM | 37450810 | 222 | 18,496 | SH | 18,496 | |
| GIBRALTAR STL CORP | COM | 37476F10 | 3,767 | 149,673 | SH | 149,673 | |
| GILEAD SCIENCES INC | COM | 37555810 | 194,657 | 3,340,032 | SH | 3,263,493 | 60,364 |
| GILLETTE CO | COM | 37576610 | 1,134,360 | 30,883,741 | SH | 29,830,740 | 810,942 |
| GLACIER BANCORP INC | COM | 37637Q10 | 9,701 | 298,760 | SH | 298,760 | |
| GLADSTONE CAPITAL CO | COM | 37653510 | 2,986 | 133,590 | SH | 133,590 | |
| GLAMIS GOLD LTD | COM | 37677510 | 2,810 | 164,107 | SH | 164,107 | |
| GLATFELTER | COM | 37731610 | 8,022 | 644,329 | SH | 643,409 | 920 |
| GLAXOSMITHKLINE PLC | SPONSORED | 37733W10 | 900,562 | 19,317,079 | SH | 19,195,079 | 122,000 |
| GLENBOROUGH RLTY TR | COM | 37803P10 | 9,090 | 455,650 | SH | 455,650 | |
| GLIMCHER RLTY TR | SH BEN INT | 37930210 | 16,042 | 716,812 | SH | 716,812 | |
| GLOBAL IMAGING SYSTE | COM | 37934A10 | 9,168 | 288,745 | SH | 287,945 | 800 |
| GLOBAL INDS LTD | COM | 37933610 | 6,542 | 1,275,170 | SH | 1,275,170 | |
| GLOBAL PMTS INC | COM | 37940X10 | 19,154 | 406,499 | SH | 404,792 | 760 |
| GLOBAL POWER EQUIPME | COM | 37941P10 | 3,100 | 464,111 | SH | 458,411 | 5,700 |
| GLOBALSANTAFE CORP | SHS | G3930E10 | 15,459 | 622,609 | SH | 621,435 | 1,095 |
| GLOBESPANVIRATA INC | COM | 37957V10 | 11,916 | 2,036,937 | SH | 2,031,707 | 5,230 |
| GOLD BANC CORP INC | COM | 37990710 | 8,694 | 618,381 | SH | 615,081 | 3,300 |
| GOLDCORP INC NEW | COM | 38095640 | 478 | 29,993 | SH | 29,993 | |
| GOLDEN TELECOM INC | COM | 38122G10 | 5,637 | 202,419 | SH | 202,419 | |
| GOLDEN WEST FINL COR | COM | 38131710 | 390,811 | 3,787,295 | SH | 3,778,259 | 8,936 |
| GOLDMAN SACHS GROUP | COM | 38141G10 | 1,131,619 | 11,461,752 | SH | 10,910,139 | 500,571 |
| GOODRICH CORP | COM | 38238810 | 104,254 | 3,511,413 | SH | 3,498,445 | 12,408 |
| GOODYEAR TIRE & RUBR | COM | 38255010 | 41,382 | 5,264,866 | SH | 5,247,996 | 16,870 |
| GOODYS FAMILY CLOTHI | COM | 38258810 | 2,986 | 319,005 | SH | 319,005 | |
| GORMAN RUPP CO | COM | 38308210 | 5,053 | 191,404 | SH | 191,404 | |
| GRACE W R & CO DEL N | COM | 38388F10 | 2,630 | 1,023,243 | SH | 1,010,244 | 12,799 |
| GRACO INC | COM | 38410910 | 29,250 | 729,414 | SH | 724,512 | 4,292 |
| GRAFTECH INTL LTD | COM | 38431310 | 18,687 | 1,384,186 | SH | 1,383,886 | 300 |
| GRAINGER W W INC | COM | 38480210 | 109,477 | 2,310,138 | SH | 2,296,832 | 11,481 |
| GRANITE CONSTR INC | COM | 38732810 | 16,710 | 711,361 | SH | 711,361 | |
| GRANT PRIDECO INC | COM | 38821G10 | 19,546 | 1,501,195 | SH | 1,498,375 | 2,720 |
| GRAY TELEVISION INC | COM | 38937510 | 9,786 | 647,252 | SH | 637,752 | 9,500 |
| GRAY TELEVISION INC | CL A | 38937520 | 361 | 23,783 | SH | 23,783 | |
| GREAT AMERN FINL RES | COM | 38991510 | 2,319 | 142,950 | SH | 142,950 | |
| GREAT ATLANTIC & PAC | COM | 39006410 | 3,779 | 449,824 | SH | 444,424 | 5,400 |
| GREAT LAKES CHEM COR | COM | 39056810 | 43,054 | 1,583,461 | SH | 1,582,391 | 1,070 |
| GREAT LAKES REIT INC | COM | 39075210 | 4,937 | 314,430 | SH | 314,430 | |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,234 | 13,300 | SH | 13,300 | |
| GREAT PLAINS ENERGY | COM | 39116410 | 32,707 | 1,027,886 | SH | 1,025,286 | 1,700 |
| GREAT SOUTHN BANCORP | COM | 39090510 | 4,218 | 90,966 | SH | 90,966 | |
| GREATER BAY BANCORP | COM | 39164810 | 33,241 | 1,167,182 | SH | 1,163,998 | 439 |
| GREATER COMMUNITY BA | COM | 39167M10 | 1,103 | 65,288 | SH | 65,288 | |
| GREEN MOUNTAIN PWR C | COM | 39315410 | 799 | 33,863 | SH | 33,583 | |
| GREEN MTN COFFEE ROA | COM | 39312210 | 2,462 | 107,400 | SH | 107,400 | |
| GREENBRIER COS INC | COM | 39365710 | 1,680 | 100,324 | SH | 100,324 | |
| GREENE CNTY BANCSHAR | COM NEW | 39436120 | 2,076 | 89,170 | SH | 89,170 | |
| GREENPOINT FINL CORP | COM | 39538410 | 94,779 | 2,683,426 | SH | 2,672,136 | 10,840 |
| GREIF INC | CL A | 39762410 | 7,907 | 222,669 | SH | 222,569 | 100 |
| GREY GLOBAL GROUP IN | COM | 39787M10 | 11,664 | 17,076 | SH | 17,076 | |
| GREY WOLF INC | COM | 39788810 | 11,876 | 3,175,413 | SH | 3,175,413 | |
| Page Total | | | 4,504,752 | | | | |

