# EXHIBIT B

```
<DOCUMENT>
<TYPE>13F-HR/A
<   UENCE>1
d13fhra.txt
<DESCRIPTION>AMENDMENT NO.1 TO FORM 13F
<TEXT>
<PAGE>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Form 13F

Form 13F Cover Page

Report for Calendar Year or Quarter Ended: March 31, 2004

Check here if amendment [X]   Amendment Number 1

Institutional Investment Manager filing this report:

Name:       State Street Corporation
Address:    225 Franklin Street
            Boston, Massachusetts 02110

Form 13F File Number:   28-399

The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
t   ubmit it, that all information contained herein is true, correct and
cu...plete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:        James J. Malerba
Title        Senior Vice President and Deputy Controller
Telephone:   617-664-8697

Signature, Place, and Date of Signing:

    /s/James J. Malerba          Boston, Massachusetts          October 19, 2005
    -----------------------      ----------------------         ----------------
         [Signature]                  [City, State]                  [Date]

Report Type (Check only one):

[X]   13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
      are reported in this report.)

[_]   13F NOTICE. (Check here if no holdings reported are in this report and all
      holdings are reported by other reporting manager(s).)

[_]   13F COMBINATION REPORT. (Check here if a portion of the holdings for this
      reporting manager are reported in this report and a portion are reported by
      other reporting manager(s).)

<PAGE>

Form 13F SUMMARY PAGE

Report Summary:

Number of Other Included Managers:      None
Form 13F Information Table Entry Total: 3,397
Form 13F Information Table Value Total: 406,473,430
                                        (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other that the manager filing this report. [If there are no entries in this
list, state "NONE" and omit the column headings and list entries.]

NONE

<PAGE>

<TABLE>
<CAPTION>

State Street Corporation (STT)
SEC13F Report - March 2004

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x$1000) | SHRS OR PRN AMT | SH/ PRN | PUT/ CALL | INVESTMENT DISCRETION SHARED | OTHER |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 1 0 FLOWERS COM | CL A | 68243Q10 | 3,327 | 348,355 | SH | | 348,355 | |
| 1-800 CONTACTS INC | COM | 68197710 | 1,715 | 97,374 | SH | | 97,374 | |
| 1ST SOURCE CORP | COM | 33690110 | 6,374 | 257,524 | SH | | 257,524 | |
| 21ST CENTY INS GROUP | COM | 90130N10 | 7,373 | 512,044 | SH | | 512,044 | |
| 24/7 REAL MEDIA INC | COM NEW | 90131420 | 441 | 60,836 | SH | | 60,836 | |
| 3COM CORP | COM | 88553510 | 39,469 | 5,590,447 | SH | | 5,589,647 | 800 |
| 3M CO | COM | 88579Y10 | 4,949,699 | 60,458,034 | SH | | 60,455,434 | 2,600 |
| 4 KIDS ENTMT INC | COM | 35086510 | 4,860 | 217,262 | SH | | 217,262 | |
| 7-ELEVEN INC | COM NEW | 81782620 | 7,691 | 507,012 | SH | | 507,012 | |
| 99 CENTS ONLY STORES | COM | 65440K10 | 20,679 | 846,804 | SH | | 846,684 | 120 |
| A C MOORE ARTS & CRA | COM | 00086T10 | 5,910 | 219,687 | SH | | 219,687 | |
| A D C TELECOMMUNICAT | COM | 00088610 | 61,339 | 21,151,251 | SH | | 21,151,251 | |
| A S V INC | COM | 00196310 | 4,282 | 140,892 | SH | | 140,892 | |
| AAIPHARMA INC | COM | 00252W10 | 3,559 | 536,737 | SH | | 536,737 | |
| AAON INC | COM PAR $0 | 00036020 | 3,132 | 154,446 | SH | | 154,446 | |
| AAR CORP | COM | 00036110 | 7,331 | 596,988 | SH | | 596,988 | |
| AARON RENTS INC | COM | 00253520 | 10,350 | 415,849 | SH | | 415,849 | |
| ABAXIS INC | COM | 00256710 | 353 | 17,356 | SH | | 17,356 | |
| ABB LTD | SPONSORED | 00037520 | 336 | 56,253 | SH | | 56,253 | |
| ABBOTT LABS | COM | 00282410 | 1,708,415 | 41,567,281 | SH | | 41,565,781 | 1,500 |
| ABC BANCORP | COM | 00040010 | 3,283 | 173,062 | SH | | 173,062 | |
| ABERCROMBIE & FITCH | CL A | 00289620 | 53,689 | 1,586,556 | SH | | 1,586,356 | 200 |
| ABGENIX INC | COM | 00339B10 | 20,144 | 1,512,344 | SH | | 1,512,344 | |
| ABITIBI-CONSOLIDATED | COM | 00392410 | 310 | 43,717 | SH | | 43,717 | |
| ABLE LABORATORIES IN | COM NEW | 00371N40 | 4,980 | 255,801 | SH | | 255,801 | |
| ABM INDS INC | COM | 00095710 | 11,322 | 630,775 | SH | | 630,775 | |
| ABN AMRO HLDG NV | SPONSORED | 00093710 | 1,754 | 78,177 | SH | | 78,177 | |
| ACADIA RLTY TR | COM SH BEN | 00423910 | 3,901 | 276,462 | SH | | 276,462 | |
| ACCENTURE LTD BERMUD | CL A | G1150G11 | 13,330 | 537,504 | SH | | 537,504 | |
| ACCREDITED HOME LEND | COM | 00437P10 | 6,745 | 171,205 | SH | | 171,205 | |
| ACCREDO HEALTH INC | COM | 00437V10 | 34,235 | 898,568 | SH | | 898,568 | |

