IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 26  A 10: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KERI EVANS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JOHN F. AKERS, et al., | )<br>) |
| Defendants. | )<br>) |
| LAWRENCE W. BUNCH, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| W.R. GRACE & CO., et al., | )<br>) |
| Defendants. | )<br>) |

Consolidated as:
Case No. 04-11380-WGY

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance only on behalf of the Plaintiffs in the above-captioned matter.

_____
Gerald D. Wells, III
Schiffrin & Barroway
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Atty. I.D. No. 88277

DATED: 5/25/06