IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, *et al.*<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>                    Defendants.<br>─────────────────────────<br>LAWRENCE W. BUNCH, *et al.*<br><br>                    Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>                    Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

**<u>DECLARATION OF SCOTT M. FLICKER IN SUPPORT OF STATE STREET BANK AND TRUST COMPANY'S MEMORANDUM IN OPPOSITION TO THE BUNCH PLAINTIFFS' FIRST AMENDED MOTION FOR CLASS CERTIFICATION</u>**

I, Scott M. Flicker, declare:

1.   I submit this Declaration in support of State Street Bank and Trust Company's memorandum in opposition to the First Amended Motion and Memorandum for Class Certification filed by plaintiffs' Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller (collectively, the "Bunch plaintiffs"). If called as a witness, I would and could competently testify to all facts as stated in this Declaration that are within my personal knowledge.

2. I am an attorney, duly licensed and admitted to practice law in the District of Columbia and (on inactive status) in the State of California. I am a partner in the Washington, D.C. office of the law firm Paul, Hastings, Janofsky & Walker LLP, counsel of record to State Street Bank and Trust Company ("State Street") in the above-captioned action.

3. On April 20, 2006, State Street served its First Set of Requests for Admissions on the Bunch Plaintiffs (the "Requests"). A true and accurate copy of the Requests is attached hereto as Exhibit 1.

4. On May 22, 2006, the Bunch plaintiffs served their Responses to State Street Bank & Trust Company's First Set of Requests for Admissions ("Bunch's Responses to the Requests"). A true and accurate copy of Bunch's Responses to the Requests is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct on the basis of my personal.

Executed this 30th day of May, 2006.

    /s/ Scott M. Flicker_____
    Scott M. Flicker