**EXHIBIT A**

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>    Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.,<br><br>    Defendants. | Consolidated Under<br>Case No. 04-11380-WGY |

## DECLARATION OF JOHN P. FORGACH

I, John P. Forgach, hereby declare as follows:

1. I am older than 18 years of age and either have direct knowledge of the information stated herein or the information contained in the attached documents, which are maintained in the course of regularly-conducted business activity.

2. I am currently employed by W. R. Grace & Co. – Conn., a wholly-owned subsidiary of W. R. Grace & Co. (referred to collectively as "Grace"). My duties include providing legal advice and other attorney services to Grace management and its Human Resources staff with respect to employee benefit plans maintained by Grace and other employee-

related matters. One such employee benefit plan is the W. R. Grace & Co. Savings & Investment Plan ("the Plan").

3. I have reviewed Grace Human Resources documents regarding Keri Evans (formerly Keri Bradford) and Timothy Whipps, true and correct copies of which are attached to this Declaration as Exhibits 1 and 2.

4. Fidelity Management Trust Company, the Plan's Trustee, provided Grace with documents regarding Evans' and Whipps' accounts in the Plan, true and correct copies of which are attached to this Declaration as Exhibits 3 and 4.

5. Based on my review of the documents attached as Exhibits 1 through 4:

   a. Keri Evans was employed by W. R. Grace & Co from April 13, 1993, until her employment terminated on August 30, 2002.

   b. Keri Evans received a lump sum distribution of all of her funds in the Plan prior to December 31, 2002.

   c. Timothy Whipps was employed by W. R. Grace & Co. from June 24, 1985, until his employment terminated effective April 27, 2001.

   d. Timothy Whipps received a lump sum distribution of all of his funds in the Plan prior to December 31, 2001.

6. Keri Evans and Timothy Whipps currently have no account or other interest under or within the Plan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ John P. Forgach
John P. Forgach

Executed on May 30, 2006

**EXHIBIT 1**



**EXHIBIT 2**



**EXHIBIT 3**

**W.R. Grace & Co.**
**Savings and Investment Plan**

January 1, 2002 - December 31, 2002

ENV#NA000007
NA 89994 T

KERI B EVANS
1101 SKELTON DRIVE
BIRMINGHAM, AL 35224-2902

Client Service Number: 1-800-635-5096
For questions about your statement call any business day between 8:30 AM and 12:00 midnight Eastern Standard Time.
Internet address: http://www.401k.com

## Your Account Summary

| | |
|---|---:|
| Beginning Balance | $10,494.67 |
| Your Contributions | 827.95 |
| Employer Contributions | 827.95 |
| Exchange In | 1,013.50 |
| Exchange Out | -1,013.50 |
| Withdrawals | -13,167.59 |
| Fees | -24.00 |
| Interest | 510.28 |
| Change in Market Value | 531.04 |
| Ending Balance | $0.00 |

**Additional Information**
Vested Balance                $0.00

**Your Personal Rate of Return**
This Period                   9.0%
Year to Date                  9.0%

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Market Value of Your Account
This section displays the value of your account for the period, in both shares/units and dollars.

| Investment | Shares/Units on 12/31/2001 | Shares/Units on 12/31/2002 | Price on 12/31/2001 | Price on 12/31/2002 | Market Value on 12/31/2001 | Market Value on 12/31/2002 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | $482.76 | $0.00 |
| Company Contribution | 603.454 | 0.000 | $0.80 | $1.01 | 482.76 | 0.00 |
| **Bond/Managed Income** | | | | | $10,011.91 | $0.00 |
| Fixed Income Fund | 10,011.910 | 0.000 | $1.00 | $1.00 | 10,011.91 | 0.00 |
| **Account Total** | | | | | $10,494.67 | $0.00 |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

0007  NA000007     0001  20030123  NA4K
Fidelity Investments, PO Box 5424, Cincinnati, OH 45250-5424

Page 1 of 4

W.R. Grace & Co.                                            Statement Period: 01/01/2002 to 12/31/2002
Savings and Investment Plan

