IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| LAWRENCE W. BUNCH, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Consolidated as:
Case No. 04-11380-WGY

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance behalf of the Plaintiffs in the above-captioned matter.

                      Gerald D. Wells, III
                      Schiffrin & Barroway
                      280 King of Prussia Road
                      Radnor, PA  19087
                      610-667-7706
                      Atty. I.D. No. 88277

DATED: 5/31/06