**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KERI EVANS, et al.,    )<br>                                         )<br>      Plaintiffs,     )<br>                                         )<br>      v.                   )<br>                                         )<br>JOHN F. AKERS, et al.,   )<br>                                         )<br>      Defendants.    )<br>_____)<br>                                         )<br>LAWRENCE W. BUNCH, et al., )<br>                                         )<br>      Plaintiffs,     )<br>                                         )<br>      v.                   )<br>                                         )<br>W. R. GRACE & CO., et al.,  )<br>                                         )<br>      Defendants.    )<br>_____) | **Consolidated Under<br>Case No. 04-11380-WGY** |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF VALERIE N. WEBB**

Pursuant to Local Rule 83.5.3(b), I, Matthew C. Hurley, as counsel for defendants W. R. Grace & Co., Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapidario (collectively, the "Defendants"), respectfully move this Court for the admission *pro hac vice* of Valerie N. Webb of Arent Fox PLLC in this matter, and in support of this Motion state as follows:

1. I am an attorney at law duly admitted to practice before the United States District Court for the District of Massachusetts and am a member in good standing of the bar of the Commonwealth of Massachusetts.

2. I am an attorney at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and I have filed an appearance as counsel representing Defendants in this matter.

3. Valerie N. Webb is an attorney with the firm of Arent Fox PLLC, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036 and serves along with Mintz Levin as counsel for Defendants in this matter. Ms. Webb is familiar with the facts surrounding this dispute.

4. Further, as set forth in the accompanying Local Rule 83.5.3(b) Certification submitted herewith as Exhibit A: (1) Ms. Webb is a member in good standing in every jurisdiction in which she is admitted to practice; (2) there are no disciplinary proceedings pending against her; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Defendants respectfully request, through its counsel, that this Court admit Valerie N. Webb *pro hac vice*, on behalf of Defendants in this matter, as set forth in the Proposed Order attached as Exhibit B.

Dated: June 7, 2006　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Matthew C. Hurley_____
　　　　　　　　　　　　　　　　　　Matthew C. Hurley, BBO #643638
　　　　　　　　　　　　　　　　　　MINTZ, LEVIN, COHN, FERRIS,
　　　　　　　　　　　　　　　　　　 GLOVSKY AND POPEO, P.C.
　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　Telephone:  617 542-6000
　　　　　　　　　　　　　　　　　　Facsimile:   617 542-2241


　　　　　　　　　　　　　　　　　　*Counsel for W. R. Grace & Co., Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapidario*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of June 2006, a copy of the foregoing *Motion for Admission Pro Hac Vice of Valerie N. Webb* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to all parties who are not served via the Court's electronic filing system.

                                            /s/ Matthew C. Hurley
                                            Matthew C. Hurley