# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **KERI EVANS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **JOHN F. AKERS, et al.,** ) | |
| ) | |
| Defendants. ) | **Consolidated Under** |
| ) | **Case No. 04-11380-WGY** |
| **LAWRENCE W. BUNCH, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **W. R. GRACE & CO., et al.,** ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION OF VALERIE N. WEBB**
**PURSUANT TO LOCAL RULE 83.5.3(b)**

I, Valerie N. Webb, hereby depose and state as follows:

     1.    I am an attorney at Arent Fox PLLC, which represents defendants W. R. Grace & Co., Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapidario in this matter. I submit this certification pursuant to Local Rule 83.5.3(b).

     2.    I am admitted to practice in the State of Maryland and in the District of Columbia and am a member in good standing of the Maryland and District of Columbia bars.

     3.    I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

      4.      I am familiar with the facts and circumstances in the above matter and I am familiar with the Local Rules of this Court.

      I certify under penalty of perjury that the foregoing is true and correct.

                                          /s/ Valerie N. Webb
                                          Valerie N. Webb

Dated: June 7, 2006