# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN F. AKERS, et al., )<br>)<br>Defendants. )<br>_____)<br>)<br>LAWRENCE W. BUNCH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W. R. GRACE & CO., et al., )<br>)<br>Defendants. )<br>_____) | Consolidated Under<br>Case No. 04-11380-WGY |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Nancy S. Heermans as counsel on behalf of defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, W. R. Grace & Co. Investments and Benefits Committee, W. R. Grace & Co. Administrative Committee, Brenda Gottlieb, W. Brian McGowan, and Michael Piergrossi (collectively, the "Defendants") in this matter, and for good cause shown,

IT IS on this ____ day of _____, 2006, hereby ORDERED that the

Motion for Admission *Pro Hac Vice* of Nancy S. Heermans on behalf of Defendants is

GRANTED.

						_____
						United States District Court Judge

LIT 1575552v.1