# EXHIBIT A

Prospectus Supplement for
the W. R. Grace & Co.
Salaried Employees Savings
and Investment Plan
and the
W. R. Grace & Co. Hourly
Employees Savings and
Investment Plan

**This document constitutes
part of a Prospectus
covering securities that
have been registered under
the Securities Act of 1933**

The Summary Plan Description for the Savings and Investment Plans also constitutes part of the Prospectus. **Plan participants should refer to the Summary Plan Description for additional information.**

April 1998

# Table of Contents

1. General Information .................................................................1
2. The Plan .....................................................................................2
3. Availability of Certain Documents .........................................3
4. Plan Administrator and Other Plan Fiduciaries ....................4
   A. The Administrative Committee ........................................4
   B. The Investment and Benefits Committee ........................4
   C. The Plan Trustee and Trust Fund ....................................6
   D. The Plan's Recordkeeper ...................................................6
5. Investments ...............................................................................8
   A. Introduction ........................................................................8
   B. Investment Performance—W. R. Grace & Co.
      Savings and Investment Plans .........................................9
   C. Fees for Fund Management ............................................10
6. Other Plan Information .........................................................11
   A. Assignment; Beneficiaries; Liens ...................................11
   B. Restrictions on Reoffers or Resales of Grace
      Common Stock ..................................................................11
   C. Voting Grace Common Stock Held in Plan
      Accounts .............................................................................11
   D. Tax Qualification and ERISA Coverage ........................12

# 1. General Information

This Prospectus relates to the Company's Salaried Employees Savings and Investment Plan and Hourly Employees Savings and Investment Plan (collectively, the "Plan"). The Company's principal executive offices are located at 1750 Clint Moore Road, Boca Raton, Florida 33487, and its telephone number is (561) 362-2000.

As used in this Prospectus, the term "Company" refers to W. R. Grace & Co., a Delaware corporation, and its employing units that are authorized to participate in the Plan.

## 2. The Plan

The Plan was adopted effective September 1, 1976 by the board of directors of a predecessor of the Company and has since been amended several times. The Plan has also been adopted by certain employing units of the Company, and other employing units may adopt the Plan in the future.

The purpose of the Plan is to encourage eligible employees to obtain additional financial security, to supplement retirement income through savings on a regular, long-term basis and to share in the Company's performance through ownership of the Company's Common Stock, par value $0.01 per share ("Grace Common Stock").

The description of the Plan contained in the Plan's Prospectus is a general summary of the Plan; it is not intended to be complete, and is qualified in its entirety by reference to the Plan, copies of which are available for inspection at the offices of the Company and at each employing unit, and may be obtained upon paying a reasonable fee for copying. Additionally, questions or requests for information concerning the Plan may be directed to the Plan Administrator at the Company's principal executive offices, either in writing or by telephone.