**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **KERI EVANS, et al.,**         ) | |
|                                 ) | |
|             **Plaintiffs,**     ) | |
|                                 ) | |
|             v.                  ) | |
|                                 ) | |
| **JOHN F. AKERS, et al.,**      ) | |
|                                 ) | |
|             **Defendants.**     ) | |
|                                 ) | **Consolidated Under** |
|                                 ) | **Case No. 04-11380-WGY** |
| **LAWRENCE W. BUNCH, et al.,**  ) | |
|                                 ) | |
|             **Plaintiffs,**     ) | |
|                                 ) | |
|             v.                  ) | |
|                                 ) | |
| **W. R. GRACE & CO., et al.,**  ) | |
|                                 ) | |
|             **Defendants.**     ) | |

## ORDER

**UPON CONSIDERATION** of the parties' Joint Motion for Stay of Proceedings Pending Mediation, and the entire record herein, it is this _____ day of _____ 2006, hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED**;

**ORDERED** that this Action be, and hereby is, **STAYED** through August 31, 2006, while the parties are engaged in negotiations to resolve it; and

**ORDERED** that should the parties be unsuccessful in negotiating its resolution, they shall jointly propose a new schedule no later than September 11, 2006, which schedule will be

8

consistent with this Court's existing Pretrial Scheduling Order in terms of the amount of time for discovery and the period of time between the close of discovery and trial; and

**ORDERED** that should the parties be unsuccessful in negotiating a resolution of this matter by August 31, 2006, the hearing on the Plaintiffs' motions for class certification that is currently scheduled for June 29, 2006, shall be reset for the first available date on or after September 11, 2006.

```
                                        _____
                                        United States District Court Judge
```

LIT 1576560v.1