# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Evans et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**Akers et al.,** )<br>)<br>**Defendants.** )<br>)<br>**Bunch et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**W.R. Grace & Co. et al.,** )<br>)<br>**Defendants.** ) | **Cases Consolidated As:**<br>**1:04-cv-11380-WGY** |

**Certificate of Service for**

**[CORRECTED] REPLY MEMORANDUM IN FURTHER SUPPORT OF EVANS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of June, 2006, the above-named document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and was served via electronic mail (including oversize exhibit) on the following:

    Carol Connor Flowe
    ARENT FOX PLLC
    1050 Connecticut Avenue, N.W.
    Washington, D.C.  20036
    Telephone:  (202) 857-6000
    Facsimile:  (202) 857-6395

    *Attorneys for Defendants John F. Akers, Ronald C. Cambre,*
    *Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice,*
    *H. Furlong Baldwin, Investments and Benefits Committee,*
    *Administrative Committee, Brenda Gottlieb, W. Brian McGowan,*

*Michael Piergrossi, Robert M. Tarola, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, Ren Lapadario, W.R. Grace & Co., W.R. Grace Investment and Benefits Committee, and Fred E. Festa*

   /s/   Edward W Ciolko
Edward W. Ciolko, Esq.