UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **KERRI EVANS,** ) | Case No. 04-11380-WGY |
| ) |  |
| **Plaintiff,** ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| **JOHN F. AKERS, et al.,** ) |  |
| ) |  |
| **Defendants.** ) |  |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman & Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: July 28, 2006                              Respectfully submitted,


                                                  /s/ David Pastor
                                                  David Pastor (BBO # 391000)
                                                  GILMAN AND PASTOR, LLP
                                                  225 Franklin Street, 16th Floor
                                                  Boston, MA 02110
                                                  Telephone: (617) 742-9700
                                                  Facsimile: (617) 742-9701

                                                  Attorney for Plaintiffs

{00004866.DOC ; 2}