UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.,<br><br>        Defendants. | Consolidated Under<br>Case No. 04-11380-WGY |

## ORDER

UPON CONSIDERATION of the Joint Motion to Reopen the Proceedings, and the entire record herein, it is this 12TH day of September, 2006, hereby:

ORDERED that the Motion be, and hereby is, **GRANTED**;

ORDERED that this Action be, and hereby is, **REOPENED**; and

ORDERED that the following Schedule is **APPROVED**:

1. Fact discovery will commence upon the earlier of (a) the expiration of 60 days; or (b) immediately upon the Court's ruling on the Class Certification Motions ("Court's Ruling") and will conclude 6 months later.

2. The parties will have until 120 days after the Court's Ruling to amend their pleadings and/or join additional parties, although the parties may seek leave from the Court to do so beyond the deadline, for good cause shown.

3. The parties will identify their experts and produce their initial expert reports(s) no later than 14 days after the close of fact discovery.

4. The parties will exchange their rebuttal expert report(s) no later than 21 days after the exchange of their initial expert report(s).

5. Expert discovery will conclude 30 days after the exchange of rebuttal expert reports.

6. Dispositive motions will be filed no later than 30 days after the close of expert discovery.

7. The Court will issue an order scheduling trial; and

**ORDERED** that the hearing on the Plaintiffs' Class Certification Motions, which was originally scheduled for June 29, 2006, shall be reset for the 28 day of September, 2006. @ 2PM

William G. Young
United States District Court Judge