# SCHIFFRIN & BARROWAY, LLP
### Attorneys at Law

280 King of Prussia Road, Radnor, Pennsylvania 19087
610-667-7706 • Fax: 610-667-7056
www.sbclasslaw.com

Writer's Direct Dial: (610) 822-2210
E-Mail: jmeltzer@sbclasslaw.com

September 21, 2006

**VIA FEDEX AND ECF**

Honorable William G. Young
United States District Judge
United States District Court
   for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Evans et al. v. Akers et al.*, Civil Action No. 04-11380-WGY

Dear Judge Young:

The Evans Plaintiffs respectfully submit the following cases (and one United States Department of Labor *Amicus* Brief) that were published after the completion of the briefing on the Evans Plaintiffs' motion for class certification:

- *In re Aquila ERISA Litig.*, 237 F.R.D. 202 (W.D. Mo. July 18, 2006)

- *Coan v. Kaufman*, 457 F.3d 250 (2d Cir. July 21, 2006)

- *In re Tyco International, Ltd.*, No. MD-02-1335-PB, 2006 WL 2349338 (D.N.H. Aug. 15, 2006)

- Brief of *Amicus Curiae* Elaine L. Chao, Secretary of the United States Department of Labor In Support of Plaintiffs-Appellants Requesting Reversal, *Hotzscher v. Dynegy, Inc.*, No. 06-20297 (5th Cir. June 28, 2006)

The Evans Plaintiffs respectfully submit that the *Aquila* and *Coan* opinions, as well as the Department of Labor brief, are relevant to the Evans Plaintiffs' standing to bring their claims and the *Tyco* decision is relevant to the certification of the Evans Plaintiffs' misrepresentation and non-disclosure claims.



Honorable William G. Young
September 21, 2006
-- page 2 --

                                        Very truly yours,

                                        Joseph H. Meltzer /KBB

                                        Joseph H. Meltzer

Enclosures

cc:    Carol Connor Flowe
        All counsel of record (via ECF only)