# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KERI EVANS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Consolidated** |
| | ) | **Civil Action No.  04-11380 (WGY)** |
| JOHN F. AKERS, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | |
|---|---|
| LAWRENCE W. BUNCH, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF MOTION TO ADMIT
## COUNSEL *PRO HAC VICE*

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Terrence L. Goodman and the Certificates of Good Standing annexed thereto, the undersigned will move this Court, before the Honorable William G. Young on a date to be determined by the Court, in the United States Courthouse, 1 Courthouse Way, Boston, MA 02210, for an Order, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, admitting him as attorney *pro hac vice*.

Dated: September 25, 2006

Respectfully Submitted,

**BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO**

/s/ Jeffrey C. Block_____
Glen DeValerio
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194
Email:  jblock@bermanesq.com


James R. Cummins, Esq.
Jane H. Walker, Esq.
**WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.**
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202
Telephone:  (513) 621-0267
Facsimile:  (513) 381-2375
E-mail  jcummins@wsbclaw.com
E-mail:  janehwalker@wsbclaw.com

**Counsel for Lawrence W. Bunch, Jerry L.
Howard, Sr. and David Mueller, Both
Individually and Behalf of All Others Similarly
Situated**