# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>JOHN F. AKERS, et al. )<br>)<br>Defendants. )<br>) | **Consolidated**<br>**Civil Action No. 04-11380 (WGY)** |
| LAWRENCE W. BUNCH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>W. R. GRACE & CO., et al. )<br>)<br>Defendants. )<br>) | |

## ORDER FOR ADMISSION
## *PRO HAC VICE*

Came on this day for consideration is the Motion to Appear *Pro Hac Vice* of Movant, Terrence L. Goodman of Waite, Schneider, Bayless & Chesley Co., L.P.A., 1513 Fourth & Vine Tower, One West Fourth Street, Cincinnati, Ohio 45202, for purposes of the above-entitled and numbered cause. After careful consideration, the Court is of the opinion that said motion should be GRANTED. It is accordingly ORDERED that Terrence L. Goodman shall be allowed to appear before this Court *pro hac vice*, subject to the Local Rules of the District of Massachusetts.

7

SIGNED this _____ day of September, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

8