UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOHN F. AKERS, et al. ) <br> ) <br> Defendants. ) <br> ) | **Consolidated** <br> **Civil Action No. 04-11380 (WGY)** |
| LAWRENCE W. BUNCH, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> W. R. GRACE & CO., et al. ) <br> ) <br> Defendants. ) | |

### DECLARATION OF JEFFREY C. BLOCK OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

JEFFREY C. BLOCK, hereby declares as follows:

1. I am an attorney admitted to practice in the District of Massachusetts, and an attorney with the firm of Berman DeValerio Pease Tabacco Burt & Pucillo. I submit this Declaration in support of the motion to admit Terrence L. Goodman to the United States District Court for the District of Massachusetts *pro hac vice* for purposes of this action.

5

2. I agree to act as local counsel for Terrence L. Goodman and to observe the Rules of this Court governing the conduct of attorneys.

3. Terrence L. Goodman is a member in good standing of the Bar of the State of Ohio. Terrence L Goodman is an attorney of the firm Waite, Schneider, Bayless & Chesley Co., L.P.A., counsel to Plaintiffs, Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller, individually and on behalf of all others similarly situated, in this action.

4. For the foregoing reasons, it is respectfully requested that Terrence L. Goodman be admitted *pro hac vice* to the United States District Court for the District of Massachusetts for the purposes of this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2006

/s/ Jeffrey C. Block
Jeffrey C. Block, Esq.