UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>JOHN F. AKERS, et al. )<br>)<br>Defendants. ) | **Consolidated**<br>**Civil Action No. 04-11380 (WGY)** |
| LAWRENCE W. BUNCH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W. R. GRACE & CO., et al. )<br>)<br>Defendants. ) | |

### DECLARATION OF TERRENCE L. GOODMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

1. I am an attorney with the law firm of Waite, Schneider, Bayless & Chesley Co., L.P.A.

2. I submit this Declaration in support of the motion of Terrence L. Goodman for my admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Ohio, admitted October 29, 1984, Bar No. 0009148.

3

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Wherefore, your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the above captioned case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15th, 2006

Terrence L. Goodman
WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375

4