IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, ) | |
| ) | |
| Plaintiff, ) | Consolidated |
| ) | Civil Action No. 04-11380(WGY) |
| v. ) | |
| ) | |
| JOHN F. AKERS, et al. ) | |
| ) | |
| Defendants. ) | |
| | |
| LAWRENCE W. BUNCH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| W.R. GRACE & CO., et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Sandra Faith Melloul hereby certify that **Notice of Motion to Admit Counsel *Pro Hac Vice*, Declarations of Jeffrey C. Block and Terrence L. Goodman in Support of Motion to Admit Counsel *Pro Hac Vice* and [Proposed] Order Granting Application of Terrence L. Goodman for Admission *Pro Hac Vice*,** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 25, 2006                                    /s/ Sandra Faith Melloul
                                                                                  Sandra Melloul