# WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

ATTORNEYS & COUNSELLORS AT LAW
1513 FOURTH & VINE TOWER
ONE WEST FOURTH STREET
CINCINNATI, OHIO 45202
TELEPHONE (513) 621-0267

JANE H. WALKER

FAX (513) 381-2375
FAX (513) 621-0262

September 26, 2006

**VIA FEDEX AND ECF**

Honorable William G. Young
United States District Judge
United States District Court
 for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

    RE:    ***Evans, et al. v. Akers, et al.*, Civil Action No. 04-11380-WGY**

Dear Judge Young:

    The Bunch Plaintiffs respectfully submit the following documents that were received after the completion of the briefing on the Bunch Plaintiffs' motion for class certification:

1. W. R. Grace & Co.'s participants in Plan on February 24, 2004;

2. Financial and Valuation Analysis of W. R. Grace & Co. stock prepared for State Street Global Advisors, dated January 29, 2004;

3. Active funds managed by State Street Global Advisors for first and second quarters of 2004;

4. 13F Holdings Report of State Street Corporation
   - filed February 6, 2004 (for period: December 31, 2003);
   - filed May 13, 2004 (for period: March 31, 2004);
   - filed November 4, 2004 (period: September 30, 2004);

5. Amended 13F Holdings Report of State Street Corporation
   - filed August 25, 2004 (for June 30, 2004);
   - filed October 19, 2005 (for period: June 30, 2004).

    The Bunch Plaintiffs respectfully submit these additional documents which are relevant to the Bunch Plaintiffs' claims in this matter.

Honorable William G. Young
Page Two
September 26, 2006

                                      Very truly yours,

                                      WAITE, SCHNEIDER, BAYLESS
                                         & CHESLEY CO., L.P.A.

                                         Jane H. Walker

JHW/lah
Encl.
cc:    Carol Connor Flowe, Esq.
        Scott M. Flicker, Esq.
        All counsel of record (via ECF only)