| Order ID | Fund | Cusip | SEC Name | Buy/Sell | Shares Ordered | Portfolio Manager | Order Date | Price | Shares Executed | Broker CD | Broker Name | Total Commission | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6661619 | CMD4 | 38388F10 | GRACE W R & CO DEL NEW | B | 23,700 | trawlings | 1/13/2004 | $3.57 | 22,500 | MSCOXL | MORGAN STANLEY TRADE XL | $450.00 | 1/13/2004 | 1/16/2004 |
| 6660684 | CM52 | 38388F10 | GRACE W R & CO DEL NEW | | 61,300 | kschneider | 1/14/2004 | $3.60 | 61,300 | MSCOXL | MORGAN STANLEY TRADE XL | $1,226.00 | 1/14/2004 | 1/20/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.86 | 200,000 | AXCS | ACCESS SECURITIES | $4,000.00 | 2/27/2004 | 3/3/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.87 | 100,000 | AXCS | ACCESS SECURITIES | $2,000.00 | 3/1/2004 | 3/4/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.95 | 100,000 | AXCS | ACCESS SECURITIES | $2,000.00 | 3/2/2004 | 3/5/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $3.00 | 25,000 | AXCS | ACCESS SECURITIES | $500.00 | 3/3/2004 | 3/8/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $3.05 | 50,000 | AXCS | ACCESS SECURITIES | $1,000.00 | 3/4/2004 | 3/9/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $3.09 | 26,500 | AXCS | ACCESS SECURITIES | $530.00 | 3/5/2004 | 3/10/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.90 | 21,600 | AXCS | ACCESS SECURITIES | $432.00 | 3/12/2004 | 3/17/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.75 | 2,500 | AXCS | ACCESS SECURITIES | $50.00 | 3/18/2004 | 3/23/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.79 | 50,000 | AXCS | ACCESS SECURITIES | $1,000.00 | 3/25/2004 | 3/30/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.90 | 31,400 | AXCS | ACCESS SECURITIES | $628.00 | 3/25/2004 | 3/30/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.88 | 18,600 | AXCS | ACCESS SECURITIES | $372.00 | 3/25/2004 | 3/30/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $2.90 | 50,000 | AXCS | ACCESS SECURITIES | $1,000.00 | 3/26/2004 | 3/31/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $3.07 | 131,000 | AXCS | ACCESS SECURITIES | $2,620.00 | 3/29/2004 | 4/1/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $3.01 | 50,000 | AXCS | ACCESS SECURITIES | $1,000.00 | 3/30/2004 | 4/2/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $3.09 | 50,000 | AXCS | ACCESS SECURITIES | $1,000.00 | 3/31/2004 | 4/5/2004 |
| 6867213 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,400,000 | msmith | 2/27/2004 | $3.19 | 25,000 | AXCS | ACCESS SECURITIES | $500.00 | 4/1/2004 | 4/6/2004 |
| 6878381 | EBM9 | 38388F10 | GRACE W R & CO DEL NEW | B | 3,500 | jmay | 3/1/2004 | $2.91 | 3,500 | CNTY | DEUTSCHE BANK SECURITIES | $0.00 | 3/1/2004 | 3/4/2004 |
| 7044251 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 6,254,117 | msmith | 4/12/2004 | $3.50 | 6,254,117 | LEHM | LEHMAN BROTHERS | $187,623.51 | 4/12/2004 | 4/15/2004 |
| 7048781 | 773680 | 38388F10 | GRACE W R & CO DEL NEW | S | 18,860 | msmith | 4/13/2004 | $3.50 | 18,860 | LEHM | LEHMAN BROTHERS | $565.80 | 4/13/2004 | 4/16/2004 |
| 7204486 | 16010 | 38388F10 | GRACE W R & CO DEL NEW | B | 68 | trawlings | 5/25/2004 | $3.11 | 88 | MSCOXL | MORGAN STANLEY TRADE XL | $1.36 | 5/28/2004 | 6/3/2004 |
| 7207154 | 57Y1 | 38388F10 | GRACE W R & CO DEL NEW | B | 15,900 | kschneider | 5/25/2004 | $3.07 | 8,500 | ITGI | INVESTMENT TECHNOLOGY GROUP | $170.00 | 5/26/2004 | 6/1/2004 |
| 7207154 | 57Y1 | 38388F10 | GRACE W R & CO DEL NEW | B | 15,900 | kschneider | 5/25/2004 | $3.11 | 7,400 | MSCOXL | MORGAN STANLEY TRADE XL | $148.00 | 5/28/2004 | 6/3/2004 |
| 7209804 | USWF02 | 38388F10 | GRACE W R & CO DEL NEW | S | 464 | trawlings | 5/25/2004 | $3.07 | 464 | ITGI | INVESTMENT TECHNOLOGY GROUP | $9.28 | 5/26/2004 | 6/1/2004 |
| 7211690 | CM87 | 38388F10 | GRACE W R & CO DEL NEW | S | 1,200 | trawlings | 5/25/2004 | $3.07 | 1,200 | ITGI | INVESTMENT TECHNOLOGY GROUP | $24.00 | 5/26/2004 | 6/1/2004 |
| 7213047 | CMD4 | 38388F10 | GRACE W R & CO DEL NEW | S | 6,900 | trawlings | 5/25/2004 | $3.07 | 6,900 | ITGI | INVESTMENT TECHNOLOGY GROUP | $138.00 | 5/26/2004 | 6/1/2004 |

SSBT-002577

Confidential - Subject to Protective Order - For Mediation Purposes Only