

# FORM 13F-HR

## STATE STREET CORP - stt

Filed: February 06, 2004 (period: December 31, 2003)

13F Holdings Report Initial Filing

```
                        UNITED STATES
                SECURITIES AND EXCHANGE COMMISSION
                       Washington D.C. 20549

                            Form 13F

                        Form 13F Cover Page
```

Report for Calendar Year or Quarter Ended: December 31, 2003

Check here if amendment  [ ]  Amendment Number [ ]

Institutional Investment Manager filing this report:

Name:       State Street Corporation
Address:    225 Franklin Street
            Boston, Massachusetts 02110

Form 13F File Number:     28-399

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:       Fred P. Baughman
Title       Senior Vice President, Controller, and Chief Accounting Officer
Telephone:  617-786-3000

Signature, Place, and Date of Signing:

/s/ Frederick P. Baughman      Boston, Massachusetts          February 2, 2004
-------------------------      ----------------------         -----------------
       [Signature]                  [City, State]                  [Date]

Report Type (Check only one):

[_]  13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
     are reported in this report.)

[_]  13F NOTICE. (Check here if no holdings reported are in this report and all
     holdings are reported by other reporting manager(s).)

[X]  13F COMBINATION REPORT. (Check here if a portion of the holdings for this
     reporting manager are reported in this report and a portion are reported by
     other reporting manager(s).)

List of Other Managers Reporting for this Manager:
(if there are no entries in this list, omit this section.)

```
            -------------------------------------------
              13F File Number            Name
            -------------------------------------------
                 28-5798              Roy A. Hammer
            -------------------------------------------
```

Form 13F SUMMARY PAGE

Report Summary:

Number of Other Included Managers:        13
Form 13F Information Table Entry Total:   3,388
Form 13F Information Table Value Total:   408,489,862
                                          (thousands)

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other that the manager filing this report. [If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

| No. | Form 13F File Number | Name |
|---|---|---|
| 1  | 28-1932 | Frederick Ballou |
| 2  | 28-3602 | Francis L. Coolidge |
| 3  | 28-2710 | F. Davis Dossori, Jr. |
| 4  | 28-3488 | Nicholas A. Grace |
| 5  | 28-5798 | Roy A. Hammer |
| 6  | 28-6740 | Edward J. Joyce |
| 7  | 28-5796 | George H. Kidder |
| 8  | 28-1487 | Peter B. Loring |
| 9  | 28-4282 | Dean Ridlon |
| 10 | 28-6281 | Michael B. Elefante |
| 11 | 28-5362 | John Cornish |
| 12 | 28-6476 | William A. Lowell |
| 13 | 28-4918 | Thomas H.P. Whitney |

