

# FORM 13F-HR/A

**STATE STREET CORP - stt**

**Filed: August 25, 2004 (period: June 30, 2004)**

Amendment to a previously filed 13F-HR

```
                        UNITED STATES
               SECURITIES AND EXCHANGE COMMISSION
                      WASHINGTON, D.C. 20549

                            FORM 13F

                       FORM 13F COVER PAGE
```

Report for the Calendar Year or Quarter Ended: JUNE 30, 2004

Check Here if Amendment /X/; Amendment Number: 1

    This Amendment (Check only one.):    /X/ is a restatement.
                                                                     / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

    Name:      STATE STREET CORPORATION

    Address:   225 FRANKLIN STREET

                BOSTON, MASSACHUSETTS 02110


Form 13F File Number: 28-399

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

Person Signing this Report on Behalf of Reporting Manager:

    Name:    PAMELA D. GORMLEY

    Title:   EXECUTIVE VICE PRESIDENT AND CORPORATE CONTROLLER

    Phone:   617-664-7902

Signature, Place, and Date of Signing:

    /s/ Pamela D. Gormley    Boston, Massachusetts    August 26, 2004
        [Signature]                [City, State]           [Date]

Report Type (Check only one.):

/ / 13F HOLDINGS REPORT. (Check here if all holdings of this reporting
    manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report,
    and all holdings are reported by other reporting manager(s).)

/X/ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this
    reporting manager are reported in this report and a portion are reported by
    other reporting manager(s).)

FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

| Form 13F File Number | Name |
| --- | --- |
| 28-03621 | Advanced Investment Partners LLC |
| 28-07472 | Bel Air Investment Advisors LLC |
| 28-99999 | Shott Capital Management, LLC |
| 28-04003 | Ariel Capital Management, LLC |
| 28-00096 | Capital Guardian Trust Company |
| 28-10372 | Philadelphia International Advisors, l.P. |
| 28-02924 | Turner Investment partners Inc. (Turner Investment Partners |
| 28-03570 | AXA (Alliance Capital Management L.P.) |
| 28-00223 | Dresdner RCM Global Investors LLC (RCM Capital Management LLC) |
| 28-00180 | Sit Investment Associates Inc. |
| 28-00694 | JP Morgan Chase &Co (JP Morgan Fleming Asset Management Limited) |

Report Summary:

Number of Other Included Managers:    13

Form 13F Information Table Entry Total: 4,007

Form 13F Information Table Value Total: 439,128,804
                                        (thousands)

List of Other Included Managers:

Provide a numbered list of the name(s) and Form 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other than the manager filing this report.

[If there are no entries in this list, state "NONE" and omit the column headings
and list entries.]

| No. | Form 13F File Number | Name |
| --- | --- | --- |
| 1 | 28- | State Street Global Advisors, a division of State Street Bank and Trust |
| 2 | 28- | SSgA Funds Management, Inc. |
| 3 | 28- | The Tuckerman Group, LLC |
| 4 | 28- | Rexiter Capital Management, Limited |
| 5 | 28- | State Street Global Advisors Limited |
| 6 | 28- | State Street Global Advisors Ltd. |
| 7 | 28- | State Street Global Advisors France S.A. |
| 8 | 28- | State Street Global Advisors, Australia |
| 9 | 28- | State Street Global Investment GmbH |
| 10 | 28- | State Street Global Advisors (Japan) Co., Ltd. |
| 12 | 28- | State Street Global Advisors Asia Limited |
| 13 | 28- | State Street Global Advisors GbmH |
| 14 | 28- | SSgA Japan, a division of State Street Trust &Banking Co., Ltd. |

