# WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

ATTORNEYS & COUNSELLORS AT LAW
1513 FOURTH & VINE TOWER
ONE WEST FOURTH STREET
CINCINNATI, OHIO 45202
TELEPHONE (513) 621-0267

JANE H. WALKER

FAX (513) 381-2375
FAX (513) 621-0262

September 27, 2006

**VIA FACSIMILE AND ECF**

Honorable William G. Young
United States District Judge
United States District Court
 for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE: *Evans, et al. v. Akers, et al.*, Civil Action No. 04-11380-WGY

Dear Judge Young:

I am writing on behalf of the Bunch Plaintiffs and with respect to a letter addressed to your Honor, dated September 26, 2006. My communication of yesterday contained the following confidential documents that bear the production (or "Bates") numbers:

    SSBT – 000171
    SSBT  - 000208-209
    SSBT – 002577

The documents referenced should not have produced to this Court. These documents were produced by the defendants as confidential documents and marked "Confidential – Subject to Protective Order – For Mediation Purposes Only." Accordingly, we would respectfully request that the referenced documents attached to the letter of yesterday and filed with the ECF system be retracted from the public record and not be considered by this court.

In addition to the documents referenced above, several public SEC filings were provided. This will confirm that as these documents were publicly available, any lack of clarity in my letter as to the timing or source of the original and amended SEC filings was unintentional.

Honorable William G. Young
Page Two
September 27, 2006

                                              Very truly yours,

                                              WAITE, SCHNEIDER, BAYLESS
                                                    & CHESLEY CO., L.P.A.

                                                     Jane H. Walker

JHW/lah

cc:    Carol Connor Flowe, Esq. (via Email and ECF)
        Scott M. Flicker, Esq. (via Email and ECF)
        All counsel of record (via ECF only)