

September 29, 2006

**Carol Connor Flowe**
202.857.6054 DIRECT
202.857.6395 FAX
flowe.carol@arentfox.com

Honorable William G. Young
Judge, United States District Court
   for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:   *Evans v. Akers, et al, Bunch v. W. R. Grace, et al,*
              **Consolidated under Case No. 04-11380-WGY**

Dear Judge Young:

      In response to a question from the Court during oral argument yesterday, I advised the Court that, in the past year, there have been twelve decisions on standing issued in so-called "stock drop" cases, and that eleven of them found no standing on facts like those at issue in the *Evans* case. For the convenience of the Court, I am enclosing the twelve decisions to which I was referring.

                                  Very truly yours,

                                  Carol Connor Flowe

Enclosures

cc:    All counsel of record