```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
                                    Civil Action
 3                                  No. 04-11380-WGY
                                        (Consolidated)
 4

 5   * * * * * * * * * * * * * * * *
                                    *
 6   KERI EVANS, et al.,            *
                                    *
 7           Plaintiffs,            *
                                    *
 8   v.                             *
                                    *
 9   JOHN F. AKERS, et al.,         *
                                    *
10           Defendants.            *
     _____  *
11                                  *   MOTION HEARING
     LAWRENCE W. BUNCH, et al.,     *
12                                  *
             Plaintiffs,            *
13                                  *
     v.                             *
14                                  *
     W.R. GRACE & CO., et al.,      *
15                                  *
             Defendants.            *
16   * * * * * * * * * * * * * * * *
17           BEFORE:  The Honorable William G. Young,
                        District Judge
18   APPEARANCES:

19           GILMAN and PASTOR, LLP (By David Pastor,
         Esq.), 60 State Street, 37th Floor, Boston,
20       Massachusetts 02109
                        - and -
21           SCHIFFRIN & BARROWAY LLP (By Edward W.
         Ciolko, Esq. and Katherine B. Bornstein, Esq.),
22       280 King of Prussia Road, Radnor, Pennsylvania
         19087, on behalf of the Evans Plaintiffs
23
                                    1 Courthouse Way
24                                  Boston, Massachusetts

25                                  September 28, 2006
```

1           **A P P E A R A N C E S** (Cont'd)

2

3           WAITE, SCHENEIDER, BAYLESS & CHESLEY CO.,
     LPA (By Terrence L. Goodman, Esq. and Jane H.
     Walker, Esq.), 1513 Fourth & Vine Tower, 1 West
4    Fourth Street, Cincinnati, Ohio 45202, on behalf
     of the Bunch Plaintiffs

5

6           MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
     POPEO, P.C. (By Matthew C. Hurley, Esq.), One
     Financial Center, Boston, Massachusetts 02111
7                    - and -
            ARENT FOX PLLC (By Carol Connor Flowe,
8    Esq.), 1050 Connecticut Avenue, N.W., Washington,
     D.C. 20036
9                    - and -
            DORI KUCHINSKY, In-House Counsel, W.R.
10   Grace & Co., on behalf of All Defendants Except
     State Street Bank & Trust Company and State Street
11   Global Advisors

12          PAUL, HASTINGS, JANOFSKY & WALKER LLP (By
     Scott M. Flicker, Esq.), 875 15th Street, N.W.,
13   Washington, D.C. 20005, on behalf of State Street
     Bank & Trust Company and State Street Global
14   Advisors

15

16

17

18

19

20

21

22

23

24

25