# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>W. R. GRACE & CO., et al.,<br><br>        Defendants. | **Consolidated Under<br>Case No. 04-11380-WGY** |

## GRACE DEFENDANTS' MOTION TO DISMISS THE BUNCH COMPLAINT

For the reasons stated in the accompanying Memorandum of Law, Defendants W. R. Grace & Co., Investment and Benefits Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, and Thomas A. Vanderslice (collectively, "Grace Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move this Court for an Order dismissing the Complaint of Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller (the "Bunch Plaintiffs") against them.

Dated: November 27, 2006                Respectfully submitted,

/s/ Matthew C. Hurley
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

- and -

Carol Connor Flowe
Nancy S. Heermans
Caroline Turner English
Valerie N. Webb
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6054
Facsimile: (202) 857-6395

*Counsel for W. R. Grace & Co., Investments and Benefits Committee, John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Fred E. Festa, and Robert M. Tarola*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel for the Grace Defendants certifies that counsel for the Grace Defendants has conferred with Plaintiffs' counsel in a good faith effort to resolve the issues set forth in this Motion.

November 27, 2006              /s/ Matthew C. Hurley
Date                           Matthew C. Hurley

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **KERI EVANS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **JOHN F. AKERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | **Consolidated Under** |
| ) | **Case No. 04-11380-WGY** |
| **LAWRENCE W. BUNCH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **W. R. GRACE & CO., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I filed Grace Defendants' Motion to Dismiss the Bunch Complaint through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on November 27, 2006.

/s/ Matthew C. Hurley