IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>          Defendants.<br><br>―――――――――――――――――<br><br>LAWRENCE W. BUNCH, *et al.*<br><br>          Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>          Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

**STATE STREET BANK AND TRUST COMPANY'S
SUBMISSION REGARDING THE GRACE DEFENDANTS'
MOTION TO DISMISS THE BUNCH COMPLAINT**

This week, the Grace Defendants filed a motion (Court File No. 122, the "Grace Motion") to dismiss the complaint filed by Lawrence W. Bunch, et al. (the "Bunch Complaint"). Defendants State Street Bank and Trust Company and State Street Global Advisors (collectively, "State Street") take no position regarding the Grace Motion. State Street files this submission only to correct and clarify the Grace Defendants' description of the Bunch claim against State

Street.[1]  State Street respectfully submits that, as the parties prepare for trial, and as the Court evaluates the Grace Motion and other pretrial matters, it is essential that the record accurately describe the Bunch claim.

As counsel for Bunch has represented twice in open Court,[2] the Bunch Complaint makes one and only one claim against State Street:  that State Street allegedly violated the Employee Retirement Income Security Act of 1974 ("ERISA") because after "Defendants transferred all management of the Grace Stock Fund to State Street … upon information and belief, *the stock was sold not to a disinterested third party, but rather to State Street or to an affiliate.*"  Bunch Complaint, ¶ 58 (emphasis added).  The evidence will prove this claim to be false.

Dated:  November 30, 2006          Respectfully submitted,

STATE STREET BANK AND TRUST COMPANY

By its counsel,
 /s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
(scarnathan@ocmlaw.net)
O'CONNOR, CARNATHAN, AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
(scottflicker@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

---

[1] *See* Grace Defendants' Memorandum in Support of Their Motion to Dismiss the Bunch Complaint (Court File No. 123) at 1, 4.

[2] *See* Grace Motion, Exhibits A and B (Transcripts of Hearings).

**CERTIFICATE OF SERVICE**

      I hereby certify that this Submission Regarding the Grace Defendants' Motion to Dismiss the Bunch Complaint filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 30, 2006.

| | |
|---|---|
| November 30, 2006 | /s/ Sean T. Carnathan |
| Date | Sean T. Carnathan |