UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, on behalf of herself and a class of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>JOHN F. AKERS, ROLAND C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENT AND BENEFITS COMMITTEE, BRENDA GOTTLIEB, W. BRIAN MCGOWAN, MICHAEL PIERGROSSI, FIDELITY MANAGEMENT TRUST COMPANY, STATE STREET BANK AND TRUST COMPANY, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,<br><br>     Defendants. | CIVIL ACTION NO. 04 11380 WGY |

**ASSENTED-TO MOTION FOR ADMISSION**
***PRO HAC VICE* OF THOMAS A. RUST**

   Pursuant to Local Rule 83.5.3(b), Sean T. Carnathan, a member of the Bar of this Court, hereby moves this Court for an order allowing Thomas A. Rust to appear in this matter on behalf of Defendant State Street Bank and Trust Company. Mr. Carnathan is a member of good standing of the United States District Court for the District of Massachusetts. As grounds for this motion, Mr. Carnathan relies upon the Rule 83.5.3(b) Certificate of Thomas A. Rust (submitted herewith) and states as follows:

1. Mr. Rust is a lawyer with the law firm of Paul, Hastings, Janofsky & Walker LLP in Washington, D.C., lead counsel for State Street Bank and Trust Company.

2. Mr. Rust is familiar with the facts and circumstances underlying the captioned action and his admission Pro Hac Vice will facilitate the just and speedy resolution of this action.

3. Mr. Rust is a member of the Bars of the District of Columbia, the State of Maryland, and the Commonwealth of Virginia.

4. Mr. Rust is also a member of the Bar of the United States District Court for the Eastern District of Virginia.

5. Mr. Rust is a member in good standing in all jurisdictions where he has been admitted to practice.

6. There are no disciplinary proceedings pending against Mr. Rust in any jurisdiction.

7. Mr. Rust has reviewed and is familiar with the Local Rules of the United States District court for the District of Massachusetts.

8. The other Parties to this Action, through counsel, have assented to this Motion.

9. Pursuant to Section F of the District of Massachusetts Electronic Case Filing Administrative Procedures, Defendant has contemporaneously tendered a check to the clerk for $50.00 upon the filing of this motion, which represents the Court's filing fee for Mr. Rust's admission *Pro Hac Vice*.

-3-

WHEREFORE, Sean T. Carnathan hereby requests that this Court admit Mr. Rust to appear in this matter on behalf of State Street Bank and Trust Company.

    /s/ Sean T. Carnathan
Sean T. Carnathan (BBO# 636889)
O'Connor, Carnathan and Mack, LLC
8 New England Executive Park, Suite 310
Burlington, Massachusetts 01803
(781) 359-9000

Dated:  November 30, 2006