IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>　　　　　　　Defendants.<br>―――――――――――――――――――<br>LAWRENCE W. BUNCH, *et al.*<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>　　　　　　　Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

## **RULE 83.5.3(B) CERTIFICATE OF THOMAS A. RUST**

　　　Thomas A. Rust, upon oath, deposes and says as follows:

　　　1.　　I am an attorney licensed to practice law in Washington, D.C.; Maryland; and Virginia. I am a lawyer with the law firm of Paul, Hastings, Janofsky & Walker LLP in Washington, D.C. I submit this affidavit in support of the Motion for Admission *Pro Hac Vice* of Thomas A. Rust in the above captioned action on behalf of Defendant State Street Bank and Trust Company.

　　　2.　　I am familiar with the facts and circumstances underlying the captioned action and my admission *Pro Hac Vice* will facilitate the just and speedy resolution of this action.

　　　3.　　I am a member of the Bar of the District of Columbia.

4. I am a member of the Bar of the State of Maryland.

5. I am a member of the Bar of the Commonwealth of Virginia.

6. I am a member of the Bar of the United States District Court, for the Eastern District of Virginia.

7. I hereby certify that I am a member in good standing in all jurisdictions where I have been admitted to practice.

8. There are no disciplinary proceedings pending against me in any jurisdiction.

9. I have reviewed and am familiar with the Local Rules of the United States District court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 29th day of November, 2006.


/s/ Thomas A. Rust
      Thomas A. Rust