# SCHIFFRIN & BARROWAY, LLP
## Attorneys at Law

280 King of Prussia Road, Radnor, Pennsylvania 19087
610-667-7706 • Fax: 610-667-7056
www.sbclasslaw.com

Writer's Direct Dial: (610) 822-0242
E-Mail: eciolko@sbclasslaw.com

December 5, 2006

**VIA FEDEX AND ECF**

Honorable William G. Young
United States District Judge
United States District Court
  for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

> Re: *Evans et al. v. Akers et al.*
> **Civil Action No. 04-11380-WGY**

Dear Judge Young:

The Evans Plaintiffs respectfully submit the following as supplemental authority in support of their motion for class certification:

- ***Smith v. AON Corporation***, Case No. 04-6875 (N.D. Ill. Nov. 29, 2006) (Opinion and Order) (certifying a similar class (including misrepresentation/non-disclosure claims); upholding the standing of former plan participants to bring a directly analogous ERISA breach of fiduciary duty action on behalf of a 401(k) plan) (attached as Exhibit 1).

Respectfully,

Edward W. Ciolko

Enclosure

cc: Carol Connor Flowe
    All counsel of record (via ECF only)