# EXHIBIT A



# FORM 10-K

## W R GRACE &CO - GRA

**Filed: March 05, 2004 (period: December 31, 2003)**

Annual report which provides a comprehensive overview of the company for the past year

FINANCIAL SUPPLEMENT

W. R. GRACE & CO.
ANNUAL REPORT ON FORM 10-K
FOR THE YEAR ENDED DECEMBER 31, 2003

FINANCIAL SUPPLEMENT
TO
ANNUAL REPORT ON FORM 10-K FOR THE YEAR
ENDED DECEMBER 31, 2003

W. R. GRACE & CO. AND SUBSIDIARIES

Index to Consolidated Financial Statements
and Financial Statement Schedule and Exhibit

| | |
|---|---|
| Management's Responsibility for Financial Reporting | F-3 |
| Report of Independent Auditors | F-4 |
| Report of Independent Auditors on Financial Statement Schedule | F-5 |
| Consent of Independent Accountants | F-5 |
| Consolidated Statements of Operations for the three years in the period ended December 31, 2003 | F-6 |
| Consolidated Statements of Cash Flows for the three years in the period ended December 31, 2003 | F-7 |
| Consolidated Balance Sheets at December 31, 2003 and 2002 | F-8 |
| Consolidated Statements of Shareholders' Equity (Deficit) for the three years in the period ended December 31, 2003 | F-9 |
| Consolidated Statements of Comprehensive (Loss) Income for the three years in the period ended December 31, 2003 | F-9 |
| Notes to Consolidated Financial Statements | F-10 – F-34 |
| Financial Summary | F-35 |
| Management's Discussion and Analysis of Results of Operations and Financial Condition | F-36 – F-48 |
| Financial Statement Schedule | |
|    Schedule II - Valuation and Qualifying Accounts and Reserves | F-49 |
| Exhibit 12: Computation of Ratio of Earnings to Fixed Charges and Combined Fixed Charges and Preferred Stock Dividends | F-50 |
| Report on Internal Controls and Procedures | F-51 |

The financial data listed above appearing in this Financial Supplement are incorporated by reference herein. The Financial Statement Schedule should be read in conjunction with the Consolidated Financial Statements and Notes thereto. Financial statements of less than majority-owned persons and other persons accounted for by the equity method have been omitted as provided in Rule 3-09 of Securities and Exchange Commission Regulation S-X. Financial Statement Schedules not included have been omitted because they are not applicable or the required information is shown in the Consolidated Financial Statements or Notes thereto.

| (In millions) | DECEMBER 31, 2003 | December 31, 2002 | Filing Date (Unaudited) |
|---|---|---|---|
| Debt, pre-petition plus accrued interest | $ 550.3 | $ 538.8 | $ 511.5 |
| Asbestos-related liability | 992.3 | 973.2 | 1,002.8 |
| Income taxes | 217.9 | 227.8 | 210.1 |
| Environmental remediation | 332.4 | 201.1 | 164.8 |
| Postretirement benefits other than pension | 134.3 | 147.2 | 185.4 |
| Special pension arrangements | 69.5 | 74.9 | 70.8 |
| Retained obligations of divested businesses | 57.0 | 55.3 | 75.5 |
| Accounts payable | 31.9 | 32.4 | 43.0 |
| Other accrued liabilities | 79.7 | 84.0 | 102.1 |
| TOTAL LIABILITIES SUBJECT TO COMPROMISE | $ 2,465.3 | $ 2,334.7 | $ 2,366.0 |

F-15