IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KERI EVANS, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>JOHN F. AKERS, et al. )<br>)<br>       Defendants. )<br> |  |
| LAWRENCE W. BUNCH, et al. )<br>)<br>       Plaintiffs, )<br>)<br>v. )<br>)<br>W. R. GRACE & CO., et al. )<br>)<br>       Defendants. )<br> | Consolidated<br>Case No. 04-11380-WGY |

### INTERIM SEALING MOTION BY BUNCH PLAINTIFFS FOR RELIEF FROM PROTECTIVE ORDER TO PERMIT USE OF DOCUMENT IN SUPPORT OF MOTION TO DISMISS

Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, both individually and on behalf of all others similarly situated ("Bunch Plaintiffs"), by and through their undersigned counsel, respectfully request an Order for relief from a protective order[1]. This request is based on the Bunch Plaintiffs' determination that the submission of a document currently designated as confidential is important as this Court considers Bunch Plaintiffs' Memorandum in Opposition of W. R. Grace's Motion to Dismiss.

---

[1] See, Stipulation and Protective Order, filed October 24, 2005, attached as Exhibit "A".

This motion is supported by the memorandum in support filed contemporaneously with this motion.

Dated: December 15, 2006

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

/s/ *Jeffrey C. Block*
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com


WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.

/s/ *Jane H. Walker*
James R. Cummins
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned counsel for Bunch Plaintiffs certifies that counsel for Bunch Plaintiffs has conferred with Defendants W. R. Grace & Company and State Street Bank & Trust Company's counsel in a good faith effort to resolve the issues set forth in this Motion.

Dated: December 15, 2006              /s/ Jane H. Walker

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, I filed Bunch Plaintiffs' Interim Sealing Motion by Bunch Plaintiffs to Permit Use of Document in Support of Motion to Dismiss. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on December 15, 2006.

/s/ Jane H. Walker
Jane H. Walker