IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KERI EVANS,

        Plaintiff,

v.

JOHN F. AKERS, et al.

        Defendants.

LAWRENCE W. BUNCH, et al.

        Plaintiffs,

v.

W. R. GRACE & CO., et al.

        Defendants.

Consolidated
Case No. 04-11380-WGY

### MEMORANDUM IN SUPPORT OF BUNCH PLAINTIFFS INTERIM SEALING MOTION TO PERMIT USE OF DOCUMENT IN SUPPORT OF MOTION TO DISMISS

Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, both individually and on behalf of all others similarly situated ("Bunch Plaintiffs") respectfully request relief from a protective order[1] in order to permit this Court to consider in support of Bunch Plaintiffs' Memorandum in Opposition a document currently designated as confidential. As provided for by the Order[2], the parties have conferred and have been unable to resolve their

---

[1] See, Stipulation and Protective Order, filed October 24, 2005, attached as Exhibit "A".
[2] Id., at ¶ 16.

differences with respect to the Bunch Plaintiffs request to modify the current designation of the document. The document is designated as Financial and Valuation Analysis of the W. R. Grace & Co. by Duff & Phelps, LLC, dated January 29, 2004 (Bates Nos. SSBT-000171 and SSBT-000209).

The Bunch Plaintiffs submit that the document in issue was produced by Defendant State Street Bank and Trust Company ("State Street") in anticipation of a global mediation between all parties in August of 2006. Prior to the production of documents by Defendants W. R. Grace & Company and State Street, all parties executed the referenced Stipulation and Protective Order. The Order provides for any document subject to the Order to be filed under seal with the Clerk of the Court in an envelope designated "Sealed Pursuant to Order of Court dated October 24, 2005[3], together with a simultaneous motion requesting authority to file under seal[4] where the parties are unable to agree to a modification or withdrawal of the confidential designation. Defendants have not agreed to allow the use of this document.

The document in issue reflects the opinions of Duff & Phelps, LLC, an independent financial company retained by State Street of values of the Grace common stock in January, 2004. Duff & Phelps, LLC provide these values specifically for the Grace stock maintained under the W. R. Grace & Company Savings and Investment Plan in issue in this litigation before the sale. The relevant two pages of the document in issue consist of a front page of the report for point of reference, and a second page which reflects the analysis of the various values of Duff & Phelps by taking into account the future value of W. R. Grace common stock under various scenarios of asbestos liability[5].

---

[3] Id., at ¶ 14.
[4] Id.
[5] Financial and Valuation Analysis of the W. R. Grace & Co. by Duff & Phelps, LLC, dated January 29, 2004 (Bates Nos. SSBT-000171 and SSBT-000209).

2

This information is critical to the Bunch Plaintiffs' position in this litigation. In public filings with the Security and Exchange Commission, W. R. Grace quantified its asbestos liability. The information in Grace's hands made it clear that the stock was no longer speculative at the time Grace transferred the investment management responsibilities to State Street. Grace's continuing role as a fiduciary is raised when its own valuation of its liability was thrown aside by State Street. Grace took no steps to protect the Plan Participants from a complete rejection of Grace's own most knowledgeable assessment of its future liability. Despite the stock reaching its low point, and knowing the stock was likely to rise, State Street ignored the valuation of the stock by Duff & Phelps.

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

*/s/ Jeffrey C. Block*
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com


WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.

*/s/ Jane H. Walker*
James R. Cummins
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail  jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

Dated: December 15, 2006

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, I filed Bunch Plaintiffs' Memorandum in Support of Interim Sealing Motion by Bunch Plaintiffs to Permit Use of Document in Support of Motion to Dismiss. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on December 15, 2006.

/s/ *Jane H. Walker*
Jane H. Walker