# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN F. AKERS, et al.,<br><br>    Defendants.<br>──────────────────────<br>LAWRENCE W. BUNCH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>W. R. GRACE & CO., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Consolidated Under**<br>) **Case No. 04-11380-WGY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Jeffrey H. Ruzal as counsel on behalf of W.R. Grace & Co., Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter and Ren Lapidario (collectively, the "Defendants") in this matter, and for good cause shown,

IT IS on this _____ day of _____, 2006, hereby ORDERED that the Motion for Admission *Pro Hac Vice* of Jeffrey H. Ruzal on behalf of Defendants is GRANTED.

_____
United States District Court Judge