# PART 2

- 41 -

spouse were the employee.

A Participant's Rollover Contribution shall be 100% vested and nonforfeitable at all times. A Rollover Contribution shall be credited to a Participant's Account and shall be invested in such Investment Fund and/or, for periods after June 30, 1989, in the ESOP, as the Participant may designate.

3.14  In the event that an Employee who was a "participant" in the W. R. Grace & Co. Retirement Plan for Salaried Employees elected to transfer to the Plan the amount of his "accumulated contributions" and "interest" thereunder pursuant to section 5.11 of such plan (or section 5.08 of the W. R. Grace & Co. Retirement Plan for Clerical Hourly Employees of Lake Charles Plant), the amount of his "accumulated contributions" is considered as Supplemental Contributions to his Account as of the "valuation date" coincident with or next following the date of such transfer (except for purposes of Sections 4.06 and 4.07 of the Plan) and the amount of his "interest" is considered as earnings on Supplemental Contributions in his Account as of such "valuation date," and both amounts are 100% vested and nonforfeitable at all times, are invested in such Investment Fund(s) within the Savings Plan as the Employee designated, and are subject to the provisions of the Plan relating to Supplemental Contributions, and earnings thereon, respectively.

- 42 -

## Section 4

## Company Contributions

4.01    Subject to the other provisions of Section 4, for each
month during which the Plan is in effect, the Company
shall contribute to the Trust Fund an amount which when
added to forfeitures, if any, will be equal to 100% (and
for periods prior to January 1, 2001, 75%; and for periods
prior to October 1, 2000, 50%) of the lesser of (A) the
aggregate amount of each Participant's After Tax
Contributions and Before Tax Contributions, or (B) 6% of
such Participant's Compensation, for the corresponding
month.  No contributions will be made with respect to
Participants' other contributions or his Compensation in
excess of such 6%.  The amount of Before-Tax Contributions
and Company contributions pursuant to this Section 4.01
shall not exceed the maximum amount deductible under
section 404 of the Code.

For periods after January 1, 2001, all Company
contributions shall be made to the Savings Plan portion of
the Trust Fund.  With respect to Company contributions
made to a Participant's Account after that date, Company
contributions shall be allocated to Investment Funds in
accordance with the Participant's investment election with
regard to the Participant's Before Tax contributions, or
if no such elections is effective, in accordance with the
investment election with regard to the Participant's After
Tax contributions.

- 43 -

For periods after June 30, 1989, but before January 1,
2001, all Company contributions shall be made to the ESOP
portion of the Trust Fund, subject to the provisions of
Section 4.12.  Such contributions may be made in cash or
in Grace Stock; provided, however, that Company
contributions shall be made in Grace Stock, to the extent
that the Company incurs an "immediate allocation loan" or
loans described in section 133(b)(1)(B) of the Code to
finance its contributions to the ESOP, in which event, the
Grace Stock acquired with the proceeds of such loan or
loans shall be transferred to the ESOP within 30 days of
the date on which interest begins to accrue on such loans.
  The Trustee may apply cash contributions made by the
Company towards the purchase of Grace Stock from the
Company or any other source for the account of the ESOP;
provided, however, that in no event shall a commission be
charged with respect to a purchase of Grace Stock from the
Company for the account of the ESOP.  In the event that
the Company shall make a contribution of Grace Stock that
is treasury stock or authorized but unissued stock to the
ESOP portion of the Trust Fund or the Trustee shall
purchase Grace Stock from the Company for the account of
the ESOP and Grace Stock is then traded on a national
securities exchange, the value of such shares shall be the
average of the closing prices of Grace Stock, as reported
on the New York Stock Exchange composite tape, for the 20
consecutive trading days immediately preceding the date of
the contribution or purchase.  Grace Stock contributed to
or purchased by the Plan under this Section 4.01 shall be
valued in good faith by an independent appraiser selected
by the Trustee as of the date of the contribution or

- 44 -

purchased in the event that shares of Grace Stock are not then traded on a national securities exchange.

4.02    The Company also shall contribute during each Plan Year such amounts as are reinstated pursuant to Section 11.03.

4.03    In addition to the contributions to be made pursuant to Sections 4.01 and 4.02, the Company shall pay all expenses reasonably incurred in administering the Plan, to the extent such expenses are not paid by the Trust Fund.

4.04    All contributions made to the Plan by the Company shall be irrevocable, except that contributions made by a mistake of fact or that are not deductible under section 404 of the Code shall be returned to the Company, without interest, within one year after the payment of the contribution, or the disallowance of the deduction (to the extent disallowed), whichever is applicable. Contributions shall be held in the Trust Fund to be used in accordance with the provisions of the Plan in providing the benefits and defraying the reasonable expenses of Plan administration, and neither such contributions nor any income therefrom shall be used for or diverted to purposes other than for the exclusive benefit of Participants, Inactive Participants, and former Participants and their beneficiaries under the Plan except as provided above, and except that any forfeitures arising under Section 7.02 on account of a Termination of Service that occurred prior to January 1, 1989 were used or shall be used to reduce Company contributions otherwise payable, in accordance with Sections 4.01 and 4.02.

