IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN F. AKERS, et al. )<br>)<br>Defendants. )<br>) | |
| LAWRENCE W. BUNCH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W. R. GRACE & CO., et al. )<br>)<br>Defendants. )<br>) | Consolidated<br>Case No. 04-11380-WGY |

## SUPPLEMENTAL SUBMISSION IN SUPPORT OF
## BUNCH PLAINTIFFS' MEMORANDUM IN OPPOSITION
## TO GRACE DEFENDANTS' MOTION TO DISMISS
## THE BUNCH COMPLAINT

Bunch Plaintiffs submit the attached document in further support of Bunch Plaintiffs' pending Memorandum in Opposition to Grace Defendants' Motion to Dismiss the Bunch Complaint. This submission supplements Bunch Plaintiffs' prior submission of its Memorandum in Opposition, including its brief and attached exhibit. This further submission is based on this Court's Order of December 18, 2006, wherein this Court entered an order stating that the document in issue is not confidential and may be filed in open court. As such, Bunch Plaintiffs'

submit the document in issue for this Court's consideration in support of Bunch Plaintiffs' Memorandum in Opposition to Grace Defendants' Motion to Dismiss the Bunch Complaint[1].

Dated: December 19, 2006

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

/s/ Jeffrey C. Block
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com

WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.

/s/ Jane H. Walker
James R. Cummins
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

---

[1] See, Duff & Phelps Financial and Valuation Analysis of W.R. Grace & Co. dated January 29, 2004, attached as Exhibit "B".

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I filed Supplemental Submission in Support of Bunch Plaintiffs' Interim Sealing Motion for Relief from Protective Order to Permit Use of Document in Support of Motion to Dismiss. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on December 19, 2006.

/s/ *Jane H. Walker*
Jane H. Walker