# EXHIBIT B



# Financial and Valuation Analysis of

# W. R. Grace & Co.

Prepared for



STATE STREET GLOBAL ADVISORS

As Investment Manager of the W. R. Grace Common Stock
Held by the W. R. Grace & Co. Savings and Investment Plan

**January 29, 2004**

**DUFF & PHELPS, LLC**

311 South Wacker Drive
Suite 4200 Chicago, Illinois 60606
(312) 697-4600



Confidential - Subject to Protective Order - For Mediation Purposes Only

# Equity Value Conclusion

GRACE

**Sensitivity of Equity Value per Share to Asbestos Liabilities**

- Grace's equity value per share is highly sensitive to the ultimate liability the Company experiences. For example, if the Company's current estimate of less than $1 billion of asbestos liabilities holds true, it could lead to a higher equity value per share.

| W.R. Grace & Company<br>Equity Value Sensitivity to Asbestos Liabilities | | | | | |
|---|---|---|---|---|---|
| Asbestos Liability ($ in Billions) | $1.00 | $1.25 | $1.50 | $1.75 | $2.00 |
| Implied Equity Value per Share | $13.79 | $9.98 | $6.17 | $2.35 | ($1.46) |

1) Assume no change to all assets and all other liabilities subject to compromise.



SSBT-000209
Confidential - Subject to Protective Order - For Mediation Purposes Only