```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 04-11380-WGY
                                               (Consolidated)
 4
        * * * * * * * * * * * * * * * *
 5                                     *
        KERI EVANS, et al.,            *
 6                                     *
                  Plaintiffs,          *
 7                                     *
        v.                             *
 8                                     *
        JOHN F. AKERS, et al.,         *
 9                                     *
                  Defendants.          *
10      _____*
                                       *   MOTION HEARING
11      LAWRENCE W. BUNCH, et al.,     *
                                       *
12                Plaintiffs,          *
                                       *
13      v.                             *
                                       *
14      W.R. GRACE & CO., et al.,      *
                                       *
15                Defendants.          *
                                       *
16      * * * * * * * * * * * * * * * *

17            BEFORE:  The Honorable William G. Young,
                              District Judge
18

19      APPEARANCES:

20            WAITE, SCHENEIDER, BAYLESS & CHESLEY CO.,
        LPA (By James R. Cummins, Esq., Jane H. Walker,
21      Esq. and Jeffrey C. Block, Esq.), 1513 Fourth &
        Vine Tower, 1 West Fourth Street, Cincinnati, Ohio
22      45202, on behalf of the Bunch Plaintiffs

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      December 20, 2006
```

```
 1                A P P E A R A N C E S (Cont'd)

 2

 3           MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
     POPEO, P.C. (By Matthew C. Hurley, Esq.), One
 4   Financial Center, Boston, Massachusetts 02111
                         - and -
 5           ARENT FOX PLLC (By Nancy S. Heermans, Esq.
     and Jeffrey H. Ruzal, Esq.), 1050 Connecticut
 6   Avenue, N.W., Washington, D.C. 20036, on behalf of
     All Defendants Except State Street Bank & Trust
 7   Company and State Street Global Advisors

 8           PAUL, HASTINGS, JANOFSKY & WALKER LLP (By
     Thomas A. Rust, Esq.), 875 15th Street, N.W.,
 9   Washington, D.C. 20005, on behalf of State Street
     Bank & Trust Company and State Street Global
10   Advisors

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```