UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS and TIMOTHY WHIPPS, on behalf of themselves and a class of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, H. FURLONG BALDWIN, INVESTMENTS AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, BRENDA GOTTLIEB, W. BRIAN McGOWAN, MICHAEL PIERGROSSI, ROBERT M. TAROLA, EILEEN WALSH, DAVID NAKASHIGE, ELYSE NAPOLI, MARTIN HUNTER, REN LAPADARIO, and UNKNOWN FIDUCIARY DEFENDANT 1-100,<br>                Defendants. | Civil Action<br>No. 04-11380-WGY<br><br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT |

      Notice is hereby given that plaintiffs Keri Evans and Timothy Whipps, individually and on behalf of a putative class, hereby appeal to the United States Court of Appeals for the First Circuit from the District Court's Memorandum and Order dismissing this action, dated December 6, 2006 and entered on December 6, 2006.

Dated: January 3, 2007                          Respectfully submitted,

                                                       /s/ David Pastor
                                         David Pastor (BBO # 391000)
                                         GILMAN AND PASTOR, LLP
                                         225 Franklin Street, 16th Floor
                                         Boston, MA 02110
                                         Telephone: (617) 742-9700
                                         Facsimile: (617) 742-9701

Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7057

Thomas J. Hart
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.,
Suite 450
Washington, D.C. 20036
Telephone: 202-797-8700

***Attorneys for Plaintiffs Keri Evans and Timothy Whipps***

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 3, 2006.

/s/ David Pastor
David Pastor

{00010521.DOC ; 1}                              2