UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE W. BUNCH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>W. R. GRACE & CO., et al., )<br>)<br>Defendants. )<br>) | Consolidated Under<br>Case No 04-11380-WGY |

## NOTICE OF NAME CHANGE OF COUNSEL PURSUANT TO LOCAL RULE 83.5.2

The name of the law firm representing the Grace Defendants -- Defendants W. R. Grace & Co., Investment and Benefits Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, and Thomas A. Vanderslice -- changed from Arent Fox PLLC to Arent Fox LLP, effective January 1, 2007.

Dated: January 10, 2007         Respectfully submitted,

/s/ Valerie N. Webb
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

- and -

Carol Connor Flowe
Nancy S. Heermans
Caroline Turner English
Jeff Ruzal
Valerie N. Webb
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6054
Facsimile: (202) 857-6395

*Counsel for W. R. Grace & Co., Investments and Benefits Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, and Thomas A. Vanderslice*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE W. BUNCH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.,<br><br>Defendants. | Consolidated Under<br>Case No 04-11380-WGY |

### CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, I filed Notice of Name Change Pursuant to Local Rule 83.5.2 through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on January 10, 2007.

/s/ Valerie N. Webb