## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Keri Evans, et al. v. John F. Akers, et al__
District Court Case No. __04-11380-WCY__          District of __Massachusetts__
Date Notice of Appeal filed __1/3/07__            Court of Appeals Case No. __06-8051__
Form filed on behalf of __Plaintiffs__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter __Donald Womack__
Phone Number of Reporter __617-748-9167__

A.   __X__   This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) __Hearing re: Class Certification__ | __September 28, 2006__ |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.   ____   I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Katherine B. Bornstein__          Filer's Signature _/s/ K. B._
Firm/Address __Schiffrin Barroway, 280 King of Prussia Road, Radnor, PA  19087__
Telephone number __610-667-7706__          Date mailed to court reporter __1/10/07__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                                    SEE INSTRUCTIONS ON REVERSE

## PROOF OF SERVICE

I hereby certify that on January 10, 2006, I caused a true and correct copy of the foregoing to be served by overnight mail upon the following counsel:

    Carol Connor Flowe, Esq.
    Arent Fox
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036

Katherine B. Bornstein