APPEAL, CLOSED, CONSOLIDATED, LEAD

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11380-WGY

Evans v. Akers et al
Assigned to: Judge William G. Young
Lead case: 1:04-cv-11380-WGY
Member case:
   1:05-cv-11602-WGY
Cause: 29:1145 E.R.I.S.A.

Date Filed: 06/17/2004
Jury Demand: Defendant
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

## Consolidated Plaintiff

**Lawrence Bunch**
*Individually and on Behalf of All Others
Similarly, and on Behalf of the W.R.
Grace & Co. Employee*

represented by **Gerald D. Wells, III**
Schiffrin Barroway Topaz & Kessler,
LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
*TERMINATED: 06/01/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Cummins**
Waite Schneider, Bayless & Chesley
Co., LPA
Fourth & Vine Tower
1 West Fourth Street
Suite 1513
Cincinnati, OH 45202
513-621-0267
Fax: 513-381-2375
Email: jcummins@wsbclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley M. Chesley**
Waite, Schneider, Bayless & Chesley
Co., LPA
One W. Fourth Street
1513 Fourth & Vine Tower
Cincinnati, OH 45202
513-621-0267
Fax: 513-621-0262
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence L. Goodman**

Waite Schneider Bayless & Chesley
Co., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
513-621-0267
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glen DeValerio**
Berman DeValerio Pease
One Liberty Square
8th Floor
Boston, MA 02109
617/542-8300
Fax: 617-542-1194
Email: gdevalerio@bermanesq.com
*ATTORNEY TO BE NOTICED*

**Jane H. Walker**
Waite, Schneider, Bayless & Chesley
Co., L.P.A.
Fourth & Vine Tower
1 West Fourth Street
Suite 1513
Cincinnati, OH 45202
US
513-621-0267
Fax: 513-381-2375
Email: janehwalker@wsbclaw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey C Block**
Berman DeValerio Pease Tabacco Burt
& Pucillo
One Liberty Square
8th Floor
Boston, MA 02109
617-542-8300
Fax: 617-542-1194
Email: jblock@bermanesq.com
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, PC
One Financial Center
Boston, MA 02111
617-542-6000
Fax: 617-542-2241

Email: mchurley@mintz.com
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jerry L. Howard, Sr.**                     represented by  **James R. Cummins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley M. Chesley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence L. Goodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glen DeValerio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jane H. Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey C Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**David Mueller**                            represented by  **James R. Cummins**
*Individually and on Behalf of All Others*                  (See above for address)
*Similarly Situated, and on Behalf of the*                  *LEAD ATTORNEY*
*W.R. Grace & Co. Employee Savings*                         *ATTORNEY TO BE NOTICED*
*and Investment Plan and the Grace*
*Stock Fund*                                 **Stanley M. Chesley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence L. Goodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glen DeValerio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jane H. Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey C Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Keri Evans**
*on behalf of herself and a class of all*
*others similarly situated*

represented by **David Pastor**
Gilman and Pastor, LLP
225 Franklin Street
16th Floor
Boston, MA 02110
617-742-9700
Fax: 617-742-9701
Email: dpastor@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W. Ciolko**
Schiffrin Barroway Topaz & Kessler,
LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: eciolko@sbtklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald D. Wells, III**
(See above for address)
*TERMINATED: 06/01/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H. Meltzer**
Schiffrin Barroway Topaz & Kessler,
LLP
280 King Of Prussia Road

Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: jmeltzer@sbtklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine B. Bornstein**
Schiffrin Barroway Topaz & Kessler,
LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: kbornstein@sbtklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence L. Goodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Hart**
Slevin & Hart
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, DC 20036
202-797-8700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Defendant**

