**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eileen Walsh**                          represented by **Carol Connor Flowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy S. Heermans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Turner English**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen A. Dixon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Hurley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**State Street Bank & Trust Company**      represented by **Matthew C. Hurley**
*TERMINATED: 02/21/2006*                                 (See above for address)
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 56697, filed by Keri Evans. (Attachments: # 1 Part 2)(Bell, Marie) (Entered: 06/21/2004) |
| 06/17/2004 | ● | Summons Issued as to Administrative Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre. Fidelity Management Trust Company, Marye Anne Fox, Brenda Gottlieb, Investments and Benefits Committee, W. Brian McGowan, Murphy, Paul J. Norris, Michael |

| | | |
|---|---|---|
| | | Piergrossi, State Street Bank & Trust Company, Unknown Fiduciary Defendants 1-100, Thomas A. Vanderslice. (Bell, Marie) (Entered: 06/21/2004) |
| 06/17/2004 | ❷ | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Bell, Marie) (Entered: 06/21/2004) |
| 08/10/2004 | ❷2 | NOTICE of Appearance by Jeffrey Robert Yousey on behalf of State Street Bank & Trust Company (Yousey, Jeffrey) (Entered: 08/10/2004) |
| 08/10/2004 | ❷3 | STIPULATION re 1 Complaint *Joint Stipulation And Order To Extend Time To Respond To Complaint* by Keri Evans, State Street Bank & Trust Company. (Yousey, Jeffrey) (Entered: 08/10/2004) |
| 08/11/2004 | ❷ | Judge William G. Young : ELECTRONIC ORDER entered GRANTING 3 Stipulation filed by State Street Bank & Trust Company, Keri Evans to extend time to 9/27/04 to Respond to Complaint. cc/cl.(Bell, Marie) (Entered: 08/11/2004) |
| 08/12/2004 | ❷4 | NOTICE of Appearance by Jeffrey Robert Yousey on behalf of Fidelity Management Trust Company (Yousey, Jeffrey) (Entered: 08/12/2004) |
| 08/12/2004 | ❷5 | STIPULATION re 1 Complaint *Joint Stipulation And Order To Extend Time To Answer Or Otherwise Respond To Complaint* by Fidelity Management Trust Company. (Yousey, Jeffrey) (Entered: 08/12/2004) |
| 08/27/2004 | ❷6 | MOTION to Quash Service by Paul J. Norris. c/s.(Bell. Marie) (Entered: 08/31/2004) |
| 08/31/2004 | ❷ | Judge William G. Young : ELECTRONIC ORDER entered granting 6 Motion to Quash Service served upon Paul J. Norris. cc/cl. (Bell, Marie) (Entered: 08/31/2004) |
| 09/20/2004 | ❷ | Mail Returned as Undeliverable. Mail sent to Kenneth Betz. No such # or Street. (Bell, Marie) Re-mailed with correct address 9/20/04. (Entered: 09/20/2004) |
| 09/24/2004 | ❷7 | STIPULATION *Joint Stipulation And Order To Further Extend Time To Respond To Complaint* by Keri Evans, State Street Bank & Trust Company. (Attachments: # 1 Exhibit A)(Yousey, Jeffrey) (Entered: 09/24/2004) |
| 09/24/2004 | ❷8 | STIPULATION *Joint Stipulation And Order To Further Extend Time To Answer Or Otherwise Respond To Complaint* by Keri Evans, Fidelity Management Trust Company. (Attachments: # 1 Exhibit A)(Yousey, Jeffrey) (Entered: 09/24/2004) |
| 11/16/2004 | ❷9 | Judge William G. Young : ORDER FOR CLOSURE entered re 8 Stipulation filed by Fidelity Management Trust Company, Keri Evans...the case is administratively closed and may be reopened by any party. cc/cl(Smith, Bonnie) (Entered: 11/16/2004) |
| 11/16/2004 | ❷ | Civil Case Terminated. (Smith, Bonnie) (Entered: 11/16/2004) |
| | | |

| 02/04/2005 | ⊕10 | MOTION for Extension of Time to File Answer *and Motion to Re-Open* by Marye Anne Fox, Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, State Street Bank & Trust Company, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Hurley, Matthew) (Entered: 02/04/2005) |
|---|---|---|
| 02/07/2005 | ⊕11 | MOTION for Leave to Appear Pro Hac Vice by Scott M. Flicker by State Street Bank & Trust Company. (Attachments: # 1 Affidavit of Scott M. Flicker# 2 Exhibit Flicker Certificate of Good Standing# 3 Text of Proposed Order)(Carnathan, Sean) (Entered: 02/07/2005) |
| 02/07/2005 | ⊕12 | MOTION for Leave to Appear Pro Hac Vice by John A. Reding by State Street Bank & Trust Company. (Attachments: # 1 Affidavit of John A. Reding# 2 Exhibit Reding Certificate of Good Standing# 3 Text of Proposed Order)(Carnathan, Sean) (Entered: 02/07/2005) |
| 02/07/2005 | ⊕13 | MOTION for Leave to Appear Pro Hac Vice by Joshua C. Irwin by State Street Bank & Trust Company. (Attachments: # 1 Affidavit of Joshua C. Irwin# 2 Exhibit Irwin Certificate of Good Standing# 3 Text of Proposed Order)(Carnathan, Sean) (Entered: 02/07/2005) |
| 02/09/2005 | ◯ | Filing fee: $ 150.00, receipt number 61953 regarding Motions Pro Hac Vice. (Bell, Marie) (Entered: 02/09/2005) |
| 02/10/2005 | ◯ | Judge William G. Young : Electronic ORDER entered granting 11 Motion for Leave to Appear Pro Hac Vice, granting 12 Motion for Leave to Appear Pro Hac Vice and granting 13 Motion for Leave to Appear Pro Hac Vice. Added Scott M. Flicker for State Street Bank & Trust Company, John A. Reding for State Street Bank & Trust Company, Joshua Irwin for State Street Bank & Trust Company. cc/cl. (Bell, Marie) (Entered: 02/10/2005) |
| 02/10/2005 | ⊕14 | MOTION for Leave to Appear Pro Hac Vice by Carol Connor Flowe by Marye Anne Fox, Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Hurley, Matthew) (Entered: 02/10/2005) |
| 02/10/2005 | ⊕15 | MOTION for Leave to Appear Pro Hac Vice by Caroline Turner English by Marye Anne Fox, Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Hurley, Matthew) (Entered: 02/10/2005) |
| 02/10/2005 | ⊕16 | MOTION for Leave to Appear Pro Hac Vice by Gretchen A. Dixon by Marye Anne Fox, Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit A# 2 |

