**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KERI EVANS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN F. AKERS, et al.,<br><br>    Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>W. R. GRACE & CO., et al.,<br><br>    Defendants. | **Consolidated Under**<br>**Case No. 04-11380-WGY** |

**GRACE DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED BUNCH COMPLAINT**

For the reasons stated in the accompanying Memorandum of Law, Defendants W. R. Grace & Co., Investment and Benefits Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, and Thomas A. Vanderslice, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move this Court for an Order dismissing the Amended Complaint of Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller against them.

Dated:  February 2, 2007              Respectfully submitted,

/s/ Matthew  C. Hurley
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

- and -

Carol Connor Flowe
Nancy S. Heermans
Caroline Turner English
Jeff Ruzal
Valerie N. Webb
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6054
Facsimile: (202) 857-6395

*Counsel for W. R. Grace & Co., Investments and Benefits Committee, John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Fred E. Festa, and Robert M. Tarola*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel for the Grace Defendants certifies that counsel for the Grace Defendants has conferred with Plaintiffs' counsel in a good faith effort to resolve the issues set forth in this Motion.

February 2, 2007              /s/ Nancy S. Heermans
Date                          Nancy S. Heermans

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KERI EVANS, et al.,**  )<br>  )<br>      **Plaintiffs,**  )<br>  )<br>   v.   )<br>  )<br>**JOHN F. AKERS, et al.,**  )<br>  )<br>      **Defendants.**  )<br>_____)<br>  )<br>**LAWRENCE W. BUNCH, et al.,**  )<br>  )<br>      **Plaintiffs,**  )<br>  )<br>   v.   )<br>  )<br>**W. R. GRACE & CO., et al.,**  )<br>  )<br>      **Defendants.**  )  | **Consolidated Under**<br>**Case No. 04-11380-WGY** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I filed Grace Defendants' Motion to Dismiss the Amended Bunch Complaint through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on February 2, 2007.

                                        /s/ Matthew C. Hurley