# EXHIBIT E



STATE STREET GLOBAL ADVISORS

## NOTICE TO PARTICIPANTS IN GRACE STOCK FUND

**January 26, 2004**

You are a participant in the Grace Stock Fund, an investment option under the W.R. Grace Savings and Investment Plan (the "Plan"). As you know from the notice recently provided by the Company, State Street Bank and Trust Company ("State Street") became the investment manager for the Grace Stock Fund effective December 15, 2003. In this capacity, State Street has the authority to determine at any time that all or a portion of the shares of Grace stock held in the Grace Stock Fund should be sold, but only if such a sale is necessary in order to comply with the requirements of ERISA, the federal law that governs the Plan. If State Street determines to make any sale, it will notify the Plan participants of such sale within a reasonable period. Except as noted below, State Street does not otherwise contemplate communicating with Plan participants.

In the meantime, each participant having an interest in the Grace Stock Fund continues to be entitled to transfer all or any part of that interest to the other investment options under the Plan at any time. Each participant's ability to make such transfers is not currently affected or limited to any extent by State Street's appointment. As stated in the recent notice from the Company, however, State Street may, at a future date, determine that all such participant transfers should be suspended in the best overall interest of the Plan and its participants. You will be notified of any decision by State Street to suspend participant transfers.

Finally, as a reminder, each participant should continue to consider carefully the advisability of his or her continued investment in the Grace Stock Fund, particularly given the high degree of risk and potential volatility of an investment in stock of a company that is in the middle of a bankruptcy reorganization proceeding. Each participant should carefully evaluate whether the investment of his or her accounts in the Grace Stock Fund adequately reflects these risks and, in light of his or her particular situation, provides adequate diversification from an investment perspective.

Please note, however, that State Street cannot provide any investment advice or recommendations to any Plan participant with respect to his or her investment decisions, including any investment decisions relating to the Grace Stock Fund.

STATE STREET BANK AND TRUST COMPANY

GR 001866