IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>            Defendants.<br>_____<br><br>LAWRENCE W. BUNCH, *et al.*<br><br>            Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>            Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

**STATE STREET BANK AND TRUST COMPANY'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

For reasons stated in the accompanying memorandum of law, State Street Bank and Trust Company and its unincorporated division State Street Global Advisors (together with State Street Bank and Trust Company, "State Street") hereby respectfully move this Court for an Order pursuant to Fed. R. Civ. P. 12(b)(6): dismissing the Amended Complaint filed by Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller on behalf of themselves and all others similarly situated (previously Case No. 05-11602-MLW) against State Street and granting such other and further relief as the Court deems just and necessary.

## REQUEST FOR ORAL ARGUMENT

State Street believes that oral argument may assist the court and respectfully requests to be heard.

Dated:  February 2, 2007

Respectfully submitted,

STATE STREET BANK AND TRUST COMPANY

By its counsel,

   /s/ Sean T. Carnathan                
Sean T. Carnathan (BBO #636889)
(scarnathan@ocmlaw.net)
O'CONNOR, CARNATHAN, AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
(scottflicker@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel for defendant State Street certified that counsel for State Street has conferred with plaintiffs' counsel in a good faith effort to resolve the issues set forth in this Motion.

  February 2, 2006                     /s/ Sean T. Carnathan                  
Date                                            Sean T. Carnathan

## CERTIFICATE OF SERVICE

    I here certify that this Motion and the documents filed in support of it through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 2, 2006.

| | |
|---|---|
| __February 2, 2006_____ | __/s/ Sean T. Carnathan_____ |
| Date | Sean T. Carnathan |

1