## 16. (Loss) Earnings Per Share

The following table shows a reconciliation of the numerators and denominators used in calculating basic and diluted (loss) earnings per share.

| (Loss) Earnings Per Share (In millions, except per share amounts) | 2003 | 2002 | 2001 |
|---|---|---|---|
| Numerators | | | |
| Net (loss) income ............ | $ (55.2) | $ 22.1 | $ 78.6 |
| Denominators | | | |
| Weighted average common shares – basic calculation ..................... | 65.5 | 65.4 | 65.3 |
| Dilutive effect of employee stock options and restricted shares ...... | -- | 0.1 | 0.1 |
| Weighted average common shares – diluted calculation ......... | 65.5 | 65.5 | 65.4 |
| Basic (loss) earnings per share .......................... | $ (0.84) | $ 0.34 | $ 1.20 |
| Diluted (loss) earnings per share....................... | $ (0.84) | $ 0.34 | $ 1.20 |

Stock options that could potentially dilute basic (loss) earnings per share (that were excluded from the computation of diluted (loss) earnings per share because their exercise prices were greater than the average market price of the common shares) averaged approximately 9.4 million in 2003, 11.5 million in 2002, and 14.2 million in 2001. As a result of the 2003 net loss of $55.2 million, approximately 100,000 of employee compensation-related shares issuable under stock options were excluded from the diluted loss per share calculation in 2003 because their effect would have been antidilutive.

## 17. Stock Incentive Plans

Each stock option granted under the Company's stock incentive plans has an exercise price equal to the fair market value of the Company's common stock on the date of grant. Options become exercisable at the time or times determined by the Compensation Committee of the Company's Board of Directors and may have terms of up to ten years and one month. The following table sets forth information relating to such options during 2003, 2002 and 2001:

| Stock Option Activity | 2003 | |
|---|---|---|
| | Number of Shares | Average Exercise Price |
| Balance at beginning of year.............. | 10,440,417 | $ 11.94 |
| Options exercised................................. | (15,831) | 2.40 |
| Options terminated or cancelled........... | (841,802) | 11.24 |
| Balance at end of year......................... | 9,582,784 | 12.02 |
| Exercisable at end of year ................... | 9,227,438 | $ 12.39 |
| | 2002 | |
| Balance at beginning of year.............. | 12,772,431 | $ 11.88 |
| Options exercised................................. | (1,266) | 2.40 |
| Options terminated or cancelled........... | (2,330,748) | 11.60 |
| Balance at end of year......................... | 10,440,417 | 11.94 |
| Exercisable at end of year ................... | 8,973,964 | $ 12.58 |
| | 2001 | |
| Balance at beginning of year.............. | 14,005,209 | $ 12.70 |
| Options granted................................. | 1,339,846 | 2.53 |
| Options terminated or cancelled........... | (2,572,624) | 11.46 |
| Balance at end of year......................... | 12,772,431 | 11.88 |
| Exercisable at end of year ................... | 9,586,993 | $ 12.64 |

Currently outstanding options expire on various dates through November 2011. At December 31, 2003, 4,474,004 shares were available for additional stock option or restricted stock grants.

Following is a summary of stock options outstanding at December 31, 2003:

| Stock Options Outstanding | | | | | |
|---|---|---|---|---|---|
| Exercise Price Range | Number Outstanding | Weighted-Average Remaining Contractual Life (Years) | Weighted-Average Exercise Price | Number Exercisable | Weighted-Average Exercise Price |
| $1 - $8 | 2,300,702 | 5.23 | $ 4.17 | 1,945,356 | $ 4.49 |
| $8 - $13 | 2,974,756 | 4.81 | 12.30 | 2,974,756 | 12.30 |
| $13 - $18 | 2,791,126 | 7.44 | 14.14 | 2,791,126 | 14.14 |
| $18 - $21 | 1,516,200 | 6.02 | 19.47 | 1,516,200 | 19.47 |
| | 9,582,784 | 5.87 | 12.02 | 9,227,438 | 12.39 |

At December 31, 2001, restrictions on all prior grants of restricted stock, net of forfeitures, totaled 55,000 shares; these restrictions lapsed in 2002. The quoted market value of the restricted shares at the date of grant was amortized to expense ratably over the restriction period.

## 18. Pension Plans and Other Postretirement Benefits Plans

Grace maintains defined benefit pension plans covering employees of certain units who meet age and service requirements. Benefits are generally based on final average salary and years of service. Grace funds its U.S. pension plans ("domestic plans") in accordance with U.S. federal laws and regulations. Non-U.S. pension plans ("foreign plans") are funded under a variety of methods, as required under local laws and customs, and therefore cannot be summarized.

Grace provides certain other postretirement health care and life insurance benefits for retired employees of certain U.S. business units and certain divested units. The postretirement medical plan provides various levels of benefits to employees (depending on their dates of hire) who retire from Grace after age 55 with at least 10 years of service. These plans are unfunded, and Grace pays the costs of benefits under these plans as they are incurred. Grace applies SFAS No. 106, "Employers' Accounting for Postretirement Benefits Other Than Pensions," which requires that the future costs of postretirement health care and life insurance benefits be accrued over the employees' years of service.

An amendment to the structure of the retiree-paid premiums for postretirement medical benefits was approved by the Company's Board in November 2001. The amendment became effective January 1, 2002, and requires all retirees and beneficiaries covered by the postretirement medical plan to contribute a minimum of 40% of the calculated premium for that coverage. Also, during 2002, per capita costs under the retiree medical plans exceeded caps on the amount Grace was required to contribute under a 1993 amendment to the plan. As a result, for 2003 and future years, retirees will bear 100% of any increase in premium costs.

At December 31, 2003 and 2002 the accounting measure of the accumulated benefit obligation for certain of the domestic and foreign plans exceeded the fair value of dedicated plan assets. As a result, Grace's accumulated other comprehensive loss, reflected as a reduction of shareholders' equity (deficit), includes the recognition of a minimum pension liability as of December 31, 2003 and 2002 of $408.3 million ($265.4 million, net of tax) and $436.5 million ($283.7 million, net of tax), respectively. These amounts include offsets of related deferred pension costs.

The following summarizes the changes in benefit obligations and fair value of retirement plan assets during 2003 and 2002 (Grace uses a December 31 measurement date for the majority of its plans):

| Change in Financial Status of Retirement Plans (In millions) | Pension | | | | | | Other Post-Retirement Plans | |
|---|---|---|---|---|---|---|---|---|
| | U.S. | | Non-U.S. | | Total | | | |
| | 2003 | 2002 | 2003 | 2002 | 2003 | 2002 | 2003 | 2002 |
| **Change in Projected Benefit Obligation** | | | | | | | | |
| Benefit obligation at beginning of year | $ 870.2 | $ 776.6 | $ 233.7 | $ 196.1 | $ 1,103.9 | $ 972.7 | $ 123.8 | $ 136.0 |
| Service cost | 9.8 | 8.5 | 5.3 | 4.3 | 15.1 | 12.8 | 0.6 | 0.6 |
| Interest cost | 56.4 | 55.1 | 14.4 | 12.5 | 70.8 | 67.6 | 8.1 | 8.7 |
| Plan participants' contributions | -- | -- | 0.9 | 0.4 | 0.9 | 0.4 | -- | -- |
| Amendments | -- | 5.6 | -- | 2.4 | -- | 8.0 | -- | (31.1) |
| Acquisitions | -- | -- | 0.2 | -- | 0.2 | -- | -- | -- |
| Change in discount rates and other assumptions | 53.7 | 93.6 | 18.9 | 2.8 | 72.6 | 96.4 | 7.1 | 31.1 |
| Benefits paid | (72.0) | (69.2) | (13.6) | (11.1) | (85.6) | (80.3) | (12.6) | (21.5) |
| Currency exchange translation adjustments | -- | -- | 34.1 | 26.3 | 34.1 | 26.3 | -- | -- |
| Benefit obligation at end of year | $ 918.1 | $ 870.2 | $ 293.9 | $ 233.7 | $ 1,212.0 | $ 1,103.9 | $ 127.0 | $ 123.8 |
| | | | | | | | | |
| **Change in Plan Assets** | | | | | | | | |
| Fair value of plan assets at beginning of year | $ 557.2 | $ 689.5 | $ 159.2 | $ 167.3 | $ 716.4 | $ 856.8 | $ -- | $ -- |
| Actual return on plan assets | 120.0 | (67.8) | 20.8 | (21.4) | 140.8 | (89.2) | -- | -- |
| Employer contribution | 52.9 | 4.3 | 7.6 | 5.9 | 60.5 | 10.2 | 12.6 | 21.5 |
| Acquisitions | -- | 0.4 | 0.1 | 1.8 | 0.1 | 2.2 | -- | -- |
| Plan participants' contribution | -- | -- | 0.9 | 0.4 | 0.9 | 0.4 | -- | -- |
| Benefits paid | (72.0) | (69.2) | (13.6) | (11.1) | (85.6) | (80.3) | (12.6) | (21.5) |
| Currency exchange translation adjustment | -- | -- | 18.2 | 16.3 | 18.2 | 16.3 | -- | -- |
| Fair value of plan assets at end of year | $ 658.1 | $ 557.2 | $ 193.2 | $ 159.2 | $ 851.3 | $ 716.4 | $ -- | $ -- |
| | | | | | | | | |
| Funded status | $ (260.0) | $ (313.0) | $ (100.7) | $ (74.5) | $ (360.7) | $ (387.5) | $ (127.0) | $ (123.8) |
| Unrecognized transition obligation | -- | -- | 0.1 | 0.5 | 0.1 | 0.5 | -- | -- |
| Unrecognized actuarial loss | 423.4 | 463.6 | 108.0 | 90.6 | 531.4 | 554.2 | 55.4 | 51.9 |
| Unrecognized prior service cost/(benefit) | 20.6 | 26.1 | 3.6 | 3.8 | 24.2 | 29.9 | (62.7) | (75.3) |
| Net amount recognized | $ 184.0 | $ 176.7 | $ 11.0 | $ 20.4 | $ 195.0 | $ 197.1 | $ (134.3) | $ (147.2) |
| | | | | | | | | |
| **Amounts recognized in the Consolidated Balance Sheet consist of:** | | | | | | | | |
| Prepaid pension costs | $ 6.3 | $ 5.3 | $ 109.6 | $ 98.9 | $ 115.9 | $ 104.2 | $ -- | $ -- |
| Pension obligation | (240.2) | (290.7) | (108.8) | (79.3) | (349.0) | (370.0) | (134.3) | (147.2) |
| Intangible asset | 19.8 | 26.2 | -- | 0.2 | 19.8 | 26.4 | N/A | N/A |
| Accumulated other comprehensive loss | 398.1 | 435.9 | 10.2 | 0.6 | 408.3 | 436.5 | N/A | N/A |
| Net amount recognized | $ 184.0 | $ 176.7 | $ 11.0 | $ 20.4 | $ 195.0 | $ 197.1 | $ (134.3) | $ (147.2) |
| (Decrease) Increase in Minimum Liability Included in Other Comprehensive Income (Loss) | $ (37.8) | $ 227.5 | $ 9.6 | $ (0.3) | NM | NM | NM | NM |
| **Weighted Average Assumptions Used to Determine Benefit Obligations as of December 31** | | | | | | | | |
| Discount rate | 6.25% | 6.75% | 5.32% | 5.72% | NM | NM | 6.25% | 6.75% |
| Rate of compensation increase | 4.25% | 4.25% | 3.50% | 3.84% | NM | NM | NM | NM |
| **Weighted Average Assumptions Used to Determine Net Periodic Benefit Cost for Years Ended December 31** (U.S. 2004 column shown in parentheses) | | | | | | | | |
| Discount rate (U.S. 2004: 6.25%) | 6.75% | 7.25% | 5.72% | 5.87% | NM | NM | 6.75% | 7.25% |
| Expected return on plan assets (U.S. 2004: 8.00%) | 8.25% | 9.00% | 8.16% | 8.67% | NM | NM | NM | NM |
| Rate of compensation increase (U.S. 2004: 4.25%) | 4.25% | 4.25% | 3.84% | 4.08% | NM | NM | NM | NM |

