# EXHIBIT 1

Case 1:04-cv-11380-WGY    Document 151-2    Filed 02/23/2007    Page 1 of 4

|  |  |
|---|---|
|  | institute "real time" trading with respect to shares within the Grace Stock Fund. |
| April 14, 2003 | Reopen the Grace Stock Fund to execute participant orders to buy and sell shares allocated to their accounts, on a "real time" trading basis. |
| April 16, 2003 | Redirect to the Fixed Income Fund any payroll contributions directed by participants to the Grace Stock Fund. |
| April 17, 2003 | Cease all participant allocations to the Grace Stock Fund; but continue to permit participant allocations from the Grace Stock Fund. |

The Plan was further amended and restated, as set forth herein, effective January 1, 2003, to change the provisions of Sections 3.10 and 4.11, as agreed with the IRS, in order to receive a favorable IRS determination letter.

The Plan was further amended and restated, as set forth herein, effective December 8, 2003, to permit the Investment Committee to appoint an independent "investment manager", as defined by ERISA section 3(38), with respect to the Grace Stock Fund, and to provide the terms applicable to such appointment.

The Plan was further amended and restated, or set forth herein, effective January 1, 2004, to allow post-employment installment payments of up to 20 years, and to transfer to

- 128 -

authority and discretion to manage that portion of the assets of the Trust Fund comprising the Fixed Income Fund. In exercising the authority and discretion contained in this subsection, the Investment Committee and Investment Manager(s) shall be limited only to the extent provided in Section 5.01 for the investment of the Fixed Income Fund. The Investment Committee shall also have the authority to select and change the Investment Funds available hereunder. The Investment Committee shall not retain the authority to manage the Grace Stock Fund, to the extent that an Independent Investment Manager has been retained to manage that Fund, in accordance with Section 12.04(b).

(b)   The Investment Committee shall also have the authority to appoint one or more Independent Investment Managers who shall have the authority and discretion to manage the Grace Stock Fund, provided that any proceeds from Grace Stock sold from the Fund at the direction of the Independent Investment Manager shall be allocated to the Fixed Income Fund and the Independent Investment Manager shall not have any authority or discretion to manage those proceeds upon such allocation. Notwithstanding any other provision of the Plan to the contrary, during any such appointment, the Independent Investment Manager shall have the following authority and duties:

   (i)   the continuous authority and duty to determine the extent that the continued retention of shares of Grace Stock within

GR 001789

Case 1:04-cv-11380-WGY   Document 151-2   Filed 02/23/2007   Page 4 of 4
Case 1:04-cv-11380-WGY   Document 53   Filed 12/19/2005   Page 74 of 103

- 129 -

        the Grace Stock Fund is not consistent with the applicable provisions of the Employee Retirement Income Security Act ("ERISA"), and to take actions in this regard that it deems appropriate; including the authority to dispose of Grace Stock held within the Grace Stock Fund and to close the Grace Stock Fund to participant trading;

(ii) the authority to direct trades of Grace Stock through dealers or firms that it selects; and

(iii) the duty and authority to vote the Grace Stock within the Grace Stock Fund in a manner it decides is appropriate in its sole discretion, in the event of a tender offer (as defined in Section 17.01) or other event that would have substantially the same effect as a disposition of substantially all of the assets of Grace, but only to the extent it determines that failure to exercise such authority would be inconsistent with the applicable provisions of ERISA.

The Investment Committee shall also have the authority to amend the Trust, and enter into any other agreements it deems necessary to effectuate an appointment of an Independent Investment Manager for the Grace Stock Fund.

If any provision of this Plan is inconsistent with any provision of the Trust, as amended to effectuate the

GR 001790