**W. R. GRACE & COMPANY**
**COMPARATIVE CONSOLIDATED INCOME STATEMENT AND COMPREHENSIVE INCOME**
**Years Ended December 31, 2000 - 2002 and the LTM Period Ending September 30, 2003**
**($ in millions)**

| | LTM Ended 09/30/2003 | 9 Months Ended September 30 | | Years Ended December 31 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2003 | 2002 | 2002 | 2001 | 2000 |
| Net sales | $1,921 | $1,469 | $1,365 | $1,817 | $1,723 | $1,597 |
| Cost of goods sold | 1,258 | 963 | 854 | 1,149 | 1,079 | 974 |
| Gross profit | 664 | 506 | 511 | 668 | 644 | 624 |
| Selling, general and administrative expenses | 383 | 276 | 256 | 362 | 332 | 313 |
| Research and development expenses | 52 | 40 | 40 | 52 | 49 | 46 |
| Total selling, general and administrative expenses | 435 | 317 | 295 | 414 | 382 | 338 |
| EBITDA | 228 | 190 | 216 | 254 | 262 | 285 |
| Depreciation and amortization | 100 | 76 | 71 | 95 | 89 | 88 |
| Operating income | 128 | 114 | 145 | 160 | 173 | 177 |
| Other income (expense): | | | | | | |
| Interest expense and related financing costs | (17) | (12) | (15) | (20) | (37) | (28) |
| Provision for environmental remediation | (104) | (53) | (19) | (71) | (6) | (10) |
| Net pension expense | (25) | (40) | (15) | 0 | 0 | 0 |
| Provision for asbestos related litigation, net of insurance | 0 | 0 | 0 | 0 | 0 | (208) |
| Other income | 23 | 0 | 0 | 23 | 31 | 50 |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | 5 | 9 | 96 | 92 | 162 | (20) |
| Chapter 11 reorganization expenses, net | (20) | (12) | (21) | (30) | (16) | 0 |
| Provision for income taxes | (8) | (14) | (44) | (38) | (64) | (70) |
| Minority interest in consolidated entities | 1 | 0 | (2) | (2) | (4) | 0 |
| Net income (loss) | ($22) | ($17) | $28 | $22 | $79 | ($90) |
| Basic earnings per share: | | | | | | |
| Net income (loss) | ($0.48) | ($0.09) | $0.73 | $0.34 | $1.20 | ($1.34) |
| Diluted earnings per share: | | | | | | |
| Net income (loss) | ($0.48) | ($0.09) | $0.73 | $0.34 | $1.20 | ($1.34) |

Source: Audited financial statements.

## W. R. GRACE & COMPANY
### COMPARATIVE CONSOLIDATED BALANCE SHEET
As of December 31, 2000 - 2003 and the LTM Period Ending September 30, 2003
($ in millions)

| | 9/30/2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $300 | $283 | $191 | $192 |
| Accounts receivable | 362 | 311 | 302 | 197 |
| Inventories | 209 | 172 | 180 | 144 |
| Deferred income taxes | 40 | 28 | 23 | 99 |
| Asbestos related insurance expected to be realized within one year | 0 | 0 | 10 | 84 |
| Other current assets | 24 | 36 | 30 | 58 |
| Total current assets | 935 | 830 | 736 | 774 |
| Property and equipment, net | 635 | 621 | 589 | 602 |
| Goodwill | 70 | 65 | 56 | 34 |
| Cash value of life insurance policies expected to be realized within one year | 91 | 82 | 76 | 104 |
| Deferred income taxes | 567 | 567 | 503 | 178 |
| Asbestos related insurance expected to be realized after one year | 272 | 284 | 388 | 288 |
| Other assets, net | 255 | 240 | 276 | 394 |
| **TOTAL ASSETS** | $2,822 | $2,688 | $2,518 | $2,585 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | |
| **Liabilities not subject to compromise** | | | | |
| **Current Liabilities** | | | | |
| Debt payable within one year | $11 | $3 | $6 | $418 |
| Accounts payable | 109 | 98 | 86 | 118 |
| Income taxes payable | 13 | 11 | 14 | 123 |
| Asbestos related liability expected to be satisfied within one year | 0 | 0 | 0 | 178 |
| Other current liabilities | 131 | 130 | 126 | 236 |
| Total current liabilities | 264 | 243 | 233 | 1,093 |
| Deferred income taxes | 34 | 31 | 21 | 20 |
| Asbestos related liability expected to be satisfied after one year | 0 | 0 | 0 | 928 |
| Other liabilities | 312 | 301 | 95 | 616 |
| Total liabilities not subject to compromise | 611 | 575 | 349 | 2,656 |
| Liabilities subject to compromise | 2,385 | 2,335 | 2,312 | 0 |
| Total Liabilities | 2,996 | 2,910 | 2,660 | 2,656 |
| **Shareholder equity** | | | | |
| Common stock | 1 | 1 | 1 | 1 |
| Treasury stock | (136) | (137) | (137) | (136) |
| Additional paid in capital | 432 | 433 | 433 | 432 |
| Retained earnings | (121) | (116) | (138) | (216) |
| Accumulated other comprehensive loss | (350) | (403) | (301) | (152) |
| Total shareholder equity (deficit) | (174) | (222) | (142) | (71) |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | $2,822 | $2,688 | $2,518 | $2,585 |
| Working Capital | $671 | $587 | $503 | $(319) |
| Current Ratio | 3.5 | 3.4 | 3.2 | 0.7 |

Source: Audited financial statements

**W. R. GRACE & COMPANY**
**COMPARATIVE CONSOLIDATED CASH FLOW STATEMENT**
**For the Periods of December 31, 2000 – 2002 and the LTM Period Ending September 30, 2003**
($ in millions)

| | 9 Months Ended 09/30/2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|
| Cash flows from operating activities: | | | | |
| Income (loss) from Chapter 11 expenses, income taxes, and minority interest | $20 | $92 | $162 | ($20) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | | | |
| Depreciation and amortization | 76 | 95 | 89 | 88 |
| Interest accrued on pre-petition debt subject to compromise | 9 | 15 | 23 | 0 |
| Gain on sales of investments | 9 | 0 | 0 | (9) |
| Gain on disposal of assets | 1 | (1) | (2) | (6) |
| Loss on disposal of assets | 53 | 0 | 0 | 0 |
| Provision for environmental remediation | 0 | 71 | 6 | 10 |
| Provision for asbestos related litigation, net of insurance | 0 | 0 | 0 | 208 |
| Income from life insurance policies, net | (4) | (5) | (5) | (6) |
| Changes in assets and liabilities, excluding effect of businesses acquired/divested and foreign currency translation: | | | | |
| Decrease (increase) in working capital items | (56) | 23 | (61) | (29) |
| Contributions to defined benefit pension plans | (33) | 0 | 0 | 0 |
| Increase in accounts receivable due to termination of securitization program | 0 | 0 | 0 | (115) |
| Expenditures for environmental remediation | (8) | (13) | (65) | (282) |
| Proceeds from asbestos related insurance | 11 | 79 | 0 | 86 |
| Expenditures for retained obligations of divested businesses | (7) | (20) | (25) | (37) |
| Expenditures for postretirement benefits | (9) | (22) | (22) | (37) |
| Net expenditures for retained obligations of discontinued operations | (3) | (5) | (13) | (35) |
| Changes in accruals and other non-cash items | 45 | 15 | 7 | (51) |
| Net cash provided by (used for) operating activities before income taxes and Chapter 11 reorganization expenses | 95 | 254 | 54 | (115) |
| Chapter 11 reorganization expenses paid, net | (14) | (27) | (12) | (12) |
| Income taxes paid, net of refunds | (16) | (32) | (28) | (28) |
| Net cash provided by operating activities | 64 | 195 | 15 | (144) |
| Cash flows from investing activities: | | | | |
| Capital expenditures | (66) | (91) | (63) | (65) |
| Businesses acquired in purchase transactions, net of cash acquired | (6) | (29) | (84) | (69) |
| Investments in life insurance policies | (11) | (16) | (18) | (30) |
| Proceeds from life insurance policies | 10 | 19 | 18 | 19 |
| Proceeds from sales of investments | 0 | 0 | 0 | 0 |
| Proceeds from disposals of assets | 4 | 5 | 8 | 12 |
| Net cash used in investing activities | (67) | (111) | (131) | (94) |
| Cash flows from financing activities: | | | | |
| Proceeds from loans secured by cash value of life insurance, net of repayments | 0 | (3) | 34 | (5) |
| Borrowings under credit facilities, net of repayments | 0 | (3) | 94 | 311 |
| Borrowings under debtor in possession facility, net of fees | 7 | 19 | 72 | 0 |
| Repayments of term debt | (3) | 0 | 0 | 0 |
| Repayments of borrowings under debtor in possession facility | 0 | (20) | (75) | (25) |
| Exercise of stock options | 0 | 0 | 0 | 6 |
| Purchase of treasury stock | 0 | 0 | (1) | (47) |
| Net cash provided by (used in) financing operations | 1 | (9) | 123 | 240 |
| Effect of currency exchange rate changes on cash and cash equivalents | 19 | 16 | (7) | (10) |
| Net Increase (Decrease) in Cash and Cash Equivalents | $16 | $92 | 50 | (35) |
| Cash and cash equivalents at beginning of year | 283.6 | 191 | 192 | 200 |
| Cash and cash equivalents at end of year | $300 | $283 | $191 | $192 |

Source: Audited financial statements.

