```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-11380-WGY
                                            (Consolidated)
 4
     * * * * * * * * * * * * * * *
 5                                 *
     KERI EVANS, et al.,           *
 6                                 *
               Plaintiffs,         *
 7                                 *
     v.                            *
 8                                 *
     JOHN F. AKERS, et al.,        *
 9                                 *
               Defendants.         *
10   _____*
                                   *   MOTION HEARING
11   LAWRENCE W. BUNCH, et al.,    *
                                   *
12             Plaintiffs,         *
                                   *
13   v.                            *
                                   *
14   W.R. GRACE & CO., et al.,     *
                                   *
15             Defendants.         *
                                   *
16   * * * * * * * * * * * * * * *

17           BEFORE:  The Honorable William G. Young,
                              District Judge
18

19   APPEARANCES:

20           WAITE, SCHNEIDER, BAYLESS & CHESLEY CO.,
     L.P.A. (By Terrence L. Goodman, Esq. and James R.
21   Cummins, Esq.), 1513 Fourth & Vine Tower, 1 West
     Fourth Street, Cincinnati, Ohio 45202, on behalf
22   of the Bunch Plaintiffs

23
                              Boston University School of Law
24                            Boston, Massachusetts

25                            February 27, 2007
```

```
 1              A P P E A R A N C E S (Cont'd)

 2

 3          ARENT FOX LLP (By Nancy S. Heermans, Esq.
        and Carol Connor Flowe, Esq.), 1050 Connecticut
 4      Avenue, N.W., Washington, D.C. 20036, on behalf of
        W.R. Grace & Co., Investments and Benefits
 5      Committee, John F. Akers, Ronald C. Cambre, Marye
        Anne Fox, John J. Murphy, Paul J. Norris, Thomas
 6      A. Vanderslice, H. Furlong Baldwin, Fred E. Festa
        and Robert M. Tarola
 7
                PAUL, HASTINGS, JANOFSKY & WALKER LLP (By
 8      Scott M. Flicker, Esq.), 875 15th Street, N.W.,
        Washington, D.C. 20005, on behalf of State Street
 9      Bank & Trust Company and State Street Global
        Advisors
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```