IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE W. BUNCH, et al., ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04-11380-WGY |
| ) | |
| W. R. GRACE & CO., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' JURY DEMAND**

Defendants W. R. Grace & Co. ("Grace"), W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, Fred E. Festa, Robert M. Tarola, State Street Bank & Trust Company, and State Street Global Advisors (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 39(a), hereby move to strike the jury demand of Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller ("Plaintiffs").

Plaintiffs allege that the Defendants breached their fiduciary duties under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA"). ERISA does not provide for jury trials. In addition, both the nature of the Plaintiffs' actions and the remedies they seek are equitable; accordingly, they are not entitled to a trial by jury under the Constitution. For these reasons, and as more fully explained in the accompanying Memorandum of Law, the Plaintiffs' jury demand should be stricken.

Dated:  March 15, 2007

Respectfully submitted,

W. R. GRACE & CO., W. R. GRACE INVESTMENT AND BENEFITS COMMITTEE, ADMINISTRATIVE COMMITTEE, JOHN F. AKERS, HENRY FURLONG BALDWIN, RONALD C. CAMBRE, MARYE ANNE FOX, JOHN J. MURPHY, PAUL J. NORRIS, THOMAS A. VANDERSLICE, FRED E. FESTA, ROBERT M. TAROLA

By their counsel,

/s/ Matthew C. Hurley
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

-and-

Carol Connor Flowe
(flowe.carol@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Nancy S. Heermans
(heermans.nancy@arentfox.com)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

STATE STREET BANK AND TRUST
COMPANY AND STATE STREET GLOBAL
ADVISORS

By its counsel,


/s/ Sean T. Carnathan
Sean T. Carnathan (BBO#636889)
(scarnathan@qoclaw.com)
O'CONNOR, CARNATHAN AND MACK, LLC
8 New England Executive Park, Suite 310
Burlington, MA  01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001

    -and-

Scott M. Flicker
Thomas A. Rust
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC  20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KERI EVANS, et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **JOHN F. AKERS, et al.,** ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> **LAWRENCE W. BUNCH, et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **W. R. GRACE & CO., et al.,** ) <br> ) <br> Defendants. ) <br> ) | **Consolidated Under <br> Case No. 04-11380-WGY** |

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 15, 2007, I filed the *Defendants' Motion to Strike Plaintiffs' Jury Demand* with attached *Proposed Order* through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on March 15, 2007.

                                                           /s/ Matthew C. Hurley