THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LAWRENCE W. BUNCH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 04-11380-WGY |
| W. R. GRACE & CO., et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

**UPON CONSIDERATION** of the Defendants' Motion to Strike Plaintiffs' Jury Demand and any opposition thereto, it is, hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED**;

**SO ORDERED** this ____ day of _____ 2007.

_____
The Honorable William G. Young
United States District Judge for the District
of Massachusetts