IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE W. BUNCH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>Defendants. | Case No. 04-11380-WGY |

**MOTION OF BUNCH PLAINTIFFS TO APPROVE PROPOSED CLASS NOTICE AND PLAN OF DISTRIBUTION**

The Bunch Plaintiffs move, pursuant to Rule 23 (c) of the Federal Rules of Civil Procedure, for an Order approving class notice and the plan of distribution of class notice. Plaintiffs have consulted with Defendants and understand that Defendants approve the propose notice and agree that the proposed notice satisfies the requirements of Rule 23 (c) and the plan of distribution provides for the best notice practicable. Additional support is contained in the attached memorandum.

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　**WAITE, SCHNEIDER, BAYLESS
　　　　　　　　　　　　　　　& CHESLEY CO., L.P.A.**

　　　　　　　　　　　　　　*/s/ Terrence L. Goodman*_____
　　　　　　　　　　　　　　James R. Cummins
　　　　　　　　　　　　　　Jane H. Walker
　　　　　　　　　　　　　　Terrence L. Goodman
　　　　　　　　　　　　　　1513 Fourth & Vine Tower
　　　　　　　　　　　　　　One West Fourth Street
　　　　　　　　　　　　　　Cincinnati, Ohio  45202

    Telephone: (513) 621-0267
    Facsimile: (513) 381-2375
    E-mail  jcummins@wsbclaw.com
    E-mail: janehwalker@wsbclaw.com
    E-mail: terrygoodman@wsbclaw.com

**Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated**

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

*/s/ Jeffrey C. Block*_____
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com

**Dated: April 5, 2007**