**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| _____ | ) | |
| **LAWRENCE W. BUNCH, et al.** | ) | Case No. 04-11380-WGY |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007, I filed Motion of Bunch Plaintiffs to Approve Proposed Class Notice and Plan of Distribution and Memorandum in Support of Motion of Bunch Plaintiffs to Approve Proposed Class Notice and Plan of Distribution through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on April 5, 2007.

                      Respectfully submitted,
                      WAITE, SCHNEIDER, BAYLESS
                       & CHESLEY CO., L.P.A.

                      */s/ Jane H. Walker*_____
                      James R. Cummins
                      Jane H. Walker
                      1513 Fourth & Vine Tower
                      One West Fourth Street
                      Cincinnati, Ohio  45202
                      Telephone:  (513) 621-0267
                      Facsimile:  (513) 381-2375
                      E-mail  jcummins@wsbclaw.com
                      E-mail:  janehwalker@wsbclaw.com

2

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

*/s/ Jeffrey C. Block*_____
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194
Email:  jblock@bermanesq.com

Dated:  April 5, 2007

2