CERTIFIED

# United States Court of Appeals
## For the First Circuit

No. 06-8051

KERI EVANS, ET AL.,

Plaintiffs, Petitioners,

v.

JOHN F. AKERS, ET AL.,

Defendants, Respondents.

Before

Boudin, Chief Judge,
Lynch and Howard, Circuit Judges.

JUDGMENT

Entered: April 9, 2007

    The petitioners have requested that this court exercise its discretion under Rule 23(f) to permit an interlocutory appeal from the district court's order denying their motion for class certification, and dismissing their complaint, on the ground that they lack "participant" standing under ERISA. See Evans v. Akers, 466 F. Supp.2d 371 (D. Mass. 2006). Having carefully considered the petition, we are not persuaded that an immediate appeal from the district court's order "will permit the resolution of an unsettled legal issue that is important to the particular litigation as well as important in itself and likely to escape effective review if left hanging until the end of the case." Waste Management Holdings, Inc. v. Mowbray, 208 F.3d 288, 294 (1st Cir. 2000).

    We note that, in their "Reply in Further Support of Petition for Permission to Appeal," the petitioners have argued that the district court's denial of their motion for class certification was the "death knell" for their ERISA claims. We need not consider this argument, as the petitioners failed to raise it in their main

petition. But in any event, even assuming, without deciding, that the petitioners have shown that the district court's ruling "effectively ends the case" as to them, they have not shown that the ruling is sufficiently "questionable" to warrant interlocutory review. See Mowbray, 208 F.3d at 293 (citing Blair v. Equifax Check Servs, Inc., 181 F.3d 832, 835 (7th Cir. 1999)).

For these reasons, the Rule 23(f) petition for leave to appeal is DENIED.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 4/9/7

[Cert. cc: Hon. William G. Young and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Pastor, Meltzer, Ciolko, Goodman, Cummins, Chesley, Hart, Block, Hurley, DeValerio, Ruzal, Flicker, Rust, Gilmore, Reding, Irwin, Mack, Betz, Ms. Flowe, Ms. Dixon, Ms. English, Ms. Webb, Ms. Heermans, Ms. Walker and Ms. Bornstein]