IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KERI EVANS,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**JOHN F. AKERS, et al.**<br><br>     **Defendants.**<br><br>―――――――――――――<br><br>**LAWRENCE W. BUNCH, et al.**<br><br>     **Plaintiffs,**<br><br>v.<br><br>**W.R. GRACE & CO., et al.**<br><br>     **Defendants.** | Consolidated as:<br>Case No. 04-11380-WGY |

**DEFENDANT STATE STREET'S ASSENTED TO MOTION**
**FOR EXTENSION OF CERTAIN DISCOVERY DEADLINES**

  Pursuant to Federal Rule of Civil Procedure 7 and Local Rules 7.1 and 16.1, Defendants State Street Bank & Trust Company and State Street Global Advisors (collectively "State Street"), with the assent of the parties, respectfully request that the Court grant the accompanying order extending the deadlines in the above-captioned action for completion of fact discovery and exchange of opening and rebuttal expert reports.  This motion does not seek extension of the overall deadline for completion of discovery nor an extension of other pre-trial dates or trial.

1

In accordance with the Court's September 12, 2006, Scheduling Order (Ct. File No. 110), fact discovery in this matter is to be concluded by May 14, 2007; initial expert reports are to be filed by May 29, 2007; rebuttal expert reports are due by June 18, 2007; and expert discovery is to be concluded by July 18, 2007. Dispositive motions are due by August 17, 2007, and the final pretrial conference is scheduled for September 4, 2007. The case is set for the running trial list as of October 1, 2007.

The Parties have exchanged written discovery and documents and are currently conducting depositions. Due to the requirements of other cases, State Street's lead counsel will be traveling to Asia for business for two weeks beginning May 7, 2007. To permit its counsel to participate in the depositions of certain witnesses (including its own employees), State Street respectfully requests (with assent of the other Parties) that the May 14 deadlines for completion of fact discovery be extended to June 1, 2007; that the filing of initial expert reports accordingly be extended from May 29 to June 15, 2007; and that the filing of rebuttal expert be extended from June 18 to June 27, 2007. The date for completion of discovery would remain July 18, 2007. This motion does not seek extension of any other deadlines set in the September 12, 2006 Scheduling Order, including the deadline for dispositive motions, the pre-trial conference, or trial. State Street conferred with counsel for the other Parties prior to filing this motion, and they indicated that they do not oppose this motion.

Dated:  May 1, 2007

Respectfully submitted,

STATE STREET BANK AND TRUST COMPANY

By its counsel,

___/s/ Sean T. Carnathan_____
Sean T. Carnathan (BBO #636889)
(scarnathan@ocmlaw.net)
O'CONNOR, CARNATHAN, MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
(scottflicker@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

      Undersigned counsel for defendant State Street certifies that counsel for State Street has conferred with all other counsel in this matter, and counsel assent to the request set forth in this Motion for extensions of time to complete discovery.

| __May 1, 2007__ | __/s/ Sean T. Carnathan__ |
|---|---|
| Date | Sean T. Carnathan |

## CERTIFICATE OF SERVICE

      I here certify that this Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 1, 2007.

| __May 1, 2007__ | __/s/ Sean T. Carnathan__ |
|---|---|
| Date | Sean T. Carnathan |