# EXHIBIT A

# GRACE

**W.R. Grace & Co.**
**Savings and Investment Plan**

October 1, 2006 - December 31, 2006

ENV#: NA 89994 T

MARK A SIAMIS

☎ Client Service Number: 1-800-835-5096
For questions about your statement call any business day between 8:30 AM and 12:00 midnight Eastern Standard Ti
Internet address: http://www.401k.com

## Your Account Summary

| | |
|---|---:|
| Beginning Balance | $607,478.54 |
| Fees | -3.00 |
| Dividends | 8,598.68 |
| Interest | 1,439.61 |
| Change in Market Value | 15,949.12 |
| **Ending Balance** | **$633,462.85** |

**Additional Information**
◆ Vested Balance          $633,462.85

**Your Personal Rate of Return**
This Period          4.3%
Year to Date          7.5%

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation



■ Stocks 73%
■ Bond/Managed Inc 27

Your account is currently allocated among the asset classes specified above. Percentages and totals may not be exact due to rounding.

The Additional Fund Information section lists the allocation of your blended funds.

## Market Value of Your Account

This section displays the value of your account for the period, in both shares/units and dollars.

| Investment | Shares/Units on 09/30/2006 | Shares/Units on 12/31/2006 | Price on 09/30/2006 | Price on 12/31/2006 | Market Value on 09/30/2006 | Market Value on 12/31/2006 |
|---|---:|---:|---:|---:|---:|---:|
| Stock Investments | | | | | $366,393.08 | $384,595.92 |
| Fid Blue Chip Growth | 6,164.589 | 6,182.457 | $42.67 | $44.31 | 263,043.01 | 273,944.67 |
| Fid Contrafund | 907.389 | 985.878 | $66.55 | $65.20 | 60,386.74 | 64,279.25 |
| Fid Otc Portfolio | 1,121.204 | 1,121.204 | $38.31 | $41.36 | 42,953.33 | 46,373.00 |
| Blended Fund Investments | | | | | $121,493.25 | $127,827.11 |
| Fid Balanced | 6,438.434 | 6,578.853 | $18.87 | $19.43 | 121,493.25 | 127,827.11 |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

8358  NA008358    0001  20070112  NA4K
Fidelity Investments, PO Box 5424, Cincinnati, OH 45250-5424

Page 1 of 7

W.R. Grace & Co.  
Savings and Investment Plan

Statement Period: 10/01/2006 to 12/31/2006

## Market Value of Your Account (continued)

| Investment | Shares/Units on 09/30/2006 | Shares/Units on 12/31/2006 | Price on 09/30/2006 | Price on 12/31/2006 | Market Value on 09/30/2006 | Market Value on 12/31/2006 |
|---|---|---|---|---|---|---|
| Fixed Income Fund | 119,602.210 | 121,038.820 | $1.00 | $1.00 | 119,602.21 | 121,038.82 |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

*Some of your investments are classified as a Blended Fund Investment. Blended investments may include a mixture of stocks, bonds and/or short-term assets. Please refer to the "Additional Fund Information" section to determine the allocation of your blended investments' underlying assets. The asset breakdown of your portfolio is reflected in the pie chart in the "Asset Allocation" section.

## Your Investment Elections as of 01/12/2007

| Investment | Before Tax Savings | Company Match | New Start After Tax Employee | Pre-Tax Catch-Up | Roth Basic |
|---|---|---|---|---|---|
| Fid Balanced | 25% | 25% | 25% | 25% | 25% |
| Fixed Income Fund | 75% | 75% | 75% | 75% | 75% |
| Total | 100% | 100% | 100% | 100% | 100% |

| Investment | Roth Catch-Up |
|---|---|
| Fid Balanced | 25% |
| Fixed Income Fund | 75% |
| Total | 100% |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Fid Balanced | Fid Blue Chip Growth | Fid Contrafund | Fid Otc Portfolio | Fixed Income Fund |
|---|---|---|---|---|---|
| Beginning Balance | $121,493.25 | $263,043.01 | $60,366.74 | $42,953.33 | $119,602.21 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 | -3.00 |
| Dividends | 2,715.80 | 801.40 | 5,081.38 | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 1,439.61 |
| Change in Market Value | 3,618.06 | 10,100.26 | -1,168.87 | 3,419.67 | 0.00 |
| Ending Balance | $127,827.11 | $273,944.67 | $64,279.25 | $46,373.00 | $121,038.82 |

| Activity | Total |
|---|---|
| Beginning Balance | $607,478.54 |
| Fees | -3.00 |
| Dividends | 8,598.58 |
| Interest | 1,439.61 |
| Change in Market Value | 15,949.12 |
| Ending Balance | $633,462.85 |

