# EXHIBIT C

# United States Court of Appeals
## For the First Circuit

No. 07-1140

LAWRENCE BUNCH, ET AL.,

Plaintiffs,

KERI EVANS, ET AL.,

Plaintiffs, Appellants,

v.

JOHN F. AKERS, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Lynch and Howard, Circuit Judges.

ORDER OF COURT

Entered: April 9, 2007

In view of this court's denial of the Rule 23(f) petition (06-8051), the "Unopposed Motion to Stay [Appellate] Proceedings Pending Resolution of Appellants' Fed. R. Civ. P. 23(f) Petition" is DENIED as moot.

We make no determination at this time as to whether a final appealable judgment has yet entered. The parties should address this matter in their briefs. See generally Global NAPS, Inc. v. Verizon New England, Inc., 396 F.3d 16, 22 (1st Cir. 2005) ("The disposition of one case in a consolidated action is a final and appealable judgment unless the cases were consolidated 'for all purposes.'"); Wright & Miller, 15A Fed. Prac. & Proc. Juris.2d § 3914.7, n. 105 (discussing Global NAPS and related cases).

<u>So ordered.</u>

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
          Chief Deputy Clerk.

cc: Messrs: Pastor, Meltzer, Ciolko, Goodman, Cummins, Chesley, Hart, Block, Hurley, DeValerio, Ruzal, Flicker, Rust, Gilmore, Reding, Irwin, Mack, Betz, Ms. Flowe, Ms. Dixon, Ms. English, Ms. Webb, Ms. Heermans, Ms. Walker and Ms. Bornstein]