UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOHN F. AKERS, et al.,<br><br>      Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>W. R. GRACE & CO., et al.,<br><br>      Defendants. | Consolidated Under<br>Case No. 04-11380-WGY |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO THE EVANS PLAINTIFFS' MOTION TO AMEND THEIR FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO INTERVENE**

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1, Defendants W. R. Grace & Co., Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapidario (collectively, the "Grace Defendants"), and Lawrence W. Bunch, David Mueller, and Jerry L. Howard, Sr. (collectively, the "Bunch Plaintiffs"), with the assent of all parties to this case, respectfully request that the Court grant the attached proposed order extending the time to respond to Plaintiffs Keri Evans' and

Timothy Whipps' (the "Evans Plaintiffs") Motion for Leave To Amend Consolidated Amended Complaint To Add Mark Siamis As a Class Representative or, in the Alternative, To Intervene Plaintiff Mark Siamis (the "Evans Motion").  **This motion requests a one week extension of the response date, and does not affect the Court's May 1, 2007 Amended Scheduling Order, or any other pre-trial or trial deadlines in this case.**

The Grace Defendants and Bunch Plaintiffs respectfully request an extension of time to respond to the Evans Motion while they are the in the midst of attempting to satisfy all fact and expert discovery deadlines in this case.  These already heavy workload concerns, coupled with the existence of previously scheduled out-of-town travel by some of the counsel for the parties, necessitates this request for an extension.

The Evans Motion was filed on May 30, 2007, only two (2) days prior to close of fact discovery in this case – during a week when all other parties in the case were engaged in depositions taking place every day in multiple cities.  The response to the Evans Motion is due on June 13, 2007 – in the same week that initial expert reports from the parties are due to be prepared and exchanged.  In addition to these workload concerns, some of the counsel for the parties have previously scheduled travel arrangements during the same week the response is due that could not be moved – including one counsel with a pre-paid vacation planned, and two other counsel traveling out of state on business travel that was arranged three months ago.

The Grace Defendants and Bunch Plaintiffs and their counsel represent that they have been working and continue to work to meet all required deadlines in this case as diligently as possible.  They request an extension of time to respond to the Evans Motion

of merely one week, until Wednesday, June 20, 2007. This extension would not affect any of the other deadlines in the case, and would not affect the trial date. Counsel for the Evans Plaintiffs and counsel for State Street have both represented their consent to this extension.

Dated: June 8, 2007

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ Jeffrey C. Block | /s/ Matthew C. Hurley |
| Jeffrey C. Block | William W. Kannel (BBO# 546724) |
| (jblock@bermanesq.com) | (wkannel@mintz.com) |
| BERMAN DEVALERIO PEASE | Matthew C. Hurley (BBO# 643638) |
| TABACCO BURT & PUCILLO | (mchurley@mintz.com) |
| One Liberty Square | MINTZ, LEVIN, COHN, FERRIS, |
| Boston, Massachusetts 02109 | GLOVSKY and POPEO, P.C. |
| Telephone: (617) 542-8300 | One Financial Center |
| Facsimile: (617) 542-1194 | Boston, MA 02111 |
|  | Telephone: (617) 542-6000 |
| - and - | Facsimile: (617) 542-2241 |
|  |  |
|  | - and - |
| James R. Cummins |  |
| (jcummins@wsbclaw.com) | Caroline Turner English |
| Jane H. Walker | (english.caroline@arentfox.com) |
| (janehwalker@wsbclaw.com) | Jeffrey H. Ruzal |
| WAITE, SCHNEIDER, BAYLESS | (ruzal.jeff@arentfox.com) |
| & CHESLEY CO., L.P.A. | ARENT FOX LLP |
| 1513 Fourth & Vine Tower | 1050 Connecticut Avenue, NW |
| One West Fourth Street | Washington, DC 20036 |
| Cincinnati, Ohio 45202 | Telephone: (202) 857-6054 |
| Telephone: (513) 621-0267 | Facsimile: (202) 857-6395 |
| Facsimile: (513) 381-2375 | *Counsel for W. R. Grace & Co.,* |
| *Counsel for Lawrence W. Bunch,* | *Investment and Benefits Committee,* |
| *Jerry L. Howard, Sr. and David* | *Administrative Committee, Fred E.* |
| *Mueller, Both Individually and* | *Festa, Paul J. Norris, Robert M. on* |
| *Behalf of All Others Similarly* | *Tarola, John F. Akers, Henry* |
| *Situated* | *Furlong Gottlieb, W. Brian* |
|  | *McGowan, Michael Piergrossi,* |
|  | *Eileen Walsh, David Nakashige,* |
|  | *Elyse Napoli, Martin Hunter and* |
|  | *Ren Lapidario* |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Counsel for the Grace Defendants certify that they have conferred with counsel to all other parties in this case, and counsel assent to the request set forth in this Motion for an extension of time to oppose the Evans Plaintiffs' Motion for Leave To Amend Consolidated Amended Complaint To Add Mark Siamis As a Class Representative or, in the Alternative, To Intervene Plaintiff Mark Siamis.

June 8, 2007_____                    /s/ Matthew C. Hurley_____
Date                                       Matthew C. Hurley

## CERTIFICATE OF SERVICE

I hereby certify that this Motion filed through the Electronic Court Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on June 8, 2007.

June 8, 2007_____                    /s/ Matthew C. Hurley_____
Date                                       Matthew C. Hurley