**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KERI EVANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN F. AKERS, et al.,<br><br>　　　　Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>W. R. GRACE & CO., et al.,<br><br>　　　　Defendants. | Consolidated Under<br>Case No. 04-11380-WGY |

## ORDER

**UPON CONSIDERATION** of the Assented to Motion for Extension of Time to Respond to the Evans Plaintiffs' Motion for Leave To Amend Consolidated Amended Complaint To Add Mark Siamis As a Class Representative or, in the Alternative, To Intervene Plaintiff Mark Siamis (the "Evans Motion"), it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

**ORDERED** that all responses to the Evans Motion must be filed on or before June 20, 2007.

_____
William G. Young
United States District Court Judge