IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>   Defendants. | Consolidated<br>Case No. 04-11380-WGY |
| LAWRENCE W. BUNCH, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>   Defendants. | |

### PLAINTIFFS' NOTICE OF FILING ITS EXPERT REPORTS

PLEASE TAKE NOTICE that Plaintiffs' herein file its expert reports pursuant to F.R.C.P. 26(a)(2) and this Court's Order (Document No. 164) of May 2, 2007. The following expert reports are being submitted on behalf of Plaintiffs:

  1. Steven R. Grenadier, Ph.D., attached as Exhibit "A"';

  2. John J. Mulligan, Jr., attached as Exhibit "B";

  3. Harvey S. Rosen, Ph.D., attached as Exhibit "C"; and

4. Jeffery E. Schaff, attached as Exhibit "D".

> Respectfully Submitted,
> **WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.**
>
> /s/ *Terrence L. Goodman*
> James R. Cummins
> Jane H. Walker
> Terrence L. Goodman
> 1513 Fourth & Vine Tower
> One West Fourth Street
> Cincinnati, Ohio 45202
> Telephone: (513) 621-0267
> Facsimile: (513) 381-2375
> E-mail jcummins@wsbclaw.com
> E-mail: janehwalker@wsbclaw.com
> E-mail: terrygoodman@wsbclaw.com
>
> **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
>
> /s/ *Jeffrey C. Block*
> Jeffrey C. Block
> One Liberty Square
> Boston, Massachusetts 02109
> Telephone: (617) 542-8300
> Facsimile: (617) 542-1194
> Email: jblock@bermanesq.com
>
> *Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated*

Dated: June 15, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2007, I filed Plaintiffs' Notice of Filing Its Expert Reports through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on June 15, 2007.

        Respectfully submitted,
        WAITE, SCHNEIDER, BAYLESS
         & CHESLEY CO., L.P.A.

        */s/ Jane H. Walker*
        James R. Cummins
        Jane H. Walker
        Terrence L. Goodman
        1513 Fourth & Vine Tower
        One West Fourth Street
        Cincinnati, Ohio 45202
        Telephone: (513) 621-0267
        Facsimile: (513) 381-2375
        E-mail jcummins@wsbclaw.com
        E-mail: janehwalker@wsbclaw.com
        E-mail: terrygoodman@wsbclaw.com