EXHIBIT A

EXPERT REPORT OF
STEVEN R. GRENADIER, PH.D.

# Expert Report of Steven R. Grenadier

Qualifications

- I, Steven R. Grenadier, Ph.D., am the William F. Sharpe Professor of Financial Economics at the Graduate School of Business at Stanford University. I was recently the Chair of the Finance Department at Stanford over the period from 2004-2006. My teaching and research are in the area of investment analysis. While at Stanford, I have taught graduate level courses in Portfolio Management, Real Estate Investment, and Finance Theory. In 1987, I graduated Phi Beta Kappa and summa cum laude from the University of California at Berkeley with a B.S. in Business Administration. In 1992, I received my Ph.D. in Business Economics (in Finance) from Harvard University. I have published numerous articles in finance and economics journals. I have spoken at numerous academic and business conferences about my research. I am a Director of E*Trade Funds, a Director of Nicholas Applegate Institutional Funds, and am a Senior Consultant to Financial Engines, Inc., an online investment advisor. A more complete listing of my qualifications can be found in my curriculum vitae, attached as Exhibit 1.

## I.    Scope of Analysis

- I have been retained by counsel for former and current employees of W. R. Grace & Company to discuss the overall level of diversification and appropriateness of the asset allocations in the W. R. Grace Savings and Investment Plan ("Plan") when participants were permitted to hold the Grace Stock Fund, to discuss the economic implications of removing the Grace Stock Fund from participants'

portfolios and replacing it with the Fixed Income Fund, and to calculate economic damages from removing the Grace Stock Fund from participants' portfolios.

- Exhibit 2 contains a list of my testimony over the previous four years.

- In order to undertake this analysis, I examined the material in Exhibit 3.

- I am being compensated at the rate of $600 per hour.

II.    The Appropriateness of the Diversification and Asset Allocation in the Plan Prior to the Elimination of the Grace Stock Fund

- Perhaps one of the most well-accepted principles of financial economics is that investors are best served by holding diversified portfolios.

- The concept of quantifying the benefits of diversification goes at least as far back as the work in Harry Markowitz's Nobel Prize winning article, "Portfolio Selection," published in 1952. The subsequent work of William Sharpe (another Nobel Prize winning economist) formed the basis of what is known as Modern Portfolio Theory.

- The essential idea behind the benefits of diversifying across assets (and asset classes) is quite intuitive. While most assets (with the exception of short term fixed income instruments) are risky and unpredictable, their returns are not perfectly correlated. That is, since their realized returns depend differently on a wide variety of economic outcomes, their fortunes are not perfectly correlated. Thus when US equities fall due to an unexpected negative exchange rate movement, foreign equities might rise. The impact of the imperfect correlation

across various assets is that diversification leads to reduced fluctuations in overall portfolio returns.

- Exhibit 4 provides the allocation across assets of the Plan as of December 31, 2003. As of December 31, 2003, the Plan was widely diversified across a wide variety of asset classes: US equities, foreign equities, US fixed income, etc. Only 4.5% of the Plan was allocated to the Grace Stock Fund, with the remainder broadly diversified across equities and fixed income products.

- The 4.5% allocation to the Grace Stock Fund is reasonably small, and does not lead to any significant lack of diversification, in light of the overall Plan portfolio.

- In particular, the fact that the Plan had 52% allocated to the Fixed Income Option (a very low risk investment), leads me to conclude that the overall riskiness of the Plan's portfolio was quite low.

- While holding the Grace Stock Fund as one's total portfolio would clearly constitute an inefficiently diversified portfolio, the principles of Modern Portfolio Theory make it clear that one should not look at any investment in isolation, but instead as part of one's overall portfolio.

III.     The Implications of Reallocating the Assets Invested in the Grace Stock Fund into the Fixed Income Option

- There are several potential reasons why a participant may have reasonably invested some of their portfolio in the Grace Stock Fund.

1. The participant may be optimistic about the future fortunes of the company. Such expectations may be based on information learned through their experiences with the company.

2. In the context of their overall portfolio, the Grace Stock Fund may have provided beneficial risk/return characteristics not offered by other options in the plan.

3. The Grace Stock Fund provided voting rights in the company with whom they were employed. To some employees, having a say in the workings of their company might be viewed as valuable.

