# EXHIBIT C

# EXPERT REPORT OF
# HARVEY S. ROSEN, PH.D.

## BURKE, ROSEN & ASSOCIATES
2800 Euclid Avenue, Suite 300, Cleveland, OH 44115

John F. Burke, Jr., Ph.D.                                    Harvey S. Rosen, Ph.D.

June 15, 2007

James Cummins, Esq.
Terrence Goodman, Esq.
WAITE SCHNEIDER BAYLESS & CHESLEY
1513 PNC Tower
Fourth & Vine Streets
Cincinnati, OH 45202

**Re: Lawrence W. Bunch, et al. vs. W. R. Grace & Co.**

Dear Attorneys:

You have asked for my review of reports prepared by Duff & Phelps, LLC covering the firm's financial and valuation analysis of W.R. Grace & Co. prepared for State Street Global Advisors as Investment Manager of the W.R. Grace common stock held by the W.R. Grace & Co. Savings and Investment Plan. Specifically, you have asked for my opinion as an economist who is experienced in valuing businesses and reviewing financial information whether the reports and valuations that D&P prepared support the conclusion that the continued retention of the Grace Stock Fund would have resulted at the relevant time in a high probability that Plan Participants would receive little or no value for the shares held in the Plan.

### My Education Training and Experience

I hold a Ph.D. in Economics from Case Western Reserve University. I attended Western Reserve University as an undergraduate and entered the graduate program at Western Reserve in the fall of 1964. After completing one-year in the program at Western Reserve, I transferred to the University of California at Berkeley California, where after completing an additional year of graduate work, I returned to the Cleveland area. After two additional years and after the completion of a doctoral dissertation I received my Ph.D. from Case Western Reserve University in 1969. I began my academic career and taught Economics at Cleveland State University. I retired with 31 years of service. I currently hold the rank of Associate Professor Emeritus at Cleveland State. I also hold the rank of Adjunct Associate Professor at John Carroll University where I still teach Economics. My curriculum vitae outlining my educational experience, academic career and publication history is attached.

**HIGHLY CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

In addition to my academic career, I have been actively engaged as a forensic economist since 1969. As part of my professional experience I have been appointed by different courts of law to act as the courts economic expert. I have been appointed on six occasions by State Courts, in Ohio and Kentucky. On two of those occasions I was appointed by the State Court as a Special Master to oversee settled litigation, determine damages and distribute funds being held by the Court on behalf of plaintiffs. On two occasions, I've been appointed by the Federal Courts, both in the Southern District of Ohio.

In 1994, I was retained by a committee of plaintiffs to calculate the probability of bankruptcy of Eagle-Picher, a company that had formerly sold asbestos products in the event that a Brooklyn New York Federal Court did not approve a proposed settlement.

Following the failure of the settlement and the filing for Chapter 11 protection under the federal bankruptcy code, I was retained by a Special Master of the Federal Bankruptcy Court and approved by the Federal Bankruptcy Court to provide financial and statistical projections in the reorganization of the Eagle-Picher Corporation. Specifically, we computed the expected value of the asbestos liability Eagle-Picher faced for future unknown claims.

### **The Company**

The W.R. Grace & Co., through its subsidiaries, is engaged in specialty chemical and specialty materials business on a worldwide basis. The Company's end markets include oil refineries, plastic manufacturers, chemical manufacturers, consumer product companies, pharmaceutical companies, and construction companies. W.R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W.R. Grace & Co.-Connecticut. Grace-Connecticut owns substantially all of the assets, properties and rights of W.R. Grace & Co. on a consolidated basis, either directly or through subsidiaries. On April 2, 2001 Grace and 61 of its United States subsidiaries and affiliates, filed voluntary petitions for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States bankruptcy court for the District of Delaware. Under Chapter 11, the company has continued to operate their business as debtors-in-possession under court protection from creditors and claimants. On November 13, 2004 Grace filed a plan of reorganization, with the bankruptcy court and on January 13, 2005, Grace filed an amended plan of reorganization. The plan provides that Grace common stock will remain outstanding at the effective date of the plan, but the interests of existing shareholders would be subject to dilution by additional shares of common stock issued under the Plan. The Company has entered into a debtor-in-possession

**HIGHLY CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

post-petition loan and security agreement with Bank of America, N.A. in the aggregate amount of $250 million which will expire on April 1, 2008. The common stock of a Company continues to trade on the New York Stock Exchange.

**The Data**

I was provided with and have reviewed a large volume of documents. The following documents were explicitly relied upon in order to arrive at an opinion, but should not be considered an exhaustive list of information I have reviewed:

- Financial and Valuation Analysis of W.R. Grace & Co. prepared for State Street Global Advisors, January 29, 2004 (SSBT 000171).

- Weekly Valuation Summary of W.R. Grace & Co. prepared for State Street Global Advisors, March 19, 2004 (SSBT 003062).

- Weekly Valuation Summary of W.R. Grace & Co. prepared for State Street Global Advisors, March 31, 2004 (SSBT 002917).

- Deposition of Daniel D. Bayston of Duff & Phelps taken on May 31, 2007.

- Deposition of Robert M. Tarola, CPA, Chief Financial Officer, W.R. Grace & Co., taken on May 10, 2007.

- E-Mail from Dan Bayston, April 5, 2004 W.R. Grace update (SSBT 002913).

- Grace Discussion Materials prepared for State Street Global Advisors December 11, 2003 (SSBT 000112).

- FIDUCIARY COMMITTEE MEETING MINUTES, dated January 29, 2004 (SSBT 002744-46).

- Form 10-K filed by W.R. Grace Grace & Co. with the United States Security and Exchange Commission for the fiscal years ending December 31, 2003-2006.

- Form 10-Q. Filed by W.R. Grace & Co. with the United States Security and Exchange Commission for the quarterly period ended March 31, 2007.

- Moneycentral.msn Internet financial data for the W.R. Grace & Co.

**HIGHLY CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

- Duff & Phelps engagement letter, November 24, 2003 (SSBT 001284-88)

**Duff & Phelps, LLC Findings**

Grace and State Street engaged Duff & Phelps as an independent financial adviser to the Investment Manager to review the fundamental and financial outlook for the common stock of the Company held by the Savings and Investment plan. "It was understood that Duff & Phelps did not conduct an independent financial assessment of asbestos liabilities and obligations". The analysis and opinion as to the fundamental and financial outlook for the common stock of the Company was to be used by the Investment Manager in considering whether to continue to hold Grace common stock (See: SSBT 002936).

