IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>        Defendants. | Consolidated<br>Case No. 04-11380-WGY |
| LAWRENCE W. BUNCH, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>        Defendants. | |

### PLAINTIFFS' NOTICE OF FILING DEMONSTRATIVE EXHIBITS TO EXPERT REPORT OF JEFFERY E. SCHAFF

PLEASE TAKE NOTICE that Plaintiffs' herein file the demonstrative exhibits created by Jeffery E. Schaff in connection with his expert report that was filed on June 15, 2007 pursuant to F.R.C.P. 26(a)(2) and this Court's Order (Document No. 164) of May 2, 2007. The demonstrative exhibits should be considered part of the report.

Respectfully Submitted,
**WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.**

*/s/ Terrence L. Goodman*
James R. Cummins
Jane H. Walker
Terrence L. Goodman
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com
E-mail: terrygoodman@wsbclaw.com


**BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO**

*/s/ Jeffrey C. Block*
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com


*Counsel for Lawrence W. Bunch, Jerry L. Howard,
Sr. and David Mueller, Both Individually and Behalf
of All Others Similarly Situated*

Dated: June 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I filed Plaintiffs' Notice of Filing Its Expert Reports through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on June 15, 2007.

Respectfully submitted,
WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.

/s/ Jane H. Walker
James R. Cummins
Jane H. Walker
Terrence L. Goodman
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com
E-mail: terrygoodman@wsbclaw.com