<u>EXHIBIT A</u>

DEMONSTRATIVE EXHIBITS
TO REPORT OF JEFFERY E. SCHAFF



# Grace Common Stock
## Price History Under State Street's Management of the Stock Plan

| Date | Closing Price | Volume |
|---|---|---|
| 15 December 2003 | 2.73 | 389,100 |
| 16 December 2003 | 2.85 | 155,200 |
| 17 December 2003 | 2.62 | 529,200 |
| 18 December 2003 | 2.67 | 312,800 |
| 19 December 2003 | 2.52 | 331,100 |
| 22 December 2003 | 2.54 | 302,400 |
| 23 December 2003 | 2.59 | 263,600 |
| 24 December 2003 | 2.60 | 127,800 |
| 26 December 2003 | 2.60 | 71,500 |
| 29 December 2003 | 2.60 | 370,100 |
| 30 December 2003 | 2.66 | 363,400 |
| 31 December 2003 | 2.57 | 439,000 |
| 02 January 2004 | 2.73 | 363,200 |
| 05 January 2004 | 3.10 | 1,174,300 |
| 06 January 2004 | 3.06 | 483,400 |
| 07 January 2004 | 3.16 | 288,300 |
| 08 January 2004 | 3.43 | 791,800 |
| 09 January 2004 | 3.45 | 919,800 |
| 12 January 2004 | 3.70 | 762,600 |
| 13 January 2004 | 3.64 | 471,000 |
| 14 January 2004 | 3.62 | 388,800 |
| 15 January 2004 | 3.55 | 232,700 |
| 16 January 2004 | 3.35 | 467,900 |
| 20 January 2004 | 3.38 | 487,000 |
| 21 January 2004 | 3.20 | 220,300 |
| 22 January 2004 | 3.28 | 357,800 |
| 23 January 2004 | 3.30 | 195,000 |
| 26 January 2004 | 3.29 | 209,400 |
| 27 January 2004 | 3.21 | 261,200 |
| 28 January 2004 | 3.48 | 452,200 |
| 29 January 2004 | 3.10 | 892,600 |
| 30 January 2004 | 3.12 | 339,000 |
| 02 February 2004 | 3.11 | 527,600 |
| 03 February 2004 | 3.12 | 151,700 |
| 04 February 2004 | 3.12 | 298,900 |
| 05 February 2004 | 3.15 | 255,600 |
| 06 February 2004 | 3.26 | 229,100 |

# Grace Common Stock
## Price History Under State Street's Management of the Stock Plan

| Date | Closing Price | Volume |
|---|---|---|
| 09 February 2004 | 3.25 | 137,400 |
| 10 February 2004 | 3.35 | 211,600 |
| 11 February 2004 | 3.46 | 250,000 |
| 12 February 2004 | 3.50 | 260,700 |
| 13 February 2004 | 3.40 | 422,100 |
| 17 February 2004 | 3.51 | 209,500 |
| 18 February 2004 | 3.53 | 288,700 |
| 19 February 2004 | 3.40 | 152,100 |
| 20 February 2004 | 3.40 | 199,700 |
| 23 February 2004 | 3.15 | 454,100 |
| 24 February 2004 | 3.07 | 370,300 |
| 25 February 2004 | 3.05 | 272,200 |
| 26 February 2004 | 2.82 | 1,719,800 |
| 27 February 2004 | 2.85 | 3,173,000 |
| 01 March 2004 | 2.91 | 436,200 |
| 02 March 2004 | 2.92 | 469,800 |
| 03 March 2004 | 2.98 | 249,500 |
| 04 March 2004 | 3.07 | 349,400 |
| 05 March 2004 | 3.00 | 333,800 |
| 08 March 2004 | 2.91 | 179,800 |
| 09 March 2004 | 2.90 | 160,900 |
| 10 March 2004 | 2.80 | 183,200 |
| 11 March 2004 | 2.75 | 187,400 |
| 12 March 2004 | 2.90 | 209,400 |
| 15 March 2004 | 2.70 | 238,100 |
| 16 March 2004 | 2.68 | 207,000 |
| 17 March 2004 | 2.71 | 132,100 |
| 18 March 2004 | 2.74 | 96,200 |
| 19 March 2004 | 2.67 | 144,400 |
| 22 March 2004 | 2.55 | 167,200 |
| 23 March 2004 | 2.58 | 106,200 |
| 24 March 2004 | 2.57 | 75,500 |
| 25 March 2004 | 2.87 | 537,900 |
| 26 March 2004 | 2.91 | 274,100 |
| 29 March 2004 | 3.09 | 839,200 |
| 30 March 2004 | 3.01 | 434,900 |
| 31 March 2004 | 3.12 | 480,400 |

# Grace Common Stock
## Price History Under State Street's Management of the Stock Plan

| Date | Closing Price | Volume |
|---|---|---|
| 01 April 2004 | 3.24 | 734,400 |
| 02 April 2004 | 3.20 | 291,800 |
| 05 April 2004 | 3.15 | 289,100 |
| 06 April 2004 | 3.02 | 157,400 |
| 07 April 2004 | 2.99 | 209,900 |
| 08 April 2004 | 2.92 | 175,100 |
| 12 April 2004 | 2.96 | 7,963,300 |
| 13 April 2004 | 2.78 | 721,400 |
| 14 April 2004 | 3.00 | 426,500 |
| 15 April 2004 | 3.03 | 386,600 |
| 16 April 2004 | 3.09 | 437,000 |
| 19 April 2004 | 3.03 | 442,100 |
| 20 April 2004 | 2.95 | 507,000 |
| 21 April 2004 | 2.93 | 408,600 |
| 22 April 2004 | 2.88 | 435,700 |
| 23 April 2004 | 2.88 | 176,900 |
| 26 April 2004 | 2.86 | 343,100 |
| 27 April 2004 | 2.90 | 194,400 |
| 28 April 2004 | 2.83 | 320,000 |
| 29 April 2004 | 2.76 | 169,000 |
| 30 April 2004 | 2.86 | 250,100 |
| 03 May 2004 | 2.85 | 153,600 |

Data Source: Bloomberg