IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>              Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>              Defendants.<br><hr><br>LAWRENCE W. BUNCH, *et al.*<br><br>              Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>              Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

**DEFENDANTS' NOTICE OF SERVICE OF EXPERT REPORTS**

    PLEASE TAKE NOTICE that Defendants today have served copies of their initial expert reports on Plaintiffs pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's order (Ct. File No. 164). The following expert reports were served:

    1. Christopher M. James, Ph.D.

    2. Thomas D. Hogan.

Dated:  June 15, 2007

Respectfully submitted,

STATE STREET BANK AND TRUST COMPANY

By its counsel,


   /s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
(scarnathan@ocmlaw.net)
O'CONNOR, CARNATHAN, MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
(scottflicker@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

**CERTIFICATE OF SERVICE**

  I here certify that this Motion and the documents filed in support of it through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 15, 2007.

| | |
|---|---|
| __June 15, 2007_____ | __/s/ Sean T. Carnathan_____ |
| Date | Sean T. Carnathan |