# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>    Defendants.<br><br>---<br><br>LAWRENCE W. BUNCH, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., et al.<br><br>    Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

## ORDER

**UPON CONSIDERATION** of the Unopposed Motion for Extension of Time to Complete Discovery, and the entire record herein, it is this __2d__ day of __May__, 2007, hereby:

**ORDERED** that the Motion hereby is **GRANTED**;

**ORDERED** that the Court's September 12, 2006, Scheduling Order (Ct. File No. 110) is hereby amended; and

**ORDERED** that the following Schedule is **APPROVED**:

1. The deadline for completing fact discovery will be June 1, 2007.

2. The deadline for filing initial expert reports will be June 15, 2007.

3. The deadline for filing rebuttal expert reports will be June 27, 2007.

4. The deadline for completing expert discovery remains July 18, 2007.

5. The deadline for filing dispositive motions remains August 17, 2007.

6. The deadline for the final pretrial conference remains September 4, 2007.

This case remains on the running trial calendar for trial on October 1, 2007.

*William G. Young*
William G. Young
United States District Court Judge