IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN F. AKERS, et al. ) <br> ) <br>         Defendants. ) | Consolidated <br> Case No. 04-11380-WGY |
| LAWRENCE W. BUNCH, et al. ) <br> ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> W. R. GRACE & CO., et al. ) <br> ) <br>         Defendants. ) | |

**PLAINTIFFS' NOTICE OF FILING**
**REBUTTAL TO REPORT OF CHRISTOPHER M. JAMES**

PLEASE TAKE NOTICE that Plaintiffs herein file the rebuttal report of Steven R. Grenadier to Defendants' expert report of Christopher M. James. The rebuttal report is attached hereto.

Respectfully Submitted,
**WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.**

*/s/ Terrence L. Goodman*
James R. Cummins
Jane H. Walker
Terrence L. Goodman
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202
Telephone:  (513) 621-0267
Facsimile:  (513) 381-2375
E-mail  jcummins@wsbclaw.com
E-mail:  janehwalker@wsbclaw.com
E-mail: terrygoodman@wsbclaw.com


**BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO**

*/s/ Jeffrey C. Block*
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194
Email:  jblock@bermanesq.com


*Counsel for Lawrence W. Bunch, Jerry L. Howard,
Sr. and David Mueller, Both Individually and Behalf
of All Others Similarly Situated*

Dated: June 27, 2007

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, I filed Plaintiffs' Notice of Filing Its Rebuttal Report of Steven R Grenadier to Expert Report of Christopher M. James through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on June 27, 2007.

        Respectfully submitted,
        WAITE, SCHNEIDER, BAYLESS
         & CHESLEY CO., L.P.A.

        */s/ Jane H. Walker*_____
        James R. Cummins
        Jane H. Walker
        Terrence L. Goodman
        1513 Fourth & Vine Tower
        One West Fourth Street
        Cincinnati, Ohio  45202
        Telephone:  (513) 621-0267
        Facsimile:  (513) 381-2375
        E-mail  jcummins@wsbclaw.com
        E-mail:  janehwalker@wsbclaw.com
        E-mail: terrygoodman@wsbclaw.com