**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KERI EVANS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN F. AKERS, et al., )<br>)<br>Defendants. )<br>)<br>LAWRENCE W. BUNCH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W. R. GRACE & CO., et al., )<br>)<br>Defendants. )<br>) | Consolidated Under<br>Case No. 04-11380-WGY |

**JOINT STIPULATION PERMITTING DEPOSITION**
**OF EXPERT WITNESS CHRISTOPHER M. JAMES**
**BEYOND CLOSE OF EXPERT DISCOVERY**

Plaintiffs Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller (collectively, the "Bunch Plaintiffs") and Defendants W. R. Grace & Co., W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, Fred E. Festa, Robert M. Tarola, State Street Bank and Trust Company, and State Street Global Advisors (collectively, "Defendants"), by their undersigned counsel, hereby stipulate and agree that the deposition of the Defendants' expert witness Christopher M. James may be taken beyond the close of expert discovery. Expert discovery closes on

Wednesday, July 18, 2007; the parties have agreed to take Dr. James's deposition during the following week of July 23, 2007.

Dr. James was formerly scheduled for deposition on Wednesday, July 18, 2007, the last day of the expert discovery period. Dr. James was not available prior to this date because he has been testifying and consulting in an on-going trial taking place in Spokane, Washington. The trial was just recently extended, requiring Dr. James' presence in Spokane through the close of the expert discovery period in this case. The parties have conferred and have agreed to take Dr. James's deposition after he has returned from Spokane, during the following week of July 23, 2007.

This Stipulation affects only the date of the deposition of this particular expert witness. All other expert witnesses either have been, or will be deposed by July 18, 2007. This Stipulation does not affect any other dates or deadlines set in the Court's May 1, 2007 Amended Scheduling Order, including the deadline for filing dispositive motions, the date of the pretrial conference, or the commencement of trial.

Dated: July 13, 2007                    Respectfully Submitted,

/s/ Matthew C. Hurley_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
MINTZ, LEVIN COHN, FERRIS, GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

- and -

Carol Connor Flowe
(flowe.carol@arentfox.com)
Nancy S. Heermans
(heermans.nancy@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Jeffrey H. Ruzal
(ruzal.jeffrey@arentfox.com)
Valerie N. Webb
(webb.valerie@arentfox.com)
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 857-6054
Facsimile:  (202) 857-6395

*Counsel for Defendants W. R. Grace & Co., W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, Fred E. Festa and Robert M. Tarola*

/s/ Sean T. Carnathan
Sean T. Carnathan (BBO# 636889)
(scarnathan@ocmlaw.net)
O'Connor, Carnathan, and Mack LLC,
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001

- and -

Scott M. Flicker
Thomas A. Rust
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC  20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Attorneys for Defendants State Street Bank & Trust Company and State Street Global Advisors*

/s/ Terrence L. Goodman
Stanley M. Chesley
James C. Cummins
Terrence L. Goodman
Jane H. Walker
Waite Schneider, Bayless & Chesley Co., LPA
One W. Fourth Street
1513 Fourth & Vine Tower
Cincinnati, OH 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375

- and -

Jeffrey C. Block
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
8th Floor
Boston, MA 02109
Telephone: 617-542-8300
Facsimile: 617-542-1194

*Attorneys for Plaintiffs Lawrence Bunch,
Jerry L. Howard, Sr., and David Mueller*

**SO ORDERED:**

_____
**William G. Young, U.S.D.J.**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al., ) | |
| Plaintiffs, ) | |
| v. ) | |
| JOHN F. AKERS, et al., ) | |
| Defendants. ) | **Consolidated Under** |
| LAWRENCE W. BUNCH, et al., ) | **Case No. 04-11380-WGY** |
| Plaintiffs, ) | |
| v. ) | |
| W. R. GRACE & CO., et al., ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I filed Joint Stipulation Extending Time to Depose Expert Witness Christopher M. James through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on July 13, 2007.

/s/ Matthew C. Hurley