IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN F. AKERS, et al. ) <br> ) <br> Defendants. ) <br> ) | |
| LAWRENCE W. BUNCH, et al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> W. R. GRACE & CO., et al. ) <br> ) <br> Defendants. ) <br> ) | Consolidated <br> Case No. 04-11380-WGY <br><br> ORAL ARGUMENT <br> REQUESTED |

**MOTION OF THE BUNCH PLAINTIFFS AGAINST
ALL DEFENDANTS FOR SUMMARY JUDGMENT**

The Bunch Plaintiffs, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for summary judgment against all Defendants.[1] The basis of this motion is that the uncontested facts establish that State Street violated the fiduciary duties that it owed to class members when it

---

[1] The Defendants are Fred E. Festa, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Paul J. Norris, W. R. Grace Investment and Benefits Committee, and W. R. Grace & Co. (the "Grace Defendants" or "Grace"), and State Street Bank and Trust Company and State Street Global Advisors ("State Street" and "State Street Global Advisors" collectively referred to as "State Street").

the Grace Stock Fund was inconsistent with ERISA, and it liquidated the Fund.[2] It violated its duties by utilizing a fatally flawed process that required State Street to base its decision on speculation and conjecture and by second guessing an efficient market. Furthermore, the Grace Stock Fund constituted a small portion of a diversified 401(k) portfolio. Accordingly, as a matter of law, retention of the Grace Stock Fund as part of the W.R. Grace Savings and Investment Plan (the "Plan") was prudent and consistent with ERISA. State Street, by liquidating the Grace Stock Fund, therefore, is liable to the Plaintiff class, as a matter of law.

Also, the Grace Defendants admit that they failed to monitor the activities of its delegated Investment Manager-State Street. This undisputed fact establishes a breach of fiduciary duty and entitles Plaintiffs to judgment as a matter of law.

Plaintiffs also seek summary judgment on the issue of damages. Plaintiffs seek an order that provides that the proper measure of damages is to be calculated by determining what the Plan would have earned had Defendants exercised their discretionary authority with respect to the Grace Stock Fund in accordance with their fiduciary duties under ERISA.

Additional support is contained in the accompanying Memorandum in Support. Plaintiffs request oral argument.

---

[2] The Grace Stock Fund is an investment option that holds shares of Grace stock in the W.R. Grace Retirement and Savings Plan (the "Plan").

Respectfully submitted,

WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.

/s/ James R. Cummins
Stanley M. Chesley
James R. Cummins
Jane H. Walker
Terrence L. Goodman
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail: jcummins@wsbclaw.com
E-mail: janehwalker@wsbclaw.com

and

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

/s/ Jeffrey C. Block
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com

**Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated**

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel for Plaintiffs certifies that counsel for Plaintiffs has conferred with Defendants' counsel in good faith effort to resolve the issues set forth in this Motion.

| August 17, 2007 | /s/ James R. Cummins |
|---|---|
| Date | James R. Cummins |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2007, I filed Bunch Plaintiffs' Motion for Summary Judgment through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on August 17, 2007.

        Respectfully submitted,
        WAITE, SCHNEIDER, BAYLESS
         & CHESLEY CO., L.P.A.

        */s/ Jane H. Walker*_____
        James R. Cummins
        Jane H. Walker
        Terrence L. Goodman
        1513 Fourth & Vine Tower
        One West Fourth Street
        Cincinnati, Ohio  45202
        Telephone:  (513) 621-0267
        Facsimile:  (513) 381-2375
        E-mail:  jcummins@wsbclaw.com
        E-mail:  janehwalker@wsbclaw.com
        E-mail: terrygoodman@wsbclaw.com