UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN F. AKERS, et al., ) <br> ) <br> Defendants. ) <br>―――――――――――――――――― ) <br> ) <br> LAWRENCE W. BUNCH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> W. R. GRACE & CO., et al., ) <br> ) <br> Defendants. ) | Consolidated Under <br> Case No. 04-11380-WGY <br><br> **ORAL ARGUMENT <br> REQUESTED** |

## GRACE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants W. R. Grace & Co., W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, Fred E. Festa, and Robert M. Tarola (collectively, "Grace Defendants"), by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, hereby move for the entry of summary judgment on all claims against them. As there are no material facts in dispute, and none of the claims asserted against the Grace Defendants find any support in either the law or the record of this case, the Grace Defendants are entitled to judgment as a matter of law. For this reason and all those discussed in the

accompanying Memorandum in Support, the Grace Defendants respectfully request that all claims against them be dismissed.

Dated: August 17, 2007          Respectfully Submitted,

/s/ Carol Connor Cohen
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
MINTZ, LEVIN COHN, FERRIS, GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

- and -

Carol Connor Cohen
(cohen.carol@arentfox.com)
Nancy S. Heermans
(heermans.nancy@arentfox.com)
Caroline Turner English
(english.caroline@arentfox.com)
Jeffrey H. Ruzal
(ruzal.jeffrey@arentfox.com)
Valerie N. Webb
(webb.valerie@arentfox.com)
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-6054
Facsimile: (202) 857-6395

*Counsel for Defendants W. R. Grace & Co., W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, Fred E. Festa and Robert M. Tarola*

3

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

      Undersigned counsel for the Grace Defendants certifies that counsel for the Grace Defendants has conferred with Plaintiffs' counsel in a good faith effort to resolve the issues set forth in this Motion.

| | |
|---|---|
| August 17, 2007 | /s/ Carol Connor Cohen |
| Date | Carol Connor Cohen |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>W. R. GRACE & CO., et al.,<br><br>        Defendants. | **Consolidated Under**<br>**Case No. 04-11380-WGY** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I filed Grace Defendants' Motion for Summary Judgment through the ECF system.  It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on August 17, 2007.

                                                      /s/ Carol Conner Cohen