**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KERI EVANS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **JOHN F. AKERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | **Consolidated Under** |
| ) | **Case No. 04-11380-WGY** |
| **LAWRENCE W. BUNCH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **W. R. GRACE & CO., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER GRANTING GRACE DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**


**UPON CONSIDERATION** of the motion for summary judgment filed by Defendants

W. R. Grace & Co., W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H.

Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas

A. Vanderslice, Fred E. Festa, and Robert M. Tarola (collectively, "Grace Defendants") and all

briefs and oral argument thereon, it is this _____ day of _____, 2007, hereby

**ORDERED**, that the Grace Defendants' motion be and hereby is **GRANTED**; and it is

further

2

**ORDERED**, that judgment be and hereby is entered on behalf of the Grace Defendants on all claims.

_____
William G. Young
United States District Court Judge