# EXHIBIT D



Go to the News link on the left for the latest update - May 5, 2004

Letter from
Paul Norris

Press Release

Your Employment,
Benefits & Salary

FAQ

Chapter 11
Primer

Chapter 11
Chronology

Glossary of
Terms

News

Grace.com

For optimal printing quality set left and right margins to 0.25" in Page Setup under File menu.

## Letter from Paul Norris

Dear Grace Colleagues:

On April 2, 2001, we filed for reorganization under Chapter 11 in response to a sharply increasing number of asbestos claims filed against the Company. The filing, made in Wilmington, Delaware, will enable us to achieve predictability and fairness in the claims settlement process through a federal court-supervised process. None of our operations outside of the United States are included in the filing.

This is a voluntary decision that, although very difficult, was absolutely necessary for us. We believe that the state court system for dealing with asbestos claims is broken, and that Grace cannot effectively defend itself against invalid claims. The best forum available to the Company now is the court-supervised Chapter 11 process. By filing now, we are able to preserve the bulk of the value of our businesses, stop all litigation, and address our asbestos liability in one proceeding in a fair and consistent manner. Most importantly, we will be able to achieve all of these objectives and continue, under court protection, to meet responsibilities to customers, employees, suppliers, and business partners. This is the only forum existing that would allow us to accomplish all of this.

Let me be clear: Grace is *not* going out of business. The Chapter 11 process gives us court protection from claimants and creditors, and lets us operate our businesses as usual. We expect no changes in day-to-day operations, nor do we anticipate any management changes, plant closings or asset sales. We fully intend to continue pursuing the Company's ongoing growth and productivity initiatives including our strategic growth programs and Six Sigma.

Your compensation and benefits, including health benefits, will not change. You will be paid on time, in the usual manner, and in the same amount. Raises and other changes in compensation will be processed in the normal manner. Each of the qualified pension plans covering active employees are fully funded, and, like your investments in the S&I Plan, the assets of those pension plans are maintained separately from the Company and protected by Federal law.

We expect that, given our Company's leadership in its major markets, inherent value and strong cash flow, we can emerge from Chapter 11 as a strong, financially sound enterprise as many other companies have in the past, such as Continental Airlines, US Airways, Toys 'R' Us, Bloomingdale's, and Macy's, among others.

If you would like further details or have questions about the filing, please refer to the linked news release, the Grace internet site at http://www.grace.com, or call (410) 531-4167 for further information. We will also inform you of new developments when they happen. In the meantime, please stay focused on safety and your responsibilities during this period of time.

Just as your dedication and teamwork are responsible for the many achievements of our Company over the years, I am convinced that your hard work, determination and commitment will see us through this period of time as well.

Sincerely,

Paul J. Norris