# EXHIBIT K-1

# This document constitutes part of a Prospectus covering securities that have been registered under the Securities Act of 1933.

Additional information required to be included in the Prospectus for the Savings and Investment Plan is contained in the Prospectus Supplement. A copy of the Prospectus Supplement is provided as a separate section of your Employee Benefits Handbook and may also be obtained, without charge, from your benefits administrator or from the Plan Administrator, c/o W. R. Grace & Co., 7500 Grace Drive, Columbia, MD 21044; telephone number (410) 531-4000. **Please refer to the Prospectus Supplement for additional information concerning your investments in the Savings and Investment Plan.**

Case 1:04-cv-11380-WGY   Document 180-12   Filed 08/17/2007   Page 3 of 20

# Table of Contents

Introduction ..................................................................................................... 5

**Participation** ................................................................................................. 5
Who's Eligible? ............................................................................................. 5
When Participation May Start ...................................................................... 6
Enrollment .................................................................................................... 7
Cost .............................................................................................................. 7

**How the Plan Works** .................................................................................. 7
Your Savings ................................................................................................ 7
Catch-Up Contributions ............................................................................... 9
Company Contributions ............................................................................. 10
Rollovers .................................................................................................... 10
Trust Fund .................................................................................................. 11

**Comparing Before-Tax and After-Tax Savings** ....................................... 11

**Changes to Your Savings** ......................................................................... 12
Your Elections ........................................................................................... 12
Required Changes ...................................................................................... 13

**Investments** ................................................................................................ 14
How You May Invest Your Savings ........................................................... 14
Investment of Company Contributions ...................................................... 25
Understanding Risk and Diversification .................................................... 25

**Changes to Investments** ............................................................................ 26
Future Savings ........................................................................................... 26
Current Account Balances ......................................................................... 26
Grace Stock Fund ....................................................................................... 26
How to Elect an Investment Change .......................................................... 26

**Your Accounts** ........................................................................................... 27
Plan Accounts ............................................................................................ 27
How Your Accounts Are Valued ............................................................... 28

**Loans** ..................................................................................................29
Types of Loans ....................................................................................29
How Much You May Borrow ..............................................................29
Interest on Your Loan ..........................................................................30
Applying for a Loan ............................................................................30
Where a Loan Comes From .................................................................31
Repaying a Loan ..................................................................................32
Tax Considerations for Loans .............................................................33
Defaults ................................................................................................33
Loans vs. Withdrawals ........................................................................34

**Withdrawals** ......................................................................................35
Regular Withdrawal .............................................................................35
Hardship Withdrawal ...........................................................................35
Effect of a Hardship Withdrawal .........................................................37
Payment of Withdrawals .....................................................................39

**Taxes on Withdrawals** ......................................................................40
Taxable and Nontaxable Balances .......................................................40
What Is Taxable? .................................................................................40

**When Benefits Are Paid** ...................................................................42
If Your Employment Ends ...................................................................42
Qualified Domestic Relations Orders .................................................43

**How Benefits Are Paid** .....................................................................43
Lump Sum ............................................................................................43
Installments ..........................................................................................44
Delaying Payment ................................................................................45
Taxes on Benefits ................................................................................45

**Withholding and Rollover Rules** ....................................................47

**Vesting and Reemployment** ............................................................49
Vesting .................................................................................................49
If You're Rehired .................................................................................49

**Claims for Benefits** ..........................................................................50
What to Do ...........................................................................................50
If a Claim Is Denied ............................................................................51
When Benefits Are Not Paid ...............................................................52

**Employing Units** ..............................................................................53

**Merged Plans** ................................................................................54

**Additional Tax Information** .......................................................55

**Other Information** ......................................................................56
   Plan Sponsor ................................................................................56
   Plan Administrator ......................................................................56
   Trustee .........................................................................................56
   Plan Year .....................................................................................56
   Plan Identification .......................................................................56
   If You Can't Receive Payments ..................................................57
   Legal Service ...............................................................................57
   Plan Documents ..........................................................................57
   Rights to Benefits .......................................................................57
   Voting Your Stock .......................................................................57
   The Plan's Future ........................................................................58
   Benefit Insurance ........................................................................58

**Your Rights** ..................................................................................59
   Receive Information About Your Plan and Benefits ..................59
   Prudent Actions by Plan Fiduciaries ..........................................59
   Enforce Your Rights ...................................................................60
   Assistance with Your Questions .................................................60

**A Few Words About the Plan** ....................................................61

GR 000246

# Introduction

The W. R. Grace & Co. Savings and Investment Plan (referred to in this summary as the "S&I plan" or "plan") provides a convenient way to save regularly. And the Company gives you a major incentive to save by matching a portion of your savings. In addition, you choose how to invest your savings under the plan, and investment earnings grow tax-free until you receive payment of this money.

