# EXHIBIT K-2

A team of 40 industry analysts performs in depth company research seeking to identify companies that have distinct and sustainable competitive advantages, which are likely to lead to growth in earnings and/or share price. Small company stocks have historically exhibited greater price volatility than larger company stocks, especially over the short-term. Investments in smaller companies may involve greater risks than those of larger, more well-known companies. The risks involved in seeking long-term capital growth from small or relatively new or unseasoned companies, such as relatively small revenues, limited product lines, and small market share are described in the prospectus. Keep in mind that the technology sector has been among the most volatile sectors of the market. The fund's investment in this sector involves special risks as discussed in the prospectus. The fund may invest up to 10% of its net assets in foreign securities, which involve special risks including political uncertainty and currency volatility. Share price and return will vary. Class A shares are available through the plan. This fund is managed by Franklin Advisers, Inc.

■ **J.P. Morgan Institutional U.S. Small Company Fund – Institutional Class** (fund code: 96855). This fund is a small company fund that seeks to provide high total return from a portfolio of small company stocks. It primarily invests in small and medium sized U.S. companies whose market capitalizations are greater than $125 million and less than $2.0 billion. Industry by industry, the fund's weightings are similar to those of the Russell 2000 Index. The fund can moderately underweight or overweight industries when it believes it will benefit performance. Investments in smaller companies may involve greater risks than those of larger, more well-known companies. Share price and return will vary. This fund is managed by J.P. Morgan.

■ **Spartan® Extended Market Index Fund** (fund code: 00398). This fund is an index mutual fund that seeks to provide investment results that correspond to the total returns of stocks of small- to mid-cap U.S. companies. It normally invests at least 80% assets in common stocks included in the Wilshire 4500, which represents the performance of stocks of mid- to small-capitalization U.S. companies. Investments in smaller companies may involve more risk than those of larger, more well-known companies. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 90 days, the fund will deduct a short-term trading fee from your account equal to 0.75% of the value of the shares you sold. Share price and return will vary.

■ **Spartan® Total Market Index Fund** (fund code: 00397). This fund is an index mutual fund that seeks to provide investment results that correspond to the total return of a broad range of U.S. stocks. It normally invests at least 80% of assets in common stocks included in the Wilshire 5000, which represents the performance of a broad range of U.S. stocks. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 90 days, the fund will deduct a short-term trading fee from your account equal to 0.50% of the value of the shares you sold. Share price and return will vary.

■ **American Century International Growth Fund** (fund code: 91508). This fund is a growth mutual fund that invests internationally. It seeks to increase the value of your investment over the long term through capital growth. It invests primarily in common stocks of companies that have the potential for long-term growth. The fund will invest primarily in stocks of companies in developed foreign markets, but may also invest in emerging markets countries. Foreign investments involve greater risk, including currency fluctuation and political instability, and may offer greater potential returns than U.S. investments. Share price and return will vary. Investor Class shares are available through the plan. The fund is managed by American Century Investment Management, Inc., a wholly-owned subsidiary of American Century Companies, Inc. and distributed by Funds Distributor, Inc.

■ **Fidelity Diversified International Fund** (fund code: 00325). This fund is a growth mutual fund that invests overseas and seeks to provide capital growth. It normally invests at least 65% of total assets in foreign securities. Normally invests primarily in common stocks. Foreign investments, especially those in emerging markets, involve greater risks and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 30 days, the fund will deduct a short-term trading fee from your account equal to 1.00% of the value of the shares you sold. Share price and return will vary.

■ **Templeton Foreign Fund–Class A** (fund code: 99500). This fund is a growth mutual fund that invests internationally. It seeks to increase the value of your investment over the long term through capital growth. It primarily invests in common stocks, and it can purchase securities in any foreign country, developed or developing. Foreign investments involve greater risks and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. Share price and return will vary. Class A shares are available through the plan. This fund is managed by Templeton Global Advisors Limited.

