# EXHIBIT L

W. R. GRACE & CO.

SAVINGS AND INVESTMENT PLAN

(formerly, W.R. Grace & Co. Savings and

Investment Plan for Salaried Employees)

AS ADOPTED AND CONTINUED BY

W. R. GRACE & CO.,

A CONNECTICUT CORPORATION,

EFFECTIVE SEPTEMBER 1, 1976

---

AS ADOPTED AND CONTINUED BY

W. R. GRACE & CO.,

A NEW YORK CORPORATION,

EFFECTIVE MAY 25, 1988

---

AS ADOPTED AND CONTINUED BY

W. R. GRACE & CO.,

A DELAWARE CORPORATION,

EFFECTIVE SEPTEMBER 27, 1996

---

AS ADOPTED AND CONTINUED BY

W. R. GRACE & CO.,

A DELAWARE CORPORATION,

EFFECTIVE JANUARY 1, 1997

(reflecting the merger, effective at the beginning of the Plan Year commencing January 1, 2002, of the W.R. Grace & Co. Savings and Investment Plan for Hourly Employees)

---

AMENDED THROUGH JULY 1, 2004

- - - - - d by IRS

.:    123

le No.:    130004403

File No.: 650044691

GR 001654

|               |                                                                                                                                                                 |
|---------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|               | institute "real time" trading with respect to shares within the Grace Stock Fund.                                                                                |
| April 14, 2003 | Reopen the Grace Stock Fund to execute participant orders to buy and sell shares allocated to their accounts, on a "real time" trading basis.                   |
| April 16, 2003 | Redirect to the Fixed Income Fund any payroll contributions directed by participants to the Grace Stock Fund.                                                    |
| April 17, 2003 | Cease all participant allocations to the Grace Stock Fund; but continue to permit participant allocations from the Grace Stock Fund.                             |

The Plan was further amended and restated, as set forth herein, effective January 1, 2003, to change the provisions of Sections 3.10 and 4.11, as agreed with the IRS, in order to receive a favorable IRS determination letter.

The Plan was further amended and restated, as set forth herein, effective December 8, 2003, to permit the Investment Committee to appoint an independent "investment manager", as defined by ERISA section 3(38), with respect to the Grace Stock Fund, and to provide the terms applicable to such appointment.

The Plan was further amended and restated, or set forth herein, effective January 1, 2004, to allow post-employment installment payments of up to 20 years, and to transfer to

- 12 -

1.26    Grace Connecticut:

W. R. Grace & Co.-Conn., a Connecticut corporation, which is a subsidiary of Grace.  All references herein to "Grace Connecticut" which relate to periods prior to May 25, 1988, shall mean W. R. Grace & Co., a Connecticut corporation.

1.27    Grace Stock:

Shares of common stock of Grace, including fractional shares.

1.28    Grace Stock Fund:    As defined in Sections 5.11 and 5.12.

Hour of Service:

With respect to each Plan Year (or other applicable computation period) an Employee will be credited with an Hour of Service for the following:

(1)    Each hour for which an Employee is paid or entitled to payment by the Company for the performance of duties.

(2)    Each hour up to a maximum of 501 hours for which an Employee is paid or entitled to payment by the Company on account of a period of time during which no duties are performed due to vacation, holiday, illness, incapacity (including disability), layoff, jury duty, military duty or leave of absence.

- 68 -

## Section 5

### Investment Provisions

5.01   The Trustee has established the following Investment Funds for investment of contributions under the Savings Plan, in accordance with the directions of the Investment Committee:

Fixed Income Fund, which is invested in fixed income securities or obligations, interest bearing bank accounts, or in guaranteed income funds established or maintained by insurance companies.

Fidelity Blue Chip Growth Fund, which is a mutual fund managed by Fidelity Management & Research Company ("FMRC").

Grace Common Stock Fund, which is invested only in Grace Stock or, pending investment in such stock, in investments of a short-term nature, subject to Section 5.11.

