# EXHIBIT N

# W.R. Grace & Co. Savings & Investment Plan
## Investment Policy Statement
Adopted March 1, 2004

## FOREWORD

This Statement of Investment Policy is intended to summarize the underlying philosophy and processes for the selection, monitoring and evaluation of investment options offered under the W.R. Grace & Co. Savings & Investment Plan (the "Plan").

It contains:
- An brief outline of the Plan structure and underlying philosophy;
- Performance objectives and other criteria to be used by the W.R. Grace & Co. Investment and Benefits Committee (the "Committee") to review and evaluate the investment results of the Plan investment options; and
- Responsibilities of the Committee and investment managers.

These guidelines, established by the Committee, became effective March 1, 2004, and will be revised and modified as appropriate on a periodic basis to reflect such factors as changes in the investment environment, manager performance and the Committee's expectations.

## PLAN STRUCTURE

The Plan is a defined contribution plan which provides for contributions by eligible employees of the company. Employee contributions are matched by Grace. Recognizing that a defined contribution plan may provide a primary method for retirement savings and that individual participants have differing circumstances and investment objectives, the Plan offers a variety of investment alternatives intended to provide a sound and flexible means for each participant to consider both potential returns and the degree of risk in his or her selection of alternatives for his or her Plan account.

Investment options have been selected that:
- Cover a risk/return spectrum of appropriate investment classes;
- Are distinguishable and have distinct risk/return characteristics;
- Are, as a group, well diversified and professionally managed;
- Charge fees that are reasonable for the asset class and investment style; and
- Provide, in the aggregate, each participant with the opportunity to structure a portfolio with risk and return characteristics at any point within a normally appropriate range of investment strategies.

1

GR006600

The Plan currently offers the following general classes of investment alternatives to participants:

1. MUTUAL FUNDS

| | |
|---|---|
| • U.S. Bond Funds | • Large Cap Growth Funds |
| • Balanced Fund/Lifecycle Funds | • Small/Mid Cap Blend Funds |
| • Large Cap Value Fund | • Small/Mid Cap Growth Funds |
| • Large Cap Blend Funds | • International (ex-U.S.) Funds |

2. FIXED INCOME/STABLE VALUE FUND
3. COMPANY STOCK FUND *

INVESTMENT OPTION REVIEW CRITERIA

The Committee will track performance on a quarterly basis and fully review the investment options at least annually. The annual review will include, but will not be limited to, evaluations of the following:

- Historical risk and return results;
- Any changes in process, philosophy and/or personnel; and
- Fees and expense levels.

The investment options will each be compared to appropriate indices and to other investment options with similar styles. Performance will be considered over a full market cycle or a three-to-five-year period.

In general, each mutual fund and other investment options should at least perform as well as the median returns for similar investment alternatives, including the applicable market indices as referenced in the attached **Appendix A**.

Should an investment option fail to satisfy its performance criteria, or should some other material change prompt concerns as to the appropriateness of an investment option to continue to serve as an investment option to the Plan, the Committee may take any or all of the following actions:

- Establish a probationary period during which any area of concern will be assessed and, if necessary, corrected.
- Supplement the investment option(s) with one or more alternative investment option(s) for that category.
- Replace the investment option(s) with one or more alternative investment option(s) for that category.
- Eliminate the investment option without replacing it.

2

GR006601

## RESPONSIBILITIES

<u>Committee Responsibilities:</u>
The duties and responsibilities of the Committee include:

- Developing, reviewing and revising Plan investment policies;
- Evaluating mutual fund or investment advisor performance, as appropriate;
- Selecting and eliminating mutual fund alternatives;
- Appointing/discharging investment managers and consultants; and
- Evaluating and recommending investment suggestions from investment advisers and others.

<u>Investment Manager(s) and/or Investment Consultants:</u>
In cases where the Plan has directly retained an investment manager (e.g., for the Fixed Income Fund), the duties and responsibilities of the Plan's investment manager(s) include:

- Communicating with and reporting to the Committee on a regular basis;
- Notifying the Committee of any issue that may impact the investment of Plan assets (e.g. change in ownership, professional staff, investment philosophy and/or process);
- Investing in Plan assets with the care, skill, prudence and diligence that a prudent investment professional would exercise in the investment of those assets; and
- Meeting as requested with the Committee to discuss investment strategy and review past performance.
- Investment Managers are personnel of the Investment management firm including portfolio managers, relationship managers and/or marketing communication representatives.

\* Notwithstanding the forgoing, as of the date of this Statement, the Grace Stock Fund within the Plan is managed by State Street Global Advisors as the investment manager, and is not within the consideration of the Committee.

This Investment Policy Statement has been reviewed and authorized by the Grace Investment and Benefits Committee, as supported by the following signatures.

_____                         _____
W. Brian McGowan                                        Robert M. Tarola
Senior Vice President – Administration                  Senior Vice President & CFO

3

GR006602

# APPENDIX A

| Fund Name | Benchmark Indices |
|---|---|
| Fixed Income Fund | 5-year U.S. Treasury Rolling Average |
| Fidelity Investment Grade Bond | Lehman Brother Aggregate Bond index |
| Fidelity U.S. Bond Index | Lehman Brother Aggregate Bond index |
| PIMCO Total Return | Lehman Brother Aggregate Bond index |
| Fidelity Balanced | FID Balanced Hybrid Comp |
| Fidelity Equity-Income | Russell 3000 Value |
| Fidelity Contrafund | S&P 500 |
| Fidelity Growth & Income Portfolio | S&P 500 |
| INVESCO Core Equity Fund – Investor Class | S&P 500 |
| Spartan Total Market Index Fund | Wilshire 5000 Total Market |
| Spartan U.S. Equity Index | S&P 500 |
| Fidelity Blue Chip Growth | Russell 1000 and S&P 500 |
| Fidelity OTC Portfolio | NASDAQ |
| Spartan Extended Market Index | Wilshire 4500 Completion |
| Franklin Small-Mid Cap Growth | Russell Mid-Cap Growth |
| Fidelity Low-Priced Stock | Russell 2000 & Russell 2000 Value |
| JP Morgan Institutional U.S. Small Company Fund – Institutional Class | Russell 2000 Growth |
| America Century International Growth – Investor Class | MS EAFE (Net MA tax) |
| Fidelity Diversified International | MS EAFE (Net MA tax) |
| Fidelity Europe | MS Europe (Net MA tax) |
| Spartan International Index | MS EAFE (Net MA tax) |
| Templeton Foreign Fund – Class A | MS EAFE (Net MA tax) |
| Fidelity Freedom Income | Fidelity Freedom Income Composite |
| Fidelity Freedom 2000 | Fidelity Freedom 2000 Composite |
| Fidelity Freedom 2010 | Fidelity Freedom 2010 Composite |
| Fidelity Freedom 2020 | Fidelity Freedom 2020 Composite |
| Fidelity Freedom 2030 | Fidelity Freedom 2030 Composite |
| Fidelity Freedom 2040 | Fidelity Freedom 2040 Composite |

GR006603