# EXHIBIT O



GR005314