# EXHIBIT R

C O N F I D E N T I A L

```
1                UNITED STATES DISTRICT COURT
2             FOR THE DISTRICT OF MASSACHUSETTS
3
4    ***************************
     LAWRENCE W. BUNCH, et al,   )
5                   Plaintiff,   )
                                 )Consolidated as
6       VS.                      )Case No.:04-11380-WGY
                                 )
7    W.R. GRACE & CO., et al,    )
                    Defendant.   )
8    ***************************
9
10
11       DEPOSITION OF SHAWN JOHNSON, a witness called
12   on behalf of the Plaintiffs, taken pursuant to
13   the provisions of the Federal Rules of Civil
14   Procedure, before Lisa W. Starr, a Registered
15   Professional Reporter/Certified Realtime Reporter
16   and Notary Public in and for the Commonwealth of
17   Massachusetts, at the offices of State Street
18   Bank & Trust Company, One Lincoln Street, Boston,
19   Massachusetts, on May 23, 2007, commencing at
20   9:06 a.m.
21
22
23
24
```

*COPLEY COURT REPORTING, INC.*
*617.423.5841*

| | | |
|---|---|---|
| 1 | A. Yes. | 09:31:48 |
| 2 | Q. Or is it always commingled funds? | 09:31:48 |
| 3 | A. It could be commingled funds, it could be | 09:31:53 |
| 4 | separate accounts. | 09:31:56 |
| 5 | Q. I don't want all the names, but what | 09:31:57 |
| 6 | types of businesses provide you with separate | 09:31:58 |
| 7 | accounts? | 09:32:00 |
| 8 | A. Certain clients don't want to commingle | 09:32:02 |
| 9 | their assets. They're willing to pay more money | 09:32:05 |
| 10 | to have them managed separately. | 09:32:08 |
| 11 | Q. Almost as if it's a trust department? | 09:32:10 |
| 12 | A. Well, yes, or it would be an individual | 09:32:12 |
| 13 | separate account. So, it's their money, but they | 09:32:17 |
| 14 | ask us to manage it on their behalf. | 09:32:20 |
| 15 | Q. Is that under your supervision? | 09:32:22 |
| 16 | A. Well -- | 09:32:24 |
| 17 | Q. Under your purview as chairman of the | 09:32:24 |
| 18 | Investment Committee? | 09:32:27 |
| 19 | A. Well, again, chairman of the Investment | 09:32:28 |
| 20 | Committee is an oversight role. So, if you will, | 09:32:31 |
| 21 | I purview to look at anything that we manage for | 09:32:33 |
| 22 | anybody at any time. So, yes. But do I manage | 09:32:37 |
| 23 | the money? No. That goes to the investment | 09:32:39 |
| 24 | guys. | 09:32:43 |

| | | |
|---|---|---|
| 1 | Q.   How many people are under your | 09:32:43 |
| 2 | responsibility? | 09:32:47 |
| 3 | A.   Directly, I'm afraid if I give the wrong | 09:32:50 |
| 4 | answer, that's a problem. | 09:32:55 |
| 5 | MR. FLICKER:   Say approximately. | 09:32:57 |
| 6 | A.   Approximately a hundred or so.  That does | 09:32:59 |
| 7 | not include, say, CitiStreet, which has several | 09:33:01 |
| 8 | thousand employees, but directly, probably about | 09:33:04 |
| 9 | a hundred or so. | 09:33:07 |
| 10 | Q.   You mentioned a moment ago that Ms. | 09:33:14 |
| 11 | Driscoll reports to you; is that correct? | 09:33:18 |
| 12 | A.   Yes. | 09:33:20 |
| 13 | Q.   And Ms. Driscoll is involved, I believe, | 09:33:22 |
| 14 | at least one of her responsibilities is | 09:33:26 |
| 15 | involvement with the management of company stock? | 09:33:29 |
| 16 | A.   That's correct. | 09:33:31 |
| 17 | Q.   How does that fit into your role as | 09:33:32 |
| 18 | investment manager? | 09:33:35 |
| 19 | MR. FLICKER:   By "your", you mean | 09:33:39 |
| 20 | the company's? | 09:33:40 |
| 21 | A.   You mean my role personally?  I'm | 09:33:42 |
| 22 | confused there. | 09:33:44 |
| 23 | Q.   You said she reported to you.  I guess | 09:33:45 |
| 24 | why is she reporting to you because of her | 09:33:48 |

