# EXHIBIT U



EXHIBIT
Driscoll
#6
6/1/07 mw

4/6/04

Dan Bayston, Ship Remis, Jack Cleary, Don Husband,
Paul Trost; ME, KQD

controlled shares. now subject to 144. no matter

Requirements to sell in a private transaction

zonalite nonpositive towards settlement

D.E. Shaw may be sensing some positive
development

may be in a better position to sell whole block
if we get under 10% w/o restrictions

General Counsel
   5/26 - status conference . cancelled
   Feb. science trial. w/o new date . must
   report back as to status of discussions
increase in share price
increase of disaster siege improves is
substantial

fidential