# EXHIBIT V

# GRACE

## Stock Information

### Quote

**GRA (Common Stock)**
**NYSE**
08/15/07 2:11 p.m. ET
Minimum 20 minute delay
Refresh quote

| | |
|---|---|
| Last Trade | $20.15 |
| Change | - 0.04 |
| % Change | 0.20% |
| Volume | 464,900 |
| Rolling EPS | 0.70 |

### Chart



Symbol

GRA (Common Stock)

Ticker Comparison

Separate multiple tickers with commas(,)

**Time Frame**

5 years 

**Frequency**

Daily 

**Index Comparison**

| None |

**Chart Type**

| Close |

**Events**

| None |

[ Submit ]

Copyright © 2007 MarketWatch, Inc. All rights reserved. Please see our Terms of Use. MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of MarketWatch, Inc Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All quotes are Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to terms of u

Historical, current end-of-day data, and splits data provided by FT Interactive Data.

Copyright 2006 © W. R. Grace & Co.-Conn. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Find original page at:
http://investor.grace.com/phoenix.zhtml?c=112313&p=irol-stockquote&control_javaupperindicator=&control_javauf=&control_javatype=&control_javascale=&control_javanumberperiods