UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN F. AKERS, et al.,<br><br>    Defendants.<br><br>LAWRENCE W. BUNCH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>W. R. GRACE & CO., et al.,<br><br>    Defendants. | **Consolidated Under<br>Case No. 04-11380-WGY** |

## DECLARATION OF COUNSEL IN SUPPORT OF GRACE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  I, Carol Connor Cohen, am a partner in the firm of Arent Fox LLP and represent W. R. Grace & Co., W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, Fred E. Festa, and Robert M. Tarola (collectively, "Grace Defendants") in the above captioned case. I am over the age of 18 and have personal knowledge of the matters stated herein. I hereby declare as follows:

  1.  Exhibit 1 is a true and accurate copy of relevant excerpts from the transcript of the deposition of Kelly Q. Driscoll taken on June 1, 2007.

2.  Exhibit 2 is a true and accurate copy of relevant excerpts from the transcript of the deposition of Monet I. Ewing taken on May 30, 2007.

3.  Exhibit 3 is a true and accurate copy of relevant excerpts from the transcript of the deposition of John P. Forgach taken on April 30 and May 1, 2007.

4.  Exhibit 4 is a true and accurate copy of relevant excerpts from the transcript of the deposition of Shawn Johnson taken on May 23, 2007.

5.  Exhibit 5 is a true and accurate copy of relevant excerpts from the transcript of the deposition of William Brian McGowan taken on April 30, 2007.

6.  Exhibit 6 is a true and accurate copy of relevant excerpts from the transcript of the deposition of John J. Mulligan, Jr. taken on July 11, 2007.

7.  Exhibit 7 is a true and accurate copy of relevant excerpts from the transcript of the deposition of Jeffery E. Schaff taken on July 12, 2007.

8.  Exhibit 8 is a true and accurate copy of relevant excerpts from the transcript of the deposition of Robert M. Tarola taken on May 10, 2007.

9.  Exhibit 9 is a true and accurate copy of a document entitled W. R. Grace & Co. Savings and Investment Plan, produced by the Grace Defendants in this proceeding.

10. Exhibit 10 is a true and accurate copy of a document entitled S&I Plan Summary Plan Description 2003, produced by the Grace Defendants in this proceeding.

11. Exhibit 11 is a true and accurate copy of a letter from W. Brian McGowan to Participants in the Grace Savings and Investment Plan, dated 3/17/03, produced by the Grace Defendants in this proceeding.

12. Exhibit 12 is a true and accurate copy of State Street presentation materials, dated 4/25/03, produced by the Grace Defendants in this proceeding.

13. Exhibit 13 is a true and accurate copy of a document entitled State Street Bank & Trust Company [W. R. Grace & Co.] Preliminary Plan-Related Document Request List, produced by State Street Bank and Trust Company and State Street Global Advisors (the "State Street Defendants") in this proceeding.

14. Exhibit 14 is a true and accurate copy of a letter from M. Beth Eller to Monet Ewing, dated 6/26/03, produced by the State Street Defendants in this proceeding.

15. Exhibit 15 is a true and accurate copy of a letter from M. Beth Eller to Monet Ewing, dated 8/5/03, produced by the State Street Defendants in this proceeding.

16. Exhibit 16 is a true and accurate copy of a document entitled Debtors' Response to the Objections of (A) the Official Committee of Unsecured Creditors and (B) the Official Committee of Equity Security Holders to the Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(A) and 328(A) and Fed. R. Bankr. P. 2014(A), 2016 and 5002 Authorizing, but not Requiring, the Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock within the Grace Savings & Investment Plan, dated 9/11/03, produced by the Grace Defendants in this proceeding.

17. Exhibit 17 is a true and accurate copy of a letter from State Street Bank and Trust Company to the Investment and Benefits Committee of W. R. Grace & Co., dated 11/24/03, produced by the Grace Defendants in this proceeding.

18. Exhibit 18 is a true and accurate copy of a memorandum from Daniel M. Glosband, P.C. to Kelly Driscoll, Monet Ewing, Randall J. Carrigan, Daniel D. Bayston and Paul Trost, dated 11/26/03, produced by the State Street Defendants in this proceeding.

19. Exhibit 19 is a true and accurate copy of a letter from W. Brian McGowan to S&I Plan Participants, dated 12/8/03, produced by the Grace Defendants in this proceeding.

20. Exhibit 20 is a true and accurate copy of an e-mail from Shepard M. Remis to Randall J. Carrigan, Esq., Kelly Q. Driscoll, Esq., Monet Ewing, Esq. and John J. Cleary, dated 12/16/03, produced by the State Street Defendants in this proceeding.

21. Exhibit 21 is a true and accurate copy of a letter from John Forgach to Monet Ewing, dated 12/22/03, produced by the State Street Defendants in this proceeding.

22. Exhibit 22 is a true and accurate copy of a letter from Monet Ewing to John Forgach, dated 1/6/04, produced by the State Street Defendants in this proceeding.

