**EXHIBIT 12B**

# highlights

**FINANCIAL RESULTS**

| (Dollars in millions, except per share data) | 2002 | 2001 | Change |
|---|---|---|---|
| Total Revenue | $ 3,996 | $ 3,827 | 5% |
| Net Income | 1,015 | 628 | 61 |
| Earnings Per Share: | | | |
| Basic | 3.14 | 1.94 | 62 |
| Diluted | 3.10 | 1.90 | 63 |
| Cash Dividends Declared Per Share | .48 | .405 | 19 |
| Return on Equity | 24.1% | 17.3% | |

We prepare the Consolidated Statement of Income in accordance with accounting principles generally accepted in the United States (GAAP). That presentation includes significant, non-recurring, non-operating special items and reports goodwill amortization expense in accordance with accounting practice applicable for those periods presented. In order to provide information on a comparable basis from period to period and assist stockholders, analysts, other external parties and management in analyzing the financial results and trends for ongoing businesses and operations, we also present supplemental financial results information on an "operating results" basis. Supplemental operating results are based on GAAP results adjusted for: the results of certain significant transactions not representative of ongoing operations; fully taxable equivalent adjustments that increase net interest revenue to reflect investment yield on tax-free investments on an equivalent basis with taxable investments and the exclusion of goodwill amortization expense from operating expenses in 2001 to be consistent with GAAP accounting required beginning in 2002.

**SUPPLEMENTAL FINANCIAL OPERATING RESULTS**

| (Dollars in millions, except per share data; taxable equivalent) | 2002 | 2001 | Change |
|---|---|---|---|
| Total Revenue | $ 3,962 | $ 3,944 | |
| Net Income | 719 | 687 | 5% |
| Diluted Earnings Per Share | 2.20 | 2.08 | 6 |
| Return on Equity | 17.1% | 18.9% | |

DILUTED EARNINGS PER SHARE – OPERATING RESULTS

'93 .57 ... '00 1.85 '01 2.08 '02 2.20

TOTAL REVENUE – OPERATING RESULTS (Dollars in millions)

'93 1,212 ... '00 3,642 '01 3,944 '02 3,962

GR007973

# focus

LETTER TO OUR STOCKHOLDERS

The year 2002 was an unusually challenging time for investors – with difficult conditions in nearly every investment category around the world. Global political tensions weakened economies and financial markets, and a regular stream of news about corporate governance scandals seriously undermined investor confidence. Equity values, as measured by the S&P 500, fell to their lowest level in at least five years. Cross-border investing slowed down significantly, despite a brief pick-up in the second quarter. And interest rates were significantly lower than in the previous year.

## 2002 FINANCIAL RESULTS

Against these strong headwinds, I'm happy to say that State Street was able to achieve positive financial results – exceeding our primary goal of sustainable real growth in earnings per share.

Operating earnings per share, driven by new business from existing and new clients, increased 6% in 2002. And we were successful in managing our operating costs, decreasing expenses by 1%.

We continue to differentiate ourselves by stating a goal for revenue growth. Our goal is to achieve 12.5% real compound annual growth from 2000 through 2010, although we do not expect to achieve that rate every year in the ten-year period.

Our supporting goal for return on stockholders' equity is to achieve 18% annually. In 2002, due to slower revenue growth, we delivered operating ROE of 17.1%.

Cash dividends declared in 2002 increased 19% from 2001.

GR007974

## 2002 BUSINESS HIGHLIGHTS

State Street's strong financial results for the year are the outcome of two achievements: we increased our revenue by winning new business – with especially strong growth outside the United States – and we continued to keep tight control of our expenses.

On the expense side, we were aggressive in eliminating spending for things that didn't add enough value to our business proposition. We took a strategic approach to leveraging efficiencies in corporate purchasing and our day-to-day operations. We reduced staff in administrative and professional services areas. Overall, we reduced expenses 1% from 2001, after adjusting for goodwill.

In addition to keeping our focus with regard to profitability – while providing consistently excellent service to our clients – we took a number of steps aimed at positioning State Street for future growth.

The most noteworthy of these steps was our decision to purchase most of Deutsche Bank AG's global securities services business. This business, which will be substantially integrated by 2004, brings enormous benefits to State Street. It cements our standing as the global leader in investment servicing – positioning us at the center of Europe's high-growth investment services market and giving us new clients, employees and offices in the Asia-Pacific region. It brings us expanded Depotbank capabilities in Europe and the WM Company's performance measurement tools. And – not inconsequentially in this environment – it provides us with substantial economies of scale and scope.



GR007975

State Street Corporation | 3

Although our agreement with Deutsche Bank was the biggest news event for us in 2002, it was [one] of many investments we made in State Street's future. Another important investment was the [acquisition] of International Fund Services (IFS), a leading global provider of services for alternative [investment] portfolios such as hedge funds. This acquisition broadened State Street's capabilities in s[erving the] expanding requirements of sophisticated global investors.

