**EXHIBIT 12C**



from left to right:
**Ronald E. Logue**
President and Chief Operating Officer

**John R. Towers**
Vice Chairman

**David A. Spina**
Chairman and Chief Executive Officer

GR007979

State Street Corporation | 7

## CONTINUING TO GROW

**IN A CHALLENGING MARKET ENVIRONMENT, WHAT IS STATE STREET'S STRATEGY FOR CONTINUED GROWTH?**

We have a very clear strategy for achieving long-term growth. It's built around the concept of focus. We're focused exclusively on sophisticated global investors. We believe this client segment offers superior opportunities for growth. It's also one we are uniquely equipped to serve. We're focused on providing everything sophisticated global investors need to invest successfully. Our aim is to offer integrated solutions that cover the entire investment cycle, from research and analytics to multi-asset class trade execution to fund accounting and administration. Our development efforts target products that offer our clients the strongest growth potential in today's market environment. We're also focused on strengthening our presence in high-growth geographic regions, such as Europe.

**WHY FOCUS EXCLUSIVELY ON SERVICING SOPHISTICATED GLOBAL INVESTORS?**

This client segment is extraordinarily attractive in terms of its size and rapid growth. Sophisticated global investors have a broad array of complex and specialized servicing requirements. Our clients' needs include investment servicing, such as custody, fund accounting, transfer agency services and settlement... investment management strategies and advisory services, including portfolio construction, research, and analytics... and a range of trading services, from multi-asset class trade execution to securities lending. A key differentiator for us is our ability to integrate or customize solutions to fit each client's specific requirements.

© State Street Corporation

GR007980

An important source of growth for State Street is an increasing preference on the part of sophisticated global investors to outsource their servicing requirements to an outside expert, rather than trying to handle it themselves. Global capital markets are becoming more complex with changes in investment regulations, advances in technology, and the development of global standards. This transition is creating a shift away from relatively fragmented local and regional financial markets toward a more consolidated, globally integrated market. The servicing implications of this change are tremendous. Never have sophisticated investors had more of a need for a trusted partner with global capabilities.

### FROM STATE STREET'S PERSPECTIVE, HOW IS THE FINANCIAL SERVICES MARKETPLACE CHANGING?

We see three broad trends that will have a significant effect on our business. The first is a growing sense of urgency about retirement security. Longer life expectancies and the aging of the post-World War II generation will put tremendous pressure on retirement systems worldwide. Many developed nations are considering tax-advantaged ways to strengthen their existing pension systems and encourage retirement savings. These reforms will create growing pools of assets that need to be managed and serviced.

The second trend involves changes in savings and investment preferences. The prolonged decline in equity markets has forced investment managers to look at new ways to increase their revenues while controlling risk. This trend has resulted in many product innovations — including exchange-traded funds and wrap accounts — that respond to investors' increased sensitivity to costs. Demand has also increased for risk-controlled strategies, including enhanced indexing, and non-traditional investments such as hedge funds. Our expertise in risk-controlled strategies and servicing for alternative investment products offers us an outstanding opportunity to support our clients as they expand their offerings in these areas.

**GENERAL ELECTRIC**

In 1988, GE began to manage money for other companies, in addition to managing the assets of its own pension plan. GE wanted assistance with its back-office investment management operations. State Street responded with a technology integration plan and a complete analysis of GE's investment support operation. Today, State Street values over 400 portfolios for GE each day, provides daily performance measurement and analysis, reconciles with more than 20 custodians and provides GE with a single master book of records.

The third trend is convergence in financial services. In recent years, many companies have merged with or acquired other companies whose skills and reach complement their own. These consolidations usually result in investment servicing operations in multiple countries, creating a level of complexity that is very difficult to administer. Many choose to outsource all or part of their servicing to a trusted provider like State Street. Our full range of integrated solutions and our extensive global experience give us an advantage in competing for their business.

WHERE ARE THE BEST OPPORTUNITIES FOR STATE STREET'S FUTURE GROWTH?

