**EXHIBIT 12D**

## Financial Summary

State Street's earnings per share were $3.10 in 2002, up $1.20 from $1.90 in 2001. The results for 2002 include a gain on the sale of State Street's corporate trust business of $495 million, equal to $296 million after tax, or $.90 of diluted earnings per share. The results for 2001 included the write-off of State Street's total investment in Bridge Information Systems, Inc. (Bridge) of $50 million, equal to $33 million after tax, or $.10 of diluted earnings per share, and by the effect of goodwill amortization expense of $38 million, equal to $26 million after tax, or $.08 of diluted earnings per share. Adjusting 2002 results to exclude the gain on the sale of the corporate trust business, resulting earnings per share would be $2.20. Adjusting 2001 results to exclude the write-off of Bridge and goodwill amortization expense, resulting earnings per share would be $2.08 for 2001.



**EARNINGS PER SHARE** (Dollars)

■ Earnings per share in accordance with GAAP
▧ Earnings per share — Operating-Results — See Supplemental
  Financial Operating Results in the Financial Review

Net income was $1.0 billion, up $387 million from net income of $628 million in 2001. Of this increase, $355 million is attributable to non-operating items, including the net after-tax gain on the sale of State Street's corporate trust business in 2002, and the after-tax write-off of Bridge and after-tax goodwill amortization expense in 2001. Adjusting these results to reflect ongoing operations without such items, current year net income was up $32 million over 2001.

The Corporation's total revenue was $4.4 billion, an increase of $569 million from total revenue of $3.8 billion in 2001. Of this increase, $545 million is attributable to non-operating items, including the gain on the sale of the corporate trust business in 2002, and the write-off of Bridge in 2001. Adjusting these results to reflect ongoing operations without such items, 2002 total revenue increased $24 million from 2001.



**TOTAL REVENUE** (Dollars in millions)

■ Total revenue in accordance with GAAP
▧ Total revenue — Operating Results — See Supplemental
  Financial Operating Results in the Financial Review

The increase in total revenue of $24 million from ongoing operations was driven by growth in servicing and management fees, brokerage fees and gains on the sales of available-for-sale securities, largely offset by declines in foreign exchange trading fee revenue and net interest revenue.

Servicing fees for 2002 of $1.7 billion were up $68 million from 2001. New business from existing and new clients, including business gained through an acquisition in July 2002, drove growth in servicing fees, more than offsetting constraints imposed by the decline in comparable average equity market valuations and lower securities lending revenue. Assets under custody were $6.2 trillion, down $32 billion from a year ago, reflecting declines in equity market valuations, largely offset by the installation of new business.

GR007988

Management fees of $526 million in 2002 were up $10 million from the prior year, reflecting continued sales success over the last twelve months, significantly offset by lower equity market valuations. Assets under management were $763 billion, down from $775 billion a year ago.

Foreign exchange trading revenue was $300 million, compared to $368 million a year ago, with the decrease reflecting a lower number of customer trades and lower currency volatility in the currencies in which State Street trades. Net interest revenue was $979 million, a decline of $46 million from 2001. Lower yields on assets, reflecting the continuing decline in interest rates, offset growth in the balance sheet and lower liability costs.

Brokerage fee revenue was $124 million in 2002, compared to $89 million a year ago, driven primarily by significantly higher equity trading volumes. Securities gains were $76 million, compared to $43 million a year ago reflecting opportunities created by continued declines in market yields on fixed-income securities.

State Street's earnings performance in 2002 was partly the result of success in reducing expenses. Operating expenses were $2.8 billion in 2002, down $56 million from 2001. Of this decrease, $38 million is attributable to goodwill amortization expense recorded in 2001, but no longer expensed in 2002 in accordance with generally accepted accounting principles. Adjusting for this accounting change, 2002 total expenses decreased $18 million. The decrease is primarily attributable to efforts by State Street to closely manage expenses, partially offset by the impact of acquisitions.

State Street's primary financial goal is to achieve sustainable, real growth in earnings per share. State Street measures this goal on an operating basis that excludes significant, non-operating items. On an operating basis, over the last five years, diluted operating earnings per share increased at a 14% nominal compound annual growth rate.

State Street has two supporting financial goals, one for total revenue on an operating basis and one for return on stockholders' equity on an operating basis. State Street's total revenue goal is 12.5% real compound annual growth from 2000 through 2010. State Street expects to meet its goal over the stated period. Operating return on stockholders' equity for 2002 was 17.1%. State Street's goal is 18% per year.

