**EXHIBIT 12E**



*Creating Investment Strategies and Integrated Solutions for Clients Worldwide*

GR007998

**DANIEL D. BAYSTON, CFA**
MANAGING DIRECTOR

DUFF&PHELPS, LLC

311 SOUTH WACKER DRIVE • SUITE 4200 • CHICAGO, IL 60606
312-697-4660 • FAX 312-697-0115
DAN.BAYSTON@DUFFLLC.COM

GR007999

GOODWIN | PROCTER

Daniel M. Glosband, P.C.
617 570 1930
dglosband@goodwinprocter.com

Goodwin Procter LLP
Exchange Place
Boston, MA 02109
T. 617 570 1000. F 617 523 1231

GR008000

GOODWIN | PROCTER

Shepard M. Remis, P.C.
617 570.1350
sremis@goodwinprocter.com

Goodwin Procter LLP
Exchange Place
Boston, MA 02109
t  617.570.1000, f  617.523.1231

GR008001

SS&A.
STATE STREET GLOBAL ADVISORS

Kelly O. Driscoll
Senior Principal

Investment Management
Two International Place
Boston, MA 02110

Telephone    (617) 664 5880
Facsimile     (617) 664 2376
kelly_o_driscoll@ssga.com

GR008002

# Independent Fiduciary Services



*Representing the Investment Interests
of Your Plan, Participants, and Beneficiaries*

SS&A.

STATE STREET GLOBAL ADVISORS

GR008003



## Managing the Impact of
## Corporate Transactions on Benefit Plans

In today's constantly changing business environment, employee benefit plans are playing an increasingly significant role in corporate transactions. Whether your plans are currently funded with employer securities or you are seeking to maximize finance and tax strategies by leveraging an Employee Stock Ownership Plan (ESOP), you may be confronting a financially complex investment decision involving conflicting interests.

Potential conflicts can occur when a proposed transaction provides measurable advantages to the corporation, the existing management, or even the employees, but may be inconsistent with the investment interests of the benefit plan as a separate entity. When these situations occur, decision-making on behalf of the plan should be placed in the hands of a professional fiduciary that is independent of the corporation and all other involved parties.

## Shifting the Burden of
## Fiduciary Responsibility

As the industry leader in independent fiduciary and ESOP transactions, State Street Global Advisors (SSgA) provides ongoing fiduciary services to more than 125 clients with over $80 billion in company stock assets. We understand the complexities of fiduciary responsibility and have developed an unparalleled level of expertise.

By retaining SSgA, you shift fiduciary liability from your officers or committee members who have personal liability as plan fiduciaries, to an institution that is willing and qualified to assume fiduciary responsibility.

GR008004



The standards governing fiduciary actions are complex and in many respects vague, making it critical to involve knowledgeable individuals with ERISA and investment experience. One of the primary advantages of working with SSgA is the team of seasoned professionals dedicated to this area of expertise. In addition to our fiduciary service officers, the team includes legal and compliance professionals, a fiduciary committee, investment analysts, company stock management staff, trust and custody professionals, stock trading experts, and record-keeping specialists.

## Performing as Your Fiduciary

As an independent fiduciary, SSgA represents the investment interests of the plan participants and beneficiaries. Acting solely in their best interest, we meet the prudent expert standards of ERISA and determine the appropriateness of any proposed transaction. To fulfill these responsibilities, we complete a thorough process that includes:

- Reviewing the structure of the proposed transaction
- Understanding the general terms and conditions that are proposed
- Appointing independent financial and legal advisors
- Conducting and participating in the fiduciary, financial, and legal due diligence needed to analyze the transaction
- Reviewing all relevant documents including company financial statements and projections
- Negotiating the terms and conditions of agreements and documents on behalf of the plan
- Gathering market information and analyst reports

- Questioning advisors on work performed, assumptions incorporated, and methodologies utilized

- Analyzing all relevant financial reports and opinions rendered by third parties

- Securing appropriate legal opinions

- Completing a rigorous, disciplined, decision-making process

- Providing a detailed presentation of the transaction analysis to the fiduciary committee

- Documenting the fiduciary committee's determination as to whether the transaction is in the best interests of the participants

- Completing and signing the agreements that will validate the transaction

We understand the importance of raising and addressing any issues early in the process to ensure that the transaction progresses efficiently. To accomplish this, SSgA maintains open and continual communication with our clients. We participate in client meetings, conference calls, regulatory hearings, shareholder meetings and employee presentations, and provide written correspondence when appropriate.

Depending upon your specific needs, SSgA is also uniquely qualified to provide you with an array of ongoing services. In addition to accepting fiduciary responsibility and appointment as the plan trustee, we can also provide extensive custody, liquidity management, and complex recordkeeping services. As the industry leader in independent fiduciary transactions, we have the experience to meet all of your fiduciary service needs.

GR008006

## Realizing the Benefits of
### SSgA's Independent Fiduciary Services

SSgA has a long history of addressing ERISA issues unique
to employer securities. With a qualified team of experts and
well-established procedures solidly in place, we have successfully
completed more than 150 independent fiduciary transactions.
We have represented participants' investment interests in:

- Leveraged ESOP transactions
- Mergers and acquisitions
- Initial public offerings
- Corporate restructurings
- Targeting and tracking stock issues
- Section 1042 transactions
- Hostile tender offers and proxy battles
- Spin-offs and divestitures
- Demutualizations of insurance companies and banks
- ESOP loan refinancings
- Exchange and swap transactions
- Company stock within defined benefit plans
- Prohibited transaction exemption requests
- Stock liquidation programs
- Plan terminations

GR008007