**EXHIBIT 12F**



# SS&A.

STATE STREET GLOBAL ADVISORS

Fiduciary Services
Two International Place
Boston, MA 02110
USA

ssga.com

Atlanta
Boca Raton
Boston
Brussels
Chicago
Clearwater
Dubai
Greenwich
Hartford
Hong Kong
London
Los Angeles
Manchester
Montpellier
Montreal
Moscow
Munich
Naples
New York
Osterville
Paris
Prague
Purchase
San Francisco
Santiago
Seoul
Singapore
Sydney
Tokyo
Toronto
Zurich



**For more information** about SSgA's Independent Fiduciary Services,
contact Kelly Driscoll at 617.664.5880 or email: kelly_n_driscoll@ssga.com

© 2001 State Street Corporation

G0834_0401

GR008008

*Creating Investment Strategies and Integrated Solutions for Clients Worldwide*



GR008009



Expertise

. . . . . . money managers . . . size . . . experience . . . customized, . . . . . . investment services for sophisticated investors. We manage virtually every asset class -- equity, fixed income, . . . cash instruments, and real estate -- across all investment disciplines . . . active fundamental, active quantitative, passive, enhanced, overlay, direct, and indirect.

GR008010

# Integrated Solutions for the Sophisticated I



with diversi...
financial needs

Choosing SSgA for the range of in...
...tions for the Integrated Solut...

**SSgA Investment Solutions**

- Defined Benefit Pensions
- Endowment Funds
- Concentrated Stock Management
- Incentive & Stock Ownership Plans
- Institutional Treasury Accounts
- Specialized Trusts
- Brokerage
- State Sponsored Tuition Plans
- Foundation Assets
- Health & Welfare Funds
- Taft/Hartley Assets
- Advisor Services
- Defined Contribution Retirement Plans
- Planned Giving
- Integrated Wealth Management
- Trust & Estate Planning

Tax Exempt Assets | Taxable Assets

**Asset Class Selection**

| Equity | Index<br>Active Enhanced<br>Active Quantitative<br>Active Fundamental |
| Fixed Income | Index/Enhanced/Active<br>Cash<br>Stable Value |
| Alternatives | Private Equity<br>Real Estate<br>Absolute Return<br>Currency |
| Balanced | Passive<br>Active<br>Tactical Asset Allocation |

**Structure**
Separate Accounts, Pooled Funds,
Mutual Funds, Exchange Traded Funds

**Universe**
US, Country(ies), Global

Combi
record
educa

- Bur
- Mu
- Fide
- Insi
- Inte
- 52!
- Cha
- Por
- Sec
- Bur
- Sub
- Cor

GR008011



# SSgA Highlights

## Facts About SSgA

⊟ More than $785 billion
in total assets managed*

⊠ More than 7,500
clients worldwide

⊡ More than 430
investment professionals

## Largest Asset Manager

⊡ US institutional
tax-exempt assets¹

⊛ Enhanced domestic bonds¹

⊛ Indexed international
securities¹

⊛ Non-US equities²

## Industry Leadership and Accolades

⊠ Third largest manager of total
assets under management in
the US and seventh worldwide³

⊠ Second largest institutional
assets worldwide²

⊠ Top rated in Defined Benefits
Client Satisfaction Survey⁴

⊛ Third largest manager of defined
contribution assets (Citistreet)¹

⊠ Placed first in the top 50 managers
of international accounts⁵

⊠ Most successful firm for new
business in continental Europe⁶

*As of December 31, 2001
¹ Pensions & Investments, October 1, 2001
² Pensions & Investments, May 14, 2001
³ Pensions & Investments/Watson Wyatt Survey,
  September 3, 2001
⁴ Plan Sponsor, March 2001 & March 1999
⁵ Pensions & Investments, July 9, 2001
⁶ EfinancialNews.com, February 4, 2002

The products and services described herein are offered by SSgA and its affiliates (including State Street Global Advisors, a division of State Street Bank and Trust Company, and SSgA Funds Management, Inc.) and are designed specifically for various categories of investors. Not all products will be available to all investors.

