# EXHIBIT 13

STATE STREET BANK AND TRUST COMPANY

[W.R. Grace & Co.]

Preliminary Plan-Related Document Request List

Below is a list of documents and other information that Goodwin Procter LLP, counsel to State Street Bank and Trust Company ("State Street"), will need to review in connection with State Street's engagement by W.R. Grace & Co. (the "Company"). This is a preliminary request, and upon review of any materials provided to us hereunder, additional requests for documents or information may be forthcoming. Please furnish copies of the requested documents or indicate in writing on a copy of this list that none exist.

1. Plan[1] document, including all amendments.

2. Trust agreement, including all amendments.

3. Summary Plan Description for the Plan, including all Summaries of Material Modification thereto.

4. Any other communications to the participants in the Plan relating to the Company Stock Fund, including copies of relevant participant election forms.

5. Most recent IRS determination letter for the Plan.

6. Form 5500 (including all schedules thereto) for the Plan for the three most recent plan years. Financial statements for the Plan (audited if available) for 2002 calendar year, calendar quarter ended March 31, 2003, and month-end statements for April 30, 2003 and May 31, 2003 (if available).

7. Form S-8 Registration Statement for the Plan and related Plan Information Statement, including any amendments thereto.

8. Any other SEC or state securities filings with respect to the Plan and/or the Company Stock Fund or the Company Stock held therein, including Form 11-K for the three most recent plan years.

9. Any other documents relating to the Company Stock held by the Plan including, without limitation, any applicable stock restriction or similar agreement, registration rights agreement, lock-up agreement or voting agreement.

10. Identification of any SEC, DOL or IRS audit or investigation or any litigation, in either case relating to the Company Stock Fund or the Company Stock held therein.

Note:

Additional documents may be required as diligence proceeds.

---

[1] The term "Plan" refers to each plan having an interest in the Trust of which the Company Stock Fund to be managed by State Street is a part.

SSBT-003366
CONFIDENTIAL

LIBB/1189502.1

SSBT-003367
CONFIDENTIAL