# EXHIBIT 14

**GRACE**

M. Beth Eller

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Tel.: (410) 531-4789
Fax: (410) 531-4783
Beth.Eller@grace.com

June 26, 2003

Ms. Monet Ewing
State Street Global Advisors
1 Lincoln Street
Boston, MA 02111

Dear Monet:

Enclosed is a copy of the "W. R. Grace & Co. Savings and Investment Plan ("S&I Plan")" as it currently stands. We are in the process of amending the Plan to effect the changes referenced in the Investment Benefits Committee Review ("BCR") form dated June 12, 2003, which is also enclosed. A copy of the last Fidelity Trust Amendment ("Trust Amendment"), dated February 6, 2001, is enclosed as well.

I have marked both the S&I Plan and Trust Amendment documents where the voting procedures are referenced. Once we amend the S&I Plan to incorporate the changes in the BCR, I will send you a copy.

If you have questions, please call me at 410-531-4789.

Sincerely,

M. Beth Eller
Corporate Paralegal

cc: John P. Forgach, Esq.

SSBT-001585
CONFIDENTIAL