# EXHIBIT 15

**GRACE**

M. Beth Eller

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Tel.: (410) 531-4789
Fax: (410) 531-4783
Beth.Eller@grace.com

August 5, 2003

Ms. Monet Ewing
State Street Global Advisors
1 Lincoln Street
Boston, MA 02111

Dear Monet:

As promised, enclosed is a revised copy of the "W. R. Grace & Co. Savings and Investment Plan ( "S&I Plan"). It incorporates all the changes referenced in the Investment Benefits Committee Review ("BCR") form dated June 12, 2003, which was sent to you in late June.

If you have questions, please call me at 410-531-4789.

Sincerely,

M. Beth Eller
Corporate Paralegal

cc: John P. Forgach, Esq.

SSBT-001755
CONFIDENTIAL