**EXHIBIT 21**

**GRACE**

John Forgach
Director Executive Compensation
  and Employee Benefits

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044-4098

Direct Dial: (410) 531-4236
Fax: (410) 531-4553
E-mail:  john.forgach@grace.com

December 22, 2003

**VIA AIRBORNE EXPRESS**

Ms. Monet Ewing
State Street Bank/Global
Two International Plaza
Floor 34
Boston, Massachusetts  02110

   Re:   2003 Communications Package to S&I Plan Participants

Dear Monet:

   For your file, please find enclosed a complete set of the 2003 Communications to all S&I Plan Participants.

   Thank you for your attention in handling this matter. If you have any questions, please feel free to contact me.

                        Sincerely,

                        John P. Forgach /psw/

JPF:psw
Enclosures

SSBT-001566
CONFIDENTIAL

**GRACE**

W. Brian McGowan
Senior Vice President, Administration

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD   21044-4098

December 8, 2003

Dear S&I Plan Participant:

As a follow-up to our communication a few months ago, Grace is now pleased to announce that State Street Bank and Trust Company (State Street) has been retained as the investment manager for the Grace Stock Fund within the Grace Savings & Investment Plan (the S&I Plan). This arrangement will be effective beginning December 15, 2003, and will continue for the foreseeable future. We will, of course, advise you of any changes regarding this arrangement when those changes occur.

State Street was selected in part because of its financial stability and its experience managing assets in general, and company stock funds in particular. State Street is an industry leader in providing independent fiduciary and investment management services to employee retirement plans. State Street is a leading financial services provider worldwide, with over $8.8 trillion in assets under custody and over $965 billion in assets under management. State Street is also the largest fiduciary for company stock assets, with over $72 billion of employer securities managed for qualified retirement plans, including many 401(k) plans (like the S&I Plan).

As previously mentioned, this arrangement allows Grace management to avoid potential conflicts that may arise as a result of the Chapter 11 bankruptcy process by delegating the duty to manage the Grace Stock Fund to an independent expert acting solely in the best interests of participants and beneficiaries.

Beginning December 15th, State Street, rather than Grace, will have the responsibility to determine whether the continued investment in Grace stock is consistent with the law governing retirement plans, the Employee Retirement Income Security Act of 1974 (ERISA). Although no decisions regarding the Grace Stock Fund have been finalized, State Street could determine in the future that all or a portion of the Grace stock within the Grace Stock Fund should be sold, regardless of the election of the S&I Plan participants, in order to comply with ERISA. In the event that State Street determines that all or any Grace stock should be sold, the shares will be sold from, and resulting proceeds credited to, all participants' accounts on a pro rata basis. These proceeds will be invested initially in the Fixed Income Fund, which can then be redirected to other investment options by each participant.

In the future, State Street will be communicating directly with S&I Plan participants regarding any investment decisions affecting the Grace Stock Fund.

PLEASE NOTE that each participant continues to have the right to direct the sale of any or all shares of Grace stock credited to his or her individual account under the S&I Plan. However, State Street will have the authority to suspend such participant trading if it determines that to be in the best overall interest of the Plan and its participants.

We are happy that State Street has agreed to provide this valuable service to the S&I Plan.

*W B McGowan*
W. Brian McGowan

WBM:psw

SSBT-001567
CONFIDENTIAL

W. Brian McGowan
SVP, Administration



W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

March 17, 2003

To:   Participants in the Grace Savings and Investment Plan

We are writing to announce a change to the Savings & Investment Plan (S&I Plan).

<u>The Grace Stock Fund</u>

Over the last few years, in a variety of forums, the point has been made that the price of Grace stock no longer reflects the Company's solid operating results. Instead, the market has been reacting to a number of different issues. Principal among them is, most likely, the speculation surrounding the value of Grace's asbestos liabilities and its effect on the value of shareholders' equity in any Chapter 11 plan of reorganization.

As a result, Grace has made several important changes to the way Grace stock is handled within the S&I Plan. Specifically, in January 2001, Grace ceased automatically allocating the Company matching dollars to Grace stock within the Company Contribution Fund; and all restrictions regarding transferring assets out of the Company Contribution Fund were eliminated. In addition, the company match was increased to 100%.

We are now approaching a period when speculation regarding the value of Grace's asbestos liabilities (and other liabilities), and the possible provisions of a plan of reorganization (emergence), will likely increase. Such speculation is inevitable as we approach the March 31, 2003 bar date for filing all claims (except asbestos personal injury and Zonolite attic insulation claims). Also, court proceedings, discussions and other activities, which address the value of the liabilities and a plan of reorganization, are likely to become more intense and consume more time of the Grace Board of Directors and management.

Following a thorough discussion on this matter with the Grace Board and outside advisors, the Company has determined that it is necessary to implement another change regarding Grace stock within the S&I Plan, which will further limit the participants' exposure to such speculation.

