**EXHIBIT 22**



**SSgA.**
STATE STREET GLOBAL ADVISORS

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900

January 6, 2004

Mr. John Forgach
Director Executive Compensation and
  Employee Benefits
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Re:   **State Street Engagement Letter**

Dear John:

This will confirm that I have received the fully executed copy of our engagement letter. The letter is dated November 24, 2003 and indicates that State Street's appointment as investment manager became effective on December 1, 2003. In fact, our understanding is that the appointment did not become effective, until December 15, 2003. This understanding is based not only on our discussions with you but also the notice that Grace sent to participants which was explicit on this point.

In order to avoid any confusion and to clarify the record, please confirm that our understanding regarding the effective date of our appointment is correct by having the appropriate signatory for Grace and the Committee sign and date the acknowledgement set forth below on the enclosed duplicate copy of this letter. Once so executed, please return a fully executed copy of the letter to me.

I appreciate your assistance in connection with this matter.

Best regards.

Sincerely,

Monet Ewing

cc: John Jack Cleary, Goodwin Procter LLP



For Everything You Invest In™

SSBT-001365
CONFIDENTIAL

THE FOREGOING IS ACKNOWLEDGED
AND AGREED TO:

INVESTMENT AND BENEFITS COMMITTEE
OF W.R. GRACE & CO.


By: _____W B McGowan_____
    Name:
    Title:
    Date:

W.R. GRACE & CO., ET AL.


By: _____W B McGowan_____
    Name:
    Title:
    Date:

2

SSBT-001366
CONFIDENTIAL