**EXHIBIT 23**



Peggy.S.Welsh@grace.com
01/19/2004 11:14 AM

To  Monet_Ewing@ssga.com

cc  John.Forgach@grace.com

bcc

Subject  From John Forgach - SS Notice to Participants

Attached is the Notice you sent to me last week, which includes some very limited comments by me.  Of course, you must decide the final language for the Notice.

I have told management that you would be sending out this Notice.

Please send me a copy of the final Notice, formatted, and on the letterhead that you choose, and I will give to Fidelity for distribution to participants.

Sincerely,

John Forgach

Notice to Participants-Change 1-1.16.04.DOC

SSBT-000144
CONFIDENTIAL

**NOTICE TO PARTICIPANTS**

**IN**

**GRACE COMPANY STOCK FUND**

**January 12, 2004**

You are a participant in the Grace Stock Fund, an investment option under the W.R. Grace Savings and Investment Plan (the "Plan"). As you know from the notice recently provided by the Company, State Street Bank and Trust Company ("State Street") became an investment manager for the Grace Stock Fund effective December 15, 2003. In this capacity, State Street has the authority to determine at any time that all or a portion of the shares of Grace stock held in the Grace Stock Fund should be sold, but only if such a sale is necessary in order to comply with the requirements of ERISA, the federal law that governs the Plan. If State Street determines to make any sale, it will notify the Plan participants of such sale within a reasonable period. Except as noted below, State Street does not otherwise contemplate communicating with Plan participants.

Deleted: you

In the meantime, each participant having an interest in the Grace Stock Fund continues to be entitled to transfer all or any part of that interest to the other investment options under the Plan at any time. Each participant's ability to make such transfers is not currently affected or limited to any extent by State Street's appointment. As stated in the recent notice from the Company, however, State Street may, at a future date, determine that all such participant transfers should be suspended in the best overall interest of the Plan and its participants. You will be notified of any decision by State Street to suspend participant transfers.

SSBT-000145
CONFIDENTIAL

Finally, as a reminder, each participant should continue to consider carefully the

Deleted: In view of the foregoing,

advisability of his or her continued investment in the Grace Stock Fund, particularly given the

high degree of risk and potential volatility of an investment in stock of a company that is in the

middle of a bankruptcy reorganization proceeding. Each participant should carefully evaluate

whether the investment of his or her accounts in the Grace Stock Fund adequately reflects these

risks and, in light of his or her particular situation, provides adequate diversification from an

investment perspective.

Please note, however, that State Street cannot provide any investment advice or

Deleted: has not been engaged to, and

Deleted: ,

recommendations to any Plan participant with respect to his or her investment decisions,

including any investment decisions relating to the Grace Stock Fund.

Deleted: If you have any questions regarding your interest in the Grace Stock Fund or your investments under the Plan generally, you should contact _____ at _____.¶

STATE STREET BANK AND TRUST COMPANY

By:_____

LIBB/1223245.4

2

SSBT-000146
CONFIDENTIAL