# EXHIBIT 24



| | |
|---|---|
| "Remis, Shepard M " <SRemis@goodwinprocter.com><br>01/22/2004 09:36 AM | To "Kelly Q. Driscoll Esq. (E-mail)" <Kelly_Driscoll@ssga.com>, "Monet Ewing Esq. (E-mail)" <Monet_Ewing@ssga.com><br>cc "Cleary, John J" <jcleary@goodwinprocter.com>, "Glosband, Daniel M" <dglosband@goodwinprocter.com>, <dan.bayston@duflllc.com><br>bcc<br>Subject WRGrace Insurance Receivable |

I've now had an opportunity to speak with Dave Siegel, Senior VP & General Counsel of Grace, about the $271.6 million receivable for "amounts expected to be received from carriers under settlement agreements for defense and disposition costs to be paid by Grace." Dave told me that this is not a fixed sum. Rather it is 30% of the projected asbestos-related liability of $964.6 million as of September 30, 2003. the 30% is based on the settlement agreements with the excess carriers that they will reimburse Grace at the rate of $.30 per dollar of Grace's asbestos-related litigation defense and disposition costs. David told me that the insurers involved are "primarliy the London Market", but said that their specific identities is not public information.

Let me know if you have any further questions about this.

Regards,
Shep

Shepard M. Remis, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881
Tel:   617-570-1350
Fax:   617-523-1231
Email: sremis@goodwinprocter.com

******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************

SSBT-000156
CONFIDENTIAL