**EXHIBIT 25**



**Melissa Smith/USA/StateStreet**
01/22/2004 02:08 PM

To: Jeff.Whitaker@fmr.com
cc: David.Rymsza@fmr.com, monet_ewing@ssga.com, Peggy.S.Welsh@grace.com, John.Forgach@grace.com
bcc:
Subject: RE: Grace Participant Notice

Jeff,

Per John's suggestion, I have added back in "State Street" to the bottom of the notice. Let me know if you have any questions.

01-26-04 Grace Communication.d

Regards
Melissa A. Smith
Principal

State Street Financial Center
One Lincoln Street
24th Floor
Boston, MA 02111-2900

617.664.5644 PH
617.946.9434 FX
melissa_smith@ssga.com

----- Forwarded by Melissa Smith/USA/StateStreet on 01/22/2004 02:05 PM -----



**John.Forgach@grace.com**
01/22/2004 01:58 PM

To: Jeff.Whitaker@fmr.com, Melissa_Smith@ssga.com
cc: David.Rymsza@fmr.com, monet_ewing@ssga.com, Peggy.S.Welsh@grace.com
Subject: RE: Grace Participant Notice

Well, I might suggest that you at least note at the bottom of the note that SSGA is, in fact, sending out the note. Maybe the letterhead makes that clear, but I would put the name at the bottom where a signature might normally appear. But it is SS's call.

-----Original Message-----
From: Melissa_Smith@ssga.com [mailto:Melissa_Smith@ssga.com]
Sent: Thursday, January 22, 2004 12:07 PM
To: Jeff.Whitaker@fmr.com
Cc: David.Rymsza@fmr.com; monet_ewing@ssga.com; Welsh, Peggy S.; Forgach, John
Subject: Re: Grace Participant Notice


Jeff,

Per John's request, attached please find the revised Notice.

(See attached file: 01-26-04 Grace Communication.doc)

Regards,

SSBT-000167
CONFIDENTIAL