# EXHIBIT 27

Case 1:04-cv-11380-WGY    Document 181-34    Filed 08/17/2007    Page 1 of 2



"Glosband, Daniel M"
<dglosband@goodwinprocter.com>
01/27/2004 10:15 AM

To "Kelly Driscoll (E-mail)" <kelly_driscoll@ssga.com>, "Monet T. Ewing (E-mail)" <monet_ewing@ssga.com>, "Daniel D. Bayston (E-mail)" <dan.bayston@dufllc.com>, "Paul Trost
cc "Cleary, John J" <jcleary@goodwinprocter.com>, "Remis, Shepard M" <SRemis@goodwinprocter.com>, "Hadden, Jeffrey C" <jhadden@goodwinprocter.com>
bcc
Subject W.R. Grace

I spoke with Dave Siegel, Grace's General Counsel. The January omnibus hearing scheduled for 1/26/04 was cancelled due to weather and the entire agenda was continued to the February omnibus date, 2/23/2004.

They are about to file for an extension of exclusivity for another six months. Under the Delaware Local Bankruptcy Rules, a filing before expiration of exclusivity on 2/1/04 automatically results in an extension until the date of hearing of the extension motion, which will be the February omnibus date.

There is no public information about the reasons for the indefinite extension of the ZAI science trial. Siegel made two comments from which I infer that they expect to settle the case. First, he said that that they have a very good relationship with the court-appointed counsel to the ZAI plaintiffs, Ed Westbrook. Second, He said that Westbrook and Grace's lead counsel met with Judge Fitzgerald and after the meeting, she continued the trial indefinitely.

Finally, he advised that there are "things we will want to know" in the Grace earnings release which is due at 8:30 tomorrow morning, 1/28/04.

p.s While we noticed too late for Monet to revise her presentation to the Fiduciary Committee, for the future, note that the name of my firm is now Goodwin Procter LLP; we changed from Goodwin Procter & Hoar a couple of years ago. Thanks.

************************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
************************************************************************

SSBT-000270
CONFIDENTIAL