**EXHIBIT 28**

| | | |
|---|---|---|
| Kelly Q Driscoll/USA/StateStreet | To | Monet Ewing/USA/StateStreet@StateStreet |
| 02/18/2004 03:17 PM | cc | |
| | bcc | |
| | Subject | Re: |

Yes we agreed on that approach some time ago. Jack will you please send a draft communication to us. It should be clear to participants that our initial expectation is to allow participants to continue to transfer out of the Grace stock option during our sales program and that we may discontinue our sales program at any time (we may decide to stop selling in reaction to new developments) and we may at some point discontinue permitting participant directed transfers out.

Monet Ewing

**From:** Monet Ewing
**Sent:** 02/17/2004 05:32 PM
**To:** kelly_q_driscoll@ssga.com
**Cc:** jcleary@goodwinprocter.com

Kelly,

I have asked Jack to include in the recommendation section that we give the participants notice so that they have an opportunity to divest out to other funds on their own before we begin selling. This is my understanding based upon our discussions. Grace's preference is also that the participant know in advance. Are you in agreement?

Thanks

Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA 02111
617-664-5654
617-664-2376 (fax)
email: monet_ewing@ssga.com

SSBT-000296
CONFIDENTIAL