**EXHIBIT 30**



SSgA.

Presented on
February 23, 2004

Monet Ewing
Melissa Smith
Kelly Driscoll

Presentation to Fiduciary Committee on:

# W.R. Grace - Savings and Investment Plan

SSBT-000855
CONFIDENTIAL

# Table of Contents

1. Executive Summary
2. Due Diligence
3. Analysis
4. Recommendation and Vote

SSgA
SSBT-000856



Executive Summary

SSBT-000857

## Executive Summary

- State Street Bank and Trust Company became engaged as the investment manager for the company stock fund of the WR Grace Savings and Investment Plan on December 15, 2003

- The Plan documents contemplate that the assets of the company stock fund will be invested in Grace stock

- State Street's role is to evaluate whether Grace stock is a prudent investment, and determine whether (i) it is consistent with ERISA to remain invested in Grace stock or (ii) it is necessary to sell any or all of the Grace stock

- On December 11, 2003, the IFG's initial recommendation was to continue to follow the plan documents and remain invested in Grace stock while further due diligence and analysis was completed by our advisors.

- The IFG and its advisors performed additional analysis and based upon such analysis recommended that we begin selling Grace stock held in the Savings and Investment Plan

- On January 29, 2004, the Fiduciary Committee requested additional information before voting, including explicit factors supporting the recommendation of the IFG from our legal counsel, Goodwin Procter, LLP ("Goodwin").

SSBT-000858
CONFIDENTIAL



# Due Diligence

## Due Diligence

- Engaged Goodwin as legal counsel to negotiate terms of SSgA's engagement, participate in due diligence and provide bankruptcy, asbestos litigation and general ERISA advice
- Engaged Duff & Phelps ("D&P") as financial advisor to assist with valuation issues
- Participated in numerous conference calls with WR Grace's internal ERISA counsel to discuss engagement issues raised as a result of the bankruptcy process
- State Street and Goodwin reviewed Plan documents and discussed necessary amendments with the Company
- Goodwin compiled and reviewed information with respect to asbestos-related litigation
- See Legal Memorandum dated November 21, 2003, regarding common stock issues in bankruptcy cases in which the asbestos provisions of section 524 of the Bankruptcy Code are applicable
- See Legal Memorandum dated November 26, 2003 summarizing due diligence session performed November 24, 2003
- See Legal Memorandum dated December 9, 2003 summarizing variable factors affecting Grace's asbestos liability exposure

SSgA
6
SSBT-000860
CONFIDENTIAL

## Due Diligence

- Discussions with SSgA's Institutional Trading Desk to discuss trading issues
- Conference call with the Trustee, Fidelity Investments and Grace to discuss trading issues and coordination of participant trading and trading by State Street
- Internal and external review of Operating Procedures between Fidelity Investments, Grace and State Street
- Internal and external counsel review of duties as set forth in Investment Management Agreement
- SSgA representative attended bankruptcy hearing regarding State Street's retention
- December 24th, due diligence meeting with senior management of Grace
- Meeting with D&P, Goodwin and State Street to discuss financial analysis and any update in the bankruptcy proceeding

SSgA

7

SSBT-000861
CONFIDENTIAL





Analysis

SSBT-000862
CONFIDENTIAL

## Analysis

**D&P's Preliminary Analysis**

- Provided general introduction to Grace's business divisions
- Due to bankruptcy filing, analysts no longer cover Grace
- Analysis will be performed that utilizes a probability model with respect to potential future events
- Discussion Materials dated December 11, 2003 provided to the Committee

**D&P's Updated Analysis**

- Performed additional analysis including a probability model
- Held further discussions with Goodwin and State Street to update on related events in the bankruptcy proceeding
- Discussion Materials dated January 26, 2003 provided to the Committee
- Revised share price analysis based upon revised insurance estimates provided to the Committee February 18, 2004

SSGA
9

SSBT-000863
CONFIDENTIAL

## Analysis

### Unsettled variables which will affect evaluation of Grace stock as a plan investment

- Asbestos liabilities related to asbestos bodily injury
- Asbestos liabilities related to attic insulation claims
- FAIR Act Legislation introduced in the Senate in May 2003

