# EXHIBIT 31



John.Forgach@grace.com
02/25/2004 10:24 AM

To Monet_Ewing@ssga.com
cc
bcc
Subject RE:

Wow! Thanks. I will await your phone call. My main issue, at this point, is timing, given our 10K filing. We just need to know exactly what date the Form 144 will be filed. Hopefully you are in contact with someone at Fidelity -- it will take several days to prepare the mailing, and may need some extra work, since I think you want the notice to go to only those with money in the Grace Stock Fund -- this would require Fidelity to refine a mass mailing, which might take them another day or two.

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Wednesday, February 25, 2004 10:28 AM
To: Forgach, John
Subject:


John,

I see your phone number but I am on a conference call.  Please feel free to
give Kelly a call also at 617 664-5880.  We were planning on calling you within the next 10 minutes.

Thanks


Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com

SSBT-000360
CONFIDENTIAL