**EXHIBIT 32**



| | |
|---|---|
| John.Forgach@grace.com | To: kelly_q_driscoll@ssga.com, Melissa_Smith@ssga.com, monet_ewing@ssga.com |
| 02/25/2004 11:13 AM | cc |
| | bcc |
| | Subject: FW: |

Also, now that I think about it, the employees (and perhaps others) will also be calling Fidelity, unless SS gives the employees someone else to call. And Fidelity will be looking for guidance from SS as to what to say.

-----Original Message-----
From: Forgach, John
Sent: Wednesday, February 25, 2004 11:10 AM
To: 'Melissa_Smith@ssga.com'
Cc: 'kelly_q_driscoll@ssga.com'; 'monet_ewing@ssga.com'
Subject: RE:

Melissa,

We really have no comments. It is our view that SS must basically communicate as it deems appropriate.

I would, however, strongly suggest that SS think about listing a phone number for employees to call -- I can assure you that they will call SS (and Grace, which will have no alternative but to refer them to SS), and instead of having people call some general SS number or those they may know at SS, it would be best to have the calls directed to a specific person who is prepared with any comments and information that SS deems appropriate.

Call me when you can, to discuss other issues, like the actual timing of the filing of form 144, how to communicate with Fidelity, etc.

-----Original Message-----
From: Melissa_Smith@ssga.com [mailto:Melissa_Smith@ssga.com]
Sent: Monday, February 23, 2004 6:10 PM
To: Forgach, John
Cc: kelly_q_driscoll@ssga.com; monet_ewing@ssga.com; jcleary@goodwinprocter.com; dglosband@goodwinprocter.com; jhadden@goodwinprocter.com
Subject:

John,

We anticipate receiving a vote tomorrow morning from our Fiduciary Committee, to commence selling WR Grace stock held within the plan. Therefore, we have drafted the attached notice to participants. Please review and forward any comments you may have to my attention. Please note,
we would like this notice to go out coincident with the commencement of the
selling program, so time is of the essence.

If you have any questions, please do not hesitate to contact me directly at

SSBT-000363
CONFIDENTIAL