**EXHIBIT 33**



"D'Aloia, Krista"
<Krista.D'Aloia@fmr.com>
02/25/2004 06:31 PM

To: John.Forgach@grace.com, "Muns, Chris" <Chris.Muns@fmr.com>, kelly_q_driscoll@ssga.com, Monet_Ewing@ssga.com
cc
bcc
Subject: RE: RE:

John-

Will the Q&As be sent regular mail as well as via e-mail?  My sense is they
should be.  If e-mail will be the only method, they will at least have to be
mailed to terminated participants.

Krista

-----Original Message-----
From:       John.Forgach@grace.com [mailto:John.Forgach@grace.com]
Sent:       Wed 2/25/2004 5:19 PM
To:         Muns, Chris; kelly_q_driscoll@ssga.com; Monet_Ewing@ssga.com
Cc:         D'Aloia, Krista
Subject:        RE: RE:

Good news.  We will be sending out the Q&As, at the same time we send
out the press release (either in the same email or in a rapidly
following up email).

The Q&As will need to be finalized therefore prior to the filing of the
144.  And they should include some of the mechanical information we
talked about -- how employees can move funds from the fixed income fund
to other funds, etc.

Again, we will need advance notice of the time of actual filing of the
144, then Grace will time the press release to the employees and to the
public.

Thanks.

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Wednesday, February 25, 2004 2:09 PM
To: Chris.Muns@fmr.com
Cc: Forgach, John; Krista.D'Aloia@fmr.com
Subject: RE:


Chris,

I am back at my desk.  We are working on the Q&A drafts currently so I
will
forward on a copy when we have completed the draft.  Thank you for
Krista's
email.

Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24

SSBT-000380
CONFIDENTIAL

Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com

```
                    "Muns, Chris"

                    <Chris.Muns@fmr.c         To:
"'John.Forgach@grace.com'" <John.Forgach@grace.com>,
Monet_Ewing@ssga.com
                    om>                      cc:      "D'Aloia,
Krista" <Krista.D'Aloia@fmr.com>
                                             Subject: RE:

                    02/25/2004 01:50

                    PM
```

Monet:

Can you forward a copy of the current draft of the Q&A to me so that we can
start to review it.  I will also give you a call in a few minutes.

Also, for everyone's benefit, Krista D'Aloia's e-mail address is
Krista.Daloia@fmr.com.

Thanks

Chris

-----Original Message-----
From: John.Forgach@grace.com [mailto:John.Forgach@grace.com]
Sent: Wednesday, February 25, 2004 1:34 PM
To: Muns, Chris; Monet_Ewing@ssga.com
Cc: christa.daloia@fmr.com
Subject: RE:


We should put the Fidelity phone number in the notice -- the same number
that participants call for other issues.  Of course, prior to the notice
being received by participants, we need to provide the phone reps with
the Q&As, and instruct them regarding handling phone calls.

Chris, call asap.  Thanks.

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Wednesday, February 25, 2004 12:49 PM

SSBT-000381
CONFIDENTIAL

```
To: chris.muns@fmr.com
Cc: Forgach, John; christa.daloia@fmr.com
Subject:
```

Chris,

I have attached a copy of the Participant Communication that State Street
would like to mail asap to participants.  I will await your call this
afternoon to discuss with myself and John the actual logistics.  My direct
dial is 617 664-5654.

Thank you

(See attached file: 22504 participant draft.doc)
Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com

SSBT-000382
CONFIDENTIAL