**EXHIBIT 36**

| | | |
|---|---|---|
| **Sydney Marzeotti/USA/StateStreet**<br>03/08/2004 09:25 AM | To | Kelly Q Driscoll/USA/StateStreet |
| | cc | |
| | bcc | |
| | Subject | Re: 00000277002702760001A0013DED00000 |

Kelly-

We did not yet file an amended 144. Melissa and I reviewed the volumes and determined that the earliest we would want to file one would be this week or next week ( to capture the higher trading volumes since we began trading). I'll check it again today to see if we want to do it this week.



Redacted

Syd
Kelly Q Driscoll

| | | |
|---|---|---|
| **Kelly Q Driscoll**<br>03/08/2004 09:10 AM | To: | sydney_marzeotti@ssga.com, monet_ewing@ssga.com |
| | cc: | |
| | Subject: | |

Did we file an amended 144 for Grace. If you are doing it today please walk Monet through the process so she can do it in the future.

Redacted

Julio is slated to leave on the 15th. Is there anything he needs to do/finish?

CONFIDENTIAL

SSBT-010468