**EXHIBIT 38**





Melissa Smith
04/08/2004 05:24 PM

To: Joseph.Herter@FMR.COM
cc: Jeff.Whitaker@FMR.COM, john.forgach@grace.com, kelly_q_driscoll@ssga.com, Krista.D'Aloia@FMR.COM, Craig.Richard.firsco@fidelity.com, Thomas.McKenna@FMR.COM, David.Rymsza@FMR.COM, Chris.Muns@FMR.COM, brian.mcgowan@grace.com, Roger Petrin/USA/StateStreet@StateStreet, monet_ewing@ssga.com, jcleary@goodwinprocter.com, robert.tarola@grace.com
Subject: RE: Additional Fidelity Contacts

Joe,

To confirm you have indicated the share position below as of 4:00 today at 6,274,117.208 shares. We are planning on holding back 20,000 shares and will trade 6,254,117. We will expect that you will be able to settle that amount.

If you have any questions, please do not hesitate to contact me.

Melissa A. Smith
Principal

State Street Financial Center
One Lincoln Street
24th Floor
Boston, MA 02111-2900

617.664.5644 PH
617.946.9434 FX
melissa_smith@ssga.com

---- Forwarded by Monet Ewing/USA/StateStreet on 04/08/2004 04:37 PM ----



"Herter, Joseph"
<Joseph.Herter@FMR.COM>
04/08/2004 04:34 PM

To: <Monet_Ewing@ssga.com>, "Muns, Chris" <Chris.Muns@FMR.COM>, <brian.mcgowan@grace.com>, <robert.tarola@grace.com>
cc: "Whitaker, Jeff" <Jeff.Whitaker@FMR.COM>, <john.forgach@grace.com>, <kelly_q_driscoll@ssga.com>, "D'Aloia, Krista" <Krista.D'Aloia@FMR.COM>, "Richard, Craig" <Craig.Richard.firsco@fidelity.com>, "McKenna, Thomas" <Thomas.McKenna@FMR.COM>, "Rymsza, David" <David.Rymsza@FMR.COM>
Subject: RE: Additional Fidelity Contacts

Monet the number of shares as of 4:00 today is 6,274,117.208

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Thursday, April 08, 2004 4:23 PM
To: Muns, Chris; brian.mcgowan@grace.com; robert.tarola@grace.com
Cc: Whitaker, Jeff; John Forgach (john.forgach@grace.com); Herter, Joseph; State Street Global Advisors (kelly_q_driscoll@ssga.com); D'Aloia, Krista
Subject: Re: Additional Fidelity Contacts

Joseph,

As discussed on the phone, I have attached the Q&A that was drafted to address any participant inquiries that are received as a result of

SSBT-001154
CONFIDENTIAL

Fidelity
shutting off the ability for participant trading with respect to the Grace
Stock Fund. This communication was approved by Brian McGowan at Grace and
also by way of this email is being sent to additional Grace officers.
State Street will be discussing with Grace next week a broader statement
for participants but in the meantime this Q&A should suffice for any calls
that originate through the Fidelity customer service reps. Please keep
this information on a need to know basis.

Thank you
(See attached file: W.R.Grace Q & A's 4-8-04.doc)

Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com


```
                    "Muns, Chris"
                    <Chris.Muns@fmr.c       To:  Monet_Ewing@ssga.com, "State Street Global Advisors
                    om>                          (kelly_q_driscoll@ssga.com)" <kelly_q_driscoll@ssga.com>
                                            cc:  "Herter, Joseph" <Joseph.Herter@fmr.com>, "Whitaker, Jeff"
                    02/26/2004 08:59             <Jeff.Whitaker@fmr.com>,
                    AM                           "John Forgach (john.forgach@grace.com)"
                                                 <john.forgach@grace.com>, "D'Aloia, Krista" <Krista.D'Aloia@fmr.com>
                                            Subject:  Additional Fidelity Contacts
```


Monet / Kelly:

I'm going to be tied up in several meetings today. With that in mind,
please include Joe Herter and Jeff Whitaker on the distribution for any
communications that you send to us. Joe is the Client Service Manager and
the person at Fidelity directly responsible for administration of the Grace
Plan; he is the "expert" on plan administrative provisions. Jeff is the
Communications Manager and he will be overseeing production and

SSBT-001155
CONFIDENTIAL

distribution of the letter and Q&A.

There contact information is attached.

> <<Joseph Herter>> <<Jeff Whitaker>>
> Any idea when the next draft of the employee communications and first draft
> of the Q&A will be available?  We've got our phone reps "teed-up" for a
> quick education session tomorrow morning so we are very anxious to make
> sure that finalize the Q&A ASAP.

Thanks




Chris Muns
VP Managing Director
Fidelity Institutional Retirement Services Company
A division of Fidelity Investments Institutional Service Company, Inc.

e-mail: Chris.Muns@fmr.com
phone: 508-787-7789
cell: 603-493-5775
fax: 508-490-8701


The information in this email and subsequent attachments may contain
confidential information that is intended solely for the attention and use
of the named addressees.  This message or any part thereof must not be
disclosed, copied, distributed or retained by any person without
authorization from the addressee
----- Message from Unknown on Unknown -----



W.R. Grace CSM
----- Message from Unknown on Unknown -----



Cc for W. R. Grace

SSBT-001156
CONFIDENTIAL