**EXHIBIT 40**



**John.Forgach@grace.com**

04/12/2004 12:46 PM

To: Chris.Muns@fmr.com, Joseph.Herter@fmr.com,
Monet_Ewing@ssga.com
cc: jcleary@goodwinprocter.com, kelly_q_driscoll@ssga.com,
melissa_smith@ssga.com
Subject: RE: Additional Fidelity Contacts

Thanks. I will be on the call.

I am interested in some details:
(1) when will the funds be deposited into the Fixed Income Fund
(Friday)?
(2) Will participants be able to reallocate on Friday or on Monday?
(3) When will the funds actually show up in participants accounts, if
they check on the internet at 401k.com?
(4) When will the final 20,000 or so be liquidated and deposited to
participant's accounts.

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Monday, April 12, 2004 11:39 AM
To: Joseph.Herter@FMR.COM
Cc: kelly_q_driscoll@ssga.com; melissa_smith@ssga.com;
jcleary@goodwinprocter.com; Forgach, John
Subject: RE: Additional Fidelity Contacts


Thanks. We will talk to you then.

Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com



                    "Herter, Joseph"

                    <Joseph.Herter@FM        To:
<Monet_Ewing@ssga.com>

                    R.COM>                    cc:
<Melissa_Smith@ssga.com>, <kelly_q_driscoll@ssga.com>

                                         Subject:  RE: Additional
Fidelity Contacts
                    04/12/2004 11:35

                    AM

SSBT-001210
CONFIDENTIAL

I have set up a call for this afternoon to go over the next steps for 2:30 this afternoon.

Please call 1-866-902-8346 passcode 412903

We need to discuss the remaining 20,000 shares that you held back.  That number will be lower as we had some withdrawals that we had to honor on Thursday that were not included in the original amount we sent.  It is not a significant amount.  We are getting the final number but does not appear to be more than 1500 shares.

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Monday, April 12, 2004 10:47 AM
To: Herter, Joseph
Cc: brian.mcgowan@grace.com; Muns, Chris; Richard, Craig; Rymsza, David;
jcleary@goodwinprocter.com; Whitaker, Jeff; john.forgach@grace.com;
Herter, Joseph; kelly_q_driscoll@ssga.com; D'Aloia, Krista;
Melissa_Smith@ssga.com; robert.tarola@grace.com; Roger_Petrin@ssga.com;
McKenna, Thomas
Subject: RE: Additional Fidelity Contacts


Joe

The trade has been completed.  We are drafting one Q&A to respond to any questions.  WR Grace will also be providing participants with their press
statement.

Thank you


Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com



                    "Herter,

                    Joseph"              To:    "Herter, Joseph"
<Joseph.Herter@FMR.COM>,
                    <Joseph.Herter          <Melissa_Smith@ssga.com>

                    @FMR.COM>            cc:    "Whitaker, Jeff"
<Jeff.Whitaker@FMR.COM>,
                                                <john.forgach@grace.com>,
<kelly_q_driscoll@ssga.com>, "D'Aloia, Krista"
                    04/12/2004              <Krista.D'Aloia@FMR.COM>,
"Richard, Craig"

SSBT-001211
CONFIDENTIAL

```
              10:02 AM
<Craig.Richard.firsco@fidelity.com>, "McKenna, Thomas"

                                    <Thomas.McKenna@FMR.COM>,
"Rymsza, David" <David.Rymsza@FMR.COM>, "Muns,
                                    Chris" <Chris.Muns@FMR.COM>,
<brian.mcgowan@grace.com>,

                                    <Roger_Petrin@ssga.com>,
<monet_ewing@ssga.com>,

                                    <jcleary@goodwinprocter.com>,
<robert.tarola@grace.com>
                                    Subject:     RE: Additional
Fidelity Contacts
```

Please use  1-866-902-8346 passcode 213687

-----Original Message-----
From: Herter, Joseph
Sent: Thursday, April 08, 2004 5:46 PM
To: 'Melissa_Smith@ssga.com'
Cc: Whitaker, Jeff; john.forgach@grace.com; kelly_q_driscoll@ssga.com;
D'Aloia, Krista; Richard, Craig; McKenna, Thomas; Rymsza, David; Muns,
Chris; brian.mcgowan@grace.com; Roger_Petrin@ssga.com;
monet_ewing@ssga.com; jcleary@goodwinprocter.com;
robert.tarola@grace.com
Subject: RE: Additional Fidelity Contacts


Melissa

Is this trade settling on Monday?  We assume that this trade will follow
the established procedures that are in place that the previous trades
have followed.

