IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, *et al.* <br><br>       Plaintiff, <br><br> v. <br><br> JOHN F. AKERS, *et al.* <br><br>       Defendants. <br><br> ——————————————— <br><br> LAWRENCE W. BUNCH, *et al.* <br><br>       Plaintiffs, <br><br> v. <br><br> W.R. GRACE & CO., *et al.* <br><br>       Defendants. | Consolidated as: <br> Case No. 04-11380-WGY |

### DEFENDANT STATE STREET BANK AND TRUST COMPANY'S MOTION FOR SUMMARY JUDGMENT

For reasons stated in the accompanying memorandum of law, as supported by the statement of undisputed facts, deposition transcript excerpts and exhibits filed herewith, State Street Bank and Trust Company and its unincorporated subdivision State Street Global Advisors (collectively "State Street") respectfully move this Court for an order, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, granting State Street summary judgment and dismissing all counts asserted against State Street in the First Amended Class Action Complaint (Court File No. 138) filed by Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller on

behalf of themselves and all others similarly situated (previously Case No. 05-11602-MLW), together with such other and further relief as may be just and proper.

## REQUEST FOR ORAL ARGUMENT

State Street believes that oral argument may assist the Court and respectfully requests to be heard.

Dated:  August 17, 2007               Respectfully submitted,


STATE STREET BANK AND TRUST COMPANY

By its counsel,


__/s/ Sean T. Carnathan_____
Sean T. Carnathan (BBO #636889)
(scarnathan@ocmlaw.net)
O'CONNOR, CARNATHAN, AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
(scottflicker@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

Undersigned counsel for defendant State Street certifies that counsel for State Street has conferred with plaintiff's counsel in a good faith effort to resolve the issues set forth in this Motion.

| | |
|---|---|
| _August 17, 2007_____ | _/s/ Sean T. Carnathan_____ |
| Date | Sean T. Carnathan |

## **CERTIFICATE OF SERVICE**

      I here certify that this Motion and the documents filed in support of it through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007.

  August 17, 2007                             /s/ Sean T. Carnathan  
Date                                           Sean T. Carnathan