# W. R. Grace & Co. Common Stock Overview

**GRACE**

## Rule 144 Considerations

- Under the Rule 144 limitations, approximately 1.54 million shares can be sold every 3 months.

**Rule 144 Calculation for W.R. Grace Stock**

Rule 144 Trading Volume Limitation for Each 3-month Period is the Greater of:

1) 1 Percent of Shares Outstanding
   - Shares Outstanding: 65,614,064
   - 1 Percent: 1.0%
   - 1% of Shares Outstanding: 656,141

2) Weekly Trading Volume during 4 Weeks Preceding the Filing of the Form 144 Notice:
   - 4-week Average Weekly Trading Volume[1]: 1,537,500

**Greater of (1) or (2) = Trading Volume Limit for a 3-month Period: 1,537,500**

[1] As of the week ending February 20, 2004, the last week before Form 144 was filed. Excludes the weeks containing a holiday due to the decreased number of trading days.

DUFF & PHELPS, LLC

38

SSBT-002973
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

**Institutional Ownership (as of December 31, 2003)**

❖ It should be noted that the Company shares held by the Plan are excluded from the following list of institutional owners.

| Institution | Holdings | % Held |
|---|---|---|
| Peninsula Capital Advisors | 10,765,600 | 16.41 |
| Barclays Global Investors International | 3,080,957 | 4.70 |
| State Street Global Advisors | 1,023,243 | 1.56 |
| Fidelity Management & Research Company | 946,790 | 1.44 |
| Marathon Asset Management | 927,600 | 1.41 |
| Caxton Associates | 825,700 | 1.26 |
| Porter Felleman, Inc. | 781,900 | 1.19 |
| New Generation Advisors | 704,400 | 1.07 |
| Northern Trust | 617,703 | 0.94 |
| Calpers | 595,700 | 0.91 |
| Deutsch Asset Management | 588,759 | 0.90 |
| Vanguard Group | 575,293 | 0.88 |
| TIAA Cref Investment Management Inc. | 543,270 | 0.83 |
| Water Street Capital | 430,000 | 0.66 |
| Taconic Capital Advisors | 375,000 | 0.57 |

Source: MSN Money



DUFF & PHELPS, LLC

SSBT-002974
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

## Price/Volume Chart



W. R. Grace Annotated Stock Price Chart
March 19, 1999 - March 19, 2004

DUFF & PHELPS, LLC

41

SSBT-002976
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview



Stock Price Performance of Companies in Bankruptcy due to Asbestos Liabilities

| Asbestos Related Bankrupt Company Stock Performance Table | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Current 3/19/2004 | YTD Change | 1 Month Change | 3 Month Change | 1 Year Change | Change Since Day Before Bankruptcy Filing | Change 12 Month Prior Bankruptcy Filing |
| Armstrong Holdings | $1.02 | -6.4% | -9.7% | -19.0% | 67.2% | -3.8% | -96.8% |
| Federal Mogul | $0.35 | 55.6% | 16.7% | 34.6% | 169.2% | -46.2% | -93.6% |
| Owens Corning | $0.52 | 23.8% | -3.7% | 18.2% | 845.5% | -74.0% | -97.7% |
| U.S. Gypsum | $15.96 | -3.7% | -20.0% | 1.1% | 271.2% | 175.6% | -49.4% |
| W.R. Grace | $2.67 | 3.9% | -21.5% | 6.0% | 24.2% | 16.1% | -79.3% |

