# Eastman Chemical Company (EMN)

### March 19, 2003 – March 19, 2004



### LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $5,800 |
| Enterprise Value ("EV"): | $5,110 |
| EBITDA: | $553 |
| EV / Revenue: | 0.88x |
| EV / EBITDA: | 9.2x |

### Business Overview

Eastman Chemical Company is a global chemical company engaged in the manufacture and sale of chemicals, plastics, and fibers. The company's products and operations are divided into two operating segments: Eastman Division (consisting of the coatings, adhesives, specialty polymers, and inks [CASPI] segment; the performance chemicals and intermediates [PCI] segment; and the specialty plastics [SP] segment), and the Voridian Division (consisting of the polymers segment and the fibers segment). Eastman produces polyethylene terephthalate (PET) polymers for packaging and supplies raw materials for paints and coatings, inks and graphic arts, adhesives, textile sizes, and other formulated products, as well as of cellulose acetate fibers. The company's headquarters and largest manufacturing site are located in Kingsport, Tennessee. Eastman Chemical has 41 manufacturing sites in 17 countries that supply major chemicals, fibers, and plastics products to customers worldwide.

### Recent Developments

- **January 29, 2004:** Eastman Chemical announced earnings of $0.13 per diluted share for 4Q03 versus a loss of $0.16 per diluted share for 4Q02. For the year 2003, Eastman reported a loss of $3.50 per diluted share compared with earnings of $0.79 per diluted share for 2002.

- **December 1, 2003:** Eastman Chemical announced the sale of its Accurate Dispersions' colorants product lines and related assets to The Sherwin-Williams Company. Terms have not been disclosed. This transaction is expected to be neutral to Eastman's ongoing operating earnings.

**DUFF & PHELPS, LLC**

B-4

SSBT-002993
CONFIDENTIAL

# Engelhard Corporation (EC)



March 19, 2003 – March 19, 2004

## LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $3,714 |
| Enterprise Value ("EV"): | $4,093 |
| EBITDA: | $397 |
| EV / Revenue: | 1.10x |
| EV / EBITDA: | 10.3x |

## Business Overview

Engelhard Corporation develops, manufactures, and markets technology-based performance products and engineered materials for a wide spectrum of industrial customers. The company has four business segments: Environmental Technologies, Process Technologies, Appearance and Performance Technologies, and Materials Services. The Environmental Technologies segment markets cost-effective compliance with environmental regulations enabled by sophisticated emission-control technologies and systems. The Process Technologies segment supplies advanced chemical-process catalysts, additives, and sorbents. The Appearance and Performance Technologies segment provides pigments, effect materials, and performance additives that enable its customers to market enhanced image and functionality in their products. The Materials Services segment serves the company's technology segments, their customers, and others with precious and base metals and related services.

## Recent Developments

- **February 3, 2004:** Engelhard reported net earnings for 4Q03 of $63.7 million, or 50 cents per share, compared with $56.1 million, or 44 cents, for 4Q02. Sales were $1.0 billion compared with $911 million a year ago. Full-year net earnings were $234.2 million, or $1.84 per share, compared to $171 million in 2002.

- **October 23, 2003:** Engelhard announced that 3Q03 earnings were $59.8 million compared to $60.6 million in the same period of 2002, a 1.3% decrease; 3Q sales were $915 million compared to $859 million a year ago, a 7% increase.

DUFF & PHELPS, LLC

SSBT-002994
CONFIDENTIAL

# Ferro Corporation (FOE)



### LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $1,622 |
| Enterprise Value ("EV"): | $1,622 |
| EBITDA: | $150 |
| EV / Revenue: | 1.00x |
| EV / EBITDA: | 10.8x |

### Business Overview

Ferro Corporation is a global producer of performance materials sold to various manufacturers in approximately 30 markets worldwide. The company applies certain core scientific expertise in organic chemistry, inorganic chemistry, polymer science, and material science to develop coatings for ceramics and metal; materials for passive electronic components; pigments; enamels, pastes, and additives for the glass market; specialty plastic compounds and colors; polymer additives; specialty chemicals for the pharmaceuticals and electronics markets; and active ingredients and high-purity carbohydrates for pharmaceutical formulations. Ferro's products are classified as performance materials rather than commodities, because they are formulated to perform specific and important functions both in the manufacturing processes and in the finished products of its customers. The company's performance materials require a high degree of technical service on an individual customer basis.

### Recent Developments

- **February 5, 2003:** Ferro reported that revenue for 4Q03 increased 11.3% to $407.4 million, compared with $365.2 million for 4Q02. Revenue for the full year 2003 increased 6.1% to $1.62 billion. Ferro noted that favorable foreign currency exchange rates, improved economic conditions in North America, and stronger demand in key end markets offset continued sluggish economic conditions in Europe.

- **October 28, 2003:** Ferro announced that 3Q03 revenue increased 2.1% from $388.8 million in 3Q02 to $397.0 million in 3Q03; earnings, excluding special items, were $8.2 million for 3Q03 compared to $13.6 million for 3Q02, a 40% decrease.

DUFF & PHELPS, LLC

B-6

SSBT-002995
CONFIDENTIAL

# H.B. Fuller Company (FUL)

### March 19, 2003 – March 19, 2004



### LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $1,287 |
| Enterprise Value ("EV"): | $913 |
| EBITDA: | $131 |
| EV / Revenue: | 0.71x |
| EV / EBITDA: | 7.0x |

### Business Overview

H.B. Fuller Company is a worldwide manufacturer and marketer of adhesives and specialty chemical products, with operations in 36 countries in North America, Europe, Latin America, and the Asia/Pacific region. The company's operations are divided into two segments: the Global Adhesives segment, which is comprised of industrial and performance adhesives products for applications in various markets, including assembly, packaging, converting, nonwoven, automotive, graphic arts, and footwear; and the Full-Valu/Specialty segment, which produces and supplies specialty chemical products for a variety of applications, such as ceramic tile application; heating, ventilation, and air-conditioning; insulation; powder coatings; appliances and lawn and garden equipment; specialty hot-melt products; consumer products and windows market applications; and liquid paint sold through retail outlets in Central America.

### Recent Developments

- **March 4, 2003:** H.B. Fuller purchased the adhesives and resins businesses of Probos, S.A., based in Oporto, Portugal. The businesses serve primarily the Portuguese and Spanish markets and have combined annual sales of about $30 million. Financial terms of the transaction were not disclosed.

- **September 23, 2003:** H.B. Fuller reported 3Q03 revenue of $322.1 million, a 2.6% increase from 3Q02 revenue; net income was $11.8 million in 3Q03 compared to $13.1 million in 3Q02, a 10% decrease.

**DUFF & PHELPS, LLC**

B-7

SSBT-002996
CONFIDENTIAL

# Great Lakes Chemical Corporation (GLK)

### March 19, 2003 – March 19, 2004



### LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue: | $1,466 |
| Enterprise Value ("EV"): | $1,467 |
| EBITDA: | $156 |
| EV / Revenue: | 1.00x |
| EV / EBITDA: | 9.4x |

### Business Overview

Great Lakes Chemical Corp., incorporated in 1933, is a customer-focused supplier of specialty chemical solutions and consumer products. The company serves customers and markets that include computer and electronics makers, drug companies, and pool-supply stores through a global network of integrated sales, production, research, technical service, and distribution facilities. Great Lakes has restructured to focus on its core specialty chemicals business, which includes polymer additives (flame retardants, antioxidants, and brominated products), specialty products (water treatment, household cleaners, and pool- and spa-care products), and performance chemicals (fluorine and toxicological testing). The 2003 restructuring made the Polymer Additives unit the company's largest, adding the bromine and bromine-based products. Household cleaners were added to the Specialty Products segment in 2003 when Great Lakes bought Lime-O-Sol and A&M Cleaning Products.