\</TABLE\>

\<PAGE\>

\<TABLE\>

```
<DOCUMENT>
<TYPE>13F-HR
<SEQUENCE>1
<FILENAME>d13fhr.txt
<DESCRIPTION>FORM 13F-HR DATED 3/31/2004
<TEXT>
<PAGE>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Form 13F

Form 13F Cover Page

Report for Calendar Year or Quarter Ended: March 31, 2004

Check here if amendment [ ]   Amendment Number [ ]

Institutional Investment Manager filing this report:

Name:       State Street Corporation
Address:    225 Franklin Street
            Boston, Massachusetts 02110

Form 13F File Number:   28-399

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized o submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:        David I. Porter
Title        Senior Vice President
Telephone:   617-786-3000

Signature, Place, and Date of Signing:

    /s/ David I. Porter              Boston, Massachusetts         May 13, 2004
--------------------------------     ---------------------         -------------
        [Signature]                       [City, State]                [Date]

Report Type (Check only one):

[X]   13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
      are reported in this report.)

[_]   13F NOTICE. (Check here if no holdings reported are in this report and all
      holdings are reported by other reporting manager(s).)

[_]   13F COMBINATION REPORT. (Check here if a portion of the holdings for this
      reporting manager are reported in this report and a portion are reported by
      other reporting manager(s).)

`<PAGE>`

Form 13F SUMMARY PAGE

Report Summary:

| | |
|---|---|
| Number of Other Included Managers: | None |
| Form 13F Information Table Entry Total: | 3,397 |
| Form 13F Information Table Value Total: | 406,476,259 (thousands) |

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other that the manager filing this report. [If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

NONE

<PAGE>

<TABLE>
<CAPTION>