```
GLOBALSANTAFE CORP     SHS            G3930E10       16,552       596,026 SH         596,026
GOLD BANC CORP INC     COM            37990710       10,142       622,189 SH         622,189
G    CORP INC NEW      COM            38095640          444        29,993 SH          29,993
GOLDEN TELECOM INC     COM            38122G10        7,253       213,137 SH         213,137
GOLDEN WEST FINL COR   COM            38131710      426,994     3,814,145 SH       3,814,145
GOLDMAN SACHS GROUP    COM            38141G10    1,178,272    11,291,534 SH      11,289,194       2,340
GOODRICH CORP          COM            38238810       93,565     3,333,291 SH       3,333,191         100
GOODYEAR TIRE & RUBR   COM            38255010       43,671     5,113,702 SH       5,113,702
GOODYS FAMILY CLOTHI   COM            38258810        5,147       360,656 SH         360,656
GORMAN RUPP CO         COM            38308210        4,965       191,695 SH         191,695
GOVERNMENT PPTYS TR    COM            38374W10          296        22,500 SH          22,500
GRACE W R & CO DEL N   COM            38388F10       25,489     8,169,648 SH       8,169,648
GRACO INC              COM            38410910       31,593     1,085,294 SH       1,084,529         765
GRAFTECH INTL LTD      COM            38431310       21,926     1,466,601 SH       1,466,601
GRAINGER W W INC       COM            38480210      111,277     2,318,275 SH       2,318,275
GRANITE CONSTR INC     COM            38732810       17,175       722,550 SH         722,550
GRANT PRIDECO INC      COM            38821G10       27,315     1,762,247 SH       1,762,247
GRAY TELEVISION INC    COM            38937510        9,604       656,877 SH         656,877
GRAY TELEVISION INC    CL A           38937520          300        21,183 SH          21,183
GREAT AMERN FINL RES   COM            38991510        2,408       152,809 SH         152,809
GREAT ATLANTIC & PAC   COM            39006410        2,400       310,048 SH         310,048
GREAT LAKES CHEM COR   COM            39056810       35,664     1,495,351 SH       1,495,351
GREAT LAKES REIT INC   COM            39075210        5,125       331,091 SH         331,091
GREAT NORTHN IRON OR   CTFS BEN I     39106410        1,213        13,300 SH          13,300
GREAT PLAINS ENERGY    COM            39116410       35,315     1,045,142 SH       1,044,842         300
GREAT SOUTHN BANCORP   COM            39090510        4,430        90,170 SH          90,170
GREATER BAY BANCORP    COM            39164810       35,069     1,198,953 SH       1,196,808       2,145
Page Total                                        4,813,625
</TABLE>
```

Page 26 of 65

<PAGE>

<TABLE>
<CAPTION>

State Street Corporation (STT)
SEC13F Report - March 2004