## Market Value of Your Account (continued)

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

## Your Investment Elections as of 01/23/2006

| Investment | Before Tax Savings | Company Match | New Start After Tax Employee | Pre-Tax Catch-Up |
|---|---|---|---|---|
| Fixed Income Fund | 100% | 100% | 100% | 100% |
| Total | 100% | 100% | 100% | 100% |

| Contributions | Before Tax Savings | Company Match |
|---|---|---|
| This Period | $827.95 | $827.95 |
| Year to Date | $827.95 | $827.95 |
| Vested Percent | 100.00 | 100.00 |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Company Contribution | Fixed Income Fund | Total |
|---|---|---|---|
| Beginning Balance | $452.76 | $10,011.91 | $10,464.67 |
| Your Contributions | 0.00 | 827.95 | 827.95 |
| Employer Contributions | 0.00 | 827.95 | 827.95 |
| Exchange In | 0.00 | 1,013.80 | 1,013.80 |
| Exchange Out | -1,013.80 | 0.00 | -1,013.80 |
| Withdrawals | 0.00 | -13,167.89 | -13,167.89 |
| Fees | 0.00 | -24.00 | -24.00 |
| Interest | 0.00 | 510.28 | 510.28 |
| Change in Market Value | 531.04 | 0.00 | 531.04 |
| Ending Balance | $0.00 | $0.00 | $0.00 |

## Your Account Information
If information below is incorrect, please contact your Benefits Office.

General Information
Participant Status      Terminated      Termination Date      06/30/2002

## Investment Fee Information

Fidelity Low-Priced Stock Fund assesses a short-term trading fee of 1.50% for shares held less than 90 days.
Spartan Total Market Index assesses a short-term trading fee of 0.50% for shares held less than 90 days.
Spartan Extended Market Index assesses a short-term trading fee of 0.75% for shares held less than 90 days.
PIMCO Total Return Adm assesses a short-term trading fee of 2.00% for shares held less than 7 days.
Franklin Small-Mid Cap Growth A fund assesses a short-term trading fee of 2.00% for shares held less than 7 days.
Templeton Foreign A assesses a short-term trading fee of 2.00% for shares held less than 7 days.
American Century International Growth assesses a short-term trading fee of 2.00% for shares held less than 60 days.
Fidelity Europe Fund assesses a short-term trading fee of 1.00% for shares held less than 30 days.
Fidelity Diversified International Fund assesses a short-term trading fee of 1.00% for shares held less than 30 days.
Spartan International Index assesses a short-term trading fee of 1.00% for shares held less than 90 days.

W.R. Grace & Co.                                    Statement Period: 01/01/2002 to 12/31/2002
Savings and Investment Plan

# Your Statement Glossary

**Average Annual Total Return**
This is the hypothetical rate of return, that if the investment option achieved it over a year's time, would produce the same cumulative total return if the investment option performed consistently over the entire period. A total return is expressed in a percentage and tells you how much the investment has earned or lost over time, assuming that all dividends and capital gains are reinvested.

**Change in Market Value**
The change in value reflects the fluctuations in the price per share of the investment option because of changes in their underlying investments (stocks, bonds or short term investments). In the Account Summary section of your statement, this number is the total of all changes in all of your investments due to these types of fluctuations.

**Cumulative Total Return**
This number tells you an investment's actual performance for a certain period of time. A total return is expressed in a percentage and tells you how much money you have earned or lost on an investment over time, assuming that all dividends and capital gains are reinvested.

**Dividends**
In the investment options of your plan, including mutual funds and company stock (if applicable), dividends are money paid to shareholders that comes from the investment income that the fund has earned. Depending on the rules of your plan, dividends on company stock may be reinvested into your retirement account or paid to you in cash.

**Market Value**
Market Value is the dollar value of the investments in your account. You can calculate your market value by using the following formula:
Market Value = Number of shares or units in your account x Price per share or unit of the fund.

**Shares**
Shares are your units of ownership of investments in your account.

**Share Price**
The value of one share of each investment in your account is called share price. It is determined by taking the total value of the whole investment option on a given day and dividing it by the number of shares outstanding.

**Units**
Your interest in your company stock fund is expressed in units not shares. The value of each unit is determined by dividing the market value of assets held by the fund, including shares and the short term investments, by the number of units outstanding. Unitization is a method that combines common stock with short term investments. The short term investment portion of the fund enables stock fund trading every business day, similar to mutual funds, rather than the typical three day settlement period which occurs when stock is traded on the open market. Unitization does not affect the initial market value of your ownership in company stock, only the manner in which it is expressed.

**Vested Balance**
Vesting refers to your level of ownership in company contributions and any associated earnings. When the company contributes money to your account, it resides in your account under your name. This money becomes fully yours once you have satisfied the vesting requirements of your plan. You are always entitled to 100% of your contributions and any associated earnings.