State Street Corporation (STT)
SEC13F Report - December 2003

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x$1000) | SHRS OR PRN AMT | SH/ PRN | PUT/ CALL | INVESTMENT DISCRETION SOLE | SHARED AS DEFINED | SHARED OTHER | VOTING AUTHORITY SOLE | SHARED | NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GIANT INDS INC | COM | 37450810 | 222 | 18,496 | SH | | 18,496 | | | 18,496 | | |
| GIBRALTAR STL CORP | COM | 37476P10 | 3,767 | 149,673 | SH | | 149,673 | | | 137,323 | | 12,350 |
| GILEAD SCIENCES INC | COM | 37555810 | 194,657 | 3,340,032 | SH | | 3,263,493 | 60,364 | 16,175 | 3,120,691 | 27,075 | 192,266 |
| GILLETTE CO | COM | 37576610 | 1,134,360 | 30,883,741 | SH | | 29,830,740 | 810,942 | 242,059 | 27,677,703 | 435,218 | 2,770,820 |
| GLACIER BANCORP INC | COM | 37637Q10 | 9,701 | 298,760 | SH | | 298,760 | | | 270,280 | | 28,480 |
| GLADSTONE CAPITAL CO | COM | 37653510 | 2,986 | 133,590 | SH | | 133,590 | | | 119,990 | | 13,600 |
| GLAMIS GOLD LTD | COM | 37677510 | 2,810 | 164,107 | SH | | 164,107 | | | 156,916 | | 7,191 |
| GLATFELTER | COM | 37731610 | 8,022 | 644,329 | SH | | 643,409 | 920 | | 602,630 | | 41,699 |
| GLAXOSMITHKLINE PLC | SPONSORED | 37733W10 | 900,562 | 19,317,079 | SH | | 19,195,079 | 122,000 | | 19,187,722 | | 129,357 |
| GLENBOROUGH RLTY TR | COM | 37803P10 | 9,090 | 455,650 | SH | | 455,650 | | | 416,469 | | 39,181 |
| GLIMCHER RLTY TR | SH BEN INT | 37930210 | 16,042 | 716,812 | SH | | 716,812 | | | 649,823 | | 66,989 |
| GLOBAL IMAGING SYSTE | COM | 37934A10 | 9,168 | 288,745 | SH | | 287,945 | 800 | | 268,345 | | 20,400 |
| GLOBAL INDS LTD | COM | 37933610 | 6,542 | 1,275,170 | SH | | 1,275,170 | | | 1,162,870 | | 112,300 |
| GLOBAL PMTS INC | COM | 37940X10 | 19,154 | 406,499 | SH | | 404,792 | 760 | 947 | 403,252 | 947 | 2,300 |
| GLOBAL POWER EQUIPME | COM | 37941P10 | 3,100 | 464,111 | SH | | 458,411 | 5,700 | | 350,691 | | 113,420 |
| GLOBALSANTAFE CORP | SHS | G3930E10 | 15,459 | 622,609 | SH | | 621,435 | 1,095 | 79 | 455,482 | 79 | 167,048 |
| GLOBESPANVIRATA INC | COM | 37957V10 | 11,916 | 2,036,937 | SH | | 2,031,707 | 5,230 | | 1,853,187 | | 183,750 |
| GOLD BANC CORP INC | COM | 37990710 | 8,694 | 618,381 | SH | | 615,081 | 3,300 | | 562,928 | | 55,453 |
| GOLDCORP INC NEW | COM | 38095640 | 478 | 29,993 | SH | | 29,993 | | | 27,370 | | 2,623 |
| GOLDEN TELECOM INC | COM | 38122G10 | 5,637 | 202,419 | SH | | 202,419 | | | 176,619 | | 25,800 |
| GOLDEN WEST FINL COR | COM | 38131710 | 390,811 | 3,787,295 | SH | | 3,778,259 | 8,936 | 100 | 3,391,448 | 6,700 | 389,147 |
| GOLDMAN SACHS GROUP | COM | 38141G10 | 1,131,619 | 11,461,752 | SH | | 10,910,139 | 500,571 | 51,042 | 10,295,449 | 281,156 | 885,147 |
| GOODRICH CORP | COM | 38238810 | 104,254 | 3,511,413 | SH | | 3,498,445 | 12,408 | 560 | 3,207,512 | 2,060 | 301,841 |
| GOODYEAR TIRE &RUBR | COM | 38255010 | 41,382 | 5,264,866 | SH | | 5,247,996 | 16,870 | | 4,673,640 | 2,900 | 588,326 |