STATE STREET CORPORATION
FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x1000) | SHARES OR PRN AMT | SH/ PRN | PUT/ CALL | INVESTMENT DISCRETION | OTHER MANAGERS | VOTING AUTHORITY SOLE | SHARED | NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GLAMIS GOLD LTD | COM | 37677510 | 1,726 | 212,577 | SH | | DEFINED | 1,9 | 212,577 | | |
| GLATFELTER | COM | 37731610 | 8,713 | 618,794 | SH | | DEFINED | 1,2,9 | 618,794 | | |
| GLAXOSMITHKLINE PLC | SPONSORED | 37733W10 | 822,337 | 19,834,467 | SH | | DEFINED | 1,2 | 19,834,467 | | |
| GLENAYRE TECHNOLOGIE | COM | 37789910 | 127 | 55,275 | SH | | DEFINED | 1 | 55,275 | | |
| GLENBOROUGH RLTY TR | COM | 37803P10 | 11,613 | 632,867 | SH | | DEFINED | 1,2,3,5 | 632,867 | | |
| GLIMCHER RLTY TR | SH BEN INT | 37930210 | 16,676 | 753,878 | SH | | DEFINED | 1,2,3,5 | 753,878 | | |
| GLOBAL CROSSING LTD | SHS NEW | G3921A17 | 340 | 21,800 | SH | | DEFINED | 1 | 21,800 | | |
| GLOBAL IMAGING SYSTE | COM | 37934A10 | 12,355 | 337,029 | SH | | DEFINED | 1,2 | 337,029 | | |
| GLOBAL INDS LTD | COM | 37933610 | 7,687 | 1,343,938 | SH | | DEFINED | 1,2,5 | 1,343,938 | | |
| GLOBAL PMTS INC | COM | 37940X10 | 17,625 | 391,498 | SH | | DEFINED | 1,2,5 | 391,498 | | |
| GLOBAL POWER EQUIPME | COM | 37941P10 | 3,334 | 415,684 | SH | | DEFINED | 1,2,5 | 415,684 | | |
| GLOBALSANTAFE CORP | SHS | G3930E10 | 26,188 | 988,244 | SH | | DEFINED | 1,5,7,8,9,10,12,13,14 | 988,244 | | |
| GLOWPOINT INC | COM | 37988710 | 24 | 12,500 | SH | | DEFINED | 1 | 12,500 | | |
| GOLD BANC CORP INC | COM | 37990710 | 10,276 | 662,939 | SH | | DEFINED | 1,2,5 | 662,939 | | |
| GOLDCORP INC NEW | COM | 38095640 | 350 | 29,993 | SH | | DEFINED | 1,13 | 29,993 | | |
| GOLDEN TELECOM INC | COM | 38122G10 | 5,950 | 211,450 | SH | | DEFINED | 1,2 | 211,450 | | |
| GOLDEN WEST FINL COR | COM | 38131710 | 435,249 | 4,092,611 | SH | | DEFINED | 1,2,5,6,7,8,9,10,12,13,14 | 4,092,611 | | |
| GOLDMAN SACHS GROUP | COM | 38141G10 | 1,138,959 | 12,095,998 | SH | | DEFINED | 1,2,5,6,7,8,9,10,12,13,14 | 12,095,998 | | |
| GOODRICH CORP | COM | 38238810 | 109,736 | 3,394,243 | SH | | DEFINED | 1,2,5,6,7,9,10 | 3,394,243 | | |
| GOODRICH PETE CORP | COM NEW | 38241040 | 153 | 18,500 | SH | | DEFINED | 1 | 18,500 | | |
| GOODYEAR TIRE &RUBR | COM | 38255010 | 44,283 | 4,871,598 | SH | | DEFINED | 1,2,5,6,9,10 | 4,871,598 | | |
| GOODYS FAMILY CLOTHI | COM | 38258810 | 3,843 | 370,609 | SH | | DEFINED | 1,2,5 | 370,609 | | |
| GOREMOTE INTERNET CO | COM | 38285910 | 25 | 13,500 | SH | | DEFINED | 1 | 13,500 | | |
| GORMAN RUPP CO | COM | 38308210 | 5,526 | 203,388 | SH | | DEFINED | 1,2 | 203,388 | | |
| GOTTSCHALKS INC | COM | 38348510 | 74 | 12,492 | SH | | DEFINED | 1 | 12,492 | | |
| GOVERNMENT PPTYS TR | COM | 38374W10 | 2,416 | 231,239 | SH | | DEFINED | 1,2 | 231,239 | | |
| GP STRATEGIES CORP | COM | 36225V10 | 133 | 20,257 | SH | | DEFINED | 1 | 20,257 | | |