GR 001705

- 45 -

4.05    Annual Additions (as defined below) to the Account of a
        Participant or Inactive Participant for a Plan Year shall
        not exceed the lesser of:

    (1)    $30,000 (or, for Plan Years beginning prior to
        January 1, 1995, 25% of the dollar limitation
        applicable to defined benefit plans under section
        415(b)(1)(A) of the Code, if greater), each as
        automatically adjusted to reflect increases in the
        cost of living as prescribed by the Secretary of
        the Treasury, or effective for Plan Years beginning
        on or after January 1, 2002, $40,000, as adjusted
        for increases in the cost of living under Section
        415(d) of the Code; or

    (2)    25% of the total section 415 "compensation" (as
        defined below) of such Participant or Inactive
        Participant from the Company and effective for Plan
        Years beginning on or after January 1, 2002, 100%
        of the section 415 "compensation" of the
        Participant or Inactive Participant of the Company.

Annual Additions (with respect to a Plan Year beginning
on or after January 1, 1987) means the sum of (i) Company
contributions (including forfeitures under Section 7.02
in lieu thereof) pursuant to Section 4.01, (ii) Before
Tax Contributions, (except, for limitation years
beginning after December 31, 2001, to the extent
permitted under Section 3.01 of the Plan relating to
catch up contributions and Section 414(v) of the Code)

- 46 -

(iii) After Tax Contributions, and (iv) amounts described in sections 415(l)(1) and 419A(d)(2) of the Code. Effective for Plan Years beginning on or after January 1, 2002, the limit in section 4.05(2) of the Plan shall not apply to any contribution for medical benefits after separation from service (within the meaning of section 401(h) or section 419A(f)(2) of the Code) which is otherwise treated as an annual addition.

For purposes hereof, compensation means a participant's wages and salaries for personal services actually rendered in the course of employment with the Company to the extent that the amounts are includable in gross income (including, but not limited, to commissions paid salesmen, compensation for services on the basis of a percentage of profits, incentive compensation, tips and bonuses (but excluding long-term incentive bonuses)).In addition, effective for Plan Years beginning on or after January 1, 1998, compensation shall include any amount contributed by the Company pursuant to a salary reduction agreement and which is not includible in gross income under sections 125, 402(g)(3), 402(h), or 403(b), or effective January 1, 2001, section 132(f), and effective January 1, 2002, 414(v).  Other amounts not included in compensation for purposes of this Section include:

(a)     Employer contributions to a plan of deferred compensation (except as otherwise provided above) which are not includable in the employee's gross income for the taxable year in which contributed, or employer contributions under a simplified

GR 001707

- 47 -

employee pension to the extent such contributions are deductible by the employee, or any distributions from a plan of deferred compensation;

(b)    Amounts realized from the exercise of a non-qualified stock option, or when restricted stock (or property) held by the employee either becomes freely transferable or is no longer subject to a substantial risk of forfeiture;

(c)    Amounts realized from the sale, exchange or other disposition of stock acquired under a qualified stock option; and

(d)    other amounts which received special tax benefits, or contributions made by the employer (whether or not under a salary reduction agreement) towards the purchase of an annuity contract described in section 403(b) of the Internal Revenue code (whether or not the contributions are actually excludable from the gross income of the employee).

4.06    If the Annual Additions limitation set forth in Section 4.05 would be exceeded with respect to a Participant, such Participant's After Tax Contributions, if any, with respect to such Plan Year shall be reduced and refunded and deemed not to have been made, to the extent necessary to satisfy the limitations of Section 4.05.

If such limitation would then still be exceeded, such Participant's Before Tax Contributions, if any, with

GR 001708

- 48 -

respect to such Plan Year shall be reduced and refunded
and deemed not to have been made, to the extent necessary
to satisfy the limitations of Section 4.05.

If such limitation would then still be exceeded, the
Company contribution allocated to such Participant
pursuant to Section 4.01 for such Plan Year shall be
reduced so that it does not exceed the maximum allocation
permitted by Section 4.05.  Such excess amount in a
Participant's Account shall be used to reduce Company
contributions for the next limitation year (and succeeding
limitation years, as necessary) for such Participant if he
is a Participant as of the end of such limitation year,
but if he is not, such excess amount shall be held
unallocated in an Annual Additions suspense account for
such limitation year and reallocated in the next
limitation year to the remaining Participants in
accordance with the regular allocation provisions of the
Plan and shall reduce Company contributions for such
limitation year.

The resolution of the Board of Directors (or, prior to
May 25, 1988, the board of directors of Grace Connecticut)
adopting this Plan as amended shall be deemed to be a
resolution adopting the Plan Year as the "limitation year"
(as defined in Internal Revenue Service Regulation section
1.415-2) for purposes of the Plan.

4.07    In the event that any Participant or Inactive Participant
        is also covered under another qualified defined
        contribution plan sponsored by the Company or an

- 49 -

affiliated corporation or other trade or business
(defined, for this purpose only, in accordance with
section 415(h) of the Code), the foregoing limitations
shall be applied to each plan separately and on an
aggregate basis.