**W.R. Grace & Co.**                    represented by **Carol Connor Flowe**
Arent Fox LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5339
202-857-6054
Fax: 202-857-6395
Email: flowe.carol@arentfox.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202-857-6000
Fax: 202-857-6395
Email: heermans.nancy@arentfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
Arent Fox LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036
202-715-8482
Fax: 202-202-6395
Email: webb.valerie@arentfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**W. R. Grace Investment and Benefits Committee**

represented by **Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Robert M. Tarola**                     represented by   **Carol Connor Flowe**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeffrey H. Ruzal**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Nancy S. Heermans**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Valerie N. Webb**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Matthew C. Hurley**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Fred E. Festa**                       represented by   **Carol Connor Flowe**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeffrey H. Ruzal**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Nancy S. Heermans**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Valerie N. Webb**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Matthew C. Hurley**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**State Street Global Advisors**
*TERMINATED: 02/21/2006*

represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
O'Connor, Carnathan and Mack LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803
781-359-9002
Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**State Street Bank and Trust
Company**

represented by **Thomas A. Rust**
Paul, Hastings, Janofsky & Walker LLP

875 15th Street N.W.
Washington, DC
202-551-1787
Fax: 202-551-0187
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B Mack**
Nixon Peabody LLP (BOS)
100 Summer Street
Boston, MA 02110
781-359-9005
Fax: 781-359-9001
Email: dmack@qoclaw.com
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John F. Akers**

represented by **Carol Connor Flowe**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald C. Cambre**                represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marye Anne Fox**                     represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer John J. Murphy**                represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul J. Norris**                represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Betz**
6425 Wadsworth
#306
Arvada, CO 80003
303-239-9585
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas A. Vanderslice**    represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**H. Furlong Baldwin**                    represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Investments and Benefits Committee**    represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Administrative Committee**                  represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brenda Gottlieb**                        represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**W. Brian McGowan**                       represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Piergrossi**                    represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fidelity Management Trust
Company**
*TERMINATED: 10/24/2005*

represented by **Arthur W.S. Duff**
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
US
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary S. Tell**
O'Melveny & Myers LLP
1625 Eye Street N.W.
Washington, DC 20006
US
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Eccles**
O'Melveny & Myers
1625 Eye Street, N.W.
Washington, DC 20006
202-383-5300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian H. Mukherjee**
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109
617-570-1477
Fax: 617-523-1231
Email:
bmukherjee@goodwinprocter.com
*TERMINATED: 09/22/2005*
*ATTORNEY TO BE NOTICED*

**Jeffrey Robert Yousey**
eSapience
One Main Street
Third Floor
Cambridge, MA 02142
617-374-1338
Fax: 617-374-1339
Email: jeff.yousey@esapience.org
*TERMINATED: 08/11/2005*

**John A.D. Gilmore**
DLA Piper Rudnick Gray Cary US LLP

One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
617-406-6000
Fax: 617-406-6100
Email: john.gilmore@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Kirsten M. Nelson**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
212-848-4320
Fax: 646-828-4320
Email: kirsten.nelson@shearman.com
*TERMINATED: 12/08/2005*
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant

**State Street Bank & Trust Company**
*TERMINATED: 02/21/2006*

represented by **Jeffrey Robert Yousey**
(See above for address)
*TERMINATED: 08/11/2005*

**John A. Reding**
Paul, Hastings, Janofsky & Walker,
LLP
55 Second Street
24th Floor
San Francisco, CA 94105
415-856-7032
*ATTORNEY TO BE NOTICED*

**Joshua Irwin**
Paul, Hastings, Janofsky & Walker,
LLP
55 Second Street
24th Floor
San Francisco, CA 94105
415-856-7032
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott M. Flicker**
Paul, Hastings, Janofsky & Walker,
LLP
875 Fifteenth Street NW
Washington, DC 20005
202-551-1700
Fax: 202-551-1705
Email: scottflicker@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Fiduciary Defendants 1-100**

represented by **Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fidelity Management Trust Company**
*TERMINATED: 10/24/2005*

represented by **Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin Hunter**

represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ren Lapadario**                                    represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nakashige**                                  represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elyse Napoli**                              represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Ruzal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie N. Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*