| | | Exhibit B)(Hurley, Matthew) (Entered: 02/10/2005) |
|---|---|---|
| 02/10/2005 | 🔘 | Judge William G. Young : Electronic ORDER entered granting <u>10</u> Motion for Extension of Time to Answer re <u>1</u> Complaint and Motion to Reopen. cc/cl. (Bell, Marie) (Entered: 02/15/2005) |
| 02/10/2005 | 🔘 | Case Reopened (Bell, Marie) (Entered: 02/15/2005) |
| 02/10/2005 | 🔘17 | NOTICE of Change of Address by Joseph H. Meltzer (Bell, Marie) (Entered: 02/15/2005) |
| 02/11/2005 | 🔘 | Filing fee: $ 150.00, receipt number 62033 regarding Motions Pro Hac Vice (3) (Bell, Marie) (Entered: 02/15/2005) |
| 02/11/2005 | 🔘 | Judge William G. Young : Electronic ORDER entered granting Motions for Leave to Appear Pro Hac Vice- Document #'s 14, 15 and 16 Added Gretchen A. Dixon,Caroline Turner English and Carol Connor Flowe for Paul J. Norris; Thomas A. Vanderslice; H. Furlong Baldwin; Investments and Benefits Committee; Administrative Committee; Brenda Gottlieb; W. Brian McGowan; Michael Piergrossi; John F. Akers; Ronald C. Cambre; Marye Anne Fox and Murphy. cc/cl. (Bell, Marie) (Entered: 02/16/2005) |
| 02/15/2005 | 🔘18 | Assented to MOTION to Withdraw as Attorney by State Street Bank & Trust Company.(Yousey, Jeffrey) (Entered: 02/15/2005) |
| 02/16/2005 | 🔘 | Judge William G. Young : Electronic ORDER entered granting <u>18</u>Assented to Motion to Withdraw as Attorney for State Street Bank & Trust Company. cc/cl. (Bell, Marie) (Entered: 02/16/2005) |
| 02/16/2005 | 🔘 | *** Attorney Jeffrey Robert Yousey terminated as to State Street Bank & Trust Company. (Bell, Marie) (Entered: 02/16/2005) |
| 04/29/2005 | 🔘19 | NOTICE by Fidelity Management Trust Company *Of Substitution Of Counsel* (Mukherjee, Brian) (Entered: 04/29/2005) |
| 05/10/2005 | 🔘20 | MOTION to Continue *the Extension of Time for Defendants to Answer or Otherwise Respond to Complaint (UNOPPOSED)* by Marye Anne Fox, Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Fidelity Management Trust Company, State Street Bank & Trust Company, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) (Entered: 05/10/2005) |
| 05/11/2005 | 🔘 | Judge William G. Young : Electronic ORDER entered granting <u>20</u> Unopposed Motion to Continue Extension of Time for Defendants to Answer or Otherwise Respond to Complaint. cc/cl. (Bell, Marie) (Entered: 05/11/2005) |
| 05/25/2005 | 🔘21 | NOTICE of Change of Address by David Pastor (Pastor, David) (Entered: 05/25/2005) |
| 05/25/2005 | 🔘 | Mail Returned as Undeliverable. Mail sent to Gerald D. Wells, III (Bell, Marie) (Entered: 05/26/2005) |

| 06/06/2005 | 22 | NOTICE of Change of Address by Sean T. Carnathan *on behalf of Scott M. Flicker* (Carnathan, Sean) (Entered: 06/06/2005) |
| 06/08/2005 | 23 | NOTICE of Appearance by Brian H. Mukherjee on behalf of Fidelity Management Trust Company (Mukherjee, Brian) (Entered: 06/08/2005) |
| 07/01/2005 | 24 | MOTION to Continue *the Extension of Time for Defendants to Answer or Otherwise Respond to Complaint (Unopposed)* by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Fidelity Management Trust Company, State Street Bank & Trust Company, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Text of Proposed Order)(Hurley, Matthew) (Entered: 07/01/2005) |
| 07/07/2005 | ❷ | Judge William G. Young : Electronic ORDER entered granting 24 Motion to Continue the extension of time to answer the complaint until 30 days after the ruling in the Kentucky case. (Smith, Bonnie) (Entered: 07/07/2005) |
| 08/05/2005 | 25 | MOTION to Continue Time for the Defendants to Answer or Otherwise Respond to the Complaint to 09/21/2005 *UNOPPOSED* by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Fidelity Management Trust Company, State Street Bank & Trust Company, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) (Entered: 08/05/2005) |
| 08/05/2005 | 26 | MOTION to Consolidate Cases by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, State Street Bank & Trust Company, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) (Entered: 08/05/2005) |
| 08/05/2005 | 27 | MEMORANDUM in Support re 26 MOTION to Consolidate Cases *with Proposed Order* filed by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, State Street Bank & Trust Company, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Hurley, Matthew) (Entered: 08/05/2005) |
| 08/08/2005 | ❷ | E-Mail Notice re Document #26 originally issued on 8/8/05 returned as undeliverable. Name of Addressee: Jeffrey Yousey. No Longer with Firm. (Bell, Marie) (Entered: 08/10/2005) |
| 08/11/2005 | ❷ | Notice of correction to docket made by Court staff. Attorney Yousey's record terminated to correct noticing error. (Hurley, Virginia) (Entered: 08/11/2005) |
| 08/16/2005 | 30 | Judge William G. Young : ORDER entered granting 25 Motion for |

| | | |
|---|---|---|
| | | Extension of Time to 9/21/05 to Respond to Complaint. cc/cl. (Bell, Marie) (Entered: 08/22/2005) |
| 08/19/2005 | 28 | STIPULATION *Joint Stipulation and [Proposed] Order to extend time to Respond to Defendants' Motion to Consolidate and to extend Defendants Response to Plaintiffs' Complaint* by Keri Evans. (Pastor, David) (Entered: 08/19/2005) |
| 08/19/2005 | 29 | STIPULATION *Amended Joint Stipulation and [proposed] Order to extend time to Respond to Defendants' Motion to Consolidate and to extend Defendants Response to Plaintiffs' Complaint* by Keri Evans. (Pastor, David) (Entered: 08/19/2005) |
| 08/22/2005 | ❍ | Judge William G. Young : Electronic ORDER entered granting 26 Motion to Consolidate Case with 05-11602-MLW. cc/cl. (Bell, Marie) (Entered: 08/23/2005) |
| 08/23/2005 | 31 | STIPULATION *Corrected First Amended Joint Stipulation and Proposed Order* by Keri Evans. (Pastor, David) (Entered: 08/23/2005) |
| 09/02/2005 | 32 | MEMORANDUM in Opposition re 26 MOTION to Consolidate Cases filed by Keri Evans. (Pastor, David) (Entered: 09/02/2005) |
| 09/06/2005 | ❍ | Judge William G. Young : Electronic ORDER entered. re 28 Stipulation to Extend Time filed by Keri Evans,and 29 Amended Stipulation to Extend Time filed by Keri Evans. TREATED AS A MOTION TO EXTEND THE TIME FOR THE PLAINTIFFS TO RESPOND TO THE MOTION TO CONSOLIDATE, MOTION DENIED. cc/cl. (Bell, Marie) (Entered: 09/06/2005) |
| 09/08/2005 | 33 | Judge William G. Young : CORRECTED FIRST AMENDED JOINT STIPULATION AND (PROPOSED) ORDER entered. SO ORDERED AS TO ALL ASPECTS SAVE THE EXTENSION OF OPPOSITION TO THE MOTION TO CONSOLIDATE AS MOOT. cc/cl. (Bell, Marie) (Entered: 09/08/2005) |
| 09/12/2005 | 34 | NOTICE of Appearance by Jeffrey C Block on behalf of Lawrence Bunch, Jerry L. Howard, Sr, David Mueller (Block, Jeffrey) (Entered: 09/12/2005) |
| 09/12/2005 | 35 | NOTICE of Appearance by Glen DeValerio on behalf of Lawrence Bunch, Jerry L. Howard, Sr, David Mueller (DeValerio, Glen) (Entered: 09/12/2005) |
| 09/12/2005 | 36 | MEMORANDUM in Opposition re 26 MOTION to Consolidate Cases filed by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller. (Block, Jeffrey) (Entered: 09/12/2005) |
| 09/15/2005 | 37 | NOTICE of Appearance by Kirsten M. Nelson on behalf of Fidelity Management Trust Company (Nelson, Kirsten) (Entered: 09/15/2005) |
| 09/15/2005 | 38 | NOTICE of Appearance by John A.D. Gilmore on behalf of Fidelity Management Trust Company (Gilmore, John) (Entered: 09/15/2005) |
| | | |