| Components of Net Periodic Benefit Cost (Income) (Dollars in millions) | 2003 | | | 2002 | | | 2001 | | |
|---|---|---|---|---|---|---|---|---|---|
| | U.S. | Non-U.S. | Other | U.S. | Non-U.S. | Other | U.S. | Non-U.S. | Other |
| Service cost | $ 9.8 | $ 5.3 | $ 0.6 | $ 8.5 | $ 4.3 | $ 0.6 | $ 7.9 | $ 3.8 | $ 0.7 |
| Interest cost | 56.4 | 14.4 | 8.1 | 55.1 | 12.5 | 8.7 | 55.3 | 11.2 | 9.8 |
| Expected return on plan assets | (44.5) | (13.3) | -- | (59.1) | (14.8) | -- | (69.1) | (15.9) | -- |
| Amortization of transition obligation (asset) | -- | 0.5 | -- | -- | 0.7 | 0.4 | (10.0) | -- | -- |
| Amortization of prior service cost (benefit) | 5.5 | 0.6 | (12.7) | 5.2 | 0.6 | (12.7) | 7.6 | 0.5 | (8.3) |
| Amortization of unrecognized actuarial loss | 18.4 | 4.4 | 3.7 | 9.7 | 1.8 | 3.0 | 2.4 | 0.2 | 0.1 |
| Net curtailment and settlement loss | -- | 0.6 | -- | -- | -- | -- | -- | 0.2 | -- |
| Net periodic benefit cost (income) | $ 45.6 | $ 12.5 | $ (0.3) | $ 20.1 | $ 4.8 | $ (0.4) | $ (5.9) | $ -- | $ 2.3 |

NM – Not meaningful
N/A – Not applicable

| Pension Plans Where Accumulated Benefit Obligations Exceed Plan Assets (In millions) | U.S. | | Non-U.S. | | Other Post-Retirement Plans | |
|---|---|---|---|---|---|---|
| | 2003 | 2002 | 2003 | 2002 | 2003 | 2002 |
| Projected benefit obligation | $ 909.6 | $ 867.1 | $ 121.0 | $  95.6 | N/A | N/A |
| Accumulated benefit obligation [1] | 887.8 | 841.9 | 111.3 | 82.1 | $ 127.0 | $ 123.8 |
| Fair value of plan assets | 647.6 | 551.2 | 5.3 | 3.3 | -- | -- |

N/A – Not applicable

*(1) The accumulated benefit obligation for all domestic plans was $896.2 million and $845.0 million at December 31, 2003 and 2002, respectively.*

The target allocation of investment assets for 2004, the actual allocation at December 31, 2003 and 2002, and the expected long-term rate of return by asset category for Grace's domestic plans are as follows:

| Asset Category | Target Allocation | Percentage of Plan Assets December 31, | | Weighted-Average Expected Long-Term Rate of Return |
|---|---|---|---|---|
| | 2004 | 2003 | 2002 | 2003 |
| U.S. stock | 45% | 45% | 42% | 4.01% |
| Non-U.S. stock | 15% | 16% | 20% | 2.39% |
| Short-term fixed income | 10% | 7% | --% | --% |
| Intermediate-term fixed income | 30% | 32% | 38% | 1.85% |
| Total | 100% | 100% | 100% | 8.25% |

The investment goal for the domestic plans is to earn a long-term rate of return consistent with the long-term funding requirements of the underlying benefit obligation and cash flow profile. Plan amendments, assumptions and demographics are considered in determining the necessary level of returns.

The domestic pension plans have assets managed by six investment managers. Some of the general restrictions on their investments are summarized as follows:

☐    For fixed income securities: single issuers are limited to 5% of the portfolio's market value (with the exception of U.S. government and agency securities); the average credit quality of the portfolio shall be at least A rated; no more than 15% of the market value of the portfolio shall be invested in non-dollar denominated bonds; and privately placed securities are limited to no more than 50% of the portfolio's market value.

☐    For U.S. equity securities; the portfolio is entirely passively managed through investment in the Wilshire 5000 index.

☐    For non-U.S. equity securities; no individual security shall represent more than 5% of the portfolio's market value at any time, investment in U.S. common stock securities is prohibited (with the exception of American Depository Receipts) and emerging market securities may represent up to 30% of the total portfolio's market value. Currency futures and forward contracts may be held for the sole purpose of hedging existing currency risk in the portfolio.

For 2004, the expected long-term rate of return on assets for domestic plans is 8.0% (8.25% in 2003). Average annual returns over one, three, five, ten and fifteen year periods were 22.57%, 0.98%, 3.28%, 7.12%, and 8.50%, respectively. The change in the expected rate is due to the reallocation of targeted equity from 65% stocks/35% bonds to 60% stocks/40% bonds in December 2003. Grace reallocated the assets due to the volatility in the equity markets and to maintain an investment portfolio more in line with the profile of the domestic plan participants, a significant portion of whom are drawing current benefits.

Non-U.S. pension plans accounted for approximately 22% of total global pension assets at December 31, 2003 and 2002, respectively. Each of these plans, where applicable, abide by local requirements and regulations. Some of the local requirements include the establishment of a local pension committee, a formal statement of investment policy and procedures, and routine plan valuations by hired plan actuaries.

Subject to the approval of the Bankruptcy Court, Grace expects to contribute approximately $40.0 million to its domestic qualified defined benefit pension plans and approximately $12.0 million to its other postretirement plans in 2004. Of the approximately $40.0 million expected to be contributed to the domestic pension plans during 2004, approximately $33.0 million is estimated to be needed to satisfy minimum funding requirements under the Employee Retirement Income Security Act of 1984.

Grace intends to contribute the additional $7.0 million to help fund the shortfall between the accounting measurement of Grace's U.S. qualified pension obligations and the market value of dedicated pension assets. The entire contribution to fund the other postretirement benefit plans is discretionary, as the plans are not subject to any minimum regulatory funding requirements.

For 2003 measurement purposes, the per capita cost of covered retiree health care benefits for pre-age 65 and post-age 65, respectively, were assumed to increase at rates of 8.25% and 8.65%, respectively. The rate is assumed to decrease gradually to 5.3% through 2007 and remain at that level thereafter. A one percentage point increase or decrease in assumed health care medical cost trend rates would have a negligible impact on Grace's postretirement benefit obligations.

### 19.  Business Segment Information

Grace is a global producer of specialty chemicals and specialty materials. It generates revenues from two business segments: Davison Chemicals and Performance Chemicals. Davison Chemicals produces a variety of catalyst and silica products. Performance Chemicals produces specialty construction chemicals, building materials and sealants and coatings. Intersegment sales, eliminated in consolidation, are not material. The table below presents information related to Grace's business segments for 2003, 2002, and 2001. Only those corporate expenses directly related to the segment are allocated for reporting purposes. All remaining corporate items are reported separately and labeled as such.

| Business Segment Data (In millions) | 2003 | 2002 | 2001 |
|---|---|---|---|
| **Net Sales** | | | |
| Davison Chemicals ......... | $ 1,039.9 | $ 939.3 | $ 868.3 |
| Performance Chemicals .. | 940.6 | 880.4 | 854.6 |
| Total................. | $ 1,980.5 | $ 1,819.7 | $ 1,722.9 |
| | | | |
| **Pre-tax Operating Income** | | | |
| Davison Chemicals ......... | $ 118.9 | $ 129.4 | $ 123.8 |
| Performance Chemicals .. | 107.9 | 98.8 | 96.7 |
| Total................. | $ 226.8 | $ 228.2 | $ 220.5 |
| | | | |
| **Depreciation and Amortization** | | | |
| Davison Chemicals ......... | $ 67.6 | $ 61.7 | $ 58.5 |
| Performance Chemicals .. | 33.1 | 32.0 | 29.6 |
| Total................. | $ 100.7 | $ 93.7 | $ 88.1 |
| | | | |
| **Capital Expenditures** | | | |
| Davison Chemicals ......... | $ 68.1 | $ 59.5 | $ 39.3 |
| Performance Chemicals .. | 16.5 | 27.9 | 22.8 |
| Total................. | $ 84.6 | $ 87.4 | $ 62.1 |
| | | | |
| **Total Assets** | | | |
| Davison Chemicals ......... | $ 797.1 | $ 734.1 | $ 687.2 |
| Performance Chemicals .. | 609.2 | 528.7 | 498.8 |
| Total................. | $ 1,406.3 | $ 1,262.8 | $ 1,186.0 |

The table below presents information related to the geographic areas in which Grace operated in 2003, 2002 and 2001.

| Geographic Area Data (In millions) | 2003 | 2002 | 2001 |
|---|---|---|---|
| **Net Sales** | | | |
| United States.................. | $ 804.3 | $ 827.1 | $ 829.7 |
| Canada and Puerto Rico.... | 78.9 | 56.1 | 40.3 |
| Germany........................... | 92.2 | 70.9 | 61.8 |
| Europe, other than | | | |
| Germany........................... | 584.7 | 490.0 | 417.6 |
| Asia Pacific...................... | 312.7 | 269.0 | 266.7 |
| Latin America .................. | 107.7 | 106.6 | 106.8 |
| Total................. | $1,980.5 | $ 1,819.7 | $ 1,722.9 |
| **Properties and Equipment, net** | | | |
| United States.................. | $ 386.4 | $ 392.0 | $ 386.7 |
| Canada and Puerto Rico.... | 19.4 | 18.5 | 20.1 |
| Germany........................... | 120.7 | 89.6 | 77.7 |
| Europe, other than | | | |
| Germany........................... | 72.3 | 63.7 | 41.6 |
| Asia Pacific...................... | 46.8 | 47.4 | 49.1 |
| Latin America .................. | 11.0 | 11.0 | 15.1 |
| Total................. | $ 656.6 | $ 622.2 | $ 590.3 |