# Albemarle Corporation (ALB)



## January 22, 2003 – January 22, 2004

ALB  Daily

Volume

Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec  04

©BigCharts.com

1-22/04
31
30
29
28
27
26
25
24
23
22

800
600
400
200
0

Thousands

## Business Overview

Albemarle Corporation, incorporated in November 1993, is a global manufacturer of specialty polymer and fine chemicals. Most of its products are additives to or intermediates for plastics, polymers and elastomers, cleaning products, personal care products, agricultural compounds, pharmaceuticals, photographic chemicals, drilling compounds, ceramics, refractories, paper processing, paints and coatings and biocides. Albemarle has two operating segments: polymer chemicals and fine chemicals. The polymer chemicals' operating segment consists of a broad range of chemicals including flame retardants, catalysts and polymer additives. The fine chemicals' operating segment is comprised of agrichemicals, pharmachemicals, fine chemistry services and intermediates and performance chemicals product areas. Most sales of the Company's products are made directly to manufacturers of these products, including chemical and polymer companies, pharmaceutical companies, agricultural companies and drilling companies and water treatment companies.

## LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $1,067 |
| Enterprise Value ("EV"): | $1,452 |
| EBITDA: | $179.7 |
| EV / Revenue: | 1.36x |
| EV / EBITDA: | 8.1x |

## Recent Developments

- **December 4, 2003:** Albemarle's CEO announced that the Company will make acquisitions that will add as much as $500 million of sales over the next two years.

- **October 21, 2003:** The Company reported 3Q03 net income, excluding special items, of $14.7 million, down 28% from 3Q02; sales increased 2% on 2003 acquisitions during this same period.

**DUFF & PHELPS, LLC**

# Cabot Corporation (CBT)



CBT Daily ▬

January 22, 2003 – January 22, 2004

Volume ▬

©BigCharts.com

Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec 04

1/22/04

34
32
30
28
26
24
22
20

1
0.5
0

Millions

## Business Overview

Cabot Corporation, incorporated in 1960, has businesses in specialty chemicals, performance materials and specialty fluids. The Company's Chemical Businesses primarily produce carbon black, fumed metal oxides, inkjet colorants and aerogels. The Performance Materials segment produces tantalum, niobium and their alloys for the electronic materials and refractory metals industries. The Specialty Fluids segment produces cesium formate as a drilling and completion fluid for use in high-pressure and high-temperature oil and gas well operations. In February 2002, Cabot purchased a 50% interest in Showa Cabot Supermetals KK (SCSM) in Japan from its joint venture partner, Showa Denko KK. The acquisition of SCSM expanded the capacity of the Company's tantalum business.

## LTM Financial Summary

|  | ($ in millions) |
|---|---|
| LTM Revenue: | $1,795 |
| Enterprise Value ("EV"): | $2,283 |
| EBITDA: | $297.0 |
| EV / Revenue: | 1.27x |
| EV / EBITDA: | 7.7x |

## Recent Developments

• **December 16, 2003:** Cabot Corporation announced that 4Q03 earnings were $28 million rather than $25 million as previously reported. The increase came from an adjustment to foreign currency revaluation of a previously recorded tax liability.

• **July 23, 2003:** The Company announced a net loss of $5 million for the quarter ending June 30, 2003, compared to a profit of $19 million for the same quarter a year earlier; sales increased 20%. The net loss is the result of weak economic conditions and high costs.

# Cytec Industries, Inc. ("CYT")



## Business Overview

Cytec Industries Inc. is a specialty chemicals and specialty materials company that focuses on value-added products. The Company operates in four segments: water and industrial process chemicals, performance products, specialty materials and building-block chemicals. Water and industrial process chemicals includes water-treating chemicals, mining chemicals and phosphine chemicals, and, before November 2000, included paper chemicals. Performance products includes coating chemicals, performance chemicals and polymer additives. Specialty materials includes advanced composites and adhesives. Cytec has a 50% interest in each of two unconsolidated associated companies, CYRO Industries and Mitsui Cytec, and a one-third interest in PolymerAdditives.com LLC. In August 2003, the Company completed the acquisition of substantially all of the assets and liabilities of the Metal Extractant Products (MEP) and Intermediate & Stabilizers (I&S) businesses of Avecia Investments Limited.

## LTM Financial Summary

|  | ($ in millions) |
| --- | --- |
| LTM Revenue: | $1,454 |
| Enterprise Value ("EV"): | $1,616 |
| EBITDA: | $236.6 |
| EV / Revenue: | 1.11x |
| EV / EBITDA: | 6.8x |

## Recent Developments

- **October 16, 2003:** Cytec Industries announced that 3Q03 net earnings were $22.1 million, a 30% decrease from 3Q02, while sales were $333 million, a 11% increase from 3Q02.

- **August 1, 2003:** The Company announced it has completed its previously announced acquisition of all the assets and liabilities of two chemical businesses of Avecia Investments.

# Eastman Chemical Company (EMN)

## January 22, 2006 — January 22, 2004



EMN Daily ■

Volume ■

Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec 04

©BigCharts.com

1-22-04
42
40
38
36
34
32
30
28
26

Millions
4
3
2
1
0

## Business Overview

Eastman Chemical Company is a global chemical company engaged in the manufacture and sale of chemicals, plastics and fibers. The Company's products and operations are divided into two operating segments: Eastman Division (consisting of the coatings, adhesives, specialty polymers and inks (CASP) segment; the performance chemicals and intermediates (PCI) segment, and the specialty plastics (SP) segment), and the Voridian Division (consisting of the polymers segment and the fibers segment). Eastman produces polyethylene terephthalate (PET) polymers for packaging and supplies raw materials for paints and coatings, inks and graphic arts, adhesives, textile sizes and other formulated products, as well as of cellulose acetate fibers. The Company's headquarters and largest manufacturing site are located in Kingsport, Tennessee. Eastman Chemical has 41 manufacturing sites in 17 countries that supply major chemicals, fibers and plastics products to customers worldwide.

## LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $5,681 |
| Enterprise Value ("EV"): | $5,188 |
| EBITDA: | $549.0 |
| EV / Revenue: | 0.91x |
| EV / EBITDA: | 9.4x |

## Recent Developments

• **October 23, 2003:** Eastman Chemical announced 3Q03 EPS, excluding special items, was $0.26 verses $0.30 for 3Q02, a 13% decrease; sales grew 5% to $1.37 billion. Earnings per share fell in the third quarter because of high raw material and energy costs.

• **October 3, 2003:** The Company announced it will cut 600 jobs and write down the value of assets at a cost of $750 million amid lower product prices and higher raw material costs. The total workforce will be cut 3.8% over the next six to nine months.

**DUFF&PHELPS, LLC**

# Engelhard Corporation (EC)



January 22, 2003 – January 22, 2004

EC Daily —

Volume —

©BigCharts.com

## Business Overview

Engelhard Corporation develops, manufactures and markets technology-based performance products and engineered materials for a wide spectrum of industrial customers. The Company has four business segments: Environmental Technologies, Process Technologies, Appearance and Performance Technologies and Materials Services. The Environmental Technologies segment markets cost-effective compliance with environmental regulations enabled by sophisticated emission-control technologies and systems. The Process Technologies segment supplies advanced chemical-process catalysts, additives and sorbents. The Appearance and Performance Technologies segment provides pigments, effect materials and performance additives that enable its customers to market enhanced image and functionality in their products. The Materials Services segment serves the Company's technology segments, their customers and others with precious and base metals and related services.

## LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $3,586 |
| Enterprise Value ("EV"): | $4,045 |
| EBITDA: | $398.1 |
| EV / Revenue: | 1.13x |
| EV / EBITDA: | 10.2x |

## Recent Developments

• **October 23, 2003:** Engelhard Corporation announced that 3Q03 earnings were $59.8 million compared to $60.6 million in the same period of 2002, a 1.3% decrease; 3Q sales were $915 million compared to $859 million a year ago, a 7% increase. These results were in line with the current range of estimates.

• **July 29, 2003:** The Company announced 2Q03 net earnings were $54.0 million compared to $60.1 million for the same period a year ago, a 10% decrease; sales fell 5% to $929 million.

**DUFF & PHELPS, LLC**

# Ferro Corporation (FOE)

## January 22, 2003 – January 22, 2004



FOE Daily

©BigCharts.com

## Business Overview

Ferro Corporation is a global producer of performance materials sold to various manufacturers in approximately 30 markets worldwide. The Company applies certain core scientific expertise in organic chemistry, inorganic chemistry, polymer science and material science to develop coatings for ceramics and metal; materials for passive electronic components; pigments; enamels, pastes and additives for the glass market; specialty plastic compounds and colors; polymer additives; specialty chemicals for the pharmaceuticals and electronics markets, as well as active ingredients and high-purity carbohydrates for pharmaceutical formulations. Ferro's products are classified as performance materials rather than commodities, because they are formulated to perform specific and important functions both in the manufacturing processes and in the finished products of its customers. The Company's performance materials require a high degree of technical service on an individual customer basis.