W.R. Grace & Co.
Savings and Investment Plan

Statement Period: 10/01/2006 to 12/31/2006

## Your Account Information
If information below is incorrect, please contact your Benefits Office.

**General Information**
Participant Status        Terminated        Termination Date        08/16/2004

**Non-taxable Balances**
Pre-87                    $17,681.25        New Start (Post-86)     $176,485.65

## Investment Fee Information

Fidelity Low-Priced Stock Fund assesses a short-term trading fee of 1.50% for shares held less than 90 days.
Spartan Total Market Index assesses a short-term trading fee of 0.50% for shares held less than 90 days.
Spartan Extended Market Index assesses a short-term trading fee of 0.75% for shares held less than 90 days.
PIMCO Total Return Adm assesses a short-term trading fee of 2.00% for shares held less than 7 days.
Franklin Small-Mid Cap Growth A fund assesses a short-term trading fee of 2.00% for shares held less than 8 days.
Templeton Foreign A assesses a short-term trading fee of 2.00% for shares held less than 8 days.
Fidelity Select Telecommunications Portfolio assesses a short-term trading fee of 0.75% for shares held less than 30 days.
Fidelity Europe Fund assesses a short-term trading fee of 1.00% for shares held less than 30 days.
Fidelity Diversified International Fund assesses a short-term trading fee of 1.00% for shares held less than 30 days.
Spartan International Index assesses a short-term trading fee of 1.00% for shares held less than 90 days.

## Fund Performance

A summary of investment performance of all funds available in the plan. Funds you own are marked with an asterisk.
As you review this update, please remember that performance data stated represents past performance which does not guarantee future results. Investment return and principal value of an investment will fluctuate; therefore, you may have a gain or loss when you sell your units. Current performance may be higher or lower than performance stated. To learn more or to obtain the most recent month-end performance information, contact Fidelity using the information listed on the first page of this statement (your plan's toll free number and/or website).

Before investing in any investment option, please carefully consider the investment objectives, risks, charges and expenses. For this and other information, call or write Fidelity for a free mutual fund or variable annuity prospectus. Read it carefully before you invest.

Your holding period may differ from the time periods shown below.
- Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than U.S. investments. This risk includes political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation.
- Lower-quality debt securities involve greater risk of default or price changes due to potential changes in the credit quality of the issuer.
- Investments in mortgage securities are subject to prepayment risk, which can limit the potential for gain during a declining interest rate environment and increase the potential for loss in a rising interest rate environment.
- Because of their narrow focus, sector funds may be more volatile than funds that diversify across many sectors.
- Investments in smaller companies may involve greater risks than those in larger, more well known companies.

| Investment (VRS Code) | Cumulative % 3 Month | YTD | Annual Total Return % 2005 | 2004 | 2003 | Average Annual Total Return % as of 12/31/2006 1 Year | 3 Year | 5 Year | 10 Year | Life | Inception Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | | |
| Am Cent Intl Growth (91508) | 11.81 | 25.00 | 13.34 | 15.31 | 25.38 | 25.00 | 17.77 | 10.59 | 9.20 | 10.61 | 05/09/1991 |
| Company Contribution (93935) | ** | ** | ** | ** | ** | ** | ** | ** | ** | ** | |
| Fid Blue Chip Growth (00312)* | 4.14 | 5.54 | 4.03 | 6.26 | 24.80 | 5.54 | 5.27 | 1.89 | 5.61 | 11.98 | 12/31/1987 |
| Fid Contrafund (00022)* | 6.45 | 11.52 | 16.23 | 15.07 | 27.95 | 11.52 | 14.26 | 11.52 | 11.01 | 13.32 | 05/17/1967 |
| Fid Diversified Intl (00325) | 9.80 | 22.52 | 17.23 | 19.66 | 42.38 | 22.52 | 19.78 | 17.27 | 13.16 | 12.46 | 12/27/1991 |
| Fid Equity Income (00023) | 7.43 | 19.81 | 5.74 | 11.29 | 29.96 | 19.81 | 12.13 | 8.70 | 9.38 | 13.16 | 05/16/1966 |
| Fid Europe (00301) | 10.42 | 25.18 | 18.17 | 28.95 | 46.91 | 25.18 | 24.02 | 15.87 | 10.87 | 11.78 | 10/01/1986 |
| Fid Growth & Income (00027) | 6.80 | 10.71 | 2.71 | 9.84 | 19.01 | 10.71 | 7.69 | 4.02 | 7.15 | 13.10 | 12/30/1985 |
| Fidelity Low Pr Stk (00316) | 9.78 | 17.76 | 8.65 | 22.24 | 40.85 | 17.76 | 16.08 | 15.63 | 15.34 | 17.47 | 12/27/1989 |
| Fid Otc Portfolio (00093)* | 7.96 | 9.45 | 6.94 | 8.12 | 35.80 | 9.45 | 8.83 | 6.07 | 7.11 | 14.01 | 12/31/1984 |
| Fkln SmMidCap Grth A (93392) | 6.23 | 7.52 | 10.55 | 13.04 | 37.68 | 7.52 | 10.34 | 5.43 | 7.86 | 12.40 | 02/14/1992 |
| JPM US Sm Co Inst (98855) | 7.98 | 15.87 | 4.18 | 14.66 | 40.03 | 15.87 | 11.17 | 8.91 | 7.79 | 9.43 | 11/04/1993 |
| Spartan Intl Index (00399) | 10.39 | 26.15 | 13.73 | 19.86 | 38.34 | 26.15 | 19.81 | 14.85 | N/A | 8.28 | 11/05/1997 |
| Spartan US Eq Index (00650) | 6.66 | 15.72 | 4.85 | 10.73 | 28.50 | 15.72 | 10.34 | 6.07 | 8.26 | 11.68 | 02/17/1988 |
| Sptn Extnd Mkt Index (00398) | 9.01 | 15.35 | 10.01 | 17.88 | 42.81 | 15.35 | 14.37 | 11.85 | N/A | 7.70 | 11/05/1997 |
| Sptn Total Mkt Index (00397) | 7.19 | 15.73 | 6.42 | 12.11 | 31.24 | 15.73 | 11.35 | 7.44 | N/A | 6.59 | 11/05/1997 |
| Templeton Foreign A (99500) | 9.64 | 19.93 | 10.63 | 18.14 | 30.51 | 19.93 | 16.16 | 13.32 | 6.88 | 13.62 | 10/05/1982 |
| GS Mid Cap Value A (46199) | 8.43 | 15.61 | 12.44 | 25.37 | 27.52 | 15.61 | 17.68 | 14.55 | N/A | 11.57 | 08/15/1997 |
| GS Sm Cap Value Inst (47125) | 7.35 | 17.78 | 3.61 | 19.43 | 43.85 | 17.78 | 13.38 | 14.23 | N/A | 11.38 | 08/15/1997 |
| Market Indices* | | | | | | | | | | | |