4. For some participants, there may have been non-pecuniary benefits of owning company stock. Their ownership position may have made them feel good about demonstrating their optimism about the company's future prospects, feeling more a part of the team, and better aligning their incentives with outside stockholders.

- When participants' allocations to the Grace Stock Fund were switched to the Fixed Income Option,[1] they no longer had the ability to allocate funds to an investment that matched the characteristics of the Grace Stock Fund. Some of those characteristics were listed above.

- The impact of the reallocation would be different, however, if there was an available investment choice that closely matched the characteristics of the eliminated investment. For example, if a particular S&P 500 index fund was replaced by another S&P 500 index fund with a lower expense ratio, then

---

[1] I understand that the plan participants had the right to reallocate their funds to other investments within the plan.

participants would not have been harmed. Similarly, if a money market fund was replaced by a better performing money market fund, then participants would not have been harmed.

- However, by the very nature of the unique characteristics of the Grace Stock Fund, participants were no longer able to reallocate their funds into an investment vehicle with similar characteristics to serve as an adequate substitute.

IV. Calculation of Economic Damages

- In this section I calculate the financial damages for Plan participants from the reallocation of money from the Grace Stock Fund into the Fixed Income Option.

- The underlying framework for calculating damages is quite intuitive. I first calculate how much money the participants would have on June 11, 2007 had the money not been removed from the Grace Stock Fund. This would be equivalent to returning to the participants the shares of Grace stock that were sold. I then subtract out the amount of money a participant would have on June 11, 2007 with the money allocated to the Fixed Income Option. I call this damage calculation "Scenario 1."

- I also perform a slightly modified version of the previously specified damage calculation, called "Scenario 2." Rather than assuming that the money was held over time in the Fixed Income Option, I assume that the money is reallocated into the asset allocation held prior to the reallocation (not including the portion in the Grace Stock Fund). Specifically, I look at the June 11, 2007 value of a portfolio

with an asset allocation that replicated the non-Grace Stock Fund allocations just prior to the reallocation.

- The Grace stock was sold over a period of 16 settlement days occurring in March and April of 2004. Thus, to be precise, I essentially consider 16 separate damage assessments, for each of the settlement days. Then, for my final damage assessment, I sum up all of the 16 separate damage assessments.

- Exhibit 5 provides the results of the damage calculation.

- Consider the damage from the sale of stock with a settlement date of 3/3/2004. 200,000 shares of stock were sold for a value (net of commissions, fees and taxes) of $568,117. Over the period from 3/3/2004 to 6/11/2007, the return on Grace Stock was 802%. Thus, if the 200,000 shares had remained in Grace stock, they would be worth $5,124,000 on 6/11/2007.

- In Scenario 1, I consider what the value of $568,117 would be worth on 6/11/2007 had it been held in the Fixed Income Option. Over the period from 3/3/2004 to 6/11/2007, the return on the Fixed Income Option was 46.7%. Thus, the $568,117 invested in the Fixed Income Option would be worth $833,677 on 6/11/2007. This provides a Scenario 1 damage estimate, for settlement day 3/3/2004 of $4,290,323.

- In Scenario 2, I consider what the value of $568,117 would be worth on 6/11/2007 had it been held in the portfolio (with dividends reinvested) shown in Exhibit 2, net of the Grace Stock Fund. Over the period from 3/3/2004 to 6/11/2007, the return on this portfolio was 41.26%. Thus, the $568,117 invested

in this portfolio would be worth $802,538 on 6/11/2007.  This provides a Scenario

2 damage estimate, for settlement day 3/3/2004 of $4,321,462.

- When I sum across all of the 16 settlement dates, I find a total damage calculation

  for Scenario 1 of $148,734,264, and for Scenario 2 of $149,595,579.

This report represents a true and accurate summary of my work and opinions on this matter as of June 14, 2007.