The Duff & Phelps reports provided a comprehensive picture of those factors affecting the common stock. No reasonable financial analysis of the D&P Reports and valuations would support the conclusion that State Street reached as Investment Manager that the stock was destined to become worthless or decline precipitously in value. A substantial majority of the material factors that D&P identified or which State Street should have known demonstrate a preponderance toward a rising stock value as opposed to a declining value. The identified or known material factors include:

*Pending Legislation*

Introduction of the "Fairness in Asbestos Injury Resolution Act of 2003" on July 10, 2003 to address the creation of a trust fund to compensate those who could prove that they have been harmed by exposure to asbestos. D. & P. calculated that Grace's contribution over 27 years at present value was $225.3 million, far below the liability ultimately recorded on the Company's balance sheet. (See: SSBT 002945-47).

*W.R. Grace Operational Performance*

W. R. Grace had succeeded in procuring debtor-in-possession financing allowing it to retain all of its assets and continue its operations. The core business of W.R. Grace was sound. Between 2001 and 2003 Grace had revenue growth at an annual rate of 7.2%. Even with pressure on margins, EBITDA was between $220 million-$263 million between 2001 and 2003. Other key indicators including cash on hand, net working capital, and book value all improved during this period of time. Cash on hand as of December 31, 2001 increased from $191 million to over $300 million by December 31, 2003. That trend continued during 2004 such that Cash and cash equivalents increased by $201 million reaching $510 million by the end of 2004. (See: SSBT 002955 and form 10-K for the year ending

**HIGHLY CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

December 31, 2004, page F- 6). "From a fundamental perspective, Grace's core operating business continues to be reasonably well-position within its industry markets. Product revenue and operating margins should benefit from an expanding domestic economy. Cash flow from operations continues to be reasonably strong compared to industry peers." (See: SSBT 002986).

### Improvements in Demand and Profit Margins in the Specialty Chemical Industry

"Analysts believe that the bottom of the specialty chemical industry downturn was reached in 2001 and early 2002, while the US economy was in the middle of its recession.... Many specialty chemical companies have significantly improved their operating characteristics..." (See: SSBT 002956-58). "Given current prospects for its business and ignoring its litigation issues, in our view the Company's core operations should be valued near or slightly below median valuation multiples of the comparable company group" (See: SSBT 002964).

### Stock Price Performance of Companies Post Emergence

Two asbestos companies that had filed for and emerged from bankruptcy as a result of asbestos liabilities in the late 80s and early 90s were publicly traded. National Gypsum emerged in March 1993 and Johns-Manville Corporation emerged in October 1988. In both cases, post- emergence, each company's common stock appreciated significantly. From the time trading began until both companies were acquired, the stock of Manville Corporation increased (October 1988 to February 2001) 60% while National Gypsum increased (April 1993 to September 1995) 31%.

### Sensitivity of Equity Value per Share to Asbestos Liabilities

D&P's forecasts of Grace's equity value per share ranged between $3.49 per share to $14.92 per share as of March 19, 2004, the value being highly sensitive to the ultimate asbestos liability facing the Company (See: SSBT 002971). None of D&P's estimates of equity value within the relevant range of liability estimates demonstrated a loss of total equity that would result in no value to the owners of common stock. In fact, the company's estimated asbestos liability of $990 million would result, even using the D&P analysis with a positive equity value. D&P did not perform an independent asbestos liability analysis. *See* November 24, 2003 Engagement letter at 2, SSBT-001285 ("It is understood that D&P will not be conducting an independent financial assessment of these liabilities and obligations.") Instead of conducting its own review or using the company's estimates, D&P assumed a liability of $1.7 billion by accepting the Rand Institutes estimate and doubling it! (See: SSBT 002745)),

By merely doubling the Company's estimated liabilities and failing to undertake any additional studies of the Company's asbestos exposure, D&P discarded the

**HIGHLY CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

company's well founded belief that the Company would survive the bankruptcy with value. Paul Norris, Chief Executive Officer of W.R. Grace & Co. made this point at a special "town meeting" dealing with the Savings and Investment Plan. The Company's CFO, Mr. Tarola, verified that that the Company believed that it would survive the bankruptcy with equity value.

> Question: "And at that time was Mr. Norris expressing the view of management of W.R. Grace that there would be equity left behind based upon management's sizing of its asbestos liability?
>
> Answer: Yes. (See: Tarola deposition, Page 33).

### Institutional Retention and Buying Program

An analysis of the institutional ownership reveals that after filing for Chapter 11 in 2001 institutional ownership leveled to approximately the 40% range by September 2001. It should be noted: from that point forward the institutional ownership remained fairly constant as a percentage of total shares outstanding. Indeed the largest institution, Peninsula Capital Advisors retained all of their 10,765,600 shares of more than 16% of total shares outstanding. Peninsula Capital Advisors continue to own the same number of shares as reported December 31, 2006. It is curious to note that even State Street Global Advisors who owned 1,023,243 shares on December 31, 2003, now own 1,181,460 shares of W.R. Grace common stock as of December 31, 2006.

The apparent faith that sophisticated institutional investors showed to Grace stock was further evidenced in April of 2004 when D.E. Shaw, a hedge fund, sought to purchase over 6 million shares of Grace common stock from the Grace Stock Fund. This overture together with the ultimate purchase of the remaining shares of Grace stock by D.E. Shaw at above the prevailing market price further demonstrates that substantial evidence existed that pointed to the stock having a substantial upside potential as opposed to an inevitable decline to zero or near zero.

### D&P's Qualification of its Reports

During the late afternoon of April 5, 2004, D&P sent an e-mail to State Street that clearly notified State Street that D&P as of that moment, April 5, 2004, had "qualified" (meaning that the user of the information should beware that its analysis may be unreliable) its analysis. D&P qualified its analysis based on recent and anticipated legislative developments.

**HIGHLY CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

According to Mr. Bayston, the March 31, 2004 estimates failed to take into account the legislative developments. (See: Bayston. Deposition, Page145). The e-mail further suggests that it might take several months to determine how the developments might affect the value of Grace Common Stock. Instead of waiting a reasonable time to allow D&P to revise its estimates, State Street immediately authorized the sale of the remaining shares in the Grace Stock Fund to D.E. Shaw.

### Asbestos Liability Insurance Coverage

The amount of insurance available was understated. As of December 31, 2003 W.R. Grace reported insurance available of $269 million.

> "The $269 million pertained to the accrual on the books at the time, not to all insurance available" (See: Tarola Deposition, Page 15).

Because there are various layers of excess coverage and there are various claim periods the actual amount of insurance available is substantially higher. Mr. Tarola estimates the amount of insurance available at close to $1 billion. (See: Tarola Deposition, Page 16 and Form 10-K, for the year ended December 31, 2004, Page F-21).