The following pages summarize the main features of the S&I plan as of April 21, 2003. You should carefully review the information that follows. Contact your benefits administrator if you need additional information.

The term "Company" as used in this summary refers to W. R. Grace & Co. and its employing units that are covered by the plan.

# Participation

### Who's Eligible?

As a regular full-time or part-time employee, you're eligible to participate in the S&I plan if you work for an employing unit authorized to participate in the plan (page 53).

You're not eligible, however, if you participate in another savings and investment plan that the Company sponsors or to which it makes contributions in your behalf or if you're covered by a collective bargaining agreement that doesn't provide for participation in this plan.

## When Participation May Start

If eligible, you may join the S&I plan on the first of any month on or after the date you complete three months with the Company during which you have at least 250 hours of service.

An **hour of service** includes each hour you're paid (or are entitled to be paid) by the Company for:

- your work

- vacation, holidays, illness, incapacity (including disability), layoff, jury duty, military duty, and approved leaves of absence, up to 501 hours for any period in which you aren't working

- back pay that's awarded or agreed to by the Company.

Exempt salaried employees (employees who aren't eligible for overtime) receive 45 hours of service for each week in which they have at least one hour of service.

For purposes of determining when you may start participation, you may be credited with hours of service for employment while you were ineligible for the plan or for employment with a Grace unit that isn't covered by the plan. Contact your benefits administrator for more information.

For example, if you were hired as an eligible employee on January 13, 2003, then you could elect to start participation in the S&I plan beginning with your first paycheck on or after June 1, 2003. Or, if you were hired as an eligible employee on June 1, 2003, then you could elect to start participation beginning with your first paycheck on or after September 1, 2003.

Contact your benefits administrator if you have any questions on when you may join the S&I plan or on hours of service.

### Enrollment

Participation in the S&I plan isn't automatic — you must enroll.

An enrollment form will be given to you before you become eligible to participate. By returning the form to your benefits administrator within 30 days, you may start participation on the earliest date possible. If you choose not to participate, complete the form's waiver section.

If you decide not to participate when first eligible, you may join the plan on the first day of any month after your benefits administrator receives your enrollment form, as long as you qualify for the plan.

### Cost

The cost of operating the S&I plan is charged to the plan by allocating the cost among the plan's investment funds (pages 14-25). Therefore, the account of each participant will be charged with a share of the cost of operating the plan. The costs will appear on the quarterly statement the plan's recordkeeper (Fidelity) distributes to each participant.

# How the Plan Works

### Your Savings

You may save from 2 to 16 percent of your pay, in steps of 1 percent. Your savings are made by payroll deduction.

You may save either **before-** or **after-tax** dollars, or a combination of both (page 11). If you save both, your before-tax rate must be at least 2 percent and your after-tax rate may be as low as 1 percent.

Keep in mind that your before-tax savings are subject to an annual federal limit. The before-tax savings limit for each year from 2002 - 2006 will equal:

| Year | Annual Before-Tax Limit |
|---|---|
| 2002 | $11,000 |
| 2003 | $12,000 |
| 2004 | $13,000 |
| 2005 | $14,000 |
| 2006 | $15,000 |

For years after 2006, the annual limit on before-tax savings will be subject to further adjustment.

Your **pay** means the regular salary or wages the Company pays you, including commissions, incentive pay, bonuses, shift differential, and overtime pay, before any deductions are made from your pay (including pre-tax deductions for medical plan coverage, contributions to a flexible spending account, and before-tax savings to this plan). It **doesn't** include gratuities, special or deferred pay, stock options, special bonuses, or Company payments to any employee-benefit plan. Any payment you receive after your employment ends isn't included. In addition, pay for any unused vacation to which you're entitled for the calendar year in which your employment ends won't count.

Savings under the S&I plan may not be made if you're not being paid by an employing unit, you're away from work on a layoff or an unpaid leave of absence, or you're ineligible to participate in the plan.

Any savings you may make under this plan won't affect pay-related benefits provided by the Company (such as life insurance or retirement benefits).