■ **Fidelity Europe Fund** (fund code: 00301). This fund is a growth mutual fund that invests overseas. It seeks to provide a long-term growth of capital. It normally invests at least 65% of total assets in securities of issuers that have their principal activities in Europe. The fund normally invests primarily in common stocks. Foreign investments, especially those in emerging markets, involve greater risks and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. There are additional risks involved with investing in one geographic location. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 30 days, the fund will deduct a short-term trading fee from your account equal to 1.00% of the value of the shares you sold. Share price and return will vary.

■ **Spartan® International Index Fund** (fund code: 00399). This fund is an international growth fund that seeks to provide investment results that correspond to the total return of foreign stock markets. It normally invests at least 80% of assets in common stocks included in the Morgan Stanley Capital International Europe, Australasia, Far East (EAFE) Index, which represents the performance of foreign stock markets. The fund may lend securities to earn income. Foreign investments, especially those in emerging markets, involve greater risks and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. This fund carries a short-term trading fee, which is charged to discourage short-term buying and selling of fund shares. If you sell your shares after holding them for fewer than 90 days, the fund will deduct a short-term trading fee from your account equal to 1.00% of the value of the shares you sold. Share price and return will vary.

■ **The Fidelity Freedom Funds.** The Freedom Funds with target retirement dates seek to provide high total returns. The goal of the Freedom Income Fund is to seek high current income and, secondarily, capital appreciation. The Fidelity Freedom Funds are designed for investors who want a simple approach to investing for retirement by investing in a collection of other Fidelity mutual funds that provide moderate asset allocation. The allocation strategy among the underlying stock, bond, and money market mutual funds contained in each Freedom Fund with a target retirement date is based on the number of years until the fund's target retirement date. The funds with a target date will gradually adopt a more conservative asset allocation over time and, therefore, their target percentages will change to become more conservative. The Freedom Income Fund, designed for those already in retirement, emphasizes bond and money market mutual funds and seeks to maintain a stable asset allocation from year to year.

Each Freedom Fund invests in a combination of underlying Fidelity stock, bond, and money market mutual funds. Fidelity Freedom 2030, with the longest time horizon, invests primarily in stock mutual funds to take advantage of potentially greater growth opportunities. The asset mix of each Freedom Fund with a retirement horizon (Freedom 2030, 2020, 2010, 2000) will gradually become more conservative over time so investors can stay with the same fund before and after retirement.

After reaching the target retirement horizon year, these Freedom Funds continue to be managed more conservatively for 5-10 more years until their asset mix is approximately the same as Freedom Income Fund. Ultimately, the funds will merge. Fidelity Freedom Income Fund, designed for those already retired, is invested more conservatively with a larger percentage in bond and money market funds and has a smaller percentage of equity mutual funds. The Fund Managers must invest in the group of specified underlying funds found in the prospectus and will aim for the projected target asset allocation percentages announced in the fund's annual and semi-annual reports. Share price and return of each Freedom Fund will vary.

The Fund Managers must invest in specified underlying funds according to percentages found in the prospectus and will aim for the projected target percentage announced in the fund's annual report. Share price and return of each fund will vary. Here are the investment strategies of each Freedom Fund for the first quarter of 2002:

GR 000265

—  **Fidelity Freedom 2030 Fund**® (fund code: 00373). This fund
   invests approximately 83% in Fidelity stock mutual funds,
   approximately 17% in Fidelity bond mutual funds, and the mix
   of underlying funds will gradually become more conservative
   over time.

—  **Fidelity Freedom 2020 Fund**® (fund code: 00372). This fund
   invests approximately 71% in Fidelity stock mutual funds,
   approximately 29% in Fidelity bond mutual funds, and the mix
   of underlying funds will gradually become more conservative
   over time.

—  **Fidelity Freedom 2010 Fund**® (fund code: 00371). This fund
   invests approximately 47% in Fidelity stock mutual funds,
   approximately 44% in Fidelity bond mutual funds,
   approximately 9% in Fidelity money market mutual funds, and
   the mix of underlying funds will gradually become more
   conservative over time.