Fidelity Balanced Fund, which is a mutual fund managed by FMRC;

Fidelity Growth and Income Portfolio, which is a mutual fund managed by FMRC;

Fidelity Contrafund, which is a mutual fund managed by FMRC;

GR 001729

- 69 -

Fidelity OTC Portfolio, which is a mutual fund managed by FMRC;

Fidelity Investment Grade Bond Fund which is a mutual fund managed by FMRC;

Fidelity US Bond Index Fund which is a mutual fund managed by FMRC;

PIMCO Total Return Fund, which is a mutual fund managed by Pacific Investment Management Company;

INVESCO Equity Income Fund, which is a mutual fund managed by INVESCO Funds Group, Inc.;

Spartan US Equity Index Fund which is a mutual fund managed by FMRC;

Franklin Small Cap Growth Fund-A, which is a mutual fund managed by Franklin Advisors, Inc.;

JP Morgan Institutional US Small Company Fund, which is a mutual fund managed by JP Morgan;

American Century International Growth Fund, which is a mutual fund managed by American Century Investment Management, Inc.;

Spartan International Index Fund which is a mutual fund managed by FMRC;

- 70 -

Templeton Foreign Fund A, which is a mutual fund managed by Templeton Global Advisors Limited;

Fidelity Freedom Income Fund which is a mutual fund managed by FMRC;

Fidelity Freedom 2000 Fund which is a mutual fund managed by FMRC;

Fidelity Freedom 2010 Fund which is a mutual fund managed by FMRC;

Fidelity Freedom 2020 Fund which is a mutual fund managed by FMRC;

Fidelity Freedom 2030 Fund which is a mutual fund managed by FMRC;

Fidelity Low-Priced Stock Fund which is a mutual fund managed by FMRC;

Spartan Extended Market Index Fund which is a mutual fund managed by FMRC;

Spartan Total Market Index Fund which is a mutual fund managed by FMRC;

Fidelity Diversified International Fund which is a mutual fund managed by FMRC;

GR 001731

Fidelity Europe Fund which is a mutual fund managed by FMRC;

Fidelity Equity-Income Fund which is a mutual fund managed by FMRC.

Any other Investment Fund properly authorized for investment of contributions under the Saving Plan.

Effective July 1, 1989, Grace New York has established the ESOP for the investment of (i) Company contributions made to the Plan after June 30, 1989 and before January 1, 2001, (ii) the portion of each Participant's and Inactive Participant's Savings Plan Account attributable to Company contributions that is invested in the Former Fund C on June 30, 1989 and transferred as of July 1, 1989 to the ESOP portion of the Trust Fund, and (iii) the portion of each Participant's and Inactive Participant's Savings Plan Account attributable to Supplemental Contributions, Before-Tax Contributions, After-Tax Contributions and Rollover Contributions that was invested in the Former Fund C on December 31, 1988 and any subsequent dates that may from time to time be designated by the Investment Committee and transferred to the ESOP portion of the Trust Fund.  The Trustee shall invest the assets of the ESOP portion of the Trust Fund primarily in of Grace Stock. The Trustee may also invest the assets of the ESOP portion of the Trust Fund in such other investments as the Investment Committee deems appropriate or desirable or such assets may be held temporarily in cash.  The Investment Committee may direct the Trustee to invest and

- 79 -

The Participant, Inactive Participant or former Participant shall have the same elections with respect to the SAC Common Stock Fund and SAC Preferred Stock Fund, as with other Investment Funds, specified in Section 5.03 and 5.04; except that (i) the Participant, Inactive Participant or former Participant shall not be permitted to direct that any amounts be credited to the SAC Common Stock Fund or the SAC Preferred Stock Fund from any other Investment Fund (including, but not limited to, amounts in any other Investment Fund attributable to amounts previously transferred from the SAC Common Stock Fund or the SAC Preferred Stock Fund to any other Investment Fund) or from any contributions made to the Plan by or on behalf of the Participant, and (ii) the SAC Common Stock Fund and the SAC Preferred shall be terminated as of (or as soon as practicable after) December 31, 2000 and all SAC Common Stock and SAC Preferred Stock remaining therein shall be liquidated, and any amount remaining in either Fund after such liquidation shall be transferred to the Fixed Income Fund for the Participant, Inactive Participant or former Participant.