C O N F I D E N T I A L

| | | |
|---|---|---|
| 1 | relationship with company stock? | 09:33:51 |
| 2 | A.   Thanks for the clarification.  I am also, | 09:33:54 |
| 3 | I have the responsibility to be the director of | 09:33:56 |
| 4 | our institutional fiduciary services business of | 09:33:59 |
| 5 | which that's one.  That is Kelly's business is | 09:34:02 |
| 6 | called the Fiduciary Group. | 09:34:07 |
| 7 | I have two other businesses that report | 09:34:08 |
| 8 | up to me.  One is called the Office of the | 09:34:10 |
| 9 | Fiduciary Advisor.  This is pension plan | 09:34:13 |
| 10 | outsourcing, similar to what your comment was, | 09:34:16 |
| 11 | here is a pension plan and they say, here, do the | 09:34:21 |
| 12 | whole thing.  And I also oversee one of our | 09:34:24 |
| 13 | businesses called the Charitable Asset Management | 09:34:28 |
| 14 | business, which has a mandate to manage endowment | 09:34:31 |
| 15 | foundation types of monies for clients. | 09:34:35 |
| 16 | So, those three businesses collected | 09:34:38 |
| 17 | together are called our fiduciary businesses, and | 09:34:40 |
| 18 | they report up to me. | 09:34:43 |
| 19 | Q.   Other than fiduciary businesses and your | 09:34:45 |
| 20 | role as investment manager, whatever your current | 09:34:49 |
| 21 | title is, do you have any other responsibilities? | 09:34:57 |
| 22 | A.   We have a group called the Evaluation | 09:35:03 |
| 23 | Group that reports to me.  It's kind of my SWAT | 09:35:07 |
| 24 | team.  I can have them look at any investment | 09:35:11 |

C O N F I D E N T I A L

84

| | | |
|---|---|---|
| 1 | Q.   Let me ask the question slightly | 11:12:06 |
| 2 | different.  Did you believe that Duff & Phelps | 11:12:08 |
| 3 | was in a better position than the market to | 11:12:11 |
| 4 | determine the price of the Duff & Phelps shares? | 11:12:13 |
| 5 | MR. FLICKER:   Objection. | 11:12:18 |
| 6 | A.   Duff & Phelps was in a good position to | 11:12:19 |
| 7 | give us advice as to what the shares were worth, | 11:12:22 |
| 8 | but the market is the best determinant on any day | 11:12:26 |
| 9 | as to what the shares are worth. | 11:12:33 |
| 10 | Q.   And again, why was it necessary to hire | 11:12:35 |
| 11 | Duff & Phelps as opposed to do this in-house at | 11:12:38 |
| 12 | State Street? | 11:12:42 |
| 13 | A.   Again, our general process is to engage | 11:12:43 |
| 14 | somebody outside.  Dealing with bankrupt stocks | 11:12:46 |
| 15 | is not necessarily something we do a lot of here. | 11:12:50 |
| 16 | So, while we have a lot of financial expertise, | 11:12:53 |
| 17 | bankruptcy is probably not something I would rely | 11:12:58 |
| 18 | solely on our inside resources for anyway. | 11:13:01 |
| 19 | Q.   I'm sorry, I interrupted you.  We were | 11:13:19 |
| 20 | talking about the financial advice Duff & Phelps | 11:13:22 |
| 21 | was offering and how State Street would use it | 11:13:24 |
| 22 | or, in particular, how you used it as a member of | 11:13:27 |
| 23 | the Independent Fiduciary Committee.  You said | 11:13:29 |
| 24 | you wanted insight regarding a couple of areas, | 11:13:34 |