23. Exhibit 23 is a true and accurate copy of an e-mail from Peggy S. Welsh to Monet Ewing, dated 1/19/04, produced by the State Street Defendants in this proceeding.

24. Exhibit 24 is a true and accurate copy of an e-mail from Shepard M. Remis to Kelly Q. Driscoll, Esq., Monet Ewing, Esq. and John J. Cleary, dated 1/22/04, produced by the State Street Defendants in this proceeding.

25. Exhibit 25 is a true and accurate copy of an e-mail from Melissa Smith to Jeff Whitaker, dated 1/22/04, produced by the State Street Defendants in this proceeding.

26. Exhibit 26 is a true and accurate copy of a document entitled Notice to Participants in Grace Stock Fund, dated 1/26/04, produced by the State Street Defendants in this proceeding.

27. Exhibit 27 is a true and accurate copy of an e-mail from Daniel M. Glosband to Kelly Driscoll, Monet T. Ewing, Daniel D. Bayston, Paul Trost and John J. Cleary, dated 1/27/04, produced by the State Street Defendants in this proceeding.

28. Exhibit 28 is a true and accurate copy of an e-mail from Kelly Q. Driscoll to Monet Ewing, dated 2/18/04, produced by the State Street Defendants in this proceeding.

29. Exhibit 29 is a true and accurate copy of a document entitled Fiduciary Committee Meeting Minutes, dated 2/23/04, produced by the State Street Defendants in this proceeding.

30. Exhibit 30 is a true and accurate copy of a document entitled Presentation to the Fiduciary Committee on W.R. Grace – Savings and Investment Plan, dated 2/23/04, produced by the State Street Defendants in this proceeding.

31. Exhibit 31 is a true and accurate copy of an e-mail from John Forgach to Monet Ewing, dated 2/25/04, produced by the State Street Defendants in this proceeding.

32. Exhibit 32 is a true and accurate copy of an e-mail from John Forgach to Kelly Q. Driscoll, Melissa Smith and Monet Ewing, dated 2/25/04, produced by the State Street Defendants in this proceeding.

33. Exhibit 33 is a true and accurate copy of an e-mail from Krista D'Aloia to John Forgach, Chris Muns, Kelly Q. Driscoll and Monet Ewing, dated 2/25/04, produced by the State Street Defendants in this proceeding.

34. Exhibit 34 is a true and accurate copy of a document entitled United States Securities and Exchange Commission Form 144, dated 2/25/04, produced by the State Street Defendants in this proceeding.

35. Exhibit 35 is a true and accurate copy of a document entitled Notice to Participants in the Grace Company Stock Fund, dated 2/27/04, produced by the State Street Defendants in this proceeding.

36. Exhibit 36 is a true and accurate copy of an e-mail from Sydney Marzeotti to Kelly Q. Driscoll, dated 3/8/04, produced by the State Street Defendants in this proceeding.

37. Exhibit 37 is a true and accurate copy of a letter from Max Holmes to Monet Ewing, dated 4/7/04, produced by the State Street Defendants in this proceeding.

38. Exhibit 38 is a true and accurate copy of an e-mail from Melissa Smith to Joseph Herter, dated 4/8/04, produced by the State Street Defendants in this proceeding.

39. Exhibit 39 is a true and accurate copy of an e-mail from Monet Ewing to Joseph Herter, dated 4/8/04, produced by the State Street Defendants in this proceeding.

40. Exhibit 40 is a true and accurate copy of an e-mail from John Forgach to Chris Muns, Joseph Herter and Monet Ewing, dated 4/12/04, produced by the State Street Defendants in this proceeding.

41. Exhibit 41 is a true and accurate copy of an e-mail from Melissa Smith to David Rymsza, dated 4/19/04, produced by the State Street Defendants in this proceeding.

42. Exhibit 42 is a true and accurate copy of a document entitled Notice to Participants in the Grace Company Stock Fund, dated 4/19/04, produced by the State Street Defendants in this proceeding.

43. Exhibit 43 is a true and accurate copy of the Bunch Plaintiffs' Answers to Defendants' Interrogatories, served in this proceeding on 4/19/07.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Carol Connor Cohen
Carol Connor Cohen

Executed on August 17, 2007

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KERI EVANS, et al.,**     )<br>                                             )<br>           **Plaintiffs,**        )<br>                                             )<br>      v.                                  )<br>                                             )<br> **JOHN F. AKERS, et al.,**   )<br>                                             )<br>           **Defendants.**       )<br>────────────────────)<br>                                             )<br> **LAWRENCE W. BUNCH, et al.,** )<br>                                             )<br>           **Plaintiffs,**        )<br>                                             )<br>      v.                                  )<br>                                             )<br> **W. R. GRACE & CO., et al.,**  )<br>                                             )<br>           **Defendants.**       )<br>                                             ) | **Consolidated Under<br>Case No. 04-11380-WGY** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2007, I filed the Declaration of Counsel in Support of the Grace Defendants' Motion for Summary Judgment through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on August 17, 2007.

                                                                                  /s/ Carol Connor Cohen