We also began to develop services specifically geared to the needs of asset managers who ser[ve private] clients and managed accounts. These investment management firms are operating in a highly com[petitive] marketplace — and therefore are looking for ways to differentiate themselves with new prod[ucts and] services. By outsourcing administrative functions to State Street, these asset managers are fre[e to] focus on their core competencies, confident that the services State Street provides to them will be b[oth] innovative and reliable.

Our ongoing process of fine-tuning our focus also involves making selective changes to our business mix. We completed the sale of our corporate trust business in 2002.

### OUTLOOK FOR 2003

I think it's safe to predict that 2003 will be another tough year for our clients and for State Street. We are well positioned not only to weather this current storm but also to emerge from it even stronger. That's because we have built our business around the idea of "focus". We focus on serving the needs of a single group of clients: sophisticated global investors. Within this market segment, we focus on ensuring that we're the best provider and that we're flexible enough to take maximum advantage of developments that present our clients — and State Street — with opportunities for growth.

One long-term trend that continues to offer enormous potential for us is a mounting sense of urgency about retirement security, driven by increasing life expectancy in most parts of the world. As governments and employers develop new ways to help workers invest for their retirements, they are creating new, large pools of assets that must be managed and serviced. State Street is a world leader in managing and servicing retirement funds.

We are also in an excellent position to benefit from changing patterns in the way people save and invest. In this difficult environment, investors have become more risk averse — a trend that plays to the strengths of our investment management arm, State Street Global Advisors. We offer a broad range of risk-controlled investment management options, including enhanced indexing, which offers higher returns than passive investment schemes with only slightly more risk.

GR007976

A third trend that benefits State Street is convergence in the financial services industry. The large, global companies that are emerging from mergers and acquisitions are looking for a trusted partner who can offer what they need, in any part of the world. Their needs coincide perfectly with our strengths: our rich experience in developing and implementing comprehensive solutions for our clients across the globe ... and our ability, using technology, to provide services that are truly scalable.

I believe that we will continue to win a disproportionate share of new business in 2003 – primarily because we're very clear about our corporate purpose: to make our clients successful. If our clients succeed, we will succeed too. Nothing is more important to us than continuing to earn the trust of our clients each and every day.

### STRATEGIC PRIORITIES

Our attention is firmly fixed on a goal we established a long time ago: sustainable growth. "Sustainability" is a key idea here – and, for a company that is more than 210 years old, it has real meaning. We understand that true success comes not from a single stroke of brilliance but from the accumulated results of many sound, strategic decisions that are executed extremely well by talented professionals. Within this philosophical framework, we have five strategic priorities.

One of these priorities is to continue to provide our clients with the best investment solutions, and the best service, it is possible to give. We're limited in this endeavor only by the current boundaries of technology – and we're extending those limits every day.

A second priority is to continue to grow as a global company. The acquisition of Deutsche Bank's global securities services business dramatically expands our global presence. But this acquisition only accelerates growth that has been under way for more than a decade. Global growth opportunities for us include the development of new products, as well as physical expansion into new countries and markets. In the United Kingdom and Europe, we will focus on continuing to broaden the range of integrated solutions we offer our clients. In Asia, we will continue to specialize in serving the needs of governments and government agencies – something State Street does better than anyone else.

A third priority is to continue to improve our profit margins – an especially important objective in this challenging environment. We're concentrating on both sides of the equation: increasing our revenue and controlling our expenses. Our growing client base gives us advantages in this area, both in terms of opportunities to sell more services and in opportunities to leverage economies of scale.

A fourth priority is to foster continued innovation in serving the emerging needs of global investors by adapting traditional business models to changing conditions. While a great deal of our growth will continue to come from providing technology, transaction and information services for large investors, we see a new source of growth in providing a broader suite of services to the front office. We plan to launch new equity execution capabilities early in 2003. We will also continue to expand our investment management product line to include new strategies in the quantitative active category.

A final priority is to offer our employees ample opportunities for personal and professional growth. As our employees learn new skills, gain new experiences and perspectives and become more satisfied in their work, they'll be motivated to achieve great things for State Street – which, in turn, will create even better opportunities for them. This virtuous cycle has always been part of the State Street culture, and we have proven time and again that it works.

Executing on our strategic priorities will be a complex and challenging task. To maintain and deepen our leadership position, we must be successful in both finding the best opportunities to grow and in continuously shifting our resources to align them with these opportunities. We are more confident than ever that our core strategy – focusing on being the partner sophisticated global investors trust most to help them succeed – is a sound approach to long-term growth.

I want to thank my State Street colleagues around the world for your hard work and outstanding results in 2002. I also want to thank our stockholders for your continued support.

Sincerely,

*David A. Spina*

David A. Spina
Chairman and Chief Executive Officer

GR007978