We grow our business in two ways: by winning new clients and by selling more services to our existing clients. In 2002, we won a great deal of new business, including relationships with Nuveen Investments, a U.S.-based asset manager, and UNICO Asset Management SA, a Luxembourg-based asset management company. We expect this momentum with regard to new business to continue. However, we believe enriching our relationships with existing clients by expanding the range of products and services we offer them is an even greater opportunity. Even when the market declines, we can grow by constantly innovating — looking for new ways to bring our clients the products and services they need.

Several areas hold particular promise. Trading services, particularly equity execution, offer strong growth potential. State Street's position as the leader in global investor servicing gives us substantial lead, scale and volume, as well as rich resources of research and analytics. We deliver a full range of pre-trade services, as well as multi-asset class trade execution and post-trade functions. These services can be integrated for our clients on our state-of-the-art trading platform, Global Link. Our capabilities allow us to assist global asset managers in all phases of the investment decision-making process.



GR007982

forming strategic outsourcing partnerships with asset managers is another area that continues to offer opportunities for growth. We have the depth and breadth to provide asset managers with virtually any service they need. And we can customize our offerings to focus on servicing a single area in depth ... a bundled series of functions ... or the whole gamut of services that are necessary to run the investment operations side of our clients' business. Our wide-reaching experience means we can run operations functions more efficiently and, most often, more cost-effectively than the asset managers could themselves.

In 2002, J. & W. Seligman & Co., a New-York-based investment manager, selected us as their outsourcing operations partner. We had formerly provided Seligman with fund accounting, fund administration, and custody services. Now we also handle trade support and settlement, portfolio record keeping, custodian communications for settlements, and systems network and applications support. Through this type of arrangement, partners like Seligman gain access to State Street's enterprise technologies, fully integrated solutions, and servicing efficiencies. In addition, they benefit from greater cost control and the ability to focus on their core competency of money management.

We are also strategically expanding the scope of our integrated suite of services by focusing on growing markets. In 2002, we expanded our range of services for investment managers who serve the high-net-worth market. This market totals about $26 billion in assets, with strong growth projected for the coming years. State Street's full range of services, from managed account servicing to account aggregation, allows wealth managers to expand their service offerings to high-net-worth clients, while also freeing them to focus on relationship development and money management. With our recent acquisition of International Fund Services, we also introduced a full line of services for alternative investments such as hedge funds. Hedge funds



GR007983

State Street Corporation | 11



Currently have about $600 billion in assets under management with double-digit growth projected for the coming years. In these challenging times, we believe our risk-controlled investment strategies, particularly enhanced indexing, also offer outstanding opportunities for growth.

### HOW WILL THE ACQUISITION OF DEUTSCHE BANK'S GLOBAL SECURITIES SERVICES FIT IN WITH STATE STREET'S STRATEGY?

The acquisition of a substantial part of Deutsche Bank's Global Securities Services business supports our strategy to expand State Street's scope and scale as the premier partner serving the needs of sophisticated global investors, particularly in the growing European market. No other company will be able to match the range and quality of services we can offer globally. In Europe, where collective investments and pensions are growing at faster rates than in the United States, State Street is now a big, local player, with more than double the amount of assets we service. We believe the acquisition also offers a unique opportunity to generate long-term value for our clients, stockholders, and employees.

State Street has acquired most of Deutsche Bank's global securities services business, including the bank's global custody, fund administration services, Depotbank services, securities lending, performance measurement and benefit payment businesses worldwide, as well as domestic custody and securities clearing in the United States and the United Kingdom. Our ten-year contract to provide additional services to Deutsche Asset Management, the largest asset manager in continental Europe, also provides a significant revenue stream for State Street. These are all businesses we know well, which gives us confidence that the integration will proceed smoothly, yielding potentially significant benefits in terms of cost savings, economies of scale, expanded product capabilities, and cross selling opportunities.

## WHAT DIFFERENTIATES STATE STREET FROM ITS COMPETITORS

State Street has a competitive advantage in servicing the recognized needs of large, sophisticated global investors. None of our competitors has the ability to integrate products and services the way we do or the experience in doing it globally. No one else can match our scope and scale. Our size and stability commitment mean we can maintain the necessary investment in people, technology, and operations to grow and compete.