# Report of Independent Auditors

## The Stockholders and Board of Directors
State Street Corporation

We have audited, in accordance with auditing standards generally accepted in the United States, the consolidated statement of condition of State Street Corporation at December 31, 2002 and 2001 and the related consolidated statements of income, changes in stockholders' equity, and cash flows for each of the three years in the period ended December 31, 2002 (not presented separately herein) and in our report dated January 10, 2003, except for Note 25, as to which the date is January 31, 2003, we expressed an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated financial statements is fairly stated in all material respects in relation to the consolidated financial statements from which it has been derived.

*Ernst & Young LLP*

Boston, Massachusetts
January 10, 2003,
except for Note 25, as to which the date is
January 31, 2003

GR007989

# Condensed Consolidated Financial Statements

CONSOLIDATED STATEMENT OF INCOME

| (Dollars in millions, except per share data)  Years ended December 31, | 2002 | 2001 | 2000 |
|---|---|---|---|
| **Fee Revenue** | | | |
| Servicing fees | $ 1,716 | $ 1,648 | $ 1,447 |
| Management fees | 526 | 516 | 584 |
| Foreign exchange trading | 300 | 368 | 387 |
| Brokerage fees | 124 | 89 | 95 |
| Processing fees and other | 184 | 148 | 177 |
| Total Fee Revenue | 2,850 | 2,769 | 2,690 |
| **Net Interest Revenue** | | | |
| Interest revenue | 1,974 | 2,855 | 3,256 |
| Interest expense | 995 | 1,830 | 2,362 |
| Net interest revenue | 979 | 1,025 | 894 |
| Provision for loan losses | 4 | 10 | 9 |
| Net interest revenue after provision for loan losses | 975 | 1,015 | 885 |
| Gains on sales of available-for-sale investment securities | 76 | 43 | 2 |
| Gain on sale of corporate trust business, net of exit and other associated costs | 495 | | |
| Total Revenue | 4,396 | 3,827 | 3,577 |
| **Operating Expenses** | | | |
| Salaries and employee benefits | 1,670 | 1,663 | 1,524 |
| Information systems and communications | 373 | 365 | 305 |
| Transaction processing services | 246 | 247 | 268 |
| Occupancy | 246 | 229 | 201 |
| Other | 306 | 393 | 373 |
| Total operating expenses | 2,841 | 2,897 | 2,671 |
| Income before income taxes | 1,555 | 930 | 906 |
| Income taxes | 540 | 302 | 311 |
| Net Income | $ 1,015 | $ 628 | $ 595 |
| **Earnings Per Share** | | | |
| Basic | $ 3.14 | $ 1.94 | $ 1.85 |
| Diluted | 3.10 | 1.90 | 1.81 |
| **Average Shares Outstanding (in thousands)** | | | |
| Basic | 323,520 | 325,030 | 321,678 |
| Diluted | 327,477 | 330,492 | 328,088 |

Refer to State Street Corporation's 2002 Financial Review for a complete set of consolidated financial statements

GR007990

CONSOLIDATED STATEMENT OF CONDITION

| (Dollars in millions) As of December 31, | 2002 | 2001 |
|---|---|---|
| **Assets** | | |
| Cash and due from banks | $ 1,361 | $ 1,651 |
| Interest-bearing deposits with banks | 28,143 | 20,317 |
| Securities purchased under resale agreements and securities borrowed | 17,215 | 16,680 |
| Trading account assets | 984 | 994 |
| Investment securities (including securities pledged of $10,335 and $9,006) | 28,071 | 20,781 |
| Loans (less allowance of $61 and $58) | 4,113 | 5,283 |
| Premises and equipment | 887 | 829 |
| Accrued income receivable | 823 | 880 |
| Goodwill | 462 | 470 |
| Other intangible assets | 127 | 142 |
| Other assets | 3,608 | 1,823 |
| **Total Assets** | $ 85,794 | $ 69,850 |
| | | |
| **Liabilities** | | |
| Deposits: | | |
| Noninterest-bearing | $ 7,279 | $ 9,390 |
| Interest-bearing – U.S. | 9,005 | 2,753 |
| Interest-bearing – Non-U.S. | 29,184 | 26,416 |
| Total deposits | 45,468 | 38,559 |
| Securities sold under repurchase agreements | 21,963 | 19,006 |
| Federal funds purchased | 3,895 | 3,315 |
| Other short-term borrowings | 3,440 | 1,012 |
| Accrued taxes and other expenses | 1,967 | 1,582 |
| Other liabilities | 3,004 | 1,314 |
| Long-term debt | 1,270 | 1,217 |
| **Total Liabilities** | $ 81,007 | $ 66,005 |
| | | |
| **Stockholders' Equity** | | |
| Preferred stock, no par; authorized 3,500,000; issued none | | |
| Common stock, $1 par; authorized 500,000,000; issued 329,992,000 and 329,999,000 | 330 | 330 |
| Surplus | 104 | 110 |
| Retained earnings | 4,472 | 3,612 |
| Accumulated other comprehensive income | 106 | 70 |
| Treasury stock, at cost (5,065,000 and 6,329,000 shares) | (225) | (277) |
| **Total Stockholders' Equity** | 4,787 | 3,845 |
| **Total Liabilities and Stockholders' Equity** | $ 85,794 | $ 69,850 |