GR008012

Atlanta □ Bangkok □ Bellevue □ Boca Raton □ Boston □ Brussels □ Chicago □ Clearwater □ Dubai
Greenwich □ Hartford □ Hong Kong □ London □ Los Angeles □ Manchester □ Montpellier □ Montreal
Moscow □ Munich □ Naples □ New York □ Osterville □ Paris □ Prague □ Purchase □ San Francisco
Santiago □ Seoul □ Singapore □ Stamford □ Sydney □ Tokyo □ Toronto □ Zurich

GR008013

STATE STREET

For Everything You Invest In℠

©2002 State Street Corporation    G0931.2.0302

STATE STREET
GLOBAL ADVISORS

*Creating Investment Strategies and Integrated Solutions for Clients Worldwide*



GR008089



SSGA

**Presented on**
April 25, 2003

Kelly Q. Driscoll
Monet T. Ewing

Presentation to:

# W. R. GRACE & CO.



GR008090

## Table of Contents

1   State Street Overview

2   Independent Fiduciary Services

3   Process

4   Team Members

5   Reporting

GR008091

GR008092



**State Street Overview**

GR008093

# Overview

### State Street Bank & Trust Company

- Established 1792
- Financial stability and AA credit rating since 1988
- Largest mutual fund custodian: 43% of marketplace
- Leading global custodian/master trustee: $7.9 trillion
- Comprehensive insurance coverage

### State Street Global Advisors

- Global expertise and full range of investment strategies
- Largest manager of U.S. tax-exempt assets: over $788 billion
- Disciplined institutional fund management

### Independent Fiduciary Services

- Industry leader in independent fiduciary transactions
- ESOP, 401(k) plan, and pension plan experience
- Manage over $55 billion in company stock assets



GR008094



GR008102

# Engagement

## State Street's Engagement

- Role performed
- Fiduciary appointment

## External Resources

- Legal counsel
- Financial Advisor

## Investment Research

- Utilize internal industry expertise
- Gather market analysis on asbestos liability



GR008103

# Due Diligence

## Plan Investment Status

- Understand plan investment history
- Identify fiduciary issues
- Review plan documents
- Read employee communication
- Review participant activity post petition

## Perform Due Diligence

- Diligent, independent investigation
- Management interviews
- Company financials/projections
- Stock trading price/volume
- Legal due diligence
- Bankruptcy process & significant filings
- Contingent liabilities
  - ➤ Asbestos
  - ➤ Environmental

GR008104

# Analysis

### Analysis

- Prudency of investment
- Valuation issues
- Restructuring plan impact
- Trading options

### Equity Committee

- Participation
- Resources/advisors
- Accomplishments/focus
- Inside information

GR008105

# Determination and Communication

## Committee Presentation

- Understand investment
- Determine best interest of participants
- Oversee investment management responsibility

## Employee Communications

- Prepare draft communications
- Coordinate with Fidelity
  - ➤ Participant Q&As
  - ➤ Scripts
  - ➤ Letters/email announcements
- Fidelity would disseminate all information and field inquiries

SSGA

14

GR008108

# Trading Program

## Strategy

- Evaluate impact of Rule 144 restrictions
- Develop trading strategy
  - ➤ Execution goals
  - ➤ Price vs. benchmark
  - ➤ Avoid predictability
  - ➤ Commission structure

## Committee Presentation

- Complete all necessary SEC filings and monitor compliance
- Provide broker/dealer representations
- Bifurcate sales
  - ➤ Participant directed sales continue through existing Fidelity process (not 144 sales)
  - ➤ Discretionary sales managed through SSgA's Trading Desk
  - ➤ Fidelity to settle all trades and complete participant recordkeeping
- Report results

15    SSgA

GR008109

**Team Members**

GR008111

## State Street Corporation
### Transaction Team

**Kelly Q. Driscoll**

Kelly is a Senior Principal and leads SSgA's Independent Fiduciary Group which is responsible for all transactions involving company stock investments in leveraged employee stock ownership plans, profit-sharing and 401(k) plans, defined benefit plans, and non-qualified plans. Kelly joined SSgA in 1994 after serving over six years in State Street's legal division as managing ERISA counsel.

Kelly holds an L.L.M. in Banking law from the Boston University School of Law, a J.D. from Suffolk University Law School, and a B.A. from Catholic University. She is licensed to practice law in Massachusetts and Pennsylvania.

**Monet Ewing**

Monet is Principal in the Institutional Fiduciary Services Division within State Street Global Advisors. She previously served as Vice President and Associate Counsel for State Street and CitiStreet, (a joint venture between State Street and CitiGroup). Prior to joining State Street Corporation, Monet worked as a Tax Law Specialist with the Internal Revenue Service in Washington, D.C.

Monet holds an L.L.M. from Georgetown University where she concentrated in Employee Benefits and Corporate law, a J.D. from American University Washington College of Law, and a B.A. from Boston College. She is a member of the Maryland and the District of Columbia Bar and the American Bar Association.