Effective April 21, 2003, participants in the Plan will not be allowed to make transfers of assets from other S&I Plan Funds into the Grace Stock Fund.

Also, payroll contributions to the S&I Plan, which are currently directed to the Grace Stock Fund, will be automatically redirected to the Fixed Income Fund, effective for all salaried and hourly payroll periods that begin on or after April 16, 2003. If you prefer one of the other investment alternatives available in the Plan, you may make that change by calling Fidelity Investments at 1-800-835-5096 or by making your change on the Fidelity website at www.401k.com.

SSBT-001568
CONFIDENTIAL



key things **every** investor
→ **should know**

## Common sense principles of mutual fund investing

The best way to prepare for down markets is to apply common sense investing principles and then make responsible investment decisions—those based on reliable information. Following are some suggestions for every type of investor.

### Know yourself

Think about the money you're investing and its intended use. Think about your financial situation—your job, your debt level, whether your spouse or partner intends to stop working soon. The ability to properly assess these areas will make you a better investor as you think about your range of options.

### Match investments to your comfort level

As Fidelity's Peter Lynch says, "The key organ to stock investing isn't the brain, it's the stomach." Even if your time horizon is long enough to let you have an aggressive growth portfolio, you need to make sure you're comfortable with the short-term fluctuations you'll encounter. If watching your assets fluctuate is too uncomfortable for you, think about a portfolio that feels right.

### Diversify, diversify, diversify

One way to protect yourself from unpredictable market downturns is to diversify your holdings. Most investors use an asset allocation strategy when designing their portfolio. Decide in advance how much of your assets you want invested in short-term investments, how much in bonds, and how much in stocks. By distributing your total portfolio among the three asset classes, you can lower your exposure to the risk associated with having all your investments in one class. However, diversification does not ensure a profit or guarantee against loss.

### Invest for the long term

With experience, most investors come to know that volatility decreases over time. Holding a stock for 20 years reduces its volatility by two-thirds, as compared with keeping a stock in your portfolio for only one year. Volatility doesn't necessarily measure performance—a volatile investment may perform well or poorly—but it does indicate how much the performance varies along the way. As a long-term investor, you want to focus on longer trends, not temporary fluctuations. The key is to maintain your long-term investment goals. Thinking long term can help calm fears generated by short-term market fluctuations. The chart below illustrates that, historically, the returns for various asset classes, particularly stocks, became significantly less volatile when held for longer periods.



Source: *Stocks, Bonds, Bills, and Inflation 2002 Yearbook.*™ Ibbotson Associates, Chicago (annually updates work by Roger C. Ibbotson and Rex A. Sinquefield). Used with permission. All rights reserved.

This chart is a graphical representation of the historical annual, the rolling five-year period, the rolling 10-year period, and the rolling 20-year period returns for the S&P 500® Index, long-term government bonds, and U.S. Treasury bills for the period 1926–2001. Long-term government bonds (representing higher-yielding, long-term government securities) are represented by the Salomon Brothers Long-Term Government Bond Index, common stocks are measured by the S&P 500® Index, and Treasury bills are measured by 30-day Treasury bills.

Past performance is no guarantee of future results. Unlike common stocks, government-issued securities offer a fixed rate of return and guarantee payment of principal if held to maturity. The indexes are unmanaged and include dividend reinvestment for the S&P 500® Index. Not intended to imply future performance of any Fidelity fund.

The S&P 500® Index is a widely recognized, unmanaged index of common stocks. Based on the calendar year.

SSBT-001569
CONFIDENTIAL



# stock unitization
→ what's it all about?

## "Unitized stock—what is it?"

Your company may offer you an opportunity to invest in a unitized stock fund as part of your retirement savings plan. A unitized stock fund is made up of company stock plus short-term investments. Because this retirement savings opportunity is made up of two types of investments, it is called a fund. However, unlike a typical mutual fund, a unitized stock fund consists of only one stock. As a result, the fund is not diversified.

A unitized stock fund's value will vary depending on the performance of the company stock, the overall stock market, and the amount of short-term investments in the fund. Because the fund includes more than company stock, you purchase units of the fund rather than shares of stock. Investing in a non-diversified, single-stock fund involves more investment risk than investing in a diversified mutual fund, and this fund is an aggressive investment choice. With more risk may come the opportunity for more rewards as well.

### Increased access to your investment

Investing in a unitized stock fund gives you the flexibility to purchase, sell, or exchange your investment in company stock fund units easily, generally on a daily basis. If you owned shares of company stock instead of units of a stock fund, you would need at least three business days to receive the proceeds from the sale of your shares. With a unitized stock fund you have quicker access to your investment for exchanges out, withdrawals, distributions, or loans.