SSgA
SSBT-000864
CONFIDENTIAL

## Analysis

### Asbestos liability related to asbestos bodily injury claims

- No bar date to file claims in the bankruptcy court has been set for bodily injury claims
- Consideration of bodily injury claims is delayed by attempts to disqualify judge. No progress can be made until the judge rules on his disqualification on 1/31/04, as ordered by the Court of Appeals.
- Possibility that claimants may reach a negotiated resolution

### Asbestos liability related to attic insulation claims

- A "science trial" is scheduled to start February 9th to determine if the product was physically harmful
- No resolution until after science trial. Science trial has been adjourned indefinitely from February 2004 date and a status report is scheduled for the 5/24/04 omnibus hearing in the bankruptcy case.
- Possibility that claimants may reach a negotiated resolution

## Analysis

### FAIR Act Legislation

- Introduced in May, 2003
- Scheduled to be reconsidered again by the end of March 2004
- Grace's asbestos bodily injury liability exposure would shift to an obligation to contribute to a national fund
- As initially proposed, the liability would be substantially lower than Grace's estimated liability and would be spread over 27 years

### Conclusion

- Unresolved asbestos litigation and potential asbestos legislation will affect the determination of whether Grace stock remains a prudent investment. The uncertainty and consequence of unfavorable events occurring as a result of litigation probabilities or of legislation not being enacted timely or at all, has resulted in the IFG recommendation that the Committee override Plan documentation and begin to reduce the holdings of Grace stock.

SSBT-000866
CONFIDENTIAL

## Analysis

The recommendation to commence a selling program is based upon IFG's determination that the continued holding by the Trust of all of its shares of Grace stock would be imprudent and therefore inconsistent with the requirements of Section 404(a)(1)(B) of ERISA. Such determination reflects the input of D&P and Goodwin, and has been made after careful consideration of all of the facts and circumstances determined to be relevant by IFG including, without limitation, the following:

- D&P's determination that the current value of the Grace stock is in the range of $.73 to $3.02 per share. The current market price of such stock ($3.40 per share) is 13% higher than above the high end of D&P's range which, when combined with the additional factors set forth below, supports IFG's recommendation to commence selling.

- The size of the Trust's holding of Grace stock (approximately 12% of the outstanding shares) will, as a practical matter, preclude the Trust from selling its stock within a short period of time. Rather, given the size of the block and the scope and nature of the market for Grace stock, it is estimated that it could take at least four months to sell the entire block.

- The Federal securities laws impose additional constraints on the Trust's ability to sell the Grace stock so long as the Trust is an "affiliate" of the Company. The determination of affiliate status is one of facts and circumstances. Goodwin has advised that the presumption of affiliate status would be more easily rebutted once the Trust's holdings are reduced to less than 10% of the outstanding shares. Commencing a selling program now will allow the Trust to move toward that objective which, once achieved, will enhance the Trust's ability to react to changes that may affect the value of the Grace stock.

SSBT-000867
CONFIDENTIAL

## Analysis

- In addition to the fact that the current price is somewhat above (i.e., 13%) the high end of D&P's valuation range, the Grace stock is an extremely volatile and risky investment. In particular, both the current stock price and D&P's valuation range are driven to a significant extent by several factors that are highly speculative at the current time – i.e., whether there will be material legislative relief from asbestos personal injury claims, the number and magnitude of such claims given that a bar date has not yet been set in the bankruptcy proceeding and the outcome of the Zonolite attic insulation litigation. While D&P's report utilizes reasonable assumptions of the relevant probabilities with respect to these contingencies, such assumptions are necessarily subject to a significant degree of uncertainty. Adverse outcomes with respect to one or more of these contingencies would likely result in a very substantial decline in the value of the Grace stock, perhaps to zero. In such an event, the Trust would likely not be able to react quickly to any change in circumstances, given the size of its holdings.

- Both advisors have indicated that in prior cases involving a company with exposure to significant claims for personal injury or property damage caused by asbestos which has undergone reorganization in bankruptcy, the pre-bankruptcy equity-holders have received little or nothing for their pre-bankruptcy equity interests when the company emerges from bankruptcy. According to Goodwin, Grace's bankruptcy restructuring is not likely to be announced until much later this year.