I think it would be a good idea to get together on Monday morning to
discuss any issues or concerns.  I have scheduled a call for 10 am
Monday morning.  Please pass this information along to anyone not on
this email string that you feel should be there.

Phone number is 1-866-902-8346 passcode is 213867.

-----Original Message-----
From: Melissa_Smith@ssga.com [mailto:Melissa_Smith@ssga.com]
Sent: Thursday, April 08, 2004 5:24 PM
To: Herter, Joseph
Cc: Whitaker, Jeff; john.forgach@grace.com; kelly_q_driscoll@ssga.com;
D'Aloia, Krista; Richard, Craig; McKenna, Thomas; Rymsza, David; Muns,
Chris; brian.mcgowan@grace.com; Roger_Petrin@ssga.com;
monet_ewing@ssga.com; jcleary@goodwinprocter.com;
robert.tarola@grace.com
Subject: RE: Additional Fidelity Contacts


Joe,

To confirm you have indicated the share position below as of 4:00 today

SSBT-001212
CONFIDENTIAL

at
6,274,117.208 shares.  We are planning on holding back 20,000 shares and
will trade 6,254,117.  We will expect that you will be able to settle
that
amount.

If you have any questions, please do not hesitate to contact me.

Melissa A. Smith
Principal

State Street Financial Center
One Lincoln Street
24th Floor
Boston, MA  02111-2900

617.664.5644 PH
617.946.9434 FX
melissa_smith@ssga.com
----- Forwarded by Monet Ewing/USA/StateStreet on 04/08/2004 04:37 PM
-----

                      "Herter, Joseph"

                      <Joseph.Herter@FM          To:
<Monet_Ewing@ssga.com>, "Muns, Chris" <Chris.Muns@FMR.COM>,

                      R.COM>
<brian.mcgowan@grace.com>, <robert.tarola@grace.com>

                                           cc:        "Whitaker,
Jeff" <Jeff.Whitaker@FMR.COM>, <john.forgach@grace.com>,
                      04/08/2004 04:34
<kelly_q_driscoll@ssga.com>, "D'Aloia, Krista" <Krista.D'Aloia@FMR.COM>,
"Richard,
                      PM                       Craig"
<Craig.Richard.firsco@fidelity.com>, "McKenna, Thomas"

<Thomas.McKenna@FMR.COM>, "Rymsza, David" <David.Rymsza@FMR.COM>

                                           Subject:  RE: Additional
Fidelity Contacts

Monet the number of shares as of 4:00 today is  6,274,117.208

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Thursday, April 08, 2004 4:23 PM
To: Muns, Chris; brian.mcgowan@grace.com; robert.tarola@grace.com
Cc: Whitaker, Jeff; John Forgach (john.forgach@grace.com); Herter,
Joseph; State Street Global Advisors (kelly_q_driscoll@ssga.com);
D'Aloia, Krista
Subject: Re: Additional Fidelity Contacts

SSBT-001213
CONFIDENTIAL

Joseph,

As discussed on the phone,  I have attached the Q&A that was drafted to
address any participant inquiries that are received as a result of
Fidelity
shutting off the ability for participant trading with respect to the
Grace
Stock Fund.  This communication was approved by Brian McGowan at Grace
and
also by way of this email is being sent to additional Grace officers.
State Street will be discussing with Grace next week a broader statement
for participants but in the meantime this Q&A should suffice for any
calls
that originate through the Fidelity customer service reps.  Please keep
this information on a need to know basis.