DUFF & PHELPS, LLC

42

SSBT-002977
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview



## Institutional Ownership and Short Selling of Companies in Bankruptcy due to Asbestos Liabilities

### Asbestos Related Bankrupt Company Institutional Ownership & Short Selling Analysis

| | Bankruptcy Filing Date | Number of Claims[1] | Estimated Liability[1] ($ in billions) | Total Assets/ Total Asbestos Liability[1] | Float as a % of Shares Outstanding[2] | Institutional Ownership[3] (1-year prior filing) | Institutional Ownership[3] (as of 2/29/2004) | Date Short Interest Was Last Reported | Short Interest as a % of Total Shares[2] (as of last reported date) | Short Interest Ratio[2,4] (as of last reported date) |
|---|---|---|---|---|---|---|---|---|---|---|
| Armstrong Holdings | 12/6/2000 | 173,000 | $3.2 | 1.5 | 94.3% | 72.8% | 8.3% | 10/31/2002 | 4.1% | 12.6 |
| Federal Mogul | 10/1/2001 | 360,000 | $2.1 | 3.9 | 99.2% | 53.1% | 3.2% | 4/30/2002 | 23.2% | 27.1 |
| Owens Corning | 10/5/2000 | 332,000 | $16.0 | 0.5 | 97.6% | 81.1% | 1.0% | 11/30/2002 | 3.5% | 10.3 |
| U.S. Gypsum | 6/25/2001 | 190,000 | $1.0 | 3.7 | 84.7% | 66.2% | 54.6% | 2/29/2004 | 11.5% | 8.5 |
| W.R. Grace | 4/2/2001 | 129,000 | $1.0 | 2.8 | 99.2% | 77.4% | 39.5% | 2/29/2004 | 1.1% | 1.8 |
| Mean[5] | | | | | 93.9% | 68.3% | 16.8% | | 10.6% | 14.6 |
| Median[5] | | | | | 96.0% | 69.5% | 5.8% | | 7.8% | 11.5 |

Note:
1) Source: 2003 10-K filing.
2) Source: Bloomberg
3) Source: Standard and Poor's Stock Guide
4) The short interest ratio represents the number of days it would take to cover all short positions assuming all transactions were used to cover short positions.
5) W. R. Grace was excluded from the mean and median calculations.

DUFF & PHELPS, LLC

43

SSBT-002978
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

Institutional Ownership of Grace and U.S. Gypsum



Institutional Ownership Analysis
As a % of Total Shares Outstanding*
January 1, 2000 - February 29, 2004

*Bankruptcy filing announcement is signified through dashed lines.

DUFF & PHELPS, LLC

44

SSBT-002979
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

## Short Selling of Grace and U.S. Gypsum



Short Interest Analysis*
(Total Shares In Short Position)
January 1, 2000 – February 29, 2004

*Bankruptcy filing announcement is signified through dashed lines.

DUFF & PHELPS, LLC

45

SSBT-002980
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview



Market Valuation Effect of Asbestos Litigation on Bankrupt Firms
March 19, 1999 – March 19, 2004

DUFF & PHELPS, LLC

46

SSBT-002981
CONFIDENTIAL




## W. R. Grace & Co. Common Stock Overview

### Index Price Chart



Market Valuation Effect of Asbestos Litigation on Bankrupt Firms
March 19, 2002 – March 19, 2004

Note:
1.) The Bankrupt Company Index includes four companies that have filed for Chapter 11 bankruptcy due to asbestos related liabilities in 2000 or 2001. This index includes FDMLQ, OWENQ, ACKHQ, and USG.
2.) The Non-Bankrupt Company Index includes companies with asbestos litigation liabilities, but have not been forced into bankruptcy. This index includes GP, HAL, CB, MDR, PPG, and ABB.

DUFF & PHELPS, LLC

47

SSBT-002982
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

**Early Asbestos Bankruptcies**

- Several medium/large companies filed for and emerged from bankruptcy as a result of asbestos liabilities in the late 1980s and early 1990s pre section 524(g)1.
  * The Johns-Manville Trust, which owned 50% of Johns Manville's equity, determined that it should monetize its equity stake in 2000. The company was eventually sold to Berkshire Hathaway.

| Company | Date Emerged From Chapter 11 | Treatment of Equity |
|---|---|---|
| Celotex & Carey - Canada | May 30, 1997 | 100% transferred to Trust Was not publicly traded |
| Eagle Picher Industries | November 18, 1996 | 100% transferred to Trust Was not publicly traded |
| National Gypsum | March 3, 1993 | publicly traded |
| Johns-Manville Corporation | October 28, 1988 | publicly traded |

Note:
1.) Section 524(g) of the United States Bankruptcy Code allows trusts to be formed, which shield companies from ongoing lawsuits while providing mechanisms to pay current and future claims.

DUFF & PHELPS, LLC

48

SSBT-002983
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

**Stock Price Performance of Companies Post Emergence**

❖ Stock price performance post emergence has been mixed as demonstrated through the share prices of Johns Manville Corporation and National Gypsum from the period they emerged from bankruptcy to the period that they were acquired.