### Recent Developments

- **January 28, 2004:** Great Lakes Chemical announced fourth quarter 2003 net sales from continuing operations of $340.4 million, a 4% increase, compared to $327.4 million reported in the corresponding period in 2002. Excluding the positive effects of acquisitions and foreign currency translation, net sales decreased 5% during fourth quarter 2003.

- **December 4, 2003:** Great Lakes Chemical Corporation announced that its board of directors declared a regular quarterly dividend of $0.095, an increase of 5.5%.

DUFF & PHELPS, LLC

SSBT-002997
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
March 19, 2004

### Common Stock Prices & Trading Multiples

| Company | Current Share Price | Equity Market Cap ($m) | LTM Returns | Price Change Since YE2003 | 52-Week Range | Revenue LTM ($m) | Rev Growth LTM | P/E LTM | P/E 2004E | Price/Book | Price/Sales | EV/EBITDA | EV/EBIT | Div Yield | Debt/Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBEMARLE CORP (ALB) | $28.09 | $1,156 | 9.8% | 5.7% | $1,349 | 16.5% | $1,110 | 8.5% | 15.1x | 14.9x | 1.8 | 7.2x | 6.1x | 13.1x | 9.9% | 1.22x |
| CABOT CORP (CBT) | 33.53 | 2,071 | 13.0 | 4.5 | 2,461 | 21.3 | 1,795 | 12.0 | 20.3 | 16.9 | 1.9 | 7.5 | 6.9 | 12.8 | 11.0 | 1.37x |
| CYTEC INDUSTRIES INC (CYT) | 34.02 | 1,327 | 9.3 | -0.5 | 1,501 | 24.3 | 1,472 | 8.0 | 15.0 | 11.5 | 1.8 | 6.5 | 5.0 | 10.6 | 7.3 | 1.02x |
| EASTMAN CHEMICAL CO (EMN) | 39.52 | 3,053 | 9.0 | 3.1 | 5,110 | 46.1 | 5,800 | 5.1 | NM | 15.3 | 2.9 | 9.2 | 6.3 | NM | 11.5 | 0.88x |
| ENGELHARD CORP (EC) | 29.81 | 3,722 | -1.0 | -12.5 | 4,093 | 11.0 | 3,714 | 10.0 | 16.5 | 14.5 | 2.9 | 10.3 | 7.7 | 15.2 | 10.1 | 1.10x |
| FERRO CORP (FOE) | 25.33 | 1,046 | 22.6 | 12.9 | 1,622 | 32.1 | 1,622 | 10.0 | NM | 15.7 | 2.0 | 10.8 | 7.3 | 18.9 | 10.2 | 1.00x |
| FULLER (H.B.) CO (FUL) | 25.61 | 728 | 2.5 | -1.9 | 913 | 19.0 | 1,287 | 9.5 | 17.3 | 13.8 | 1.4 | 7.0 | 5.8 | 12.0 | 8.8 | 0.71x |
| GREAT LAKES CHEMICAL CORP (GLK) | 23.65 | 1,197 | 4.6 | 0.4 | 1,467 | 26.5 | 1,466 | 8.0 | 34.9 | 19.4 | 1.6 | 9.4 | 6.3 | 24.0 | 10.5 | 1.00x |
| Highest | 22.6 | 3,722 | 12.9 | 24.0 | 5,110 | 46.1 | 5,800 | 12.0 | 34.9 | 19.4 | 2.9 | 10.8 | 7.7 | 24.0 | 11.5 | 1.37x |
| Lowest | -1.0 | 728 | -12.5 | -20.7 | 913 | 11.0 | 1,110 | 5.1 | 15.0 | 11.5 | 1.4 | 6.5 | 5.0 | 10.6 | 7.3 | 0.71x |
| Mean | 8.7 | 1,787 | 1.5 | 0.7 | 2,314 | 24.6 | 2,283 | 8.9 | 19.8 | 15.3 | 2.0 | 8.5 | 6.4 | 15.2 | 9.9 | 1.04x |
| Median | 9.2 | 1,262 | 1.7 | -2.6 | 1,561 | 22.8 | 1,547 | 9.0 | 16.9 | 15.1 | 1.9 | 8.4 | 6.3 | 13.1 | 10.2 | 1.01x |

### MCF/EBITDA Analysis / Return Analysis

| Company | LTM EBITDA | 2004E EBITDA | FCF/Net Income | LTM ROA | LTM ROC | LTM ROE | LTM ROIC | Debt/Cap | Debt/EBITDA |
|---|---|---|---|---|---|---|---|---|---|
| ALBEMARLE CORP (ALB) | 16.8% | 18.1% | 7.1% | 7.3% | 13.0% | 12.7% | 8.7% | 8.9% | |
| CABOT CORP (CBT) | 18.2 | 18.2 | 6.6 | 7.6 | 11.1 | 12.7 | 8.0 | 9.4 | |
| CYTEC INDUSTRIES INC (CYT) | 15.7 | 15.7 | 6.2 | 6.0 | 13.2 | 12.9 | 9.7 | 9.7 | |
| EASTMAN CHEMICAL CO (EMN) | 9.5 | 11.7 | 0.3 | 1.3 | 1.3 | 4.8 | 2.4 | 3.6 | |
| ENGELHARD CORP (EC) | 10.7 | 10.1 | 6.2 | 5.4 | 19.4 | 21.2 | 14.1 | 14.5 | |
| FERRO CORP (FOE) | 11.5 | 12.3 | 2.6 | 3.8 | 9.6 | 16.8 | 5.9 | 7.9 | |
| FULLER (H.B.) CO (FUL) | 10.1 | 11.0 | 3.3 | 3.5 | 8.9 | 10.1 | 7.5 | 8.2 | |
| GREAT LAKES CHEMICAL CORP (GLK) | 10.6 | 11.8 | 2.3 | 0.6 | 4.6 | 1.7 | 4.2 | 2.5 | |
| Highest | 18.2 | 18.2 | 7.1 | 7.6 | 19.4 | 21.2 | 14.1 | 14.5 | |
| Lowest | 9.5 | 10.1 | 0.3 | 0.6 | 1.3 | 1.7 | 2.4 | 2.5 | |
| Mean | 12.9 | 13.6 | 4.3 | 4.4 | 10.1 | 11.6 | 7.6 | 8.1 | |
| Median | 11.1 | 12.1 | 4.7 | 4.6 | 10.3 | 12.7 | 7.8 | 8.6 | |

### Dow Jones / S&P

| | Price 03/19/04 | Market Cap ($m) | LTM Return | YTD Return | P/E LTM | P/E 2004E |
|---|---|---|---|---|---|---|
| Dow Jones Industrial Average | $10,240.10 | $7,552.07 | 35.6% | NA | NA | NA |
| S&P 500 | 1,120.57 | 804.19 | 39.3 | 54.50 | 61.13 | 20.6 | 18.3 |

*Total capital equals the sum of the market value of common equity, the book value of total debt, preferred stock, and minority interest.
Note: Projected results exclude amortization of goodwill; historical results include amortization of goodwill, if any, as reported.

Source: Standard & Poor's Compustat Services, Inc., Duff & Phelps, LLC and First Call Corporation.