```
                                                               State Street Corporation (STT)
                                                                 SEC13F Report - March 2004
-------------------------------------------------------------------------------------------------
                                                                                      INVESTMEN
                        TITLE OF                    VALUE       SHRS OR   SH/  PUT/   DISCRETIO
   NAME OF ISSUER        CLASS         CUSIP       (x$1000)     PRN AMT   PRN  CALL    SHARED      O
-------------------  --------------  ----------  ------------  ---------  ---  ----  ------------  -
<S>                  <C>             <C>         <C>           <C>        <C>  <C>   <C>           <
  800 FLOWERS COM    CL A            68243Q10          3,327    348,355   SH            348,355
 1-800 CONTACTS INC  COM             68197710          1,715     97,374   SH             97,374
 1ST SOURCE CORP     COM             33690110          6,374    257,524   SH            257,524
 21ST CENTY INS GROUP COM            90130N10          7,373    512,044   SH            512,044
 24/7 REAL MEDIA INC COM NEW         90131420            441     60,836   SH             60,836
 3COM CORP           COM             88553510         39,469  5,590,447   SH          5,589,647
 3M CO               COM             88579Y10      4,949,699 60,458,034   SH         60,455,434
 4 KIDS ENTMT INC    COM             35086510          4,860    217,262   SH            217,262
 7-ELEVEN INC        COM NEW         81782620          7,691    507,012   SH            507,012
 99 CENTS ONLY STORES COM            65440K10         20,679    846,804   SH            846,684
 A C MOORE ARTS & CRA COM            00086T10          5,910    219,687   SH            219,687
 A D C TELECOMMUNICAT COM            00088610         61,339 21,151,251   SH         21,151,251
 A S V INC           COM             00196310          4,282    140,892   SH            140,892
 AAIPHARMA INC       COM             00252W10          3,559    536,737   SH            536,737
 AAON INC            COM PAR $0      00036020          3,132    154,446   SH            154,446
 AAR CORP            COM             00036110          7,331    596,988   SH            596,988
 AARON RENTS INC     COM             00253520         10,350    415,849   SH            415,849
 ABAXIS INC          COM             00256710            353     17,356   SH             17,356
 ABB LTD             SPONSORED       00037520            336     56,253   SH             56,253
 ABBOTT LABS         COM             00282410      1,708,415 41,567,281   SH         41,565,781
 ABC BANCORP         COM             00040010          3,283    173,062   SH            173,062
 ABERCROMBIE & FITCH CL A            00289620         53,689  1,586,556   SH          1,586,356
 ABGENIX INC         COM             00339B10         20,144  1,512,344   SH          1,512,344
 ABITIBI-CONSOLIDATED COM            00392410            310     43,717   SH             43,717
 ABLE LABORATORIES IN COM NEW        00371N40          4,980    255,801   SH            255,801
 ABM INDS INC        COM             00095710         11,322    630,775   SH            630,775
 ABN AMRO HLDG NV    SPONSORED       00093710          1,754     78,177   SH             78,177
  CADIA RLTY TR      COM SH BEN      00423910          3,901    276,462   SH            276,462
 ACCENTURE LTD BERMUD CL A           G1150G11         13,330    537,504   SH            537,504
 ACCREDITED HOME LEND COM            00437P10          6,745    171,205   SH            171,205
 ACCREDO HEALTH INC  COM             00437V10         34,235    898,568   SH            898,568
```