```
                                                                               INVESTMENT
                    TITLE OF                    VALUE       SHRS OR    SH/ PUT/    DISCRETION
NAME OF ISSUER      CLASS          CUSIP        (x$1000)    PRN AMT    PRN CALL  SHARED      OTHER
------------------  -------------  ----------   ---------   ---------  --- ----  ----------  ------
<S>                 <C>            <C>          <C>         <C>        <C> <C>   <C>         <C>
GREATER COMMUNITY BA  COM          39167M10        1,087       67,529 SH         67,529
GREEN MOUNTAIN PWR C  COM          39315410          869       33,583 SH         33,583
GREEN MTN COFFEE ROA  COM          39312210        1,089       54,049 SH         54,049
GREENBRIER COS INC    COM          39365710        1,822      107,886 SH        107,886
GREENE CNTY BANCSHAR  COM NEW      39436120        1,938       86,395 SH         86,395
GREENPOINT FINL CORP  COM          39538410      117,989    2,699,355 SH      2,698,905         450
GREIF INC             CL A         39762410        7,626      218,254 SH        218,254
GREY GLOBAL GROUP IN  COM          39787M10       11,364       16,504 SH         16,504
GREY WOLF INC         COM          39788810       12,780    3,086,905 SH      3,086,905
GRIFFON CORP          COM          39843310        9,271      429,194 SH        429,194
GROUP 1 AUTOMOTIVE I  COM          39890510       10,614      293,215 SH        293,215
GROUP 1 SOFTWARE INC  COM          39943Y10        2,623      160,352 SH        160,352
G   PE DANONE         SPONSORED    39944910          981       29,748 SH         29,748
GRUPO TELEVISA SA DE  SP ADR REP   40049J20        7,614      160,843 SH        160,843
GSI COMMERCE INC      COM          36238G10        2,325      229,097 SH        229,097
GTC BIOTHERAPEUTICS   COM          36238T10          992      450,902 SH        450,902
```

```
<DOCUMENT>
<TYPE>13F-HR
 SEQUENCE>1
 FILENAME>a2142136z13f-hr.txt
<DESCRIPTION>13F-HR
<TEXT>
<Page>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 13F

FORM 13F COVER PAGE

Report for the Calendar Year or Quarter Ended: JUNE 30, 2004
                                               ------------------------

Check Here if Amendment / /; Amendment Number:
                                              ---------
   This Amendment (Check only one.):    / / is a restatement.
                                        / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

   Name:      STATE STREET CORPORATION
              --------------------------------
   Address:   225 FRANKLIN STREET
              --------------------------------
              BOSTON, MASSACHUSETTS 02110
              --------------------------------

              --------------------------------

Form 13F File Number: 28-399
                      ---------------------

The institutional investment manager filing this report and the person by
whom it is signed hereby represent that the person signing the report is
authorized to submit it, that all information contained herein is true,
correct and complete, and that it is understood that all required items,
statements, schedules, lists, and tables, are considered integral parts of
this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:    PAMELA D. GORMLEY
         --------------------------------
Title:   EXECUTIVE VICE PRESIDENT AND CORPORATE CONTROLLER
         --------------------------------
Phone:   617-664-7902
         --------------------------------

Signature, Place, and Date of Signing:

    /s/ Pamela D. Gormley          Boston, Massachusetts    August 13, 2004
--------------------------------   ---------------------    ---------------
         [Signature]                   [City, State]             [Date]

```
Report Type (Check only one.):

/X/ 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/ / 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)

<Page>
```

FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

```
<Table>
<Caption>
    Form 13F File Number        Name
    <S>                         <C>
    28-03621                    Advanced Investment Partners LLC
    ----------------            ----------------------------------------
    28-07472                    Bel Air Investment Advisors LLC
    ----------------            ----------------------------------------
    28-99999                    Shott Capital Management, LLC
    ----------------            ----------------------------------------
    28-04003                    Ariel Capital Management, LLC
    ----------------            ----------------------------------------
    28-00096                    Capital Guardian Trust Company
    ----------------            ----------------------------------------
    28-10372                    Philadelphia International Advisors, l.P.
    ----------------            ----------------------------------------
    28-02924                    Turner Investment partners Inc. (Turner Investment Partner
    ----------------            ----------------------------------------
    28-03570                    AXA (Alliance Capital Management L.P.)
    ----------------            ----------------------------------------
    28-00223                    Dresdner RCM Global Investors LLC (RCM Capital Management
    ----------------            ----------------------------------------
    28-00180                    Sit Investment Associates Inc.
    ----------------            ----------------------------------------
    28-00694                    JP Morgan Chase & Co (JP Morgan Fleming Asset Management L
    ----------------            ----------------------------------------
</Table>
```

Report Summary:

Number of Other Included Managers:       14

Form 13F Information Table Entry Total:  4,007

Form 13F Information Table Value Total:  442,358,054
                                         (thousands)

| Name | Class | CUSIP | Value | Shares | | Disc | Other |
|---|---|---|---|---|---|---|---|
| GP STRATEGIES CORP | COM | 36225V10 | 133 | 20,257 | SH | DEFINED | 1 |
| GRACE W R & CO DEL N | COM | 38388F10 | 57,440 | 9,264,526 | SH | DEFINED | 1,2 |
| RACO INC | COM | 38410910 | 34,536 | 1,112,256 | SH | DEFINED | 1,2, |
| GRAFTECH INTL LTD | COM | 38431310 | 15,841 | 1,514,474 | SH | DEFINED | 1,2, |
| GRAINGER W W INC | COM | 38480210 | 144,033 | 2,504,923 | SH | DEFINED | 1,2, 13,1 |
| GRANITE BROADCASTING | COM | 38724110 | 17 | 23,830 | SH | DEFINED | 1 |
| GRANITE CONSTR INC | COM | 38732810 | 19,091 | 1,047,205 | SH | DEFINED | 1,2, |
| GRANT PRIDECO INC | COM | 38821G10 | 37,971 | 2,056,917 | SH | DEFINED | 1,2, |
| GRAPHIC PACKAGING CO | COM | 38868810 | 7,568 | 874,938 | SH | DEFINED | 1,2 |
| GRAY TELEVISION INC | COM | 38937510 | 8,927 | 642,665 | SH | DEFINED | 1,2 |
| GREAT AMERN FINL RES | COM | 38991510 | 2,285 | 143,732 | SH | DEFINED | 1,2 |
| GREAT ATLANTIC & PAC | COM | 39006410 | 2,226 | 290,585 | SH | DEFINED | 1,2 |
| GREAT LAKES CHEM COR | COM | 39056810 | 45,277 | 1,673,217 | SH | DEFINED | 1,2, |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,273 | 13,248 | SH | DEFINED | 1,5 |
| GREAT PLAINS ENERGY | COM | 39116410 | 31,894 | 1,073,856 | SH | DEFINED | 1,2, |
| GREAT SOUTHN BANCORP | COM | 39090510 | 5,031 | 174,028 | SH | DEFINED | 1,2 |
| GREATER BAY BANCORP | COM | 39164810 | 29,542 | 1,022,229 | SH | DEFINED | 1,2, |
| GREEN MOUNTAIN PWR C | COM | 39315410 | 292 | 11,183 | SH | DEFINED | 1 |
| GREENBRIER COS INC | COM | 39365710 | 1,912 | 100,386 | SH | DEFINED | 1,2 |
| GREENHILL & CO INC | COM | 39525910 | 2,166 | 103,600 | SH | DEFINED | 1 |
| GREENPOINT FINL CORP | COM | 39538410 | 111,980 | 2,820,653 | SH | DEFINED | 1,2, 13,1 |
| GREIF INC | CL A | 39762410 | 9,003 | 213,086 | SH | DEFINED | 1,2 |
| GREY GLOBAL GROUP IN | COM | 39787M10 | 14,763 | 14,988 | SH | DEFINED | 1,2, |
| GREY WOLF INC | COM | 39788810 | 12,101 | 2,854,083 | SH | DEFINED | 1,2, |
| GRIFFIN LD & NURSERI | CL A | 39823110 | 215 | 8,600 | SH | DEFINED | 1 |
| GRIFFON CORP | COM | 39843310 | 9,522 | 427,398 | SH | DEFINED | 1,2 |
| GROUP 1 AUTOMOTIVE I | COM | 39890510 | 9,621 | 289,715 | SH | DEFINED | 1,2 |
| ROUP 1 SOFTWARE INC | COM | 39943Y10 | 3,850 | 167,756 | SH | DEFINED | 1,2 |
| GROUPE CGI INC | CL A SUB V | 39945C10 | 114 | 16,870 | SH | DEFINED | 1 |
| GROUPE DANONE | SPONSORED | 39944910 | 1,044 | 59,496 | SH | DEFINED | 1 |
| Page Total | | | 3,307,257 | | | | |