Some special information about other sections in your account statement

W.R. Grace & Co.
Savings and Investment Plan

Statement Period: 01/01/2002 to 12/31/2002

## Asset Allocation

Investments can be divided into three major asset classes: Stocks, Bonds, and Short Term Investments. These asset classes represent the different types of underlying securities that may be held in the investment options you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

### Stocks
Stocks can add a growth component to your portfolio. They represent ownership or equity in a company. Stocks have the potential to outperform other types of investments over the long term. However, stocks tend to have wider price fluctuations over short periods of time than other securities.

### Bond/Managed Income
Bonds and Managed Income investments can add income to your portfolio. They provide the opportunity for higher current income than short-term investments. Bonds represent a loan to a corporation or government agency. The value of an investment in a bond fund fluctuates with changes in interest rates. Managed Income funds invest in contracts issued by insurance companies or banks and seek to preserve the value of your investment through agreements with financial institutions.

### Short Term
Short Term Investments can add stability to your portfolio. They provide current income and seek to preserve the value of your investment. They also tend to provide the lowest returns over the long term. Examples include certificates of deposit (CDs), Treasury Bills and Money Market instruments.

## Market Indices

A market index can measure the general trends in the performance of particular market segments. You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you're invested.

### Standard and Poor's 500
The S&P 500 incorporates a broad base of 500 stocks, including industrial, utility, and financial companies. Some of its stocks have a greater influence on the direction of the market. The S&P 500 calculation takes this into account by giving greater weight to these stocks. The companies that make up the S&P 500 are traded on the New York and American Stock Exchanges, as well as the Over-The-Counter Exchange.

### Lehman Bros. Aggregate Bond Index
This measures the total return of over 8,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

### Morgan Stanley EAFE Index
The MSCI EAFE Index (Morgan Stanley Capital International Europe, Australasia, and Far East, Index) is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

**EXHIBIT 4**

## W.R. Grace & Co.
## Savings and Investment Plan

January 1, 2001 - December 31, 2001

ENV#NA000003
NA 89994 T

TIMOTHY J WHIPPS
2414-A ROCKWELL AVE
CATONSVILLE, MD 21228-4753

Client Service Number: 1-800-835-5096
For questions about your statement call any business day between 8:30 AM and 12:00 midnight Eastern Standard Time.
Internet address: http://www.401k.com

## Your Account Summary

| | |
|---|---:|
| **Beginning Balance** | $45,087.86 |
| Your Contributions | 1,053.83 |
| Employer Contributions | 1,053.83 |
| Withdrawals | -36,225.38 |
| Loan Repayments | 209.34 |
| Fees | -29.25 |
| Dividends | 91.53 |
| Change in Market Value | -11,241.76 |
| **Ending Balance** | **$0.00** |

**Additional Information**
| | |
|---|---:|
| Vested Balance | $0.00 |
| Outstanding Loan Balance | $0.00 |

Loans are an asset of your account but are not included in your asset allocation.

**Your Personal Rate of Return**
| | |
|---|---:|
| This Period | -24.5% |
| Year to Date | -24.5% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Market Value of Your Account
This section displays the value of your account for the period, in both shares/units and dollars.

| Investment | Shares/Units on 12/31/2000 | Shares/Units on 12/31/2001 | Price on 12/31/2000 | Price on 12/31/2001 | Market Value on 12/31/2000 | Market Value on 12/31/2001 |
|---|---:|---:|---:|---:|---:|---:|
| **Stock Investments** | | | | | $45,087.86 | $0.00 |
| New Grace Common | 7,872.126 | 0.000 | $1.68 | $0.81 | 13,225.17 | 0.00 |
| Company Contribution | 2,479.992 | 0.000 | $1.57 | $0.80 | 3,893.59 | 0.00 |
| Fid Blue Chip Growth | 0.933 | 0.000 | $51.53 | $42.94 | 48.08 | 0.00 |
| Fid Contrafund | 1.037 | 0.000 | $49.17 | $42.77 | 50.99 | 0.00 |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