| GOODYS FAMILY CLOTHI | COM | 38258810 | 2,986 | 319,005 | SH | | 319,005 | | | 269,655 | | 49,350 |
| GORMAN RUPP CO | COM | 38308210 | 5,053 | 191,404 | SH | | 191,404 | | | 172,754 | | 18,650 |
| GRACE W R &CO DEL N | COM | 38368P10 | 2,630 | 1,023,243 | SH | | 1,010,244 | 12,799 | 200 | 886,383 | 200 | 136,660 |
| GRACO INC | COM | 38410910 | 29,250 | 729,414 | SH | | 724,512 | 4,292 | 610 | 709,842 | 610 | 18,962 |
| GRAFTECH INTL LTD | COM | 38431310 | 18,687 | 1,384,186 | SH | | 1,383,886 | 300 | | 1,281,836 | | 102,350 |
| GRAINGER W W INC | COM | 38480210 | 109,477 | 2,310,138 | SH | | 2,296,832 | 11,481 | 1,825 | 2,097,336 | 2,725 | 210,077 |
| GRANITE CONSTR INC | COM | 38732810 | 16,710 | 711,361 | SH | | 711,361 | | | 650,786 | | 60,575 |
| GRANT PRIDECO INC | COM | 38821G10 | 19,546 | 1,501,195 | SH | | 1,498,375 | 2,720 | 100 | 1,484,540 | 350 | 16,305 |
| GRAY TELEVISION INC | COM | 38937510 | 9,786 | 647,252 | SH | | 637,752 | 9,500 | | 588,452 | | 58,800 |
| GRAY TELEVISION INC | CL A | 38937520 | 361 | 23,783 | SH | | 23,783 | | | 23,783 | | |
| GREAT AMERN FINL RES | COM | 38991510 | 2,319 | 142,950 | SH | | 142,950 | | | 142,650 | | 300 |
| GREAT ATLANTIC &PAC | COM | 39006410 | 3,779 | 449,824 | SH | | 444,424 | 5,400 | | 277,774 | | 172,050 |
| GREAT LAKES CHEM COR | COM | 39056810 | 43,054 | 1,583,461 | SH | | 1,582,391 | 1,070 | | 1,459,472 | 600 | 123,389 |
| GREAT LAKES REIT INC | COM | 39075210 | 4,937 | 314,430 | SH | | 314,430 | | | 286,032 | | 28,398 |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,234 | 13,300 | SH | | 13,300 | | | 13,300 | | |
| GREAT PLAINS ENERGY | COM | 39116410 | 32,707 | 1,027,886 | SH | | 1,025,286 | 1,700 | 900 | 1,016,462 | 900 | 10,524 |
| GREAT SOUTHN BANCORP | COM | 39090510 | 4,218 | 90,966 | SH | | 90,966 | | | 83,016 | | 7,950 |
| GREATER BAY BANCORP | COM | 39164810 | 33,241 | 1,167,182 | SH | | 1,163,998 | 439 | 2,745 | 1,073,097 | 2,745 | 91,340 |
| GREATER COMMUNITY BA | COM | 39167M10 | 1,103 | 65,288 | SH | | 65,288 | | | 65,088 | | 200 |
| GREEN MOUNTAIN PWR C | COM | 39315410 | 799 | 33,863 | SH | | 33,583 | | 280 | 33,583 | 280 | |
| GREEN MTN COFFEE ROA | COM | 39312210 | 2,462 | 107,400 | SH | | 107,400 | | | 105,500 | | 1,900 |
| GREENBRIER COS INC | COM | 39365710 | 1,680 | 100,324 | SH | | 100,324 | | | 78,024 | | 22,300 |
| GREENE CNTY BANCSHAR | COM NEW | 39436120 | 2,076 | 89,170 | SH | | 89,170 | | | 79,670 | | 9,500 |
| GREENPOINT FINL CORP | COM | 39538410 | 94,779 | 2,683,426 | SH | | 2,672,136 | 10,840 | 450 | 2,425,552 | 63,850 | 194,024 |
| GREIF INC | CL A | 39762410 | 7,907 | 222,669 | SH | | 222,569 | 100 | | 203,519 | | 19,150 |
| GREY GLOBAL GROUP IN | COM | 39787M10 | 11,664 | 17,076 | SH | | 17,076 | | | 15,198 | | 1,878 |
| GREY WOLF INC | COM | 39788810 | 11,876 | 3,175,413 | SH | | 3,175,413 | | | 2,917,413 | | 258,000 |
| Page Total | | | 4,504,752 | | | | | | | | | |