| GRACE W R &CO DEL N | COM | 38388P10 | 57,440 | 9,264,526 | SH | | DEFINED | 1,2 | 9,264,526 | | |
| GRACO INC | COM | 38410910 | 34,536 | 1,112,256 | SH | | DEFINED | 1,2,5,9 | 1,112,256 | | |
| GRAFTECH INTL LTD | COM | 38431310 | 15,841 | 1,514,474 | SH | | DEFINED | 1,2,5 | 1,514,474 | | |
| GRAINGER W W INC | COM | 38480210 | 144,033 | 2,504,923 | SH | | DEFINED | 1,2,5,6,7,8,9,10,12,13,14 | 2,504,923 | | |
| GRANITE BROADCASTING | COM | 38724110 | 17 | 23,830 | SH | | DEFINED | 1 | 23,830 | | |
| GRANITE CONSTR INC | COM | 38732810 | 19,091 | 1,047,205 | SH | | DEFINED | 1,2,5,9 | 1,047,205 | | |
| GRANT PRIDECO INC | COM | 38821G10 | 37,971 | 2,056,917 | SH | | DEFINED | 1,2,5,9 | 2,056,917 | | |
| GRAPHIC PACKAGING CO | COM | 38868810 | 7,568 | 874,938 | SH | | DEFINED | 1,2 | 874,938 | | |
| GRAY TELEVISION INC | COM | 38937510 | 8,927 | 642,665 | SH | | DEFINED | 1,2 | 642,665 | | |
| GREAT AMERN FINL RES | COM | 38991510 | 2,285 | 143,732 | SH | | DEFINED | 1,2 | 143,732 | | |
| GREAT ATLANTIC &PAC | COM | 39006410 | 2,226 | 290,585 | SH | | DEFINED | 1,2,5 | 290,585 | | |
| GREAT LAKES CHEM COR | COM | 39056810 | 45,277 | 1,673,217 | SH | | DEFINED | 1,2,5,6,9,10 | 1,673,217 | | |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,273 | 13,248 | SH | | DEFINED | 1,5 | 13,248 | | |
| GREAT PLAINS ENERGY | COM | 39116410 | 31,894 | 1,073,856 | SH | | DEFINED | 1,2,5,9 | 1,073,856 | | |
| GREAT SOUTHN BANCORP | COM | 39090510 | 5,031 | 174,028 | SH | | DEFINED | 1,2 | 174,028 | | |
| GREATER BAY BANCORP | COM | 39164810 | 29,542 | 1,022,229 | SH | | DEFINED | 1,2,5,9 | 1,022,229 | | |
| GREEN MOUNTAIN PWR C | COM | 39315410 | 292 | 11,183 | SH | | DEFINED | 1 | 11,183 | | |
| GREENBRIER COS INC | COM | 39365710 | 1,912 | 100,386 | SH | | DEFINED | 1,2 | 100,386 | | |
| GREENHILL &CO INC | COM | 39525910 | 2,166 | 103,600 | SH | | DEFINED | 1 | 103,600 | | |
| GREENPOINT FINL CORP | COM | 39538410 | 111,980 | 2,820,653 | SH | | DEFINED | 1,2,5,6,7,8,9,10,12,13,14 | 2,820,653 | | |
| GREIF INC | CL A | 39762410 | 9,003 | 213,086 | SH | | DEFINED | 1,2 | 213,086 | | |
| GREY GLOBAL GROUP IN | COM | 39787M10 | 14,763 | 14,988 | SH | | DEFINED | 1,2,5 | 14,988 | | |
| GREY WOLF INC | COM | 39788810 | 12,101 | 2,854,083 | SH | | DEFINED | 1,2,5 | 2,854,083 | | |
| GRIFFIN LD &NURSERI | CL A | 39823110 | 215 | 8,600 | SH | | DEFINED | 1 | 8,600 | | |
| GRIFFON CORP | COM | 39843310 | 9,522 | 427,398 | SH | | DEFINED | 1,2 | 427,398 | | |
| GROUP 1 AUTOMOTIVE I | COM | 39890510 | 9,621 | 289,715 | SH | | DEFINED | 1,2 | 289,715 | | |
| GROUP 1 SOFTWARE INC | COM | 39943Y10 | 3,850 | 167,756 | SH | | DEFINED | 1,2 | 167,756 | | |
| GROUPE CGI INC | CL A SUB V | 39945C10 | 114 | 16,870 | SH | | DEFINED | 1 | 16,870 | | |
| GROUPE DANONE | SPONSORED | 39944910 | 1,044 | 59,496 | SH | | DEFINED | 1 | 59,496 | | |
| Page Total | | | 3,307,257 | | | | | | | | |