4.08    This Section 4.08 shall only be effective for Plan Years
commencing before December 31, 1999, and shall have no
effect for Plan Years beginning after that date.  In the
event any Participant or Inactive Participant is also
covered by the W. R. Grace & Co. Retirement Plan for
Salaried Employees, the limitations set forth in section
415(e) of the Code shall be applied in accordance with the
provisions of such plan.  In the event any Participant or
Inactive Participant is also covered under a qualified
defined benefit retirement plan (other than the W. R.
Grace & Co. Retirement Plan for Salaried Employees)
sponsored by the Company (which shall also include an
affiliated corporation or other trade or business as
defined in accordance with section 415(h) of the Code),
then the sum of (a) and (b) below shall not exceed 100%:

(a)    The percentage attributable to all qualified
defined benefit retirement plans sponsored by the
Company determined by dividing (i) the Company
provided portion of the projected annual benefit of
the Participant or Inactive Participant under all
such defined benefit retirement plans (whether or
not terminated), determined as of the close of the
Plan Year, by (ii) the lesser of (A) the product of
1.25, multiplied by the dollar limitation in effect

- 50 -

under section 415(b)(1)(A) of the Code for such
Plan Year, or (B) the product of 1.4, multiplied by
the amount which may be taken into account under
section 415(b)(1)(B) of the Code with respect to
such Participant or Inactive Participant for such
Plan Year.

(b)     The percentage determined by dividing (i) the sum
of the Annual Additions (as currently and
previously defined in Section 4.05) under all
defined contribution plans (whether or not
terminated) sponsored by the Company as of the
close of the Plan Year, by (ii) the sum, (a) for
such Plan Year and for each prior Plan Year of
service with the Company ending after December 31,
1982, of the lesser of (A) the product of 1.25,
multiplied by the dollar limitation in effect under
section 415(c)(1)(A) of the Code for such Plan Year
(determined without regard to section 415(c)(6) of
the Code) or (B) the product of 1.4, multiplied by
the amount which may be taken into account under
section 415(c)(1)(B) of the Code with respect to
such Participant for such Plan Year, and (b) for
prior Plan Years of service with the Company ending
on or before December 31, 1982, the maximum amount
of Annual Additions which could have been made to
the Account of such Participant or Inactive
Participant under section 415(c) of the Code (as in
effect as of December 31, 1982) for the Plan Year
ended December 31, 1982, multiplied by a
"transition fraction" whose numerator is the lesser

GR 001711

- 51 -

of (I) $51,875 or (II) 1.4 multiplied by 25% of the
total section 415 "compensation" (as defined in
Section 4.05) of such Participant or Inactive
Participant for the Plan Year ended December 31,
1981, and whose denominator is the lesser of (I)
$41,500 or (II) 25% of the total section 415
"compensation" (as defined in Section 4.05) of such
Participant or Inactive Participant for the Plan
Year ended December 31, 1981.

In the event that the 100% limit specified herein is
exceeded for any Participant or Inactive Participant, the
Company contributions pursuant to Section 4.01 (including
forfeitures in lieu thereof), Before Tax Contributions,
and After Tax Contributions shall be reduced to comply
with such limits in the order and manner specified in
Section 4.06.

Notwithstanding the provisions of this Section 4.08, in
the event that the sum of a Participant's percentages
under (a) and (b) above exceeds 100% as of December 31,
1982, and as of December 31, 1986, an amount shall be
subtracted from the numerator of the fraction under (b)
above (not exceeding such numerator) in accordance with
Internal Revenue Service regulations so that such sum does
not exceed 100% with respect to Plan Years beginning on
and after January 1, 1983 and January 1, 1987,
respectively.

4.09  During the period prior to the beginning of each Plan
Year, or from time to time thereafter, or both, the

- 52 -

Company shall make estimated calculations, as set forth
below, with respect to such Plan Year required by section
401(m) of the Code, and after the end of such Plan Year,
shall make exact calculations, as set forth below:

(a)     Each Eligible Employee shall be classified as
        provided in Section 3.08(a).

(b)     The calculations under this Section 4.09 shall take
        into account the "401(m) contributions" for such
        Eligible Employee.  For purposes of this Section
        4.09, "401(m) contributions" shall mean (i) for the
        ESOP, (A) for each Plan Year commencing after
        December 31, 1988 and prior to January 1, 2001, the
        amount of Company contributions made under Section
        4.01, and (B) for each Plan Year commencing after
        December 31, 2000, zero; and (ii) for the Savings
        Plan, (A) for each Plan Year commencing after
        December 31, 1988 and prior to January 1, 2001, the
        amount of the Eligible Employee's After Tax
        Contributions, and (B) for each Plan Year
        commencing after December 31, 2000, the sum of the
        amount of the Eligible Employee's After Tax
        Contributions and the amount of Company
        contributions made under Section 4.01

(c)     For each Plan Year commencing after December 31,
        1988 and prior to January 1, 2001, a separate
        contribution percentage shall be calculated under
        the ESOP and the Savings Plan for each Eligible
        Employee.  For each Plan Year commencing after