| 09/20/2005 | ❍39 | STIPULATION *to Extend Time to Answer or Otherwise Respond* by Fidelity Management Trust Company. (Nelson, Kirsten) (Entered: 09/20/2005) |
|---|---|---|
| 09/22/2005 | ❍ | Judge William G. Young : Electronic ORDER entered. re 39 Stipulation filed by Fidelity Management Trust Company, Answer due by 10/24/05 (Smith, Bonnie) (Entered: 09/22/2005) |
| 09/22/2005 | ❍ | Reset Answer Deadlines to 10/24/05 for Fidelity Management Trust Company. (Smith, Bonnie) (Entered: 09/22/2005) |
| 09/22/2005 | ❍40 | NOTICE of Withdrawal of Appearance by Brian H. Mukherjee (Mukherjee, Brian) (Entered: 09/22/2005) |
| 09/22/2005 | ❍41 | STIPULATION *TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND* by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, W.R. Grace & Co., W. R. Grace Investment and Benefits Committee, Robert M. Tarola, Fred E. Festa, John F. Akers, Ronald C. Cambre. (Hurley, Matthew) (Entered: 09/22/2005) |
| 09/26/2005 | ❍ | Judge William G. Young : Electronic ORDER entered GRANTING re 41 Stipulation to Extend Time to Answer or Otherwise Respond, filed by Thomas A. Vanderslice,, John J. Murphy,, W.R. Grace & Co.,, John F. Akers,, Ronald C. Cambre,, Marye Anne Fox,, Paul J. Norris,, H. Furlong Baldwin,, Investments and Benefits Committee,, Administrative Committee,, Brenda Gottlieb,, W. Brian McGowan,, Michael Piergrossi,, W. R. Grace Investment and Benefits Committee,, Fred E. Festa,, Robert M. Tarola. cc/cl.(Bell, Marie) (Entered: 09/26/2005) |
| 10/12/2005 | ❍42 | MOTION for Leave to Appear Pro Hac Vice by James R. Cummins and Jane H. Walker Filing fee $ 100.00, receipt number 67408. by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller.c/s.(Bell, Marie) (Entered: 10/13/2005) |
| 10/12/2005 | ❍43 | DECLARATION of James R. Cummins in Support of 42 MOTION for Leave to Appear Pro Hac Vice by James R. Cummins and Jane H. Walker Filing fee $ 100.00, receipt number 67408. by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller. (Bell, Marie) (Entered: 10/13/2005) |
| 10/12/2005 | ❍44 | DECLARATION of Jane H. Walker in Support of 42 MOTION for Leave to Appear Pro Hac Vice by James R. Cummins and Jane H. Walker Filing fee $ 100.00, receipt number 67408. by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller. (Bell, Marie) (Entered: 10/13/2005) |
| 10/12/2005 | ❍45 | DECLARATION of Jeffrey C. Block re: 42 MOTION for Leave to Appear Pro Hac Vice by James R. Cummins and Jane H. Walker Filing fee $ 100.00, receipt number 67408. by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller. (Bell, Marie) (Entered: 10/13/2005) |
| 10/14/2005 | ❍ | Judge William G. Young : ElectronicORDER entered granting 42 Motion |

| | | for Leave to Appear Pro Hac Vice Added James R. Cummins for Lawrence Bunch and Jerry L. Howard, Sr, David Mueller, Jane H. Walker for Lawrence Bunch and Jerry L. Howard, Sr and David Mueller. cc/cl. (Bell, Marie) (Entered: 10/14/2005) |
|---|---|---|
| 10/21/2005 | 46 | STIPULATION *REGARDING SCHEDULE FOR AMENDING COMPLAINTS* by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Lawrence Bunch, Michael Piergrossi, Jerry L. Howard, Sr, David Mueller, Fidelity Management Trust Company, W.R. Grace & Co., W. R. Grace Investment and Benefits Committee, Robert M. Tarola, Fred E. Festa, State Street Global Advisors, State Street Bank & Trust Company, Keri Evans, John F. Akers, Ronald C. Cambre. (Hurley, Matthew) (Entered: 10/21/2005) |
| 10/24/2005 | ❷ | Judge William G. Young : Electronic ORDER entered. re 46 Stipulation,, filed by Thomas A. Vanderslice,, John J. Murphy,, Fidelity Management Trust Company,, W.R. Grace & Co.,, State Street Bank & Trust Company,, John F. Akers,, Keri Evans,, Ronald C. Cambre,, Marye Anne Fox,, Paul J. Norris,, H. Furlong Baldwin,, Investments and Benefits Committee,, Administrative Committee,, Brenda Gottlieb,, W. Brian McGowan,, Michael Piergrossi,, State Street Global Advisors,, Lawrence Bunch,, Jerry L. Howard, Sr.,, David Mueller,, W. R. Grace Investment and Benefits Committee,, Fred E. Festa,, Robert M. Tarola, Amended complaint, if any, is to be filed by 12/12/205. Answer/response thereafter to be filed by 1/17/06. cc/cl(Smith, Bonnie) Modified on 10/24/2005 (Smith, Bonnie). (Entered: 10/24/2005) |
| 10/24/2005 | 47 | STIPULATION *and Order of Dismissal Without Prejudice Against Fidelity Management Trust Company* by Fidelity Management Trust Company, Keri Evans. (Pastor, David) (Entered: 10/24/2005) |
| 10/24/2005 | 48 | STIPULATION *AND PROTECTIVE ORDER* by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Lawrence Bunch, Michael Piergrossi, Jerry L. Howard, Sr, David Mueller, W.R. Grace & Co., W. R. Grace Investment and Benefits Committee, Robert M. Tarola, Fred E. Festa, State Street Global Advisors, State Street Bank & Trust Company, Keri Evans, John F. Akers, Ronald C. Cambre. (Hurley, Matthew) Modified on 10/25/2005 (Diskes, Sheila). (Entered: 10/24/2005) |
| 10/25/2005 | ❷ | Notice of correction to docket made by Court staff. Correction: document #48 corrected because: they were added in error, Fidelity management and trust company was removed. (Diskes, Sheila) (Entered: 10/25/2005) |
| 10/31/2005 | 49 | Judge William G. Young : ORDER entered. STIPULATION AND PROTECTIVE ORDER AS MODIFIED(Smith, Bonnie) (Entered: 10/31/2005) |
| 12/08/2005 | 50 | NOTICE of Withdrawal of Appearance by Kirsten M. Nelson (Nelson, |