Pre-tax operating income, depreciation and amortization, capital expenditures and total assets for Grace's business segments are reconciled below to amounts presented in the Consolidated Financial Statements.

| Reconciliation of Business Segment Data to Financial Statements (In millions) | 2003 | 2002 | 2001 |
|---|---|---|---|
| Pre-tax operating income – business segments............. | $   226.8 | $   228.2 | $   220.5 |
| Minority interest................... | (1.2) | 2.2 | 3.7 |
| (Loss) gain on sale of investments and disposal of assets ................................. | (1.5) | 1.9 | 9.7 |
| Provision for environmental remediation........................ | (142.5) | (70.7) | (5.8) |
| Provision for asbestos-related litigation ............................ | (30.0) | -- | -- |
| Interest expense and related financing costs................... | (15.6) | (20.0) | (37.1) |
| Corporate costs...................... | (78.1) | (47.4) | (33.0) |
| Other, net............................. | (11.8) | (1.8) | 3.7 |
| (Loss) income from operations before Chapter 11 expenses, income taxes, and minority interest........... | $   (53.9) | $   92.4 | $   161.7 |
| Depreciation and amortization – business segments........... | $   100.7 | $   93.7 | $   88.1 |
| – corporate......................... | 2.2 | 1.2 | 1.1 |
| Total depreciation and amortization ...................... | $   102.9 | $   94.9 | $   89.2 |
| Capital Expenditures – business segments........... | $   84.6 | $   87.4 | $   62.1 |
| – corporate......................... | 1.8 | 3.7 | 0.8 |
| Total capital expenditures ..... | $   86.4 | $   91.1 | $   62.9 |
| Total assets – business segments ........... | $ 1,406.3 | $ 1,262.8 | $ 1,186.0 |
| – corporate......................... | 581.6 | 551.6 | 558.1 |
| Asbestos-related receivables . | 269.4 | 282.6 | 283.7 |
| Deferred tax assets ............... | 616.9 | 594.7 | 525.4 |
| Total assets........................... | $ 2,874.2 | $ 2,691.7 | $ 2,553.2 |

**20. Quarterly Summary and Statistical Information** *(Unaudited)*

**Quarterly Summary and Statistical Information** *(Unaudited)*
*(In millions, except per share)*

| | March 31 | June 30 | September 30 | December 31 [1] |
|---|---|---|---|---|
| **2003** | | | | |
| Net sales ........................................ | $    444.8 | $    503.4 | $    521.0 | $    511.3 |
| Cost of goods sold ......................... | 296.7 | 329.7 | 336.5 | 326.9 |
| Net (loss) income ........................... | (2.3) | 6.5 | (9.9) | (49.5) |
| | | | | |
| Net (loss) income per share: [2] | | | | |
| Basic earnings per share: | | | | |
| Net (loss) income ...................... | $    (0.04) | $    0.10 | $    (0.15) | $    (0.75) |
| Diluted earnings per share: | | | | |
| Net (loss) income ...................... | (0.04) | 0.10 | (0.15) | (0.75) |
| | | | | |
| Market price of common stock: [3] | | | | |
| High ............................................ | $    2.89 | $    4.41 | $    5.52 | $    3.84 |
| Low ............................................. | 1.48 | 1.65 | 2.57 | 2.34 |
| Close ........................................... | 1.48 | 4.41 | 3.10 | 2.57 |
| | | | | |
| **2002** | | | | |
| Net sales ........................................ | $    413.2 | $    471.8 | $    480.0 | $    454.7 |
| Cost of goods sold ......................... | 259.9 | 294.2 | 300.0 | 294.0 |
| Net income (loss) ........................... | 12.4 | 21.2 | 14.0 | (25.5) |
| | | | | |
| Net income (loss) per share: [2] | | | | |
| Basic earnings per share: | | | | |
| Net income (loss)....................... | $    0.19 | $    0.32 | $    0.21 | $    (0.39) |
| Diluted earnings per share: | | | | |
| Net income (loss) ...................... | 0.19 | 0.32 | 0.21 | (0.39) |
| | | | | |
| Market price of common stock: [3] | | | | |
| High ............................................ | $    2.47 | $    3.75 | $    3.05 | $    2.50 |
| Low ............................................. | 1.56 | 2.13 | 1.46 | 0.99 |
| Close ........................................... | 2.20 | 3.00 | 1.60 | 1.96 |

(1)  *Fourth quarter 2003 net loss includes $120.0 million for pre-tax charges to adjust Grace's estimated liability for environmental remediation and asbestos-related property damage. Fourth quarter 2002 net loss includes a $51.0 million pre-tax charge to adjust Grace's estimate of defense and other probable costs to resolve cost recovery claims by the EPA for clean-up of vermiculite in and around Libby, Montana.*

(2)  *Per share results for the four quarters may differ from full-year per share results, as a separate computation of the weighted average number of shares outstanding is made for each quarter presented.*

(3)  *Principal market: New York Stock Exchange.*

F-34

**Financial Summary** [1]
*(In millions, except per share amounts)*

| | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|
| **Statement of Operations** | | | | | |
| Net sales | $ 1,980.5 | $ 1,819.7 | $ 1,722.9 | $ 1,597.4 | $ 1,550.9 |
| (Loss) income from continuing operations before Chapter 11 expenses, income taxes, and minority interest [2] | (53.9) | 92.4 | 161.7 | (19.7) | 203.4 |
| (Loss) income from continuing operations [2] | (55.2) | 22.1 | 78.6 | (89.7) | 130.2 |
| Income from discontinued operations [2] | -- | -- | -- | -- | 5.7 |
| Minority interest in consolidated entities | 1.2 | (2.2) | (3.7) | -- | -- |
| Net (loss) income | (55.2) | 22.1 | 78.6 | (89.7) | 135.9 |
| **Financial Position** | | | | | |
| Current assets [3] | $ 928.9 | $ 830.3 | $ 741.3 | $ 773.9 | $ 779.8 |
| Current liabilities [3] | 270.8 | 247.3 | 236.1 | 1,092.9 | 769.4 |
| Properties and equipment, net | 656.6 | 622.2 | 590.3 | 601.7 | 617.3 |
| Total assets [3] | 2,874.2 | 2,691.7 | 2,521.1 | 2,584.9 | 2,475.1 |
| Total debt not subject to compromise [3] | 6.8 | 4.3 | 6.9 | 421.9 | 136.2 |
| Liabilities subject to compromise | 2,465.3 | 2,334.7 | 2,311.5 | -- | -- |
| Shareholders' equity (deficit) | (183.6) | (222.2) | (141.7) | (71.3) | 111.1 |
| **Cash Flow** | | | | | |
| Operating activities [3] | $ 110.8 | $ 195.5 | $ 14.6 | $ (143.7) | $ 130.5 |
| Investing activities | (109.1) | (110.7) | (131.4) | (94.0) | 89.4 |
| Financing activities [3] | (4.7) | (9.2) | 123.7 | 239.9 | (80.9) |
| Net cash flow [3] | 25.6 | 91.7 | -- | (7.9) | 134.5 |
| **Data Per Common Share (Diluted)** | | | | | |
| (Loss) income from continuing operations [2] | $ (0.84) | $ 0.34 | $ 1.20 | $ (1.34) | $ 1.76 |
| Net (loss) income | (0.84) | 0.34 | 1.20 | (1.34) | 1.84 |
| Average common diluted shares outstanding (thousands) | 65,500 | 65,500 | 65,400 | 66,800 | 73,800 |
| **Other Statistics** | | | | | |
| Capital expenditures | $ 86.4 | $ 91.1 | $ 62.9 | $ 64.8 | $ 82.5 |
| Common stock price range | $ 1.48-5.52 | $ 0.99-3.75 | $ 1.31-4.38 | $1.94-14.94 | $ 11.81-21.00 |
| Common shareholders of record | 10,734 | 11,187 | 11,643 | 12,240 | 13,215 |
| Number of employees - continuing operations | 6,300 | 6,400 | 6,400 | 6,300 | 6,300 |

(1)  Certain prior-year amounts have been reclassified to conform to the 2003 presentation.

(2)  Amounts contain a provision for environmental remediation of $142.5 million and a provision for asbestos-related claims of $30.0 million for 2003. Amounts contain a provision for environmental remediation of $70.7 million for 2002. Amounts for 2000 also contain a provision for asbestos litigation, net of expected insurance recovery, of $208.0 million.

(3)  2001 results are retroactively restated to reflect the full consolidation of Advanced Refining Technologies LLC, previously reported as an equity method joint venture. This restatement had no effect on reported sales or net income.

MANAGEMENT'S DISCUSSION AND ANALYSIS OF RESULTS OF OPERATIONS AND FINANCIAL CONDITION

## Description of Core Business

W. R. Grace & Co. and its subsidiaries are engaged in specialty chemicals and specialty materials businesses on a global basis. Its business segments are Davison Chemicals, which produces catalyst and silica products, and Performance Chemicals, which produces specialty construction chemicals, building materials and sealants and coatings.

The table below shows the Grace business segments and product groups as a percentage of total Grace sales.

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Catalyst products.................... | 37% | 37% | 36% |
| Silica products....................... | 15% | 15% | 14% |
| **Davison Chemicals ..............** | **52%** | **52%** | **50%** |
| Construction chemicals ......... | 23% | 22% | 22% |
| Building materials................. | 12% | 13% | 14% |
| Sealants and coatings ........... | 13% | 13% | 14% |
| **Performance Chemicals......** | **48%** | **48%** | **50%** |
| **Total .....................................** | **100%** | **100%** | **100%** |

Catalyst products includes: fluid cracking catalysts ("FCC") and additives used in petroleum refineries to convert distilled crude oil into transportation fuels and other petroleum-based products; hydroprocessing catalysts, also used in refining, to upgrade heavy oils and remove certain impurities; polyolefin catalysts, which are essential components in the manufacture of polyethylene and polypropylene resins used in products such as plastic film, high-performance plastic pipe and other plastic parts; and chemical catalysts, which are used in a variety of chemical processes. Key external drivers for catalysts are the refining industry, specifically the impacts of fuel and petrochemical demand, and crude oil supply, and the plastics industry, where demand generally correlates with general economic factors such as consumer confidence.

Silica products are used in a wide range of industrial and consumer applications such as paper, wood and coil coatings, food processing, plastics, adsorbents, personal care products and biotechnology separations. Apart from high growth segments such as coatings used for ink jet printing applications, and biotechnology, silica products' performance is largely affected by general economic conditions.