## LTM Financial Summary

($ in millions)

| | |
|---|---|
| **LTM Revenue:** | $1,581 |
| **Enterprise Value ("EV"):** | $1,621 |
| **EBITDA:** | $156.8 |
| **EV / Revenue:** | 1.02x |
| **EV / EBITDA:** | 10.3x |

## Recent Developments

- **October 28, 2003:** Ferro Corporation announced that 3Q03 revenue increased 2.1% from $388.8 million in 3Q02 to $397.0 million in 3Q03; the Company also reported earnings, excluding special items, of $8.2 million for 3Q03 compared to $13.6 million for 3Q02, a 40% decrease.

- **October 15, 2003:** The Company announced that it has amended its five-year bank credit agreement, which will provide increased financial flexibility to the Company; total debt was decreased by $17 million.

DUFF & PHELPS, LLC

# H. B. Fuller Company (FUL)



FUL Daily

**January 22, 2003 - January 22, 2004**

©BigCharts.com

## Business Overview

H.B. Fuller Company is a worldwide manufacturer and marketer of adhesives and specialty chemical products, with operations in 36 countries in North America, Europe, Latin America and the Asia/Pacific region. The Company's operation is divided into two segments: the Global Adhesives segment, which is comprised of industrial and performance adhesives products for applications in various markets, including assembly, packaging, converting, nonwoven, automotive, graphic arts and footwear, and the Full-Valu/Specialty segment, which produces and supplies specialty chemical products for a variety of applications, such as ceramic tile application; heating, ventilation and air-conditioning; insulation; powder coatings; appliances and lawn and garden equipment; specialty hot-melt products; consumer products and windows market applications, and liquid paint sold through retail outlets in Central America.

## LTM Financial Summary

($ in millions)

| | |
|---|---|
| **LTM Revenue:** | $1,271 |
| **Enterprise Value ("EV"):** | $1,026 |
| **EBITDA:** | $138.3 |
| **EV / Revenue:** | 0.81x |
| **EV / EBITDA:** | 7.4x |

## Recent Developments

• **September 23, 2003:** H.B. Fuller announced 3Q03 revenue was $322.1 million, which was a 2.6% increase from 3Q02 revenue; net income during this same period was $11.8 million in 3Q03 compared to $13.1 million in 3Q02, a 10% decrease.

• **June 24, 2003:** The Company announced 2Q03 revenue was $324.5 million, a 1.6% increase from 2Q02; net income during this same period, excluding special items, was $12.3 million in 2Q03 compared to $12.0 million in 2Q02, a 2.5% increase.

DUFF & PHELPS, LLC

# Great Lakes Chemical Corporation (GLK)

## January 22, 2003 - January 22, 2004



GLK Daily

©BigCharts.com

Volume

## Business Overview

Great Lakes Chemical Corp., incorporated in 1933, is a customer-focused supplier of specialty chemical solutions and consumer products. The Company serves customers and markets through a global network of integrated sales, production, research, technical service and distribution facilities. Great Lakes is organized into three global business units: polymer additives, performance chemicals and water treatment. On February 20, 2002, the Company announced that its subsidiary, OSCA, Inc., entered into a definitive merger agreement with BJ Services Company. Under the terms of the agreement, BJ Services acquired all of the outstanding shares of OSCA, including Great Lakes' 53.2% holding. The transaction closed in May 2002.

## LTM Financial Summary

|  | ($ in millions) |
|---|---|
| LTM Revenue: | $1,453 |
| Enterprise Value ("EV"): | $1,613 |
| EBITDA: | $162.9 |
| EV / Revenue: | 1.11x |
| EV / EBITDA: | 9.9x |

## Recent Developments

- **December 4, 2003:** Great Lakes Chemical Corporation announced that its board of directors declared a regular quarterly dividend of $0.095, an increase of 5.5%.

- **October 21, 2003:** The Company announced that 3Q03 net sales from continuing operations was $375.3 million compared to $360.6 million in 3Q02, a 4% increase; net earnings, excluding special items, during this same period was a loss of $0.4 million for 3Q03 compared to income of $12.8 million for 3Q02.

DUFF&PHELPS, LLC

## W.R. GRACE & CO.
## COMPARABLE COMPANY ANALYSIS
### January 22, 2004

| Company | Price | Equity Mkt Value | Total Capital* | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBEMARLE CORP (ALB) | $30.30 | $1,246 | $1,452 | 6.1% | -5.7% | 15.4% | -2.2% | 8.5% | 17.1x | 17.3x | 2.1x | 8.1x | 7.0x | 14.8x | 12.9% | 14.5% | 8.6% | 10.5x | 1.36x |
| CABOT CORP (CBT) | 30.32 | 1,887 | 2,283 | 4.5 | 9.6 | 22.6 | -1.4 | 12.0 | 18.4 | 16.0 | 1.7 | 7.7 | 7.0 | 14.1 | 11.4 | 12.7 | 8.2 | 9.4 | 1.27x |
| CYTEC INDUSTRIES INC (CYT) | 36.54 | 1,425 | 1,616 | -2.3 | 14.9 | 23.0 | -8.0 | 8.0 | 15.3 | 14.1 | 2.0 | 6.8 | 6.0 | 11.1 | -0.2 | 13.5 | 9.8 | 11.3 | 1.11x |
| EASTMAN CHEMICAL CO (EMN) | 39.26 | 3,032 | 5,188 | 5.0 | -15.8 | 42.2 | -2.7 | 7.0 | NM | 23.1 | 3.1 | 9.4 | 7.3 | NM | 13.5 | 15.7 | 2.1 | 5.7 | 0.91x |
| ENGELHARD CORP (EC) | 29.06 | 3,646 | 4,045 | -5.8 | -4.2 | 11.6 | -1.0 | 10.0 | 16.7 | 15.6 | 3.0 | 10.2 | 8.3 | 15.0 | 19.5 | 9.9 | 13.9 | 14.7 | 1.13x |
| FERRO CORP (FOE) | 26.39 | 1,090 | 1,621 | 12.9 | -9.0 | 33.5 | -1.6 | 10.0 | NM | 22.4 | 2.1 | 10.3 | 8.4 | 16.8 | 5.4 | 23.2 | 5.1 | 7.9 | 1.02x |
| FULLER (H. B.) CO (FUL) | 28.55 | 812 | 1,026 | -3.0 | -4.8 | 19.6 | -3.9 | 9.0 | 18.1 | 16.3 | 1.7 | 7.4 | 6.7 | 12.2 | 9.7 | 11.3 | 8.8 | 8.8 | 0.81x |
| GREAT LAKES CHEMICAL CORP (GLK) | 26.56 | 1,341 | 1,613 | 2.8 | 1.9 | 24.6 | -10.0 | 8.0 | 28.0 | 31.2 | 1.8 | 9.9 | 8.2 | 22.1 | 6.3 | 4.0 | 5.2 | 3.5 | 1.11x |
| Highest | | 3,646 | 5,188 | 12.9 | 14.9 | 42.2 | -1.0 | 12.0 | 28.0 | 31.2 | 3.1 | 10.3 | 8.4 | 22.1 | 19.5 | 23.2 | 13.9 | 14.7 | 1.36x |
| Lowest | | 812 | 1,026 | -5.8 | -15.8 | 11.6 | -10.0 | 7.0 | 15.3 | 14.1 | 1.7 | 6.8 | 6.0 | 11.1 | -0.2 | 4.0 | 2.1 | 3.5 | 0.81x |
| Mean | | 1,810 | 2,355 | 2.5 | -1.6 | 24.0 | -3.9 | 9.1 | 18.9 | 19.5 | 2.2 | 8.7 | 7.3 | 15.2 | 9.8 | 13.5 | 7.6 | 9.0 | 1.09x |
| Median | | 1,383 | 1,618 | 3.6 | -4.5 | 22.8 | -2.5 | 8.8 | 17.6 | 16.8 | 2.0 | 8.8 | 7.2 | 14.8 | 10.5 | 13.6 | 8.1 | 9.1 | 1.11x |
| Dow Jones Industrial Average | $10,623.20 | $8,318.73 | 27.7% | 54.50 | NA | 61.13 | | | 21.0 | | NA | | | | 18.7 | | | | |
| S&P 500 | 1,143.94 | 878.36 | 30.2 | -4.5 | NA | 8.8 | | | 18.9 | | NA | | | | 18.7 | | | | |

\* Total capital equals the sum of the market value of common equity, the book value of total debt, preferred stock, and minority interest.

Note: Projected results exclude amortization of goodwill; historical results include amortization of goodwill, if any, as reported.

Source: Standard & Poor's Compustat Services, Inc., Duff & Phelps, LLC and First Call Corporation.