8358   NA008358        0001    20070112    NA4K
Fidelity Investments, PO Box 5424, Cincinnati, OH 45250-5424

Page 3 of 7

W.R. Grace & Co.  
Savings and Investment Plan

Statement Period: 10/01/2006 to 12/31/2006

## Fund Performance (continued)

| Investment (VRS Code) | Cumulative % 3 Month | YTD | Annual Total Return % 2005 | 2004 | 2003 | Average Annual Total Return % as of 12/31/2006 1 Year | 3 Year | 5 Year | 10 Year | Life | Inception Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSCI EAFE Index | 10.37 | 26.53 | 13.72 | 20.42 | 38.97 | 26.53 | 20.11 | 15.20 | 7.92 | N/A | |
| Russell 2000 Index | 8.90 | 18.37 | 4.55 | 18.33 | 47.25 | 18.37 | 13.56 | 11.39 | 9.44 | N/A | |
| S&P 500 Index | 6.70 | 15.79 | 4.91 | 10.88 | 28.68 | 15.79 | 10.44 | 6.19 | 8.42 | N/A | |
| Fid Freedom 2000 (00370) | 2.95 | 6.76 | 4.00 | 4.52 | 9.21 | 6.76 | 5.08 | 4.47 | 6.78 | 6.88 | 10/17/1996 |
| Fid Freedom 2010 (00371) | 4.55 | 9.46 | 5.92 | 7.24 | 17.13 | 9.46 | 7.53 | 6.29 | 8.27 | 8.41 | 10/17/1996 |
| Fid Freedom 2020 (00372) | 5.77 | 11.61 | 7.75 | 9.55 | 24.90 | 11.61 | 9.63 | 7.26 | 8.75 | 8.91 | 10/17/1996 |
| Fid Freedom 2030 (00373) | 6.58 | 12.90 | 8.82 | 10.45 | 28.42 | 12.90 | 10.71 | 7.58 | 8.69 | 8.85 | 10/17/1996 |
| Fid Freedom Income (00369) | 2.53 | 6.37 | 3.78 | 3.89 | 7.33 | 6.37 | 4.67 | 4.19 | 5.83 | 5.89 | 10/17/1996 |
| Fid Balanced (00304)* | 5.21 | 11.65 | 10.68 | 10.94 | 28.24 | 11.65 | 11.09 | 9.98 | 10.84 | 10.70 | 11/06/1986 |
| Market Indices* | | | | | | | | | | | |
| LB Agg Bond Index | 1.24 | 4.33 | 2.43 | 4.34 | 4.10 | 4.33 | 3.70 | 5.06 | 6.24 | N/A | |
| S&P 500 Index | 6.70 | 15.79 | 4.91 | 10.88 | 28.68 | 15.79 | 10.44 | 6.19 | 8.42 | N/A | |
| Fidelity Invst Gr Bd (00026) | 1.30 | 4.82 | 2.73 | 4.53 | 4.67 | 4.82 | 4.03 | 5.20 | 6.08 | 7.80 | 08/06/1971 |
| Fidelity US Bd Index (00651) | 1.09 | 4.33 | 2.26 | 4.36 | 4.91 | 4.33 | 3.85 | 5.18 | 6.24 | 7.38 | 03/08/1990 |
| Fixed Income Fund (97602)* | 1.19 | 4.95 | 5.01 | 4.75 | 5.17 | 4.95 | 4.90 | 5.19 | 6.05 | 8.64 | 01/31/1983 |
| PIMCO Tot Return Adm (99474) | 0.86 | 3.74 | 2.63 | 4.88 | 5.30 | 3.74 | 3.75 | 5.27 | 6.57 | 7.11 | 09/08/1994 |
| Market Indices* | | | | | | | | | | | |
| LB Agg Bond Index | 1.24 | 4.33 | 2.43 | 4.34 | 4.10 | 4.33 | 3.70 | 5.06 | 6.24 | N/A | |
| LB Gov't Credit Bond Index | 1.04 | 3.78 | 2.37 | 4.19 | 4.67 | 3.78 | 3.44 | 5.17 | 6.26 | N/A | |