Steven R. Grenadier

# EXHIBIT 1

## CURRICULUM VITA:  May 2007

## Steven Grenadier

Graduate School of Business
Stanford University
Tel:  (650) 725-0706
Fax:  (650) 725-6152

## CURRENT POSITIONS

William F. Sharpe Professor of Financial Economics, Graduate School of Business, Stanford University

Chairman of the Finance Department, Graduate School of Business, Stanford University:  2004-2006

Research Associate, National Bureau of Economic Research, Asset Pricing Program April 2002-Present

## FIELDS OF SPECIALIZATION

Asset Pricing
Real Estate
Portfolio Management
Options

## DOCTORAL STUDIES

**Harvard Business School/Harvard Graduate School of Arts and Science**
> Ph.D. in Business Economics,  November 1992
> Concentration in Capital Markets and Corporate Finance

**Dissertation:**  Real Estate Markets
> Committee Chairman:  Robert C. Merton

## UNDERGRADUATE EDUCATION
**University of California at Berkeley**

B.S. 1987 - Summa cum laude

1

**HONORS**

The article "The Strategic Exercise of Options: Development Cascades and Overbuilding in Real Estate Markets," was nominated for the Smith Breeden Prize of the Journal of Finance in 1997

1994 Best Paper Award from the American Real Estate and Urban Economics Association and the American Institute of Individual Investors

1993 Best Dissertation Award from the American Real Estate and Urban Economics Association

National Doctoral Fellowship Recipient: American Assembly of Collegiate Schools of Business

Phi Beta Kappa

**PUBLICATIONS**

Grenadier, Steven and Neng Wang (2007), "Investment Under Uncertainty and Time-Inconsistent Preferences," *Journal of Financial Economics*, 84 (1), 2-39 (lead article).

Grenadier, Steven and Neng Wang (2005), "Investment Timing, Agency and Information," *Journal of Financial Economics*, 75 (3), 493-533 (lead article).

Grenadier, Steven (2005), "An Equilibrium Analysis of Real Estate Leases," *Journal of Business*, 78 (4), 1173-1214.

Grenadier, Steven (2002), "Option Exercise Games: An Application to the Equilibrium Investment Strategies of Firms," *Review of Financial Studies*, 15 (3), 691-721 (lead article).

Grenadier, Steven (2000), "Option Exercise Games: The Intersection of Real Options and Game Theory", *Journal of Applied Corporate Finance*, 13 (2), 99-107.

Grenadier, Steven (2000), "Game Choices: The Intersection of Real Options and Game Theory," Editor, Risk Books, London.

Grenadier, Steven (2000), "Equilibrium with Time-to-Build: A Real-Options Approach," Michael J. Brennan and Lenos Trigeorgis, eds, *Project Flexibility, Agency, and Competition: New Developments in the Theory and Applications of Real Options*, Oxford University Press, 275-296.

Grenadier, Steven (1999) "Information Revelation Through Option Exercise," *Review of Financial Studies*, 12 (1), 95-130.

Grenadier, Steven and Allen Weiss (1997), "Investment in Technological Innovations: An Option Pricing Approach", *Journal of Financial Economics,* 44 (3), 397-416.

Grenadier, Steven (1996), "The Strategic Exercise of Options: Development Cascades and Overbuilding in Real Estate Markets," *Journal of Finance,* 51 (5), 1653-1680.

Grenadier, Steven (1996), "Leasing and Credit Risk," *Journal of Financial Economics,* 42 (3), 333-364.

Grenadier, Steven (1995), "Valuing Lease Contracts: A Real-Options Approach," *Journal of Financial Economics,* 38 (3), 297-331.

Grenadier, Steven (1995), "The Persistence of Real Estate Cycles," *Journal of Real Estate Finance and Economics,* 10 (2), 95-119.

Grenadier, Steven (1995), "Flexibility and Tenant Mix in Real Estate Projects," *Journal of Urban Economics,* 38 (3), 357-378.

Grenadier, Steven (1995), "Local and National Determinants of Office Vacancies," *Journal of Urban Economics,* 37 (1), 57-71.

Grenadier, Steven and Brian Hall (1996), "Risk-Based Capital Standards and the Riskiness of Bank Portfolios: Credit and Factor Risks," *Regional Science and Urban Economics,* 26 (June), 433-464.

## WORKING PAPERS

"Real Options and Illiquidity," with Neng Wang.

"Investment under Uncertainty and Stochastic Interest Rates," with Neng Wang.

"Stock and Bond Pricing in an Affine Economy," with Geert Bekaert.

"Stock and Bond Returns with Moody Investors," with Eric Engstrom and Geert Bekaert.

"A Regime Switching Model of Mortgage Valuation," with Yongheng Deng and Neng Wang.