### Conclusion

After reviewing all the above mentioned reports, depositions and public filings, it is my opinion that the D&P valuations and reports to State Street Global Advisors together with information that State Street possessed or should have possessed fail to support the State Street's conclusion that the continued retention of the Grace Stock Fund would result in a high probability that Plan Participants would receive little or no value for the shares held in the Plan.

**HIGHLY CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

Other Disclosures

Attached please find a copy of my curriculum vitae outlining my education and training, experience and publication history. In addition I have included my most recent 48 months of testimony history. My current rate for preparing evaluations is $425 per hour.

I reserve the right to modify my opinion, if necessary, to reflect any additional information received and analyzed in the future.

Sincerely yours,

*[signature]*

Harvey S. Rosen, Ph.D.
Burke Rosen & Associates
Economists

**HIGHLY CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

Harvey S. Rosen, Ph.D.
Testimonies and Depositions

| Date | Depo. | Test. | Our File | Caption | Case Number | Location & Judge |
|---|---|---|---|---|---|---|
| 5/29/07 | X | | Piscitelli, Frank/Kalnasey, Brandon | | | |
| 5/23/07 | | X | Abrams, James/Gardilcic, Stjphan | | | Mansfield, OH |
| 5/22/07 | | X | Leikin, Jeffrey/Kemelhar, Frances | | | Cleveland, OH |
| 5/21/07 | | X | Roberts, Douglas/Taylor, Robert | | | Zanesville, OH |
| 5/10/07 | | X | Burke, Kevin/Johnson Turf | | | Boston, MA |
| 5/9/07 | | X | Metz, John/Renner, Lola | | | Cincinnati, OH |
| 5/4/07 | | X | Blanco, Teresa/Svindland, Ian | | | Philadelphia, PA |
| 5/1/07 | X | | Ford, Phillip/Godfrey | | | |
| 4/27/07 | X | | Roberts, Douglas/Taylor, Robert | | | |
| 4/25/07 | | X | Vernon, Keith/Harding, Michael | | | Cleveland, OH |
| 4/23/07 | X | | Abrams, James/Gardilcic, Stejpan | | | |
| 4/17/07 | X | | Piscitelli, Frank/Powell, Felicia | | | |
| 4/11/07 | | X | Casey, James/Perkins, Terry | | | Zanesville, OH |
| 3/5/07 | | X | Stilz, Fay / P & G Utah | | | Salt Lake City, UT |
| 2/23/07 | X | | Lightner, Terri/Kerns, James | | | |
| 2/12/07 | | X | Eisen, Brian/Hutchins, Phyllis | | | Toledo, OH |
| 2/7/07 | | X | Roberts, Douglas/Howard, Charles | | | Columhus, OH |
| 1/22/07 | | X | Whitford, Timothy/Sauter, Julie | | | Video Test – Cuyahoga |
| 1/10/07 | X | | Longo, Charles/Fauskey, Gerald | | | |
| 12/11/06 | X | | Squeri, Stephen/Interstate Diesel | | | |
| 11/16/06 | | X | Cohn, Mark/North Coast Engines | | | Cuyahoga County |
| 11/9/06 | | X | May, Karl/Blackman, Paul | | | Cuyahoga County |
| 11/6/06 | | X | Longo, Charles/Lanzone, Gina | | | Lake Co, OH; Judge Mitrovich |
| 11/3/06 | | X | Gonzalez, Jose/Jordan, Emmet | | | Akron, OH |
| 11/2/06 | | X | Schachter, Paul/Hughes, Anita | | | |
| 10/27/06 | X | | Faust, Megan/Matheny, Douglas | | | |
| 10/20/06 | X | | Mattioni, Alan/Knoester, Arie | | | |
| 10/17/06 | | X | Weinberger, Peter/Savoca, Joseph | | | |
| 10/12/06 | X | | Cooper, Chip/Duckworth, Cheryl (Video Depo) | | | |
| 10/11/06 | X | | Maillis, Michael/Polansky, Stacey | | | |
| 10/3/06 | X | | Schachter, Paul/Hughes, Anita | | | |
| 9/15/06 | X | | Blanco, Theresa/Svindland, Ian | | | |
| 9/14/06 | X | | Lyon, Joseph/Lewis, Marlene | | | |
| 9/11/06 | X | | Leikin, Jeffrey/Todd, Ruby | | | |
| 9/5/06 | X | | Thayer, Brooke/Jennings, John | | | |
| 9/5/06 | X | | Sommers, Sandra/McBee Robert | | | |
| 9/5/06 | X | | Sommers, Sandra/Direnzo, Delma | | | |
| 9/5/06 | X | | Marcis, Robert/Benedict, James | | | |
| 9/5/06 | X | | Marcis, Robert/Csiszer, Jean | | | |
| 8/24/06 | | X | Desjardins, Douglas/Hatano, Makiko | | | Las Vegas, NV |
| 8/15/06 | | X | Berman, Frank/Elihu, Michael (Toshiba) | | | Los Angeles, CA |
| 8/7/06 | X | | Stilz, Fay/Proctor & Gamble | | | Cincinnati, OH |
| 8/2/06 | | X | Abrams, Richard/Garchar, John | | | Mahoning Co., OH |
| 8/1/06 | | X | Iheukwumere, Emanuel/Clark, Shirley | | | Philadelphia, PA |
| 7/25/06 | X | | Abrams, Richard/Garchar, John | | | |
| 7/12/06 | X | | Dejardins, Douglas/Hatano, Makiko | | | |
| 7/11/06 | X | | Scott, Paul/Smith, Linda | | | |
| 7/10/06 | X | | Murphy, John/Depinto, Donna | | | |
| 7/10/06 | X | | Coffey, Shirley/Kehling, Edward | | | |
| 7/7/06 | X | | Chmielewski, Dawn/Boyd, Joseph | | | |
| 7/6/06 | X | | Cohn, Mark/North Coast Engines | | | |
| 6/26/06 | | X | Fogarty, Robert/Niskanen, Paul | | | Summit County, OH |
| 6/5/06 | X | | Fogarty, Robert/Niskanen, Paul | | | |
| 5/24/06 | | X | Forrer, Carl/Hollis, Cheryl | | | Wayne County, OH |
| 5/23/06 | X | | Drozdowski, James/Darvin, Howard | | | |
| 5/17/06 | | X | Roper, Jim/Campbell, Kath | | | Jackson County, OH |
| 5/9/06 | X | | Desjardins, Douglas/Hatano, Makiko | | | |
| 5/1/06 | X | | Blanco, Theresa/Everwine, Michelle | | | |
| 4/24/06 | | X | Leikin, Jeffrey/Franzone, Dominic | | | Cuyahoga, Judge Corrigan |
| 4/20/06 | | X | McLaughlin, Craig/Bradley, Garvin | | | Canton, OH |