## Catch-Up Contributions

Effective January 1, 2002, participants age 50 or older may make before-tax savings in excess of the annual before-tax savings limit for any year (page 8). This rule lets these individuals increase their savings to better prepare for their future financial needs as they near retirement.

The maximum catch-up contribution you may make for any calendar year has been determined for each year from 2002 - 2006.

| Year | Maximum Catch-Up Contribution |
|---|---|
| 2002 | $1,000 |
| 2003 | $2,000 |
| 2004 | $3,000 |
| 2005 | $4,000 |
| 2006 | $5,000 |

You may make catch-up contributions for any calendar year, up to the maximum for that year, if you will reach age 50 by December 31 of that year. For example, you may make catch-up contributions for 2003 if you will reach age 50 by December 31, 2003.

Catch-up contributions are made by payroll deduction and elections are made for one calendar year at a time. If you'll be age 50 or older by December 31 of any calendar year, you'll receive an election form and details on how to elect catch-up contributions for that year. If you don't receive these materials and wish to make catch-up contributions for any year, contact your benefits administrator.

Catch-up contributions may be made only if your before-tax contributions for any calendar year equal the before-tax maximum for that year (page 8). Catch-up contributions don't apply to after-tax savings, and no company match will be made for any catch-up contributions you make.

Your catch-up contributions will be invested the same way as your current savings are invested – no separate investment election is required. In addition, you're always 100 percent vested in your catch-up contributions and related earnings.

Once deposited in the plan, catch-up contributions are subject to the same plan rules as your before-tax savings (for example, the rules regarding hardship withdrawals, the tax penalty upon withdrawal before age 59½, withholding and rollover rules, etc.).

If your earnings from the company for any year, after reduction for all elective before-tax and pre-tax contributions you make, is less than the maximum catch-up contribution for that year, your maximum catch-up contribution may not exceed the amount of your earnings for that year after reduction for all elective before-tax and pre-tax contributions you make.

## Company Contributions

The Company matches **100 percent** of your savings, up to the first **6 percent** of pay you save. Any savings over 6 percent of your pay aren't matched.

For example, if your saving rate is 6 percent and your monthly pay equals $3,333.33, your monthly savings would equal $200 (6 percent x $3,333.33). Company contributions in this case would equal $200 (100 percent of $200). A total of $400 would be added to your account each month ($200 + $200), which would add up to total annual savings of $4,800 ($400 x 12).

**Important!** The current dollar-for-dollar Company match, up to the first 6 percent of pay you save, has been authorized by Grace's Board of Directors through December 31, 2003. You'll be advised of any future changes to the Company match.

## Rollovers

Effective January 1, 2002, you may elect to roll over a taxable lump-sum payment from a similar plan of another employer, an IRA, as well as a 403(b) tax-sheltered annuity plan, and a governmental 457 plan into the S&I plan, as well as the rollover of after-tax savings from another employer's plan, but only if the rollover is made directly to this plan. The plan's Administrative Committee (or its designee) must approve a rollover. Once you deposit a rollover in this plan, you may invest it the same way as any other contributions you make. In addition, you must be an employee of the Company to elect a rollover into the S&I plan.

## Trust Fund

Your savings, company contributions, and related earnings are held in a trust fund that has been set up for the sole benefit of participants and their beneficiaries.

# Comparing Before- and After-Tax Savings

The following table summarizes the differences between before- and after-tax savings.

| Before-Tax Savings | After-Tax Savings |
|---|---|
| reduce current federal income taxes and most state and local income taxes | don't reduce current federal, state, or local income taxes |
| are subject to an annual federal limit ($12,000 for 2003) | aren't subject to this annual federal limit |
| may be increased, decreased, suspended, or resumed as of the first of any month, but only once every three months; no changes to before-tax savings may take effect after September 1st of any year | may be increased, decreased, or suspended as of the first of any month, but only once every three months; if suspended, you must wait at least three full months to resume after-tax savings |
| withdrawals may be made at any time if you're 59½ or older; if under 59½, you must qualify for a hardship withdrawal, but you must withdraw all other available balances and take any available plan loan first; a six-month suspension of your participation may result from a hardship withdrawal | withdrawals may be made at any time, but a three-month suspension of company contributions results |

GR 000253

The following example shows how before- and after-tax savings affect the take-home pay of an employee who elects to save at 6 percent.

| Before-Tax Savings | | After-Tax Savings | |
|---|---|---|---|
| annual pay: | $45,000 | annual pay: | $45,000 |
| annual savings: | − 2,700 | annual savings: | − 2,700 |
| taxes on $23,500: | − 6,904 | taxes on $25,000: | − 7,660 |
| take-home pay: | $35,396 | take-home pay: | $34,640 |

In this example, the employee's take-home pay is about $756 greater by saving before-tax dollars instead of after-tax dollars. The example is based on 2001 federal income tax rates for a single individual with one exemption who doesn't itemize deductions. Keep in mind that state and local taxes also may be reduced by saving before-tax dollars.