—  **Fidelity Freedom 2000 Fund**® (fund code: 00370). This fund
   invests approximately 26% in Fidelity stock mutual funds,
   approximately 42% in Fidelity bond mutual funds,
   approximately 32% in Fidelity money market mutual funds,
   and the mix of underlying funds will gradually become more
   conservative over time.

—  **Fidelity Freedom Income Fund**® (fund code: 00369). This
   fund invests approximately 20% in Fidelity stock mutual funds,
   approximately 40% in Fidelity bond mutual funds, and
   approximately 40% in Fidelity money market mutual funds.

## *Investment of Company Contributions*

The company contributions that are credited to your account are
invested according to the investment elections you've made for
your own savings. If you make both before-tax and after-tax
savings, the investment elections that apply to your before-tax
savings will also apply to the company contributions credited to
your account.

Before January 1, 2001, the company contributions that were credited to your account were deposited in the **Company Contribution Fund** (fund code: 93935), which primarily invested in Grace common stock. Dividends earned in this fund may have been reinvested in Grace common stock or paid to participants as directed by the Board of Directors. As of April , 2003, the **shares of Grace stock in the Company Contribution Fund were transferred to the Grace Stock Fund, as described on page 15.**

## Understanding Risk and Diversification

Are you effectively managing the investment of your account under the S&I plan? It's one of the most important ways to make sure you're getting the most out of the plan. And effective investment management requires an understanding of risk and diversification.

When it comes to risk, keep in mind that less risky investments generally provide more stable returns but with a lower potential for growth. And, while higher risk investments may fluctuate more, they provide the potential for greater growth.

The way to benefit from the stability of lower-risk investments and the growth potential of higher-risk investments is by diversification. This means investing your account in more than one type of investment fund.

In addition, the investment plan is intended to be a participant-directed plan, as described in Section 404(c) of the Employee Retirement Income Security Act (ERISA) and applicable federal regulations. Under these regulations, fiduciaries of the plan may be relieved of liability for any losses that are the direct and necessary result of investment instructions given by a participant or beneficiary.

# Changes to Investments

## Future Savings

On any business day you may change the investment funds in which your future savings and Company contributions will be deposited. You may make separate investment elections for before- and after-tax savings, in steps of 5 percent.

## Current Account Balances

On any business day you may transfer your current account balances, in steps of 5 percent or in any whole dollar amount you specify, to or from any of the investment funds. You may elect separate transfers from your supplemental, rollover, before-tax, and after-tax accounts (page 27).

## Grace Stock Fund

As described on page 15, you may only sell the shares of Grace stock that are credited to your account in the Grace Stock Fund. No new savings or company contributions may be invested in this fund and no current balances may be transferred into this fund. Upon selling any shares credited to your account in the Grace Stock Fund, you may invest this money in any of the plan's available investment options. See page 15 for more information about the Grace Stock Fund.

## How to Elect an Investment Change

To change your future savings, to transfer current account balances, or to sell shares of Grace stock credited to your account in the Grace Stock Fund, call Fidelity at 1-800-835-5096 on any business day or visit Fidelity's web site at www.401k.com. For all investment funds other than the Grace Stock Fund, if you make the change before 4:00 p.m. Eastern time, your change or transfer will take effect as of the close of business on the same day. If you make the change after 4:00 p.m. Eastern time, your election will take effect as of the close of business on the next business day. Fidelity will mail you a written confirmation within five business days. Remember, sales of Grace stock from the Grace Stock Fund are made on a real-time basis (see page 15 for more information).

# Your Accounts

## Plan Accounts

The following accounts may be maintained in your name under the plan. These accounts reflect the different sources from which contributions were made to the plan by you or the Company.

■ **Before-Tax Account.** Holds before-tax savings you make under the S&I plan, before-tax savings related to rollovers deposited in your S&I plan account before 1992, and related earnings.