5.11    Effective October 1, 2000, a Participant or Inactive Participant may, on any Business Day during a Plan Year, elect to transfer to one or more of the Investment Funds within the Savings Plan all or a portion (in multiples of 5% or in whole dollars amounts) of his Account Balance

invested in the ESOP and Grace Common Stock Fund which is attributable to Company contributions pursuant to Section 4.01. Any such transfer will occur on the Business Day on which the Participant notifies the Recordkeeper of such transfer election by telephonic instruction, if such notice is received by the Recordkeeper before the latest time of day agreed to by Grace and the Recordkeeper for same day processing; otherwise, such change will be effective on the immediately succeeding Business Day. The foregoing provisions of this Section 5.11 shall also apply to a former Participant who has incurred a Termination of Service.

Effective as of the close of business April 9, 2003, the short term investments in the Grace Common Stock Fund and the ESOP shall be liquidated and the proceeds immediately transferred to the Fixed Income Fund, and credited to each Savings Plan Account, on a pro-rata basis, in accordance with the interest in those Funds of each affected Participant, Inactive Participant or former Participant, as of that date. Effective April 10, 2003, all transactions involving the Grace Common Stock Fund and the ESOP shall be suspended. During such suspension, these two Funds shall be merged into one fund, called the "Grace Stock Fund".

5.12    The "Grace Stock Fund" shall be comprised of only Grace Stock, and no short-term investments. The Grace Stock Fund shall account separately for the

- 81 -

          portion of the Fund attributable to the ESOP and earnings and losses thereon.

5.13        As of April 14, 2003, the suspension specified in Section 5.11 shall end and all transactions involving Grace Stock within the Grace Stock Fund initiated on and after that date (including all transactions initiated by Participants) shall be executed directly to the open market, in accordance with the rules and procedures established by the Trustee (or its designee), including the application of brokerage commissions to such transitions.

5.14        Effective April 17, 2003, the Grace Stock Fund shall cease to accept any contributions or allocations to that Fund, whether or not such contribution or allocation is directed by a Participant, Inactive Participant or former Participant, and whether or not such a contribution or allocation is directed to the ESOP Account within the Fund or the other portion of the Fund. As of that date, all contributions designated for, or directed to, the Grace Stock Fund shall be redirected to the Fixed Income Fund.

- 84 -

## Section 7

### Vesting

7.01   Each Participant and Inactive Participant shall be fully and immediately vested in that portion of his Account which is attributable to his Before Tax, After Tax, Basic, Supplemental, and Rollover Contributions and to Company contributions pursuant to Section 4.01.

7.02   Notwithstanding the provisions of Section 7.01 relating to the fully vested status of Company contributions, Company contributions made with respect to periods prior to January 1, 1987 became fully vested after the expiration of two full Plan Years following the close of the Plan Year for which such Company contributions were made.

In the event that a Participant or Inactive Participant terminated service prior to January 1, 1989 and before attaining a 100% Vested Interest in his Account and received a single lump sum payment of his Account, any non-vested portion of his Account was forfeited as of the last day of the month coincident with or next following the date of such termination.  If any such Participant or Inactive Participant elected to defer receiving a single lump sum distribution of his Account until the first day of the Plan Year next following his Termination of Service, any non-vested portion of his Account was forfeited as of the last day of the Plan Year in which his Termination of Service occurred (unless such Participant or Inactive Participant was re-employed by an Employing

GR 001745

- 85 -

Unit in a status covered by the Plan prior to such last day). If any such Participant or Inactive Participant elected to receive installment payments of his Account, any non-vested portion of his Account was forfeited, or will be forfeited, as of the last day of the Plan Year coincident with the fifth consecutive One-Year Break in Service (unless such Participant or such Inactive Participant was re-employed, or is re-employed, by an Employing Unit in a status covered by the Plan prior to such fifth consecutive One-Year Break in Service). Any amount forfeited hereunder was used, or will be used, to reduce Company contributions under Section 4.01.

GR 001746