| | | |
|---|---|---|
| 1 | A. Yes, although sometimes there is some | 11:48:59 |
| 2 | residual cash in the fund as well. But, yes. | 11:49:01 |
| 3 | Q. On the other hand, the entire 401(K) plan | 11:49:05 |
| 4 | in which the company stock fund is just one | 11:49:08 |
| 5 | component was diversified; isn't that correct? | 11:49:10 |
| 6 | MR. FLICKER: Objection. | 11:49:13 |
| 7 | A. Again, no purview into what the rest of | 11:49:14 |
| 8 | the plan was. The issue is what's in that | 11:49:17 |
| 9 | particular fund. That particular fund is not | 11:49:22 |
| 10 | diversified. | 11:49:26 |
| 11 | Q. So, that was the only thing that the | 11:49:27 |
| 12 | Fiduciary Committee was concerned with? | 11:49:29 |
| 13 | A. Yes. | 11:49:31 |
| 14 | Q. It wasn't concerning itself with the | 11:49:31 |
| 15 | remaining portion of the 401(K)? | 11:49:33 |
| 16 | A. No. | 11:49:34 |
| 17 | Q. On page 3, it gives us the | 11:49:38 |
| 18 | recommendation, take your time to read it. It | 11:49:40 |
| 19 | says: "Therefore, subject to ongoing monitoring | 11:49:45 |
| 20 | and further analysis and evaluation, IFG is | 11:49:49 |
| 21 | recommending that State Street not override the | 11:49:53 |
| 22 | plan documentation." Do you see that? | 11:49:55 |
| 23 | A. Yes, I do. | 11:49:58 |
| 24 | Q. Did you agree with that recommendation at | 11:49:59 |

```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


***************************
LAWRENCE W. BUNCH, et al,    )
          Plaintiff,         )
                             ) Consolidated as
    VS.                      ) Case No.: 04-11380-WGY
                             )
W.R. GRACE & CO., et al,     )
          Defendant.         )
***************************
```

**CONTINUED DEPOSITION OF SHAWN JOHNSON**, a witness called on behalf of the Plaintiffs, taken pursuant to the provisions of the Federal Rules of Civil Procedure, before Lisa W. Starr, a Registered Professional Reporter/Certified Realtime Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of State Street Bank & Trust Company, One Lincoln Street, Boston, Massachusetts, on May 29, 2007, commencing at 11:10 a.m.

| | | |
|---|---|---|
| 1 | first learned of this, other than surprise, did | 12:16:24 |
| 2 | you have any reaction to whether it would be | 12:16:26 |
| 3 | beneficial to the plan participants? | 12:16:30 |
| 4 | MR. FLICKER: Objection: Misstates | 12:16:32 |
| 5 | testimony. | 12:16:34 |
| 6 | A. I recall that I recognized it was a | 12:16:34 |
| 7 | premium to the existing sort of market price. So | 12:16:38 |
| 8 | in that sense, I'm quite certain I was pleased by | 12:16:46 |
| 9 | the offer, meaning it wasn't a low-ball, below | 12:16:48 |
| 10 | sort of at market price kind of bid. | 12:16:52 |
| 11 | Q. Why would it be a low-ball, at market | 12:16:55 |
| 12 | price bid? | 12:16:58 |
| 13 | A. No, no, below market price bid. A low- | 12:17:00 |
| 14 | ball -- often, if somebody is going to buy a | 12:17:05 |
| 15 | large block, they might offer a discount to the | 12:17:08 |
| 16 | existing market price. | 12:17:11 |
| 17 | Q. Let me make sure I understand. You said | 12:17:12 |
| 18 | a premium; is that correct? | 12:17:15 |
| 19 | A. What I recall is that it was a premium. | 12:17:17 |
| 20 | Q. And how do you define premium? | 12:17:21 |
| 21 | A. Well, here, it even says it here, "This | 12:17:24 |
| 22 | is a 7.6 percent premium to the closing price on | 12:17:26 |
| 23 | the sixth of April," which was basically the | 12:17:31 |
| 24 | previous day. | 12:17:34 |