Our goal, however, is not to be the biggest financial services provider, but the best. We believe our success depends largely on our deep commitment and long-standing relationships with our clients. Our client focus helps us operate as a trusted partner, seamlessly integrating people and systems while also developing new products and strategies to help our clients build their businesses. Our modular offerings allow us to tailor outsourcing solutions to each client's unique requirements. Our clients tell us that because we focus exclusively on serving their specialized needs, we understand their business requirements and challenges better than any of our competitors. We believe State Street is uniquely positioned with the breadth of services, global experience, technology, and vision to help our clients succeed in all market conditions.

## AP2 – SWEDEN'S SECOND NATIONAL PENSION FUND

The Second Swedish National Pension Fund (AP2) is one of four buffer funds created as part of the May 2000 reorganization of Sweden's national pension system. Its aim is to ensure that pension assets are invested to generate a maximum long-term return at a minimum risk.

In June of 2002 – building on its existing relationship with State Street Global Advisors – AP2 appointed State Street to provide custody and fund accounting, in addition to investment management services.

State Street was chosen because of our global scale and expertise, and our ability to provide AP2 with a bundled suite of customized investment services. Because State Street is the world's leading provider of fund accounting services, we have the experience and technology to service the sophisticated needs of multi-national pension funds.

GR007985

# FINANCIAL SUMMARY

## SELECTED FINANCIAL DATA

| (Dollars in millions, except per share data) | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|
| **Years ended December 31:** | | | | | |
| **Fee revenue:** | | | | | |
| Servicing fees | $ 1,716 | $ 1,648 | $ 1,447 | $ 1,189 | $ 1,043 |
| Management fees | 526 | 516 | 584 | 600 | 480 |
| Foreign exchange trading | 300 | 368 | 387 | 306 | 289 |
| Brokerage fees | 124 | 89 | 95 | 67 | 36 |
| Processing fees and other | 184 | 148 | 177 | 159 | 160 |
| Total fee revenue | 2,850 | 2,769 | 2,690 | 2,321 | 2,008 |
| **Net interest revenue:** | | | | | |
| Interest revenue | 1,974 | 2,855 | 3,256 | 2,437 | 2,237 |
| Interest expense | 995 | 1,830 | 2,362 | 1,656 | 1,492 |
| Net interest revenue | 979 | 1,025 | 894 | 781 | 745 |
| Provision for loan losses | 4 | 10 | 9 | 14 | 17 |
| Net interest revenue after provision for loan losses | 975 | 1,015 | 885 | 767 | 728 |
| Gains (losses) on the sales of available-for-sale investment securities, net | 76 | 43 | 2 | (45) | 10 |
| Gain on the sale of corporate trust business, net of exit and other associated costs | 495 | | | | |
| Gain on the sale of commercial banking business, net of exit and other associated costs | | | | 282 | |
| Total revenue | 4,396 | 3,827 | 3,577 | 3,325 | 2,746 |
| Operating expenses | 2,841 | 2,897 | 2,671 | 2,357 | 2,089 |
| Income before income taxes | 1,555 | 930 | 906 | 968 | 657 |
| Income taxes | 540 | 302 | 311 | 349 | 221 |
| Net income | $ 1,015 | $ 628 | $ 595 | $ 619 | $ 436 |
| Diluted earnings per share | $ 3.10 | $ 1.90 | $ 1.81 | $ 1.89 | $ 1.33 |
| Cash dividends declared per share | .480 | .405 | .345 | .300 | .260 |
| Return on equity | 24.1% | 17.3% | 20.3% | 25.0% | 20.2% |
| **As of December 31:** | | | | | |
| Total assets | $ 85,794 | $ 69,850 | $ 69,298 | $ 60,896 | $ 47,082 |
| Long-term debt | 1,270 | 1,217 | 1,219 | 921 | 922 |
| Stockholders equity | 4,787 | 3,845 | 3,262 | 2,652 | 2,311 |
| Closing price per share of common stock | 39.00 | 52.25 | 62.11 | 36.53 | 35.07 |
| Number of employees | 19,501 | 19,753 | 17,604 | 17,213 | 16,816 |

State Street prepares its financial information in accordance with accounting principles generally accepted in the United States (GAAP). This financial information includes significant, non-operating items and reports goodwill amortization expense in accordance with the accounting practices applicable for those periods presented.