Refer to State Street Corporation's 2002 Financial Review for a complete set of consolidated financial statements.

GR007991

board



1. DAVID A. SPINA
Chairman and Chief Executive Officer

2. TENLEY E. ALBRIGHT, M.D.[1]
Chairman, Western Resources, Inc.,
real-estate assets holding company

3. I. MACALLISTER BOOTH[1][2]
Retired Chairman, President and Chief
Executive Officer, Polaroid Corporation

4. TRUMAN S. CASNER
Of Counsel, Ropes & Gray, attorneys

5. NADER F. DAREHSHORI[1]
Retired Chairman, President and
Chief Executive Officer, Houghton
Mifflin Company, publisher

6. ARTHUR L. GOLDSTEIN[1]
Chairman and Chief Executive Officer,
Ionics, Incorporated, water treatment

7. DAVID P. GRUBER[1]
Retired Chairman and Chief Executive
Officer, Wyman-Gordon Company

8. LINDA A. HILL[3]
Wallace Brett Donham Professor
of Business Administration,
Harvard Business School

9. CHARLES R. LAMANTIA[1]
Retired Chairman and Chief Executive
Officer, Arthur D. Little, Inc.

10. RONALD E. LOGUE
President and Chief Operating Officer

11. DENNIS J. PICARD[1]
Chairman Emeritus, Raytheon Company

12. ALFRED POE[1]
Private Investor

13. RICHARD P. SERGEL[1]
President and Chief Executive
Officer, National Grid USA, electric
and gas utility

14. RONALD L. SKATES
Private Investor

15. GREGORY L. SUMME[1]
Chairman, President, and Chief
Executive Officer, PerkinElmer, Inc.,
technology products and systems

16. DIANA CHAPMAN WALSH[1]
President, Wellesley College

17. ROBERT E. WEISSMAN[1]
Chairman, Shelburne Investments





(1) Member of the Examining and Audit Committee
(2) Member of the Executive Compensation Committee
(3) Member of the Nominating Committee