**State Street Corporation**
Transaction Team

Sydney S. Marzeotti

· Sydney is a Principal at State Street Global
  Advisors in the Department of Institutional
  Fiduciary Services which manages all fiduciary
  transactions including leveraged employee stock
  ownership plans, profit sharing and 401(k) plans,
  defined benefit plans and non-qualified plans.
  Sydney joined the department in 2002 after
  serving over 20 years at Scudder Investments in
  various capacities including Director of ERISA
  Services and Director of Global Retirement Plans.
  Sydney holds an LLM in Taxation from the Boston
  University School of Law, a JD from Suffolk
  University and a Bachelor of Business
  Administration from the University of Michigan.
  She is licensed to practice law in Massachusetts.

SS#A
18

GR008113

# State Street Corporation
## Trading Desk



### Roger L. Petrin

Roger is a Principal of State Street Global Advisors and heads Global Trading. He joined the Firm in May 1994 and has over 20 years of experience in equity execution utilizing both traditional and quantitative methods. Roger is currently a member of the National Organization of Investment Professionals, NYSE Institutional Traders Advisory Committee, Boston Stock Exchange EPAC Committee, and Boston Securities Traders Association. He is also a past president of the Connecticut Security Traders Association. Prior to joining SSgA, Roger spent 12 years at IBM where he was responsible for the development, implementation and management of equity trading for IBM's retirement funds. He also worked at Travelers Investment Management Company and in the State of Connecticut Treasurer's Office. Roger holds a Bachelor of Science degree in Finance from the University of Connecticut and a Masters of Business Administration degree in Finance from the University of Hartford.

### Christopher T. Rice

Chris is a Principal of State Street Global Advisors, and Manager of the Boston Regional Trading Desk. Chris and his team are responsible for executing equity, equity derivative and currency orderflow for SSgA's Global Structured Products, Active Strategy and Global Asset Allocation investment groups. In addition, he participates in projects analyzing the impact of corporate actions, index changes and funding requirements for SSgA's non-dollar developed and emerging markets portfolios. Chris has also spent time enhancing SSgA's securities lending process and continues to develop new strategies designed to improve the efficiency of the firm's trading practices globally.

Prior to joining SSgA in 1996, Chris was the Global Equity Trader and an assistant portfolio manager at Batterymarch Financial Management. He has been in the investment management industry since 1991.

Chris earned his MS in Finance from the Wallace E. Carroll School of Management at Boston College. He also holds a Bachelors degree in Business Administration, with a second major in Spanish, from the University of New Hampshire. Chris is a member of the Boston Securities Traders Association and is a finance instructor at the Boston Center for Adult Education.

19. SSgA

GR008114

**State Street Corporation**
Fiduciary Committee

**John R. Serhant**

John is a Vice-Chairman of State Street Global Advisors and oversees the Active Equity and High Net Worth groups within SSgA. He is Chairman of SSgA's Investment Committee and a member of State Street's Office of the President. He continues to contribute to SSgA's currency management efforts, which he headed until 1994.

John has 30 years of investment experience. He was Managing Director of FX Concepts, Inc., Executive Vice President of Quantum Investment Management, Executive Vice President of Underwood, Neuhaus and Co., Inc., and General Partner of Boettcher and Company. John taught Finance at the University of Northern Colorado and holds a Bachelor of Arts degree in Finance from Baldwin-Wallace College.

**Shawn C.D. Johnson**

Shawn is a Senior Principal and the Director of Research at State Street Global Advisors. He joined the firm in 1997. Shawn is in charge of managing SSgA's global fundamental investment research and analysis, as well as overseeing a major expansion of SSgA's fundamental coverage of securities and markets worldwide. Shawn brings to SSgA more than 10 years of management, management consulting, and engineering experience. Prior to joining SSgA, Shawn was Vice President of Business Development for MGA Software. Shawn has made numerous television appearances on CNBC Power Lunch, CNBC Market Wrap, and CNNfn Street Sweep. He also served as an Intelligence Officer with the United States Naval Reserve. Shawn received his BS in Aerospace and Ocean Engineering and his MS in Electrical Engineering from Virginia Polytechnic Institute and State University, and his MBA from the Amos Tuck School of Dartmouth College.

20    SSgA

## State Street Corporation
### Fiduciary Committee

Kelly Q. Driscoll

Kelly is a Senior Principal and leads SSgA's Independent Fiduciary Group which is responsible for all transactions involving company stock investments in leveraged employee stock ownership plans, profit-sharing and 401(k) plans, defined benefit plans, and non-qualified plans. Kelly joined SSgA in 1994 after serving over six years in State Street's legal division as managing ERISA counsel.