The short-term investments within the unitized stock fund provide this flexibility. The plan sponsor determines what percentage of the unitized stock fund will be short-term investments. These short-term investments may be U.S. Treasury notes, bills, or other corporate obligations. When you want to sell or exchange your company stock units, the short-term investment portion of the unitized stock fund pays for this transaction. The short-term investments can be bought and sold quickly and easily, providing the liquidity for your transaction. When the amount of short-term investments falls outside the permissible range, stock is either bought or sold to bring the short-term investments back into line. In other words, a unitized stock fund is not actively managed, and decisions to purchase or sell stock are determined primarily by the need to rebalance the amount of short-term investments.

Generally, if you make a transaction request on a business day before 4 p.m. Eastern time, when the New York Stock Exchange closes, the transaction will be processed that day. You will receive the net asset value of the units, calculated using the closing price for the company stock on the processing date. If you make a request to sell stock units on weekends, holidays, or after the New York Stock Exchange closes, the request would be processed on the next business day, at that day's net asset value. It's that quick.

It is possible, but unusual, that on some days the unitized stock fund may not have enough short-term investments to cover transaction requests. This may happen, for example, when many people may be requesting sales of units. In this case, your request to sell units will be processed as soon as the stock fund restores its short-term investments at the net asset value for that day. At that time, transaction requests that had been delayed would be processed, generally in order of receipt. Loan, withdrawal, and distribution requests would be processed before exchange requests.

SSBT-001570
CONFIDENTIAL

**GRACE**

W. B. McGowan
Senior Vice President

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

March 26, 2003

To: Participants in the Grace Savings and Investment Plan

Effective at noon today, March 26, 2003, the Grace Savings & Investment Plan has imposed a temporary suspension of redemption out of the New Grace Common Stock Fund. This action is necessary due to the unusually high volume of selling activity and the fact that Grace stock is thinly traded on the securities market, severely limiting the number of transactions each day. This temporary suspension will enable the Fund to sell off the backlog of orders and to replenish the Fund's cash component in accordance with its investment objectives and policies. This suspension is expected to last 7–10 business days.

This suspension applies only to the sale or transfer of assets out of the New Grace Common Stock Fund.

As a brief reminder, the New Grace Common Stock Fund is a "unitized" fund. The fund is generally made up of 95% stock and 5% cash. The cash component creates liquidity and in the past has allowed participants to request daily transactions into and out of the Fund without the normal 3-day settlement timeframes. Participants receive "units" valued at the NYSE close plus the cash component, rather than shares.

The action taken today will enable the Plan to process the backlog and restore the cash component of the Fund.

In a few days, Fidelity will send directly to you more detailed information about this temporary suspension.

If you have any questions, please call me (410-531-4191) or Mike Piergrossi (410-531-4183).

SSBT-001571
CONFIDENTIAL



March 28, 2003

## Important Notice Concerning Your Rights Under the W.R. Grace & Co. Savings & Investment Plan (S&I Plan)

Dear Participant:

This notice is to inform you of changes taking place to the New Grace Common Stock Fund in the S&I Plan. The New Grace Common Stock Fund entered a blackout period effective 12:00 p.m. Eastern Time on March 26, 2003.

As a result of this change, redemptions out of the New Grace Common Stock Fund have been temporarily suspended. This action is necessitated due to the unusually high volume of selling activity and the fact that Grace stock is thinly traded on the securities market. This temporary suspension will enable the Fund to sell off the backlog of orders and to replenish the Fund's cash component in accordance with its investment objectives and policies. (*Note: This suspension applies only to the sale or transfer of assets out of the New Grace Common Stock Fund.*)

The blackout period is expected to end during the week of April 13, 2003. During this week and prior to it, you can determine whether the blackout period has ended by calling the Fidelity Participant Services Center at 1-800-835-5096.

- If you are currently contributing cash to the New Grace Common Stock Fund, you will be allowed continue to do so until 4:00 p.m. on April 18, 2003. At that time, your deferral election to the New Grace Common Stock Fund will be deferred to the Fixed Income Fund unless you make new deferral elections prior to 4:00 p.m. on April 18, 2003.

- If you requested an exchange prior to 12:00 p.m. on March 26, 2003, the exchange will be pended until there is sufficient liquidity in the Fund to complete the exchange. Please note that there is a current backlog of trades pending. As liquidity is restored, suspended transactions will be processed at the closing price for the processing date.

- If you request a loan and/or withdrawal from your account, the request will be processed with the exclusion of any monies you may have in the New Grace Common Stock Fund.

- If you're requesting a complete withdrawal of all monies in your account, assets you hold in the New Grace Common Stock Fund will not be processed at this time. Once the suspension of exchanges out of the Fund have been lifted, you will need to complete another request for withdrawal of assets you hold in this Fund.