SSBT-000868
CONFIDENTIAL

## Analysis



Based upon the foregoing, IFG has determined that it would be imprudent (and therefore not consistent with the requirements of Section 404(a)(1)(B) of ERISA) for the Trust to continue to hold its existing large block of Grace stock. Accordingly, IFG is recommending that the Trust commence a selling program with respect to the Grace stock.

This recommendation is based upon all of the relevant facts and circumstances at the current time, all of which are subject to change. If and when appropriate, the selling program can be curtailed or stopped altogether. IFG will monitor the value of Grace stock and the relevant circumstances of the Company, including without limitation changes in the prevailing market price of the stock as well as developments with respect to the asbestos legislation, the Zonolite attic insulation litigation, the asbestos-related personal injury litigation and the Company's bankruptcy proceeding. IFG will also obtain regular updates from D&P of its views regarding the appropriate valuation range for Grace stock. IFG will report, regularly as developments warrant, to the Fiduciary Committee regarding the results of its ongoing review.

IFG recommends that, if its recommendation to commence a selling program is approved, all plan participants with an interest in Grace stock held by the Trust be notified of such selling program coincident with or following the filing of the Form 144 with the SEC.

- Under the terms of its appointment, SSgA is required to notify participants of any decision to commence selling Grace stock.

- Given the Trust's likely status as an affiliate of the Company, it will be necessary to make public filings with the SEC at the time the selling program is commenced. Hence there is little or no market advantage to be gained by delaying the notice to participants.

- The participants will continue to have an opportunity to exchange out of Grace stock on their own during the selling program.

# Recommendation and Vote



## Recommendation and Vote

- To authorize and direct IFG, working in conjunction with the SSgA trading desk, to commence a selling program with respect to the common stock (the "Stock") of W.R. Grace & Co. (the "Company") held in the W.R. Grace Savings and Investment Plan Trust (the "Trust"), at a price no lower than the midpoint of D&P's valuation range (current midpoint is $1.88 per share). Such program to be implemented with the objective of maximizing the number of shares of Stock sold each trading day by the Trust, subject to the applicable limitations imposed by the Federal securities laws and balancing the foregoing objective against the potential adverse impact of such sales on the price of Company's common stock and other relevant market limitations and consequences;

- To direct IFG to provide notice to participants having an interest in the Stock held by the Trust coincident with or just following the required filing of Form 144 with the SEC; and further

- To direct IFG to monitor the continuation of the selling program authorized by the foregoing vote and to report to the Fiduciary Committee the results of such ongoing review as developments warrant (ie, updates regarding litigation, bankruptcy, legislation or other significant factors).

SSgA



SSBT-000872

2/17/2004

**W.R. Grace & Company**
**Equity Valuation Summary as of 2/17/04**
*($millions)*

| | | Market Value | |
|---|---|---|---|
| | Low | Midpoint | High |
| Enterprise Value | $1,800 | $1,875 | $1,950 |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 849 | 849 | 849 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| Less: Estimated Asbestos Liabilities | 1,900 | 1,900 | 1,900 |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation[2] | 314 | 314 | 314 |
| Less: Post-retirement Benefits Other than Pension | 139 | 139 | 139 |
| Less: Special Pension Arrangements | 77 | 77 | 77 |
| Less: Retained Obligations of Divested Businesses | 58 | 58 | 58 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 117 | 117 | 117 |
| Less: Future Bankruptcy Costs[3] | 91 | 91 | 91 |
| Equity Value[4] | $48 | $123 | $198 |
| Common Shares Outstanding (millions) | 65.56 | 65.56 | 65.56 |
| Value per Share | $0.73 | $1.88 | $3.02 |

Notes:
1) Estimated to be 30 percent of the projected asbestos-related liabilities.
2) Environmental remediation costs are estimated to be $70 million higher than Company's provision for the liability on the 9/30/03 balance sheet based on the most recent Company information.
3) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.
4) Certain nonoperating assets and liabilities are estimated from the unaudited 12/31/03 balance sheet in the 1/27/04 earnings release.

SSBT-000873