Thank you
(See attached file: W.R.Grace Q & A's 4-8-04.doc)

Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com


                       "Muns, Chris"

                       <Chris.Muns@fmr.c      To:
       Monet_Ewing@ssga.com, "State Street Global Advisors

                       om>
       (kelly_q_driscoll@ssga.com)" <kelly_q_driscoll@ssga.com>


                                             cc:      "Herter,
       Joseph" <Joseph.Herter@fmr.com>, "Whitaker, Jeff"
                       02/26/2004 08:59              <Jeff.Whitaker@fmr.com>,
       "John Forgach (john.forgach@grace.com)"
                       AM
       <john.forgach@grace.com>, "D'Aloia, Krista" <Krista.D'Aloia@fmr.com>

                                             Subject:  Additional
       Fidelity Contacts



       Monet / Kelly:

       I'm going to be tied up in several meetings today.  With that in mind,
       please include Joe Herter and Jeff Whitaker on the distribution for any
       communications that you send to us.  Joe is the Client Service Manager

SSBT-001214
CONFIDENTIAL

and
the person at Fidelity directly responsible for administration of the Grace
Plan; he is the "expert" on plan administrative provisions.    Jeff is the
Communications Manager and he will be overseeing production and
distribution of the letter and Q&A.

There contact information is attached.

<<Joseph Herter>> <<Jeff Whitaker>>
Any idea when the next draft of the employee communications and first draft
of the Q&A will be available?  We've got our phone reps "teed-up" for a
quick education session tomorrow morning so we are very anxious to make
sure that finalize the Q&A ASAP.

Thanks

Chris Muns
VP Munging Director
Fidelity Institutional Retirement Services Company
A division of Fidelity Investments Institutional Service Company, Inc.

e-mail: Chris.Muns@fmr.com
phone: 508-787-7789
cell: 603-493-5775
fax: 508-490-8701

The information in this email and subsequent attachments may contain
confidential information that is intended solely for the attention and use
of the named addressees.  This message or any part thereof must not be
disclosed, copied, distributed or retained by any person without
authorization from the addressee
----- Message from Unknown on Unknown -----

W.R. Grace CSM
----- Message from Unknown on Unknown -----

Cc for W. R. Grace

SSBT-001215
CONFIDENTIAL



John.Forgach@grace.c
om

04/12/2004 12:48 PM

To: Monet_Ewing@ssga.com
cc: jcleary@goodwinprocter.com
Subject: RE:

Grace really has no comments on this statement.  But we think that more
details should be provided today to the participants -- like the day the
funds will be allocated to their accounts, etc.  See my recent note
regarding the 2:30 con call.

Thanks.

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Monday, April 12, 2004 11:51 AM
To: Forgach, John
Cc: jcleary@goodwinprocter.com
Subject:


Revised Statement

(See attached file: Grace ParStat 4-12-04.doc)


Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com



SSBT-001216
CONFIDENTIAL

Monet Ewing
04/12/2004 10:46 AM

To: "Herter, Joseph" <Joseph.Herter@FMR.COM>@SSGA
cc: brian.mcgowan@grace.com, "Muns, Chris" <Chris.Muns@FMR.COM>,
"Richard, Craig" <Craig.Richard.firsco@fidelity.com>, "Rymsza, David"
<David.Rymsza@FMR.COM>, jcleary@goodwinprocter.com,
"Whitaker, Jeff" <Jeff.Whitaker@FMR.COM>,
john.forgach@grace.com, "Herter, Joseph"
<Joseph.Herter@FMR.COM>, kelly_q_driscoll@ssga.com, Arlene
Roberts <Krista.D'Aloia@FMR.COM>, Melissa_Smith@ssga.com,
robert.tarola@grace.com, Roger_Petrin@ssga.com, "McKenna,
Thomas" <Thomas.McKenna@FMR.COM>
Subject: RE: Additional Fidelity Contacts

Joe

The trade has been completed.  We are drafting one Q&A to respond to any questions.  WR Grace will
also be providing participants with their press statement.