- Johns Manville Corporation was acquired by Berkshire Hathaway.
- National Gypsum was acquired by an investment group named Delcor, Inc.



DUFF & PHELPS, LLC

49

SSBT-002984
CONFIDENTIAL



# Other Financial Observations

## Insurance Companies With Asbestos Liability Exposure

- Due to the dramatic increase in asbestos related claims during the past three years and the unpredictable nature of claims to be filed in the future, insurance companies with significant asbestos liability exposure have increased asbestos reserves causing crediting rating downgrades by Standard & Poor.

### Insurance Companies With Significant Asbestos Exposure S&P Credit Rating Profiles
### As of March 19, 2004

| Company | Asbestos Exposure[1] ($ in millions) | Asbestos Reserves as a % of Total Liabilities[1] | Yield to Maturity on Long-Term Debentures[2] (as of 3/19/2004) | Maturity Date | Duration[2] (as of 3/19/2004) | Spread to Yield on Treasury Strips[3] (in basis points) | Recent Credit Rating Action | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Current Credit Rating | Date of Credit Change | Previous Rating |
| ACE Ltd. | $2,899 | 7.6% | 6.5% | 8/15/2029 | 11.4 | 258 | BBB+ | 3/21/2003 | A- |
| The Chubb Corp. | $1,295 | 3.7% | 5.8% | 11/15/2031 | 13.4 | 123 | A | 3/24/2003 | A+ |
| CNA Financial Corp. | $1,767 | 2.0% | 6.8% | 11/15/2023 | 10.7 | 281 | BBB- | 2/1/2002 | BBB |
| Fairfax Financial Holdings, Ltd. | $1,153 | 4.2% | 8.1% | 10/1/2015 | 7.6 | 454 | BB | 2/12/2003 | BB+ |
| GE Global Insurance Holding Corp. | $980 | 2.2% | 6.3% | 2/15/2026 | 11.8 | 233 | A- | 2/14/2003 | AA- |
| Travelers Property Casualty Corp. | $1,340 | 3.0% | 6.0% | 4/15/2026 | 11.7 | 203 | A- | 12/19/2001 | A+ |
| St. Paul Companies, Inc. | $1,310 | 3.9% | 4.7% | 4/15/2010 | 5.1 | 189 | BBB+ | 7/16/2002 | A- |

Note:
1) The source of each Company's asbestos exposure and total liabilities came from the 2003 10-K filing.
2) The source for yields and duration came from Bloomberg.
3) The spread to Treasury Strips was calculated using the yield on a Treasury Strip with a maturity closest to the corresponding duration of each debt instrument. For example, the spread on the ACE Ltd. debt maturing in 2029 has a duration of 11.4. The 10-year Treasury Strip yield was used to calculate the spread.

50

DUFF & PHELPS, LLC

SSBT-002985
CONFIDENTIAL



## Preliminary Observations

❖ From a fundamental perspective, Grace's core operating business continues to be reasonably well-positioned within its industry markets. Product revenue and operating margins should benefit from an expanding domestic economy. Cash flow from operations continues to be reasonably strong compared to industry peers.

❖ Grace's common stock, however, does not trade based upon the performance of its core operating businesses. The value of its stock is almost totally dependent upon a favorable resolution of the ZAI claims and an acceptable and timely legislative solution to the asbestos bodily injury claims.

❖ While Grace's potential exposure to liability in the ZAI matters may become clearer over the next several months, the ultimate outcome remains unclear.

❖ A legislative solution to the asbestos bodily injury claims has clearly been a stated priority of certain legislative leaders. While a revised proposal is currently in early stages of new negotiations, the ultimate form and structure of any agreement remains unclear. Further, as the November 2004 national elections become nearer, risk increases that any legislative movement on the issue will be pushed into 2005.

❖ Given Grace's Chapter 11 bankruptcy filing due to asbestos-related issues, it is expected that the Company will not file a plan of reorganization until a method to resolve these issues has been established. In the meantime, we assume that Grace's common stock will continue to trade in a manner similar to stock options, based on the future potential of value.