B-9

DUFF & PHELPS, LLC

SSBT-002998
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
FINANCIAL PROFILE
(In millions, except per share data)
March 19, 2004

| | ALBEMARLE CORP | CABOT CORP | CK WITCO CORP | CYTEC INDUSTRIES | EASTMAN CHEMICAL | ENGELHARD CORP | FERRO CORP | GREAT LAKES CHEMICAL | HERCULES INC |
|---|---|---|---|---|---|---|---|---|---|
| **Common Stock Data** | | | | | | | | | |
| Common Stock Price | $28.09 | $33.53 | $34.02 | $39.52 | $29.81 | $25.33 | $25.61 | $23.65 | $2.67 |
| Common Stock Price - One Yr. Ago | 24.37 | 23.38 | 29.03 | 30.92 | 21.36 | 21.43 | 22.25 | 23.52 | 2.15 |
| Percent Price Change | 15.3% | 43.4% | 17.2% | 27.8% | 39.6% | 18.2% | 15.1% | 0.6% | 24.2% |
| 52-week High | $30.66 | $35.04 | $38.76 | $43.35 | $30.40 | $27.44 | $30.19 | $27.80 | $5.52 |
| 52-week Low | 24.00 | 23.38 | 27.85 | 28.82 | 21.36 | 20.25 | 21.74 | 20.11 | 1.48 |
| Indicated Dividend | $0.58 | $0.60 | $0.40 | $1.76 | $0.44 | $0.58 | $0.45 | $0.38 | $0.00 |
| Dividend Yield | 2.1% | 1.8% | 1.2% | 4.5% | 1.5% | 2.3% | 1.8% | 1.6% | 0.0% |
| Book Value Per Share | $15.46 | $17.72 | $19.37 | $13.50 | $10.29 | $12.49 | $17.91 | $14.72 | ($2.60) |
| **Trading Activity** | | | | | | | | | |
| Common Shares Outstanding | 41.2 | 61.8 | 39.0 | 77.2 | 124.9 | 41.3 | 28.4 | 50.6 | 65.6 |
| Common Stock Float | | | | | | | | | |
| Avg. Daily Shares Traded over LTM | 0.1 | 0.2 | 0.2 | 0.7 | 0.5 | 0.2 | 0.1 | 0.4 | 0.6 |
| % of Float Traded Daily | | | | | | | | | |
| Stock Exchange | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE |
| **Capitalization** | | | | | | | | | |
| Market Value of Common Equity | $1,156.0 | $2,070.6 | $1,326.5 | $3,052.6 | $3,722.3 | $1,045.9 | $728.2 | $1,196.7 | $175.0 |
| Plus: Total Debt Outstanding | 228.6 | 578.0 | 425.5 | 2,615.0 | 458.8 | 528.6 | 173.9 | 434.7 | 6.8 |
| Plus: Book Value of Preferred Stock | 0.0 | 21.0 | 0.1 | 0.0 | 0.0 | 70.5 | 0.0 | 0.0 | 0.0 |
| Plus: Minority Interest | 0.0 | 43.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.4 | 6.8 | 0.0 |
| Less: Cash and Equivalents | 35.2 | 252.0 | 251.1 | 558.0 | 87.9 | 23.4 | 3.3 | 171.2 | 309.2 |
| Enterprise Value | 1,349.4 | 2,460.6 | 1,501.0 | 5,109.6 | 4,093.2 | 1,621.6 | 913.2 | 1,467.0 | (127.4) |
| **Balance Sheet Items** | | | | | | | | | |
| Intangible Assets | | | | | | | | | |
| Net book value, latest FY | $35.2 | $113.0 | $373.5 | $573.0 | $312.6 | $421.3 | $91.1 | $176.6 | $85.2 |
| **Goodwill** | | | | | | | | | |
| Net book value, latest FY | $29.6 | $105.0 | $334.0 | $344.0 | $272.4 | $369.3 | $71.0 | $143.6 | $85.2 |
| Estimated amortization | 3.0 | 10.5 | 33.4 | 34.4 | 27.2 | 36.9 | 7.1 | 14.4 | 8.5 |
| Estimated amortization per share | 0.1 | 0.2 | 0.9 | 0.4 | 0.2 | 0.9 | 0.2 | 0.3 | 0.1 |

Source: Standard & Poor's Computat Services, Inc. and Duff & Phelps, LLC.

B-10

DUFF & PHELPS, LLC

SSBT-002999
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
FINANCIAL PERFORMANCE
(In millions, except per share data)

| | ALBEMARLE CORP. (CORP_INDUSTRIES) | CABOT CORP. (CORP_INDUSTRIES) | CYTEC INDUSTRIES | ENGELHARD (CHEMICO) | FERRO CORP. | FULLER (H.B.) CO. | GREAT LAKES CHEMICAL CO. |
|---|---|---|---|---|---|---|---|
| **LTM Financial Results** | | | | | | | |
| Date of LTM Financial Results | Dec-03 | Dec-03 | Dec-03 | Dec-03 | Dec-03 | Nov-03 | Dec-03 |
| Revenues | $1,110.2 | $1,795.0 | $1,471.8 | $5,800.0 | $1,622.4 | $1,287.3 | $1,466.4 |
| EBITDA | 186.9 | 327.0 | 231.0 | 553.0 | 150.2 | 130.5 | 155.7 |
| EBIT | 102.9 | 192.0 | 141.1 | 209.0 | 86.0 | 76.4 | 61.0 |
| Net Income | 78.6 | 118.6 | 91.0 | 15.0 | 25.0 | 42.5 | 34.1 |
| Diluted EPS | 1.87 | 1.65 | 2.27 | 0.19 | 0.56 | 1.48 | 0.68 |
| **Fiscal Year End Results** | | | | | | | |
| Date of Latest Fiscal Year End | Dec-03 | Sep-03 | Dec-03 | Dec-03 | Dec-03 | Nov-03 | Dec-03 |
| Revenues | $1,110.2 | $1,795.0 | $1,471.8 | $5,800.0 | $1,622.4 | $1,287.3 | $1,466.4 |
| EBITDA | 186.9 | 327.0 | 231.0 | 553.0 | 150.2 | 130.5 | 155.7 |
| EBIT | 102.9 | 192.0 | 141.1 | 209.0 | 86.0 | 76.4 | 61.0 |
| Net Income | 78.6 | 118.6 | 91.0 | 15.0 | 25.0 | 42.5 | 34.1 |
| Diluted EPS | 1.87 | 1.65 | 2.27 | 0.19 | 0.56 | 1.48 | 0.68 |

Dec-03 $1,980.5 / 220.9 / 118.0 / (28.1) / (0.43)
Dec-03 $1,980.5 / 220.9 / 118.0 / (28.1) / (0.43)

| | ALBEMARLE | CABOT CORP. (CORP_INDUSTRIES) | CYTEC INDUSTRIES | ENGELHARD (CHEMICO) | FERRO CORP. | FULLER (H.B.) CO. | GREAT LAKES |
|---|---|---|---|---|---|---|---|
| **Projected Financial Results** | | | | | | | |
| Date of Projected Financial Results | 12/30/2005 | 09/30/2004 | 12/30/2005 | 12/30/2005 | 12/30/2005 | 11/30/2005 | 12/30/2005 |
| EBITDA | $221.0 | $358.1 | $298.4 | $810.4 | $531.7 | $158.1 | $234.5 |
| EBIT | 137.0 | 223.1 | 204.8 | 443.4 | 404.0 | 103.9 | 139.8 |
| Net Income | 77.4 | 122.3 | 115.0 | 199.3 | 256.0 | 52.6 | 61.7 |
| Diluted EPS | 1.88 | 1.98 | 2.95 | 2.58 | 2.05 | 1.85 | 1.22 |
| **First Call Earnings Estimates** | | | | | | | |
| Date of First Call Estimates | 02/03/2004 | 01/28/2004 | 02/12/2004 | 02/04/2004 | 02/04/2004 | 03/01/2004 | 02/05/2004 |
| Date of Next Fiscal Year End | 12/31/2004 | 09/30/2004 | 12/31/2004 | 12/31/2004 | 12/31/2004 | 11/30/2004 | 12/31/2004 |
| EPS Projection | 1.65 | 1.98 | 2.60 | 1.75 | 1.85 | 1.66 | 0.85 |
| Range of EPS Projections | 1.64/1.70 | 1.75/2.04 | 2.58/2.65 | 1.15/2.10 | 1.81/1.90 | 1.64/1.70 | .60/1.20 |
| Number of Analysts | 7 | 4 | 6 | 9 | 8 | 6 | 11 |
| Date of 2nd Fiscal Year End | 12/30/2005 | 09/30/2005 | 12/30/2005 | 12/30/2005 | 12/30/2005 | 11/30/2005 | 12/30/2005 |
| EPS Projection | 1.88 | 2.40 | 2.95 | 2.58 | 2.05 | 1.85 | 1.22 |
| Range of EPS Projections | 1.80/1.90 | 2.00/2.30 | 2.90/3.06 | 1.20/3.25 | 2.00/2.15 | 1.80/2.15 | .95/1.90 |
| Number of Analysts | 3 | 4 | 5 | 8 | 8 | 5 | 6 |
| Long-term Earnings Growth Rate | 8.5% | 12.0% | 8.0% | 5.1% | 10.0% | 9.5% | 8.0% |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc., Duff & Phelps, LLC and First Call Corporation.