```
GLOBALSANTAFE CORP       SHS          G3930E10        16,552      596,026 SH           596,026
GOLD BANC CORP INC       COM          37990710        10,142      622,189 SH           622,189
 OLDCORP INC NEW         COM          38095640           444       29,993 SH            29,993
ᴊOLDEN TELECOM INC       COM          38122G10         7,253      213,137 SH           213,137
GOLDEN WEST FINL COR     COM          38131710       426,994    3,814,145 SH         3,814,145
GOLDMAN SACHS GROUP      COM          38141G10     1,178,272   11,291,534 SH        11,289,194
GOODRICH CORP            COM          38238810        93,565    3,333,291 SH         3,333,191
GOODYEAR TIRE & RUBR     COM          38255010        43,671    5,113,702 SH         5,113,702
GOODYS FAMILY CLOTHI     COM          38258810         5,147      360,656 SH           360,656
GORMAN RUPP CO           COM          38308210         4,965      191,695 SH           191,695
GOVERNMENT PPTYS TR      COM          38374W10           296       22,500 SH            22,500
GRACE W R & CO DEL N     COM          38388F10        28,318    9,076,248 SH         9,076,248
GRACO INC                COM          38410910        31,593    1,085,294 SH         1,084,529
GRAFTECH INTL LTD        COM          38431310        21,926    1,466,601 SH         1,466,601
GRAINGER W W INC         COM          38480210       111,277    2,318,275 SH         2,318,275
GRANITE CONSTR INC       COM          38732810        17,175      722,550 SH           722,550
GRANT PRIDECO INC        COM          38821G10        27,315    1,762,247 SH         1,762,247
GRAY TELEVISION INC      COM          38937510         9,604      656,877 SH           656,877
GRAY TELEVISION INC      CL A         38937520           300       21,183 SH            21,183
GREAT AMERN FINL RES     COM          38991510         2,408      152,809 SH           152,809
GREAT ATLANTIC & PAC     COM          39006410         2,400      310,048 SH           310,048
GREAT LAKES CHEM COR     COM          39056810        35,664    1,495,351 SH         1,495,351
GREAT LAKES REIT INC     COM          39075210         5,125      331,091 SH           331,091
GREAT NORTHN IRON OR     CTFS BEN I   39106410         1,213       13,300 SH            13,300
GREAT PLAINS ENERGY      COM          39116410        35,315    1,045,142 SH         1,044,842
GREAT SOUTHN BANCORP     COM          39090510         4,430       90,170 SH            90,170
GREATER BAY BANCORP      COM          39164810        35,069    1,198,953 SH         1,196,808
Page Total                                         4,816,454
</TABLE>
```

Page 26 of 65

```
<PAGE>

<TABLE>
<CAPTION>
                                                         State Street Corporation (STT)
                                                         SEC13F Report - March 2004
---------------------------------------------------------------------------------------------------
                                                                                         INVESTMEN
                     TITLE OF                     VALUE       SHRS OR     SH/ PUT/      DISCRETIO
NAME OF ISSUER       CLASS         CUSIP          (x$1000)    PRN AMT     PRN CALL      SHARED      O
------------------   ----------    --------       --------    ---------   --- ----      ---------   -
<S>                  <C>           <C>            <C>         <C>         <C> <C>       <C>         <
GREATER COMMUNITY BA COM           39167M10         1,087       67,529 SH                67,529
GREEN MOUNTAIN PWR C COM           39315410           869       33,583 SH                33,583
GREEN MTN COFFEE ROA COM           39312210         1,089       54,049 SH                54,049
GREENBRIER COS INC   COM           39365710         1,822      107,886 SH               107,886
GREENE CNTY BANCSHAR COM NEW       39436120         1,938       86,395 SH                86,395
GREENPOINT FINL CORP COM           39538410       117,989    2,699,355 SH             2,698,905
GREIF INC            CL A          39762410         7,626      218,254 SH               218,254
GREY GLOBAL GROUP IN COM           39787M10        11,364       16,504 SH                16,504
GREY WOLF INC        COM           39788810        12,780    3,086,905 SH             3,086,905
GRIFFON CORP         COM           39843310         9,271      429,194 SH               429,194
GROUP 1 AUTOMOTIVE I COM           39890510        10,614      293,215 SH               293,215
GROUP 1 SOFTWARE INC COM           39943Y10         2,623      160,352 SH               160,352
 ROUPE DANONE        SPONSORED     39944910           981       29,748 SH                29,748
ᴊRUPO TELEVISA SA DE SP ADR REP    40049J20         7,614      160,843 SH               160,843
GSI COMMERCE INC     COM           36238G10         2,325      229,097 SH               229,097
GTC BIOTHERAPEUTICS  COM           36238T10           992      450,902 SH               450,902
```