</Table>

<Page>

29 of 72

STATE STREET CORPORATION
FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

<Table>
<Caption>

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x1000) | SHARES OR PRN AMT | SH/ PRN | PUT/ CALL | INVESTMENT DISCRETION | OTHE |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| GRUPO AEROPORTUARIO | SPON ADR S | 40051E20 | 458 | 24,755 | SH | | DEFINED | 1,7 |
| GRUPO TELEVISA SA DE | SP ADR REP | 40049J20 | 20,024 | 442,328 | SH | | DEFINED | 1,2, |
| GSI COMMERCE INC | COM | 36238G10 | 2,783 | 289,036 | SH | | DEFINED | 1,2, |
| GTC BIOTHERAPEUTICS | COM | 36238T10 | 34 | 21,777 | SH | | DEFINED | 1 |
| GTECH HLDGS CORP | COM | 40051810 | 43,150 | 931,768 | SH | | DEFINED | 1,2, 13,1 |
| GTX INC DEL | COM | 40052B10 | 362 | 34,787 | SH | | DEFINED | 1,2 |
| GUESS INC | COM | 40161710 | 2,568 | 159,484 | SH | | DEFINED | 1,2 |
| GUIDANT CORP | COM | 40169810 | 522,276 | 9,346,393 | SH | | DEFINED | 1,2, 13,1 |
| GUILFORD PHARMACEUTI | COM | 40182910 | 2,074 | 436,626 | SH | | DEFINED | 1,2 |
| GUITAR CTR MGMT INC | COM | 40204010 | 17,667 | 397,273 | SH | | DEFINED | 1,2, |
| GULF ISLAND FABRICAT | COM | 40230710 | 2,568 | 118,727 | SH | | DEFINED | 1,2 |

```
<DOCUMENT>
<TYPE>13F-HR/A
 SEQUENCE>1
 FILENAME>a2142652z13f-hra.txt
<DESCRIPTION>13F-HR/A
<TEXT>
<Page>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 13F

FORM 13F COVER PAGE

Report for the Calendar Year or Quarter Ended: JUNE 30, 2004
                                               ------------------------

Check Here if Amendment /X/; Amendment Number:  1
                                               --------

    This Amendment (Check only one.):    /X/ is a restatement.
                                         / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

    Name:       STATE STREET CORPORATION
                ----------------------------------
    Address:    225 FRANKLIN STREET
                ----------------------------------
                BOSTON, MASSACHUSETTS 02110
                ----------------------------------

                ----------------------------------

Form 13F File Number:  28-399
                       -----------------------

The institutional investment manager filing this report and the person by
whom it is signed hereby represent that the person signing the report is
authorized to submit it, that all information contained herein is true,
correct and complete, and that it is understood that all required items,
statements, schedules, lists, and tables, are considered integral parts of
this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:     PAMELA D. GORMLEY
          ----------------------------------
Title:    EXECUTIVE VICE PRESIDENT AND CORPORATE CONTROLLER