0003   NA000003   0001   20060123   NA4K
Fidelity Investments, PO Box 5424, Cincinnati, OH 45250-5424

W.R. Grace & Co.  
Savings and Investment Plan

Statement Period: 01/01/2001 to 12/31/2001

## Market Value of Your Account (continued)

| Investment | Shares/Units on 12/31/2000 | Shares/Units on 12/31/2001 | Price on 12/31/2000 | Price on 12/31/2001 | Market Value on 12/31/2000 | Market Value on 12/31/2001 |
|---|---|---|---|---|---|---|
| Fid Growth & Income | 447.690 | 0.000 | $42.10 | $37.38 | 18,847.75 | 0.00 |
| Fid Otc Portfolio | 1.016 | 0.000 | $41.05 | $31.17 | 41.71 | 0.00 |
| Fkln SmMidCap Grth A | 228.339 | 0.000 | $39.33 | $31.17 | 8,980.57 | 0.00 |
| **Account Total** | | | | | **$45,087.86** | **$0.00** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

## Your Investment Elections as of 01/23/2006

| Investment | Before Tax Savings | Company Match | New Start After Tax Employee | Pre-Tax Catch-Up |
|---|---|---|---|---|
| Fid Blue Chip Growth | 25% | 25% | 25% | 25% |
| Fid Contrafund | 25% | 25% | 25% | 25% |
| Fid Growth & Income | 25% | 25% | 25% | 25% |
| Fid Otc Portfolio | 25% | 25% | 25% | 25% |
| Total | 100% | 100% | 100% | 100% |

| Contributions | Before Tax Savings | Company Match |
|---|---|---|
| This Period | $1,053.83 | $1,053.83 |
| Year to Date | $1,053.83 | $1,053.83 |
| **Vested Percent** | 100.00 | 100.00 |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Company Contribution | Fid Blue Chip Growth | Fid Contrafund | Fid Growth & Income | Fid Otc Portfolio |
|---|---|---|---|---|---|
| Beginning Balance | $3,353.59 | $48.08 | $50.99 | $18,847.75 | $41.71 |
| Your Contributions | 0.00 | 263.46 | 263.43 | 263.48 | 263.46 |
| Employer Contributions | 0.00 | 263.46 | 263.43 | 263.48 | 263.46 |
| Withdrawals | -2,256.79 | -603.47 | -619.98 | -17,839.43 | -595.93 |
| Loan Repayments | 0.00 | 52.36 | 52.30 | 52.36 | 52.32 |
| Dividends | 0.00 | 0.00 | 0.00 | 91.53 | 0.00 |
| Change in Market Value | -1,636.80 | -23.89 | -10.17 | -1,679.17 | -25.02 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Activity | Fkln SmMidCap Grth A | New Grace Common | Total |
|---|---|---|---|
| Beginning Balance | $8,980.57 | $13,226.17 | $45,087.86 |
| Your Contributions | 0.00 | 0.00 | 1,053.83 |
| Employer Contributions | 0.00 | 0.00 | 1,053.83 |
| Withdrawals | -7,089.93 | -7,219.85 | -36,225.38 |
| Loan Repayments | 0.00 | 0.00 | 209.34 |
| Fees | 0.00 | -29.25 | -29.25 |
| Dividends | 0.00 | 0.00 | 91.53 |
| Change in Market Value | -1,890.64 | -5,976.07 | -11,241.76 |
| Ending Balance | $0.00 | $0.00 | $0.00 |

**W.R. Grace & Co.**
Savings and Investment Plan

Statement Period: 01/01/2001 to 12/31/2001

## Your Loan Activity

| Loan Id | Loan Date | Loan Amount | Balance on 01/01/2001 | Principal Repaid This Period | Balance on 12/31/2001 | Interest Paid This Period |
|---|---|---|---|---|---|---|
| PD LOAN1 | 06/09/2000 | $1,000.00 | $809.34 | $809.34- | $0.00 | $30.13 |
| | | Loan Totals: | $809.34 | $809.34- | $0.00 | $30.13 |

## Your Account Information
If information below is incorrect, please contact your Benefits Office.

**General Information**
Participant Status        Terminated            Termination Date           04/27/2001

## Investment Fee Information

Fidelity Low-Priced Stock Fund assesses a short-term trading fee of 1.50% for shares held less than 90 days.
Spartan Total Market Index assesses a short-term trading fee of 0.50% for shares held less than 90 days.
Spartan Extended Market Index assesses a short-term trading fee of 0.75% for shares held less than 90 days.
PIMCO Total Return Adm assesses a short-term trading fee of 2.00% for shares held less than 7 days.
Franklin Small-Mid Cap Growth A fund assesses a short-term trading fee of 2.00% for shares held less than 7 days.
Templeton Foreign A assesses a short-term trading fee of 2.00% for shares held less than 7 days.
American Century International Growth assesses a short-term trading fee of 2.00% for shares held less than 60 days.
Fidelity Europe Fund assesses a short-term trading fee of 1.00% for shares held less than 30 days.
Fidelity Diversified International Fund assesses a short-term trading fee of 1.00% for shares held less than 30 days.
Spartan International Index assesses a short-term trading fee of 1.00% for shares held less than 90 days.