Page 27 of 67



# FORM 13F-HR

## STATE STREET CORP - stt

**Filed: May 13, 2004 (period: March 31, 2004)**

13F Holdings Report Initial Filing

```
                        UNITED STATES
              SECURITIES AND EXCHANGE COMMISSION
                      Washington D.C. 20549

                           Form 13F

                       Form 13F Cover Page
```

Report for Calendar Year or Quarter Ended: March 31, 2004

Check here if amendment [ ]   Amendment Number [ ]

Institutional Investment Manager filing this report:

Name:       State Street Corporation
Address:    225 Franklin Street
            Boston, Massachusetts 02110

Form 13F File Number:  28-399

The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
to submit it, that all information contained herein is true, correct and
complete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Person signing this report on behalf of the reporting manager:

Name:       David I. Porter
Title       Senior Vice President
Telephone:  617-786-3000

Signature, Place, and Date of Signing:

    /s/ David I. Porter          Boston, Massachusetts         May 13, 2004
    --------------------------   ------------------------      --------------
         [Signature]                   [City, State]               [Date]

Report Type (Check only one):

[X]  13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager
     are reported in this report.)

[_]  13F NOTICE. (Check here if no holdings reported are in this report and all
     holdings are reported by other reporting manager(s).)

[_]  13F COMBINATION REPORT. (Check here if a portion of the holdings for this
     reporting manager are reported in this report and a portion are reported by
     other reporting manager(s).)

Form 13F SUMMARY PAGE

Report Summary:

| | |
|---|---|
| Number of Other Included Managers: | None |
| Form 13F Information Table Entry Total: | 3,397 |
| Form 13F Information Table Value Total: | 406,476,259 (thousands) |

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other that the manager filing this report. [If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