29 of 72



# FORM 13F-HR/A

STATE STREET CORP - stt

Filed: October 19, 2005 (period: June 30, 2004)

Amendment to a previously filed 13F-HR

```
                         UNITED STATES
                 SECURITIES AND EXCHANGE COMMISSION
                      WASHINGTON, D.C. 20549

                             FORM 13F

                        FORM 13F COVER PAGE
```

Report for the Calendar Year or Quarter Ended: JUNE 30, 2004

Check Here if Amendment /X/; Amendment Number: 2

    This Amendment (Check only one.):   /X/ is a restatement.
                                                            / / adds new holdings entries.

Institutional Investment Manager Filing this Report:

    Name:     STATE STREET CORPORATION

    Address:  225 FRANKLIN STREET

              BOSTON, MASSACHUSETTS 02110

Form 13F File Number: 28-399

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

Person Signing this Report on Behalf of Reporting Manager:

Name:    JAMES J. MALERBA

Title:   SENIOR VICE PRESIDENT AND DEPUTY CONTROLLER

Phone:   617-664-8697

Signature, Place, and Date of Signing:

    /s/ James J. Malerba    Boston, Massachusetts   October 19, 2005
        [Signature]              [City, State]         [Date]

Report Type (Check only one.):

/ / 13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

/ / 13F NOTICE. (Check here if no holdings reported are in this report, and all holdings are reported by other reporting manager(s).)

/X/ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

FORM 13F SUMMARY PAGE

List of Other Managers Reporting for this Manager:
[If there are no entries in this list, omit this section.]

| Form 13F File Number | Name |
|---|---|
| 28-03621 | Advanced Investment Partners LLC |
| 28-07472 | Bel Air Investment Advisors LLC |
| 28-99999 | Shott Capital Management, LLC |
| 28-04003 | Ariel Capital Management, LLC |
| 28-00096 | Capital Guardian Trust Company |
| 28-10372 | Philadelphia International Advisors, L.P. |
| 28-02924 | Turner Investment partners Inc. (Turner Investment Partners |
| 28-03570 | AXA (Alliance Capital Management L.P.) |
| 28-00223 | Dresdner RCM Global Investors LLC (RCM Capital Management LLC) |
| 28-00180 | Sit Investment Associates Inc. |
| 28-00694 | JP Morgan Chase &Co (JP Morgan Fleming Asset Management Limited) |

Report Summary:

Number of Other Included Managers:    13

Form 13F Information Table Entry Total: 4,007

Form 13F Information Table Value Total: 439,082,968
                                        (thousands)

List of Other Included Managers:

Provide a numbered list of the name(s) and Form 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other than the manager filing this report.