GR 001713

- 53 -

December 31, 2000, a contribution percentage shall
not be calculated for the ESOP.  With respect to
each Eligible Employee, who is classified as an
other employee, for each Plan Year for which a
separate contribution percentage is calculated for
the ESOP:  the ESOP contribution percentage shall
be equal to  (i) for Plan Years commencing prior to
January 1, 1997, the amount of the 401(m)
contributions with respect to the Eligible Employee
for the Plan Year of reference (zero in the case of
an Eligible Employee for whom no such contributions
are being made) divided by his Compensation for the
Plan Year of reference, and (ii) for Plan Years
commencing on or after January 1, 1997,the amount
of the 401(m) contributions with respect to the
Eligible Employee for the Plan Year preceding the
Plan Year of reference (zero in the case of an
Eligible Employee for whom no such contributions
are being made) divided by his Compensation for the
Plan Year preceding the Plan Year of reference.
With respect to each Eligible Employee, who is
classified as a highly compensated employee, for
each Plan Year for which a separate contribution
percentage is calculated for the ESOP:  the ESOP
contribution percentage shall be equal to the
amount of the 401(m) contributions with respect to
the Eligible Employee for the Plan Year of
reference (zero in the case of an Eligible Employee
for whom no such contributions are being made)
divided by his Compensation for the Plan Year of
reference.  With respect to each Eligible Employee,

- 54 -

who is classified as an other employee:  the
Savings Plan contribution percentage shall be equal
to (i) for Plan Years commencing prior to January
1, 1997, the amount of the 401(m) contributions
with respect to the Eligible Employee for the Plan
Year of reference (zero in the case of an Eligible
Employee for whom no such contributions are being
made) divided by his Compensation for the Plan Year
of reference, and (ii) for Plan Years commencing on
or after January 1, 1997, the amount of the
Eligible Employee's 401(m) contributions (zero in
the case of an Eligible Employee who is not making
After Tax Contributions) for the Plan Year
preceding the Plan Year of reference divided by his
Compensation for the Plan Year preceding the Plan
Year of reference.  With respect to each Eligible
Employee, who is classified as a highly compensated
employee:  the Savings Plan contribution percentage
shall be equal to the amount of the Eligible
Employee's 401(m) contributions (zero in the case
of an Eligible Employee who is not making After Tax
Contributions) for the Plan Year of reference
divided by his Compensation for the Plan Year of
reference.

GR  001715

- 55 -

(d)    For each Plan Year commencing after December 31,
       1988, a separate contribution percentage shall be
       calculated under the ESOP and the Savings Plan for
       the Eligible Employees who are classified as highly
       compensated employees which shall be equal to the
       average of the contribution percentages, as
       determined in (c) above, for all such Eligible
       Employees under the ESOP for the Plan Year of
       reference and the average of the contribution
       percentages, as determined in (c) above, for all
       such Eligible Employees under the Savings Plan for
       the Plan Year of reference.  A contribution
       percentage shall not be calculated under the ESOP
       for a Plan Year beginning on or after January 1,
       2001.

(e)    For each Plan Year commencing after December 31,
       1988, a separate contribution percentage shall be
       calculated under the ESOP and the Savings Plan for
       the Eligible Employees who are classified as other
       employees which shall be equal to the average of
       the contribution percentages, as determined in (c)
       above for such Plan Year, for all such Eligible
       Employees under the ESOP for the Plan Year and the
       average of the contribution percentages, as
       determined in (c) above for such Plan Year, for all
       such Eligible Employees under the Savings Plan for
       the Plan Year.  A contribution percentage shall not
       be calculated under the ESOP for a Plan Year
       beginning on or after January 1, 2001.

- 56 -

For purposes of this Section 4.09 and Section 4.10, if an
Eligible Employee who is classified as a highly
compensated employee participates in more than one plan
providing matching contributions or after tax
contributions maintained by the Company or an entity under
common control with the Company (under section 414(b) or
(c) of the Code), the contributions made under all such
plans shall be aggregated; provided, however, that in no
event shall Company contributions made to the ESOP portion
of the Trust Fund after June 30, 1989 with respect to any
such highly compensated employee be aggregated with any
other matching contributions or after-tax contributions
made to such other plan unless such other plan is an
employee stock ownership plan (as defined in section
4975(e)(7) of the Code).

With respect to Plan Years commencing after December 31,
1986 and ending prior to January 1, 1989, the requirements
of section 401(m) of the Code only applied to the Savings
Plan.  The contribution percentage of each Eligible
Employee during such period was equal to his After Tax
Contributions and Company contributions under Section 4.01
made with respect to him (zero in the case of an Eligible
Employee for whom no such contributions were being made)
divided by his Compensation for the Plan Year.

In the event this Plan is aggregated with another plan or
plans for purposes of Sections 401(a)(4) and 410(b) of the
Code (other than the Average Benefits Test of Section
410(b)(2)(A)(ii) of the Code), all Before Tax
Contributions made under such plans shall be treated as

GR 001717

- 57 -

made under a single plan for purposes of the actual
deferral percentage test of Section 401(k)(3) of the Code
and all After Tax Contributions and Company contributions
(as set forth in Section 4.01) made under such plans shall
be treated as made under a single plan for purposes of the
actual contribution percentage test of Section 401(m)(2)
of the Code.  In the event this Plan is permissively
aggregated with another plan or plans for purposes of
Section 401(k) or 401(m) of the Code, such aggregated
plans must also satisfy Sections 401(a)(4) and 410(b) of
the Code as if such aggregated plans were a single plan.
Notwithstanding the foregoing, the ESOP and Non-ESOP
portions of the Plan may not be aggregated.