| | | |
|---|---|---|
| | | Kirsten) (Entered: 12/08/2005) |
| 12/08/2005 | 51 | STIPULATION *and Proposed Order Amending Schedule* by Lawrence Bunch. (Pastor, David) (Entered: 12/08/2005) |
| 12/19/2005 | 52 | Judge William G. Young : ORDER entered. re 51 Stipulation Amending Schedule filed by Lawrence Bunch, (Smith, Bonnie) (Entered: 12/19/2005) |
| 12/19/2005 | 53 | AMENDED COMPLAINT *For Violations of the Employee Retirement Income Security Act of 1974* against all defendants, filed by Keri Evans. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C pt 1# 4 Exhibit C pt 2# 5 Exhibit C pt 3# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J pt 1# 13 Exhibit J pt 2# 14 Exhibit K# 15 Exhibit L# 16 Exhibit M# 17 Exhibit N# 18 Exhibit O# 19 Exhibit P# 20 Exhibit Q# 21 Exhibit R# 22 Exhibit S# 23 Exhibit T# 24 Exhibit U)(Pastor, David) (Entered: 12/19/2005) |
| 01/24/2006 | 54 | ANSWER to Amended Complaint with Jury Demand *of Grace Defendants* by Martin Hunter, Ren Lapadario, David Nakashige, Elyse Napoli, Eileen Walsh, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Robert M. Tarola, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) Modified on 1/25/2006 (Paine, Matthew). (Entered: 01/24/2006) |
| 01/24/2006 | 55 | ANSWER to Complaint with Jury Demand *of Grace Defendants* by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, W.R. Grace & Co., W. R. Grace Investment and Benefits Committee, Robert M. Tarola, Fred E. Festa, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) (Entered: 01/24/2006) |
| 01/24/2006 | 56 | MOTION to Dismiss by State Street Global Advisors, State Street Bank & Trust Company. (Attachments: # 1 Memorandum in Support of State Street Bank and Trust Company's Motion to Dismiss Plaintiffs' Complaints# 2 Declaration of Elizabeth Shea# 3 Exhibit 1 to Shea Declaration# 4 Exhibit 2 to Shea Declaration)(Carnathan, Sean) (Entered: 01/24/2006) |
| 01/24/2006 | 57 | ADDENDUM re 56 MOTION to Dismiss *Requesting Judicial Notice of Historical Stock Prices and SEC Filings* filed by State Street Global Advisors, State Street Bank & Trust Company. (Attachments: # 1 Exhibit 1 to Request for Judicial Notice in Support of State Street Bank's Motion to Dismiss Plaintiffs' Complaints)(Carnathan, Sean) (Entered: 01/24/2006) |
| 01/24/2006 | 58 | MOTION to Dismiss by Fidelity Management Trust Company.(Gilmore, John) (Entered: 01/24/2006) |
| 01/24/2006 | 59 | MEMORANDUM in Support re 58 MOTION to Dismiss filed by Fidelity Management Trust Company. (Attachments: # 1 Exhibit A Part |

| | | |
|---|---|---|
| | | I# 2 Exhibit A Part 2)(Gilmore, John) (Entered: 01/24/2006) |
| 01/24/2006 | 🖉60 | ADDENDUM re 56 MOTION to Dismiss *of Unpublished Authority Cited in State Street Bank and Trust Company's Memorandum in Support of Its Motion to Dismiss Plaintiffs' Complaints* filed by State Street Global Advisors, State Street Bank & Trust Company. (Attachments: # 1 Addendum of Unpublished Authority, Part 2# 2 Addendum of Unpublished Authority, Part 3# 3 Addendum of Unpublished Authority, Part 4# 4 Addendum of Unpublished Authority, Part 5# 5 Addendum of Unpublished Authority, Part 6# 6 Addendum of Unpublished Authority, Part 7)(Carnathan, Sean) (Entered: 01/24/2006) |
| 01/25/2006 | 🖉61 | MOTION for Leave to Appear Pro Hac Vice by Robert N. Eccles, Gary S. Tell and Arthur S.W. Duff by Fidelity Management Trust Company. (Gilmore, John) (Entered: 01/25/2006) |
| 01/25/2006 | ➊ | Filing fee: $ 150.00, receipt number 69820 regarding Pro Hac Vice Motions for Robert N. Eccles, Gary S. Tell, and Arthur W.S. Duff. (Paine, Matthew) (Entered: 01/26/2006) |
| 01/26/2006 | ➊ | Judge William G. Young : Electronic ORDER entered granting 61 Motion for Leave to Appear Pro Hac Vice as to Robert N. Eccles, Gary S. Tell, and Arthur W.S. Duff. (Paine, Matthew) (Entered: 01/26/2006) |
| 01/26/2006 | 🖉62 | CORPORATE DISCLOSURE STATEMENT by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, W.R. Grace & Co., Robert M. Tarola, Fred E. Festa, Martin Hunter, Ren Lapadario, David Nakashige, Elyse Napoli, Eileen Walsh, John F. Akers, Ronald C. Cambre. (Hurley, Matthew) (Entered: 01/26/2006) |
| 01/26/2006 | 🖉63 | CERTIFICATE OF SERVICE by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Robert M. Tarola, Martin Hunter, Ren Lapadario, David Nakashige, Elyse Napoli, Eileen Walsh, John F. Akers, Ronald C. Cambre re 54 Answer to Amended Complaint,. (Hurley, Matthew) Additional attachment(s) added on 1/27/2006 (Paine, Matthew). (Entered: 01/26/2006) |
| 01/26/2006 | 🖉64 | CERTIFICATE OF SERVICE by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, W.R. Grace & Co., W. R. Grace Investment and Benefits Committee, Robert M. Tarola, Fred E. Festa, John F. Akers, Ronald C. Cambre re 55 Answer to Complaint,. (Hurley, Matthew) Additional attachment(s) added on 1/27/2006 (Paine, Matthew). (Entered: 01/26/2006) |
| 01/27/2006 | ➊ | Notice of correction to docket made by Court staff. Docket Entry Numbers 63 and 64 Had Incorrect Dates on the Certificates of Service. Both Certificates of Service were Replaced and the Correct Date Added. (Paine, Matthew) (Entered: 01/27/2006) |