Construction chemicals and building materials are used primarily by the nonresidential construction industry. Construction chemicals add strength, control corrosion, and enhance the handling and application of concrete,

and reduce the manufacturing cost and improve the quality of cement. Performance for this product group is driven by non-residential construction activity and, to a lesser extent, residential construction activity, which tend to lag the general economy in both decline and recovery. Building materials prevent water damage to structures and protect structural steel against collapse due to fire. Building materials performance is also driven by non-residential construction activity, with greater lags than construction chemicals, reflecting longer lead times for large projects. Other important external factors affecting business performance include residential re-roofing activity and a decline in fire protection demand due to changes in building codes. Since building materials is largely a North American product group, it is most strongly affected by U.S. construction activity.

Sealants and coatings are used to seal beverage and food cans, and glass and plastic bottles, and to protect metal packaging from corrosion and the contents from the influences of metal. Although this product group is affected by general economic conditions, there is an ongoing shift in demand from metal and glass to plastic packaging for foods and beverages. This shift is driving a decline in can sealant usage and providing some opportunities in closure sealants for plastic bottles and other activities.

## Voluntary Bankruptcy Filing

See Note 1 to the Consolidated Financial Statements for a discussion of Grace's Voluntary Bankruptcy Filing.

## Critical Accounting Estimates

The preparation of financial statements in conformity with U.S. generally accepted accounting principles requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

☐ Contingent liabilities such as asbestos-related matters (see Note 3 to the Consolidated Financial Statements), environmental remediation (see Note 14

to the Consolidated Financial Statements), income taxes (see Note 14 to the Consolidated Financial Statements), and retained obligations of divested businesses.

☐ Pension and postretirement liabilities that depend on assumptions regarding discount rates and/or total returns on invested funds. (See Note 18 to the Consolidated Financial Statements.)

☐ Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.

☐ Realization values of various assets such as net deferred tax assets (see Note 4 to the Consolidated Financial Statements), trade receivables, inventories, insurance receivables, income taxes, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## Consolidated Operations

Set forth below is a chart that lists key operating statistics, and dollar and percentage changes for the years ended December 31, 2003, 2002, and 2001. The chart should be referenced when reading management's discussion and analysis of the results of operations and financial condition. The chart, as well as the financial information presented throughout this discussion, divides Grace's financial results between "core operations" and "noncore activities." Core operations comprise the financial results of Davison Chemicals, Performance Chemicals and the costs of corporate activities that directly or indirectly support business operations. In contrast, noncore activities comprise all other events and transactions not directly related to the generation of operating revenue or the support of core operations and generally relate to Grace's former operations and products.

Neither pre-tax income from core operations nor pre-tax income from core operations before depreciation and amortization purport to represent income or cash flow as defined under generally accepted accounting principles, and should not be considered an alternative to such measures as an indicator of Grace's performance. These measures are provided to distinguish operating results of Grace's current business base from results and related assets and liabilities of past businesses, discontinued products, and corporate legacies.

| Analysis of Consolidated Operations (In millions) | 2003 | 2002 | $ Change Fav (Unfav) | % Change Fav (Unfav) | 2001 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
|---|---|---|---|---|---|---|---|
| **Net Sales:** | | | | | | | |
| Davison Chemicals | $ 1,039.9 | $ 939.3 | $ 100.6 | 10.7% | $ 868.3 | $ 71.0 | 8.2% |
| Performance Chemicals | 940.6 | 880.4 | 60.2 | 6.8% | 854.6 | 25.8 | 3.0% |
| Total Grace sales – core operations | $ 1,980.5 | $1,819.7 | $ 160.8 | 8.8% | $1,722.9 | $ 96.8 | 5.6% |
| **Pre-tax operating income:** [1] | | | | | | | |
| Davison Chemicals [2] | $ 118.9 | $ 129.4 | $ (10.5) | (8.1%) | $ 123.8 | $ 5.6 | 4.5% |
| Performance Chemicals | 107.9 | 98.8 | 9.1 | 9.2% | 96.7 | 2.1 | 2.2% |
| Corporate costs: | | | | | | | |
| Support functions | (30.2) | (31.1) | 0.9 | 2.9% | (38.0) | 6.9 | 18.2% |
| Pension and other | (47.9) | (16.3) | (31.6) | (193.9%) | 5.0 | (21.3) | NM |
| Total Corporate costs | (78.1) | (47.4) | (30.7) | (64.8%) | (33.0) | (14.4) | (43.6%) |
| Pre-tax income from core operations | 148.7 | 180.8 | (32.1) | (17.8%) | 187.5 | (6.7) | (3.6%) |
| Pre-tax (loss) income from noncore activities | (190.1) | (74.5) | (115.6) | NM | 3.0 | (77.5) | NM |
| Interest expense | (15.6) | (20.0) | 4.4 | 22.0% | (37.1) | 17.1 | 46.1% |
| Interest income | 4.3 | 3.9 | 0.4 | 10.3% | 4.6 | (0.7) | (15.2%) |
| (Loss) income before Chapter 11 expenses and income taxes | (52.7) | 90.2 | (142.9) | NM | 158.0 | (67.8) | NM |
| Chapter 11 expenses, net | (14.8) | (30.1) | 15.3 | 50.8% | (15.7) | (14.4) | (91.7%) |
| Benefit from (provision for) income taxes | 12.3 | (38.0) | 50.3 | NM | (63.7) | 25.7 | NM |
| Net (loss) income | $ (55.2) | $ 22.1 | $ (77.3) | NM | $ 78.6 | $ (56.5) | NM |
| **Key Financial Measures:** | | | | | | | |
| **Pre-tax income from core operations as a percentage of sales:** | | | | | | | |
| Davison Chemicals | 11.4% | 13.8% | NM | (2.4) pts | 14.3% | NM | (0.5) pts |
| Performance Chemicals | 11.5% | 11.2% | NM | 0.3 pts | 11.3% | NM | (0.1) pts |
| Total Core Operations | 7.5% | 9.9% | NM | (2.4) pts | 10.9% | NM | (1.0) pts |
| **Pre-tax income from core operations before depreciation and amortization** | $ 251.6 | $ 275.7 | $ (24.1) | (8.7%) | $ 276.7 | $ (1.0) | (0.4%) |
| As a percentage of sales | 12.7% | 15.2% | NM | (2.5) pts | 16.1% | NM | (0.9) pts |
| **Net Consolidated Sales by Region:** | | | | | | | |
| North America | $ 883.2 | $ 883.2 | $ -- | --% | $ 870.0 | $ 13.2 | 1.5% |
| Europe | 676.9 | 560.9 | 116.0 | 20.7% | 479.4 | 81.5 | 17.0% |
| Asia Pacific | 312.7 | 269.0 | 43.7 | 16.2% | 266.7 | 2.3 | 0.9% |
| Latin America | 107.7 | 106.6 | 1.1 | 1.0% | 106.8 | (0.2) | (0.2%) |
| Total | $ 1,980.5 | $ 1,819.7 | $ 160.8 | 8.8% | $1,722.9 | $ 96.8 | 5.6% |

NM = Not meaningful

[1] *Pre-tax operating income for all periods presented reflects a reallocation of the cost of earned pension benefits of active participants from corporate to the respective business segments.*

[2] *Davison Chemicals pre-tax operating income includes minority interest related to the Advanced Refining Technologies joint venture.*

## Grace Overview

### Net Sales

The following table identifies the year-over-year increase or decrease in sales attributable to changes in product volume, product price and/or mix, and the impact of foreign currency translation.

| Net Sales Variance Analysis | 2003 as a Percentage Increase (Decrease) from 2002 | | | |
|---|---|---|---|---|
| | Volume | Price/Mix | Currency Translation | Total |
| Davison Chemicals | 1.7% | 2.8% | 6.2% | 10.7% |
| Performance Chemicals | 2.4% | 0.1% | 4.3% | 6.8% |
| Net sales | 2.0% | 1.5% | 5.3% | 8.8% |
| **By Region:** | | | | |
| North America | (2.1%) | 1.7% | 0.4% | --% |
| Europe | 5.7% | (1.4%) | 16.4% | 20.7% |
| Latin America | (1.0%) | 9.6% | (7.6%) | 1.0% |
| Asia Pacific | 14.4% | (1.4%) | 3.2% | 16.2% |
| | 2002 as a Percentage Increase (Decrease) from 2001 | | | |
| Davison Chemicals | 5.9% | 1.4% | 0.9% | 8.2% |
| Performance Chemicals | 4.7% | (0.7%) | (1.0%) | 3.0% |
| Net sales | 5.3% | 0.4% | (0.1%) | 5.6% |
| **By Region:** | | | | |
| North America | 0.3% | 1.2% | --% | 1.5% |
| Europe | 14.5% | (0.9%) | 3.4% | 17.0% |
| Latin America | 2.5% | 13.2% | (15.9%) | (0.2%) |
| Asia Pacific | 8.4% | (7.6%) | 0.1% | 0.9% |

Grace's 2003 sales were favorably impacted by currency translation, improved volume, product mix and revenue from acquisitions in silica products and construction chemicals. Acquisitions contributed $27.1 million or 1.5 percentage points of the sales volume growth. The impact from foreign currency translation occurred primarily from European sales, reflecting the strengthening of the Euro against the U.S. dollar.

In 2003 and 2002, both business segments experienced volume growth. In 2003, the volume growth in Davison Chemicals was primarily driven by acquisitions, while Performance Chemicals' volume growth was primarily driven by the construction chemicals product group. The most significant volume increases were experienced in Asia Pacific, primarily attributable to construction chemicals and catalyst products.

In 2002, catalyst volumes were strong due to increased refining catalyst demand. Silica products sales reflect the addition of two acquisitions during the first quarter of 2001 and volume increases of products used in coating applications. Construction chemicals volume growth in Europe was driven by the acquisition of Pieri

S.A. in July 2001. In 2002, the most significant volume increases were experienced in Europe, primarily attributable to the Borealis A/S and Pieri S.A. acquisitions.

Reported net sales from Grace's non-U.S. operations were positively impacted by foreign currency translation in 2003, with minor impact in 2002. For countries in which Grace operates, weighted average foreign currency exchange rates appreciated approximately 8.9% in 2003 relative to the U.S. dollar, and depreciated approximately 0.1% in 2002.

### Pre-tax Income from Core Operations

The decline in 2003 operating profit and margins was principally caused by higher costs for pensions, natural gas, and certain raw materials. A change in regional and product sales mix from North America to other regions, particularly in the first half of 2003, also contributed to the decrease.

Operating income in 2002 was adversely affected by: weakness in the global economy and in U.S. commercial construction activity; product mix; higher expenses to support growth initiatives; and higher costs for pensions, medical benefits, insurance and other operating costs. Higher sales and lower energy costs compared with 2001 favorably affected operating income in 2002.