**W.R. GRACE & CO.**
**COMPARABLE COMPANY ANALYSIS**
**FINANCIAL PROFILE**
(In millions, except per share data)
January 22, 2004

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Common Stock Data** | | | | | | | | | |
| Common Stock Price | $30.30 | $30.32 | $36.54 | $39.26 | $39.06 | $26.39 | $28.55 | $26.56 | $3.28 |
| Common Stock Price-One Yr. Ago | 28.08 | 23.51 | 29.20 | 35.64 | 21.57 | 23.50 | 26.15 | 22.93 | 2.56 |
| *Percent Price Change* | *7.9%* | *29.0%* | *25.1%* | *10.2%* | *34.7%* | *12.3%* | *9.2%* | *15.8%* | *28.1%* |
| 52-week High | $30.66 | $32.50 | $38.76 | $40.86 | $30.40 | $27.44 | $30.19 | $27.80 | $5.52 |
| 52-week Low | 22.28 | 21.01 | 26.96 | 27.89 | 19.41 | 19.32 | 20.00 | 20.11 | 1.48 |
| Indicated Dividend | $0.58 | $0.60 | $0.00 | $1.76 | $0.44 | $0.58 | $0.45 | $0.38 | $0.00 |
| *Dividend Yield* | *1.9%* | *2.0%* | *0.0%* | *4.5%* | *1.5%* | *2.2%* | *1.6%* | *1.4%* | *0.0%* |
| Book Value Per Share | $14.66 | $17.34 | $18.34 | $12.79 | $9.54 | $12.49 | $16.83 | $14.95 | ($2.66) |
| **Trading Activity** | | | | | | | | | |
| Common Shares Outstanding | 41.1 | 62.2 | 39.0 | 77.2 | 125.5 | 41.3 | 28.4 | 50.5 | 65.56 |
| Common Stock Float | | | | | | | | | |
| Avg. Daily Shares Traded over LTM | 0.1 | 0.2 | 0.2 | 0.7 | 0.5 | 0.2 | 0.1 | 0.4 | 0.51 |
| % of Float Traded Daily | | | | | | | | | |
| Stock Exchange | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE |
| **Capitalization** | | | | | | | | | |
| Market Value of Common Equity | $1,246.5 | $1,887.2 | $1,425.2 | $3,031.7 | $3,645.8 | $1,080.7 | $811.6 | $1,341.3 | $203.2 |
| Plus: Total Debt Outstanding | 226.5 | 571.0 | 425.3 | 2,299.0 | 478.9 | 550.0 | 201.0 | 438.7 | 10.9 |
| Plus: Book Value of Preferred Stock | 0.0 | 32.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Minority Interest | 0.0 | 40.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.1 | 6.4 | 0.0 |
| Less: Cash and Equivalents | 20.8 | 247.0 | 234.4 | 53.0 | 79.4 | 19.0 | 1.9 | 173.7 | 299.9 |
| Enterprise Value | 1,452.2 | 2,283.2 | 1,616.2 | 5,187.7 | 4,045.3 | 1,620.7 | 1,025.9 | 1,612.7 | (85.8) |
| **Balance Sheet Items** | | | | | | | | | |
| **Intangible Assets** | | | | | | | | | |
| Net book value, latest FY | $35.2 | $113.0 | $373.5 | $573.0 | $312.6 | $421.3 | $99.1 | $176.6 | $128.50 |
| **Goodwill** | | | | | | | | | |
| Net book value, latest FY | $29.6 | $105.0 | $334.0 | $344.0 | $272.4 | $369.3 | $71.0 | $143.6 | $65.20 |
| Estimated amortization | 3.0 | 10.5 | 33.4 | 34.4 | 27.2 | 36.9 | 7.1 | 14.4 | $6.52 |
| Estimated amortization per share | 0.1 | 0.2 | 0.9 | 0.4 | 0.2 | 0.9 | 0.2 | 0.3 | $0.10 |

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

DUFF & PHELPS, LLC

**W.R. GRACE & CO.**
**COMPARABLE COMPANY ANALYSIS**
**FINANCIAL PERFORMANCE ANALYSIS**
(In millions, except per share data)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **LTM Financial Results** | | | | | | | |
| Date of LTM Financial Results | Dec02 | Sep03 | Sep03 | Sep03 | Sep03 | Aug03 | Sep03 |
| Revenues | $1,066.8 | $1,795.0 | $1,543.3 | $5,681.0 | $3,586.1 | $1,270.8 | $1,921.0 |
| EBITDA | 179.7 | 236.6 | 145.6 | 549.0 | 398.1 | 138.3 | 162.9 |
| EBIT | 97.9 | 162.0 | 95.3 | 169.0 | 270.2 | 73.1 | 128.0 |
| Net Income | 74.8 | 118.6 | (2.0) | 221.6 | 29.9 | 47.7 | (9.7) |
| Diluted EPS | 1.77 | 1.65 | 2.39 | (0.03) | 1.74 | 1.58 | (0.29) |
| **Fiscal Year End Results** | | | | | | | |
| Date of Latest Fiscal Year End | Dec01 | Sep03 | Dec02 | Sep03 | Dec02 | Nov02 | Dec02 |
| Revenues | $1,011.4 | $1,797.0 | $1,342.2 | $5,539.0 | $3,553.6 | $1,256.2 | $1,817.2 |
| EBITDA | 187.7 | 297.0 | 216.5 | 610.0 | 417.2 | 145.7 | 196.4 |
| EBIT | 107.1 | 162.0 | 132.8 | 213.0 | 303.6 | 88.2 | 116.3 |
| Net Income | 75.7 | 118.6 | 88.6 | 85.1 | 205.6 | 46.2 | 50.5 |
| Diluted EPS | 1.75 | 1.65 | 2.19 | 1.10 | 1.58 | 1.61 | 1.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Projected Financial Results** | | | | | | | |
| Date of Projected Financial Results | 12/31/2004 | 09/30/2004 | 12/31/2004 | 12/31/2004 | 12/31/2004 | 11/30/2004 | 12/31/2004 |
| EBITDA | $208.6 | $336.5 | $369.9 | $710.0 | $503.0 | $153.8 | $156.6 |
| EBIT | 126.6 | 191.5 | 178.9 | 330.0 | 375.2 | 99.7 | 106.8 |
| Net Income | 72.0 | 118.3 | 101.4 | 131.3 | 233.4 | 49.7 | 42.9 |
| Diluted EPS | 1.75 | 1.90 | 2.60 | 1.70 | 1.86 | 1.75 | 0.85 |
| **First Call Earnings Estimates** | | | | | | | |
| Date of First Call Estimates | 11/26/2003 | 10/24/2003 | 10/19/2003 | 12/22/2003 | 12/17/2003 | 11/03/2003 | 11/06/2003 |
| Date of Next Fiscal Year End | 12/31/2003 | 09/30/2004 | 12/31/2003 | 12/31/2003 | 12/31/2003 | 12/31/2003 | 12/31/2003 |
| EPS Projection | 1.50 | 1.90 | 2.32 | 0.87 | 1.79 | 0.64 | 0.37 |
| Range of EPS Projections | 1.45 / 1.50 | 1.75 / 1.95 | 2.30 / 2.35 | .78 / .95 | 1.75 / 1.82 | .62 / .66 | .32 / .42 |
| Number of Analysts | 7 | 3 | 5 | 10 | 9 | 6 | 12 |
| Date of 2nd Fiscal Year End | 12/31/2004 | 09/30/2005 | 12/31/2004 | 12/31/2004 | 12/31/2004 | 12/31/2004 | 12/31/2004 |
| EPS Projection | 1.75 | 2.55 | 2.60 | 1.70 | 1.86 | 1.18 | 0.85 |
| Range of EPS Projections | 1.65 / 1.80 | 2.30 / 2.80 | 2.40 / 2.65 | 1.10 / 2.25 | 1.84 / 1.95 | 1.10 / 1.35 | .50 / 1.20 |
| Number of Analysts | 6 | 2 | 5 | 10 | 9 | 6 | 12 |
| Long-term Earnings Growth Rate | 8.5% | 12.0% | 8.0% | 7.0% | 10.0% | 10.0% | 9.0% | 8.0% |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc., Duff & Phelps, LLC and First Call Corporation.