Total returns are historical and include the change in share value and reinvestment of dividends and capital gain distributions, if any. Cumulative returns are reported as of the periods shown. Life of fund figures are from commencement date to the period shown. Due to regulatory requirements the average annual total returns are as of the most recent calendar quarter for the periods shown and are calculated using a standard formula. The figures do not include the effect of sales charges, if any, as these charges are waived for contributions made through your company's employee benefit plan. If sales charges were included, returns would have been lower. Each fund's share price (except money market funds), yield, and return will vary, and you may have a gain or loss when you sell your shares. For funds no longer offered through your plan, short-term trading fees will not apply to your account.
American Century International Growth Fund - Investor Class was formerly known as Twentieth Century International Growth Fund.
Fidelity is temporarily reimbursing a portion of Spartan International Index Fund's expenses. Absent such reimbursement, returns would have been lower.
Fidelity is temporarily reimbursing a portion of Spartan U.S. Equity Index Fund's expenses. Absent such reimbursement, returns would have been lower.
Fidelity is temporarily reimbursing a portion of Spartan Extended Market Index Fund's expenses. Absent such reimbursement, returns would have been lower.
Fidelity is temporarily reimbursing a portion of Spartan Total Market Index Fund's expenses. Absent such reimbursement, returns would have been lower.
Fidelity is temporarily reimbursing a portion of the Fidelity Freedom Funds' expenses. Absent such reimbursement, returns and yield would have been lower and the expense ratio would have been higher.
Fidelity is temporarily reimbursing a portion of Fidelity U.S. Bond Index Fund's expenses. Absent such reimbursement, returns would have been lower.
(1) This investment option is not a mutual fund registered under the Investment Company Act of 1940, and is managed by W. R. Grace & Co. (2) For comparison purposes, returns on the Fixed Income Fund reflect performance since Plan Inception (9/1/76).
Non-Fidelity mutual funds and other investments are managed by non-Fidelity entities. Please consult the prospectus for more information. If applicable, class of shares may vary. Please consult your plan documentation for the specific class of shares available through your plan. Performance information for non-Fidelity mutual funds and other investments were provided by a third-party. Although data is carefully verified, accuracy and completeness cannot be guaranteed.
* The MSCI EAFE Index (Morgan Stanley Capital International Europe, Australasia, and Far East, Index) is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.
*The Russell 2000 Index is an unmanaged index, which is comprised of the 2,000 smallest securities in the Russell 3000 Index, representing approximately 11% of the Russell 3000 total market capitalization, and includes reinvestment of dividends.
*The S&P 500 is a registered service mark of the McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is a widely recognized, unmanaged index of 500 U.S. common stocks.
*The Lehman Brothers Aggregate Bond Index is an unmanaged market value-weighted index for investment-grade fixed-rate debt issues, including government, corporate, asset-backed, and mortgage-backed securities with maturities of at least one year.
* The Lehman Brothers Gov't Credit Bond Index (LB Gov't Credit) is an unmanaged total return index comprised of certain public obligations of the U.S. Treasury, U.S. government agencies, quasi-federal agencies, corporate debt guaranteed by the U.S. government and public fixed rate, and non-convertible investment-grade domestic corporate debt. Issues included in this index have at least one year to maturity.
Fidelity Investments Institutional Services Company, Inc. 82 Devonshire Street Boston, MA 02109
** Performance was not available at time of statement printing.

# EXHIBIT B

Case 1:04-cv-11380-WGY    Document 166-2    Filed 05/30/2007    Page 6 of 6