## EDITORIAL RESPONSIBILITIES

Editor, *Journal of Real Estate Finance and Economics,* 1996-
Associate Editor, *Journal of Economic Dynamics and Control,* 2003-
Member of Editorial Board of *Real Estate Economics,* 2000-
Member of Editorial Board of the *Journal of Real Estate Research,* 2000-

Member of the Stanford University Retirement Program Investment Committee, 2005-

**PROFESSIONAL ACTIVITIES**
Trustee of E*Trade Funds:  1999-
Senior Consultant:  Financial Engines, Inc.:  1997-
Advisory Board:  Hedgestreet
Consultant to Applied Materials
Consultant to Shell Capital
Consultant to Zevenbergen Capital
Expert witness in litigation

**TEACHING EXPERIENCE**
Portfolio Management:  1992-2006
Essentials of Real Estate Investment:  1994-
Foundations of Financial Economics:  1995-1997, 2006-
Finance Core:  1993

**MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS**
Member of the Board of Directors of the American Real Estate and Urban
    Economics Association (AREUEA):  1998-2001
Member of Advisory Board of *The Center for Real Estate Enterprise
    Management*, 2000-
American Finance Association (AFA)

**PRESENTATIONS**
Carnegie Mellon University
Columbia University (2 seminars)
Harvard Business School (2 seminars)
Massachusetts Institute of Technology
Northwestern University (2 seminars)
Ohio State University
Southern Methodist University
Stanford University
University of British Columbia (2 seminars)
University of California at Berkeley (3 seminars)
University of California at Los Angeles (3 seminars)
University of Chicago (2 seminars)
University of Connecticut (3 seminars)
University of Illinois
University of Minnesota
University of Oregon
University of Pennsylvania (3 seminars)
University of Rochester
University of Southern California
University of Texas at Austin

4

University of Utah
University of Wisconsin (2 seminars)
Yale University (2 seminars)

**CONFERENCES**

American Finance Association, San Diego, January 2004  (Presenter).

Western Finance Association, Park City, June 2002 (Presenter)

American Finance Association, Atlanta, January 2002  (Presenter, Chairperson).

Western Finance Association, Sun Valley, June 2000, (Presenter)

Real Options Conference, New York, March 2000 (Presenter)

Western Finance Association, Santa Monica, June 1999 (Discussant).

American Finance Association, Chicago, January 1998 (Discussant).

American Finance Association, New Orleans, January 1997 (Presenter).

Western Finance Association, Sunriver, Oregon, June 1996 (Presenter).

American Real Estate and Urban Economics, San Francisco, January 1996 (Presenter and Discussant).

Ohio State - Price Waterhouse Conference on Housing and Real Estate Economics, July 1995 (Presenter and Discussant).

NBER Conference on Risk Management , Boston, May 1995 (Discussant).

American Finance Association, Washington D.C., January 1995 (Presenter).

American Real Estate and Urban Economics, Washington D.C., January 1995 (Chairperson, Presenter and Discussant).

NBER Housing Conference, Kiawah Island, October 1994 (Presenter).

Western Finance Association, Santa Fe, June 1994 (Presenter).

International Real Estate Conference, Connecticut, October 1993 (Discussant).

American Finance Association, Anaheim, January 1993  (Discussant)

# Exhibit 2

## Steven Grenadier
### Prior Testimony over the Previous Four Years

- Baynham et al. v. <u>PMI Mortgage</u> et al. (deposition)

- <u>Xilinx, Inc.</u> v. Commissioner of Internal Revenue (United States Tax Court)

- <u>Koch Industries, Inc. & Subsidiaries</u> v. United States (deposition)

- <u>James F. Clouser</u> v. Ion Beam Applications, Inc. arbitration (deposition, hearing)

- <u>DeYoe and Pound</u> v. Smith Barney arbitration (hearing)

- River East Plaza v. <u>The Variable Annuity Life Insurance Company</u> (deposition)

- JAMES McLEAN v. <u>VOLPE, BROWN, WHELAN</u> (deposition)

- River East Plaza v. <u>The Variable Annuity Life Insurance Company</u> (Trial Testimony)

- Brentwood RE Investors v. <u>Silverwood Morgan Park</u> (deposition and arbitration hearing)

- Grover Wickersham v. <u>Turnbow Trust</u> (deposition)