Harvey S. Rosen, Ph.D.
Testimonies and Depositions

| Date | Col2 | Col3 | Name | Case | Case No. | Location |
|---|---|---|---|---|---|---|
| 3/2/06 | | X | Coffey, Shirly/Serge, Denis | | | Butler Co., Ohio |
| 2/23/06 | | X | Casey, James/Doster-Dawkins, Gelaine | | | Canton, OH |
| 2/23/06 | X | | Beirne, Patrick/Stranziano, Leo | | | |
| 2/16/06 | | X | Ridge, David/Winschell, Robert | | | Erie, PA |
| 2/13/06 | X | | Chesley, Stanley/Knowlton, et al | | | Cincinnati |
| 2/2/06 | X | | Korbee, Thomas/Cromer, Sammy Lee | | | |
| 1/31/06 | X | | Casy, James/Doster-Dawkins, Gelaine | | | |
| 1/20/06 | | X | Suter, Douglas/Brashear, Todd Alan | | | Franklin County |
| 1/6/06 | X | | Leikin, Jeffrey/Franzone, Dominic | | | |
| 12/16/05 | X | | Suter, Douglas/Brashear, Todd | | | |
| 12/13/05 | | X | Johnson, Wayne/Hammil, Neil | Neal B. Hammill, Jr. et al. v. St. Vincent Medical Center | 12387-2004 | Erie County, Judge Bozza |
| 11/22/05 | | X | Heuck, Robert/STRS Ohio | STRS V. Medco Health Solutions, Inc., et al., | A0309929 | Hamilton County, Judge Davis |
| 11/15/05 | X | | Hillin, Hunter/Grow, Cassie Jean | | | |
| 11/14/05 | | X | Carlin, William/Barnes, Jmaes | | | Cuyahoga County, Judge Freedland |
| 11/8/05 | | X | D'apolito, Lou/Elkins, Carolyn | Carolyn Elkins vs. Donald Spence, Jr. | 2004CV00684 | Warren, Judge Stuart |
| 10/25/05 | X | | Medco | | | |
| 10/19/05 | X | | Lyon, Joseph/Smith, Barry | | | |
| 10/7/05 | X | | Gustafson, Jill/Tackett, Jacob | | | |
| 10/5/05 | | X | Reeves, Troy/Len-Ran | Len-Ran vs. Erie Insurance, et al. | | |
| 9/22/05 | X | | Gerhardstein, Alphonse/Bowen, Jacob | | | |
| 9/8/05 | | X | Carlin, William/ Karnosh, William | Estate of Wlllliam Karnosh | | Cuyahoga County, Judge Freedland |
| 9/6/05 | X | | Tregre, Calvin/ Kleemier, Renee | | | |
| 9/6/05 | X | | Scott, Paul/ Noble, Brian S. | | | |
| 7/27/05 | | X | Conte, Jason/ Whitney, Michelle Ann | Whitney, et al. v. Cavanaugh, et al. | A0307705 | Hamilton County, Judge |
| 7/7/05 | X | | Greene, Vincent/ Minor, Akeem, Raheem, Hanibal | | | |
| 6/23/05 | | X | Casey, James/ Czarney, James | James Czarney, Individually and as Administrator for the Estate of Anne Marie Czarney vs. Lawrence M. Porter, M.D. et al. | 04-534119 | Cuyahoga County, Judge Sutula |
| 5/23/05 | | X | Wolk, Arthur/Buschman | | | Little Rock, Arkansas |
| 5/20/05 | | X | Hochbein, Joseph/Gilmartin, Bryan | | | Hamilton County |
| 5/17/05 | | X | Matthews, Laurel/ Selby, Vicki | | | Summit County |
| 5/13/05 | X | | Wolk, Arthur/Buschman | | | |
| 4/26/05 | X | | Schachter, Paul/Burford, Shannon | | | |
| 4/18/05 | | X | Abrams, James/Dunkin Diamonds | Dunkin, Chavis, Inc. v. Polaris Mall, LLC, et al. | 04 CVH-01-120 | Franklin County, Judge Holbrook |
| 4/15/05 | X | | Demarco, Paul/Hilmer, Casey | | | |
| 4/8/05 | X | | Fogarty, Robert/Maynard, Randal | | | |
| 4/25/05 | X | | Ferraro, James/Bowen, Emily | | | |
| 4/25/05 | X | | Ferraro, James/Griffin, Darren | | | |
| 3/11/05 | | X | Marcis, Robert/Hutchinson, Robert | Victoria K. Hutchison, et. Al. v. A-Best Products Co., et al. | 3753-40 | Video Testimony @ Kelley & Ferraro |
| 3/9/05 | | X | Gruenloh William Michael | | | Video Testimony at Burke Rosen & Associates |
| 3/8/05 | X | | Himmel, Gary/Carrico, Randall | | | |
| 3/1/05 | X | | Abrams, James/Dunkin Diamonds | | | |
| 2/25/05 | X | | Mantkowski, Gary/ Browne, James | | | |
| 2/18/05 | X | | Jagolinzer, David/Oakes, Everett | | | |
| 2/17/05 | X | | Sindell, Steven/Dehaven, Kenneth | | | |
| 2/16/05 | X | | Wincek, Christopher/Schnauffer, William | | | |
| 2/9/05 | | X | Hawal, William/ Agee, Leslie | | | Butler County, Judge Spaech |
| 2/4/05 | X | | Abrams, James/Dunkin Diamonds | | | |
| 2/3/05 | | X | Thayer, Brooke/ Porter, Charles N. | Ellen D. Porter, individually and as administratrix of the estate of Charles N. Porter et al. | 443793 | Cuyahoga County, Judges Hanna & Spellacy |
| 1/21/05 | X | | Steinberg, Robert/ Aylward, Wendy, Rocereto, Mary | | | |
| 1/18/05 | X | | Abrams, James/Dunkin Diamonds | | | |
| 1/12/05 | X | | Gallucci, Anthony/Porter, Charles N. | | | |
| 12/15/04 | X | | Sindell, Steve/ Gardner, Margaret | | | |