Remember, the effect on take-home pay in your case will reflect your personal tax situation.

# Changes to Your Savings

## Your Elections

You may increase, decrease, suspend, or resume (subject to the hardship withdrawal suspension provisions, as described on page 37) your before-tax savings as of the first of any month, except that:

- Changes to your before-tax savings may be elected only once during any three-month period.

- No changes to before-tax savings may take effect **after September 1** of any year. But if you first become eligible to participate in the S&I plan during September, October, November, or December of any year, you may start before-tax savings during that period.

Generally, only one after-tax election may be made every three months. After-tax elections made in October, November, or December, however, won't affect your ability to make a new after-tax election starting as of January 1st of the next calendar year. That is, if you make an after-tax election in November 2003, you could make a new after-tax election as of January 1, 2004, without waiting three months in this case.

## Required Changes

The following limits under the plan are set by federal law:

| | |
|---|---|
| total annual savings (your savings plus company contributions) | $40,000 for 2003 (subject to future adjustment) |
| annual before-tax savings | $12,000 for 2003 (subject to future adjustment; see page 8) |
| maximum earnings for benefit calculations under all Company benefit plans | $200,000 for 2003 (subject to future adjustment) |

Federal rules also require a balance between the savings of highly- and nonhighly-paid employees. You'll be in the highly-paid group for any year if your earnings from the Company in the prior year exceed an amount specified by the federal government. Each year the federal government sets the earnings used to determine who is in the highly-paid group.

If you're in the highly-paid group and there's an imbalance in any year, your before-tax savings, after-tax savings, and the company contributions for that year may be reduced to the level needed to maintain a balanced plan.

The Company will notify you and explain any action that's taken if you're affected by these limits in any year.

GR 000255

# Investments

## How You May Invest Your Savings

You decide how to invest your savings and company contributions. Keep in mind that each available investment option has risks and benefits. You may invest your savings and company contributions in one or more of the plan's available investment options, in steps of 5 percent, as you choose.

**Important!** You may not invest future savings or company contributions in the Grace Stock Fund, and you may not transfer current balances into this fund. If you have a balance in the Grace Stock Fund you may only sell the shares of Grace stock credited to your account in this fund. See page 15 for more information.

The plan's investment funds include:

- **Fixed Income Fund** (fund code: 97602). This is a stable value fund (not a mutual fund) that seeks to preserve your principal investment while earning interest income. The fund will try to maintain a stable $1 unit price. However, the fund cannot guarantee that it will be able to maintain this unit price and its yield will fluctuate. It invests in investment contracts offered by major insurance companies and other approved financial institutions and in certain types of fixed-income securities. A small portion of the fund is invested in a money market fund to provide daily liquidity. Investment contracts provide for the payment of a specified rate of interest to the fund and for the repayment of principal when the contract matures. Participant withdrawals and exchanges are paid at book value (principal and interest accrued to date) during the life of the contract.

The Fixed Income Fund is managed by the designee of the Investment and Benefits Committee. Currently, this fund is primarily invested in guaranteed investment contracts with insurance companies, and it's anticipated that the fund will continue to invest in such contracts for the foreseeable future. Guaranteed investment contracts held by this fund have different maturities, cover different amounts of fund assets, and provide different rates of return. The Investment and Benefits Committee (or its designee) may change the investments in which the Fixed Income Fund is invested.

GR 000256

■ **Grace Stock Fund** (fund Code: _____). This is a fund that holds the shares of Grace stock that are related to the Grace stock you had in the New Grace Common Stock Fund, the Company Contribution Fund, or both of these funds as of April 9, 2003. Any cash reserves that existed in the New Grace Common Stock Fund and Company Contribution Fund as of the close of business on April 9, 2003 were transferred, on a pro rata basis, to the accounts of all participants who had a balance in the New Grace Common Stock Fund or Company Contribution Fund on that date. This money was then invested in the Fixed Income Fund.

No new investments are permitted in the Grace Stock Fund. This means that you may not invest current savings and matching company contributions in this fund, and you may not transfer balances from other investment funds into this fund.