■ **New-Start After-Tax Account.** Holds any after-tax savings you make *on and after January 1, 1987* and related earnings.

■ **Company Contribution Account.** Holds company contributions and related earnings credited to your account before January 1, 2001 and that are held in the form of Grace stock in the Grace Stock Fund (see page 15).

■ **Supplemental Account.** Holds any supplemental contributions (savings exceeding 6 percent of your pay) you made to the S&I plan before July 1, 1983, retirement plan contributions you elected to transfer to the S&I plan as of July 31, 1984, rollovers unrelated to before-tax savings deposited in the S&I plan before 1992, and related earnings.

■ **Rollover Account.** Holds any amount you roll over to the S&I plan from a similar plan of another employer, an IRA, as well as a 403(b) tax-sheltered annuity plan, and a governmental 457 plan into the S&I plan, and related earnings.

■ **Pre-1987 After-Tax Account.** Holds any after-tax savings you made before January 1, 1987, including any basic contributions (the first 6 percent of pay you saved) you made to the S&I plan *before July 1, 1983,* and related earnings.

You may call Fidelity at any time at 1-800-835-5096 or visit Fidelity's web site at www.401k.com for information on the current balance in any account.

## How Your Accounts Are Valued

The value of each of your accounts is determined each business day by Fidelity Management Trust Company.

Fidelity calculates the net asset value ("N.A.V.") per unit for each fund, other than the Grace Stock Fund, on each business day. N.A.V. means the value of all assets held in an investment fund after subtracting the fees and expenses incurred by the fund.

Each investment fund, other than the Grace Stock Fund, is divided into "units" representing ownership of a portion of the fund. All units in each fund are of equal value.

The value of an account equals:

> the number of units of each investment fund, other than the Grace Stock Fund, credited to your account,

> *times*   the closing N.A.V. per unit of those investment funds.

The number of units of any fund in an account reflects contributions or transfers added to that fund as well as payments or transfers made out of that fund.

The value of units fluctuates based on the market value and investment performance of a fund, except that the Fixed Income Fund maintains a fixed unit value of $1.00 and earnings on amounts invested in the Fixed Income Fund are credited to your account as additional units.

The applicable **closing** prices of the funds will determine the exact balance of your account.

The value of the **Grace Stock Fund** will reflect the market price of Grace stock on any given day.

**Important!** Although earnings under the Fixed Income Fund accrue daily, these earnings are generally credited as of the end of each month. Therefore, if you transfer or withdraw amounts from the Fixed Income Fund, earnings accrued up to the date of the transfer or withdrawal won't be included. But if you transfer or withdraw your total balance in the Fixed Income Fund, earnings will be credited as of the date of the transfer or withdrawal.

# Loans

## Types of Loans

Two types of loans are available under the plan:

- **General Purpose Loan.** You may obtain this type of loan for any reason.

- **Principal Residence Loan.** You may obtain a principal residence loan—with a longer repayment period than a general purpose loan—to finance the purchase of a principal residence (house, condominium, or co-op) for yourself.

**Important**! Loans aren't available to anyone who is away from work on an unpaid leave of absence or anyone who is no longer employed by the Company. In addition, you may have only one loan outstanding at any time. If you should need to borrow additional money while you have a loan outstanding, you must first repay the original loan in full, subject to the following:

- You may submit only one loan request in any 30-day period.

- You may not submit more than two loan requests in any 12-month period.

## How Much You May Borrow

The minimum loan is **$500.**

The maximum you may borrow at any time is the **lesser** of:

- 50 percent of your total account balance, minus any current outstanding loan balance, or

- $50,000 minus the sum of your highest outstanding loan balances during the past 12 months.

For example, if your total account balance equals $48,000 and you had no outstanding loan balance during the past 12 months, your maximum loan would equal the lesser of $50,000 or one-half of $48,000 ($24,000). In this example, the maximum you could borrow is $24,000.