| | | |
|---|---|---|
| 1 | Q. That's based on the fact that it was | 12:17:38 |
| 2 | above the market price; is that correct? | 12:17:39 |
| 3 | A. Yes, above the market price. | 12:17:42 |
| 4 | Q. And did you have any discussions with | 12:17:44 |
| 5 | anybody regarding this? By "this" I'm referring | 12:17:48 |
| 6 | to the D.E. Shaw transaction. | 12:17:53 |
| 7 | A. I discussed it with Kelly. | 12:17:56 |
| 8 | Q. Go on. Anybody else? | 12:17:59 |
| 9 | A. I'm trying to think. You know, I can't | 12:18:04 |
| 10 | recall any specific conversations about it, | 12:18:13 |
| 11 | although I know I discussed it with Kelly. | 12:18:15 |
| 12 | Q. What did you discuss with her about it? | 12:18:18 |
| 13 | A. The first question I seem to remember is | 12:18:23 |
| 14 | who is the buyer. This is when we got this | 12:18:25 |
| 15 | letter. That it was a premium. And we had some | 12:18:31 |
| 16 | discussion as to why they would be willing to | 12:18:36 |
| 17 | offer us a premium. | 12:18:38 |
| 18 | Q. What did that come up to? Did you | 12:18:42 |
| 19 | discuss regarding why they would be offering you | 12:18:46 |
| 20 | a premium? | 12:18:49 |
| 21 | A. Yeah. In other words, why does anybody | 12:18:50 |
| 22 | want to buy it at 7.6 percent above the | 12:18:56 |
| 23 | marketplace. | 12:19:00 |
| 24 | Q. What did that indicate to you? What did | 12:19:01 |

| | | |
|---|---|---|
| 1 | you think as to why they were paying a premium? | 12:19:04 |
| 2 | A. I guessed. | 12:19:06 |
| 3 | Q. And what was your guess? | 12:19:08 |
| 4 | A. They were short. | 12:19:09 |
| 5 | Q. Did you ever confirm that? | 12:19:14 |
| 6 | A. No. No real way to. | 12:19:15 |
| 7 | Q. Other than that, did you have any other | 12:19:24 |
| 8 | thoughts as to why they would be willing to pay a | 12:19:26 |
| 9 | premium? | 12:19:29 |
| 10 | A. No, although, as I said, they're known | 12:19:29 |
| 11 | for being a hedge fund. It would not surprise me | 12:19:36 |
| 12 | that a hedge fund would have a short position, | 12:19:38 |
| 13 | potentially a large short position, in a bankrupt | 12:19:41 |
| 14 | stock. So, to cover their short, to buy a large | 12:19:44 |
| 15 | block to cover would be a reasonable course of | 12:19:51 |
| 16 | action for a hedge fund to take. | 12:19:53 |
| 17 | Q. You never confirmed that; is that | 12:19:58 |
| 18 | correct? | 12:20:00 |
| 19 | A. You can't. The only things that are | 12:20:01 |
| 20 | reported publicly are total amount of shares | 12:20:04 |
| 21 | short. Doesn't tell you who. | 12:20:09 |
| 22 | Q. Did you do an analysis as to the amount | 12:20:10 |
| 23 | of shares being sold short for W.R. Grace at any | 12:20:12 |
| 24 | time? | 12:20:15 |

| | | |
|---|---|---|
| 1 | A.  Well, it's just reported on Bloomberg. | 12:20:15 |
| 2 | So you type GRA -- | 12:20:19 |
| 3 | Q.  I understand. | 12:20:21 |
| 4 | A.  No. | 12:20:23 |
| 5 | Q.  Do you know if anybody at Grace ever did | 12:20:24 |
| 6 | that? | 12:20:26 |
| 7 | A.  No. | 12:20:27 |
| 8 | Q.  If it was short and it needed the shares | 12:20:34 |
| 9 | of stock, would that have enabled State Street to | 12:20:39 |
| 10 | have a better bargaining position in connection | 12:20:44 |
| 11 | with the W.R. Grace stock fund? | 12:20:47 |
| 12 | MR. FLICKER:  Objection.  Calls for | 12:20:49 |
| 13 | speculation.  It's an incomplete hypothetical. | 12:20:50 |
| 14 | Q.  Let me ask the question this way.  Did | 12:20:53 |
| 15 | you consider what leverage State Street might | 12:20:55 |
| 16 | have in connection with D.E. Shaw under the | 12:20:57 |
| 17 | hypothesis that D.E. Shaw might be short in | 12:21:05 |
| 18 | connection with Grace stock? | 12:21:12 |
| 19 | A.  No.  You asked me a question as to why | 12:21:12 |
| 20 | did I think they might be interested in offering | 12:21:13 |
| 21 | a premium.  I said, well, maybe they're short. | 12:21:15 |
| 22 | Other than that, you know, there was not a lot of | 12:21:18 |
| 23 | additional analysis done.  It was above the | 12:21:22 |
| 24 | current price. | 12:21:27 |