In order to provide information on a comparable basis from period to period and to assist stockholders, analysts, other external parties and management in analyzing the financial results and trends of ongoing businesses and operations, State Street also presents supplemental financial information on an operating results basis. Such supplemental operating results information is based on GAAP results and adjusted for the results of certain significant transactions, fully taxable equivalent adjustments that increase net interest revenue to reflect investment yield on tax-free investments on an equivalent basis with taxable investments, and the exclusion of goodwill amortization expense from operating expenses in 2001 and prior years, consistent with GAAP accounting required beginning in 2002. Those adjustments are summarized below. Please refer to our 2002 Financial Review for more financial information.

## SUPPLEMENTAL FINANCIAL OPERATING RESULTS

| (Dollars in millions) | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|
| **Years ended December 31:** | | | | | |
| Net Income — GAAP results above | $ 1,015 | $ 628 | $ 595 | $ 619 | $ 436 |
| **After-tax adjustments to arrive at operating results:** | | | | | |
| Deduct gain on sale of Commercial Banking business | | | | (164) | |
| Add loss on portfolio repositioning | | | | 34 | |
| Add loss on investment in Bridge Information Systems | | 33 | | | |
| Deduct gain on the sale of Corporate Trust business | (296) | | | | |
| Add goodwill amortization expense | | 26 | 11 | 10 | 8 |
| Net Income — Operating Results | $ 719 | $ 687 | $ 606 | $ 499 | $ 444 |
| Diluted earnings per share | $ 2.20 | $ 2.08 | $ 1.85 | $ 1.52 | $ 1.35 |

14 | State Street Corporation

GR007986

# Summary of Operations

## Financial Information

State Street prepares its financial information in accordance with accounting principles generally accepted in the United States (GAAP). This financial information includes significant non-operating items and reports goodwill amortization expense in accordance with the accounting practices applicable for those periods presented. These financial results are presented in the Consolidated Statement of Income and summarized on the Selected Financial Data schedule.

In order to provide information on a comparable basis from period to period and to assist stockholders, analysts, other external parties and management in analyzing the financial results and trends of its ongoing businesses and operations, supplemental financial results on an operating results basis are also presented. State Street believes that such non-GAAP financial information assists investors and others by providing them with financial information in a format that provides comparable financial trends of ongoing business activities. Those financial results are summarized as Supplemental Financial Operating Results.

Comparisons between periods are primarily made based on information in the Consolidated Statement of Income with additional comparisons made using supplemental financial data prepared on an operating basis where it would provide additional information to the reader.

## Business Summary

State Street is focused on providing sophisticated investors with a complete, integrated range of products and services anywhere in the world. State Street continually evaluates its business mix, and has sharpened its focus by divesting those businesses considered to be non-strategic and acquiring businesses to support this focus. In the past five years, State Street has divested its commercial banking, its trade banking and its corporate trust businesses, while acquiring several investment management and investment servicing businesses, most recently, International Fund Services, a provider of services for alternative investment portfolios such as hedge funds, in 2002, and a substantial portion of Deutsche Bank's Global Securities Servicing business in 2003. While shaping its future, State Street delivered a twenty-five year record of growth in operating earnings per share.

State Street's employees are focused on client service and enhancing the total client relationship with State Street. As a result, State Street has a high rate of recurring and cross-selling revenues. While most of State Street's client services result in management or servicing fees, clients use a variety of other services that are recorded in foreign exchange, processing, or net interest revenue. Management remains focused on increasing total revenue.

While most of State Street's revenue derives from its substantial market share in U.S. pension plans and mutual fund servicing, it continues to invest in developing businesses. These include servicing collective funds in the United Kingdom and continental Europe, offering outsourcing of middle- and back-office services and wealth management services, developing services for alternative investments, providing analysis and data analytics to enhance foreign exchange and equity execution, and offering enhanced-index investment management strategies.

State Street's solid performance in 2002, despite a third consecutive year of declining values in equity markets worldwide and a somewhat flat interest rate environment, was due to winning business from new and existing clients, expanding its product offering, and closely managing its expenses.

GR007987