GR007992



GR007993

State Street Corporation | 21

## CORPORATE LEADERSHIP

**DAVID A. SPINA***
Chairman and Chief Executive Officer

**RONALD E. LOGUE***
President and Chief Operating Officer

**JOHN R. TOWERS***
Vice Chairman

**JOSEPH C. ANTONELLIS**
Executive Vice President and Chief
Information Officer

**MAUREEN S. BATEMAN***
Executive Vice President and
General Counsel

**NICHOLAS J. BONN**
Executive Vice President

**DREW J. BREAKSPEAR**
Executive Vice President and
General Auditor

**ALAN J. BROWN**
Executive Vice President, Vice Chairman,
State Street Global Advisors

**THOMAS F. CATALDO**
Executive Vice President

**TIMOTHY J. CAVERLY**
Executive Vice President

**JOSEPH W. CHOW**
Executive Vice President

**KATHLEEN C. CUOCOLO**
Executive Vice President

**LUIS J. DE OCEJO**
Executive Vice President

**GARY E. ENOS**
Executive Vice President

**MARY M. FENOGLIO**
Executive Vice President

**STEFAN M. GAVELL***
Executive Vice President and Treasurer

**ALAN D. GREENE**
Executive Vice President

**TIMOTHY B. HARBERT***
Executive Vice President,
Chairman and Chief Executive Officer,
State Street Global Advisors

**DARLA M. HASTINGS**
Executive Vice President

**JOSEPH L. HOOLEY**
Executive Vice President

**WILLIAM W. HUNT**
Executive Vice President

**THOMAS J. McCROSSAN**
Executive Vice President

**EDWARD J. O'BRIEN**
Executive Vice President

**JAMES S. PHALEN**
Executive Vice President

**EDWARD J. RESCH***
Executive Vice President and
Chief Financial Officer

**GEORGE A. RUSSELL, JR.**
Executive Vice President

**JOHN R. SERHANT**
Executive Vice President, Vice Chairman,
State Street Global Advisors

**STANLEY W. SHELTON**
Executive Vice President

**JOHN R. SNOW**
Executive Vice President, Vice Chairman,
State Street Global Advisors

**MARK J. SNYDER**
Executive Vice President

**ANNE P. TANGEN**
Executive Vice President

**ROBERT R. TARTER**
Executive Vice President

**K.K. TSE**
Executive Vice President

**RALPH F. VITALE**
Executive Vice President

**MICHAEL L. WILLIAMS**
Executive Vice President

**ROBERT R. WILLIAMS***
Executive Vice President

\* Designated as executive officers for SEC and IRS purposes

GR007994

# corporate
INFORMATION

## CORPORATE HEADQUARTERS

State Street Corporation
225 Franklin Street
Boston, Massachusetts 02110-2804

Website: www.statestreet.com

General Inquiries: +1 617 786 3000

## ANNUAL MEETING

Wednesday, April 16, 2003, 10:00 a.m. at
Corporate Headquarters

## TRANSFER AGENT

Registered stockholders wishing to
change name or address information on
their shares, transfer ownership of stock,
deposit certificates, report lost certificates,
consolidate accounts, authorize direct
deposit of dividends, or receive information
on State Street's dividend reinvestment
plan should contact:

EquiServe Trust Company, N.A.
P.O. Box 43011
Providence, Rhode Island 02940-3011
800 426 5523
Website: www.equiserve.com

## COMMON STOCK LISTING

State Street's common stock is listed
on the New York Stock Exchange, ticker
symbol STT, and on the Boston and Pacific
Stock Exchanges.

## STOCKHOLDER INFORMATION

For timely information about corporate
financial results and other matters of
interest to stockholders, and to request
copies of our news releases and financial
reports by fax or mail, please visit our
website at

www.statestreet.com/stockholder

or call 877 639 7788 toll-free in the United
States and Canada, or +1 202 266 3340
from other countries. These services are
available 24 hours a day, seven days a week.

For copies of State Street's Form 10-K,
Form 10-Q quarterly financial releases, or
additional copies of this annual report,
please visit State Street's website, call State
Street's stockholder services telephone
line described above, or write to Investor
Relations at Corporate Headquarters.

Investors and analysts interested in
additional financial information may
contact State Street's Investor Relations
department at Corporate Headquarters,
telephone +1 617 664 3477.

GR007995

wide

dwide

ost sophisticated investors in the world — and their growth strategies are
offices in over 20 countries and a global network covering over 100 mature
an help them capitalize on investment opportunities wherever they arise.

ETHERLANDS
Amsterdam

ETHERLANDS ANTILLES
Willemstad–Curaçao

EW ZEALAND
Wellington

E'S REPUBLIC OF CHINA
ng

INGAPORE
Singapore

OUTH KOREA
eoul

WITZERLAND
urich

AIWAN
aipei

NITED ARAB EMIRATES
ubai

NITED KINGDOM
asingstoke, Edinburgh, Guernsey,
ersey, London, Windsor

UNITED STATES

California
Alameda, Los Angeles, Newport Beach,
Sacramento, San Diego, San Francisco

Connecticut
Hartford

Georgia
Atlanta

Illinois
Chicago

Indiana
Indianapolis

Iowa
Des Moines

Massachusetts
Boston, Milton, Norwood, Osterville, Quincy,
Westborough, Westwood

Minnesota
Minneapolis

Missouri
Kansas City

New Hampshire
Manchester, North Hampton

New Jersey
Princeton

New York
New York, White Plains

North Carolina
Winston-Salem

GR007996



For more information
State Street Corporation
225 Franklin Street
Boston, Massachusetts 02110
617-786-3000

www.statestreet.com

© State Street Corporation

STATE STREET
For everything you invest in

GR007997