Kelly holds an L.L.M. in Banking law from the Boston University School of Law, a J.D. from Suffolk University Law School, and a B.A. from Catholic University. She is licensed to practice law in Massachusetts and Pennsylvania.

John P. Kirby

John is a Principal at State Street Global Advisors. He has more than 15 years of experience in the fixed income markets. Prior to joining SSgA in 1995, he spent four years at Lowell Blake & Associates in Boston as an account manager, investing balanced assets. John has also worked as a fixed income analyst at One Federal Asset Management, a Shawmut Bank subsidiary, and at CambridgePort Savings as an asset/liability risk specialist. John has a BA from Boston College.

GR008116

21    SSgA.

# State Street Corporation
## Fiduciary Committee

SSgA

22

**Mitch Shames**

Mitch Shames is a Senior Principal and General Counsel at State Street Global Advisors. In this capacity, Mitch has responsibility for Trust Legal staff in addition to Global Advisors. Mitch received a BA from the University of Chicago in 1979, a JD from Boston College Law School in 1983 and a LLM in taxation from New York University School of Law in 1984. Prior to joining SSgA in 1990, Mitch was in private practice.

**Marc P. Brown**

Marc is a Principal at State Street Global Advisors and Deputy Managing Director of the firm's non-U.S. businesses. Marc joined SSgA in 1999 from State Street Corporation, where in 1989, he established the Investment Manager Services Division, which provided transaction processing and relationship support to the investment managers contracted by State Street's institutional clients. Prior to 1987, Marc managed State Street's global subcustodian network. Before serving in a number of audit and supervisory roles, Marc was a portfolio accountant in State Street's U.S. Master Trust Division.

GR008117

GR008118

Reporting

GR008119





GR008096

# Independent Fiduciary Experience

## 180 Transactions

- 401(k) Company Stock Funds

- ESOPs

- Defined Benefit Plan Investments

- Bankruptcy/Restructurings

- Mergers and Acquisitions

- Employee Buy-outs

- Discretionary Proxy Voting

- Prohibited Transaction Exemptions

- ESOP Loan Refinancings

- Initial Public Offerings

- Exchange/Swap Transactions

GR008097

# Independent Fiduciary Experience

- Enron
- Cargill
- Rite Aid
- General Motors
- Turner Construction
- Alion
- Crucible Steels
- Agway
- US Trust
- Dow Chemical
- Sara Lee
- Morgan Stanley
- Scitor Corporation
- J.C. Penney
- Appleton Papers
- Burlington Industries
- United Airlines
- Marine Mechanical
- Republic Engineered Steels
- Qwest
- Chevron
- Union Carbide
- Centerpoint Energy
- Simmons
- Texaco
- Tillotson Corporation
- Pharmacia
- Marriott International
- Susquehanna Pfaltzgraff
- Owens Illinois
- Colgate Palmolive
- Merrill Lynch

# State Street as Your Fiduciary

Reputation

- Sophisticated institutional investor
- Broad experience
- Fiduciary focus

Resources

- Skilled professionals
- Committee structure
- Investment expertise

Delivery

- Defined procedures
- Infrastructure to support process
- Strong communications

GR008099

## Bankruptcy Experience

United Airlines
- Appointed investment manager of UAL ESOP (50% equity owner) pre and post petition. Instituted pre-petition sales program under Rule 144. Representing Plan in bankruptcy court against preliminary injunction prohibiting further stock sales

Agway
- Retained as Independent Fiduciary for the Agway 401(k) Plan's investment in Agway bonds and preferred stock just prior to Agway's bankruptcy filing. Evaluating and pursuing claims on behalf of the plan.

- Chair of the Unsecured Creditors' Committee - As representative of Agway 401(k) Plan, the largest unsecured creditor and holder of Agway debt instruments, appointed by US Trustee and elected chair of the Unsecured Creditors Committee

Enron
- Post-petition appointment as special independent fiduciary for all plan assets and investments remaining in the Enron Savings, Cash Balance and ESOP Plans. Manage Enron and EOG stock investments, and sold out of both positions over 10 month period. Pursue plans' claims in bankruptcy process and oversee litigation.

- Member of the Employee Related Issues Committee ("ERIC") to represent employee and plan participant interests through bankruptcy committee established by US Trustee

Executive Life
- Member of the First Executive Creditors' Committee in the Executive Life conservatorship representing various ERISA plans' investments

GR008100