Federal law generally requires that you be furnished notice of a blackout period at least 30 days in advance of the last date on which you could exercise your affected rights immediately before the commencement of any blackout period in order to provide you with sufficient time to consider the effect of the blackout period on retirement and financial plans. However, in this instance, the unusually high volume of selling activity was not anticipated and prevented furnishing 30 days advance notice.

We apologize if these changes cause you any inconvenience. If you have any questions concerning this notice, you should contact the Fidelity Participant Services Center at 1-800-835-5096.

The New Grace Common Stock Fund is neither a mutual fund nor a diversified or managed investment option.
Fidelity Investments Institutional Operations Company, Inc. 82 Devonshire St., Boston, MA 02109

343313

1.784579.100

SSBT-001572
CONFIDENTIAL

# GRACE MEMO

Columbia, Maryland

MEMO TO: Participants in the Grace Savings and Investment Plan

FROM: W. B. McGowan

DATE: April 2, 2003

SUBJECT: **Changes to the Grace Savings and Investment Plan**

    Grace is pleased to announce that, effective April 14, 2003, we will begin "Real-Time Trading" of Company stock within the S&I Plan. In order to convert to Real-Time Trading, the New Grace Common Stock Fund and the Company Contribution Fund will be combined; and the Funds will be closed to all types of transactions (buy and sell) on April 10 and 11, 2003. As you are aware, last week Grace enacted a temporary suspension in the New Grace Common Stock Fund due to an unexpected volume of sell orders and in order to replenish the cash reserve. The temporary suspension of sell orders is still in effect.

    Real-Time Trading allows participants to buy and sell Company stock on a real-time basis. Company stock trades as it would within a brokerage account; for example, participants will be able to sell Company stock using a market, day limit, or good 'til canceled (GTC) order. With Real-Time Trading, all exchange orders are submitted to the marketplace at the time of the request; and you will receive the actual execution price when trading occurs.

    Unlike the current "unitized" funds, Real-Time Trading does not involve any cash reserves. Cash reserves that exist in the New Grace Common Stock Fund and the Company Contribution Fund, as of the close of business on April 9, will be credited to the funds' participants of record on a pro-rated basis, into the Fixed Income Fund.

    As previously announced, effective April 21, 2003, participants will no longer be able to purchase Grace stock within the S&I Plan.

    It is important that you understand how to perform transactions under Real-Time Trading. Please read the attached brochure. Training meetings will be held at the following locations on the dates and times mentioned below.

SSBT-001573
CONFIDENTIAL

**April 7 – Columbia – Room 154/155 (Bldg. 25)**
    \*  8:00 a.m.
       10:00 a.m.
       12:00 p.m.
    \*  2:00 p.m.

\* Telecast to U.S. locations. For people who do not have an opportunity to attend a local meeting, you may dial-in as follows:
From any Grace location: 443-535-8439
Travelers: 877-877-5078
Password: 8511

**April 7 – Lake Charles – Room to be announced locally**
    9:00 a.m.
    2:30 p.m.

**April 8 – Cambridge – Times & Room to be announced locally**

**April 11**

    **Curtis Bay – Room to be announced locally**
    8:30 a.m.
    10:00 a.m.
    1:30 p.m.
    3:00 p.m.

    Chicago 65th – Times & Room to be announced locally
    Chicago 51st – Times & Room to be announced locally
    Chicago (Hydro) – Times & Room to be announced locally
    Chicago (Ludox) – Times & Room to be announced locally

I strongly encourage you to attend one of these sessions in order to get the full benefit of Real-Time Trading.

## INDEPENDENT FIDUCIARY HIRED

Effective April 21, 2003, Grace has retained Aon Fiduciary Counselors Inc. as the independent fiduciary for Grace stock within the S&I Plan. We believe that this best meets the needs of Grace employees. In the next few weeks, you will be hearing directly from Nell Hennessy, the President of Aon Fiduciary Counselors, Inc.

attachment

SSBT-001574
CONFIDENTIAL



## company stock
# trading in real time

The process for exchanging company stock through your Plan is done in real time. This means that you can direct the Plan's "buy" or "sell" trade for your exchange into or out of company stock, and the order is immediately sent to the Plan's broker during normal market hours[1] and is then eligible for execution.

The service provides you with flexibility in directing company stock trades within your Plan account.

### How to Exchange into (Buy) Company Stock

Four simple steps are required to exchange into (buy) company stock.

❶ Specify the type of order (*Market*,[2] *Day Limit*,[3] or *Good 'til Canceled*[4]). Use caution when placing market orders because the price of securities may change sharply during the trading day or after hours. Since the Plan's ability to fund the stock purchase trade is limited to eligible amounts in your account under the Plan, you may wish to consider placing a limit order. If the designated exchange cannot pay for a transaction, Fidelity may be required to liquidate assets in your account under your Plan at your risk. During periods of heavy trading or volatility, real-time quotes may not reflect current market prices or quotes.