Thank you

Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com
"Herter, Joseph" <Joseph.Herter@FMR.COM>



"Herter, Joseph"
<Joseph.Herter@FMR.
COM>

04/12/2004 10:02 AM

To: "Herter, Joseph" <Joseph.Herter@FMR.COM>,
<Melissa_Smith@ssga.com>
cc: "Whitaker, Jeff" <Jeff.Whitaker@FMR.COM>,
<john.forgach@grace.com>, <kelly_q_driscoll@ssga.com>, "D'Aloia,
Krista" <Krista.D'Aloia@FMR.COM>, "Richard, Craig"
<Craig.Richard.firsco@fidelity.com>, "McKenna, Thomas"
<Thomas.McKenna@FMR.COM>, "Rymsza, David"
<David.Rymsza@FMR.COM>, "Muns, Chris"
<Chris.Muns@FMR.COM>, <brian.mcgowan@grace.com>,
<Roger_Petrin@ssga.com>, <monet_ewing@ssga.com>,
<jcleary@goodwinprocter.com>, <robert.tarola@grace.com>
Subject: RE: Additional Fidelity Contacts

Please use  1-866-902-8346 passcode 213687

-----Original Message-----
From: Herter, Joseph
Sent: Thursday, April 08, 2004 5:46 PM
To: 'Melissa_Smith@ssga.com'
Cc: Whitaker, Jeff; john.forgach@grace.com; kelly_q_driscoll@ssga.com;
D'Aloia, Krista; Richard, Craig; McKenna, Thomas; Rymsza, David; Muns,
Chris; brian.mcgowan@grace.com; Roger_Petrin@ssga.com;
monet_ewing@ssga.com; jcleary@goodwinprocter.com;
robert.tarola@grace.com
Subject: RE: Additional Fidelity Contacts

Melissa

SSBT-001217
CONFIDENTIAL

Is this trade settling on Monday?  We assume that this trade will follow
the established procedures that are in place that the previous trades
have followed.

I think it would be a good idea to get together on Monday morning to
discuss any issues or concerns.  I have scheduled a call for 10 am
Monday morning.  Please pass this information along to anyone not on
this email string that you feel should be there.

Phone number is 1-866-902-8346 passcode is 213867.

-----Original Message-----
From: Melissa_Smith@ssga.com [mailto:Melissa_Smith@ssga.com]
Sent: Thursday, April 08, 2004 5:24 PM
To: Herter, Joseph
Cc: Whitaker, Jeff; john.forgach@grace.com; kelly_q_driscoll@ssga.com;
D'Aloia, Krista; Richard, Craig; McKenna, Thomas; Rymsza, David; Muns,
Chris; brian.mcgowan@grace.com; Roger_Petrin@ssga.com;
monet_ewing@ssga.com; jcleary@goodwinprocter.com;
robert.tarola@grace.com
Subject: RE: Additional Fidelity Contacts


Joe,

To confirm you have indicated the share position below as of 4:00 today
at
6,274,117.208 shares.  We are planning on holding back 20,000 shares and
will trade 6,254,117.  We will expect that you will be able to settle
that
amount.

If you have any questions, please do not hesitate to contact me.

Melissa A. Smith
Principal

State Street Financial Center
One Lincoln Street
24th Floor
Boston, MA  02111-2900

617.664.5644 PH
617.946.9434 FX
melissa_smith@ssga.com
----- Forwarded by Monet Ewing/USA/StateStreet on 04/08/2004 04:37 PM
-----


                    "Herter, Joseph"

                    <Joseph.Herter@FM        To:
<Monet_Ewing@ssga.com>, "Muns, Chris" <Chris.Muns@FMR.COM>,

                    R.COM>
<brian.mcgowan@grace.com>, <robert.tarola@grace.com>

                                             cc:      "Whitaker,
Jeff" <Jeff.Whitaker@FMR.COM>, <john.forgach@grace.com>,
                    04/08/2004 04:34

SSBT-001218
CONFIDENTIAL

&lt;kelly_q_driscoll@ssga.com&gt;, "D'Aloia, Krista" &lt;Krista.D'Aloia@FMR.COM&gt;, "Richard,