DUFF & PHELPS, LLC

51

SSBT-002986
CONFIDENTIAL

W. R. GRACE & COMPANY
COMPARATIVE CONSOLIDATED INCOME STATEMENT AND COMPREHENSIVE INCOME
Years Ended December 31, 2001 – 2003
($ in millions)

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Net sales | $1,981 | $1,820 | $1,723 |
| Cost of goods sold | 1,290 | 1,148 | 1,076 |
| Gross profit | 691 | 672 | 647 |
| Selling, general and administrative expenses | 418 | 365 | 334 |
| Research and development expenses | 52 | 52 | 50 |
| Total selling, general and administrative expenses | 470 | 416 | 384 |
| EBITDA | 220 | 256 | 263 |
| Depreciation and amortization | 103 | 95 | 89 |
| Operating income | 118 | 161 | 174 |
| Other income (expense) |  |  |  |
| Interest expense and related financing costs | (16) | (20) | (37) |
| Provision for environmental remediation | (143) | (71) | (6) |
| Net pension expense | (53) | (20) | 0 |
| Provision for asbestos related litigation, net of insurance | (30) | 0 | 0 |
| Other income | 17 | 23 | 31 |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | (54) | 92 | 162 |
| Chapter 11 reorganization expenses, net | (15) | (30) | (16) |
| Provision for income taxes | 12 | (38) | (64) |
| Minority interest in consolidated entities | 1 | (2) | (4) |
| Net income (loss) | ($55) | $22 | $79 |
| Basic earnings per share |  |  |  |
| Net income (loss) | ($0.84) | $0.34 | $1.20 |
| Diluted earnings per share |  |  |  |
| Net income (loss) | ($0.84) | $0.34 | $1.20 |

Source: Audited financial statements.

A-1

DUFF & PHELPS, LLC

SSBT-002987
CONFIDENTIAL

**W. R. GRACE & COMPANY**
**COMPARATIVE CONSOLIDATED BALANCE SHEET**
Years Ended December 31, 2001 - 2003
($ in millions)

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $309 | $284 | $191 |
| Accounts receivable | 348 | 317 | 302 |
| Inventories | 215 | 174 | 180 |
| Deferred income taxes | 30 | 21 | 23 |
| Asbestos related insurance expected to be realized within one year | 0 | 0 | 10 |
| Other current assets | 28 | 36 | 30 |
| Total current assets | 929 | 830 | 736 |
| Property and equipment, net | 657 | 622 | 589 |
| Goodwill | 85 | 66 | 55 |
| Cash value of life insurance policies expected to be realized within one year | 91 | 82 | 76 |
| Deferred income taxes | 587 | 574 | 503 |
| Asbestos related insurance expected to be realized after one year | 269 | 283 | 284 |
| Other assets, net | 256 | 235 | 276 |
| **TOTAL ASSETS** | $2,874 | $2,692 | $2,518 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| Liabilities not subject to compromise | | | |
| Current liabilities: | | | |
| Debt payable within one year | 57 | 54 | 86 |
| Accounts payable | 102 | 100 | 86 |
| Income taxes payable | 17 | 11 | 14 |
| Asbestos related liability expected to be satisfied within one year | 0 | 0 | 0 |
| Other current liabilities | 146 | 131 | 126 |
| Total current liabilities | 271 | 247 | 233 |
| Deferred income taxes | 35 | 31 | 21 |
| Asbestos related liability expected to be satisfied after one year | 0 | 0 | 0 |
| Other liabilities | 286 | 301 | 95 |
| Total liabilities not subject to compromise | 593 | 579 | 349 |
| Liabilities subject to compromise | 2,465 | 2,335 | 2,312 |
| Total Liabilities | 3,058 | 2,914 | 2,660 |
| Shareholders' equity | | | |
| Common stock | 1 | 1 | 1 |
| Treasury stock | (136) | (137) | (137) |
| Additional paid in capital | 432 | 433 | 433 |
| Retained earnings | (171) | (116) | (138) |
| Accumulated other comprehensive loss | (310) | (403) | (301) |
| Total shareholders' equity (deficit) | (184) | (222) | (142) |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | $2,874 | $2,692 | $2,518 |
| Working Capital | $658 | $583 | $503 |
| Current Ratio | 3.4 | 3.4 | 3.2 |