DUFF & PHELPS, LLC

B-11

SSBT-003000
CONFIDENTIAL

**W.R. GRACE & CO.**
**COMPARABLE COMPANY ANALYSIS**
**HISTORICAL PROFIT MARGINS**

| | CABOT CORP. | CROMPTON CORP. | CYTEC INDUSTRIES | ENGELHARD CORP. | GREAT LAKES CHEMICAL | HERCULES INC. | OLIN CORP. | ROHM & HAAS | CHEMICAL |
|---|---|---|---|---|---|---|---|---|---|
| **Gross Margins (%)** | | | | | | | | | |
| LTM | 29.1 | 33.3 | 30.1 | 19.7 | 20.5 | 29.5 | 31.8 | 27.1 | 34.9 |
| 2003 | 29.1 | 34.5 | 30.1 | 19.7 | 20.5 | 29.5 | 31.8 | 27.1 | 34.9 |
| 2002 | 31.2 | 32.7 | 30.9 | 22.1 | 20.4 | 30.3 | 32.9 | 29.3 | 36.9 |
| 2001 | 31.7 | 37.4 | 28.8 | 24.6 | 15.1 | 32.1 | 31.5 | 27.5 | 37.5 |
| Three-Year Average | 30.7 | 34.8 | 29.9 | 22.1 | 18.7 | 30.6 | 32.1 | 28.0 | 36.4 |
| **EBITDA Margins (%)** | | | | | | | | | |
| LTM | 16.8 | 18.2 | 15.7 | 9.5 | 10.7 | 11.5 | 10.1 | 10.6 | 11.2 |
| 2003 | 16.8 | 17.4 | 15.7 | 9.5 | 10.7 | 11.5 | 10.1 | 10.6 | 11.2 |
| 2002 | 18.6 | 17.5 | 16.1 | 11.5 | 11.1 | 11.4 | 11.6 | 14.0 | 14.1 |
| 2001 | 18.9 | 19.7 | 15.2 | 14.1 | 8.5 | 14.1 | 11.3 | 10.9 | 15.3 |
| Three-Year Average | 18.1 | 18.2 | 15.7 | 11.7 | 10.1 | 12.3 | 11.0 | 11.8 | 13.5 |
| **EBIT Margins (%)** | | | | | | | | | |
| LTM | 9.3 | 10.7 | 9.6 | 3.6 | 7.3 | 7.3 | 5.9 | 4.2 | 6.0 |
| 2003 | 9.3 | 10.4 | 9.6 | 3.6 | 7.3 | 7.3 | 5.9 | 4.2 | 6.0 |
| 2002 | 10.6 | 10.6 | 9.9 | 4.0 | 8.1 | 6.6 | 7.0 | 8.3 | 8.8 |
| 2001 | 10.7 | 12.3 | 8.7 | 6.0 | 6.4 | 10.6 | 7.0 | 4.9 | 10.1 |
| Three-Year Average | 10.2 | 11.1 | 9.4 | 4.6 | 7.3 | 8.2 | 6.7 | 5.8 | 8.3 |
| **Net Income Margins (%)** | | | | | | | | | |
| LTM | 7.1 | 6.6 | 6.2 | 0.3 | 6.2 | 2.6 | 3.3 | 2.3 | (1.4) |
| 2003 | 7.1 | 7.4 | 6.2 | 0.3 | 6.2 | 2.6 | 3.3 | 2.3 | (1.4) |
| 2002 | 7.5 | 8.0 | 6.6 | 1.6 | 5.5 | 2.9 | 3.7 | 3.6 | 2.2 |
| 2001 | 7.4 | 7.2 | 5.1 | 2.0 | 4.5 | 5.9 | 3.6 | (4.0) | 4.8 |
| Three-Year Average | 7.3 | 7.6 | 6.0 | 1.3 | 5.4 | 3.8 | 3.5 | 0.6 | 1.9 |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

B-12

DUFF & PHELPS, LLC

SSBT-003001
CONFIDENTIAL

**W.R. GRACE & CO.**
**COMPARABLE COMPANY ANALYSIS**
**HISTORICAL GROWTH RATES**

| | DUPONT | CYTEC INDUSTRIES | EASTMAN CHEMICAL | CABOT CORP | FERRO CORP | OLIN CORP | ROHM & HAAS | W.R. GRACE |
|---|---|---|---|---|---|---|---|---|
| **Revenue Growth (%)** | | | | | | | | |
| YTD | NA | 9.3 | NA | NA | NA | NA | NA | NA |
| LTM | 9.8 | 13.0 | 9.3 | 9.0 | (1.0) | 22.6 | 2.5 | 8.8 |
| 2003 | 9.8 | (6.8) | 9.3 | 9.0 | (1.0) | 22.6 | 2.5 | 8.8 |
| 2002 | 7.3 | 6.1 | (2.9) | (1.3) | (26.4) | 6.3 | (1.4) | 5.6 |
| 2001 | 0.1 | 12.0 | (7.1) | 1.9 | (8.0) | 10.6 | (6.9) | 7.9 |
| Three-year CAGR | 5.7 | 4.5 | (0.5) | 3.1 | (12.5) | 12.9 | (1.9) | 7.4 |
| **EBITDA Growth (%)** | | | | | | | | |
| YTD | NA | (10.5) | NA | NA | NA | NA | NA | NA |
| LTM | (0.4) | 20.2 | 6.7 | (9.3) | (4.8) | 24.0 | (10.4) | (13.7) |
| 2003 | (0.4) | (7.2) | 6.7 | (9.3) | (4.8) | 24.0 | (10.4) | (13.7) |
| 2002 | 5.4 | (5.8) | 2.8 | (19.8) | (4.3) | (14.0) | 1.1 | (2.8) |
| 2001 | (12.5) | (3.4) | (26.2) | (24.0) | (6.3) | (10.6) | (6.6) | 4.7 |
| Three-year CAGR | (4.7) | 1.8 | (6.8) | (17.9) | (5.1) | (1.6) | (5.4) | (4.2) |
| **EPS Growth (%)** | | | | | | | | |
| YTD | NA | (9.3) | NA | NA | NA | NA | NA | NA |
| LTM | 6.3 | 6.8 | 3.8 | (82.3) | 14.3 | 0.3 | (8.2) | NM |
| 2003 | 6.3 | (10.5) | 3.8 | (82.3) | 14.3 | 0.3 | (8.2) | NM |
| 2002 | 17.6 | 16.1 | 28.4 | 21.0 | (9.4) | (50.8) | (0.4) | (51.8) |
| 2001 | (28.2) | 0.9 | (40.2) | (64.1) | 7.7 | (1.1) | (6.7) | 135.8 |
| Three-year CAGR | (3.5) | 2.8 | (7.3) | (63.1) | 3.7 | (21.3) | (5.1) | NM |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