          ----------------------------------
Phone:    617-664-7902
          ----------------------------------

Signature, Place, and Date of Signing:

    /s/ Pamela D. Gormley          Boston, Massachusetts     August 26, 2004
    -----------------------        ---------------------     ---------------
         [Signature]                   [City, State]              [Date]

Report Type (Check only one.):

, / 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/X/ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)

<Page>

FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

<Table>
<Caption>

| Form 13F File Number | Name |
|---|---|
| <S> | <C> |
| 28-03621 | Advanced Investment Partners LLC |
| 28-07472 | Bel Air Investment Advisors LLC |
| 28-99999 | Shott Capital Management, LLC |
| 28-04003 | Ariel Capital Management, LLC |
| 28-00096 | Capital Guardian Trust Company |
| 28-10372 | Philadelphia International Advisors, l.P. |
| 28-02924 | Turner Investment partners Inc. (Turner Investment Partner |
| 28-03570 | AXA (Alliance Capital Management L.P.) |
| 28-00223 | Dresdner RCM Global Investors LLC (RCM Capital Management |
| 28-00180 | Sit Investment Associates Inc. |
| 28-00694 | JP Morgan Chase & Co (JP Morgan Fleming Asset Management L |

</Table>

Report Summary:

Number of Other Included Managers:       13

Form 13F Information Table Entry Total:  4,007

orm 13F Information Table Value Total:   439,128,804
                                         (thousands)

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x1000) | SHARES OR PRN AMT | SH/ PRN | PUT/ CALL | INVESTMENT DISCRETION | OTHER MANA |
|---|---|---|---|---|---|---|---|---|
| GP STRATEGIES CORP | COM | 36225V10 | 133 | 20,257 | SH | | DEFINED | 1 |
| GRACE W R & CO DEL N | COM | 38388F10 | 57,440 | 9,264,526 | SH | | DEFINED | 1,2 |
| G~~~ INC | COM | 38410910 | 34,536 | 1,112,256 | SH | | DEFINED | 1,2,5,9 |
| GR~~TECH INTL LTD | COM | 38431310 | 15,841 | 1,514,474 | SH | | DEFINED | 1,2,5 |
| GRAINGER W W INC | COM | 38480210 | 144,033 | 2,504,923 | SH | | DEFINED | 1,2,5,6,7, 13,14 |
| GRANITE BROADCASTING | COM | 38724110 | 17 | 23,830 | SH | | DEFINED | 1 |
| GRANITE CONSTR INC | COM | 38732810 | 19,091 | 1,047,205 | SH | | DEFINED | 1,2,5,9 |
| GRANT PRIDECO INC | COM | 38821G10 | 37,971 | 2,056,917 | SH | | DEFINED | 1,2,5,9 |
| GRAPHIC PACKAGING CO | COM | 38868810 | 7,568 | 874,938 | SH | | DEFINED | 1,2 |
| GRAY TELEVISION INC | COM | 38937510 | 8,927 | 642,665 | SH | | DEFINED | 1,2 |
| GREAT AMERN FINL RES | COM | 38991510 | 2,285 | 143,732 | SH | | DEFINED | 1,2 |
| GREAT ATLANTIC & PAC | COM | 39006410 | 2,226 | 290,585 | SH | | DEFINED | 1,2,5 |