W.R. Grace & Co.  
Savings and Investment Plan

Statement Period: 01/01/2001 to 12/31/2001

## Your Statement Glossary

***Average Annual Total Return***
This is the hypothetical rate of return, that if the investment option achieved it over a year's time, would produce the same cumulative total return if the investment option performed consistently over the entire period. A total return is expressed in a percentage and tells you how much the investment has earned or lost over time, assuming that all dividends and capital gains are reinvested.

***Change in Market Value***
The change in value reflects the fluctuations in the price per share of the investment option because of changes in their underlying investments (stocks, bonds or short term investments). In the Account Summary section of your statement, this number is the total of all changes in all of your investments due to these types of fluctuations.

***Cumulative Total Return***
This number tells you an investment's actual performance for a certain period of time. A total return is expressed in a percentage and tells you how much money you have earned or lost on an investment over time, assuming that all dividends and capital gains are reinvested.

***Dividends***
In the investment options of your plan, including mutual funds and company stock (if applicable), dividends are money paid to shareholders that comes from the investment income that the fund has earned. Depending on the rules of your plan, dividends on company stock may be reinvested into your retirement account or paid to you in cash.

***Market Value***
Market Value is the dollar value of the investments in your account. You can calculate your market value by using the following formula:
Market Value = Number of shares or units in your account x Price per share or unit of the fund.

***Shares***
Shares are your units of ownership of investments in your account.

***Share Price***
The value of one share of each investment in your account is called share price. It is determined by taking the total value of the whole investment option on a given day and dividing it by the number of shares outstanding.

***Units***
Your interest in your company stock fund is expressed in units not shares. The value of each unit is determined by dividing the market value of assets held by the fund, including shares and the short term investments, by the number of units outstanding. Unitization is a method that combines common stock with short term investments. The short term investment portion of the fund enables stock fund trading every business day, similar to mutual funds, rather than the typical three day settlement period which occurs when stock is traded on the open market. Unitization does not affect the initial market value of your ownership in company stock, only the manner in which it is expressed.

***Vested Balance***
Vesting refers to your level of ownership in company contributions and any associated earnings. When the company contributes money to your account, it resides in your account under your name. This money becomes fully yours once you have satisfied the vesting requirements of your plan. You are always entitled to 100% of your contributions and any associated earnings.

**Some special information about other sections in your account statement**

W.R. Grace & Co.
Savings and Investment Plan

**Asset Allocation**

Investments can be divided into three major asset classes: Stocks, Bonds, and Short Term Investments. These asset classes represent the different types of underlying securities that may be held in the investment options you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

*Stocks*
Stocks can add a growth component to your portfolio. They represent ownership or equity in a company. Stocks have the potential to outperform other types of investments over the long term. However, stocks tend to have wider price fluctuations over short periods of time than other securities.

*Bond/Managed Income*
Bonds and Managed Income investments can add income to your portfolio. They provide the opportunity for higher current income than short-term investments. Bonds represent a loan to a corporation or government agency. The value of an investment in a bond fund fluctuates with changes in interest rates. Managed income funds invest in contracts issued by insurance companies or banks and seek to preserve the value of your investment through agreements with financial institutions.

*Short Term*
Short Term Investments can add stability to your portfolio. They provide current income and seek to preserve the value of your investment. They also tend to provide the lowest returns over the long term. Examples include certificates of deposit (CDs), Treasury Bills and Money Market instruments.

Statement Period: 01/01/2001 to 12/31/2001

**Market Indices**

A market index can measure the general trends in the performance of particular market segments. You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you're invested.

*Standard and Poor's 500*
The S&P 500 incorporates a broad base of 500 stocks, including industrial, utility, and financial companies. Some of its stocks have a greater influence on the direction of the market. The S&P 500 calculation takes this into account by giving greater weight to these stocks. The companies that make up the S&P 500 are traded on the New York and American Stock Exchanges, as well as the Over-The-Counter Exchange.

*Lehman Bros. Aggregate Bond Index*
This measures the total return of over 6,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

*Morgan Stanley EAFE Index*
The MSCI EAFE Index (Morgan Stanley Capital International Europe, Australasia, and Far East, Index) is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.