NONE

State Street Corporation (STT)
SEC13F Report - March 2004

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x$1000) | SHRS OR PRN AMT | SH/ PUT/ PRN CALL | INVESTMENT DISCRETION SHARED | OTHER | VOTING AUTHORITY SOLE | SHARED | NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| GEO GROUP INC | COM | 36159R10 | 3,206 | 139,411 SH | | 139,411 | | 138,711 | | 700 |
| GEORGIA GULF CORP | COM PAR $0 | 37320020 | 26,797 | 888,805 SH | | 888,805 | | 838,755 | | 50,050 |
| GEORGIA PAC CORP | COM | 37329810 | 333,486 | 9,898,672 SH | | 9,898,672 | | 9,050,811 | 73,775 | 774,086 |
| GERBER SCIENTIFIC IN | COM | 37373010 | 2,442 | 359,072 SH | | 359,072 | | 321,272 | | 37,800 |
| GERDAU S A | SPONSORED | 37373710 | 1,236 | 53,045 SH | | 53,045 | | 47,054 | | 5,991 |
| GERMAN AMERN BANCORP | COM | 37386510 | 2,607 | 152,885 SH | | 152,885 | | 136,285 | | 16,600 |
| GERON CORP | COM | 37416310 | 6,320 | 672,315 SH | | 672,315 | | 622,015 | | 50,300 |
| GETTY IMAGES INC | COM | 37427610 | 19,053 | 352,969 SH | | 352,969 | | 350,238 | | 2,731 |
| GETTY RLTY CORP NEW | COM | 37429710 | 8,341 | 313,912 SH | | 313,912 | | 287,062 | | 26,850 |
| GEVITY HR INC | COM | 37439310 | 6,733 | 230,578 SH | | 230,578 | | 207,978 | | 22,600 |
| GIANT INDS INC | COM | 37450810 | 1,459 | 70,496 SH | | 70,496 | | 70,496 | | |
| GIBRALTAR STL CORP | COM | 37476P10 | 4,530 | 184,090 SH | | 184,090 | | 171,505 | | 12,585 |
| GILEAD SCIENCES INC | COM | 37555810 | 186,968 | 3,371,837 SH | | 3,368,372 | 3,465 | 3,180,455 | 6,465 | 184,917 |
| GILLETTE CO | COM | 37576610 | 1,173,445 | 30,011,375 SH | | 30,005,875 | 5,500 | 27,204,372 | 212,159 | 2,594,844 |
| GLACIER BANCORP INC | COM | 37637Q10 | 9,688 | 300,394 SH | | 300,394 | | 271,714 | | 28,680 |
| GLADSTONE CAPITAL CO | COM | 37653510 | 2,929 | 130,684 SH | | 130,684 | | 117,084 | | 13,600 |
| GLAMIS GOLD LTD | COM | 37677510 | 2,957 | 164,207 SH | | 164,207 | | 157,916 | | 6,291 |
| GLATFELTER | COM | 37731610 | 7,443 | 662,215 SH | | 662,215 | | 617,016 | | 45,199 |
| GLAXOSMITHKLINE PLC | SPONSORED | 37733W10 | 786,039 | 19,675,562 SH | | 19,674,112 | 1,450 | 19,390,755 | 1,450 | 283,357 |
| GLENBOROUGH RLTY TR | COM | 37803P10 | 11,879 | 531,499 SH | | 531,499 | | 491,018 | | 40,481 |
| GLIMCHER RLTY TR | SH BEN INT | 37930210 | 21,300 | 785,993 SH | | 785,993 | | 719,204 | | 66,789 |
| GLOBAL CROSSING LTD | SHS NEW | G3921A17 | 436 | 21,800 SH | | 21,800 | | 21,800 | | |
| GLOBAL IMAGING SYSTE | COM | 37934A10 | 9,667 | 291,014 SH | | 291,014 | | 270,414 | | 20,600 |
| GLOBAL INDS LTD | COM | 37933610 | 7,575 | 1,283,916 SH | | 1,283,916 | | 1,170,616 | | 113,300 |
| GLOBAL PMTS INC | COM | 37940X10 | 17,707 | 392,790 SH | | 392,630 | 160 | 389,430 | 160 | 3,200 |
| GLOBAL POWER EQUIPME | COM | 37941P10 | 5,777 | 686,134 SH | | 686,134 | | 587,034 | | 99,100 |
| GLOBALSANTAFE CORP | SHS | G1930E10 | 16,552 | 596,026 SH | | 596,026 | | 474,182 | | 121,844 |
| GOLD BANC CORP INC | COM | 37990710 | 10,142 | 622,189 SH | | 622,189 | | 566,336 | | 55,853 |
| GOLDCORP INC NEW | COM | 38095640 | 444 | 29,993 SH | | 29,993 | | 27,370 | | 2,623 |
| GOLDEN TELECOM INC | COM | 38122G10 | 7,253 | 213,137 SH | | 213,137 | | 187,137 | | 26,000 |
| GOLDEN WEST FINL COR | COM | 38131710 | 426,994 | 3,814,145 SH | | 3,814,145 | | 3,442,926 | 8,400 | 362,819 |
| GOLDMAN SACHS GROUP | COM | 38141G10 | 1,178,272 | 11,291,534 SH | | 11,289,194 | 2,340 | 10,171,930 | 249,047 | 870,557 |
| GOODRICH CORP | COM | 38238810 | 93,565 | 3,333,291 SH | | 3,333,191 | 100 | 3,061,981 | 1,600 | 269,710 |
| GOODYEAR TIRE &RUBR | COM | 38255010 | 43,671 | 5,113,702 SH | | 5,113,702 | | 4,599,626 | 2,900 | 511,176 |
| GOODYS FAMILY CLOTHI | COM | 38258810 | 5,147 | 360,656 SH | | 360,656 | | 310,906 | | 49,750 |
| GORMAN RUPP CO | COM | 38308210 | 4,965 | 191,695 SH | | 191,695 | | 173,045 | | 18,650 |
| GOVERNMENT PPTYS TR | COM | 38374W10 | 296 | 22,500 SH | | 22,500 | | 22,500 | | |
| → GRACE W R &CO DEL N | COM | 38388F10 | 28,318 | 9,076,248 SH | | 9,076,248 | | 947,867 | | 8,128,381 |
| GRACO INC | COM | 38410910 | 31,593 | 1,085,294 SH | | 1,084,529 | 765 | 1,052,599 | 765 | 31,930 |
| GRAFTECH INTL LTD | COM | 38431310 | 21,926 | 1,466,601 SH | | 1,466,601 | | 1,354,051 | | 112,550 |
| GRAINGER W W INC | COM | 38480210 | 111,277 | 2,318,275 SH | | 2,318,275 | | 2,120,991 | 2,000 | 195,284 |
| GRANITE CONSTR INC | COM | 38732810 | 17,175 | 722,550 SH | | 722,550 | | 659,975 | | 62,575 |
| GRANT PRIDECO INC | COM | 38821G10 | 27,315 | 1,762,247 SH | | 1,762,247 | | 1,739,892 | 250 | 22,105 |
| GRAY TELEVISION INC | COM | 38937510 | 9,604 | 656,877 SH | | 656,877 | | 597,677 | | 59,200 |
| GRAY TELEVISION INC | CL A | 38937520 | 300 | 21,183 SH | | 21,183 | | 21,183 | | |
| GREAT AMERN FINL RES | COM | 38991510 | 2,408 | 152,809 SH | | 152,809 | | 152,509 | | 300 |
| GREAT ATLANTIC &PAC | COM | 39006410 | 2,400 | 310,048 SH | | 310,048 | | 271,298 | | 38,750 |
| GREAT LAKES CHEM COR | COM | 39056810 | 35,664 | 1,495,351 SH | | 1,495,351 | | 1,370,462 | 600 | 124,289 |
| GREAT LAKES REIT INC | COM | 39075210 | 5,125 | 331,091 SH | | 331,091 | | 302,893 | | 28,198 |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,213 | 13,300 SH | | 13,300 | | 13,300 | | |
| GREAT PLAINS ENERGY | COM | 39116410 | 35,315 | 1,045,142 SH | | 1,044,842 | 300 | 1,030,809 | 300 | 14,033 |
| GREAT SOUTHN BANCORP | COM | 39090510 | 4,430 | 90,170 SH | | 90,170 | | 82,120 | | 8,050 |
| GREATER BAY BANCORP | COM | 39164810 | 35,069 | 1,198,953 SH | | 1,196,808 | 2,145 | 1,105,808 | 2,145 | 91,000 |
| Page Total | | | 4,816,454 | | | | | | | |