[If there are no entries in this list, state "NONE" and omit the column headings
and list entries.]

| No. | Form 13F File Number | Name |
|---|---|---|
| 1 | 28- | State Street Bank and Trust Company |
| 2 | 28- | SSgA Funds Management, Inc. |
| 3 | 28- | The Tuckerman Group, LLC |
| 4 | 28- | Rexiter Capital Management, Limited |
| 5 | 28- | State Street Global Advisors Limited |
| 6 | 28- | State Street Global Advisors Ltd. |
| 7 | 28- | State Street Global Advisors France S.A. |
| 8 | 28- | State Street Global Advisors, Australia |
| 9 | 28- | State Street Global Investment GmbH |
| 10 | 28- | State Street Global Advisors (Japan) Co., Ltd. |
| 12 | 28- | State Street Global Advisors Asia Limited |

```
13       28-                    State Street Global Advisors GbmH
------   ------------------     ----------------------------------
14       28-                    SSgA Japan, a division of State Street Trust &Banking
------   ------------------     ----------------------------------
```

STATE STREET CORPORATION
FORM 13F INFORMATION TABLE AS OF JUNE 30, 2004

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (x1000) | SHARES OR PRN AMT | SH/ PRN | PUT/ CALL | INVESTMENT DISCRETION | OTHER MANAGERS | VOTING AUTHORITY SOLE | SHARED | NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GLAMIS GOLD LTD | COM | 37677510 | 3,726 | 212,577 | SH | | DEFINED | 1,9 | 212,577 | | |
| GLATFELTER | COM | 37731610 | 8,713 | 618,794 | SH | | DEFINED | 1,2,9 | 618,794 | | |
| GLAXOSMITHKLINE PLC | SPONSORED | 37733M10 | 822,337 | 19,834,467 | SH | | DEFINED | 1,2 | 19,834,467 | | |
| GLENAYRE TECHNOLOGIE | COM | 37789910 | 127 | 55,275 | SH | | DEFINED | 1 | 55,275 | | |
| GLENBOROUGH RLTY TR | COM | 37803P10 | 11,613 | 632,867 | SH | | DEFINED | 1,2,3,5 | 632,867 | | |
| GLIMCHER RLTY TR | SH BEN INT | 37930210 | 16,676 | 753,878 | SH | | DEFINED | 1,2,3,5 | 753,878 | | |
| GLOBAL CROSSING LTD | SHS NEW | G3921A17 | 340 | 21,800 | SH | | DEFINED | 1 | 21,800 | | |
| GLOBAL IMAGING SYSTE | COM | 37934A10 | 12,355 | 337,029 | SH | | DEFINED | 1,2 | 337,029 | | |
| GLOBAL INDS LTD | COM | 37933610 | 7,687 | 1,343,938 | SH | | DEFINED | 1,2,5 | 1,343,938 | | |
| GLOBAL PMTS INC | COM | 37940X10 | 17,625 | 391,498 | SH | | DEFINED | 1,2,5 | 391,498 | | |
| GLOBAL POWER EQUIPME | COM | 37941P10 | 3,334 | 415,684 | SH | | DEFINED | 1,2,5 | 415,684 | | |
| GLOBALSANTAFE CORP | SHS | G3930E10 | 26,188 | 988,244 | SH | | DEFINED | 1,5,7,8,9,10,12,13,14 | 988,244 | | |
| GLOWPOINT INC | COM | 37988710 | 24 | 12,500 | SH | | DEFINED | 1 | 12,500 | | |
| GOLD BANC CORP INC | COM | 37990710 | 10,276 | 662,939 | SH | | DEFINED | 1,2,5 | 662,939 | | |
| GOLDCORP INC NEW | COM | 38095640 | 350 | 29,993 | SH | | DEFINED | 1,13 | 29,993 | | |
| GOLDEN TELECOM INC | COM | 38122G10 | 5,950 | 211,450 | SH | | DEFINED | 1,2 | 211,450 | | |
| GOLDEN WEST FINL COR | COM | 38131710 | 435,249 | 4,092,611 | SH | | DEFINED | 1,2,5,6,7,8,9,10,12,13,14 | 4,092,611 | | |
| GOLDMAN SACHS GROUP | COM | 38141G10 | 1,138,959 | 12,095,998 | SH | | DEFINED | 1,2,5,6,7,8,9,10,12,13,14 | 12,095,998 | | |
| GOODRICH CORP | COM | 38238810 | 109,736 | 3,394,243 | SH | | DEFINED | 1,2,5,6,7,9,10 | 3,394,243 | | |
| GOODRICH PETE CORP | COM NEW | 38241040 | 153 | 18,500 | SH | | DEFINED | 1 | 18,500 | | |
| GOODYEAR TIRE &RUBR | COM | 38255010 | 44,283 | 4,871,598 | SH | | DEFINED | 1,2,5,6,9,10 | 4,871,598 | | |