Notwithstanding the foregoing, effective for Plan Years
beginning on or after January 1, 2001, for purposes of
this Section 4.09, the contribution percentage for
Eligible Employees who are classified as other employees
shall be the Plan Year of reference.

4.10    For each Plan Year, the contribution percentage of the
        Eligible Employees who are classified as highly
        compensated employees (determined under Section 4.09(c),
        which considers contributions and Compensation for the
        Plan Year of reference) shall not exceed the greater of
        (A) or (B) below (and any necessary adjustments shall be
        made as set forth in Section 4.11):

        (A)    The contribution percentage for the prior Plan Year
               of the Eligible Employees who are classified as

- 58 -

        other employees (determined under Section 4.09(d)),
        multiplied by 1.25, or

(B)    The lesser of:

      ( i) the contribution percentage for the prior Plan
          Year of the Eligible Employees who are
          classified as other employees (determined
          under Section 4.09(d)), multiplied by 2, or

      (ii) the contribution percentage for the prior Plan
          Year of the Eligible Employees who are
          classified as other employees (determined
          under Section 4.09(d)), plus 2%.

Notwithstanding the foregoing, effective for Plan Years
beginning on or after January 1, 2001, for purposes of
this Section 4.10, the contribution percentage for
Eligible Employees who are classified as other employees
shall be the Plan Year of reference.

4.11    In the event that the contribution percentage under the
Savings Plan of the Eligible Employees who are classified
as highly compensated employees for the  Plan Year exceeds
the maximum percentage permitted under Section 4.10 (less
such additional percentage as may be determined by the
Administrative Committee) based on estimated or exact
calculations, a leveling method shall be applied under
which the requested or actual 401(m) contributions for the
Plan Year of the Eligible Employee(s) who are classified

GR 001719

- 59 -

as highly compensated employees and who have the greatest
dollar amount of 401(m) contributions for the Plan Year
shall be reduced, in total, by the amount of the Excess
401(m) Contributions.  For purposes of this Section 4.11,
"Excess 401(m) Contributions" shall mean, with respect to
any Plan Year, the excess of (a) the aggregate amount of
401(m) contributions actually taken into account in
computing the numerator of the contribution percentage of
highly compensated employees for the Savings Plan for such
year, over (b) the maximum amount of such contributions
permitted by the contribution percentage test of Section
4.10 for the Savings Plan (determined by hypothetically
reducing 401(m) contributions made on behalf of highly
compensated employees in order of their contribution
percentages, beginning with the highest of such
percentages, and continuing this process until the
contribution percentage test is satisfied).  For purposes
of reducing the 401(m) contributions of any highly
compensated employee, the amount of Excess 401(m)
Contributions will be allocated first to the 401(m)
contributions of the highly compensated employee with the
highest actual dollar amount of 401(m) contributions, to
equal the dollar amount of the 401(m) contributions of the
highly compensated employee with the next highest dollar
amount; however, a lesser reduction will be applied if
such lesser reduction results in an allocation of the
total Excess 401(m) Contributions.  This process will
continue in descending order until all the Excess 401(m)
Contributions with respect to the Savings Plan have been
allocated.

- 60 -

In the event that the contribution percentage under the
ESOP of the Eligible Employees who are classified as
highly compensated employees for the Plan Year exceeds the
maximum percentage permitted under Section 4.10 (less such
additional percentage as may be determined by the
Administrative Committee) based on estimated or exact
calculations, a leveling method will be applied under
which the requested or actual 401(m) contributions for the
Plan Year of the Eligible Employee(s) who are classified
as highly compensated employees and who have the greatest
dollar amount of 401(m) contributions for the Plan Year
shall be reduced by the amount of the Excess ESOP 401(m)
Contributions.  For purposes of this Section 4.11, "Excess
ESOP 401(m) Contributions" shall mean, with respect to any
Plan Year, the excess of (a) the aggregate amount of
401(m) contributions actually taken into account in
computing the numerator of the contribution percentage of
highly compensated employees for the ESOP for such Plan
Year, over (b) the maximum amount of such contributions
permitted by the contribution percentage test of Section
4.10 for the ESOP (determined by hypothetically reducing
401(m) contributions made on behalf of highly compensated
employees in order of their contribution percentages,
beginning with the highest of such percentages, and
continuing this process until the contribution percentage
test is satisfied).  For purposes of reducing the 401(m)
contributions of any highly compensated employee, the
amount of Excess ESOP 401(m) Contributions will be
allocated first to the 401(m) contributions of the highly
compensated employee with the highest actual dollar amount
of 401(m) contributions, to equal the dollar amount of the

GR 001721

- 61 -

401(m) contributions of the highly compensated employee
with the next highest dollar amount; however, a lesser
reduction will be applied if such lesser reduction results
in an allocation of the total Excess ESOP 401(m)
Contributions.  This process will continue in descending
order until all the Excess ESOP 401(m) Contributions with
respect to the ESOP have been allocated.