| 02/02/2006 | ● | NOTICE of Hearing on Motion 56 MOTION to Dismiss, 58 MOTION to Dismiss: Motion Hearing set for 3/2/2006 02:00 PM before Judge William G. Young. Oppositions are due by 2/7/06. Reply briefs, if any, are due by 2/17/06. cc/cl(Smith, Bonnie) (Entered: 02/02/2006) |
|---|---|---|
| 02/02/2006 | 65 | ACKNOWLEDGEMENT OF SERVICE Executed by Keri Evans. Robert M. Tarola served on 1/26/2006, answer due 2/15/2006; Martin Hunter served on 1/26/2006, answer due 2/15/2006; Ren Lapadario served on 1/26/2006, answer due 2/15/2006; David Nakashige served on 1/26/2006, answer due 2/15/2006; Elyse Napoli served on 1/26/2006, answer due 2/15/2006; Eileen Walsh served on 1/26/2006, answer due 2/15/2006. Acknowledgement filed by Keri Evans. (Pastor, David) (Entered: 02/02/2006) |
| 02/03/2006 | 66 | STIPULATION *and Proposed Order Amending Schedule* by Lawrence Bunch, State Street Global Advisors, Keri Evans. (Pastor, David) (Entered: 02/03/2006) |
| 02/06/2006 | ● | Judge William G. Young : Electronic ORDER entered. re 66 Stipulation and Proposed Order Amending Schedule filed by Keri Evans, State Street Global Advisors, and Lawrence Bunch is ALLOWED. (Paine, Matthew) (Entered: 02/06/2006) |
| 02/09/2006 | ● | Mail Returned as Undeliverable and Return to Sender. Mail sent to Gerald D. Wells, III. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/09/2006 | ● | Mail Returned as Undeliverable and Return to Sender. Mail sent to Robert N. Eccles. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/10/2006 | ● | Judge William G. Young : Electronic ORDER entered. The order entered 2/6/06 re Stipulation Amending the Schedule is hereby VACATED. The hearing will take place on March 2, 2006 as originally scheduled. The briefs are due as originally scheduled. cc/cl(Smith, Bonnie) (Entered: 02/10/2006) |
| 02/21/2006 | 67 | STIPULATION of Dismissal *without prejudice against State Street Bank & Trust Company and State Street Global Advisors* by Keri Evans. (Pastor, David) (Entered: 02/21/2006) |
| 02/21/2006 | 68 | MEMORANDUM in Opposition re 56 MOTION to Dismiss filed by Lawrence Bunch. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Walker, Jane) (Entered: 02/21/2006) |
| 02/21/2006 | 69 | CERTIFICATE OF SERVICE by Lawrence Bunch re 68 Memorandum in Opposition to Motion *to Dismiss of State Street*. (Walker, Jane) (Entered: 02/21/2006) |
| 02/21/2006 | 70 | Request for Judicial Notice *in Support of Mem in Opp to State Street's Motion to Dismiss* by Lawrence Bunch. (Walker, Jane) (Entered: 02/21/2006) |
| 02/21/2006 | 71 | CERTIFICATE OF SERVICE by Lawrence Bunch re 70 Request for Judicial Notice *in Support of Mem in Opp to State Street's Motion to Dismiss*. (Walker, Jane) (Entered: 02/21/2006) |

| | | |
|---|---|---|
| 02/21/2006 | 72 | MOTION for Leave to Appear Pro Hac Vice for the Plaintiffs as to Joseph H. Meltzer Filing fee $ 50, receipt number 70471. . (Attachments: # 1 Certification)(Paine, Matthew) (Entered: 02/22/2006) |
| 02/21/2006 | 73 | MOTION for Leave to Appear Pro Hac Vice for the Plaintiffs as to Katherine B. Bornstein Filing fee $ 50.00, receipt number 70471. by Keri Evans. (Attachments: # 1 Certification)(Paine, Matthew) (Entered: 02/22/2006) |
| 02/22/2006 | ❷ | Judge William G. Young : Electronic ORDER entered granting 72 Motion for Leave to Appear Pro Hac Vice as to Joseph H. Meltzer. (Paine, Matthew) (Entered: 02/22/2006) |
| 02/22/2006 | ❷ | Judge William G. Young : Electronic ORDER entered granting 73 Motion for Leave to Appear Pro Hac Vice as to Katherine B. Bornstein. (Paine, Matthew) (Entered: 02/22/2006) |
| 02/22/2006 | 74 | STIPULATION of Dismissal *as to Fidelity Management Trust Company ONLY* by Lawrence Bunch. (Walker, Jane) (Entered: 02/22/2006) |
| 02/23/2006 | ❷ | Mail Returned as Undeliverable and Return to Sender. Mail sent to Gerald D. Wells, III (Paine, Matthew) (Entered: 02/23/2006) |
| 02/28/2006 | 75 | CERTIFICATION pursuant to Local Rule 16.1 *GRACE DEFENDANTS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)* by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, W.R. Grace & Co., W. R. Grace Investment and Benefits Committee, Robert M. Tarola, Fred E. Festa, Martin Hunter, Ren Lapadario, David Nakashige, Elyse Napoli, Eileen Walsh, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) (Entered: 02/28/2006) |
| 03/01/2006 | 76 | CERTIFICATE OF CONSULTATION *by State Street Bank and Trust Company in Compliance with Local Rule 16.1(D)(3)* by Sean T. Carnathan on behalf of State Street Bank & Trust Company. (Carnathan, Sean) (Entered: 03/01/2006) |
| 03/01/2006 | 77 | REPLY to Response to Motion re 56 MOTION to Dismiss filed by State Street Global Advisors, State Street Bank & Trust Company. (Attachments: # 1 Appendix of Unpublished Authority Cited in State Street Bank and Trust Company's Reply, Part 1# 2 Appendix Part 2# 3 Appendix Part 3# 4 Appendix Part 4# 5 Appendix Part 5# 6 Appendix Part 6)(Carnathan, Sean) (Entered: 03/01/2006) |
| 03/01/2006 | 78 | JOINT STATEMENT of counsel *and Proposed Pretrial Scheduling Order Pursuant to Local Rule 16.1.* (Pastor, David) (Entered: 03/01/2006) |
| 03/02/2006 | 79 | CORPORATE DISCLOSURE STATEMENT by State Street Bank and Trust Company. (Flicker, Scott) (Entered: 03/02/2006) |
| 03/02/2006 | ❷ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 3/2/2006 re 56 MOTION to Dismiss |

| | | |
|---|---|---|
| | | filed by State Street Bank & Trust Company,, State Street Global Advisors,. Parties are trying to work out the resolution of the motion. Court takes the Motion Under Advisement for one month. Parties may file further briefs if the motion is not resolved. The Court holds a 16.1 conference and sets the case on the running trial list. Final Pretrial Conference set for NO SOONER THAN 3/5/2007 02:00 PM before Judge William G. Young. Jury Trial set for RUNNING TRIAL LIST AS OF 4/2/2007 09:00 AM before Judge William G. Young. A joint case management proposal is due in 6 weeks.(Court Reporter Gibbons.) (Smith, Bonnie) (Entered: 03/03/2006) |
| 03/09/2006 | 80 | Assented to MOTION for Leave to Appear Pro Hac Vice by Edward W. Ciolko by Keri Evans. (Attachments: # 1 Certification for Admission Pursuant to L.R. 83.5.3)(Pastor, David) (Entered: 03/09/2006) |
| 03/14/2006 | | Filing fee: $ 50.00, receipt number 71031 for 80 Assented to MOTION for Leave to Appear Pro Hac Vice by Edward W. Ciolko. (Paine, Matthew) (Entered: 03/15/2006) |
| 03/14/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 80 Motion for Leave to Appear Pro Hac Vice. Added Edward W. Ciolko for Keri Evans. (Paine, Matthew) (Entered: 03/15/2006) |
| 03/16/2006 | 81 | TRANSCRIPT of Motion to Dismiss Hearing held on March 2, 2006 before Judge Young. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/428-0402 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/16/2006) |
| 03/31/2006 | 82 | Supplemental MEMORANDUM in Support re 56 MOTION to Dismiss *and for Judgment in the Bunch Action* filed by State Street Global Advisors, State Street Bank and Trust Company. (Attachments: # 1 Declaration of Monet Ewing in Support of State Street Bank and Trust Company's Motion for Judgment in the Bunch Action)(Carnathan, Sean) (Entered: 03/31/2006) |
| 04/05/2006 | 83 | Judge William G. Young : ORDER entered. MEMORANDUM AND ORDER. "State Street's Motion to Dimiss Doc. 56, Treated as a Motion for Summary Judgment, is Hereby DENIED." (Paine, Matthew) (Entered: 04/05/2006) |
| 04/13/2006 | 84 | JOINT STATEMENT of counsel *and Proposed Pretrial Scheduling Order Pursuant to Local Rule 16.1*. (Pastor, David) (Entered: 04/13/2006) |
| 04/13/2006 | 85 | Supplemental MEMORANDUM in Opposition re 56 MOTION to Dismiss filed by Lawrence Bunch. (Attachments: # 1 Exhibit 1)(Walker, Jane) (Entered: 04/13/2006) |
| 04/13/2006 | 86 | CERTIFICATE OF SERVICE by Lawrence Bunch re 85 Memorandum in Opposition to Motion. (Walker, Jane) (Entered: 04/13/2006) |
| 04/14/2006 | 88 | Judge William G. Young : ORDER entered. re 84 Revised Joint |