Corporate costs include corporate functional costs (such as financial and legal services, human resources, communications and information technology), the cost of corporate governance (including directors and officers ("D&O") liability insurance) and pension costs related to both corporate employees and to the effects of changes in assets and liabilities for all Grace pension plans. Corporate costs for the year ended December 31, 2003 increased over 2002 primarily due to: (1) added costs for pension benefits to account for the negative equity market returns in 2000-2002 that have impacted the funded status of defined benefit pension plans; and (2) higher D&O liability insurance premiums. The total return on pension assets in 2003 (22.5% for Grace's domestic pension plan assets versus an assumed rate of 8.25%) were not recognized in income in 2003 under the deferral method of accounting for pension costs. These actual-to-assumed performance differences will be recognized in earnings over a period ranging from 12-24 years.

The increase in corporate costs from 2001 to 2002 was primarily attributable to an increase in pension costs and D&O liability insurance premiums, offset by lower support function expenses. Pension costs rose $29.1

million and $17.6 million in 2003 and 2002, respectively, reflecting the accounting effects of negative returns on pension assets from 2000 to 2002, and certain plan formula changes.

During 2003 and 2002, Grace continued to focus on productivity improvements to partially offset adverse market and cost factors. The results of its productivity initiatives are reflected in: (1) sales – through added plant capacity resulting from improved production processes; (2) costs – through efficiency gains and purchasing synergies; and (3) capital avoidance – by maximizing asset utilization.

Grace values its U.S. inventories under the last-in/first-out method ("LIFO"), and its non-U.S. inventories under the first-in/first-out ("FIFO") method. LIFO was selected in 1974 for U.S. financial reporting and tax purposes because it generally results in a better matching of current revenue with current costs. Grace cannot elect LIFO for its non-U.S. inventories due to statutory restrictions. However, if Grace valued its U.S. inventories using the FIFO method, consistent with non-U.S. subsidiaries, pre-tax income from core operations would have been approximately 4.0% and 3.0% higher for each of the years ended December 31, 2003 and 2002, respectively, and approximately 2.0% lower for the year ended December 31, 2001.

**Pre-tax Loss from Noncore Activities**

| (in millions) | 2003 | 2002 | 2001 |
|---|---|---|---|
| Environmental provision – vermiculite mining | $ (122.5) | $ (68.0) | $ (5.7) |
| Environmental provision – all other sites | (20.0) | (2.6) | (1.7) |
| Provision for asbestos-related litigation | (30.0) | -- | -- |
| COLI income, net | 5.6 | 4.7 | 5.4 |
| D&O insurance cost | (6.8) | (3.4) | (3.0) |
| Pension and postretirement benefit costs | (9.0) | (6.2) | 4.6 |
| Other | (7.4) | 1.0 | 3.4 |
| | $ (190.1) | $ (74.5) | $ 3.0 |

The 2003 pre-tax loss from noncore activities was higher than 2002 primarily due to pre-tax charges to adjust Grace's estimated liabilities for pre-Chapter 11 contingencies. Grace increased its estimated liability for environmental clean-up related to previously considered vermiculite mining and processing sites by $122.5 million to a total of $181.0 million at December 31, 2003. Grace also recorded a $20.0 million increase in its estimated liability for non-vermiculite related environmental risks identified and measured as part of the Chapter 11 claims review process. In addition, Grace recorded a $30.0 million increase in its estimated liability for asbestos-related litigation to account for the

estimated cost of resolving new asbestos-related property damage claims received through the Chapter 11 claims solicitation process.

Expense from noncore activities for 2002 included $70.7 million for Grace's defense and other probable costs to resolve pending environmental litigation (primarily relating to former vermiculite mining operations in Libby, Montana).

The pre-tax income from noncore activities for 2001 included $7.7 million from the sale of Grace's remaining cost-based investment in Cross Country Staffing, offset by accruals for legal and environmental matters primarily related to Grace's former vermiculite mining operations in Libby, Montana.

**Chapter 11 Expenses**

Although it is difficult to measure precisely how Chapter 11 has impacted Grace's overall financial performance, there are certain added costs that are directly attributable to operating under the Bankruptcy Code. Net Chapter 11 expenses consist primarily of legal, financial and consulting fees incurred by Grace and three creditors' committees. The decrease of Chapter 11 expenses in 2003 is related to reduced advisory activity compared with 2002. The increase in Chapter 11 expenses in 2002 compared with 2001 was due to a full year of costs and more activity in the Chapter 11 Cases. Grace believes that Chapter 11 expenses will range between $2 million and $6 million per quarter for the foreseeable future.

In addition, for 2003, 2002 and 2001, Grace's pre-tax income from core operations included expenses of $8.0 million, $7.8 million, and $10.0 million respectively, for Chapter 11-related compensation charges. Poor stock price performance in the period leading up to and after the Filing diminished the value of Grace's stock option program to current and prospective employees, which caused Grace to change its long-term incentive compensation program into a cash-based program. Grace has also sought to address employee retention issues by providing added compensation to certain employees and increasing Grace's contribution to its retirement savings and investment plan.

There are numerous other indirect costs to manage Grace's Chapter 11 proceedings such as: management time devoted to Chapter 11 matters; added cost of debt capital; added costs of general business insurance, including D&O liability insurance premiums; and lost business and acquisition opportunities due to the complexities of operating under Chapter 11.

**Interest**

The decrease in net interest expense over the last three years was primarily attributable to a lower contractual interest rate on pre-petition debt subject to compromise. The payment of interest accrued on pre-petition debt is subject to the outcome of Grace's Chapter 11 proceedings.

**Income Taxes**

Grace's benefit from (provision for) income taxes at the federal corporate rate of 35% for the years ended December 31, 2003, 2002 and 2001 was $23.6 million, ($21.0 million), and ($49.8 million), respectively. The primary differences between these amounts and the overall benefit from and provision for income taxes is attributable to current period interest on tax contingencies and the non-deductibility of certain Chapter 11 expenses.

**Business Segment Overview**

**Davison Chemicals**

| Net Sales by Product Line (In millions) | 2003 | 2002 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
|---|---|---|---|---|
| Catalyst products...... | $ 734.9 | $ 678.0 | $ 56.9 | 8.4% |
| Silica products........... | 305.0 | 261.3 | 43.7 | 16.7% |
| Total Davison Chemicals.............. | $1,039.9 | $ 939.3 | $ 100.6 | 10.7% |
|  | 2002 | 2001 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
| Catalyst products...... | $ 678.0 | $ 621.8 | $ 56.2 | 9.0% |
| Silica products........... | 261.3 | 246.5 | 14.8 | 6.0% |
| Total Davison Chemicals.............. | $ 939.3 | $ 868.3 | $ 71.0 | 8.2% |

| Net Sales by Region (In millions) | 2003 | 2002 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
|---|---|---|---|---|
| North America.......... | $ 395.2 | $ 388.1 | $ 7.1 | 1.8% |
| Europe..................... | 418.3 | 354.2 | 64.1 | 18.1% |
| Asia Pacific ............ | 177.7 | 146.7 | 31.0 | 21.1% |
| Latin America .......... | 48.7 | 50.3 | (1.6) | (3.2%) |
| Total Davison Chemicals.............. | $1,039.9 | $ 939.3 | $ 100.6 | 10.7% |
|  | 2002 | 2001 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
| North America.......... | $ 388.1 | $ 362.3 | $ 25.8 | 7.1% |
| Europe..................... | 354.2 | 303.8 | 50.4 | 16.6% |
| Asia Pacific ............ | 146.7 | 149.9 | (3.2) | (2.1%) |
| Latin America .......... | 50.3 | 52.3 | (2.0) | (3.8%) |
| Total Davison Chemicals.............. | $ 939.3 | $ 868.3 | $ 71.0 | 8.2% |

*Recent Acquisitions and Joint Ventures*

See Note 5 to the Consolidated Financial Statements for a description of acquisitions and joint ventures completed in 2003 and 2002.

*Sales*

The increase in sales for the Davison Chemicals segment in 2003 compared with 2002 was primarily attributable to the favorable impact of acquisitions, currency translation, and product mix. Acquisitions accounted for $20.9 million or 2.2 percentage points of the sales growth. The increase in sales of catalyst products was a result of favorable currency effects and acquisitions in the polyolefin and hydroprocessing catalyst businesses, partially offset by lower sales volumes in North America caused by a decrease in demand. Increased sales of silica products was attributable to added volume and favorable currency translation impacts, and from growth programs for products used in coatings, digital printing, and separations applications.

In Europe, the increase in sales was primarily due to favorable currency translation and acquisitions, as well as volume growth in silica products. The increase in Asia Pacific reflects volume growth and acquisition sales within the catalyst product line.

Sales for the Davison Chemicals segment in 2002 increased over 2001 due to increased demand, acquisitions and favorable foreign currency translation. Acquisitions accounted for $26.5 million or 3.1 percentage points of the sales growth. The increase in sales of catalyst products was primarily due to added revenue from acquisitions and joint ventures in the polyolefin and hydroprocessing catalyst businesses, and increased FCC volumes. Sales of silica products increased due to acquisition sales, as well as growth programs in coating applications and added volume in Europe and Asia Pacific.

In North America, the increase was primarily attributable to favorable order patterns of hydroprocessing catalysts, offset by a decrease in sales of chemical catalysts. In Europe, the increase was driven by refining catalysts and silica coating applications, along with sales from the Borealis A/S acquisition.

*Operating Income*

The decline in pre-tax operating income in 2003 compared with 2002 reflects a sluggish U.S. economy and higher energy, raw materials, and other manufacturing

costs. Manufacturing costs were higher in the first half of 2003 due to maintenance and process problems at certain production facilities. Second half comparisons improved as the U.S. economy strengthened, and manufacturing costs and operating expenses were reduced.

Pre-tax operating income in 2002 was higher than 2001, due to year-over-year sales growth and the positive effects of acquisitions. Increased gross margin from higher sales was partially offset by higher expenses to support growth initiatives and increases in employee benefits (including pension), insurance and other operating costs.