DUFF & PHELPS, LLC

## W.R. GRACE & CO.
## COMPARABLE COMPANY ANALYSIS
## HISTORICAL PROFIT MARGINS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross Margin (%)** | | | | | | | | | |
| LTM | 29.1 | 31.0 | 30.5 | 20.2 | 21.0 | 24.2 | 32.4 | 27.3 | 34.6 |
| 2002 | 31.2 | 34.5 | 30.9 | 22.1 | 20.4 | 29.5 | 32.9 | 29.3 | 36.8 |
| 2001 | 31.7 | 32.7 | 28.8 | 24.6 | 15.1 | 30.3 | 31.5 | 27.5 | 37.4 |
| 2000 | 36.7 | 37.4 | 33.4 | 28.3 | 15.3 | 32.1 | 35.0 | 34.3 | 39.0 |
| Three-Year Average | 33.2 | 34.8 | 31.0 | 25.0 | 17.0 | 30.6 | 33.1 | 30.3 | 37.7 |
| **EBITDA Margin (%)** | | | | | | | | | |
| LTM | 16.8 | 16.5 | 16.3 | 9.7 | 11.1 | 9.9 | 10.9 | 11.2 | 11.9 |
| 2002 | 18.6 | 17.4 | 16.1 | 11.5 | 11.1 | 11.5 | 11.6 | 14.0 | 14.0 |
| 2001 | 18.9 | 17.5 | 15.2 | 14.1 | 8.5 | 11.4 | 11.3 | 10.9 | 15.2 |
| 2000 | 22.9 | 19.7 | 19.1 | 18.9 | 8.4 | 14.1 | 11.3 | 19.4 | 16.6 |
| Three-Year Average | 20.1 | 18.2 | 16.8 | 14.8 | 9.4 | 12.3 | 11.4 | 14.8 | 15.3 |
| **EBIT Margin (%)** | | | | | | | | | |
| LTM | 9.2 | 9.0 | 10.0 | 3.0 | 7.5 | 5.9 | 6.6 | 5.0 | 6.7 |
| 2002 | 10.6 | 10.4 | 9.9 | 4.0 | 8.1 | 7.3 | 7.0 | 8.3 | 8.8 |
| 2001 | 10.7 | 10.6 | 8.7 | 6.0 | 6.4 | 6.6 | 7.0 | 4.9 | 10.0 |
| 2000 | 15.1 | 12.3 | 12.7 | 11.0 | 6.3 | 10.6 | 7.5 | 13.8 | 11.1 |
| Three-Year Average | 12.1 | 11.1 | 10.4 | 7.0 | 7.0 | 8.2 | 7.2 | 9.0 | 10.0 |
| **Net Income Margins (%)** | | | | | | | | | |
| LTM | 7.0 | 6.6 | 6.5 | (0.0) | 6.2 | 1.9 | 3.6 | 3.3 | (0.5) |
| 2002 | 7.5 | 7.4 | 6.6 | 1.6 | 5.5 | 2.6 | 3.7 | 3.6 | 2.2 |
| 2001 | 7.4 | 8.0 | 5.1 | 2.0 | 4.5 | 2.9 | 3.6 | (4.0) | 4.8 |
| 2000 | 10.3 | 7.2 | 8.2 | 5.6 | 3.7 | 5.9 | 3.6 | 7.8 | 2.3 |
| Three-Year Average | 8.4 | 7.6 | 6.6 | 3.1 | 4.6 | 3.8 | 3.6 | 2.5 | 3.1 |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

**W.R. GRACE & CO.**
**COMPARABLE COMPANY ANALYSIS**
**HISTORICAL GROWTH RATES**

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue Growth (%)** |  |  |  |  |  |  |  |  |  |
| YTD | 7.3 | 15.3 | 10.8 | 9.0 | (3.9) | 4.5 | 1.6 | 4.8 | 7.6 |
| LTM | 7.2 | 15.3 | 10.5 | 7.7 | (3.4) | 4.6 | 1.7 | 7.1 | 7.1 |
| 2002 | 7.3 | (6.8) | (2.9) | (1.3) | (26.4) | 22.6 | (1.4) | 3.6 | 5.5 |
| 2001 | 0.1 | 6.1 | (7.1) | 1.9 | (8.0) | 6.3 | (6.6) | (6.7) | 7.9 |
| 2000 | 11.3 | 12.0 | 3.3 | 15.3 | 23.5 | 16.6 | (0.9) | 12.3 | 8.5 |
| Three-year CAGR | 6.1 | 4.5 | (2.3) | 5.0 | (5.8) | 12.9 | (3.0) | 2.8 | 8.5 |
| **EBITDA Growth (%)** |  |  |  |  |  |  |  |  |  |
| YTD | (7.3) | 9.6 | 11.0 | (11.8) | (6.1) | (14.1) | (7.2) | (21.3) | (12.0) |
| LTM | (5.7) | 9.6 | 14.9 | (15.8) | (4.2) | (9.0) | (4.8) | 1.9 | (7.1) |
| 2002 | 5.4 | (7.2) | 2.8 | (19.8) | (4.3) | 24.0 | 1.1 | 33.6 | (3.0) |
| 2001 | (17.5) | (5.8) | (26.2) | (24.0) | (6.3) | (14.0) | (6.6) | (47.7) | (1.2) |
| 2000 | 7.6 | (3.4) | 2.7 | 51.0 | 8.2 | (10.6) | (5.9) | 4.1 | 5.2 |
| Three-year CAGR | (2.2) | (1.4) | (8.0) | (2.7) | (1.0) | (1.6) | (3.9) | (10.0) | 0.3 |
| **EPS Growth (%)** |  |  |  |  |  |  |  |  |  |
| YTD | 0.4 | 3.5 | 12.3 | (92.3) | 13.7 | (31.9) | (3.2) | (7.9) | NM |
| LTM | 4.5 | 3.5 | 27.2 | NM | 8.5 | (14.9) | 1.9 | NM | NM |
| 2002 | 17.6 | (10.5) | 28.4 | (21.0) | (9.4) | 0.3 | (0.4) | NM | (51.8) |
| 2001 | (28.2) | 16.1 | (40.2) | (64.1) | 7.7 | (50.8) | (6.7) | 155.8 | 135.8 |
| 2000 | 20.5 | 0.9 | 4.3 | 236.7 | 11.3 | (1.1) | (11.0) | (16.6) | (63.5) |
| Three-year CAGR | 0.6 | 2.8 | (7.1) | (1.5) | 2.8 | (21.3) | (6.1) | (27.2) | (25.4) |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

DUFF & PHELPS, LLC

**W.R. GRACE & CO.**
**COMPARABLE COMPANY ANALYSIS**
**HISTORICAL RETURNS**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Returns on Average Assets (%)** | | | | | | | | | |
| LTM | 6.3 | 6.5 | 5.6 | 1.3 | 8.3 | 3.1 | 5.7 | 3.8 | 0.1 |
| 2002 | 6.8 | 6.8 | 5.8 | 2.6 | 7.4 | 3.9 | 6.0 | 3.9 | 2.1 |
| 2001 | 6.9 | 7.9 | 4.9 | 3.0 | 8.4 | 4.0 | 6.0 | (1.8) | 4.1 |
| 2000 | 10.4 | 7.0 | 7.9 | 5.9 | 8.1 | 7.5 | 6.4 | 6.0 | 2.1 |
| Three-Year Average | 8.0 | 7.2 | 6.2 | 3.8 | 8.0 | 5.1 | 6.1 | 2.7 | 2.8 |
| **Returns on Average Common Equity (%)** | | | | | | | | | |
| LTM | 12.9 | 11.4 | 13.5 | (0.2) | 19.5 | 5.4 | 9.7 | 6.3 | 7.9 |
| 2002 | 13.0 | 11.8 | 14.1 | 6.4 | 19.8 | 9.6 | 10.5 | 7.4 | (22.2) |
| 2001 | 12.0 | 13.4 | 11.3 | 6.7 | 24.5 | 12.4 | 11.0 | (7.0) | (78.3) |
| 2000 | 18.5 | 12.9 | 21.7 | 16.7 | 25.2 | 28.4 | 12.6 | 11.7 | 84.7 |
| Three-Year Average | 14.5 | 12.7 | 15.7 | 9.9 | 23.2 | 16.8 | 11.3 | 4.0 | (5.3) |
| **Returns on Average Invested Capital (%)** * | | | | | | | | | |
| LTM | 8.6 | 8.2 | 9.8 | 2.1 | 13.9 | 5.1 | 8.1 | 5.2 | (1.9) |
| 2002 | 9.0 | 8.4 | 10.4 | 4.0 | 13.4 | 5.9 | 8.6 | 5.7 | (35.9) |
| 2001 | 9.0 | 10.3 | 8.8 | 4.5 | 15.9 | 5.8 | 8.5 | (2.4) | 82.7 |
| 2000 | 13.4 | 9.3 | 14.8 | 8.7 | 14.7 | 12.0 | 9.2 | 7.3 | 15.5 |
| Three-Year Average | 10.5 | 9.4 | 11.3 | 5.7 | 14.7 | 7.9 | 8.8 | 3.5 | 20.8 |

\* Invested capital equals the sum of the book value of equity, total debt, preferred stock, minority interest, and deferred taxes.
Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