**Exhibit 3**
**List of Materials Considered**

1. Complaint.
2. Asset Allocation by Fund, April 2003, GR004978-87.
3. Asset Allocation Grace Savings and Investment Plan, October 2003, GR004978-5103.
4. Bunch Fidelity Report, July 1, 2004, PLF. LB 00098-104.
5. Bunch Fidelity Report, October 1, 2004, PLF. LB 00092-97.
6. Bunch Fidelity Statement, April 1, 2005, PLF. LB 00073-79.
7. Bunch Savings and Investment Plan, March 31, 2007.
8. Fidelity Investment Review for Grace, 2004, GR005292-5384.
9. Sales of GRA by State Street Global Advisors, SSBT-003761-76.
10. W.R. Grace & Co. Summary of Assets for the Period Ending December 31, 2003, GR005751-3.
11. W.R. Grace & Co. Summary of U.S. Defined Contribution Assets for the Period Ending June 30, 2004, GR005757-9.
12. W.R. Grace & Co. Summary of U.S. Defined Contribution Assets for the Period Ending March 31, 2004, GR005754-6.
13. W.R. Grace & Co. Form 11-K for period ending December 31, 2004 (filed June 29, 2005).
14. Economic data relating to W.R. Grace & Co. portfolio listed Exhibit 4.
15. Selected data for 3-month Treasury Bills.

**Exhibit 4**

W.R. Grace & Co. Accounts
(Period Ending December 31, 2003)

| Name | Symbol | Asset Value | Percentage |
|---|---|---|---|
| Fidelity Equity-Income Fund | FEQIX | $2.6 | 0.55% |
| Fidelity Contrafund | FCNTX | $38.5 | 8.19% |
| Fidelity Growth & Income | FGRIX | $25.5 | 5.43% |
| Invesco Core Equity Fund | | $0.5 | 0.13% |
| Spartan Total Market Index Fund | FSTMX | $0.6 | 0.47% |
| Spartan U.S. Equity Index Fund | FUSEX | $2.2 | 0.15% |
| Spartan Extended Market Index Fund | FSEMX | $0.7 | 2.34% |
| Fidelity Low-Priced Stock Fund | FLPSX | $11.0 | 11.94% |
| Fidelity Blue Chip Growth Fund | FBGRX | $56.1 | 4.62% |
| Fidelity OTC Portfolio | FOCPX | $21.7 | 0.57% |
| Franklin Small-Mid Cap Growth Fund | FRSGX | $2.7 | 0.19% |
| JP Morgan Institutional U.S. Small Co. Fund | JSCSX | $0.9 | 0.23% |
| American Century Int'l Growth Fund | TWIEX | $1.1 | 0.55% |
| Fidelity Diversified Int'l Fund | FDIVX | $2.6 | 0.23% |
| Fidelity Europe Fund | FIEUX | $1.1 | 0.09% |
| Spartan Int'l Index Fund | FSIIX | $0.4 | 0.17% |
| Templeton Foreign Fund - Class A | TEMFX | $0.8 | 5.77% |
| Fidelity Balanced Fund | FBALX | $27.1 | 0.32% |
| Fidelity Investment Grade Bond Fund | FBNDX | $1.5 | 0.47% |
| Fidelity U.S. Bond Index Fund | FBIDX | $2.2 | 0.36% |
| PIMCO Total Return Fund - Adm. Class | PTRAX | $1.7 | 0.15% |
| Fidelity Freedom Income Fund | FFFAX | $0.7 | 0.02% |
| Fidelity Freedom 2000 Fund | FFFBX | $0.1 | 0.23% |
| Fidelity Freedom 2010 Find | FFFCX | $1.1 | 0.23% |
| Fidelity Freedom 2020 Fund | FFFDX | $1.1 | 0.11% |
| Fidelity Freedom 2030 Fund | FFFEX | $0.5 | 0.04% |
| Fidelity Freedom 2040 Fund | FFFFX | $0.2 | 0.11% |
| Fixed Income Fund | | $243.7 | 51.87% |
| Grace Stock Fund | GRA | $20.9 | 4.45% |
| Total | | $469.8 | |

Source:  GR005751-3.