Harvey S. Rosen, Ph.D.
Testimonies and Depositions

| Date | | | Parties | Case | Case No. | Court/Judge |
|---|---|---|---|---|---|---|
| 12/13/04 | | X | Michelson, Michael/ Lingo, Matthew S. | | | Franklin County, Judge |
| 10/21/04 | | X | Greene, William Martin/ Frost, M.D. Neal R. | Mildred Frost etc., vs. Michael Snitzer, M.D., et al | 2001 CV 2613 | Trumball County, Judge Stewart |
| 10/13/04 | X | | Michelson, Michael/Lingo, Matthew | | | |
| 10/8/04 | X | | Infante, Renee/ Melton, Robin | | | |
| 9/22/04 | | X | Castano Tobacco Fee Arbitration | | | New York City |
| 8/11/04 | | X | Steinberg, Robert/Hildebrandt, Barbara Loder | | | Hamilton County, Judge Beckwith |
| 8/10/04 | X | | Fogarty, Robert/Kanally v. Ameritech Ohio | | | |
| 8/4/04 | | X | Hardin, Beth/ Wallace, Maxwell | | | Cincinnati, Judge Craft |
| 8/2/04 | | X | Kral, Donald/Kozlevcar,Susan | | | Burke Rosen & Associates by Video |
| 7/27/04 | X | | Lawrence, Jennifer/McDavid | | | |
| 7/19/04 | X | | Blanco, Theresa/ Rohan, Baby | | | |
| 6/30/04 | X | | Kamp, David/ Peschke, Lloyd | | | |
| 6/28/04 | X | | Chernett, Robert/Hansen,Timothy | | | |
| 6/25/04 | | X | Levin, Joel/ Hammoud, Ziad | Ziad Youssef Hammoud v. Cleveland Clinic Foundation | 481924 | Cuy. County Judge Norman Fuerst |
| 6/25/04 | | X | Gallucci, Anthony/ Burdo, Ronald | Ronald Burdo (Estate) v. A-Best Products Co., et al. | 392300 | Cuy. County, Judge Hanna |
| 6/22/04 | | X | Rinehardt, John/ Church, Barbara | | | Testimony @Burke Rosen & Associates |
| 6/22/04 | X | | Tankard, George/ Coleman, David | | | Mannion, Suter & O'Connell |
| 6/9/04 | | X | Crandall, Stephen/ Terry, Josh | | | Toledo, Judge Doneghy |
| 5/28/04 | X | | Barren, Mark/Lucas, Fenton | | | |
| 5/21/04 | X | | Robenalt, Thomas/Gribbons, Kenna | | | |
| 5/18/04 | | X | Benner, Brian/Croll, Dana | Croll v. Lake Orion Community Schools, et al. | 03-049145-NO | Oakland County, Judge Andrews |
| 5/17/04 | | X | Beam, Jack/Hollins, Walter | McLeod vs. Mt. Sinai Hospital, et al. | CV02484240 | Cuyahoga County, Judge Lawther |
| 5/10/04 | | X | Doran, Tom/Garcia, Cesar | WTC—9/11 Victims Compensation Fund | | New York, Judge Kathleen Graber |
| 5/6/04 | | X | D'Emilio, Paul/ Persechino, Gloria | James Persechino, individually and as Admin. of the Estate of Gloria Persechino, Decd. and as Parent and Natural Guardian of Michael Persechino vs. Brian Buinewicz, M. D., Arthur Frankel, M.D., Surgical Care Specialist, Inc. and Paula Bononi, M.D. | 99-03859 | Montgomery County, Judge Smythe |
| 5/5/04 | | X | Johnson, Thomas/ Glazer, Edmund | WTC—9/11 Victims Compensation Fund | | New York, Judge Jay Welch |
| 5/4/04 | | X | Coffey, Shirley/ Jeffers, Donald | Brenda Jeffers, Inv. and as Executrix of the Estate of Donald F. Jeffers, deceased v. Cardiology Center of Cincinnati, Inc., et al. | 0200799 | Hamilton County, Judge Helwich |
| 4/29/04 | X | | Gallucci, Anthony/Burdo, Ronald | | | |
| 4/28/04 | X | | Beam, Jack/ Hollins, Walter | | | |
| 4/16/04 | | X | Foulds, Suzanne/Louisianna-Scott Case | | | |
| 4/15/04 | X | | Sommers, Sandra Becher/Hamilton, John | | | |
| 4/7/04 | X | | Steinberg, Robert/ Hildebrandt, Barbara Loder | | | |
| 3/17/04 | | X | Michelson, Michael/ Hill, Edward | Edward Hill v. Professional Transportation Inc. et al. | | Loucas County, Judge McDonald |
| 3/9/04 | | X | Slavin, Catherine/ Walker, Jeffrey Lee | Durenda Walker, etc. vs. Midwest Air Traffic Control Services, Inc. etc. Et al. | 98 L 00404 | Cook County, Judge Burke |
| 2/17/04 | X | | Foulds, Suzanne/Louisianna-Scott Case | | | |
| 2/9/04 | | X | Gallucci, Anthony/Burkett, Ronald | | | Kelley & Ferraro |
| 2/6/04 | X | | Ellerin, Jerome/Magnuson, Maddison | | | |
| 2/5/04 | X | | Beam, Jack/Freeman Ashlie | | | |
| 2/4/04 | X | | Steve McHann/James Hamilton | | | |
| 1/12/04 | | X | Arthur Wolk/Eigen, Mollie, Martin, and Joan | Mollie, Martin, Joan Eigen vs. Textron Lycoming Reciprocating Engine Division, et al. | | Philadelphia County, Judge Collins |