You may, however, sell your shares of Grace stock that are credited to your account in the Grace Stock Fund. Unlike the sale of stock under any of the plan's other stock funds, sales from the Grace Stock Fund are done on a "real time" basis. This means that when you sell Grace stock the order is immediately sent to the plan's broker during normal market hours and is then eligible for execution. As a result, there's no need to keep cash reserves in this account. When you sell shares of Grace stock, you may invest the money related to these shares in any of the plan's available investment options.

If you have a balance in the Grace Stock Fund, the balance will show shares of Grace stock that are related to your savings and shares of Grace stock that are related to company contributions, as applicable.

Under real-time trading, you must specify the type of order you wish to make (market, day limit, or good 'til canceled), the condition (none or all-or-none), how many shares you want to sell in whole numbers, and in which of the available investment options you wish to invest the money related to the sale of Grace stock. For more information on real-time trading, contact Fidelity on any business day, between 8:30 a.m. and 8:00 p.m. Eastern time, at 1-800-835-5096,

Aon Fiduciary Counselors Inc. is the independent fiduciary for the Grace stock held under the S&I plan. This means that Aon Fiduciary Counselors Inc. is responsible for the operation of the Grace Stock Fund.

■ **Mutual Funds.** The following description of the mutual funds is qualified, in its entirety, by reference to the separate prospectuses for each of the funds, which are available directly from Fidelity Management & Research Company ("FMRC"). You should read the prospectus for any mutual fund in which you are considering investing before making an investment in that fund.

Copies of the mutual funds' prospectuses are available upon request, either by calling Fidelity on any business day, between 8:30 a.m. and 8:00 p.m. Eastern time, at 1-800-835-5096, or by writing to FMRC at 82 Devonshire Street, Boston, MA 02109.

Currently, the following mutual funds are available under the plan:

■ **Fidelity Blue Chip Growth Fund** (fund code: 00312). This fund is a growth mutual fund that seeks to provide growth of capital over the long term. It normally invests primarily in common stocks of well-known and established companies. It normally invests at least 65% of the fund's total assets in blue chip companies (those with a market capitalization of at least $200 million, if the company's stock is included in the Standard & Poor's 500 Index (S&P 500) or the Dow Jones Industrial Average, or $1 billion if not included in either index). The fund may also invest in companies that Fidelity believes to have above-average growth potential. The fund may invest in securities of domestic and foreign issuers. Share price and return will vary.

■ **Fidelity Balanced Fund** (fund code: 00304). This fund is a balanced mutual fund that seeks to provide income and capital growth consistent with reasonable risk. It normally invests approximately 60% of assets in stocks and other equity securities and the remainder in bonds and other debt securities, including lower-quality debt securities, when its outlook is neutral. Investments in lower-rated securities involve greater risk than other debt securities, including the risk of default. The fund will invest at least 25% of total assets in fixed-income senior securities (including debt securities and preferred stocks). The fund may invest in securities of domestic and foreign issuers. Share price, yield and return will vary.

■ **Fidelity Growth & Income Portfolio** (fund code: 00027). This fund is a growth and income mutual fund that seeks to provide a high total return through a combination of current income and capital appreciation. It normally invests a majority of assets in common stocks with a focus on those that pay current dividends and show potential for capital appreciation. The fund may potentially invest in bonds including lower-quality debt securities, as well as stocks that are not currently paying dividends, but offer prospects for future income or capital appreciation. Investments in lower-rated securities involve greater risk than other debt securities including the risk of default. The fund may invest in securities of domestic and foreign issuers. Share price and return will vary.

■ **Fidelity Contrafund (fund code: 00022).** This fund is a growth mutual fund that seeks to provide capital appreciation. It normally invests primarily in common stocks. The fund may invest in securities of domestic and foreign issuers. The fund invests in securities of companies whose value the manager believes is not fully recognized by the public. The fund may invest in "growth" or "value" stocks or both. Share price and return will vary.

■ **Fidelity OTC Portfolio (fund code: 00093).** This fund is a growth mutual fund that seeks to provide capital appreciation. It normally primarily invests in common stock, and normally invests at least 65% of total assets in securities principally traded on the over-the-counter (OTC) market, which has more small and medium-sized companies than other markets. It may potentially invest in non-OTC securities, and will invest more than 25% of its assets in the technology sector. In addition, the fund is considered to be non-diversified. It can invest a greater portion of assets in securities of individual issuers, which may cause greater share price fluctuation than a diversified fund. The fund may invest in securities of domestic and foreign issuers. Securities traded on the OTC market tend to be from smaller or newer companies which generally involve greater investment risk than investments in larger, well-known companies. Share price and return will vary.