**Important!** If the value of your plan accounts **exceeds $5,000,** you must obtain your spouse's consent (or your former spouse's consent, if a qualified domestic relations order is in effect) in writing, in the presence of a notary public or plan administrator, before your loan application will be approved.

## Interest on Your Loan

The interest rate on your loan is set on the date you call Fidelity to apply, and equals the prime interest rate (as reported in The Wall Street Journal) on the last business day of the preceding calendar quarter plus 2 percent. This interest rate and your repayment amounts (principal and interest) are fixed for the life of the loan.

## Applying for a Loan

To apply for a loan, call Fidelity at 1-800-835-5096 on any business day from 8:30 a.m. to 8:00 p.m. Eastern time, and a representative will help you apply for a loan as follows:

■ The Fidelity representative will advise you of the amount available and the applicable interest rate, and will review your repayment options.

■ Based on this information, you specify the amount of the loan and the repayment period.

■ Within five business days after you apply for a loan, Fidelity will send you the loan check, an amortization schedule, and a truth-in-lending statement that summarizes the terms of the loan.

**Important!** Loans are subject to an initial fee of $35 and an annual fee of $15. These fees will be applied on a pro-rata basis from each investment fund in which your account is invested.

## Where a Loan Comes From

A loan is taken from your account balances in a specified order based on priority. All funds within an account are depleted before reducing the next account, in the following order:

| Account Balance Priority | Investment Fund Priority |
|---|---|
| 1. before-tax savings account | 1. Fidelity Contrafund |
| 2. Company contribution account | 2. Fidelity OTC Portfolio |
| 3. after-tax savings made after December 31, 1986 and related earnings | 3. Fidelity Blue Chip Growth Fund |
| | 4. Fidelity Growth & Income Portfolio |
| | 5. Fidelity Balanced Fund |
| 4. after-tax savings made before January 1, 1987 and related earnings | 6. Fidelity Investment Grade Bond Fund |
| | 7. Fidelity US Bond Index Fund |
| 5. rollover account | 8. PIMCO Total Return Fund |
| 6. supplemental account | 9. INVESCO Equity Income Fund |
| | 10. Spartan® US Equity Index Fund |
| | 11. Franklin Small Cap Growth Fund–A |
| | 12. JP Morgan Institutional US Small Company Fund |
| | 13. American Century International Growth Fund |
| | 14. Spartan® International Index Fund |
| | 15. Templeton Foreign Fund A |
| | 16. Fidelity Freedom Income Fund® |
| | 17. Fidelity Freedom 2000 Fund® |
| | 18. Fidelity Freedom 2010 Fund® |
| | 19. Fidelity Freedom 2020 Fund® |
| | 20. Fidelity Freedom 2030 Fund® |
| | 21. Fidelity Low-Priced Stock Fund |
| | 22. Spartan® Extended Market Index Fund |
| | 23. Spartan® Total Market Index Fund |
| | 24. Fidelity Diversified International Fund |
| | 25. Fidelity Europe Fund |
| | 26. Fidelity Equity-Income Fund |
| | 27. Fixed Income Fund |
| | 28. Grace Stock Fund |
| | – New Grace Stock Fund |
| | – New Company Contribution Fund |

For example, suppose you borrow $1,000, and $500 comes from your before-tax account and the other $500 comes from your company contribution account. Also assume that $300 of your before-tax savings are invested in the Fidelity Contrafund and $200 in the Fixed Income Fund, and all of your company contributions are invested in the Grace Stock Fund. In this example, the loan would be taken in this order:

■ first, the $300 of before-tax savings invested in the Fidelity Contrafund would be borrowed,

■ then the $200 of before-tax savings invested in the Fixed Income Fund would be borrowed, and

■ the $500 of company contributions invested in the Grace Stock Fund would be borrowed to reach the $1,000.