❷ Choose the condition (*None*,[5] or *All-or-None*[6]) for Day Limit orders. Market and Good 'til Canceled (GTC) orders have specified conditions.

| Orders | Conditions |
|---|---|
| Market | PRESET: None |
| Day Limit | Choose: ☐ None (No Conditions) ☐ All-or-None |
| GTC | PRESET: All-or-None |

❸ Decide how many shares of company stock you want to exchange into (buy) in whole numbers (for example, "200 shares," not "200.5 shares").

❹ Decide how you want to fund the purchase of company stock. You must specify which of your current investment options you will sell to fund the stock purchase, the order in which the investment options should be sold, and the maximum percentage to sell of each investment option. Your Plan may allow the option of selling assets proportionately across your eligible investment options. *Please note:* A portion of non-stock investment options that you have selected to fund the purchase will be reserved to protect against market fluctuation. To guard against potential price changes for the funds you are exchanging out of (selling), there is a reserve requirement. While a standard reserve is applied to



---

[1] Response time may be subject to market conditions and systems availability. On rare occasions, market conditions, systems availability, or other circumstances may prevent Fidelity from accepting a plan's real-time company stock exchange requests. In that event, no company stock exchange will be allowed and you will not be able to direct your Plan's real-time trade. You will be asked to try again at a later time. Neither the Plan, nor your employer, nor Fidelity will be responsible for any losses, damages, or missed price opportunities in these circumstances.

SSBT-001575
CONFIDENTIAL



most mutual funds, some more volatile funds, such as sector and regional international funds, require a higher reserve. Stable value funds have no reserve requirement. To guard against stock price movements, an additional reserve applies to market orders. During periods of market volatility (as determined by Fidelity), Fidelity reserves the right to impose a higher reserve requirement. The reserve is automatically calculated by the system. For your Plan's exact reserve requirements for the investment options in the Plan please call your Plan's toll-free number.

*Note:* If the investment options chosen to fund a trade decrease in value more than the reserve amount, a shortfall may exist that would require additional funding. In the event of a shortfall, Fidelity will liquidate other investment options in your account, in eligible sources, on a prorated basis to cover the company stock purchase. Finally, if there are still insufficient funds to cover the company stock purchase, stock will be liquidated on a last-in, first-out basis. The sale will be at your expense. See Restrictions, Terms, and Conditions beginning on page 7.

### Types of Orders:

**Market:** An order to buy or sell a stock at the next available price when the order reaches the marketplace. A Market order is designed to ensure the purchase or sale of all shares specified in the order as long as the security is actively traded. Market orders to buy stock may be placed only when the market is open. Market orders to sell stock, however, are allowed when the market is closed and will be placed on the next trading day. Standard market hours are between 9:30 a.m. and 4:00 p.m. Eastern time when U.S. markets and exchanges are open for trading, unless trading is halted.

**Day Limit:** An order containing a specific price at which you are willing to buy or sell stock for that day. Day Limit orders restrict the price to buy or sell a security to a limit price you specify or better. The limit price is specified in a separate limit field.

- Buy limit orders state the maximum price at which to buy.
- Sell limit orders state the minimum price at which to sell.
- Limit orders receive a lower priority in trading than market orders. Day limit orders expire at the close of normal market hours if they have not been executed. Day Limit orders to purchase and sell stock are allowed when the market is closed.

**Good 'til Canceled (GTC):** A limit order containing a specific price at which you are willing to buy or sell stock over the next 120 calendar days or sooner, depending on Plan rules and corporate action activity. The order remains in effect until it is executed, canceled, or 120 days elapse. GTC orders generally must be for at least 100 shares. Note: To reduce the likelihood that your GTC order to buy stock will be canceled due to insufficient funds, you may want to reserve more money than the minimum amount required. GTC orders receive a lower priority in trading than market orders. (When buying shares of stock, a "reserve" is the portion of your holdings held to protect against uncertainties, such as market value fluctuation, that may affect your ability to fund a purchase. The reserve reduces the likelihood of having insufficient funds to cover the purchase, and applies to purchase transactions only.)

*Note for Limit and Good 'til Canceled (GTC) orders:* After the limit price is triggered, the security's price may continue to rise and fall. As a result, your order may not be executed.

*Timing of Transactions and Confirmations:* Just because an order is placed, there is no guarantee that the order will be executed. The confirmation number received indicates that Fidelity has received the trade request, not that it has been executed. Please note: Verbal confirmation is no guarantee that an order will be executed. However, a confirmation notice is proof that an order was executed.