                        PM                    Craig"
&lt;Craig.Richard.firsco@fidelity.com&gt;, "McKenna, Thomas"

&lt;Thomas.McKenna@FMR.COM&gt;, "Rymsza, David" &lt;David.Rymsza@FMR.COM&gt;

                                        Subject:  RE: Additional
Fidelity Contacts


Monet the number of shares as of 4:00 today is  6,274,117.208

-----Original Message-----
From: Monet_Ewing@ssga.com [mailto:Monet_Ewing@ssga.com]
Sent: Thursday, April 08, 2004 4:23 PM
To: Muns, Chris; brian.mcgowan@grace.com; robert.tarola@grace.com
Cc: Whitaker, Jeff; John Forgach (john.forgach@grace.com); Herter,
Joseph; State Street Global Advisors (kelly_q_driscoll@ssga.com);
D'Aloia, Krista
Subject: Re: Additional Fidelity Contacts


Joseph,

As discussed on the phone,  I have attached the Q&A that was drafted to
address any participant inquiries that are received as a result of
Fidelity
shutting off the ability for participant trading with respect to the
Grace
Stock Fund.  This communication was approved by Brian McGowan at Grace
and
also by way of this email is being sent to additional Grace officers.
State Street will be discussing with Grace next week a broader statement
for participants but in the meantime this Q&A should suffice for any
calls
that originate through the Fidelity customer service reps.  Please keep
this information on a need to know basis.

Thank you
(See attached file: W.R.Grace Q & A's 4-8-04.doc)

Monet T. Ewing
State Street Global Advisors
One Lincoln Place, Floor 24
Boston, MA  02111
617-664-5654
617-664-2376 (fax)
email:  monet_ewing@ssga.com


          "Muns, Chris"

SSBT-001219
CONFIDENTIAL

```
                    <Chris.Muns@fmr.c          To:
Monet_Ewing@ssga.com, "State Street Global Advisors

            om>
(kelly_q_driscoll@ssga.com)" <kelly_q_driscoll@ssga.com>

                                    cc:       "Herter,
Joseph" <Joseph.Herter@fmr.com>, "Whitaker, Jeff"
            02/26/2004 08:59              <Jeff.Whitaker@fmr.com>,
"John Forgach (john.forgach@grace.com)"
            AM
<john.forgach@grace.com>, "D'Aloia, Krista" <Krista.D'Aloia@fmr.com>

                                    Subject:  Additional
Fidelity Contacts
```

Monet / Kelly:


I'm going to be tied up in several meetings today.  With that in mind,
please include Joe Herter and Jeff Whitaker on the distribution for any
communications that you send to us.  Joe is the Client Service Manager
and
the person at Fidelity directly responsible for administration of the
Grace
Plan; he is the "expert" on plan administrative provisions.   Jeff is
the
Communications Manager and he will be overseeing production and
distribution of the letter and Q&A.


There contact information is attached.


<<Joseph Herter>> <<Jeff Whitaker>>
Any idea when the next draft of the employee communications and first
draft
of the Q&A will be available?  We've got our phone reps "teed-up" for a
quick education session tomorrow morning so we are very anxious to make
sure that finalize the Q&A ASAP.


Thanks



Chris Muns
VP Managing Director
Fidelity Institutional Retirement Services Company
A division of Fidelity Investments Institutional Service Company, Inc.

e-mail: Chris.Muns@fmr.com
phone: 508-787-7789

SSBT-001220
CONFIDENTIAL

```
cell: 603-493-5775
fax: 508-490-8701


The information in this email and subsequent attachments may contain
confidential information that is intended solely for the attention and
use
of the named addressees.  This message or any part thereof must not be
disclosed, copied, distributed or retained by any person without
authorization from the addressee
----- Message from Unknown on Unknown -----



W.R. Grace CSM
----- Message from Unknown on Unknown -----



Cc for W. R. Grace
```

SSBT-001221
CONFIDENTIAL