Source: Audited financial statements

A-2

DUFF & PHELPS, LLC

SSBT-002988
CONFIDENTIAL

W. R. GRACE & COMPANY
COMPARATIVE CONSOLIDATED CASH FLOW STATEMENT
Years Ended December 31, 2001 – 2003
($ in millions)

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| **Cash flows from operating activities:** | | | |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | (354) | $92 | $162 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities | | | |
| Depreciation and amortization | 103 | 95 | 89 |
| Interest accrued on pre-petition debt subject to compromise | 11 | 15 | 23 |
| Gain on sales of investments | 2 | (2) | (8) |
| Gain on disposals of assets | 0 | 0 | (2) |
| Loss on disposals of assets | 0 | 0 | 0 |
| Provision for environmental remediation | 143 | 71 | 6 |
| Provision for asbestos related litigation, net of insurance | 30 | 0 | 0 |
| Income from life insurance policies, net | (6) | (5) | (5) |
| Changes in assets and liabilities, excluding effect of businesses acquired/divested and foreign currency translation: | | | |
| Decrease (increase) in working capital items | (23) | 22 | (61) |
| Contributions to defined benefit pension plans | (61) | (10) | 0 |
| Increase in accounts receivable due to termination of securitization program | 0 | 0 | (65) |
| Expenditures for asbestos related litigation | (10) | (13) | (110) |
| Proceeds from asbestos related insurance | 13 | 11 | 79 |
| Expenditures for environmental remediation | (11) | (21) | (25) |
| Expenditures for postretirement benefits | (13) | (22) | (22) |
| Net expenditures for retained obligations of discontinued operations | (1) | (6) | (13) |
| Changes in accruals and other non-cash items | 32 | 28 | 7 |
| Net cash provided by (used for) operating activities before income taxes and Chapter 11 reorganization expenses | 156 | 254 | 55 |
| Chapter 11 reorganization expenses paid, net | (18) | (27) | (12) |
| Income taxes paid, net of refunds | (27) | (32) | (28) |
| Net cash provided by operating activities | 111 | 196 | 15 |
| **Cash flows from investing activities:** | | | |
| Capital expenditures | (86) | (91) | (63) |
| Businesses acquired in purchase transactions, net of cash acquired | (27) | (29) | (84) |
| Investments in life insurance policies | (12) | (16) | (18) |
| Proceeds from life insurance policies | 12 | 19 | 18 |
| Proceeds from sales of investments | 0 | 1 | 8 |
| Proceeds from disposals of assets | 4 | 5 | 8 |
| Net cash used in investing activities | (109) | (111) | (131) |
| **Cash flows from financing activities:** | | | |
| Proceeds from loans secured by cash value of life insurance, net of repayments | (3) | (6) | 34 |
| Borrowings under credit facilities, net of repayments | 2 | (3) | 94 |
| Borrowings under debtor in possession facility, net of fees | 46 | 19 | 72 |
| Repayments of term debt | 0 | 0 | 0 |
| Repayments of borrowings under debtor in possession facility | (50) | (20) | (75) |
| Exercise of stock options | 0 | 0 | 0 |
| Purchase of treasury stock | 0 | 0 | (1) |
| Net cash provided by (used in) financing operations | (5) | (9) | 123 |
| Effect of currency exchange rate changes on cash and cash equivalents | 29 | 16 | (7) |
| Net Increase (Decrease) in Cash and Cash Equivalents | $26 | $92 | 50 |
| Cash and cash equivalents at beginning of year | 284 | 192 | 192 |
| Cash and cash equivalents at end of year | $309 | $284 | $192 |

Source: Audited financial statements.

A-3

DUFF & PHELPS, LLC

SSBT-002989
CONFIDENTIAL

# Albemarle Corporation (ALB)



March 19, 2003 – March 19, 2004

### LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $1,110 |
| Enterprise Value ("EV"): | $1,349 |
| EBITDA: | $187 |
| EV / Revenue: | 1.22x |
| EV / EBITDA: | 7.2x |

### Business Overview

Albemarle Corporation, incorporated in November 1993, is a global manufacturer of specialty polymer and fine chemicals. Most of its products are additives to or intermediates for plastics, polymers and elastomers, cleaning products, personal care products, agricultural compounds, pharmaceuticals, photographic chemicals, drilling compounds, ceramics, refractories, paper processing, paints and coatings, and biocides. Albemarle has two operating segments: polymer chemicals and fine chemicals. The polymer chemicals operating segment consists of a broad range of chemicals including flame retardants, catalysts, and polymer additives. The fine chemicals' operating segment is comprised of agrichemicals, pharmachemicals, fine chemistry services and intermediates, and performance chemicals product areas. Most sales of the company's products are made directly to manufacturers of these products, including chemical and polymer companies, pharmaceutical companies, agricultural companies, drilling companies, and water treatment companies.