SSBT-003002
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
HISTORICAL RETURNS

| | THE DOW | CABOT CORP. | GT. LAKES CHEM. | CROMPTON CORP. | ENGELHARD CORP. | FULLER (H.B.) CO. | GREAT LAKES | ROHM AND HAAS |
|---|---|---|---|---|---|---|---|---|
| **Returns on Average Assets (%)** | | | | | | | | |
| LTM  | 6.3 | 6.4 | 5.5 | 1.5 | 8.1 | 3.9 | 5.2 | 2.9 | (0.7) |
| 2003 | 6.3 | 6.8 | 5.5 | 1.5 | 8.1 | 3.9 | 5.2 | 2.9 | (0.7) |
| 2002 | 6.8 | 7.9 | 5.8 | 2.6 | 7.4 | 4.0 | 6.0 | 3.9 | 2.0 |
| 2001 | 6.9 | 7.0 | 4.9 | 3.0 | 8.4 | 7.5 | 6.0 | (1.8) | 4.0 |
| Three-Year Average | 6.7 | 7.2 | 5.4 | 2.4 | 8.0 | 5.1 | 5.7 | 1.7 | 1.8 |
| **Returns on Average Common Equity (%)** | | | | | | | | |
| LTM  | 13.0 | 11.1 | 13.2 | 1.3 | 19.4 | 9.6 | 8.9 | 4.6 | 13.9 |
| 2003 | 13.0 | 11.8 | 13.2 | 1.3 | 19.4 | 9.6 | 8.9 | 4.6 | 13.9 |
| 2002 | 13.0 | 13.4 | 14.1 | 6.4 | 19.8 | 12.4 | 10.5 | 7.4 | (22.2) |
| 2001 | 12.0 | 12.9 | 11.3 | 6.7 | 24.5 | 28.4 | 11.0 | (7.0) | (78.3) |
| Three-Year Average | 12.7 | 12.7 | 12.9 | 4.8 | 21.2 | 16.8 | 10.1 | 1.7 | (28.9) |
| **Returns on Average Invested Capital (%)** * | | | | | | | | |
| LTM  | 8.7 | 8.0 | 9.7 | 2.4 | 14.1 | 5.9 | 7.5 | 4.2 | 12.1 |
| 2003 | 8.7 | 8.4 | 9.7 | 2.4 | 14.1 | 5.9 | 7.5 | 4.2 | 12.1 |
| 2002 | 9.0 | 10.3 | 10.4 | 4.0 | 13.4 | 5.8 | 8.6 | 5.7 | (36.2) |
| 2001 | 9.0 | 9.3 | 8.8 | 4.5 | 15.9 | 12.0 | 8.5 | (2.4) | 82.2 |
| Three-Year Average | 8.9 | 9.4 | 9.7 | 3.6 | 14.5 | 7.9 | 8.2 | 2.5 | 19.4 |

* Invested capital equals the sum of the book value of equity, total debt, preferred stock, minority interest, and deferred taxes.
Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

DUFF & PHELPS, LLC

B-14

SSBT-003003
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
WORKING CAPITAL RATIOS

| | ALBEMARLE CORP. (SPEC. CHEMICALS) | CYTEC INDUSTRIES (SPEC. CHEMICALS) | ARCH CHEMICALS (SPEC. CHEMICALS) | EASTMAN CHEMICAL (SPEC. CHEMICALS) | OM GROUP (SPEC. CHEMICALS & FERROALLOYS) | DUPONT (DE) (DIV. CHEMICALS) | GREAT LAKES | W.R. GRACE |
|---|---|---|---|---|---|---|---|---|
| Current Ratio | 2.3 | 3.4 | 2.1 | 1.4 | 1.5 | 1.4 | 2.2 | 1.9 | 3.6 |
| **Inventory Turnover *** | | | | | | | | | |
| LTM | 4.3 | 2.4 | 6.7 | 6.6 | 6.8 | 5.4 | 6.1 | 4.2 | 6.7 |
| 2003 | 4.3 | 2.8 | 6.7 | 6.6 | 6.8 | 5.4 | 6.1 | 4.2 | 6.7 |
| 2002 | 4.3 | 4.3 | 6.7 | 6.0 | 7.2 | 4.3 | 5.9 | 4.1 | 6.6 |
| 2001 | 4.8 | 4.0 | 6.4 | 6.6 | 11.2 | 4.4 | 5.9 | 3.3 | 6.7 |
| Three-Year Average | 4.5 | 3.7 | 6.6 | 6.4 | 8.4 | 4.7 | 6.0 | 3.9 | 6.7 |
| **Receivable Days *** | | | | | | | | | |
| LTM | 69.6 | 68.8 | 51.7 | 36.1 | 38.3 | 37.5 | 64.1 | 66.2 | 54.8 |
| 2003 | 69.6 | 67.3 | 51.7 | 36.1 | 38.3 | 37.5 | 64.1 | 66.2 | 54.8 |
| 2002 | 67.2 | 59.8 | 51.4 | 37.8 | 35.4 | 51.1 | 61.6 | 67.1 | 57.5 |
| 2001 | 67.6 | 69.7 | 52.0 | 41.3 | 28.9 | 70.1 | 61.9 | 86.9 | 47.5 |
| Three-Year Average | 68.1 | 65.6 | 51.7 | 38.4 | 34.2 | 52.9 | 62.5 | 73.4 | 53.3 |
| **Payable Days *** | | | | | | | | | |
| LTM | 43.2 | 75.3 | 34.2 | 37.9 | 32.3 | 65.7 | 47.9 | 57.6 | 28.6 |
| 2003 | 43.2 | 44.7 | 34.2 | 37.9 | 32.3 | 65.7 | 47.9 | 57.6 | 28.6 |
| 2002 | 36.4 | 42.5 | 34.4 | 37.8 | 29.2 | 70.4 | 49.3 | 58.4 | 31.7 |
| 2001 | 38.5 | 53.9 | 34.5 | 40.2 | 20.0 | 65.8 | 50.4 | 59.3 | 37.7 |
| Three-Year Average | 39.4 | 47.0 | 34.4 | 38.6 | 27.1 | 67.3 | 49.2 | 58.5 | 32.6 |
| **Average Adjusted Working Capital** as a % of Revenues** | | | | | | | | | |
| LTM | 20.1 | 36.2 | 6.7 | 6.6 | 12.2 | 10.8 | 18.2 | 12.7 | 16.7 |
| 2003 | 20.1 | 32.0 | 6.7 | 6.6 | 12.2 | 10.8 | 18.2 | 12.7 | 16.7 |
| 2002 | 20.7 | 29.2 | 6.3 | 7.2 | 11.0 | 16.0 | 17.2 | 13.7 | 17.3 |
| 2001 | 19.2 | 14.4 | 9.3 | 7.1 | 7.2 | 14.3 | 18.0 | 22.7 | 6.9 |
| Three-Year Average | 20.0 | 25.2 | 7.5 | 7.0 | 10.1 | 13.7 | 17.8 | 16.4 | 13.6 |

\* Calculations based on an average balance.
\*\* Excludes cash and cash equivalents from current assets and short-term debt from current liabilities.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