| GREAT LAKES CHEM COR | COM | 39056810 | 45,277 | 1,673,217 | SH | | DEFINED | 1,2,5,6,9, |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,273 | 13,248 | SH | | DEFINED | 1,5 |
| GREAT PLAINS ENERGY | COM | 39116410 | 31,894 | 1,073,856 | SH | | DEFINED | 1,2,5,9 |
| GREAT SOUTHN BANCORP | COM | 39090510 | 5,031 | 174,028 | SH | | DEFINED | 1,2 |
| GREATER BAY BANCORP | COM | 39164810 | 29,542 | 1,022,229 | SH | | DEFINED | 1,2,5,9 |
| GREEN MOUNTAIN PWR C | COM | 39315410 | 292 | 11,183 | SH | | DEFINED | 1 |
| GREENBRIER COS INC | COM | 39365710 | 1,912 | 100,386 | SH | | DEFINED | 1,2 |
| GREENHILL & CO INC | COM | 39525910 | 2,166 | 103,600 | SH | | DEFINED | 1 |
| GREENPOINT FINL CORP | COM | 39538410 | 111,980 | 2,820,653 | SH | | DEFINED | 1,2,5,6,7, 13,14 |
| GREIF INC | CL A | 39762410 | 9,003 | 213,086 | SH | | DEFINED | 1,2 |
| GREY GLOBAL GROUP IN | COM | 39787M10 | 14,763 | 14,988 | SH | | DEFINED | 1,2,5 |
| GREY WOLF INC | COM | 39788810 | 12,101 | 2,854,083 | SH | | DEFINED | 1,2,5 |
| GRIFFIN LD & NURSERI | CL A | 39823110 | 215 | 8,600 | SH | | DEFINED | 1 |
| GRIFFON CORP | COM | 39843310 | 9,522 | 427,398 | SH | | DEFINED | 1,2 |
| GROUP 1 AUTOMOTIVE I | COM | 39890510 | 9,621 | 289,715 | SH | | DEFINED | 1,2 |
| G~~ P 1 SOFTWARE INC | COM | 39943Y10 | 3,850 | 167,756 | SH | | DEFINED | 1,2 |
| GR~~PE CGI INC | CL A SUB V | 39945C10 | 114 | 16,870 | SH | | DEFINED | 1 |
| GROUPE DANONE | SPONSORED | 39944910 | 1,044 | 59,496 | SH | | DEFINED | 1 |
| Page Total | | | 3,307,257 | | | | | |

</Table>

<Page>

29 of 72

STATE STREET CORPORATION
FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

<Table>
<Caption>

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x1000) | SHARES OR PRN AMT | SH/ PRN | PUT/ CALL | INVESTMENT DISCRETION | OTHER MANA |
|---|---|---|---|---|---|---|---|---|
| \<S> | \<C> | \<C> | \<C> | \<C> | \<C> | \<C> | \<C> | \<C> |
| GRUPO AEROPORTUARIO | SPON ADR S | 40051E20 | 458 | 24,755 | SH | | DEFINED | 1,7 |
| GRUPO TELEVISA SA DE | SP ADR REP | 40049J20 | 20,024 | 442,328 | SH | | DEFINED | 1,2,4 |
| GSI COMMERCE INC | COM | 36238G10 | 2,783 | 289,036 | SH | | DEFINED | 1,2,5 |
| GTC BIOTHERAPEUTICS | COM | 36238T10 | 34 | 21,777 | SH | | DEFINED | 1 |
| GTECH HLDGS CORP | COM | 40051810 | 43,150 | 931,768 | SH | | DEFINED | 1,2,5,7,8, 13,14 |
| GTX INC DEL | COM | 40052B10 | 362 | 34,787 | SH | | DEFINED | 1,2 |
| GUESS INC | COM | 40161710 | 2,568 | 159,484 | SH | | DEFINED | 1,2 |
| GUIDANT CORP | COM | 40169810 | 522,276 | 9,346,393 | SH | | DEFINED | 1,2,5,6,7, 13,14 |
| GU~~LFORD PHARMACEUTI | COM | 40182910 | 2,074 | 436,626 | SH | | DEFINED | 1,2 |
| GUITAR CTR MGMT INC | COM | 40204010 | 17,667 | 397,273 | SH | | DEFINED | 1,2,5 |
| GULF ISLAND FABRICAT | COM | 40230710 | 2,568 | 118,727 | SH | | DEFINED | 1,2 |