Page 26 of 65

10kWIZARD
SEC POWER SEARCH

# FORM 13F-HR

## STATE STREET CORP - stt

**Filed: November 04, 2004 (period: September 30, 2004)**

13F Holdings Report Initial Filing

```
                       UNITED STATES
               SECURITIES AND EXCHANGE COMMISSION
                    WASHINGTON, D.C. 20549

                          FORM 13F

                     FORM 13F COVER PAGE


Report for the Calendar Year or Quarter Ended: SEPTEMBER 30, 2004
                                               ------------------------

Check Here if Amendment / /; Amendment Number:
                                               ---------
     This Amendment (Check only one.):   / / is a restatement.
                                         / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

     Name:       STATE STREET CORPORATION
                 -----------------------------------
     Address:    225 FRANKLIN STREET
                 -----------------------------------
                 BOSTON, MASSACHUSETTS 02110
                 -----------------------------------

Form 13F File Number: 28-399
                      ---------------------------

The institutional investment manager filing this report and the person by
whom it is signed hereby represent that the person signing the report is
authorized to submit it, that all information contained herein is true,
correct and complete, and that it is understood that all required items,
statements, schedules, lists, and tables, are considered integral parts of
this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:     PAMELA D. GORMLEY
          -------------------------------
Title:    EXECUTIVE VICE PRESIDENT AND
          CORPORATE CONTROLLER
          -------------------------------
Phone:    617-664-7902
          -------------------------------

Signature, Place, and Date of Signing:

          /s/ Pamela D. Gormley     Boston, Massachusetts    October 28, 2004
          -------------------------  ---------------------    --------------
                [Signature]              [City, State]           [Date]

Report Type (Check only one.):

/ / 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/x/ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)
```

FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
(if there are no entries in this list, omit this section.)

| | |
|---|---|
| 28-03621 | Advanced Investment Partners LLC |
| 28-07472 | Bel Air Investment Advisors LLC |
| 28-99999 | Shott Capital Management, LLC |
| 28-04003 | Ariel Capital Management, LLC |
| 28-00096 | Capital Guardian Trust Company |
| 28-10372 | Philadelphia International Advisors, l.P. |
| 28-02924 | Turner Investment partners Inc. (Turner Investment Partners |
| 28-03570 | AXA (Alliance Capital Management L.P.) |
| 28-00223 | RCM Capital Management LLC |
| 28-00180 | Sit Investment Associates Inc. |
| 28-00694 | JP Morgan Chase & Co (JP Morgan Fleming Asset Management Limited) |

REPORT SUMMARY:

| | |
|---|---|
| Number of Other Included Managers: | 13 |
| Form 13F Information Table Entry Total: | 3,812 |
| Form 13F Information Table Value Total: | 428,622,780 |
| | (thousands) |

List of Other Included Managers:

Provide a numbered list of the names(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other that the manager filing this report. (If there are no entries in this list, state "NONE" and omit the column headings and list entries.)