| GOODYS FAMILY CLOTHI | COM | 38258810 | 3,843 | 370,609 | SH | | DEFINED | 1,2,5 | 370,609 | | |
| GOREMOTE INTERNET CO | COM | 38285910 | 25 | 13,500 | SH | | DEFINED | 1 | 13,500 | | |
| GORMAN RUPP CO | COM | 38308210 | 5,526 | 203,388 | SH | | DEFINED | 1,2 | 203,388 | | |
| GOTTSCHALKS INC | COM | 38348510 | 74 | 12,492 | SH | | DEFINED | 1 | 12,492 | | |
| GOVERNMENT PPTYS TR | COM | 38374M10 | 2,416 | 231,239 | SH | | DEFINED | 1,2 | 231,239 | | |
| GP STRATEGIES CORP | COM | 36225V10 | 133 | 20,257 | SH | | DEFINED | 1 | 20,257 | | |
| GRACE W R &CO DEL N | COM | 38388P10 | 11,604 | 1,871,671 | SH | | DEFINED | 1,2 | 1,871,671 | | |
| GRACO INC | COM | 38410910 | 34,536 | 1,112,256 | SH | | DEFINED | 1,2,5,9 | 1,112,256 | | |
| GRAFTECH INTL LTD | COM | 38431310 | 15,841 | 1,514,474 | SH | | DEFINED | 1,2,5 | 1,514,474 | | |
| GRAINGER W W INC | COM | 38480210 | 144,033 | 2,504,923 | SH | | DEFINED | 1,2,5,6,7,8,9,10,12,13,14 | 2,504,923 | | |
| GRANITE BROADCASTING | COM | 38724110 | 17 | 23,830 | SH | | DEFINED | 1 | 23,830 | | |
| GRANITE CONSTR INC | COM | 38732810 | 19,091 | 1,047,205 | SH | | DEFINED | 1,2,5,9 | 1,047,205 | | |
| GRANT PRIDECO INC | COM | 38821G10 | 37,971 | 2,056,917 | SH | | DEFINED | 1,2,5,9 | 2,056,917 | | |
| GRAPHIC PACKAGING CO | COM | 38868810 | 7,568 | 874,938 | SH | | DEFINED | 1,2 | 874,938 | | |
| GRAY TELEVISION INC | COM | 38937510 | 8,927 | 642,665 | SH | | DEFINED | 1,2 | 642,665 | | |
| GREAT AMERN FINL RES | COM | 38991510 | 2,285 | 143,732 | SH | | DEFINED | 1,2 | 143,732 | | |
| GREAT ATLANTIC &PAC | COM | 39006410 | 2,226 | 290,585 | SH | | DEFINED | 1,2,5 | 290,585 | | |
| GREAT LAKES CHEM COR | COM | 39056810 | 45,277 | 1,673,217 | SH | | DEFINED | 1,2,5,6,9,10 | 1,673,217 | | |
| GREAT NORTHN IRON OR | CTFS BEN I | 39106410 | 1,273 | 13,248 | SH | | DEFINED | 1,5 | 13,248 | | |
| GREAT PLAINS ENERGY | COM | 39116410 | 31,894 | 1,073,856 | SH | | DEFINED | 1,2,5,9 | 1,073,856 | | |
| GREAT SOUTHN BANCORP | COM | 39090510 | 5,031 | 174,028 | SH | | DEFINED | 1,2 | 174,028 | | |
| GREATER BAY BANCORP | COM | 39164810 | 29,542 | 1,022,229 | SH | | DEFINED | 1,2,5,9 | 1,022,229 | | |
| GREEN MOUNTAIN PWR C | COM | 39315410 | 292 | 11,183 | SH | | DEFINED | 1 | 11,183 | | |
| GREENBRIER COS INC | COM | 39365710 | 1,912 | 100,386 | SH | | DEFINED | 1,2 | 100,386 | | |
| GREENHILL &CO INC | COM | 39525910 | 2,166 | 103,600 | SH | | DEFINED | 1 | 103,600 | | |
| GREENPOINT FINL CORP | COM | 39538410 | 111,980 | 2,820,653 | SH | | DEFINED | 1,2,5,6,7,8,9,10,12,13,14 | 2,820,653 | | |
| GREIF INC | CL A | 39762410 | 9,003 | 213,086 | SH | | DEFINED | 1,2 | 213,086 | | |
| GREY GLOBAL GROUP IN | COM | 39787M10 | 14,763 | 14,988 | SH | | DEFINED | 1,2,5 | 14,988 | | |
| GREY WOLF INC | COM | 39788810 | 12,101 | 2,854,083 | SH | | DEFINED | 1,2,5 | 2,854,083 | | |
| GRIFFIN LD &NURSERI | CL A | 39823110 | 215 | 8,600 | SH | | DEFINED | 1 | 8,600 | | |
| GRIFFON CORP | COM | 39843310 | 9,522 | 427,398 | SH | | DEFINED | 1,2 | 427,398 | | |
| GROUP 1 AUTOMOTIVE I | COM | 39890510 | 9,621 | 289,715 | SH | | DEFINED | 1,2 | 289,715 | | |
| GROUP 1 SOFTWARE INC | COM | 39943Y10 | 3,850 | 167,756 | SH | | DEFINED | 1,2 | 167,756 | | |
| GROUPE CGI INC | CL A SUB V | 39945C10 | 114 | 16,870 | SH | | DEFINED | 1 | 16,870 | | |
| GROUPE DANONE | SPONSORED | 39944910 | 1,044 | 59,496 | SH | | DEFINED | 1 | 59,496 | | |
| Page Total | | | 3,261,421 | | | | | | | | |