The provisions of this Section 4.11 shall be applied in
such a manner as to require a reduction of unmatched After
Tax Contributions prior to a reduction of matched After
Tax Contributions and Company contributions. Additionally,
Company contributions shall be reduced or distributed
prior to After Tax Contributions which are eligible for
matching under Section 4.01.

Notwithstanding the foregoing, in no event shall the
Company fail to make any matching contribution to the Plan
required under Section 4.01.

4.12    Any amount by which a Participant's requested or actual
After Tax Contribution or projected or actual Company
contribution is reduced for a Plan Year shall not be
contributed to the Plan, or if contributed, shall be
refunded to him as an Excess Aggregate Contribution with
any earnings allocable thereto no later than the end of
the Plan Year after the Plan Year in which such amount was
contributed to the Plan (and if possible, no later than
March 15 of the Plan Year after the Plan Year in which
such amount was contributed.  Amounts required to be
refunded under this Section 4.12 shall be refunded in

- 62 -

accordance with the provisions of section 401(m)(6) of the
Code and Treasury Regulations promulgated thereunder.

Notwithstanding anything herein to the contrary, effective
July 1, 1989 and for Plan Years beginning prior to January
1, 2001, projected Company contributions which would
otherwise be made to the ESOP portion of the Trust Fund
but which are required to be reduced in accordance with
Section 4.11 shall, to the extent possible, be contributed
to the Savings Plan portion of the Trust Fund.  In such
event, the calculation of the Savings Plan contribution
percentage of each Eligible Employee who is classified as
a highly compensated employee under Section 4.10(c) and
who is affected by such reduction shall be modified so as
to equal the sum of his After Tax Contributions and that
portion of Company contributions under Section 4.01 made
with respect to him which cannot be contributed to the
ESOP as a result of the limitations imposed under Section
4.10 (zero in the case of an Eligible Employee for whom no
such contributions are being made) divided by his
Compensation for the Plan Year.  In addition, the
provisions of Section 4.11 shall be applied to such
modified Savings Plan contribution percentage in such a
manner as to require a reduction of unmatched After Tax
Contributions prior to a reduction of matched After Tax
Contributions and Company contributions.

Amounts refunded as Excess Aggregate Contributions
pursuant to this Section 4.12 shall be adjusted for income
or loss.  Subject to Sections 4.09(c) and (d) of the Plan,
the income or loss allocable to Excess Aggregate

- 63 -

Contributions is equal to the sum of the following:  (i)
the income or loss allocable to 401(m) contributions under
the Savings Plan and 401(m) contributions under the ESOP,
as applicable, for the Plan Year multiplied by a fraction,
the numerator of which is such Participant's Excess
Aggregate Contributions for the Plan Year, and the
denominator is equal to the sum of the Participant's
account balance attributable to 401(m) contributions under
the Savings Plan and 401(m) contributions under the ESOP,
as applicable, as of the beginning of the Plan Year plus
the Participant's After Tax Contributions under the
Savings Plan and 401(m) contributions under the ESOP, as
applicable, for the Plan Year, and (ii) 10% of the amount
determined under (i) above multiplied by the number of
whole calendar months between the end of the Plan Year and
the date of distribution, counting the month of
distribution if distribution occurs after the 15th of such
month.

4.13    The following provisions of the Plan shall be applied in
the following order:

     (i)    Section 3.02,3.03 and 4.01 of the Plan;

    (ii)    Sections 4.06, 4.07 and 4.08 of the Plan;

  (iii)    Sections 3.10 and 3.11 of the Plan;

    (iv)    Sections 4.11 and 4.12 of the Plan.

4.14    For each Plan Year commencing after December 31, 1988 and
prior to January 1, 2002, and subject to the sunset
provisions of Section 901(a) of the Economic Growth and
Tax Relief Reconciliation Act of 2001, except as the

- 64 -

effect of such sunset provisions may be modified by
subsequent law, during which (i) the actual deferral
percentage of the Eligible Employees who are classified as
highly compensated employees (determined under Section
3.08(c)) exceeds 1.25 multiplied by the actual deferral
percentage of the Eligible Employees who are classified as
other employees (determined under Section 3.08(d)), and
(ii) the contribution percentage of the Eligible Employees
who are classified as highly compensated employees
(determined under Section 4.09(c)) exceeds 1.25 multiplied
by the contribution percentage of the Eligible Employees
who are classified as other employees (determined under
Section 4.09(d)), the sum of the actual deferral
percentage and the contribution percentage of the Eligible
Employees who are classified as highly compensated
employees (determined under Section 3.08(c) and Section
4.09(c), respectively) shall not exceed the sum of (A) and
(B) below (after any necessary adjustments have been made
as set forth in Sections 3.10 and 3.11 and Sections 4.11
and 4.12, respectively):

(A)    1.25, multiplied by the greater of:

         (i) the actual deferral percentage of the Eligible
             Employees who are classified as other
             employees (determined under Section 3.08(d)),
             or

         (ii) the contribution percentage of the Eligible
              Employees who are classified as other

GR 001725

- 65 -

employees (determined under Section 4.09(d)),
plus

(B)    The lesser of:

(i) 2%, plus the lesser of (a) the actual deferral
percentage of the Eligible Employees who are
classified as other employees (determined
under Section 3.08(d)), or (b) the
contribution percentage of the Eligible
Employees who are classified as other
employees (determined under Section 4.09(d)),
or

(ii) 2, multiplied by the lesser of (a) the actual
deferral percentage of the Eligible Employees
who are classified as other employees
(determined under Section 3.08(d)) or (b) the
contribution percentage of the Eligible
Employees who are classified as other
employees (determined under Section 4.09(d)).