| | | Statement of Counsel is SO ORDERED AS MODIFIED as the Case Management Scheduling Order. DISCOVERY DUE Novemeber 17, 2006 and DISPOSITIVE MOTIONS DUE December 16, 2006. (Paine, Matthew) (Entered: 04/19/2006) |
|---|---|---|
| 04/17/2006 | 87 | ANSWER to Complaint *of Lawrence Bunch et al* by State Street Bank and Trust Company.(Mack, David) (Entered: 04/17/2006) |
| 05/15/2006 | 89 | MOTION to Certify Class by Lawrence Bunch. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Walker, Jane) (Entered: 05/15/2006) |
| 05/15/2006 | 90 | Assented to MOTION for Leave to File Excess Pages by Keri Evans. (Pastor, David) (Entered: 05/15/2006) |
| 05/15/2006 | 91 | MOTION to Certify Class by Keri Evans.(Pastor, David) (Entered: 05/15/2006) |
| 05/15/2006 | 92 | MEMORANDUM in Support re 91 MOTION to Certify Class filed by Keri Evans. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Pastor, David) (Entered: 05/15/2006) |
| 05/16/2006 | 93 | Assented to MOTION for Leave to File Excess Pages by Lawrence Bunch.(Walker, Jane) (Entered: 05/16/2006) |
| 05/16/2006 | ❍ | ELECTRONIC NOTICE of Hearing on Motion 89 MOTION to Certify Class, 91 MOTION to Certify Class: Motion Hearing set for 6/29/2006 02:00 PM in Courtroom 18 before Judge William G. Young. Oppositions are due by 5/30/06. Reply brief, if any, are due by 6/9/06. cc/cl(Smith, Bonnie) (Entered: 05/16/2006) |
| 05/16/2006 | ❍ | Judge William G. Young : Electronic ORDER entered denying 90 Motion for Leave to File Excess Pages, denying 93 Motion for Leave to File Excess Pages (Smith, Bonnie) (Entered: 05/16/2006) |
| 05/16/2006 | 94 | MOTION for Leave to File *First Amended Motion and Memorandum for Class Certification* by Lawrence Bunch.(Walker, Jane) (Entered: 05/16/2006) |
| 05/16/2006 | 95 | Amended MOTION to Certify Class *and Memorandum* by Lawrence Bunch. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Walker, Jane) (Entered: 05/16/2006) |
| 05/16/2006 | 96 | Amended MEMORANDUM in Support re 91 MOTION to Certify Class filed by Keri Evans. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Pastor, David) (Entered: 05/16/2006) |
| 05/22/2006 | ❍ | Mail Returned as Undeliverable. Mail sent to Gerald D. Wells, III. (Paine, Matthew) (Entered: 05/22/2006) |
| 05/26/2006 | 97 | NOTICE of Withdrawal of Appearance, Attorney Gerald D. Wells, III terminated. (Paine, Matthew) (Entered: 05/30/2006) |
| 05/30/2006 | 98 | Opposition re 95 Amended MOTION to Certify Class *and Memorandum* filed by State Street Bank and Trust Company. (Attachments: # 1 |

| | | Declaration of Scott M. Flicker in Support of State Street Bank and Trust Company's Memorandum in Opposition to the Bunch Plaintiffs' First Amended Motion for Class Certification# 2 Exhibit 1 to Flicker Declaration# 3 Exhibit 2 to Flicker Declaration# 4 Appendix of Unpublished Authority Cited in State Street Bank and Trust Company's Memorandum in Opposition to the Bunch Plaintiffs' First Amended Motion for Class Certification, Part 1# 5 Appendix of Unpublished Authority, Part 2)(Carnathan, Sean) (Entered: 05/30/2006) |
|---|---|---|
| 05/30/2006 | 99 | Opposition re 91 MOTION to Certify Class, 95 Amended MOTION to Certify Class *and Memorandum - Consolidated* filed by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, W.R. Grace & Co., W. R. Grace Investment and Benefits Committee, Robert M. Tarola, Fred E. Festa, Martin Hunter, Ren Lapadario, David Nakashige, Elyse Napoli, Eileen Walsh, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Flowe, Carol) (Entered: 05/30/2006) |
| 06/01/2006 | 100 | NOTICE of Appearance by Gerald D. Wells, III on behalf of Lawrence Bunch and Keri Evans. (Paine, Matthew) (Entered: 06/01/2006) |
| 06/07/2006 | 101 | MOTION for Leave to Appear Pro Hac Vice by Valerie N. Webb by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, W.R. Grace & Co., Robert M. Tarola, Fred E. Festa, Martin Hunter, Ren Lapadario, David Nakashige, Elyse Napoli, Eileen Walsh, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) Additional attachment(s) added on 6/8/2006 (Paine, Matthew). (Entered: 06/07/2006) |
| 06/07/2006 | 102 | MOTION for Leave to Appear Pro Hac Vice by Nancy S. Heermans by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, W.R. Grace & Co., Robert M. Tarola, Fred E. Festa, Martin Hunter, Ren Lapadario, David Nakashige, Elyse Napoli, Eileen Walsh, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) Additional attachment(s) added on 6/8/2006 (Paine, Matthew). (Entered: 06/07/2006) |
| 06/07/2006 | ❍ | Judge William G. Young : Electronic ORDER entered GRANTING 94 Motion for Leave to File First Amended Motion and Memorandum for Class Certification ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (Paine, Matthew) (Entered: 06/07/2006) |
| 06/08/2006 | ❍ | Telephone conversation between clerk Smith and Plaintiff's attorney Mr. Pastor re: filing of reply brief re: the motion for class certification. The |