## Performance Chemicals

| Net Sales by Product Line (in millions) | 2003 | 2002 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
|---|---|---|---|---|
| Construction chemicals. | $448.1 | $405.4 | $ 42.7 | 10.5% |
| Building materials......... | 231.0 | 230.2 | 0.8 | 0.3% |
| Sealants and coatings.... | 261.5 | 244.8 | 16.7 | 6.8% |
| **Total Performance Chemicals.................** | **$940.6** | **$880.4** | **$ 60.2** | **6.8%** |
| | 2002 | 2001 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
| Construction chemicals. | $405.4 | $373.5 | $ 31.9 | 8.5% |
| Building materials......... | 230.2 | 239.1 | (8.9) | (3.7%) |
| Sealants and coatings.... | 244.8 | 242.0 | 2.8 | 1.2% |
| **Total Performance Chemicals.................** | **$880.4** | **$854.6** | **$ 25.8** | **3.0%** |

| Net Sales by Region (in millions) | 2003 | 2002 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
|---|---|---|---|---|
| North America............... | $488.0 | $495.1 | $ (7.1) | (1.4%) |
| Europe......................... | 258.6 | 206.7 | 51.9 | 25.1% |
| Asia Pacific.................. | 135.0 | 122.3 | 12.7 | 10.4% |
| Latin America .............. | 59.0 | 56.3 | 2.7 | 4.8% |
| **Total Performance Chemicals.................** | **$940.6** | **$880.4** | **$ 60.2** | **6.8%** |
| | 2002 | 2001 | $ Change Fav (Unfav) | % Change Fav (Unfav) |
| North America............... | $495.1 | $507.7 | $ (12.6) | (2.5%) |
| Europe......................... | 206.7 | 175.6 | 31.1 | 17.7% |
| Asia Pacific.................. | 122.3 | 116.8 | 5.5 | 4.7% |
| Latin America .............. | 56.3 | 54.5 | 1.8 | 3.3% |
| **Total Performance Chemicals.................** | **$880.4** | **$854.6** | **$ 25.8** | **3.0%** |

*Recent Acquisitions and Joint Ventures*

See Note 5 to the Consolidated Financial Statements for a description of acquisitions and joint ventures completed in 2003 and 2002.

*Sales*

The increase in sales for the Performance Chemicals segment in 2003 compared with 2002 was primarily attributable to favorable foreign currency translation and volume increases. Acquisitions accounted for $6.2 million, or 0.7 percentage points of the sales growth, all related to construction chemicals. The increase in sales of construction chemicals reflected favorable currency translation impacts, the success of new product programs and sales initiatives in key economies worldwide, and the acquisition of the assets of Tricosal Beton-Chemie, completed during the fourth quarter of 2003. Sales of building materials were essentially flat, as favorable currency translation impacts and growth in waterproofing were offset by declines in fire protection materials. Sales from fire protection materials declined as a result of the effects of new building codes that permit less fire protection materials for structural steel used in commercial buildings, as well as weak U.S. commercial construction activity. Sales of sealants and coatings increased, reflecting favorable currency translation impacts in Europe and growth initiatives in coatings and closure sealants in Europe, Asia Pacific and Latin America, offset by unfavorable currency exchange in Latin America.

In Europe, higher sales were due to favorable foreign currency translation and volume growth in all product groups, particularly concrete admixtures. Sales in Asia Pacific increased from the effects of favorable foreign currency, as well as volume growth in construction chemicals.

The increase in Performance Chemicals segment sales in 2002 versus 2001 was primarily driven by acquisitions in construction chemicals, which accounted for $20.0 million, or 2.4 percentage points, of the sales growth. Sales of construction chemicals increased despite reduced U.S. commercial construction activity, reflecting sales from the Pieri acquisition, an increase in construction activity outside North America, and the success of new product programs and sales initiatives. Sales of building materials, which are largely based in North America, were down due to softness in U.S. commercial construction and re-roofing activity. The increase in sales of sealants and coatings reflected continued positive results from growth programs in coatings and closure compounds, particularly in Europe.

The decline in North America reflected the impact of weak U.S. commercial construction activity on sales of construction chemicals and building materials. In Europe, the increase in sales was primarily attributable to the Pieri acquisition and volume growth in all three product groups.

*Operating Income*

Pre-tax operating income was higher in 2003 compared with 2002, reflecting favorable foreign currency translation, sales increases and successful productivity programs, partially offset by increases in raw material and energy costs. The second half of 2003 was significantly stronger than the first half, which was affected by soft construction activity and weather-delayed projects in the U.S. In the second half, U.S. construction weather improved, allowing for a catch-up in project activity, and there was some leveling of the decline in overall U.S. construction activity. Intensified focus on productivity programs and discretionary expense control also contributed to improved profitability in the second half.

The increase in pre-tax operating income in 2002 versus 2001 reflects the impact of acquisitions in construction chemicals and growth programs across all product groups, offset by the impact of weak U.S. commercial construction activity on sales of fire protection materials, a decrease in sales of roofing underlayments due to the effect of a mild U.S. 2001-02 winter on re-roofing activity and costs for facility rationalizations and restructuring in building materials and sealants and coatings.

**Financial Position**

The following charts set forth the Davison Chemicals and Performance Chemicals total asset position and pre-tax return on average total assets for 2003 and 2002.

| Davison Chemicals (In millions) | 2003 | 2002 | $ Change (excluding currency translation) Fav (Unfav) | % Change (excluding currency translation) Fav (Unfav) |
|---|---|---|---|---|
| Receivables...... | $  146.3 | $  137.6 | $    (2.7) | (2.0%) |
| Inventory.......... | 133.6 | 111.0 | 13.0 | 11.7% |
| Other current assets.......... | 2.1 | 3.0 | (0.9) | (30.0%) |
| Total current assets.............. | 282.0 | 251.6 | 9.4 | 3.7% |
| Properties and equipment, net.................. | 444.0 | 413.9 | 5.3 | 1.3% |
| Goodwill and other intangible assets.............. | 65.8 | 64.2 | (5.0) | (7.8%) |
| Other assets....... | 5.3 | 4.4 | 0.4 | 9.1% |
| Total assets ....... | $  797.1 | $  734.1 | $   10.1 | 1.4% |
| Pre-tax return on average total assets.............. | 15.4% | 17.5% | | (2.1) pts |

Davison Chemicals' total assets increased by $63.0 million compared with the prior year, of which $52.9 million was attributable to currency translation, reflecting the weaker U.S. dollar. The remainder of such increase was primarily due to increased inventories, offset by a decrease in receivables. The increase in inventory was primarily in North America and was due to a build-up for 2004 sales, increased inventory costs and acquisitions. The decline in receivables was caused by improved collections as well as changes in customer and product mix.

The pre-tax return on average total assets decreased by 2.1 percentage points, due to an 8.1% decline in pre-tax operating income.

| Performance Chemicals (In millions) | 2003 | 2002 | $ Change (excluding currency translation) Fav (Unfav) | % Change (excluding currency translation) Fav (Unfav) |
|---|---|---|---|---|
| Receivables............ | $  196.2 | $  172.8 | $    8.0 | 4.6% |
| Inventory................ | 80.9 | 62.6 | 12.0 | 19.2% |
| Other current assets................. | 5.9 | 5.2 | 0.5 | 9.6% |
| Total current assets.................... | 283.0 | 240.6 | 20.5 | 8.5% |
| Properties and equipment, net...................... | 203.2 | 193.4 | (2.4) | (1.2%) |
| Goodwill and other intangible assets.................. | 84.5 | 64.3 | 11.0 | 17.1% |
| Other assets.......... | 38.5 | 30.4 | 6.7 | 22.0% |
| Total assets ........... | $  609.2 | $  528.7 | $   35.8 | 6.8% |
| Pre-tax return on average total assets................. | 18.7% | 18.6% | | 0.1  pts |

Performance Chemicals' total assets increased by $80.5 million compared with the prior year, of which $44.7 million was attributable to currency translation reflecting the weaker U.S dollar. The remainder of such increases was primarily due to receivables, inventory and goodwill and other intangible assets. The increase in receivables was caused primarily by a shift in the regional sales mix toward regions outside North America where, on average, the standard terms of sale are longer. The increase in inventory was due primarily to advance purchases of key raw materials to secure favorable pricing. The change in goodwill and other intangible assets was primarily due to acquisitions.

The pre-tax return on average total assets for 2003 was consistent with 2002.

## Financial Condition

### Effect of Chapter 11

As described in Note 1 to the Consolidated Financial Statements, the Company and its principal U.S. operating subsidiary are debtors-in-possession under Chapter 11 of the Bankruptcy Code. Grace's non-U.S. subsidiaries, although not part of the Filing, are owned directly or indirectly by the Company's principal operating subsidiary or other filing entities. Consequently, it is likely that a Chapter 11 reorganization plan will involve the combined value of Grace's global businesses and its other assets to fund (with cash and/or securities) Grace's obligations as adjudicated through the bankruptcy process. Grace has analyzed its cash flow and the capital needs of its businesses, and believes that, while in Chapter 11, sufficient cash flow and credit facilities are available to support its business strategy.

The following sections address Grace's financial condition in more detail and describe the major contingencies that are being addressed as part of the Chapter 11 process. Grace's ability to present a plan of reorganization to the Bankruptcy Court depends largely on the timing of resolution of these contingencies.

### Liabilities and Contingencies

Grace has a number of financial exposures originating from past businesses, products and events. These obligations arose from transactions and/or business practices that date back to when Grace was a much larger company, when it produced products or operated businesses that are no longer part of its revenue base, and when government regulations and scientific knowledge

were much less advanced than today. The following table summarizes net noncore liabilities at December 31, 2003 and 2002:

| Net Noncore Liabilities (In millions) | December 31, | |
|---|---|---|
| | 2003 | 2002 |
| **Net noncore liabilities:** | | |
| Asbestos-related liabilities............. | $ (992.3) | $ (973.2) |
| Asbestos-related insurance receivable..................................... | 269.4 | 282.6 |
| Asbestos-related liability, net ......... | (722.9) | (690.6) |
| Environmental remediation.............. | (332.4) | (201.1) |
| Postretirement benefits ................... | (134.3) | (147.2) |
| Retained obligations and other........ | (57.0) | (55.3) |
| Net noncore liability ..................... | $ (1,246.6) | $ (1,094.2) |

The resolution of most of these noncore recorded and contingent liabilities will be determined through the Chapter 11 proceedings. Grace cannot predict with any certainty how, and for what amounts, any of such estimates will be resolved. The amounts of these liabilities as ultimately determined through the Chapter 11 proceedings could be materially different from amounts recorded by Grace at December 31, 2003.

### Asbestos-Related Matters

Grace is a defendant in lawsuits relating to previously sold asbestos-containing products. In 2003, Grace had net receipts of $2.8 million for the defense and disposition of asbestos-related property damage and bodily injury litigation, including amounts received under settlements with insurance carriers, compared with net expenditures in 2002 of $2.3 million. At December 31, 2003, Grace's balance sheet reflects a gross asbestos-related liability of $992.3 million ($722.9 million net of insurance). This liability represents management's estimate, based on facts and circumstances existing prior to the Filing, of the undiscounted net cash outflows necessary to satisfy Grace's pending property damage claims for which sufficient information is available, and its pending and projected future bodily injury claims. In the fourth quarter of 2003, Grace recorded a $30.0 million pre-tax charge to its estimated liability for asbestos-related litigation to account for the estimated cost of resolving new asbestos-related property damage claims received through the Chapter 11 claims solicitation process. The pre-tax charge was based on an initial review, completed in the fourth quarter of 2003, of more than 4,000 new claims submitted prior to the March 31, 2003 claims bar date. Each claim is unique as to property, product in question, legal status of claimant, potential cost of remediation, and other factors. Such claims were reviewed in detail by Grace, categorized into claims with sufficient information to be evaluated or claims that require additional information and, where sufficient information existed, the cost of resolution was estimated. Grace's revised estimate of liability does not

include any amounts for approximately 170 claims for which sufficient information was not available to evaluate potential liability. Any further changes to the recorded amount of such liability will be based on additional Chapter 11 developments and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court.