B-14

DUFF & PHELPS, LLC

**W.R. GRACE & CO.**
**COMPARABLE COMPANY ANALYSIS**
**WORKING CAPITAL RATIOS**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Current Ratio** | 2.2 | 3.2 | 2.0 | 1.1 | 1.5 | 1.4 | 2.2 | 2.1 | 3.5 |
| **Inventory Turnover [*]** | | | | | | | | | |
| LTM | 4.4 | 2.7 | 6.3 | 6.5 | 6.6 | 6.6 | 5.7 | 4.4 | 6.5 |
| 2002 | 4.3 | 2.8 | 6.7 | 6.0 | 7.2 | 5.4 | 5.9 | 4.1 | 6.5 |
| 2001 | 4.8 | 4.3 | 6.4 | 6.6 | 11.2 | 4.3 | 5.9 | 3.3 | 6.7 |
| 2000 | 5.5 | 4.0 | 6.6 | 7.1 | 12.8 | 4.4 | 5.9 | 2.8 | 7.2 |
| Three-Year Average | 4.9 | 3.7 | 6.5 | 6.6 | 10.4 | 4.7 | 5.9 | 3.4 | 6.8 |
| **Receivable Days [*]** | | | | | | | | | |
| LTM | 70.2 | 64.8 | 61.1 | 44.3 | 35.1 | 37.0 | 61.6 | 67.3 | 65.9 |
| 2002 | 67.2 | 67.3 | 51.4 | 37.8 | 35.4 | 37.5 | 61.6 | 67.1 | 57.6 |
| 2001 | 67.6 | 59.8 | 52.0 | 41.3 | 28.9 | 51.1 | 61.9 | 86.9 | 47.5 |
| 2000 | 63.9 | 69.7 | 52.5 | 42.1 | 28.1 | 70.1 | 62.3 | 91.9 | 38.6 |
| Three-Year Average | 66.2 | 65.6 | 52.0 | 40.4 | 30.8 | 52.9 | 61.9 | 82.0 | 47.9 |
| **Payable Days [*]** | | | | | | | | | |
| LTM | 40.8 | 39.9 | 34.4 | 37.2 | 25.5 | 63.1 | 45.8 | 49.5 | 29.5 |
| 2002 | 36.4 | 44.7 | 34.4 | 37.8 | 29.2 | 65.7 | 49.3 | 38.4 | 29.3 |
| 2001 | 38.5 | 42.5 | 34.5 | 40.2 | 20.0 | 70.4 | 50.4 | 59.3 | 35.4 |
| 2000 | 40.9 | 53.9 | 42.1 | 40.8 | 18.1 | 65.8 | 53.3 | 58.3 | 46.3 |
| Three-Year Average | 38.6 | 47.0 | 37.0 | 39.6 | 22.4 | 67.3 | 51.0 | 58.7 | 37.0 |
| **Average Adjusted Working Capital [**] as a % of Revenues** | | | | | | | | | |
| LTM | 19.8 | 32.2 | 9.0 | 8.4 | 12.0 | 7.4 | 19.0 | 14.0 | 18.4 |
| 2002 | 20.7 | 32.0 | 6.3 | 7.2 | 11.0 | 10.8 | 17.2 | 13.7 | 17.2 |
| 2001 | 19.2 | 29.2 | 9.3 | 7.1 | 7.2 | 16.0 | 18.0 | 22.7 | 6.6 |
| 2000 | 16.3 | 14.4 | 8.9 | 5.3 | 6.4 | 14.3 | 16.8 | 27.3 | (7.4) |
| Three-Year Average | 18.7 | 25.2 | 8.2 | 6.5 | 8.2 | 13.7 | 17.3 | 21.2 | 5.5 |

[*]  Calculations based on an average balance.
[**]  Excludes cash and cash equivalents from current assets and short-term debt from current liabilities.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

B-15

## W.R. GRACE & CO.
## COMPARABLE COMPANY ANALYSIS
## FIXED ASSET ANALYSIS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Capital Expenditures as a % of Revenues** | | | | | | | | | |
| LTM | 3.8 | 7.2 | 5.9 | 7.5 | 3.1 | 2.3 | 3.0 | 4.2 | 5.3 |
| 2002 | 3.8 | 9.4 | 4.6 | 8.0 | 3.0 | 2.5 | 2.9 | 4.6 | 5.0 |
| 2001 | 5.3 | 7.3 | 4.6 | 4.3 | 3.3 | 3.5 | 2.4 | 9.7 | 3.7 |
| 2000 | 5.5 | 8.7 | 5.1 | 4.3 | 2.5 | 5.1 | 3.6 | 9.2 | 4.1 |
| Three-Year Average | 4.9 | 8.5 | 4.8 | 5.5 | 2.9 | 3.7 | 3.0 | 7.8 | 4.2 |
| **Depreciation as a % of Prior Year NFA** | | | | | | | | | |
| LTM | 15.8 | 15.3 | 16.0 | 10.7 | 15.7 | 11.3 | 15.1 | 14.5 | 16.6 |
| 2002 | 15.2 | 13.5 | 14.0 | 10.9 | 13.8 | 11.2 | 15.5 | 12.9 | 16.1 |
| 2001 | 15.8 | 14.3 | 14.7 | 11.1 | 14.1 | 14.2 | 13.8 | 10.7 | 14.8 |
| 2000 | 14.9 | 11.3 | 14.7 | 10.6 | 13.4 | 12.5 | 12.6 | 10.7 | 14.2 |
| Three-Year Average | 15.3 | 13.0 | 14.5 | 10.9 | 13.8 | 12.6 | 14.0 | 11.4 | 15.0 |
| **Capital Expenditures as a % of Depreciation** | | | | | | | | | |
| LTM | 49.9 | 93.6 | 93.5 | 111.6 | 88.1 | 56.7 | 71.2 | 67.9 | 101.4 |
| 2002 | 47.6 | 133.9 | 74.3 | 107.6 | 99.8 | 59.9 | 63.0 | 80.9 | 96.3 |
| 2001 | 64.3 | 106.1 | 70.8 | 53.8 | 155.6 | 72.9 | 56.5 | 163.8 | 70.7 |
| 2000 | 70.8 | 118.1 | 79.2 | 54.1 | 116.7 | 145.6 | 94.0 | 165.3 | 73.8 |
| Three-Year Average | 60.9 | 119.4 | 74.8 | 71.8 | 124.0 | 92.8 | 71.2 | 136.7 | 80.3 |
| **Net Fixed Asset Turns** | | | | | | | | | |
| LTM | 2.0 | 2.0 | 2.4 | 1.6 | 4.3 | 2.7 | 3.6 | 2.4 | 3.1 |
| 2002 | 1.9 | 1.8 | 2.3 | 1.4 | 4.5 | 2.7 | 3.5 | 2.3 | 3.0 |
| 2001 | 1.8 | 2.1 | 2.3 | 1.4 | 6.4 | 2.5 | 3.3 | 2.0 | 2.9 |
| 2000 | 1.9 | 1.7 | 2.3 | 1.3 | 6.8 | 3.1 | 3.4 | 1.9 | 2.6 |
| Three-Year Average | 1.9 | 1.9 | 2.3 | 1.4 | 5.9 | 2.7 | 3.4 | 2.1 | 2.8 |

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

DUFF & PHELPS, LLC

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
DEBT ANALYSIS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Debt to Total Capital (%)** | | | | | | | | | |
| LTM | 37.5 | 39.1 | 37.3 | 71.9 | 28.6 | 51.6 | 31.1 | 37.1 | (35.2) |
| 2002 | 35.2 | 40.3 | 33.6 | 67.0 | 35.6 | 45.4 | 30.6 | 37.5 | (18.0) |
| 2001 | 31.3 | 38.0 | 33.1 | 65.7 | 38.5 | 69.6 | 36.9 | 47.4 | (23.6) |
| 2000 | 26.1 | 33.1 | 33.6 | 59.2 | 46.2 | 57.4 | 43.4 | 45.0 | 119.2 |
| Three-Year Average | 30.9 | 37.2 | 33.4 | 64.0 | 40.1 | 57.5 | 36.9 | 41.3 | 23.9 |
| **Fixed Charge Coverage** | | | | | | | | | |
| LTM | 18.3 | 4.9 | 9.1 | 1.3 | 11.2 | 2.4 | 5.7 | 2.9 | 7.5 |
| 2002 | 19.8 | 4.9 | 8.0 | 1.7 | 10.0 | 2.4 | 5.0 | 4.2 | 8.0 |
| 2001 | 15.9 | 4.8 | 6.1 | 2.2 | 6.5 | 2.1 | 4.1 | 2.0 | 4.6 |
| 2000 | 19.8 | 5.1 | 7.5 | 4.1 | 5.1 | 6.0 | 4.2 | 6.3 | 6.1 |
| Three-Year Average | 18.5 | 4.9 | 7.2 | 2.7 | 7.2 | 3.5 | 4.5 | 4.2 | 6.2 |
| **Interest Coverage** | | | | | | | | | |
| LTM | 18.3 | 5.8 | 9.1 | 1.3 | 11.2 | 2.6 | 5.7 | 2.9 | 7.5 |
| 2002 | 21.1 | 5.8 | 8.0 | 1.7 | 11.1 | 2.7 | 5.1 | 4.2 | 8.0 |
| 2001 | 18.2 | 5.5 | 6.1 | 2.3 | 6.9 | 2.5 | 4.2 | 2.0 | 4.7 |
| 2000 | 23.7 | 5.9 | 7.5 | 4.3 | 5.4 | 8.3 | 4.3 | 6.3 | 6.3 |
| Three-Year Average | 21.0 | 5.7 | 7.2 | 2.8 | 7.8 | 4.5 | 4.5 | 4.2 | 6.3 |