## Exhibit 5: Economic Damages

| Settlement Dates | Grace Stock Sold | | | Return From Settlement Date to June 11, 2007 for Invested: | | | Value on June 11, 2007 | | | Difference Between Grace Stock and: | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Price | Total $ | Fixed Income | Portfolio | Grace Stock | Fixed Income | Portfolio | Grace Stock | Fixed Income | Portfolio |
| 3/3/2004 | 200,000 | $2.84 | $568,117.68 | 46.74% | 41.26% | 801.93% | $833,676.68 | $802,537.93 | $5,124,000.00 | $4,290,323.32 | $4,321,462.07 |
| 3/4/2004 | 100,000 | $2.85 | $284,608.82 | 46.69% | 40.62% | 800.18% | $417,487.39 | $400,211.00 | $2,562,000.00 | $2,144,512.61 | $2,161,789.00 |
| 3/5/2004 | 100,000 | $2.93 | $292,938.49 | 46.63% | 40.21% | 774.59% | $429,543.45 | $410,743.34 | $2,562,000.00 | $2,132,456.55 | $2,151,256.66 |
| 3/8/2004 | 25,000 | $2.98 | $74,497.07 | 46.58% | 41.25% | 759.77% | $109,195.69 | $105,229.00 | $640,500.00 | $531,304.31 | $535,271.00 |
| 3/9/2004 | 50,000 | $3.03 | $151,494.05 | 46.52% | 42.10% | 745.58% | $221,971.67 | $215,269.87 | $1,281,000.00 | $1,059,028.33 | $1,065,730.13 |
| 3/10/2004 | 26,500 | $3.07 | $81,412.75 | 46.47% | 43.92% | 733.94% | $119,242.22 | $117,171.63 | $678,930.00 | $559,687.78 | $561,758.37 |
| 3/17/2004 | 21,600 | $2.88 | $62,291.95 | 46.19% | 43.64% | 788.38% | $91,064.23 | $89,478.39 | $553,392.00 | $462,327.77 | $463,913.61 |
| 3/25/2004 | 2,500 | $2.73 | $6,824.73 | 45.86% | 44.76% | 838.50% | $9,954.41 | $9,879.47 | $64,050.00 | $54,095.59 | $54,170.53 |
| 3/30/2004 | 100,000 | $2.82 | $281,873.77 | 45.69% | 42.49% | 808.92% | $410,668.57 | $401,649.96 | $2,562,000.00 | $2,151,331.43 | $2,160,350.04 |
| 3/31/2004 | 50,000 | $2.88 | $143,939.34 | 45.64% | 42.30% | 789.96% | $209,629.29 | $204,830.72 | $1,281,000.00 | $1,071,370.71 | $1,076,169.28 |
| 4/1/2004 | 131,000 | $3.05 | $399,337.82 | 45.58% | 41.41% | 740.45% | $581,370.13 | $564,708.61 | $3,356,220.00 | $2,774,849.87 | $2,791,511.39 |
| 4/2/2004 | 50,000 | $2.99 | $149,539.12 | 45.53% | 40.33% | 756.63% | $217,624.06 | $209,846.45 | $1,281,000.00 | $1,063,375.94 | $1,071,153.54 |
| 4/5/2004 | 50,000 | $3.07 | $153,603.97 | 45.48% | 39.47% | 733.96% | $223,457.19 | $214,237.77 | $1,281,000.00 | $1,057,542.81 | $1,066,762.23 |
| 4/6/2004 | 25,000 | $3.17 | $79,320.63 | 45.42% | 39.80% | 707.48% | $115,350.07 | $110,893.63 | $640,500.00 | $525,149.93 | $529,606.37 |
| 4/15/2004 | 6,254,117 | $3.50 | $21,888,897.28 | 45.10% | 41.79% | 632.02% | $31,761,020.37 | $31,035,685.88 | $160,230,477.54 | $128,469,457.17 | $129,194,791.66 |
| 4/16/2004 | 18,860 | $3.50 | $66,008.45 | 45.05% | 41.36% | 632.02% | $95,743.63 | $93,309.62 | $483,193.20 | $387,449.57 | $389,883.58 |

Scenario 1    $148,734,263.69
(Sum Across Settlement Dates of Grace Stock - Fixed Income)

Scenario 2    $149,595,579.44
(Sum Across Settlement Dates of Grace Stock - Portfolio)