Harvey S. Rosen, Ph.D.
Testimonies and Depositions

| Date | | | Parties | Case | Case No. | Location |
|---|---|---|---|---|---|---|
| 12/30/03 | X | | Barbara Roubanes/Kurt Eslick | | | |
| 11/24/03 | X | | Abrams, Richard/ Baughman, Kenneth | | | |
| 11/11/03 | X | | Davis, Michael/ Zacharias, Kathy | | | |
| 11/7/03 | X | | Rabourn, Arthur/ Winter, Timothy | | | |
| 10/27/03 | | X | Walker, Jane/ Roetenberger, Karen | John Roetenberger v. Zahid Saeed, MD, et al. | A0200789 | Hamilton County, Judge Cartillano |
| 10/23/03 | | X | Johnson Thomas/ Dale, Brian Paul | WTC—9/11 Victims Compensation Fund | | Washington D.C |
| 10/16/03 | X | | Thayer, Brooke/ Weller, Robert | | | Kelley and Ferraro |
| 10/14/03 | X | | Casey, James/Lyons, Jeffery | | | Jim Casey's office |
| 10/8/03 | | X | Crandall, Stephen/Butler, Marcus | | | Akron, Judge Curran |
| 9/30/03 | | X | Gallup,David/Datillo,Albert | Joseph H. Weiss v. Albert Datillo | 01M0638 | Geauga County, Judge Hans |
| 9/22/03 | | X | Heuk, Robert/ Dayton Power and Light | Dayton Power and Light Shareholders Suit | | Cincinnati, Judge Nader |
| 9/15/03 | | X | Wilkes, Meredith/ Media Arts Group | Media Arts Group v. Artport, Eastern District of NY | CV 004004 | Eastern District of NY, Judge Seybert |
| 9/10/03 | | X | Blanco,Theresa/Nwanko,Barrington | Nwanko v. Hershey Medical Center et. al. | | Harrisburg, PA |
| 9/8/03 | | X | Pecora,Anthony/Grafton Cable Communications | South Shore Cable Const. V. Grafton Cable Communications | 02CV131483 | Lorain Co. Judge McGough |
| 9/02/03 | X | | Blue, Jason/Huston, Marissa | | | |
| 8/25/03 | | X | Schachter,Paul/ Zimmerman,Karen | Karen Zimmerman et al v. Robert Lambert, MD et al | A0007391 | Hamilton Co. Judge Martin |
| 8/13/03 | X | | Stilz,Fay/P&G Haugen | | | |
| 7/28/03 | | X | Blanco,Theresa/Hillery-Jones,Denise | Hillery-Jones v Benjamin Epstein, D.O. | | Pleasantville, NJ |
| 7/22/03 | X | | Walker,Jane/Roetenberger,Karen | Rotenberger v. Christ Hospital, et al. | | |
| 7/16/03 | Video | | Bell,Robert/Reaves,Darrin | Reaves v. PFC Associates, LLC et al | | |
| 7/9/03 | X | | Bonfiglio,Michael/Sturr,Paul | | | |
| 5/29/03 | Video | | Coffey,Shirley/Hunter,Lorene | | | (Video for Trial) |
| 5/28/03 | X | | Gates,Lisa/International Paper | | | |
| 5/23/03 | X | | Arnold,James/Smith,Erin | | | |
| 5/02/03 | X | | Spencer,Gill.Alexander,Timothy | | | |
| 4/30/03 | | X | Muth,Andrew/Fabich,Rebecca | Fabich et al. vs. Vanburen et al. | | |
| 4/25/03 | X | | Markovitz,Bill/Worldwide Basketball | | | |
| 4/23/03 | | X | Bunch,Nicholas/Balchunas,Anthony | | | |
| 4/21/03 | X | | Muth,Andrew/Fabich,Rebecca | | | Cincinnati, Ohio |
| 4/15/03 | | X | Coffey,Shirley/Jeffers,Donald | | | Cincinnati, OH Judge Nelson |
| 4/3/03 | X | | Gladstone,Jim/Ballenger,Leroy | | | |
| 3/24/03 | | X | Schreibman,Eric/Morse,Sherry | | | Cuyahoga County, Judge Satula |
| 3/14/03 | X | | Markivitz,Bill/Worldwide Basketball | | | |
| 3/07/03 | X | | Getty,Richard/Merrill,Gary | | | |
| 3/06/03 | X | | Skinner,Jerome/Meyer,Steven | | | |
| 2/21/03 | | X | Desjardins,Doug/Garby,Michael | | | Washington D.C., Judge Rankin |
| 2/19/03 | | X | Giannini,Matthew/Brink,Jessica | | | Youngstown,OH |
| 2/14/03 | X | | Kamp,David/Wallace,Maxwell | | | Cincinnati, OH |
| 2/12/03 | | X | Ford,Phillip/Blanton,Jeffery | Blanton v. Precision | | Philadelphia, PA Judge Glazar |
| 1/31/03 | X | | Berry,Theodore/Pallotta,Susan | | | |
| 1/23/03 | X | | Sokolowski,Jeffrey/Tomoselli,Thomas | | | |
| 1/21/03 | | X | O'Neil,Joseph/Hale,Kelli | | | |
| 12/16/02 | X | | Butler,David/Mulch Manufacturing Inc. | | | |
| 12/10/02 | | X | Leikin,Jeffrey/Gray,Diane | | I-66962 | Cuyahoga County |
| 12/09/02 | X | | Leikin,Jeffrey/Gray,Diane | | | |
| 11/08/02 | | X | Atkins,Charles/Fite, Nicholas | Fite v. University Hospital | | Cincinnati, Ohio Judge Nadel |
| 11/07/02 | X | | Schleifer,Karin/Guarino,Spitz, O'Brien | | | |
| 10/23/02 | | X | Benner, Brian/Manier Allen | Allen Manier v. City of Detroit | 01-2607-NI | Detroit, MI |
| 10/22/02 | X | | Gallup,David/Dattilo,Albert | Albert Datillo v. Joseph H. Weiss, Jr. Esq. | 75838 | |
| 10/16/02 | X | | Benner,Brian/Manier,Allen | Allen Manier v. City of Detroit | 01-2607-NI | |

CURRICULUM VITAE

May 2004

Harvey S. Rosen, Ph.D.

Business Address:           BURKE, ROSEN & ASSOCIATES
                            2800 Euclid Avenue, Suite 300
                            Cleveland, OH  44115
Business Phone:             (216) 566-9300
E-mail                      h.rosen@burkerosen.com

**Education:**

B.B.A.      Western Reserve University              1964
M.A.        Western Reserve University
            University of California Berkeley       1966
Ph.D.       Case Western Reserve University         1969

**Academic Experience:**

1966            Lecturer, Western Reserve University
                Lecturer, Cleveland State University
1967 - 1969     Instructor, Cleveland State University
1969 - 1973     Assistant Professor, Cleveland State University
1974 - 1993     Associate Professor, Cleveland State University
1993 - 1994     Retired Associate Professor
11/94-          Associate Professor Emeritus
1999-Present    Adjunct Associate Professor, John Carroll University

**Professional Membership:**

- American Economic Association
- National Association of Business Economists
- Ohio Association of Economists and Political Scientists
    - At Large Representative to the Executive Board 1995-96
- National Academy of Economic Arbitrators

**Honors and Awards:**

- Recipient of United States Government Fellowship for Graduate Education (NDEA), 1966-1969
- Runner-up - Dissertation Fellowship - Federal Reserve Bank of Cleveland, 1968
- Omicron Delta Epsilon - Honorary in Economics, 1965
- Beta Alpha Psi - Honorary in Accounting, 1964