■ **Fidelity Investment Grade Bond Fund** (fund code: 00026). This fund is an income mutual fund that seeks to provide a high level of current income. It normally invests in U.S. dollar-denominated investment-grade bonds (those of medium and high quality). The fund is managed to have an overall interest rate risk similar to the Lehman Brothers Aggregate Bond Index (a market value-weighted index of investment-grade fixed-rate debt issues, including government, corporate, asset-backed, and mortgage-backed securities, with maturities of one year or more). Assets are allocated across different market sectors and maturities. Share price, yield and return will vary.

■ **Fidelity U.S. Bond Index Fund** (fund code: 00651). This fund is an income mutual fund that seeks to provide investment results that correspond to the total return of the bonds in the Lehman Brothers Aggregate Bond Index (a market value-weighted index of investment-grade fixed-rate debt issues, including government, corporate, asset-backed, and mortgage-backed securities, with maturities of one year or more). It normally invests at least 80% of total assets in bonds included in the Lehman Brothers Aggregate Bond Index. Share price, yield and return will vary.

■ **PIMCO Total Return Fund** (fund code: 99474). This fund is an income mutual fund that seeks to provide high total return that exceeds general bond market indices. It invests in all types of bonds, including U.S. government, corporate, mortgage and foreign. While the fund maintains an average portfolio duration of three to six years (approximately equal to an average maturity of five to 12 years), investments may also include short- and long-maturity bonds. Share price, yield, and return will vary. Administrative Class shares are available through the plan. This fund is managed by Pacific Investment Management Company.

■ **Fidelity Equity-Income Fund** (fund code: 00023). This fund is a growth and income mutual fund that seeks to provide a reasonable income. In pursuing this objective, the fund will also consider the potential for capital appreciation. The fund seeks to provide a yield that exceeds the composite yield of the Standard & Poor's 500 Index (S&P 500). It normally invests at least 65% of total assets in income-producing equity securities, which tend to lead to investments in large cap "value" stocks. The fund may potentially invest in other types of equity and debt securities, including lower-quality debt securities. Investments in lower-rated securities involve greater risk than other debt securities including the risk of default. The fund may invest in securities of domestic and foreign issuers. Share price and return will vary.

■ **INVESCO Equity Income Fund** (fund code: 99765). This fund is a growth and income mutual fund that seeks to provide current income. Capital growth is an additional, but secondary, objective of the fund. It normally invests at least 65% of the fund's assets in dividend-paying common stocks. Up to 10% of its assets may be invested in stocks that do not pay dividends. The rest may be invested in corporate and other types of bonds. Share price, yield, and return will vary. This fund is managed by INVESCO Funds Group, Inc.

■ **Spartan® U.S. Equity Index Fund** (fund code: 00650). This fund is a growth and income mutual fund that seeks to provide investment results that correspond to the total return (i.e., the combination of capital changes and income) performance of common stocks publicly traded in the United States. It normally invests at least 80% of assets in common stocks included in the S&P 500, which broadly represents the performance of common stocks publicly traded in the United States. Share price and return will vary.

■ **Fidelity Low-Priced Stock Fund** (fund code: 00316). This fund is a growth mutual fund that seeks to provide capital appreciation. It normally invests at least 65% of total assets in low-priced common stocks (those priced at or below $35 per share), which can lead to investments in small and medium sized companies. The fund may potentially invest in stocks not considered low-priced. Investments in smaller companies may involve greater risks than those of larger, more well-known companies. The fund may invest in securities of domestic and foreign issuers. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 90 days, the fund will deduct a short-term trading fee from your account equal to 1.5% of the value of the shares you sold. Share price and return will vary.

■ **Franklin Small Cap Growth Fund I – Class A** (fund code: 93392). This fund is a growth mutual fund that seeks to increase the value of investments over the long term through capital growth. Under normal market conditions it will invest at least 80% of its total assets in the equity securities of U.S. small capitalization companies and in the equity securities of U.S. mid capitalization companies. For this fund, mid-cap companies are those companies with market cap values not exceeding $8.5 billion and small cap companies are those companies with market cap values not exceeding: $1.5 billion or the highest market cap value in the Russell 2000 Index, whichever is greater, at the time of purchase.

GR 000261