## Repaying a Loan

When you borrow money under the plan, you must agree to repay the loan with interest in substantially equal payments by payroll deduction on an **after-tax** basis. The minimum repayment is $25 per month.

Upon obtaining a loan, an S&I plan loan account will be set up in your name. As you make repayments, the balance in the loan account will be reduced. Your loan account balance will appear on your regular quarterly account statement, and you may call Fidelity at any time at 1-800-835-5096 or visit Fidelity's web site at www.401k.com for the current balance of your loan account.

You may choose to repay a general purpose loan over a one- to five-year period, and you may choose to repay a principal residence loan over a period of up to 20 years. In addition, you may choose to repay a loan in full at any time without penalty. Partial repayments (other than the regular payroll deductions) aren't allowed.

The interest and principal you repay to your account are invested according to your current investment elections that apply to future savings. Like any other money in the plan, you may transfer this money to other investment funds on any business day.

As you repay a loan, the repayments (including interest) are credited to your accounts in the following order:
1. supplemental account
2. rollover account
3. after-tax savings made before January 1, 1987
4. after-tax savings made after December 31, 1986
5. company contribution account
6. before-tax account.

Case 1:04-cv-11380-WGY    Document 180-13    Filed 08/17/2007    Page 15 of 21

The order in which repayment is made is designed to provide maximum financial advantage to you. For example, your before-tax savings are the least accessible for withdrawals if you're under age 59½. For this reason, this money is used first to provide loan proceeds, which leaves the contributions that are more accessible for withdrawals (such as after-tax savings) available if you should need to make a withdrawal.

If you're away from work for any reason but remain an employee of the Company (such as an approved leave of absence), you must continue to repay your loan:

■ by payroll deduction (if you continue to be paid by the Company during the absence), or

■ by making payments directly to the plan according to your normal repayment schedule or as otherwise agreed to by the Administrative Committee (but no less frequently than monthly).

## Tax Considerations for Loans

Interest payable on loans made under the S&I plan isn't deductible for federal income tax purposes.

Please note that interest on principal residence loans, which aren't mortgages under the tax code, also aren't deductible for federal income tax purposes.

## Defaults

You'll be in default if you fail to make any payment on your loan within 90 days after the due date or otherwise fail to comply with any plan provisions that apply to loans.

If you default on a loan while you're an employee of the Company, the unpaid balance of your loan and accrued interest will be treated for tax purposes in the same manner as if this money had been paid to you as a withdrawal. The taxable portion of this amount will be reported to the Internal Revenue Service and the remaining loan balance will continue to be reported as an outstanding balance until your employment with the Company ends.

If you have an outstanding loan balance when your employment with the Company ends and you elect to delay distribution of your account balance, your outstanding loan balance will be considered a distribution for tax purposes if it isn't fully repaid within 90 days after your employment ends. This amount will be reported to the I.R.S. in the year in which this 90-day period ends.

If you have an outstanding loan balance when your employment with the Company ends and you receive an immediate lump-sum payment of your account balance, your outstanding loan balance will be considered to be a distribution for tax purposes in the year in which you receive the lump-sum payment. In this case, your entire account balance, including the unpaid loan balance that's deducted, will be considered to be a distribution for tax purposes.

## Loans vs. Withdrawals

The plan's loan and withdrawal features give you two options to choose from when you need money. There are several factors you should consider when choosing between a loan or a withdrawal:

■ Loans won't cause a suspension of company contributions. A withdrawal of after-tax savings results in a three-month suspension of company contributions.

■ Loans aren't taxed as income to you and aren't subject to a tax penalty. But all or part of a regular withdrawal may be subject to taxes and, if you're under age 59½, the taxable portion of the withdrawal will be subject to an additional tax of 10 percent.

■ Repayment of a loan is made automatically to the plan by payroll deduction on an after-tax basis. You should consider the effect these repayments will have on your take-home pay before borrowing from the plan. A withdrawal has no effect on your take-home pay.