2



### What Is a "Reserve"?

When you are buying shares of company stock, market value fluctuations may affect your ability to fund the purchase. To reduce the likelihood of having insufficient funds to cover the purchase, a reserve is established. The reserve is a portion of the eligible funds in the investment options you have designated that is held to protect against these uncertainties. (Note: Reserves apply to purchase transactions only.)

> **For Example:**
> You elect to use the eligible funds in investment options A and B to fund the purchase of company stock. The total balance in both options is $1,000. With a 12% reserve requirement, only $892.86 of the total balance is available to exchange into company stock. If the stock is selling at $28 a share, the maximum number of shares you will be allowed to exchange into equals 31 shares (purchases must be made in whole shares).
>
> | | |
> |---|---|
> | $1,000.00 | Total balance in investment options A and B |
> | – $ 107.14 | Reserve requirement (12% of trade amount) |
> | = $ 892.86 | Available to trade |
>
> Then:
>
> | | |
> |---|---|
> | $ 892.86 | Available to trade |
> | ÷ $ 28.00 | Price per share |
> | = 31.8878 | Shares (purchases must be made in whole shares) |
>
> *Note: Example excludes commissions. Some funds in your Plan may require a higher reserve amount or Fidelity may impose a higher reserve for all funds in certain market conditions. Please call your Plan's toll-free number for additional information.*

### How to Exchange out of (Sell) Company Stock

Four simple steps are required to exchange out of (sell) company stock.

❶ Specify the type of order (*Market*, *Day Limit*, or *Good 'til Canceled⁴*).

❷ Choose the condition (*None⁵* or *All-or-None⁶*) for Day Limit orders. (See page 4 for Conditions)

| Orders | Conditions |
|---|---|
| **Market** | PRESET: None |
| **Day Limit** | Choose: ☐ None (No Conditions)<br>☐ All-or-None |
| **GTC** | PRESET: All-or-None |

❸ Decide how many shares you want to exchange out of (sell) in whole numbers (for example, "200 shares," not "200.5 shares").

❹ Specify the percentage of the proceeds of company stock you want to exchange into (buy) of each eligible investment option.

Helpful reminders: You must always enter orders for company stock in whole shares. If you are exchanging out of (selling) your entire position in whole shares within your Plan account or a particular source, any fractional shares will automatically be exchanged at the price determined by the trade you direct.

Good 'til Canceled orders generally must be for at least 100 shares.

### Rules and Restrictions for Trading in Real Time

The following rules and restrictions apply when trading in real time.

- Trades of company stock may be made in shares only.
- You are not permitted to make any other transaction with the pending real-time trade sale proceeds until the transaction is processed in your account.
- Generally, a commission of 3.4 cents* per share and Securities and Exchange Commission (SEC) fees for the trade will be included as a separate deduction on the written confirmation and borne by your individual Plan account. Please note: This SEC fee applies to executed sell orders only.
- Market and Day Limit orders of 10,000 shares or more will generally be considered a block trade and will be sent to a block-trading desk for execution. Block trades may not execute immediately. *Please note:* Market and Day Limit orders are only good for the day, so if the order does not get executed you will need to request a new trade the next day.

*Please contact a Fidelity Representative at your Plan's toll-free number or log on to Fidelity NetBenefits for additional information.

3

SSBT-001577
CONFIDENTIAL



> **Conditions:**
>
> **None** — A condition that indicates there are no restrictions on the requirements to fill the order. It may be partially filled. The None condition is also known as No Conditions.
>
> **All-or-None (AON)** — A condition that indicates that no partial order is to be executed. Either all shares specified in the order will be traded or none will be traded. If a specified price is not available for the entire exchange amount, the trade is not executed but stays open during its prescribed time period. "Received" indicates Fidelity has received the trade, not that it has been executed.

## How Real-Time Trading Affects Your Plan Account

If a non-stock investment option exchange is made on the same day as a real-time purchase is requested (AFTER the real-time trade), the investment option exchange must be made in shares if that investment option was used in the real-time trade request.

If a non-stock investment option exchange is made on the same day as a real-time purchase is requested (BEFORE the real-time trade), the non-stock investment option exchange can be made in percentages, dollars, or in shares. However, if the non-stock exchange is made in percentages or dollars, then that investment option cannot be used for a subsequent real-time trade.

The following restrictions apply with regard to loans and withdrawals:

- If you request a loan or withdrawal that involves company stock on business day 1, you will have to wait until business day 3 to request a real-time trade.
- If exchanging into (buying) company stock, you must wait until the business day after the original buy trade has been executed to request a loan or withdrawal.
- If exchanging out of (selling) company stock, you must wait until business day 5 after the trade has been executed to request a loan or withdrawal with the proceeds of the transaction.
- You can attempt to cancel[7] the real-time trade in order to request another transaction. You cannot request a loan or withdrawal until all pending orders have been canceled and the cancellation has been confirmed. If all or a portion of the trade executes before the cancellation has been confirmed, funds will not be available until the next business day.