### Recent Developments

- **January 29, 2004:** Albemarle reported fourth-quarter 2003 earnings of $18.4 million, or 44 cents per share on a diluted basis, excluding a 2003 special item of $1.6 million after income taxes, or four cents per diluted share, related to real estate held for sale.

- **December 4, 2003:** Albemarle's CEO announced that the company will make acquisitions that will add as much as $500 million of sales over the next two years.

DUFF & PHELPS, LLC

B-1

SSBT-002990
CONFIDENTIAL

# Cabot Corporation (CBT)

## March 19, 2003 – March 19, 2004



## LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $1,795 |
| Enterprise Value ("EV"): | $2,461 |
| EBITDA: | $327 |
| EV / Revenue: | 1.37x |
| EV / EBITDA: | 7.5x |

## Business Overview

Cabot Corporation, incorporated in 1960, has businesses in specialty chemicals, performance materials, and specialty fluids. The company's Chemical Businesses primarily produce carbon black, fumed metal oxides, inkjet colorants, and aerogels. The Performance Materials segment produces tantalum, niobium, and their alloys for the electronic materials and refractory metals industries. The Specialty Fluids segment produces cesium formate as a drilling and completion fluid for use in high-pressure and high-temperature oil and gas well operations. In February 2002, Cabot purchased a 50% interest in Showa Cabot Supermetals KK (SCSM) in Japan from its joint venture partner, Showa Denko KK. The acquisition of SCSM expanded the capacity of the company's tantalum business.

## Recent Developments

- **February 4, 2004:** Cabot announced the completion of the expansion of Shanghai Cabot Chemical Co., Ltd's carbon black plant in Shanghai, bringing the plant's total annual capacity to approximately 130,000 metric tons. Cabot also announced that it had formed a new holding company, Cabot (China) Limited, to manage all of its business in China.

- **December 16, 2003:** Cabot announced that 4Q03 earnings were $28 million rather than $25 million as previously reported. The increase came from an adjustment to foreign currency revaluation of a previously recorded tax liability.

**DUFF & PHELPS, LLC**

B-2

SSBT-002991
CONFIDENTIAL

# Cytec Industries, Inc. (CYT)

### March 19, 2003 – March 19, 2004



### LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $1,472 |
| Enterprise Value ("EV"): | $1,501 |
| EBITDA: | $231 |
| EV / Revenue: | 1.02x |
| EV / EBITDA: | 6.5x |

### Business Overview

Cytec Industries Inc. is a specialty chemicals and specialty materials company that focuses on value-added products. The company operates in four segments: water and industrial process chemicals, performance products, specialty materials, and building-block chemicals. Water and industrial process chemicals includes water-treating chemicals, mining chemicals, and phosphine chemicals, and, before November 2000, included paper chemicals. Performance products includes coating chemicals, performance chemicals, and polymer additives. Specialty materials includes advanced composites and adhesives. Cytec has a 50% interest in each of two unconsolidated associated companies, CYRO Industries and Mitsui Cytec, and a one-third interest in PolymerAdditives.com LLC. In August 2003, the company completed the acquisition of substantially all of the assets and liabilities of the Metal Extractant Products (MEP) and Intermediate & Stabilizers (I&S) businesses of Avecia Investments Limited.

### Recent Developments

- **January 22, 2004:** Cytec announced that net earnings for the fourth quarter of 2003 were $14.6 million, or $0.36 per diluted share, on net sales of $362 million. Net earnings for the same period of 2002 were $19.4 million, or $0.49 per diluted share, on net sales of $344 million.

- **October 3, 2003:** Cytec completed the dissolution of Mitsui-Cytec Ltd., its joint venture (JV) with Mitsui Chemicals Inc. Cytec now owns 100% of the JV's existing coatings resins business and certain technology rights associated with the water treating business in most of Asia.

**DUFF & PHELPS, LLC**

SSBT-002992
CONFIDENTIAL