DUFF & PHELPS, LLC

B-15

SSBT-003004
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
FIXED ASSET ANALYSIS

| | ALBEMARLE CORP. | CYTEC INDUSTRIES | EASTMAN CHEMICAL | ENGELHARD CORP. | FERRO CORP. | HERCULES INC. | PPG INDS. | W.R. GRACE |
|---|---|---|---|---|---|---|---|---|
| **Capital Expenditures as a % of Revenues** | | | | | | | | |
| LTM | 3.7 | 7.2 | 6.4 | 4.0 | 3.1 | 2.5 | 3.0 | 4.3 | 4.4 |
| 2003 | 3.7 | 9.4 | 6.4 | 4.0 | 3.1 | 2.5 | 3.0 | 4.3 | 4.4 |
| 2002 | 3.8 | 7.3 | 4.6 | 8.0 | 3.0 | 3.5 | 2.9 | 4.6 | 5.0 |
| 2001 | 5.3 | 8.7 | 4.6 | 4.3 | 3.3 | 5.1 | 2.4 | 9.7 | 3.7 |
| Three-Year Average | 4.3 | 8.5 | 5.2 | 5.4 | 3.1 | 3.7 | 2.8 | 6.2 | 4.3 |
| **Depreciation as a % of Prior Year NFA** | | | | | | | | |
| LTM | 16.2 | 15.1 | 15.6 | 9.2 | 14.8 | 11.2 | 15.3 | 15.2 | 16.6 |
| 2003 | 16.2 | 13.5 | 15.6 | 9.2 | 14.8 | 11.2 | 15.3 | 15.2 | 16.6 |
| 2002 | 15.2 | 14.3 | 14.0 | 10.9 | 13.8 | 14.2 | 15.5 | 12.9 | 16.1 |
| 2001 | 15.8 | 11.3 | 14.7 | 11.1 | 14.1 | 12.5 | 13.8 | 10.7 | 14.8 |
| Three-Year Average | 15.7 | 13.0 | 14.7 | 10.4 | 14.3 | 12.6 | 14.8 | 12.9 | 15.8 |
| **Capital Expenditures as a % of Depreciation** | | | | | | | | |
| LTM | 48.9 | 95.6 | 104.3 | 66.9 | 88.9 | 59.9 | 72.5 | 66.2 | 84.0 |
| 2003 | 48.9 | 133.9 | 104.3 | 66.9 | 88.9 | 59.9 | 72.5 | 66.2 | 84.0 |
| 2002 | 47.6 | 106.1 | 74.3 | 107.6 | 99.8 | 72.9 | 63.0 | 80.9 | 96.0 |
| 2001 | 64.3 | 118.1 | 70.8 | 53.8 | 155.6 | 145.6 | 56.5 | 163.8 | 70.5 |
| Three-Year Average | 53.6 | 119.4 | 83.1 | 76.1 | 114.8 | 92.8 | 64.0 | 103.6 | 83.5 |
| **Net Fixed Asset Turns** | | | | | | | | |
| LTM | 2.1 | 2.0 | 2.4 | 1.6 | 4.3 | 2.7 | 3.7 | 2.5 | 3.1 |
| 2003 | 2.1 | 1.8 | 2.4 | 1.6 | 4.3 | 2.7 | 3.7 | 2.5 | 3.1 |
| 2002 | 1.9 | 2.1 | 2.3 | 1.4 | 4.5 | 2.5 | 3.5 | 2.3 | 3.0 |
| 2001 | 1.8 | 1.7 | 2.3 | 1.4 | 6.4 | 3.1 | 3.3 | 2.0 | 2.9 |
| Three-Year Average | 2.0 | 1.9 | 2.3 | 1.5 | 5.0 | 2.7 | 3.5 | 2.2 | 3.0 |

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

DUFF & PHELPS, LLC

B-16

CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
DEBT ANALYSIS

| | ALBEMARLE CORP. | CABOT CORP. | CYTEC INDUSTRIES | E.I. DU PONT DE NEMOURS | ENGELHARD CORP. | FERRO CORP. | FULLER (H.B.) CO. | GREAT LAKES CHEMICAL |
|---|---|---|---|---|---|---|---|---|
| **Total Debt to Total Capital (%)** | | | | | | | | |
| LTM | 36.9 | 39.6 | 36.0 | 73.8 | 26.3 | 45.4 | 28.7 | 37.2 | (29.8) |
| 2003 | 36.9 | 40.3 | 36.0 | 73.8 | 26.3 | 45.4 | 28.7 | 37.2 | (29.8) |
| 2002 | 35.2 | 38.0 | 33.6 | 67.0 | 35.6 | 69.6 | 30.6 | 37.5 | (18.6) |
| 2001 | 31.3 | 33.1 | 33.1 | 65.7 | 38.5 | 57.4 | 36.9 | 47.4 | (25.3) |
| Three-Year Average | 34.5 | 37.2 | 34.2 | 68.8 | 33.5 | 57.5 | 32.1 | 40.7 | (24.5) |
| **Fixed Charge Coverage** | | | | | | | | |
| LTM | 18.6 | 5.8 | 7.1 | 1.6 | 13.3 | 2.4 | 5.2 | 2.4 | 7.6 |
| 2003 | 18.6 | 4.9 | 7.1 | 1.6 | 13.3 | 2.4 | 5.2 | 2.4 | 7.6 |
| 2002 | 19.8 | 4.8 | 8.0 | 1.7 | 10.0 | 2.1 | 5.0 | 4.2 | 8.1 |
| 2001 | 15.9 | 5.1 | 6.1 | 2.2 | 6.5 | 6.0 | 4.1 | 2.0 | 4.6 |
| Three-Year Average | 18.1 | 4.9 | 7.1 | 1.8 | 9.9 | 3.5 | 4.8 | 2.9 | 6.7 |
| **Interest Coverage** | | | | | | | | |
| LTM | 19.1 | 6.9 | 7.1 | 1.6 | 13.3 | 2.7 | 5.3 | 2.4 | 7.6 |
| 2003 | 19.1 | 5.8 | 7.1 | 1.6 | 13.3 | 2.7 | 5.3 | 2.4 | 7.6 |
| 2002 | 21.1 | 5.5 | 8.0 | 1.7 | 11.1 | 2.5 | 5.1 | 4.2 | 8.1 |
| 2001 | 18.2 | 5.9 | 6.1 | 2.3 | 6.9 | 8.3 | 4.2 | 2.0 | 4.7 |
| Three-Year Average | 19.5 | 5.7 | 7.1 | 1.9 | 10.4 | 4.5 | 4.9 | 2.9 | 6.8 |

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

DUFF & PHELPS, LLC

B-17

SSBT-003006
CONFIDENTIAL

**W.R. GRACE & CO.**
**COMPARABLE COMPANY ANALYSIS**
**EMPLOYEE RATIOS**

| | ARISTECH CORP | CABOT CORP | CYTEC INDUSTRIES | ASHLAND | EASTMAN CHEMICAL | ROHM & HAAS | FULLER (H.B.) | GRACE (W.R.) & CO |
|---|---|---|---|---|---|---|---|---|
| **Revenues per Employee** | | | | | | | | |
| LTM* | 370.1 | 408.0 | 327.1 | 386.7 | 558.6 | 204.3 | 284.9 | 318.8 | 309.5 |
| 2003 | 370.1 | 346.0 | 327.1 | 386.7 | 558.6 | 204.3 | 284.9 | 318.8 | 309.5 |
| 2002 | 337.1 | 388.4 | 316.8 | 338.9 | 564.4 | 133.3 | 273.1 | 304.7 | 284.3 |
| 2001 | 314.3 | 349.8 | 311.7 | 341.1 | 779.3 | 164.8 | 260.5 | 241.6 | 269.2 |
| Three-Year Average | 340.5 | 361.4 | 318.5 | 355.6 | 634.1 | 167.5 | 272.8 | 288.3 | 287.7 |
| **EBITDA per Employee** | | | | | | | | |
| LTM* | 62.3 | 74.3 | 51.3 | 36.9 | 59.7 | 23.6 | 28.9 | 33.8 | 34.5 |
| 2003 | 62.3 | 60.2 | 51.3 | 36.9 | 59.7 | 23.6 | 28.9 | 33.8 | 34.5 |
| 2002 | 62.6 | 67.9 | 50.9 | 38.9 | 62.7 | 15.2 | 31.7 | 42.7 | 40.0 |
| 2001 | 59.4 | 68.9 | 47.3 | 48.2 | 66.6 | 23.2 | 29.5 | 26.3 | 41.1 |
| Three-Year Average | 61.4 | 65.7 | 49.9 | 41.3 | 63.0 | 20.7 | 30.0 | 34.3 | 38.5 |
| **Net Income per Employee** | | | | | | | | |
| LTM* | 26.2 | 26.9 | 20.2 | 1.0 | 34.5 | 5.3 | 9.4 | 7.4 | (4.4) |
| 2003 | 26.2 | 25.6 | 20.2 | 1.0 | 34.5 | 5.3 | 9.4 | 7.4 | (4.4) |
| 2002 | 25.2 | 31.1 | 20.9 | 5.4 | 30.9 | 3.9 | 10.0 | 11.0 | 6.3 |
| 2001 | 23.1 | 25.3 | 15.9 | 6.8 | 35.1 | 9.8 | 9.4 | (9.3) | 13.0 |
| Three-Year Average | 24.9 | 27.4 | 19.0 | 4.4 | 33.5 | 6.3 | 9.6 | 2.9 | 5.0 |