| | | |
|---|---|---|
| 1 | 28- | State Street Global Advisors, a division of State Street Bank and Trust |
| 2 | 28- | SSgA Funds Management, Inc. |
| 3 | 28- | The Tuckerman Group, LLC |
| 4 | 28- | Rexiter Capital Management, Limited |
| 5 | 28- | State Street Global Advisors Limited |
| 6 | 28- | State Street Global Advisors Ltd. |
| 7 | 28- | State Street Global Advisors France S.A. |
| 8 | 28- | State Street Global Advisors, Australia |
| 9 | 28- | State Street Global Investment GmbH |
| 10 | 28- | State Street Global Advisors (Japan) Co., Ltd. |
| 12 | 28- | State Street Global Advisors Asia Limited |
| 13 | 28- | State Street Global Advisors GbmH |
| 14 | 28- | SSgA Japan, a division of State Street Trust & Banking Co., Ltd. |

| Name | Type | CUSIP | Shares | Value | Unit | Status |
|---|---|---|---|---|---|---|
| GRACE W R &CO DEL N | COM | 38388F10 | 20,170 | 2,134,412 | SH | DEFINED |
| GRACO INC | COM | 38410910 | 36,560 | 1,091,353 | SH | DEFINED |
| GRAFTECH INTL LTD | COM | 38431310 | 22,660 | 1,624,379 | SH | DEFINED |
| GRAINGER W W INC | COM | 38480210 | 146,416 | 2,539,733 | SH | DEFINED |
| GRAMERCY CAP CORP | COM | 38487110 | 513 | 32,900 | SH | DEFINED |
| GRANITE CONSTR INC | COM | 38732810 | 24,943 | 1,043,648 | SH | DEFINED |
| GRANT PRIDECO INC | COM | 38821G10 | 41,871 | 2,043,462 | SH | DEFINED |
| GRAPHIC PACKAGING CO | COM | 38868810 | 5,813 | 897,034 | SH | DEFINED |
| GRAY TELEVISION INC | COM | 38937510 | 7,630 | 641,178 | SH | DEFINED |
| GREAT AMERN FINL RES | COM | 38991510 | 1,513 | 98,934 | SH | DEFINED |
| GREAT ATLANTIC &PAC | COM | 39006410 | 1,528 | 250,442 | SH | DEFINED |
| GREAT LAKES CHEM COR | COM | 39056810 | 41,928 | 1,637,829 | SH | DEFINED |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,586 | 13,248 | SH | DEFINED |
| GREAT PLAINS ENERGY | COM | 39116410 | 31,406 | 1,077,407 | SH | DEFINED |
| GREAT SOUTHN BANCORP | COM | 39090510 | 4,755 | 152,165 | SH | DEFINED |
| GREATER BAY BANCORP | COM | 39164810 | 28,901 | 1,005,257 | SH | DEFINED |
| GREENBRIER COS INC | COM | 39365710 | 2,474 | 103,100 | SH | DEFINED |
| GREENHILL &CO INC | COM | 39525910 | 2,890 | 122,445 | SH | DEFINED |
| GREENPOINT FINL CORP | COM | 39538410 | 120,178 | 2,597,872 | SH | DEFINED |
| GREIF INC | CL A | 39762410 | 8,326 | 197,537 | SH | DEFINED |
| GREY GLOBAL GROUP IN | COM | 39787M10 | 15,445 | 15,523 | SH | DEFINED |
| GREY WOLF INC | COM | 39788810 | 13,610 | 2,783,309 | SH | DEFINED |
| GRIFFIN LD &NURSERI | CL A | 39823110 | 202 | 8,600 | SH | DEFINED |
| GRIFFON CORP | COM | 39843310 | 8,983 | 425,713 | SH | DEFINED |
| GROUP 1 AUTOMOTIVE I | COM | 39890510 | 7,574 | 277,622 | SH | DEFINED |
| GROUPE CGI INC | CL A SUB V | 39945C10 | 113 | 16,870 | SH | DEFINED |
| GROUPE DANONE | SPONSORED | 39944910 | 1,028 | 65,496 | SH | DEFINED |
| GRUPO AEROPUARTUARIO | SPON ADR S | 40051B20 | 547 | 24,755 | SH | DEFINED |
| GRUPO TELEVISA SA DE | SP ADR REP | 40049J20 | 29,393 | 557,426 | SH | DEFINED |
| GSI COMMERCE INC | COM | 36238G10 | 2,606 | 295,825 | SH | DEFINED |
| GTECH HLDGS CORP | COM | 40051810 | 45,014 | 1,777,791 | SH | DEFINED |
| GTX INC DEL | COM | 40052B10 | 722 | 61,911 | SH | DEFINED |
| GUESS INC | COM | 40161710 | 5,850 | 328,467 | SH | DEFINED |
| GUIDANT CORP | COM | 40169810 | 590,263 | 8,937,963 | SH | DEFINED |
| GUILFORD PHARMACEUTI | COM | 40182910 | 2,513 | 502,650 | SH | DEFINED |
| GUITAR CTR MGMT INC | COM | 40204010 | 16,696 | 385,594 | SH | DEFINED |
| GULF ISLAND FABRICAT | COM | 40230710 | 2,632 | 118,019 | SH | DEFINED |
| GULFMARK OFFSHORE IN | COM | 40262910 | 3,672 | 224,882 | SH | DEFINED |
| GULFTERRA ENERGY PAR | COM | 40274U10 | 200 | 4,769 | SH | DEFINED |
| GYMBOREE CORP | COM | 40377710 | 6,637 | 460,889 | SH | DEFINED |
| HAEMONETICS CORP | COM | 40502410 | 16,609 | 505,765 | SH | DEFINED |
| HAGGAR CORP | COM | 40517310 | 270 | 15,723 | SH | DEFINED |
| HAIN CELESTIAL GROUP | COM | 40521710 | 7,420 | 419,661 | SH | DEFINED |
| HALLIBURTON CO | COM | 40621610 | 432,126 | 12,826,544 | SH | DEFINED |
| HANARO TELECOM INC | SPONSORED | 40964920 | 35 | 12,549 | SH | DEFINED |
| HANCOCK FABRICS INC | COM | 40990010 | 2,982 | 248,952 | SH | DEFINED |
| HANCOCK HLDG CO | COM | 41012010 | 14,615 | 459,728 | SH | DEFINED |
| HANDLEMAN CO DEL | COM | 41025210 | 8,101 | 395,961 | SH | DEFINED |
| HANGER ORTHOPEDIC GR | COM NEW | 41043F20 | 1,697 | 338,628 | SH | DEFINED |
| HANMI FINL CORP | COM | 41049510 | 8,956 | 296,546 | SH | DEFINED |
| HANOVER COMPRESSOR C | COM | 41076810 | 23,543 | 1,750,427 | SH | DEFINED |
| HANSEN NAT CORP | COM | 41131010 | 1,599 | 66,281 | SH | DEFINED |
| HANSON PLC NEW | SPONSORED | 41134910 | 229 | 6,193 | SH | DEFINED |
| HARBOR FLA BANCSHARE | COM | 41190110 | 9,919 | 318,952 | SH | DEFINED |
| HARDINGE INC | COM | 41232430 | 5,046 | 483,799 | SH | DEFINED |
| HARKEN ENERGY CORP | COM NEW | 41255230 | 28 | 55,071 | SH | DEFINED |
| HARLAND JOHN H CO | COM | 41269310 | 15,315 | 488,506 | SH | DEFINED |
| HARLEY DAVIDSON INC | COM | 41282210 | 503,538 | 8,471,358 | SH | DEFINED |
| HARLEYSVILLE GROUP I | COM | 41282410 | 5,794 | 280,428 | SH | DEFINED |