Comparison of State Street Holdings of Grace Stock

| Filing Date | State Street Holdings (as originally filed)[1] | WR Grace Plan Holdings[2] | Total WR Grace Stock Held by State Street[3] | Change in State Street Holdings from 12/31/03[4] | State Street Holdings (as amended)[7] | Total WR Grace Stock Held by State Street[8] | Change in State Street Holdings from 12/31/03[9] | Change in State Street Holdings as reported[10] |
|---|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] |
| 12/31/2003 | 1,023,243 | 8,140,484 | 9,163,727 | | 1,023,243 | 9,163,727 | | |
| 2/26/2004 | | | | | | | | 0 |
| 3/31/2004 | 9,076,248 | | 9,076,248 | 831,224 [5] | 8,169,648 | 8,169,648 | 75,376 [5] | -906,600 |
| 6/30/2004 | 9,264,526 | | 9,264,526 | 8,241,283 [6] | 1,871,671 | 1,871,671 | 848,428 [6] | -7,392,855 |
| 9/30/2004 | 2,134,412 | | 2,134,412 | 1,111,169 | 2,134,412 | 2,134,412 | 1,111,169 | 0 |

Notes:

1: From State Street 13F filings for 12/31/03, 3/31/04, 6/30/04 and 9/30/04, as originally filed.

2: From WR Grace 11F filing 12/31/03

3: [1] + [2]

4: [4] - [1] for 12/31/03

5: Change in holdings includes Grace Plan, which included 7,221,781 shares of Grace stock as of 3/31/04 as calculated from the WR Grace press release on 2/27/04 stating that there were 7,870,000 shares remaining in the Plan, less sales through 3/31/04 of Grace stock by State Street (Bates No. SSBT-002577).

6: Shares of Grace Plan were all sold as of 4/12/04, and the remaining shares held by other State Street accounts.

7: From [1], except with holdings from State Street 13F filings for 3/31/04 and 6/30/04, as amended on 10/19/05.

8: [5] + [2]

9: [6] - [1] for 12/31/03

10: [5] - [1]