The provisions of this Section 4.14 shall be applied
separately to (i) the sum of the actual deferral
percentage under the Savings Plan and the contribution
percentage under the ESOP of the Eligible Employees who
are classified as highly compensated employees and (ii)
the sum of the actual deferral percentage and the
contribution percentage under the Savings Plan of such
highly compensated employees.

GR 001726

- 66 -

4.15    In the event that the sum of the actual deferral
        percentage under the Savings Plan and the contribution
        percentage under the ESOP of the Eligible Employees who
        are classified as highly compensated employees for any
        Plan Year commencing after December 31, 1988 exceeds the
        maximum aggregate percentage permitted under Section 4.14,
        based on estimated or exact calculations, then the
        following provisions of the Plan will be applied in the
        following order to the extent necessary to satisfy the
        requirements of that section:

                (i) Sections 3.10 and 3.11;
                (ii) Sections 4.11 and 4.12.

        In the event that the sum of the actual deferral
        percentage and the contribution percentage under the
        Savings Plan of the Eligible Employees who are classified
        as highly compensated employees for any Plan Year
        commencing after December 31, 1988 exceeds the maximum
        aggregate percentage permitted under Section 4.14 based on
        estimated or exact calculations, then the following
        provisions of the Plan will be applied in the following
        order to the extent necessary to satisfy the requirements
        of that section:

                (i)   Sections 4.11 and 4.12, as they relate to
                      After-Tax Contributions;
                (ii)  Sections 3.10 and 3.11 (except to the extent
                      that Before Tax Contributions are considered
                      as an After Tax Contribution under Section
                      3.11 and are thus included in (i) above;

GR 001727

- 67 -

(iii)    Sections 4.11 and 4.12, as they relate to
        Company contributions.

GR  001728

- 68 -

## Section 5

Investment Provisions

5.01    The Trustee has established the following Investment Funds
        for investment of contributions under the Savings Plan, in
        accordance with the directions of the Investment
        Committee:

        Fixed Income Fund, which is invested in fixed income
        securities or obligations, interest bearing bank accounts,
        or in guaranteed income funds established or maintained by
        insurance companies.

        Fidelity Blue Chip Growth Fund, which is a mutual fund
        managed by Fidelity Management & Research Company
        ("FMRC").

        Grace Common Stock Fund, which is invested only in Grace
        Stock or, pending investment in such stock, in investments
        of a short-term nature, subject to Section 5.11.

        Fidelity Balanced Fund, which is a mutual fund managed by
        FMRC;

        Fidelity Growth and Income Portfolio, which is a mutual
        fund managed by FMRC;

        Fidelity Contrafund, which is a mutual fund managed by
        FMRC;

GR 001729

- 69 -

Fidelity OTC Portfolio, which is a mutual fund managed by
FMRC;

Fidelity Investment Grade Bond Fund which is a mutual fund
managed by FMRC;

Fidelity US Bond Index Fund which is a mutual fund managed
by FMRC;

PIMCO Total Return Fund, which is a mutual fund managed by
Pacific Investment Management Company;

INVESCO Equity Income Fund, which is a mutual fund managed
by INVESCO Funds Group, Inc.;

Spartan US Equity Index Fund which is a mutual fund
managed by FMRC;

Franklin Small Cap Growth Fund-A, which is a mutual fund
managed by Franklin Advisors, Inc.;

JP Morgan Institutional US Small Company Fund, which is a
mutual fund managed by JP Morgan;

American Century International Growth Fund, which is a
mutual fund managed by American Century Investment
Management, Inc.;

Spartan International Index Fund which is a mutual fund
managed by FMRC;

GR 001730

- 70 -

Templeton Foreign Fund A, which is a mutual fund managed by Templeton Global Advisors Limited;

Fidelity Freedom Income Fund which is a mutual fund managed by FMRC;

Fidelity Freedom 2000 Fund which is a mutual fund managed by FMRC;

Fidelity Freedom 2010 Fund which is a mutual fund managed by FMRC;

Fidelity Freedom 2020 Fund which is a mutual fund managed by FMRC;

Fidelity Freedom 2030 Fund which is a mutual fund managed by FMRC;

Fidelity Low-Priced Stock Fund which is a mutual fund managed by FMRC;

Spartan Extended Market Index Fund which is a mutual fund managed by FMRC;

Spartan Total Market Index Fund which is a mutual fund managed by FMRC;

Fidelity Diversified International Fund which is a mutual fund managed by FMRC;

GR 001731

- 71 -

Fidelity Europe Fund which is a mutual fund managed by
FMRC;

Fidelity Equity-Income Fund which is a mutual fund managed
by FMRC.

Any other Investment Fund properly authorized for
investment of contributions under the Saving Plan.