| | | |
|---|---|---|
| | | time for filing the brief is extended to Wed. 6/14/06. (Smith, Bonnie) (Entered: 06/08/2006) |
| 06/08/2006 | 🔾 | Notice of correction to docket made by Court staff. Correction: Motion's for Pro Hac Vice 101 and 102 Corrected Because The Exhibits A and B Were Not Filed as Separate PDF attachments to the Motion. (Paine, Matthew) (Entered: 06/08/2006) |
| 06/08/2006 | 🔾103 | MEMORANDUM in Support re 95 Amended MOTION to Certify Class *and Memorandum* filed by Lawrence Bunch. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Walker, Jane) (Entered: 06/08/2006) |
| 06/08/2006 | 🔾 | Filing fee: $ 50.00, receipt number 73004 for 102 MOTION for Leave to Appear Pro Hac Vice by Nancy S. Heermans. (Paine, Matthew) (Entered: 06/09/2006) |
| 06/08/2006 | 🔾 | Filing fee: $ 50.00, receipt number 73003 for 101 MOTION for Leave to Appear Pro Hac Vice by Valerie N. Webb (Paine, Matthew) (Entered: 06/09/2006) |
| 06/09/2006 | 🔾 | Judge William G. Young : Electronic GRANTING 101 Motion for Leave to Appear Pro Hac Vice. Added Valerie N. Webb for Marye Anne Fox and John J. Murphy, Nancy S. Heermans for Marye Anne Fox and John J. Murphy and GRANTING 102 Motion for Leave to Appear Pro Hac Vice. Added Valerie N. Webb for Marye Anne Fox and John J. Murphy, Nancy S. Heermans for Marye Anne Fox and John J. Murphy (Paine, Matthew) (Entered: 06/09/2006) |
| 06/09/2006 | 🔾104 | Amended MEMORANDUM in Support re 95 Amended MOTION to Certify Class *and Memorandum* filed by Lawrence Bunch. (Attachments: # 1 # 2)(Walker, Jane) (Entered: 06/09/2006) |
| 06/15/2006 | 🔾105 | Joint MOTION to Stay *Proceedings Pending Mediation* by all parties. (Attachments: # 1 Proposed Order)(Hurley, Matthew) Additional attachment(s) added on 6/16/2006 (Paine, Matthew). (Entered: 06/15/2006) |
| 06/15/2006 | 🔾106 | REPLY to Response to Motion re 95 Amended MOTION to Certify Class *and Memorandum* filed by Keri Evans. (Pastor, David) (Entered: 06/15/2006) |
| 06/15/2006 | 🔾107 | REPLY to Response to Motion re 91 MOTION to Certify Class *(Corrected)* filed by all plaintiffs. (Attachments: # 1 Certificate of Service)(Pastor, David) Additional attachment(s) added on 6/16/2006 (Paine, Matthew). (Entered: 06/15/2006) |
| 06/16/2006 | 🔾 | Notice of correction to docket made by Court staff. Correction: 105 Joint MOTION to Stay Proceedings Pending Mediation by All Parties. Exhibit A Added to Motion. (Paine, Matthew) (Entered: 06/16/2006) |
| 06/16/2006 | 🔾 | Judge William G. Young : Electronic ORDER entered re 105 Joint MOTION to Stay Proceedings Pending Mediation by All Parties. "The Motion is ALLOWED and the Case is ORDERED Administratively Closed." (Paine, Matthew) (Entered: 06/16/2006) |

| 06/16/2006 | ◎ | Civil Case Administratively Closed. (Paine, Matthew) (Entered: 06/16/2006) |
|---|---|---|
| 07/28/2006 | ◎108 | NOTICE of Change of Address by David Pastor (Pastor, David) (Entered: 07/28/2006) |
| 09/11/2006 | ◎109 | Joint MOTION to Reopen Case *and Proposed Order* by all parties. (Webb, Valerie) Additional attachment(s) added on 9/13/2006 (Paine, Matthew). (Entered: 09/11/2006) |
| 09/12/2006 | ◎ | Judge William G. Young : Electronic ORDER entered GRANTING 109 Motion to Reopen Case. (Paine, Matthew) (Entered: 09/12/2006) |
| 09/12/2006 | ◎110 | Judge William G. Young : ORDER entered. "ORDERED that the Hearing on the Plaintiff's Class Certification Motions, Which was Originally Scheduled for June 29, 2006, Shall Be Reset for the 28th Day of September 2006 at 2PM." (Paine, Matthew) (Entered: 09/12/2006) |
| 09/13/2006 | ◎ | Notice of correction to docket made by Court staff. Correction: 109 Joint MOTION to Reopen Case and Proposed Order by all parties Corrected Because: Attorney's Did Not Sign the Motion. (Paine, Matthew) (Entered: 09/13/2006) |
| 09/20/2006 | ◎111 | Letter/request (non-motion) from Carol Connor Flowe. (Attachments: # 1 Part 2# 2 Part 3)(Webb, Valerie) (Entered: 09/20/2006) |
| 09/22/2006 | ◎112 | Letter/request (non-motion) from Evans Plaintiffs *submitting published cases*. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Pastor, David) (Entered: 09/22/2006) |
| 09/25/2006 | ◎113 | MOTION for Leave to Appear Pro Hac Vice by Terrence L. Goodman by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller, Keri Evans. (Attachments: # 1 Text of Proposed Order Ex. A Proposed Order)(Block, Jeffrey) (Entered: 09/25/2006) |
| 09/25/2006 | ◎114 | DECLARATION re 113 MOTION for Leave to Appear Pro Hac Vice by Terrence L. Goodman by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller, Keri Evans. (Block, Jeffrey) (Entered: 09/25/2006) |
| 09/25/2006 | ◎115 | DECLARATION re 113 MOTION for Leave to Appear Pro Hac Vice by Terrence L. Goodman *Decl. of Terrence L. Goodman* by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller, Keri Evans. (Attachments: # 1 Exhibit Certificate of Good Standing)(Block, Jeffrey) (Entered: 09/25/2006) |
| 09/25/2006 | ◎116 | CERTIFICATE OF SERVICE by Lawrence Bunch, Jerry L. Howard, Sr, David Mueller, Keri Evans re 114 Declaration, 115 Declaration,, 113 MOTION for Leave to Appear Pro Hac Vice by Terrence L. Goodman. (Block, Jeffrey) (Entered: 09/25/2006) |
| 09/26/2006 | ◎ | Filing fee: $ 50.00, receipt number 75281 for 113 MOTION for Leave to Appear Pro Hac Vice by Terrence L. Goodman (Paine, Matthew) (Entered: 09/26/2006) |
| | ◎ | |