Recently, federal legislation has been proposed to address asbestos bodily injury claims. In addition, several states have enacted or proposed legislation affecting asbestos bodily injury claims. At this time, Grace cannot predict what impact any such legislation would have on Grace's asbestos bodily injury liability, related insurance coverage, or its ultimate plan of reorganization.

The Consolidated Balance Sheet at December 31, 2003 includes total amounts due from insurance carriers of $269.4 million pursuant to settlement agreements with those insurance carriers. The recovery of amounts due from insurance carriers is dependent upon the timing, character and exposure periods of asbestos-related claims. Grace's Chapter 11 proceedings and proposed federal legislation could also affect the timing and amounts of Grace's recovery.

Grace intends to address all of its pending and future asbestos-related claims as part of a plan of reorganization under Chapter 11. Grace will seek to have the Bankruptcy Court establish a process to assess and appropriately quantify the numerous property damage and bodily injury claims against it. Measurement of Grace's asbestos-related liabilities will be materially affected by Bankruptcy Court rulings, the outcome of litigation and negotiations among interested parties.

**Environmental Matters**

Grace is subject to loss contingencies resulting from extensive and evolving federal, state, local and foreign environmental laws and regulations. Grace has expended substantial funds to comply with such laws and regulations and expects to continue to do so in the future. The following table sets forth Grace's expenditures in the past three years for (1) the operation and maintenance of environmental facilities and the disposal of wastes; (2) capital expenditures for environmental control facilities; and (3) site remediation.

| (In millions) | Operation of Facilities and Waste | Capital Expenditures | Site Remediation |
|---|---|---|---|
| 2003 | $ 46.1 | $ 8.1 | $ 7.0 |
| 2002 | 38.0 | 5.6 | 13.7 |
| 2001 | 33.0 | 3.8 | 26.6 |

At December 31, 2003, Grace's recorded liability for environmental investigation and remediation costs totaled $332.4 million, as compared with $201.1 million at December 31, 2002. This liability covers both vermiculite and non-vermiculite related matters. The amount is based on funding and/or remediation agreements in place, together with Grace's best estimate of its cost for sites not subject to a formal remediation plan. The increase in the liability is primarily attributable to pre-tax charges relating to former vermiculite mining operations in Libby, Montana, as described below.

Grace's estimated liability for vermiculite-related remediation at December 31, 2003 and 2002 was $181.0 million and $62.7 million, respectively. Based on a previous ruling by the U.S. District Court of Montana, Grace is required to reimburse the EPA for all appropriate costs expended for clean-up activities in and around Libby, Montana, related to its former mining activities. As a result of such ruling, Grace recorded a pre-tax charge of $50.0 million in the third quarter of 2003. During the fourth quarter of 2003, Grace recorded a $70.0 million pre-tax charge based on additional information from the EPA and its evaluation of probable remediation costs at vermiculite processing sites. However, the EPA's cost estimates have changed regularly and increased substantially over the course of this clean-up. Consequently, Grace's estimate may change materially as more information becomes available. Grace's liability for this matter is included in "liabilities subject to compromise" as of December 31, 2003.

At December 31, 2003 and 2002, Grace's estimated liability for remediation of sites not related to its former vermiculite mining and processing activities was $151.4 million and $138.4 million, respectively. This liability relates to Grace's current and former operations, including its share of liability for off-site disposal at facilities where it has been identified as a potentially responsible party. During the fourth quarter of 2003, Grace recorded a $20.0 million increase in its estimated environmental liability for non-vermiculite related sites as part of the Chapter 11 claims review process. Grace's revised estimated liability is based upon claims for which sufficient information was available. As Grace receives new information and continues its claims evaluation process, its estimated liability may change materially. Grace's liability for this matter is included in "liabilities subject to compromise" as of December 31, 2003.

See Note 14 to the Consolidated Financial Statements for a background description of Grace's Vermiculite and Non-Vermiculite Related Matters.

**Postretirement Benefits**

Grace provides certain health care and life insurance benefits for retired employees, a large majority of which pertain to retirees of previously divested businesses. These plans are unfunded, and Grace pays the costs of benefits under these plans as they are incurred. Effective January 1, 2002, Grace's postretirement medical plan was amended to increase the contribution required to be paid by the retirees to a minimum of 40% of the calculated premium. Also, during 2002, per capita costs under the retiree medical plans exceeded caps on the amount Grace is required to contribute under a 1993 amendment to the plan. As a result, for 2003 and future years, retirees will bear 100% of any increase in premium costs. Grace's share of benefits under this program was $12.6 million during 2003, compared with $21.5 million in 2002. Grace's recorded liability for postretirement benefits of $134.3 million at December 31, 2003 is stated at net present value discounted at 6.25%. The continuing payment of these benefits has been approved by the Bankruptcy Court; however, the program would still be subject to the terms of a Chapter 11 reorganization plan.

**Tax Matters**

The net deferred tax asset was $581.1 million and $563.4 million as of December 31, 2003 and 2002, respectively. Based upon anticipated future results, Grace has concluded that it is more likely than not that the balance of the net deferred tax assets (including the valuation allowance) will be realized. Because of the nature of the items that make up this balance, the realization period is likely to extend over a number of years and the outcome of the Chapter 11 process could materially impact the realization period.

See Note 14 to the Consolidated Financial Statements for a discussion of Grace's other tax-related contingencies.

**Other Contingencies**

See Note 14 to the Consolidated Financial Statements for a discussion of Grace's other contingent matters.

**Liquidity and Capital Resources**

**Cash Resources and Available Credit Facilities**

At December 31, 2003, Grace had $400.0 million in cash and cash-like assets on hand ($309.2 million in cash and cash equivalents and $90.8 million in cash value of life insurance). In addition, Grace had access to committed credit facilities aggregating $250.0 million under the DIP facility, of which $215.9 million (net of borrowings, letters of credit, and holdback provisions) was available at December 31, 2003. The term of the DIP facility expires April 1, 2006. Grace believes that these funds and credit facilities will be sufficient to finance its business strategy while in Chapter 11.

**Cash Flow**

| Core Operations | December 31, | | |
|---|---|---|---|
| (In millions) | 2003 | 2002 | 2001 |
| **Cash flows:** | | | |
| Pre-tax operating income | $ 148.7 | $ 180.8 | $ 187.5 |
| Depreciation and amortization ............. | 102.9 | 94.9 | 89.2 |
| **Pre-tax earnings before depreciation and amortization.....** | 251.6 | 275.7 | 276.7 |
| Working capital and other changes........... | (63.4) | 24.1 | (50.6) |
| **Cash flow before investing ................** | 188.2 | 299.8 | 226.1 |
| Capital expenditures ..... | (86.4) | (91.1) | (62.9) |
| Businesses acquired...... | (26.9) | (28.5) | (84.4) |
| **Net cash flow from core operations ...............** | $ 74.9 | $ 180.2 | $ 78.8 |

Grace's net cash flow from core operations before investing decreased due to lower pre-tax operating income and increased investment in working capital and other items. The lower pre-tax operating income in 2003 resulted primarily from higher costs for pensions, certain raw materials, and natural gas. The increased investment in working capital and other items was due to a shift in regional sales mix outside North America where standard terms of sale are longer and advanced purchasing of key raw materials is often necessary. Capital expenditures were consistent year-over-year with a substantial portion of these expenditures directed toward the business segments for routine capital replacements and construction of new catalyst production capacity at the Lake Charles, Louisiana site.

Grace expects to continue to invest excess cash flow and/or other available capital resources in its core business base. These investments are likely to be in the form of added plant capacity, product line extensions and geographic market expansions, and/or acquisitions

for similar strategic purposes. Investments that are outside the ordinary course of business may be subject to Bankruptcy Court approval and Chapter 11 creditor committee review.

| Noncore Activities (In millions) | December 31, | | |
|---|---|---|---|
| | 2003 | 2002 | 2001 |
| **Cash flows:** | | | |
| Pre-tax (loss) income from noncore activities.. | $   (190.1) | $   (74.5) | $   3.0 |
| Non-cash charges............. | 189.2 | 81.1 | 6.4 |
| Cash spending for: | | | |
| Asbestos-related litigation, net of insurance recovery....... | 2.8 | (2.3) | (30.8) |
| Environmental remediation................... | (11.2) | (20.8) | (28.9) |
| Postretirement benefits .. | (12.6) | (21.5) | (22.3) |
| Retained obligations and other...................... | (1.3) | (4.5) | (9.1) |
| **Net cash outflow for noncore activities ......** | $   (23.2) | $   (42.5) | $   (81.7) |

Expenditures for environmental remediation were lower in 2003, due partly to Grace's Chapter 11 proceedings and partly to the completion of remediation work on certain sites. Postretirement benefit payments were also lower in 2003 due to changes in cost sharing under retiree medical plans. Payments for retained obligations of divested businesses and other contingencies were lower in 2003 due to the stay of litigation and to the one-time nature of these matters. These cash outflows were partially offset by asbestos-related cash inflows where insurance proceeds exceeded continuing administrative costs of claims administration.

See the "Consolidated Statements of Cash Flows" included in the Consolidated Financial Statements for investing and financing activities for the years ended December 31, 2003, 2002 and 2001.

## Life Insurance

Grace is the beneficiary of life insurance policies on certain current and former employees with a net cash surrender value of $90.8 million at December 31, 2003. This net cash surrender value is composed of $478.5 million in policy gross cash value offset by $387.7 million of policy loans. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flows (primarily tax-free) over an extended period. Certain of these policies are of the type that has received recent judicial and legislative attention including proposals to tax benefit proceeds under certain circumstances. Pending rulings and proposed reforms could adversely affect the availability of these policies as a funding source for Grace's noncore liabilities. Grace is

evaluating whether to continue the policies that may be affected by these developments or to terminate them for their cash value.

## Pension Benefits Under U.S. Qualified Plans

The decline in value of the U.S. and global equity markets from 2000-2002, coupled with a decline in interest rates during 2001 and 2002, created a shortfall between accounting measurements of Grace's obligations under certain of its qualified pension plans and the market value of dedicated pension assets. A balance sheet adjustment of $147.7 million was recorded (net of tax) to reduce shareholders' equity (deficit) at December 31, 2002, to recognize the pension shortfall and to fully reserve deferred pension losses. Market returns in 2003 (22.5% for Grace's domestic pension plan assets) and contributions of $48.5 million to underfunded domestic plans served to lower, but were not sufficient to eliminate this shortfall. The increase in pension assets over 2003 resulted in a balance sheet adjustment of $18.3 million to increase shareholders' equity (deficit) at December 31, 2003. The market returns experienced in 2003 are not fully recognized in 2003 under the deferral method of accounting required under generally accepted accounting principles. These gains, along with other differences between assumed and actual returns, will be recognized into earnings over a period ranging from 12-24 years. Grace has lowered its assumed return on plan assets for 2004 to 8.0%, down from 8.25% for 2003 and 9.0% for 2002. The new rate of return is comparable to the average long-term rate of return Grace has experienced since 1990.