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

B-17

DUFF & PHELPS, LLC

## W.R. GRACE & CO.
## COMPARABLE COMPANY ANALYSIS
## EMPLOYEE RATIOS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Revenues per Employee** | | | | | | | | | |
| LTM* | 355.6 | 398.9 | 342.2 | 361.8 | 539.3 | 211.4 | 276.3 | 316.0 | 300.2 |
| 2002 | 337.1 | 346.0 | 316.8 | 338.9 | 564.4 | 204.3 | 273.1 | 304.7 | 283.9 |
| 2001 | 314.3 | 388.4 | 311.7 | 341.1 | 779.3 | 133.3 | 260.5 | 241.6 | 269.2 |
| 2000 | 384.3 | 349.8 | 310.9 | 362.5 | 863.3 | 164.8 | 262.3 | 281.6 | 253.6 |
| Three-Year Average | 345.2 | 361.4 | 313.1 | 347.5 | 735.7 | 167.5 | 265.3 | 276.0 | 268.9 |
| **EBITDA per Employee** | | | | | | | | | |
| LTM* | 59.9 | 66.0 | 55.7 | 35.0 | 59.9 | 21.0 | 30.1 | 35.4 | 35.6 |
| 2002 | 62.6 | 60.2 | 50.9 | 38.9 | 62.7 | 23.6 | 31.7 | 42.7 | 39.7 |
| 2001 | 59.4 | 67.9 | 47.3 | 48.2 | 66.6 | 15.2 | 29.5 | 26.3 | 40.9 |
| 2000 | 88.1 | 68.9 | 59.5 | 68.6 | 72.4 | 23.2 | 29.7 | 54.6 | 42.1 |
| Three-Year Average | 70.0 | 65.7 | 52.6 | 51.9 | 67.3 | 20.7 | 30.3 | 41.2 | 40.9 |
| **Net Income per Employee** | | | | | | | | | |
| LTM* | 24.9 | 26.3 | 22.4 | (0.1) | 33.3 | 4.0 | 9.8 | 10.4 | (1.5) |
| 2002 | 25.2 | 25.6 | 20.9 | 5.4 | 30.9 | 5.3 | 10.0 | 11.0 | 6.3 |
| 2001 | 23.1 | 31.1 | 15.9 | 6.8 | 35.1 | 3.9 | 9.4 | (9.8) | 13.0 |
| 2000 | 39.5 | 25.3 | 25.4 | 20.5 | 33.2 | 9.8 | 9.4 | 22.1 | 5.7 |
| Three-Year Average | 29.3 | 27.4 | 20.7 | 10.9 | 32.8 | 6.3 | 9.6 | 7.8 | 8.4 |

*Based on latest fiscal year number of employees.
Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

B-18

DUFF & PHELPS, LLC

## W.R. Grace & Co.
### Comparable Transaction Analysis for the Specialty Chemical Sector
### For the Period of January 1999 through January 2004

| Date Announced | Target Name | Target Business Description | Acquiror Name | Enterprise Value | Target Revenues | Target EBITDA | Enterprise Value/ Target Revenue | Enterprise Value/ Target EBITDA |
|---|---|---|---|---|---|---|---|---|
| 25 Mar 2003 | Pacer Technology | Manufactures and markets high performance adhesives, sealants and related products | CYAN Investments LLC | $16.52 | $25.17 | $2.36 | 0.66x | 7.01x |
| 04 Nov 2002 | Osmonics, Inc. | Manufactures machines used in the treatment and purification of water | General Electric Co. | 273.50 | 211.00 | 24.40 | 1.30x | 11.21x |
| 23 Jul 2002 | ChemFirst, Inc. | Produces electronic and other specialty chemicals for use in the semiconductor industry and in agricultural, pharmaceutical, polymer, photographic, and photosensitive applications | DuPont EI de Nemours & Co. | 395.30 | 266.52 | 28.81 | 1.48x | 13.72x |
| 08 Jul 2002 | International Specialty Products, Inc. | Manufactures specialty chemical and mineral products | Management Group (Chairman Samuel J. Heyman) | 1,358.78 | 803.14 | 133.93 | 1.69x | 10.15x |
| 02 May 2002 | Advanced Technical Products, Inc. | Manufactures advanced composite-based products from high-strength fibers for the aerospace and defense markets, and commercial applications | General Dynamics Corporation | 252.03 | 198.41 | 24.98 | 1.27x | 10.09x |
| 12 Feb 2002 | BetzDearborn (Hercules, Inc.) | Provides engineered chemical treatment of water and process systems in industrial applications | GE Specialty Materials | 1,800.00 | 1,000.00 | 217.00 | 1.80x | 8.29x |
| 01 Nov 2001 | Gaylord Container Corporation | Manufactures and distributes specialty chemicals, corrugated containers and sheets, containerboard, unbleached kraft paper, and multiwall bags | Temple-Inland, Inc. | 1,774.81 | 1,104.30 | 100.40 | 1.61x | 17.68x |
| 01 Aug 2001 | High Plains Corporation | Manufactures fuel-grade, industrial-grade ethanol | Abengoa SA | 107.70 | 164.51 | 13.24 | 0.65x | 8.13x |
| 11 Jun 2001 | SeraCare, Inc. | Manufactures and markets plasma based diagnostic products and tests | Grupo Grifols | 139.86 | 74.95 | 9.65 | 1.87x | 14.50x |
| 29 Mar 2001 | Ascot Plc | A marketer of specialty chemical products | Dow Chemical Co. | 502.13 | 311.90 | 47.40 | 1.61x | 10.59x |
| 29 Nov 2000 | Performance Materials (BF Goodrich) | A global producer and marketer of technologically advanced specialty chemicals for a broad range of consumer and industrial applications | AEA Investors, DLJ, DB Capital | 1,400.00 | 1,166.67 | NA | 1.20x | NA |
| 08 Nov 2000 | Benjamin Moore & Co. | Formulates, manufactures, and sells paint and other coatings | Berkshire Hathaway, Inc. | 1,007.34 | 823.23 | 106.06 | 1.22x | 9.50x |
| 25 Sep 2000 | Bush Boake Allen, Inc. | Supplies flavors and fragrances to the world's leading consumer products companies for use in foods, beverages, soaps and detergents, cosmetics, toiletries, personal care items and related products. | International Flavors & Fragrances, Inc. | 936.73 | 491.35 | 71.20 | 1.91x | 13.16x |
| 30 Aug 2000 | Sybron Chemicals, Inc. | Manufactures specialty chemicals | Bayer AG | 316.83 | 282.59 | 30.06 | 1.12x | 10.54x |
| 03 Aug 2000 | Catalytica, Inc. | A holding company with subsidiaries which develop catalysts, catalytic systems and processes to eliminate or minimize environmental pollution | DSM NV | 800.00 | 427.17 | 63.52 | 1.87x | 12.59x |
| 26 Jul 2000 | Chemlab Corporation | Manufactures and markets polymer-based engineered products and materials systems | Compagnie de Saint-Gobain / Norton Co. | 171.19 | 120.00 | 18.17 | 1.43x | 9.42x |

## W.R. Grace & Co.
### Comparable Transaction Analysis for the Specialty Chemical Sector
### For the Period of January 1999 through January 2004

| Date Announced | Target Name | Target Business Description | Acquiror Name | Enterprise Value | Target Revenues | Target EBITDA | Enterprise Value/Target Revenue | Enterprise Value/Target EBITDA |
|---|---|---|---|---|---|---|---|---|
| 10 Jul 2000 | Dexter Corporation | Produces specialty materials for the aerospace industry, including adhesive and structural materials, acoustic materials and hermophastic olefin compounds for the automotive industry | Invitrogen Corporation | 1,444.26 | 1,035.69 | 161.78 | 1.39x | 8.93x |
| 28 Jun 2000 | Mallinckrodt, Inc. | Produces health care products and specialty chemicals | Tyco International Ltd. | 3,955.44 | 2,630.20 | 541.00 | 1.50x | 7.31x |
| 04 May 2000 | McWhorter Technologies, Inc. | Manufactures resins used in paint, coatings, reinforced fiberglass and plastics | Eastman Chemical Co. | 351.03 | 443.80 | 42.78 | 0.79x | 8.21x |
| 23 Aug 1999 | BIP Ltd. | Manufactures specialty plastics and specialty resins | Cytec Industries, Inc. | 42.40 | 25.00 | NA | 1.70x | NA |
| 04 Aug 1999 | Inspec Mining Chemical (LaPorte Plc.) | A global manufacturer of a wide variety of specialty chemicals | Cytec Industries, Inc. | 25.00 | 16.00 | NA | 1.56x | NA |
| 04 Aug 1999 | Union Carbide Corporation | A diversified chemical manufacturing company | Dow Chemical Co. | 12,076.37 | 5,459.00 | 855.00 | 2.21x | 14.12x |
| 28 Jun 1999 | Nalco Chemical Co. | A manufacturer of water treatment and process chemicals; performs water treatment services | Suez Lyonaise des Eaux S.A. | 4,630.20 | 1,616.60 | 358.80 | 2.86x | 12.90x |
| 15 Jun 1999 | Calgon Corp. (English China) | A manufacturer of water softener chemicals for the laundry industry | Degremont S.A. | 425.00 | 284.00 | NA | 1.50x | NA |
| 01 Jun 1999 | Witco Corporation | Manufactures industrial chemicals such as metallic stearates and polyether and polester urethane resins | Crompton & Knowles Corporation | 1,603.23 | 1,914.75 | 245.56 | 0.84x | 6.53x |
| 28 Apr 1999 | Lawter International | Manufactures and distributes printing ink vehicles, compounds and powders, and synthetic and hydrocarbon resins for the graphic arts industry | Eastman Chemical Co. | 508.15 | 215.19 | 43.77 | 2.36x | 11.61x |
| 09 Apr 1999 | RB Rubber Products, Inc. | Recycles rubber and processes scrap tires and rubber | Dash Multi-Corp, Inc. | 8.25 | 8.59 | 0.56 | 0.96x | 14.68x |
| 05 Apr 1999 | Irathane Systems | Division of Illinois Tool Works, produces urethanes related products for mineral processing, paper, and electric power industries. | Industrial Rubber Products | 8.00 | 9.59 | 1.29 | 0.83x | 6.21x |
| 23 Mar 1999 | Hiova Corporation of America | Manufactures and markers pigments and extenders used in the manufacture of paint, industrial coatings, and plastics | Paulson Acquisition LLC | 9.97 | 11.75 | 1.47 | 0.85x | 6.79x |
| 22 Mar 1999 | U.S. Filter Corp. | A manufacturer of wastewater treatment machines and chemicals for residential and commercial uses | Vivendi | 6,200.00 | 4,104.10 | 501.80 | 1.51x | 12.36x |
| 08 Feb 1999 | Arcil Chemicals | Manufactures and markets a wide variety of specialty chemicals which include water purifiers, water sanitizers, fire retardants, and acids for industrial use | Olin Corp. | 368.80 | 900.00 | NA | 0.41x | NA |
| 01 Feb 1999 | Morton International, Inc. | Specialty chemical company that manufactures a wide range of products for industrial and consumer use | Rohm & Haas, Inc. | 4,933.16 | 2,498.30 | 469.40 | 1.97x | 10.51x |
| | | | Mean | | | | 1.44x | 10.62x |
| | | | Median | | | | 1.49x | 10.51x |

# Armstrong Holdings, Inc. (ACKHQ)

## BUSINESS DESCRIPTION

- Armstrong Holdings, Inc. designs, manufactures and sells flooring products (resilient, wood, carpeting and sports flooring), as well as ceiling systems, around the world. The Company also designs, manufactures and sells kitchen and bathroom cabinets to single- and multi-family homebuilders and remodelers. The Company is the publicly held parent holding company of Armstrong World Industries, Inc. and its subsidiaries.