**Court and Governmental Appointments:**

| | |
|---|---|
| Franklin County Common Pleas Court as Class Economist – Georgia Pacific Litigation | 2002 |
| Hamilton County Common Pleas Court as Special Master – Bengals Litigation | 2001 |
| Hamilton County Common Pleas Court as Special Master – A & D Building Litigation | 1997 |
| Federal Court, Southern District of Ohio – Pfizer Heart Valve | 1994 |
| Federal Bankruptcy Court, Cincinnati – Eagle– Pitcher Reorganization | 1992 |
| Hamilton County Common Pleas Court – BASF Chemical Plant Explosion | 1992 |
| Montgomery County Common Pleas Court - CSX Train Derailment, Miamisburg, OH | 1991 |
| Attorney General's Office, State of Ohio – | |
| Innocent Victims of Crime Compensation Program | 1983 |
| State Court, Kentucky – Beverly Hills Supper Club Fire | 1980 |
| Federal Court, Southern District of Ohio – Beverly Hills Supper Club Fire | 1980 |

**Private Distributions:**

| | |
|---|---|
| Cincinnati Pressman Litigation | 1984 |
| Cincinnati Carriers Litigation | 1997 |
| Indian Creek Elevator | 1993-94 |
| Ohio Valley Fireworks | 1998 |

**Limited Fund/Fairness Hearing Analysis & Testimony:**

Eagle-Pitcher
Acromed
Interneuron (Redux)
Telectronics
American Home Products (Pfen-fen)
Sulzer Medica
Microsoft (Consumer Case 2001)
UPS EV Settlement (2004)

**Articles and Publications:**

1993   "Valuing Educational Attainment as a Distributable Asset, " <u>Valuing Professional Practices and Licenses:  A Guide For The Matrimonial Practitioner</u>, Edited by Ronald L. Brown, Copyright 1993, Prentice Hall Law & Business, co-authored.

1991   Co-editor <u>Handbook of Financial Planning for Divorce and Separation</u>, 1992 Supplement, Ed. John Wiley & Sons, Inc., New York, NY, with J.F.B.

"Uniform Child Support Guidelines",  <u>Financial Planning for Divorce and Separation</u>, Crumbley Apostolov, Ed., second edition.

1990   Reprint, February 1990, "The Value of a Professional License" <u>Family Advocate</u>, American Bar Association, Summer, 1984, Vol. 7, No.1, with J.F.B. for use by the Indiana Judicial Center for distribution and application in a seminar to assist in understanding the valuations in closely-held corporations.

"Economic Models of Valuation in Divorce Proceedings," <u>Financial Planning for Divorce and Separation</u>, Crumbley Apostolov, Ed. John Wiley & Sons, Inc., with J.F.B.

1987   "Using an Economist in Evaluating Claims," <u>Settling Personal Injury Insurance Claims in</u>, Professional Education systems, Inc., 1987, co-authored.

"Valuing Educational Attainment as a Distributable Asset," <u>Expert Valuation of Professions: The Value of Law and Medical Degrees and Licenses Upon Divorce</u>, Edited by Ronald L. Brown, Copyright 1987, Prentice Hall Law & Business, co-authored.

1986   "Settling Personal Injury Insurance Claims in Michigan," <u>Professional Education Systems, Inc.</u>, Eau Claire, Wisconsin, November 5, 1986, co-authored.

"Forecasting Enhanced Educational Attainment," <u>Fair$hare Law and Business, Inc.</u>, Harcourt and Brace, Vol. 6, May, 1986, co-authored.

1985   "Economic Value of a Professional License," and "Basic Approach to Valuing Closely-Held Corporations," Reprinted in <u>Contemporary Matrimonial Law Issues: A Guide to Divorce Economics and Practice</u>, Edited by Foster & Brown, Law & Business, Harcourt, Brace & Jovanovich, New York, 1985.

1984   "Consumption & Family Size," <u>Proceedings of the Industrial Relations Research Association</u>, Spring, 1984, co-authored.

**Articles and Publications: (Continued)**

1984   "The Value of a Professional License," <u>Family Advocate</u>, American Bar Association, Summer, 1984, Vol 7, No. 1.

1983   "Taxes and Compensation for Lost Earnings-A Comment," <u>The Journal of Legal Studies</u>, Vol. 12, No. 1, January, 1983, co-authored.

"ABC'S of Valuing Closely Held Corporations," <u>FairShare</u>, January 1983. Co-authored

1982   "Pseudo String Arrays," <u>Hewlett Packard Basic Exchange,</u> Vol. 3, No. 1, Spring, 1982.

1981   "Use of Experts to Establish and Quantify Standard of Living," proceedings of the <u>Education Institute of American Academy of Matrimonial Lawyers,</u> San Diego, California, 1981.

1974   "A New Technique for Obtaining Regional Employment Multipliers." <u>Land Economics,</u> January, 1974 co-authored with Vijay Mathur.

"The Monetary Value of a Housewife: A Replacement Cost Approach." <u>American Journal of Economics and Sociology,</u> January, 1974. Reviewed in Luisella Goldschmidt-Clermont, <u>Unpaid Work in the Household:  A review of Economic Evaluation Methods.</u> Geneva: International Labor Office, 1982.

"The Use of Statistical Analysis for Performance Review," July 1974, in <u>Personal Journal,</u> co-authored with Howard Polster.

1973   "An Econometric Technique vs. Traditional Techniques for Obtaining Regional Employment Multipliers: A Comparative Study," <u>Environment and Planning</u>, June, 1973.

1972   "An Econometric Export Base Model:  A New Technique" in <u>London Papers on Regional Science,</u> 1972, (A Publication of the British Section of the Regional Science Association), co-authored with Vijay Mathur.

1969   "A Euro-Dollar Primer," <u>Central Economic Letter</u>, Vol. 8, No. 5, July, 1969.

"A Cleveland Area Business Index." <u>Central Economic Letter</u>, Vol. 8, No. 1, February, 1969.

"Monetary Policy and Fluctuating Exchange Rates: The Canadian Experience," an abstract.  <u>The Financial Review</u>, Spring, 1969.

1968   "The Dollar and Floating Exchange Rates." <u>Central Economic Letter</u>, Vol. 7, No. 12. December, 1968.

**Speeches and Seminars:**

1996   Ohio Society of Certified Public Accountants, Cleveland Chapter, Litigation Services Committee, "Damages", November 1996

1996   Trial Skills Tune-Up, Trial Fundamentals for Litigators of all Experience Levels to the Cincinnati Bar Association and The John W. Peck Cincinnati Chapter Association of the Federal Bar Association, November 1996.

1996   Potter Stewart Inn of Court "Projecting Economic Damages", March 26, 1996.

1990   Ohio Personal Injury Damages Seminar. "Working With an Economist" prepared for Professional Education Systems, Inc., April 1990.
"Measuring Economic Damages in Wrongful Employment Discharge Cases" for Plaintiff Employment Lawyer's Association, October 25, 1990.