■ Because loans are paid back to your account, you'll eventually restore your account balance. Once you make a withdrawal, this money may not be returned to the plan.

■ A hardship withdrawal may not be taken if a plan loan is available.

In addition, if you make a loan under the plan you'll still be able to make a regular withdrawal of the available balances in your account.

**Important!** If your employment with the Company has ended and you have elected to leave your account in the S&I plan, you may elect to withdraw all or part of your plan account at any time. **But you may not elect a loan after your employment has ended.**

# Withdrawals

Active employees — and former employees who have elected to leave their accounts in the S&I plan after their employment ends — may be able to make a withdrawal from their accounts. Keep in mind that active employees may make regular or hardship withdrawals, but former employees may only make regular withdrawals.

## Regular Withdrawal

The plan has the following regular withdrawal options and, based on the option you choose, the following suspension and tax consequences.

| Option | Suspension of Company Contributions | Tax Liability |
|---|---|---|
| 1. To receive your supplemental, rollover, or pre-1987 after-tax account balances (in this order)—up to your pre-1987 nontaxable balance. Option 1 applies only if you were a plan participant before January 1, 1987. | 3 months* | none |
| 2. To receive all of Option 1 above plus all or part of your remaining supplemental and roll-over account balances, your new-start after-tax account balance, and your remaining pre-1987 after-tax account balance (in this order). | 3 months* | yes** |
| 3. To receive all of Option 1 above plus all or part of your new-start after-tax account balance, and your remaining supplemental, rollover, and pre-1987 after-tax account balance (in this order). | 3 months* | yes** |
| 4. To receive all of your employee account balances (except your before-tax savings) plus all or part of the available company contributions and related earnings. | 3 months* | yes |
| 5. If you're age 59½ or older, you may receive all or part of your before-tax savings and related earnings. If you want to withdraw other available balances, you may also choose one of the above options. | none | yes |

*No suspension of company contributions results if the only amounts withdrawn are your Company contribution, supplemental, and rollover balances.

**The tax liability under Option 3 may be less than the tax liability under Option 2 because your supplemental and rollover account balances under Option 2 will be withdrawn first and are fully taxable, while your new-start account balance is withdrawn first under Option 3 and is partially taxable.

Keep in mind the following about regular withdrawals:

■ Available company contributions include company contributions that have been credited to your account for 24 months and related earnings.

■ If you elect to withdraw a specific dollar amount, it must be a multiple of $100 and must equal at least $500.

■ If you're an active employee under age 59½ and wish to withdraw before-tax savings, you must apply for a hardship withdrawal.

## Hardship Withdrawal

If you're an active employee under age 59½, a hardship withdrawal from your before-tax account may be allowed if you first withdraw all amounts available to you under a regular withdrawal. In addition, you must have taken all of the plan loans for which you may qualify (see pages 29-34 for details on loans). But a hardship withdrawal isn't available in any year in which you participate in the Company's deferred compensation program. A hardship withdrawal consists of your before-tax account balance, *other than earnings related to before-tax savings credited to your account after December 31, 1988.*

To apply for a hardship withdrawal, call Fidelity at 1-800-835-5096.

The Administrative Committee approves the amount needed to satisfy your hardship withdrawal request. But you must provide satisfactory documentation that you need a hardship withdrawal for one of these reasons:

1. to pay certain health-care expenses already incurred by you, your spouse, or your children that aren't reimbursed under any health-care plan, or to pay amounts needed in advance to obtain these services,

2. to buy your principal residence (other than amounts financed or amounts used to make mortgage payments),

3. to pay tuition and related educational fees for post-secondary education for yourself, your spouse or children, for up to a 12-month period,

4. to pay amounts needed to prevent your eviction from your principal residence or to prevent foreclosure on the mortgage of your principal residence, or

5. to pay amounts resulting from any other extreme, unexpected financial hardship, as determined by the Administrative Committee.