> **Helpful reminder:** Fidelity will attempt to cancel an open or partially filled order on a "best efforts" basis. Because Fidelity Brokerage Services LLC is responsible for executing an order as promptly as possible upon receipt, the order may have been partially or completely filled before the cancellation was received and accepted. In that case, the associated exchange request will be honored to the extent of the completed trade.

4



# frequently asked **questions**

**Can I request transactions involving other investment options in real time?**
No. Transactions in most other Plan investment options are generally completed only once per business day and calculated based on "end-of-day" pricing.

**When will exchanges involving real-time trades be processed in my account?**
The processing date for exchanges involving real-time trades depends on whether you're buying or selling company stock.
- When exchanging into (buying) company stock, the transactions will be processed on the trade date (i.e., the date the trade executes), and reflected in your account one business day after the trade date.[a]
- When exchanging out of (selling) company stock, the stock sale will be processed on the trade date, and the exchange into another investment option will be processed three business days after the trade date (in accordance with normal securities settlement practice). In each case, the activity will be reflected in your account on the business day following processing.

*Note:* Whether buying or selling stock, you must wait for the exchange to be processed before you can make another transaction involving the same assets.

The following example illustrates the rules for processing of exchanges:[b]

| When selling shares of X Fund to buy company stock | |
|---|---|
| **Business Day One** | **Business Day Two** |
| Stock purchase order is executed at market price; mutual fund shares are sold at the next calculated net asset value (NAV) in an amount sufficient to cover the purchase of company stock. | Participant sees reduction in shares of X Fund and new company stock shares reflected in his or her account. |

| When selling company stock to buy shares of X Fund | | | |
|---|---|---|---|
| **Business Day One** | **Business Day Two** | **Business Day Four** | **Business Day Five** |
| Stock order executes. | Participant's company stock shares are reduced by the number of shares sold. | • Stock sale proceeds are received when trade settles.<br><br>• Shares of X Fund are purchased at closing net asset value. | Participant sees new X Fund shares in his or her account. |

---

[a] As with any stock, the value of your investment may go up or down depending on how your company's stock performs in the market. Investing in a nondiversified, unmanaged single stock inherently involves more investment risk than investing in a diversified fund. Performance is directly tied to the performance of the company, as well as to that of the stock market as a whole.

[b] Time frames are subject to change based on market activity and volatility.

5

SSBT-001579
CONFIDENTIAL



### How are trades of company stock on contributions, loans, and withdrawals processed?

The Plan initiates batch trades for contributions, loans, and withdrawals involving company stock, generally the day after contributions are received and the day after loans and withdrawals are requested. Trading in real time does not apply to these transactions.

Commissions and fees are generally charged at the same rate for batched trades of company stock as for trades in real time. The commissions and fees are included in the price of the stock used to update your account.

### How are brokerage commissions and SEC fees handled?

Commissions are fees paid to National Financial Services LLC brokers for executing trades. The commission rate is generally 3.4 cents* per share for real-time trades in your Plan. You will receive notification of the exact commission amount charged after any real-time trade you direct has been executed. The Securities and Exchange Commission (SEC) requires that all investment firms charge a special fee, known as an SEC fee, on all executed sell orders. This fee is a percentage of the total trade amount.

### Once I've placed an order to buy or sell company stock, can I cancel it?

Once an order is received by Fidelity and confirmed that it meets trading requirements, it is submitted to the markets for execution, and you may attempt to cancel a submitted order. However, because Fidelity is responsible for executing an order as promptly as possible upon receipt, there is no guarantee that the attempt to cancel will be successful. Attempts to cancel are performed on a best efforts basis. There is no guarantee that an open or partially filled order can be canceled, in whole or in part. Your request to cancel will be confirmed and will be assigned a unique order number for identification. The order number does not indicate that the original stock trade order and exchange request were actually canceled, only that the request to cancel was made. Your cancellation request is subject to prevailing market conditions and previous execution of your original stock trade order and exchange request.

If, for some reason you want to cancel, log on to Fidelity NetBenefits® or call your Plan's toll-free number immediately.

### What happens when the amount reserved for an open GTC order is not sufficient?

Each night, the system will automatically check to determine if you have an outstanding GTC order, and evaluate if the account still has sufficient reserves. Any account that does not meet the reserve requirement due to mutual fund market value fluctuation will have any outstanding GTC orders canceled and you will receive a confirmation notice of the cancellation.

For additional information, call your Plan's toll-free number.

---

*Please contact a Fidelity Representative at your Plan's toll-free number or log on to Fidelity NetBenefits for additional information.