*Based on latest fiscal year number of employees.
Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

DUFF & PHELPS, LLC

B-18

SSBT-003007
CONFIDENTIAL

## W.R. Grace & Co.
### Comparable Transaction Analysis for the Specialty Chemical Sector
### For the Period of January 1999 through March 2004

| Date Announced | Target Name | Target Business Description | Acquiror Name | Enterprise Value | Target Revenues | Target EBITDA | Enterprise Value/ Target Revenue | Enterprise Value/ Target EBITDA |
|---|---|---|---|---|---|---|---|---|
| 25 Mar 2003 | Pacer Technology | Manufactures and markets high performance adhesives, sealants and related products | CYAN Investments LLC | $16.52 | $25.17 | $2.36 | 0.66x | 7.01x |
| 04 Nov 2002 | Osmonics, Inc. | Manufactures machines used in the treatment and purification of water | General Electric Co. | 273.50 | 211.00 | 24.40 | 1.30x | 11.21x |
| 23 Jul 2002 | ChemFirst, Inc. | Produces electronic and other specialty chemicals for use in the semiconductor industry and in agricultural, pharmaceutical, polymer, photographic, and photosensitive applications | DuPont EI de Nemours & Co. | 395.30 | 266.32 | 28.81 | 1.48x | 13.72x |
| 08 Jul 2002 | International Specialty Products, Inc. | Manufactures specialty chemical and mineral products | Management Group (Chairman Samuel J. Heyman) | 1,358.78 | 803.14 | 133.93 | 1.69x | 10.15x |
| 02 May 2002 | Advanced Technical Products, Inc. | Manufactures advanced composite-based products from high-strength fibers for the aerospace and defense markets, and commercial applications | General Dynamics Corporation | 252.03 | 198.41 | 24.98 | 1.27x | 10.09x |
| 12 Feb 2002 | BetzDearborn (Hercules, Inc.) | Provides engineered chemical treatment of water and process systems in industrial applications | GE Specialty Materials | 1,800.00 | 1,000.00 | 217.00 | 1.80x | 8.29x |
| 21 Jan 2002 | Gaylord Container Corporation | Manufactures and distributes specialty chemicals, corrugated containers and sheets, containerboard, unbleached kraft paper, and multiwall bags | Temple-Inland, Inc. | 1,774.81 | 1,104.30 | 100.40 | 1.61x | 17.68x |
| 01 Nov 2001 | High Plains Corporation | Manufactures fuel-grade, industrial-grade ethanol | Abengoa SA | 107.70 | 164.51 | 13.24 | 0.65x | 8.13x |
| 11 Jun 2001 | SeraCare, Inc. | Manufactures and markets plasma based diagnostic products and tests | Grupo Grifols | 139.86 | 74.95 | 9.65 | 1.87x | 14.50x |
| 29 Mar 2001 | Ascot Plc | A marketer of specialty chemical products | Dow Chemical Co. | 502.13 | 311.90 | 47.40 | 1.61x | 10.59x |
| 29 Nov 2000 | Performance Materials (BF Goodrich) | A global producer and marketer of technologically advanced specialty chemicals for a broad range of consumer and industrial applications | ARA Investors, DLJ, DB Capital | 1,400.00 | 1,166.67 | NA | 1.20x | NA |
| 08 Nov 2000 | Benjamin Moore & Co. | Formulates, manufactures, and sells paint and other coatings | Berkshire Hathaway, Inc. | 1,007.34 | 823.23 | 106.06 | 1.22x | 9.50x |
| 25 Sep 2000 | Bush Boake Allen, Inc. | Supplies flavors and fragrances to the world's leading consumer products companies for use in foods, beverages, soaps and detergents, cosmetics, toiletries, personal care items and related products. | International Flavors & Fragrances, Inc. | 936.73 | 491.35 | 71.20 | 1.91x | 13.16x |
| 30 Aug 2000 | Sybron Chemicals, Inc. | Manufactures specialty chemicals | Bayer AG | 316.83 | 282.59 | 30.06 | 1.12x | 10.54x |
| 03 Aug 2000 | Catalytica, Inc. | A holding company with subsidiaries which develop catalysts, catalytic systems and processes to eliminate or minimize environmental pollution | DSM NV | 800.00 | 427.17 | 63.52 | 1.87x | 12.59x |
| 26 Jul 2000 | Chemfab Corporation | Manufactures and markets polymer-based engineered products and materials systems | Compagnie de Saint-Gobain / Norton Co. | 171.19 | 120.00 | 18.17 | 1.43x | 9.42x |

C-1

SSBT-003008
CONFIDENTIAL

### W.R. Grace & Co.
### Comparable Transaction Analysis for the Specialty Chemical Sector
### For the Period of January 1999 through March 2004

| Date Announced | Target Name | Target Business Description | Acquiror Name | Enterprise Value | Target Revenues | Target EBITDA | Enterprise Value/ Target Revenue | Enterprise Value/ Target EBITDA |
|---|---|---|---|---|---|---|---|---|
| 10 Jul 2000 | Dexter Corporation | Produces specialty materials for the aerospace industry, including adhesive and structural materials, acoustic materials and thermoplastic olefin compounds for the automotive industry | Invitrogen Corporation | 1,444.26 | 1,035.69 | 161.78 | 1.39x | 8.93x |
| 28 Jun 2000 | Mallinckrodt, Inc. | Produces health care products and specialty chemicals | Tyco International Ltd. | 3,956.44 | 2,630.20 | 541.00 | 1.50x | 7.31x |
| 04 May 2000 | McWhorter Technologies, Inc. | Manufactures resins used in paint, coatings, reinforced fiberglass and plastics | Eastman Chemical Co. | 351.03 | 443.80 | 42.78 | 0.79x | 8.21x |
| 23 Aug 1999 | BIP Ltd. | Manufactures specialty plastics and specialty resins | Cytec Industries, Inc. | 42.40 | 25.60 | NA | 1.70x | NA |
| 04 Aug 1999 | Inspec Mining Chemical (LaPorte Plc.) | A global manufacturer of a wide variety of specialty chemicals | Cytec Industries, Inc. | 25.00 | 16.00 | NA | 1.56x | NA |
| 04 Aug 1999 | Union Carbide Corporation | A diversified chemical manufacturing company | Dow Chemical Co. | 12,076.37 | 5,459.00 | 855.00 | 2.21x | 14.12x |
| 28 Jun 1999 | Nalco Chemical Co. | A manufacturer of water treatment and process chemicals; performs water treatment services | Suez Lyonaise des Eaux S.A. | 4,630.20 | 1,616.60 | 358.80 | 2.86x | 12.90x |
| 15 Jun 1999 | Calgon Corp. (English China) | A manufacturer of water softener chemicals for the laundry industry | Degremont S.A. | 425.00 | 284.00 | NA | 1.50x | NA |
| 01 Jun 1999 | Witco Corporation | Manufactures industrial chemicals such as metallic stearates and polyether and polyester urethane resins | Crompton & Knowles Corporation | 1,603.23 | 1,914.75 | 245.56 | 0.84x | 6.53x |
| 28 Apr 1999 | Lawter International | Manufactures and distributes printing ink vehicles, compounds and powders, and synthetic and hydrocarbon resins for the graphic arts industry | Eastman Chemical Co. | 508.15 | 215.19 | 43.77 | 2.36x | 11.61x |
| 09 Apr 1999 | RB Rubber Products, Inc. | Recycles rubber and processes scrap tires and rubber | Dash Multi-Corp, Inc. | 8.25 | 8.59 | 0.56 | 0.96x | 14.68x |
| 05 Apr 1999 | Irathane Systems | Division of Illinois Tool Works, produces urethanes related products for mineral processing, paper, and electric power industries. | Industrial Rubber Products | 8.00 | 9.59 | 1.29 | 0.83x | 6.21x |
| 23 Mar 1999 | Hitox Corporation of America | Manufactures and markets pigments and extenders used in the manufacture of paint, industrial coatings, and plastics | Paulson Acquisition LLC | 9.97 | 11.75 | 1.47 | 0.85x | 6.79x |
| 22 Mar 1999 | U.S. Filter Corp. | A manufacturer of wastewater treatment machines and chemicals for residential and commercial uses | Vivendi | 6,200.00 | 4,104.10 | 501.80 | 1.51x | 12.36x |
| 08 Feb 1999 | Arch Chemicals | Manufactures and markets a wide variety of specialty chemicals which include water purifiers, water sanitizers, fire retardants, and acids for industrial use | Olin Corp. | 368.80 | 900.00 | NA | 0.41x | NA |
| 01 Feb 1999 | Morton International, Inc. | Specialty chemical company that manufactures a wide range of products for industrial and consumer use | Rohm & Haas, Inc. | 4,933.16 | 2,498.30 | 469.40 | 1.97x | 10.51x |
| | | | | | | Mean | 1.44x | 10.62x |
| | | | | | | Median | 1.49x | 10.51x |