| Name | Codes | Value |
|---|---|---|
| GRACE W R &CO DEL N | 1,2 | 2,134,412 |
| GRACO INC | 1,2,5,9 | 1,091,353 |
| GRAFTECH INTL LTD | 1,2,5 | 1,624,379 |
| GRAINGER W W INC | 1,2,5,6,7,8,9,10,12,13,14 | 2,539,733 |
| GRAMERCY CAP CORP | 1 | 32,900 |
| GRANITE CONSTR INC | 1,2,5,9 | 1,043,648 |
| GRANT PRIDECO INC | 1,2,5,9 | 2,043,462 |
| GRAPHIC PACKAGING CO | 1,2 | 897,034 |
| GRAY TELEVISION INC | 1,2 | 641,178 |
| GREAT AMERN FINL RES | 1,2 | 98,934 |
| GREAT ATLANTIC &PAC | 1,2,5 | 250,442 |
| GREAT LAKES CHEM COR | 1,2,5,6,9,10 | 1,637,829 |
| GREAT NORTHN IRON OR | 1,5 | 13,248 |
| GREAT PLAINS ENERGY | 1,2,5,9 | 1,077,407 |
| GREAT SOUTHN BANCORP | 1,2 | 152,165 |
| GREATER BAY BANCORP | 1,2,5,9 | 1,005,257 |