Effective July 1, 1989, Grace New York has established the
ESOP for the investment of (i) Company contributions made
to the Plan after June 30, 1989 and before January 1,
2001, (ii) the portion of each Participant's and Inactive
Participant's Savings Plan Account attributable to Company
contributions that is invested in the Former Fund C on
June 30, 1989 and transferred as of July 1, 1989 to the
ESOP portion of the Trust Fund, and (iii) the portion of
each Participant's and Inactive Participant's Savings Plan
Account attributable to Supplemental Contributions,
Before-Tax Contributions, After-Tax Contributions and
Rollover Contributions that was invested in the Former
Fund C on December 31, 1988 and any subsequent dates that
may from time to time be designated by the Investment
Committee and transferred to the ESOP portion of the Trust
Fund.  The Trustee shall invest the assets of the ESOP
portion of the Trust Fund primarily in of Grace Stock.
The Trustee may also invest the assets of the ESOP portion
of the Trust Fund in such other investments as the
Investment Committee deems appropriate or desirable or
such assets may be held temporarily in cash.  The
Investment Committee may direct the Trustee to invest and

GR 001732

- 72 -

hold up to 100% of the assets of the ESOP portion of the Trust Fund in Grace Stock.

5.02     After the Conversion Period, Before Tax Contributions, After Tax Contributions and Rollover Contributions shall each be invested in multiples of 5% in the Investment Funds and, in the case of Rollover Contributions only, in the ESOP portion of the Trust Fund, pursuant to the election of the Participant. Such election shall continue until changed by the Participant. Effective January 1, 2001, Company contributions shall be invested in multiples of 5% in the Investment Funds pursuant to the election of the Participant, which election shall continue until changed by the Participant.

5.03     After the Conversion Period, a Participant may change any election pursuant to Section 5.02 on any Business Day to another election permitted under Section 5.02 effective on the Business Day on which the Participant notifies the Recordkeeper of such change by telephonic instruction, if such notice is received by the Recordkeeper before the latest time of day agreed to by Grace and the Recordkeeper for same day processing; otherwise, such change will be effective on the immediately succeeding Business Day.

5.04     After the Conversion Period, a Participant, Inactive Participant, or a former Participant who has incurred a Termination of Service may, on any Business Day, elect to transfer all or a portion (in multiples of 5%, or in whole dollar amounts) of the existing balance of his Account in an Investment Fund among any of the other Investment Funds

- 73 -

attributable to the following categories of contributions
separately: (i) Before Tax Contributions, (ii) After Tax
Contributions, (iii) Supplemental Contributions, (iv)
Rollover Contributions, and effective January 1, 2001,
Company contributions.  Such transfer shall occur on the
Business Day on which the Participant, Inactive
Participant, or former Participant notifies the
Recordkeeper of such transfer election by telephonic
instruction, if such notice is received by the
Recordkeeper before the latest time of day agreed to by
Grace and the Recordkeeper for same day processing;
otherwise, such change will be effective on the
immediately succeeding Business Day.

5.05    Cash dividends and the cash proceeds of any other
distributions received on Grace Stock held in the Grace
Common Stock Fund within the Savings Plan shall be
invested in Grace Stock.  For periods after June 30, 1989,
cash dividends paid on Grace Stock that is credited to
Participant and Inactive Participant ESOP Accounts shall
be applied by the Trustee towards the purchase of
additional shares of Grace Stock or held in cash reserves,
unless the Board of Directors shall direct that such
dividends be paid to Participants and Inactive
Participants (i) by the Company or (ii) by the Plan within
90 days after the end of the Plan Year in which the
dividends are received on Grace Stock held within the ESOP
portion of the Trust Fund.

5.06    Except to the extent that the provisions of Section
12.04(b) are applicable to a tender offer, each

- 74 -

Participant and Inactive Participant may direct the
Trustee as to the manner in which Grace Stock credited to
his Account is to be voted.  Before each annual or special
meeting of its shareholders, Grace shall furnish to each
Participant and Inactive Participant who has a balance in
the Grace Common Stock Fund and/or, for periods after
June 30, 1989, an ESOP Account notice of the date and
purpose of such meeting, such notice to be given at the
time and in substantially the manner such notice is given
to Grace shareholders generally.  Grace shall request from
each such Participant and Inactive Participant
instructions as to the voting at that meeting of the Grace
Stock credited to the Participant's or Inactive
Participant's Account, which instructions shall be totaled
by or on behalf of Grace and forwarded to the Trustee.  If
the Participant or Inactive Participant furnishes such
instructions within the time specified in the notice, the
Trustee shall vote such Grace Stock in accordance with the
Participant's or Inactive Participant's instructions.  All
Grace Stock credited to Participant and Inactive
Participant Accounts as to which the Trustee does not
receive instructions as specified above shall be voted by
the Trustee in the manner, and in the proportion, as it
votes Grace Stock as to which it has received instructions
from Participants and Inactive Participants, as specified
above.  A Participant or Inactive Participant shall be
deemed to have given instructions for purposes of this
Section 5.06 if such Participant or Inactive Participant
signs, but does not otherwise mark, a form of proxy,
provided that the form of proxy specifies the manner in

GR 001735