| 09/26/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 113 Motion for Leave to Appear Pro Hac Vice Added Terrence L. Goodman for Lawrence Bunch and Jerry L. Howard, Sr (Paine, Matthew) (Entered: 09/26/2006) |
|---|---|---|
| 09/26/2006 | 117 | Letter/request (non-motion) from Jane H. Walker. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Walker, Jane) (Entered: 09/26/2006) |
| 09/27/2006 | 118 | Letter/request (non-motion) from Jane H. Walker. (Walker, Jane) (Entered: 09/27/2006) |
| 09/28/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's counsel Pastor, Defense counsellors Flowe, Flicker present.Motion Hearing held on 9/28/2006 re 91 MOTION to Certify Class filed by Keri Evans,, 89 MOTION to Certify Class filed by Lawrence Bunch,. After hearing the court takes the matter UNDER ADVISEMENT. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/29/2006) |
| 09/29/2006 | 119 | Letter/request (non-motion) from Carol Connor Flowe. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L)(Webb, Valerie) (Entered: 09/29/2006) |
| 10/03/2006 | 120 | Letter/request (non-motion) from Edward W. Ciolko. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Pastor, David) (Entered: 10/03/2006) |
| 10/12/2006 | 121 | TRANSCRIPT of Proceedings held on 9/28/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/12/2006) |
| 11/27/2006 | 122 | MOTION to Dismiss by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, W.R. Grace & Co., Robert M. Tarola, Fred E. Festa, John F. Akers, Ronald C. Cambre.(Hurley, Matthew) (Entered: 11/27/2006) |
| 11/27/2006 | 123 | MEMORANDUM in Support re 122 MOTION to Dismiss filed by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, W.R. Grace & Co., Robert M. Tarola, Fred E. Festa, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Hurley, Matthew) (Entered: 11/27/2006) |
| 11/28/2006 | ● | ELECTRONIC NOTICE of Hearing on Motion 122 MOTION to Dismiss: Motion Hearing set for 12/20/2006 02:00 PM in Courtroom 18 before Judge William G. Young. Opposition is due by 12/1/06. Reply brief, if any, is due by 12/18/06.(Smith, Bonnie) (Entered: 11/28/2006) |

| 11/30/2006 | 124 | RESPONSE to Motion re 122 MOTION to Dismiss filed by State Street Global Advisors, State Street Bank and Trust Company. (Carnathan, Sean) (Entered: 11/30/2006) |
|---|---|---|
| 11/30/2006 | 125 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Thomas A. Rust by State Street Global Advisors, State Street Bank and Trust Company. (Attachments: # 1 Rule 83.5.3(B) Certificate of Thomas A. Rust)(Carnathan, Sean) (Entered: 11/30/2006) |
| 12/04/2006 | 🔾 | Filing fee: $ 50.00, receipt number 76696 for 125 Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Thomas A. Rust (Paine, Matthew) (Entered: 12/05/2006) |
| 12/05/2006 | 🔾 | Judge William G. Young : Electronic ORDER entered GRANTING125 Motion for Leave to Appear Pro Hac Vice. Added Thomas A. Rust for State Street Bank and Trust Company (Paine, Matthew) (Entered: 12/05/2006) |
| 12/05/2006 | 126 | Letter/request (non-motion) from Evans Plaintiffs *submitting supplemental authority in support of their motion for class certification.* (Attachments: # 1 Exhibit 1)(Pastor, David) (Entered: 12/05/2006) |
| 12/06/2006 | 127 | Judge William G. Young : ORDER entered. MEMORANDUM AND ORDER: "Since the Plaintiffs Lack Standing, the Court Lacks Subject Matter Jurisdiction. Katzoff, 808 F.Supp at 98. Since the Plaintiffs Lack Standing, They May Not Seek Relief on the Behalf of the Class. O'Shea v. Littleton, 414 U.S. 488, 494 (1974); Britt v. McKenney, 529 F.2nd 44, 45 (1st Cir. 1976), cert. denied, 429 U.S. 854. Accordingly, the Motion to Certify Class Docket No. 89 is DENIED. This Case Must Be, and Hereby is, DISMISSED." (Paine, Matthew) (Entered: 12/06/2006) |
| 12/06/2006 | 🔾 | Civil Case Terminated. (Paine, Matthew) (Entered: 12/06/2006) |
| 12/11/2006 | 128 | MEMORANDUM in Opposition re 122 MOTION to Dismiss *Complaint* filed by Lawrence Bunch. (Attachments: # 1 Exhibit A)(Walker, Jane) (Entered: 12/11/2006) |
| 12/15/2006 | 129 | MOTION for Leave to File *Document* by Lawrence Bunch.(Walker, Jane) (Entered: 12/15/2006) |
| 12/15/2006 | 130 | MEMORANDUM in Support re 129 MOTION for Leave to File *Document* filed by Lawrence Bunch. (Attachments: # 1 Exhibit A) (Walker, Jane) (Entered: 12/15/2006) |
| 12/18/2006 | 🔾 | Judge William G. Young : Electronic ORDER entered re 129 Motion for Leave to File. "Motion DENIED. The Court Does Not, However, Deem the Document Confidential and it May Be Filed in Open Court." (Paine, Matthew) (Entered: 12/18/2006) |
| 12/18/2006 | 131 | MOTION for Leave to Appear Pro Hac Vice for admission of Jeffrey H. Ruzal by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, Administrative Committee, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, W.R. Grace & Co., Robert M. Tarola, Fred E. Festa, |

| | | Martin Hunter, Ren Lapadario, David Nakashige, Elyse Napoli, Eileen Walsh, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Attachment 1)(Hurley, Matthew) (Entered: 12/18/2006) |
|---|---|---|
| 12/18/2006 | 132 | REPLY to Response to Motion re 122 MOTION to Dismiss filed by Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Investments and Benefits Committee, W.R. Grace & Co., Robert M. Tarola, Fred E. Festa, John F. Akers, Ronald C. Cambre. (Attachments: # 1 Exhibit 1 - Part 1# 2 Exhibit 1 - Part 2# 3 Exhibit 1 - Part 3# 4 Exhibit 1 - Part 4# 5 Exhibit 1 - Part 5) (Hurley, Matthew) (Entered: 12/18/2006) |
| 12/19/2006 | | ELECTRONIC NOTICE issued requesting courtesy copy for 132 Reply to Response to Motion,. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 12/19/2006) |
| 12/19/2006 | 133 | AMENDED DOCUMENT by Lawrence Bunch. Amendment to 130 Memorandum in Support of Motion *in Opposition to Grace's Motion to Dismiss.* (Attachments: # 1)(Walker, Jane) (Entered: 12/19/2006) |
| 12/20/2006 | | Filing fee: $ 50.00, receipt number 77135 for 131 MOTION for Leave to Appear Pro Hac Vice for admission of Jeffrey H. Ruzal (Paine, Matthew) (Entered: 12/20/2006) |
| 12/20/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING re 131 Motion for Leave to Appear Pro Hac Vice. Added Attorney Jeffrey H. Ruzal for the Defendants. (Paine, Matthew) (Entered: 12/20/2006) |
| 01/03/2007 | 134 | TRANSCRIPT of Proceedings held on 12/20/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/03/2007) |
| 01/03/2007 | 135 | NOTICE OF APPEAL by Keri Evans. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Pastor, David) (Entered: 01/03/2007) |
| 01/08/2007 | | Filing fee: $ 455.00, receipt number 77419 for 135 Notice of Appeal, (Paine, Matthew) (Entered: 01/08/2007) |
| 01/10/2007 | 136 | NOTICE of Change of Address by Valerie N. Webb (Webb, Valerie) (Entered: 01/10/2007) |
| 01/11/2007 | 137 | TRANSCRIPT ORDER FORM by Keri Evans re 135 Notice of Appeal, (Pastor, David) (Entered: 01/11/2007) |