Under ERISA, Grace will be required to make additional contributions to certain of its U.S. qualified pension plans in the future. The amount and timing of contributions could be affected by Grace's Chapter 11 proceedings.

F-47

**Debt and Other Contractual Obligations**

| Contractual Obligations Not Subject to Compromise | | | | |
|---|---|---|---|---|
| | Payments due by Period | | | |
| (In millions) | Total | Less than 1 Year | 1-3 Years | Thereafter |
| Operating commitments [1] ....... | $ 14.2 | $ 13.8 | $ 0.4 | $ -- |
| Debt............................ | 6.8 | 6.8 | -- | -- |
| Operating leases .......... | 67.1 | 16.7 | 33.4 | 17.0 |
| Capital leases .............. | 3.2 | 0.5 | 1.9 | 0.8 |
| Pension funding requirements per ERISA ..................... | 33.0 | 33.0 | -- | -- |
| **Total Contractual Cash Obligations ...** | **$124.3** | **$ 70.8** | **$ 35.7** | **$ 17.8** |

*(1) Amounts do not include open purchase commitments which are routine in nature and normally settle within 90 days.*

Total debt outstanding at December 31, 2003 was $557.1 million, including $49.0 million of accrued interest on pre-petition debt. As a result of the Filing, Grace is now in default on $501.3 million of pre-petition debt, which, together with accrued interest thereon, has been included in "liabilities subject to compromise" as of December 31, 2003. The automatic stay provided under the Bankruptcy Code prevents Grace's lenders from taking any action to collect the principal amounts as well as related accrued interest. However, Grace will continue to accrue and report interest on such debt during the Chapter 11 proceedings unless further developments lead management to conclude that it is probable that such interest will be compromised.

See Note 14 to the Consolidated Financial Statements for a discussion of financial assurances.

---

**Inflation**

---

The financial statements are presented on a historical cost basis and do not fully reflect the impact of prior years' inflation. While the U.S. inflation rate has been modest for several years, Grace operates in international economies with both inflation and currency risks. The ability to pass on inflation costs is an uncertainty due to general economic conditions and competitive situations. The cost of replacing Grace's property and equipment today is estimated to be greater than its historical cost. Accordingly, depreciation expense would be greater if the expense were stated on a current cost basis.

---

**Accounting Pronouncements**

---

See Note 1 of Consolidated Financial Statements for a discussion of recent accounting pronouncements and their effect on Grace.

---

**Forward-Looking Statements**

---

The forward-looking statements contained in this document are based on current expectations regarding important risk factors. Actual results may differ materially from those expressed. In addition to the uncertainties referred to in Management's Discussion and Analysis of Results of Operations and Financial Condition, other uncertainties include: the impact of worldwide economic conditions; pricing of both Grace's products and raw materials; customer outages and customer demand; factors resulting from fluctuations in interest rates and foreign currencies; the impact of competitive products and pricing; the continued success of Grace's process improvement initiatives; the impact of tax, legislation and other regulations in the jurisdictions in which Grace operates; and developments in and the outcome of the Chapter 11 proceedings discussed above. Also, see "Introduction and Overview – Projections and Other Forward-Looking Information" in Item 1 of Grace's current Annual Report on Form 10-K.

# W. R. GRACE & CO. AND SUBSIDIARIES
## VALUATION AND QUALIFYING ACCOUNTS AND RESERVES
*(In millions)*

### For the Year 2003

| Description | Balance at beginning of period | Additions/(deductions) | | Balance at end of period |
| --- | --- | --- | --- | --- |
| | | Charged/ (credited) to costs and expenses | Other net [1] | |
| **Valuation and qualifying accounts deducted from assets:** | | | | |
| Allowances for notes and accounts receivable ................ | $    5.4 | $    0.9 | $    -- | $    6.3 |
| Allowances for long-term receivables ............................... | 0.8 | (0.1) | -- | 0.7 |
| Valuation allowance for deferred tax assets ...................... | 152.5 | 15.8 | -- | 168.3 |
| **Reserves:** | | | | |
| Reserves for retained obligations of divested businesses .. | $   55.3 | $    -- | $    1.7 | $   57.0 |

### For the Year 2002

| Description | Balance at beginning of period | Additions/(deductions) | | Balance at end of period |
| --- | --- | --- | --- | --- |
| | | Charged/ (credited) to costs and expenses | Other net [2] | |
| **Valuation and qualifying accounts deducted from assets:** | | | | |
| Allowances for notes and accounts receivable ................ | $    7.6 | $   (2.2) | $    -- | $    5.4 |
| Allowances for long-term receivables ............................... | 0.6 | 0.2 | -- | 0.8 |
| Valuation allowance for deferred tax assets ...................... | 158.0 | (5.5) | -- | 152.5 |
| **Reserves:** | | | | |
| Reserves for retained obligations of divested businesses .. | $   80.5 | $    -- | $ (25.2) | $   55.3 |

### For the Year 2001

| Description | Balance at beginning of period | Additions/(deductions) | | Balance at end of period |
| --- | --- | --- | --- | --- |
| | | Charged/ (credited) to costs and expenses | Other net [1] | |
| **Valuation and qualifying accounts deducted from assets:** | | | | |
| Allowances for notes and accounts receivable ................ | $    4.4 | $    3.2 | $    -- | $    7.6 |
| Allowances for long-term receivables ............................... | 0.8 | (0.2) | -- | 0.6 |
| Valuation allowance for deferred tax assets ...................... | 179.1 | (21.1) | -- | 158.0 |
| **Reserves:** | | | | |
| Reserves for retained obligations of divested businesses .. | $   78.1 | $    -- | $    2.4 | $   80.5 |

*(1) Various miscellaneous adjustments against reserves established for divested business.*

*(2) $25.2 million represents net spending offset by a reclass of an $18.0 million tax receivable relating to Grace's divested packaging business.*

Exhibit 12

## W. R. GRACE & CO. AND SUBSIDIARIES
### COMPUTATION OF RATIO OF EARNINGS TO FIXED CHARGES AND COMBINED FIXED CHARGES AND PREFERRED STOCK DIVIDENDS [1]
( In millions, except ratios)
(Unaudited)

| | Years Ended December 31, [2] | | | | |
|---|---|---|---|---|---|
| | 2003 [3] | 2002 [4] | 2001 | 2000 [5] | 1999 |
| Net (loss) income from continuing operations............... | $ (55.2) | $ 22.1 | $ 78.6 | $ (89.7) | $ 130.2 |
| (Benefit from) provision for income taxes..................... | (12.3) | 38.0 | 63.7 | 70.0 | 73.2 |
| Minority interest in income (loss) of majority owned subsidiaries................................................................ | 1.2 | (2.2) | (3.7) | -- | -- |
| Equity in unremitted losses (earnings) of less than 50%-owned companies ............................................... | 0.7 | 0.1 | -- | (0.5) | (0.2) |
| Interest expense and related financing costs, including amortization of capitalized interest ............................ | 17.5 | 22.3 | 39.5 | 30.6 | 18.8 |
| Estimated amount of rental expense deemed to represent the interest factor................................................... | 5.1 | 4.9 | 4.7 | 4.7 | 5.2 |
| (Loss) income as adjusted ............................... | $ (43.0) | $ 85.2 | $ 182.8 | $ 15.1 | $ 227.2 |
| Combined fixed charges and preferred stock dividends: Interest expense and related financing costs, including capitalized interest ................................... | $ 18.0 | $ 21.8 | $ 36.6 | $ 29.1 | $ 17.0 |
| Estimated amount of rental expense deemed to represent the interest factor............................... | 5.1 | 5.0 | 4.7 | 4.7 | 5.2 |
| Fixed charges................................................. | 23.1 | 26.8 | 41.3 | 33.8 | 22.2 |
| Combined fixed charges and preferred stock dividends . | $ 23.1 | $ 26.8 | $ 41.3 | $ 33.8 | $ 22.2 |
| Ratio of earnings to fixed charges ................................ | [6] | 3.18 | 4.43 | [6] | 10.23 |
| Ratio of earnings to combined fixed charges and preferred stock dividends ...................................... | [6] | 3.18 | 4.43 | [6] | 10.23 |

(1)  Grace's preferred stocks were retired in 1996.

(2)  Certain amounts have been restated to conform to the 2003 presentation.

(3)  Amounts include $172.5 million for pre-tax charges to adjust Grace's estimated liability for environmental remediation and asbestos-related property damage.

(4)  Amounts contain a provision for non-operating environmental remediation of $70.7 million.

(5)  Includes a pre-tax provision of $208.0 million for asbestos-related liabilities net of insurance coverage.  The provision for income taxes includes a $75.0 million charge for tax and interest relating to tax deductibility of interest on corporate-owned life insurance policy loans.

(6)  As a result of the losses incurred for the years ended December 31, 2003 and 2000, Grace was unable to fully cover the indicated fixed charges (a shortfall of $66.1 million and $18.7 million, respectively).

## W. R. GRACE & CO. AND SUBSIDIARIES
### REPORT ON INTERNAL CONTROLS AND PROCEDURES

General Statement Of Responsibility.

The management of Grace is responsible for the preparation, integrity and objectivity of the Consolidated Financial Statements and the other information included in this report. The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America and accordingly include certain amounts that represent management's best estimates and judgments. Actual amounts could differ from those estimates. Management maintains internal controls to assist it in fulfilling its responsibility for financial reporting. These internal controls consist of the control environment, risk assessment, control activities, information and communication, and monitoring. A chartered Disclosure Committee oversees Grace's public financial reporting process and key managers are required to confirm their compliance with Grace's policies and internal controls. While no system of internal controls can ensure elimination of all errors and irregularities, Grace's internal controls, which are reviewed and modified in response to changing conditions, have been designed to provide reasonable assurance that assets are safeguarded, policies and procedures are followed, transactions are properly executed and reported, and appropriate disclosures are made. The concept of reasonable assurance is based on the recognition that there are limitations in all systems of internal control and that the costs of such systems should not exceed their benefits.

Evaluation Of Disclosure Controls And Procedures.

As of December 31, 2003, Grace carried out an evaluation of the effectiveness of the design and operation of its disclosure controls and procedures pursuant to Rule 13a-15 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"). Based upon that evaluation, Grace's Chief Executive Officer and Chief Financial Officer concluded that the Company's disclosure controls and procedures are effective in ensuring that information required to be disclosed in the Company's periodic filings under the Exchange Act is accumulated and communicated to such officers to allow timely decisions regarding required disclosures. There was no significant change in the Company's internal control over financial reporting that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.