- Armstrong's products are sold primarily for use in the finishing, refurbishing and repair of residential, commercial and institutional buildings.

- On December 6, 2000, AWI filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in order to use the reorganization process to achieve a resolution of its asbestos liability.

## BANKRUPTCY AND ASBESTOS RELATED ISSUES

- Although the Company would take part in the proposed asbestos liability trust being debated by the senate, the CEO stated that there is no reasonable hope for quick passage of this bill and if the Company remains in bankruptcy for too long, it will no longer be able to invest in new growth opportunities. As a result, the Company has moved forward with a plan of reorganization which was filed in November of 2002, but has yet to be approved by the bankruptcy court. It is possible for the plan to be approved in the beginning of 2004, whereby the Company would emerge from bankruptcy shortly thereafter.

- Key elements of the plan provide the following: creation of a 524(g) trust; distribution of new common shares to creditors and the trust; an issuance of notes in the amount of $775 million; and the cancellation of the existing common stock of the Company.

- As of December 2002, the Company was a defendant in 130,000 asbestos related claims and has a $3.2 billion asbestos liability.

## LTM STOCK PRICE PERFORMANCE

Change: +75%



## FINANCIAL DATA ($ IN MILLIONS)

| | |
|---|---|
| ▪ LTM Sales: | $3,205.3 |
| ▪ EV/LTM Sales: | NM |
| ▪ EV/LTM EBITDA: | NM |
| ▪ Current Ratio: | 3.1 |
| ▪ Total Assets/Total Asbestos Liability: | 1.4 |
| ▪ (EBITDA –Cap Ex)/Total Interest: | 11.2 |
| ▪ Current Market Cap: | $53.7 |

D-1

# Federal Mogul (FDMLQ)

## BUSINESS DESCRIPTION

- Federal-Mogul Corporation is a vehicular parts manufacturer providing solutions and systems to global customers in the automotive, small-engine, heavy-duty and industrial markets. The Company manufactures engine, pistons, piston pins, rings, cylinder liners, camshafts, sintered products, connecting rods, sealing systems, systems protection sleeving products, fuel systems, wipers, lighting, ignition, brake, friction and chassis products.

- Federal-Mogul's principal customers include original equipment manufacturers (OEMs) of vehicles and industrial products. The Company also distributes its products to the aftermarket.

- On October 1, 2001, Federal-Mogul and all of its wholly owned United States subsidiaries filed voluntary petitions for reorganization under Chapter 11 of the United States Bankruptcy Code due to asbestos related liabilities.

## LTM STOCK PRICE PERFORMANCE



Change: -17%

## BANKRUPTCY AND ASBESTOS RELATED ISSUES

- In November 2001, the Company identified the following core issues that needed to be addressed before the Company could emerge from bankruptcy: overall cost of resolving the claims; claim resolution transaction costs; amount of insurance available for the payment of such claims; and the ongoing strength of the Company's current business.

- The Company has followed the lead of Armstrong Holdings and has filed a plan of reorganization with the bankruptcy court in March of 2003. The Company expects to be out of bankruptcy by the end of 2003 or the beginning of 2004.

- The key elements of the plan of reorganization calls for Company note holders to own 49.9 percent of the Company's new common stock, with 50.1 percent held by a 524(g) trust established to pay existing and future asbestos claims.

- As of December 2002, there were 360,000 claims at a valued liability of $2.1 billion.

## FINANCIAL DATA ($ IN MILLIONS)

- LTM Sales:                                      $5,489.7
- EV/LTM Sales:                                   NM
- EV/LTM EBITDA:                                  NM
- Current Ratio:                                  1.7
- Total Assets/Total Asbestos Liability:          3.8
- (EBITDA —Cap Ex)/Total Interest:               1.1
- Current Market Cap:                             $20.5

**DUFF & PHELPS, LLC**

# Owens Corning (OWENQ)

## BUSINESS DESCRIPTION

- Owens Corning is a global company that serves consumers and industrial customers with building materials systems and composites systems. The Company operates through two main business segments: Building Materials Systems (73% of 2002 revenue) and Composite Solutions (27% of 2002 revenue).

- The Building Materials Systems division manufactures a variety of products in two major categories: insulating systems (thermal and acoustical insulation, and air ducts formed from wool fibers and foam insulation) and exterior systems for the home (roofing shingles, vinyl siding, windows and doors, and stone building products). The Composite Solutions division manufactures glass fiber materials used in composites used by a variety of industries.

- On October 5, 2000, Owens Corning and 17 of its subsidiaries filed voluntary petitions for relief under Chapter 11 bankruptcy protection due to the Company's asbestos liability exposure.

### LTM STOCK PRICE PERFORMANCE



Change: 529%

## BANKRUPTCY AND ASBESTOS RELATED ISSUES

- In January 2003, the Company filed a plan of reorganization with the bankruptcy court where asbestos victims would receive most of the reorganized Company's shares that would be distributed under a 524(g) trust. Cash, notes and insurance proceeds would also fund the trust. Creditors would receive partial payment of their claims and holders of $400 million in bank claims will be given preference over other creditors.

- Although lawyers for the asbestos victims support the plan, creditors say they will oppose it because it gives too much compensation to asbestos victims. Although the bankruptcy plan has not been approved, the Company still expects to come out of bankruptcy in the beginning of 2004 whether or not creditors still oppose the size of compensation awarded to victims.

- As of December 2002, the Company had 240,000 outstanding claims and asbestos liabilities valued at $16.0 billion.

### FINANCIAL DATA ($ IN MILLIONS)

| | |
|---|---|
| LTM Sales: | $4,895.0 |
| EV/LTM Sales: | NM |
| EV/LTM EBITDA: | NM |
| Current Ratio: | 2.0 |
| Total Assets/Total Asbestos Liability: | 0.44 |
| (EBITDA –Cap Ex)/Total Interest: | 8.4 |
| Current Market Cap: | $33.2 |

D-3

# U.S. Gypsum (USG)

## BUSINESS DESCRIPTION

- USG Corporation is a manufacturer and distributor of building materials and produces a range of products for use in new residential, new non-residential, and repair and remodel construction, as well as products used in certain industrial processes.

- Its operations are organized into three operating segments: North American Gypsum, which manufactures wallboard and related products in the United States, Canada and Mexico; Worldwide Ceilings, which manufactures ceiling tile and ceiling grid in the United States, Canada, Europe and the Asia-Pacific region; and Building Products Distribution, which distributes gypsum wallboard, drywall metal, ceiling products, joint compound and other building products throughout the United States.

- On June 25, 2001, the Company and 10 of its United States subsidiaries filed voluntary petitions for reorganization under chapter 11 of the United States bankruptcy code due to asbestos related liabilities.

## LTM STOCK PRICE PERFORMANCE

Change: +158%

$25.00
$20.00
$15.00
$10.00
$5.00
$0.00

1/22/2003  3/14/2003  5/6/2003  6/26/2003  8/18/2003  10/8/2003  11/28/2003  1/22/2004

## BANKRUPTCY AND ASBESTOS RELATED ISSUES

- In August of 2001, the Company announced intentions to file a plan of reorganization, but has filed none as of the present date nor has it given an estimation as to when it plans to emerge from bankruptcy. The Company stated that the key element to the plan is the creation of a 524(g) trust.

- In February of 2003, a judge ruled that the Company would have to pay undisputed cancer patients first before any other claimants receive compensation.

- As of December 2002, the Company had 190,000 asbestos related claims outstanding and an estimated asbestos liability of approximately $1 billion.

## FINANCIAL DATA ($ IN MILLIONS)

- LTM Sales:                                    $3,590.0
- EV/LTM Sales:                                 0.01x
- EV/LTM EBITDA:                                0.16x
- Current Ratio:                               3.2
- Total Assets/Total Asbestos Liabilities:     3.7
- (EBITDA—Cap Ex)/Total Interest:             34.8
- Current Market Cap:                          $774.1

D-4

DUFF & PHELPS, LLC