1988   "The Hedonic Value of Life," to Cleveland Trial Lawyers' Association, November, 1988.

**Speeches and Seminars: (Continued)**

1987   "Purchasing Power of Ohio Judges," Prepared for the · · · Select Committee · · · at the request of Ohio Judges. February 27, 1987, co-authored.

"Evaluation of a Business," Ohio Association of Trial Lawyers, February 20, 1987, Columbus, Ohio, with James Wilsman and J.F.B.

Federal Trial Practice Seminar prepared at the request of Federal Judge Manos, September 11, 1987, Cleveland, Ohio, with J.F.B.

Mock Cross-Examination - Cleveland Area Civil Trial Attorneys Association, September 14, 1987.

1987   Ohio State Hearings on Ohio Insurance Crisis Tort Reform - Invited Testimony, April 9, 1987; April 22, 1987; May 14, 1987.

1986   Ohio State Senate Hearings on Ohio Insurance Crisis Tort Reform - Invited Testimony, March 19, 1986.

1985   "Consumption Patterns by Size of Family and Income", Eastern Economic Association, Pittsburgh, P.A., March 1985.

1984   "More Evidence on Consumption by Family Size", Eastern Economic Association, New York, March, 1984.

1983   "Consumption by Family Size: a Labor Relations Study", Presented to the Allied Social Science Association, San Francisco, December 1983.

"Preliminary Evidence on Consumption by Family Size", Atlantic Economic Society, Philadelphia PA., October, 1983.

"A Taxation Algorithm in Personal Injury Awards", Eastern Economic Association, Boston, March 1983.

1982   Discussants on "The Offset Method of Calculating Personal Injury Awards", Mid-Western Economic Association, Chicago, April 1982.

"Taxation and Personal Injury Awards as a Result of the Liepelt Decision.", Eastern Economic Association, Washington D.C., March 1982.

1981   "Use of Experts to Establish and Quantify Standard of Living," presented at the Education Institute of American Academy of Matrimonial Lawyers. San Diego, California, March, 1981.

1975   "Litigators, Computer Simulation and the Regulatory Process." (with co-authors) American Bar Association, Section on Litigation, National Institute, New York, New York, February 7, 1975.

1973   "An Econometric Technique vs. Traditional Techniques for Obtaining Regional Employment Multipliers: A Comparative Study," presented at the Monterey meeting of the Western Regional Science Association. Monterey, California, February, 1973.

1972   "The Economic Value of an Individual: A Methodology," presented to meetings of the Ohio Academy of Trial Lawyers.

1971   "An Econometric Export Base Model: A new Technique," (with Mathur) presented at meetings of the British Section of Regional Science Association, London, England, August 20, 1971.

**Consulting Experience:**

1968-1969    Economic Research Consultant. Central National Bank of Cleveland: Prepared newsletter, devised Cleveland area business index which was published monthly in the bank's newsletter.

1969-Present    Called upon to provide economic expertise involving matters of economic damage determination and measurement. There have been cases covering business losses, anti-trust proceedings, discrimination, family law, personal injury and wrongful death.

Have appeared and been qualified or been deposed as an expert witness in the states of Ohio, Michigan, Kentucky, West Virginia, Massachusetts, Maryland, District of Columbia, Pennsylvania, Louisiana, California, Rhode Island, Texas, New York, Nevada, Colorado, New Jersey, Illinois, Virginia, Tennessee, and Puerto Rico.

1995    Reviewer. <u>Financial Practice and Education</u>, Raj Aggarwal, John Carroll University, Editor. <u>Financial Practice and Education</u> has a responsibility to help prospective authors improve the quality of their research and its presentation. Therefore, the job of the reviewer is both to help the editor make accept/reject decisions and to provide the authors with suggestions for improvement of their research.

**Selected Cases:**
1973    The Thalidomide Case
1975    The Kent State Case
1979    The Sinking of the Edmund Fitzgerald
1980    The Beverly Hills Supper Club Fire
         Swine Flu cases for the Justice Department of the Northern District of Ohio
1981    Pick 'N Pay Supermarket Anti-Trust Case (Cleveland & Lorain)
         Asbestos Litigation (John Manville)
1982    The MGM Fire
1983    The Thurman Munson Crash
         The Hyatt Kansas City Collapse
         The Air Florida Crash
1984    The Dalkon Shield Case
         The Pan American Crash Disaster
         The Bendectin Case
         The Bhopal India Case
1985    The Air Canada Air Disaster
1986    The Gander Cases - Arrow Air Disaster
1987    The LTV Bankruptcy-Oglebay Norton Case
         The May Company-Supermarket Anti-Trust Case
         The Home State Savings and Loan Company Case
         The Fernald Nuclear Plant Case
1989    The Cincinnati Pipefitters Case
         The WD40 Cases
1989    The Lockerbie, Scotland Case - Pan Am Flight 103
1990    Stark County Toxic Landfill Case
         Miamisburg Train Derailment
1992    The BASF Explosion
         USAir Los Angeles Crash
1993    Eagle Pitcher Bankruptcy
         Pfizer Heart Valve, US formula
         Mentor Corporation Breast Implant Litigation
         USAir 405 Crash
         USAir Beckley, West Virginia Crash
1994    Pfizer Heart Valve Foreign Fracture Panel, Co-Chair

-6-

**Selected Cases:** (Continued)

| | |
|---|---|
| 1994 | Ernst & Young Age Discrimination Case |
| 1996 | The Protection Group (Toledo) |
| 1996 | Queen Village Pharmacy (Philadelphia) |
| 1997 | The Pension Benefit Guaranty Corporation (Cincinnati) |
| | Acromed Orthopedic Bone Screw |
| 1998 | Ohio Valley Fireworks Litigation |
| | Firestone Insurance Claim |
| | Telectronics Corporation- Pacemaker J lead litigation |
| 1999 | Bogalusa Chemical Release- Gaylord |
| | Phen-Fen Interneuron Corporation |
| 2000 | American Home Products Phen-Fen |
| | Louisiana Smokers Litigation- Scott |
| 2001 | Sulzer Medica- Hip Implant Litigation |
| 2002 | Kodak Employment Case |
| | State Alarm Litigation |
| 2003 | Worldwide Basketball/NCAA Litigation |
| | Lucent Ponder Litigation |
| | P&G/Amway Litigation Michigan Case |
| | Thomas Kinkade Media Arts Trademark Case |
| | International Paper |
| | Lamson Sessions Contract Case |
| | Dayton Power & Light Shareholder Litigation |
| 2004 | World Trade Center/Victims Compensation Fund |
| | Louisiana Smokers Litigation- Smoke Cessation Program |
| | UPS EV Settlement |