GR 000278

The amount of your hardship withdrawal may be "grossed-up" to reflect any federal, state, or local taxes or penalties reasonably anticipated as the result of the withdrawal, and the amount may be decreased by all other distributions and nontaxable loans available under any other company-sponsored plan (including exercisable stock options).

Effective January 1, 2002, no portion of a hardship withdrawal may be rolled over to an IRA or to another employer's qualified plan that accepts rollovers. Before January 1, 2002, certain amounts included in a hardship withdrawal could have been rolled over.

## Effect of a Hardship Withdrawal

A hardship withdrawal may affect your participation in the plan as follows:

■ During the **six-month period** after the withdrawal, you may not participate in the plan and you won't receive company contributions.

■ Your before-tax savings in the calendar year after the one in which the hardship withdrawal is made **may not exceed** the federal before-tax limit for that year minus your before-tax savings (excluding earnings) in the year of the withdrawal.

For example, suppose you received a hardship withdrawal in July 2003 under reason 5 (see page 36), and your before-tax savings in 2003 equaled $5,000. In this case, you couldn't make before- or after-tax savings from August 2003 through January 2004, and your account wouldn't be credited with company contributions during this six-month period. In addition, your before-tax savings in 2004 couldn't exceed $8,000 ($13,000 – the federal before-tax savings limit for 2004, which may be adjusted each year – minus your before-tax savings in 2003 of $5,000).

**Important!** You'll avoid the effects of a hardship withdrawal if you provide a *signed, notarized statement* to the Administrative Committee certifying that the hardship withdrawal is necessary because you can't get money from:

■ reimbursement or compensation from insurance or other sources,

■ reasonable liquidation of your assets without creating an immediate and heavy financial burden,

■ loans available from commercial sources on reasonable terms, or

■ payments or loans from other plans maintained by the Company or any other employer.

The statement **also** must indicate that:

■ all resources of your spouse and minor children that are reasonably available have been considered, and

■ you understand the Company will rely on your representations and won't independently investigate your finances.

If you make a hardship withdrawal under **reason 5** (page 36), the suspension and limitation effects described on page 38 will apply whether or not you can provide this statement.

In addition, the required regular withdrawal may result in a three-month suspension of company contributions (page 36).

## Payment of Withdrawals

Payment of a withdrawal consists of amounts taken from the investment funds in which your accounts are invested, in the following order:

| Priority | Investment Fund |
|----------|-----------------|
| 1st | Fidelity Contrafund |
| 2nd | Fidelity OTC Portfolio |
| 3rd | Fidelity Blue Chip Growth Fund |
| 4th | Fidelity Growth & Income Portfolio |
| 5th | Fidelity Balanced Fund |
| 6th | Fidelity Investment Grade Bond Fund |
| 7th | Fidelity US Bond Index Fund |
| 8th | PIMCO Total Return Fund |
| 9th | INVESCO Equity Income Fund |
| 10th | Spartan® US Equity Index Fund |
| 11th | Franklin Small Cap Growth Fund–A |
| 12th | JP Morgan Institutional US Small Company Fund |
| 13th | American Century International Growth Fund |
| 14th | Spartan® International Index Fund |
| 15th | Templeton Foreign Fund A |
| 16th | Fidelity Freedom Income Fund® |
| 17th | Fidelity Freedom 2000 Fund® |
| 18th | Fidelity Freedom 2010 Fund® |
| 19th | Fidelity Freedom 2020 Fund® |
| 20th | Fidelity Freedom 2030 Fund® |
| 21st | Fidelity Low-Priced Stock Fund |
| 22nd | Spartan® Extended Market Index Fund |
| 23rd | Spartan® Total Market Index Fund |
| 24th | Fidelity Diversified International Fund |
| 25th | Fidelity Europe Fund |
| 26th | Fidelity Equity-Income Fund |
| 27th | Fixed Income Fund |
| 28th | Grace Stock Fund<br>– New Grace Stock Fund<br>– New Company Contribution Fund |

Regular and hardship withdrawals are paid in cash.