6

SSBT-001580
CONFIDENTIAL



# restrictions, terms, and **conditions** applicable to **real-time** trading

### Events That May Affect Trading

In some circumstances, company stock trading may be prohibited and outstanding orders may be canceled. This can occur either because of events related to the stock itself as determined by the market (such as trading halts or stock splits), or because of events specific to your Plan (such as mergers and acquisitions). Upon receiving notice of these events, Fidelity will attempt to cancel any outstanding orders and will not reinstate them after the event. You may, however, reenter the order request once trading has resumed.

### Liquidations to Cover Stock Purchase Shortfalls

The system will automatically calculate reserves not eligible to trade from investment options to company stock. Should the reserves calculated be insufficient (which may occur due to a market value decline of the investment options), Fidelity will liquidate other investment options in your account on a prorated basis to cover the stock purchase. The liquidation of investment options may be from sources and funds that were not specified by you. If there are insufficient investment options to cover the stock purchase, the just-purchased stock and possibly previously purchased stock will be liquidated by Fidelity in an amount sufficient to cover the shortfall. Fidelity reserves the right to place any type of stock sell order at any time it selects to cover the shortfall. This sale will be at your expense.

### Notifying Fidelity of Errors

Transaction confirmations and quarterly account statements should be reviewed carefully and Fidelity should be notified promptly of any errors.

### Trade Execution Price Changes

Confirmation notices of trades include the stock price at which the trade was executed. The markets reserve the right to change the price (positive or negative) if an error was made for that trade. Your account will be debited or credited, as appropriate, to reflect the price the market determines is correct.

### Trading Hours

Trades will be executed during standard market hours, typically 9:30 a.m. to 4:00 p.m. Eastern time. Please note that it is not sufficient to have placed your order with Fidelity by market close. If you place an order near market close you expose yourself to the risk that your order to trade stock may not reach the market prior to market close. Systems availability and response times may vary due to market conditions. Fidelity is not responsible for orders that are not executed as a result of this, or for orders being placed too close to market close.

### Unpriced Investment Options

If a third party fails to provide a price for a non-Fidelity investment option prior to Fidelity cutoff times, you will not have the ability to process transactions within your 401(k) accounts. Fidelity must rely on these outside companies for daily valuations to properly recordkeep your account. Every effort is made to gather pricing information in a timely manner and it is only on rare occasions that an unpriced situation occurs.

SSBT-001581
CONFIDENTIAL

Investing Made Easy Series



82 Devonshire Street
Boston, MA 02109

life after work

## company stock
# trading in real time

Brokerage services to support trading in real time are provided to the Plan through Fidelity Brokerage Services LLC (FBS), member NYSE, SIPC. The provision of such services does not create a direct brokerage relationship between FBS and Plan participants.

The company stock is neither a mutual fund nor a diversified or managed investment option.

The investment options available through the Plan reserve the right to modify or withdraw the exchange privilege.

Fidelity Investments Institutional Services Company, Inc.
82 Devonshire St., Boston, MA 02109

325265                                                1.756260.101

SSBT-001582
CONFIDENTIAL

**Reid, Kathy**

| | |
|---|---|
| From: | Hewitt, Shirley on behalf of Piergrossi, Michael N. |
| Sent: | Wednesday, April 09, 2003 4:34 PM |
| To: | OMUsers, DAR US; OMUsers, DAV US; OMUsers, GCP US; OMUsers, NPL US |
| Subject: | Savings & Investment Plan Update |
| Importance: | High |

# GRACE MEMO

Columbia, Maryland

MEMO TO:   All U.S. Employees

FROM:   Michael N. Piergrossi

DATE:   April 9, 2002

SUBJECT:   **Savings & Investment Plan Update**

Thanks to all who attended the meetings this week. Here is a brief update:

1. Dates to remember:
    - April 10 & 11 - Grace stock funds closed to all buy and sell orders.
    - April 14 - Grace Stock Fund (VRS code 46272) opens to buy and sell orders under new Real Time Trading.
    - April 17 - Last day to buy Grace stock.
    - April 18 - Good Friday - New York Stock Exchange closed.
    - April 21 - From this date onward, only sell orders permitted in the Grace Stock Fund. Aon begins as independent fiduciary.

2. Answers to open questions following meetings:
    - The entire meeting presentation will be posted on the Fidelity NetBenefits website.
    - When Real Time Trading begins, participants will be able to get real time quotes on Grace stock from the Fidelity service representative or on NetBenefits (about a one minute delay).

3. You will begin to notice change activity in your accounts on Friday, April 11. If you currently have assets in the New Grace Common Stock Fund and/or the Company Contribution Fund, you will see that an amount representing the stock portion has been moved to the new Grace Stock Fund. A small amount will remain in the old stock funds representing the cash balance. This balance will be moved to the Fixed Income Fund. By Monday, April 14, this change activity will have been completed in time for Real Time Trading.

1

SSBT-001583
CONFIDENTIAL