C-2

SSBT-003009
CONFIDENTIAL

# Armstrong Holdings, Inc. (ACKHQ)

## BUSINESS DESCRIPTION

- Armstrong Holdings, Inc. designs, manufactures and sells flooring products (resilient, wood, carpeting and sports flooring), as well as ceiling systems, around the world. The Company also designs, manufactures and sells kitchen and bathroom cabinets to single- and multi-family homebuilders and remodelers. The Company is the publicly held parent holding company of Armstrong World Industries, Inc. and its subsidiaries.
- Armstrong's products are sold primarily for use in the finishing, refurbishing and repair of residential, commercial and institutional buildings.
- On December 6, 2000, AWI filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in order to use the reorganization process to achieve a resolution of its asbestos liability.

## BANKRUPTCY AND ASBESTOS RELATED ISSUES

- Although the Company would take part in the proposed asbestos liability trust being debated by the senate, the CEO stated that there is no reasonable hope for quick passage of this bill and if the Company remains in bankruptcy for too long, it will no longer be able to invest in new growth opportunities. As a result, the Company has moved forward with a plan of reorganization which was filed in November of 2002, but has yet to be approved by the bankruptcy court. It is possible for the plan to be approved in the beginning of 2004, but as of March 2004, nothing has been passed.
- Key elements of the plan provide the following: creation of a 524(g) trust; distribution of new common shares to creditors and the trust; an issuance of notes in the amount of $775 million; and the cancellation of the existing common stock of the Company.
- As of December 2003, the Company was a defendant in 130,000 asbestos related claims and has a $3.2 billion asbestos liability.

## FINANCIAL DATA ($ IN MILLIONS)

- LTM Sales: $3,172.3
- EV/LTM Sales: NM
- EV/LTM EBITDA: NM
- Current Ratio: 3.1
- Total Assets/Total Asbestos Liability: 1.5
- (EBITDA – Cap Ex)/Total Interest: 12.1
- Current Market Cap: $41.5

## LTM STOCK PRICE PERFORMANCE



Change: +67%

**DUFF & PHELPS, LLC**

D-1

SSBT-003010
CONFIDENTIAL

# Federal Mogul (FDMLQ)

## BUSINESS DESCRIPTION

- Federal-Mogul Corporation is a vehicular parts manufacturer providing solutions and systems to global customers in the automotive, small-engine, heavy-duty and industrial markets. The Company manufactures engine bearings, pistons, piston pins, rings, cylinder liners, camshafts, sintered products, connecting rods, sealing systems, systems protection sleeving products, fuel systems, wipers, lighting, ignition, brake, friction and chassis products.

- Federal-Mogul's principal customers include original equipment manufacturers (OEMs) of vehicles and industrial products. The Company also distributes its products to the aftermarket.

- On October 1, 2001, Federal-Mogul and all of its wholly owned United States subsidiaries filed voluntary petitions for reorganization under Chapter 11 of the United States Bankruptcy Code due to asbestos related liabilities.

## BANKRUPTCY AND ASBESTOS RELATED ISSUES

- In November 2001, the Company identified the following core issues that needed to be addressed before the Company could emerge from bankruptcy: overall cost of resolving the claims; claim resolution transaction costs; amount of insurance available for the payment of such claims; and the ongoing strength of the Company's current business.

- The Company has followed the lead of Armstrong Holdings and has filed a plan of reorganization with the bankruptcy court in March of 2003. The Company expects to be out of bankruptcy within the next two years.

- The key elements of the plan of reorganization calls for Company note holders to own 49.9 percent of the Company's new common stock, with 50.1 percent held by a 524(g) trust established to pay existing and future asbestos claims.

- As of December 2003, there were 360,000 claims at a valued liability of $2.1 billion.

## FINANCIAL DATA ($ IN MILLIONS)

| | |
|---|---|
| • LTM Sales: | $5,422.4 |
| • EV/LTM Sales: | NM |
| • EV/LTM EBITDA: | NM |
| • Current Ratio: | 1.6 |
| • Total Assets/Total Asbestos Liability: | 3.9 |
| • (EBITDA –Cap Ex)/Total Interest | 1.0 |
| • Current Market Cap: | $29.2 |

## LTM STOCK PRICE PERFORMANCE



Change: 169%

# Owens Corning (OWENQ)

## BUSINESS DESCRIPTION

- Owens Corning is a global company that serves consumers and industrial customers with building materials systems and composites systems. The Company operates through two main business segments: Building Materials Systems (73% of 2002 revenue) and Composite Solutions (27% of 2002 revenue).

- The Building Materials Systems division manufactures a variety of products in two major categories: insulating systems (thermal and acoustical insulation, and air ducts formed from wool fibers and foam insulation) and exterior systems for the home (roofing shingles, vinyl siding, windows and doors, and stone building products). The Composite Solutions division manufactures glass fiber materials used in composites used by a variety of industries.

- On October 5, 2000, Owens Corning and 17 of its subsidiaries filed voluntary petitions for relief under Chapter 11 bankruptcy protection due to the Company's asbestos liability exposure.

## LTM STOCK PRICE PERFORMANCE



## BANKRUPTCY AND ASBESTOS RELATED ISSUES

- In January 2003, the Company filed a plan of reorganization with the bankruptcy court where asbestos victims would receive most of the reorganized Company's shares that would be distributed under a 524(g) trust. Cash, notes and insurance proceeds would also fund the trust. Creditors would receive partial payment of their claims and holders of $400 million in bank claims will be given preference over other creditors.

- Although lawyers for the asbestos victims support the plan, creditors say they will oppose it because it gives too much compensation to asbestos victims. Although the bankruptcy plan has not been approved, the Company still expects to come out of bankruptcy in the beginning of 2004 whether or not creditors still oppose the size of compensation awarded to victims.

- As of December 2003, the Company had 240,000 outstanding claims and asbestos liabilities valued at $16.0 billion.

### FINANCIAL DATA ($ IN MILLIONS)

- LTM Sales: $4,996.0
- EV/LTM Sales: NM
- EV/LTM EBITDA: NM
- Current Ratio: 2.2
- Total Assets/Total Asbestos Liability: 0.50
- (EBITDA – Cap Ex)/Total Interest: 40.3
- Current Market Cap: $29.1

**DUFF & PHELPS, LLC**

D-3

SSBT-003012
CONFIDENTIAL