Debtors' exclusive rights to solicit acceptances of a reorganization plan through April 1, 2004.

Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees will have the right to be heard on all matters that come before the Bankruptcy Court and, together with a legal representative of future asbestos

I-22

claimants (whom Grace expects to be appointed by the Bankruptcy Court in the future), are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain of the committees' and the future asbestos claimants representative's costs and expenses, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases have been assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. Judge Wolin is presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He has assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware.

Claims Filings - The Bankruptcy Court established a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos-related property damage claims and medical monitoring claims related to asbestos. The bar date did not apply to asbestos-related bodily injury claims or claims related to Zonolite(R) attic insulation ("ZAI"), which will be dealt with separately.

Approximately 15,000 proofs of claim were filed by the bar date. Of these claims, approximately 10,000 were non-asbestos related, approximately 4,000 were for asbestos-related property damage, and approximately 1,000 were for medical monitoring. In addition, approximately 400 proofs of claim were filed after the bar date. The discussion below refers to claims filed before the bar date.

Approximately 7,000 of the 10,000 non-asbestos related claims involve claims by employees or former employees for future retirement benefits such as pension and retiree medical coverage. Grace views these claims as contingent and does not plan to address them until a later date in the Chapter 11 Cases. The other non-asbestos related claims include claims for payment for goods and services; taxes; product warranties; principal plus interest under pre-petition credit facilities; amounts due under leases; contracts rejected in the Bankruptcy Court; environmental remediation; indemnification or contribution from actual or potential co-defendants in asbestos-related and other litigation; pending non-asbestos related litigation; and non-asbestos related personal injury.

The Debtors' preliminary analysis indicated that many claims are duplicates, represent the same claim filed against more than one of the Debtors, lack any supporting documentation, or provide insufficient supporting documentation. As of September 30, 2003, the Debtors had filed with the Bankruptcy Court approximately 1,100 objections with respect to such claims, most of which were non-substantive (duplicates, no supporting documentation, late filed claims, etc.). The Debtors expect to file a substantial number of additional objections, most of which will be substantive, as analysis and evaluation of the claims progresses.

As claims are resolved, Grace will make adjustments to the liabilities recorded on its financial statements as appropriate. Any such adjustments could be material to the Company's consolidated financial position and results of operations. Because of the uncertainties of the Chapter 11 process, the in-progress state of the Debtors' investigation of submitted claims, and the lack of documentation submitted in support of many claims, Grace, at this time, is not able to estimate the value of the claims that may ultimately be determined and allowed by the Bankruptcy Court.

Litigation Proceedings in Bankruptcy Court - In July 2002, the Bankruptcy Court approved special counsel to represent the ZAI claimants, at the Debtors' expense, in a proceeding to determine certain threshold scientific issues regarding ZAI. The court has set a litigation schedule that would result in pretrial hearings on these issues in November of 2003. (See Note 3 for background information.)

On November 29, 2002, Sealed Air Corporation ("Sealed Air") and Fresenius Medical Care AG ("Fresenius") each announced that they had reached agreements in principle with the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to settle asbestos and fraudulent conveyance claims related to the 1998 transaction involving Grace's former packaging business and Sealed Air, and the 1996 transaction involving Grace's former medical care business and Fresenius, respectively. Under the terms of the Fresenius settlement, as subsequently revised and subject to certain conditions, Fresenius would contribute $115.0 million to the Grace estate. In July 2003, the Fresenius settlement was approved by the Bankruptcy Court. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5% per annum, commencing on December 21, 2002) and nine million shares of Sealed Air common stock, valued at $425.1 million as of September 30, 2003, as directed by the Bankruptcy Court upon confirmation of Grace's plan of reorganization. The Sealed Air settlement remains subject to the approval of the Bankruptcy Court and the fulfillment of specified conditions.

Source: W R GRACE & CO, 10-Q, November 10, 2003

Grace is unable to predict how these settlements may ultimately affect its plan of reorganization.

Impact on Debt Capital - All of the Debtors' pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet as of September 30, 2003 reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N. A. (the "DIP facility") in the aggregate amount of $250 million. The term of the DIP facility, originally set to expire April 1, 2003, has been extended for up to an additional three years through April 1, 2006.

Accounting Impact - The accompanying Consolidated Financial Statements have been prepared in accordance with Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," promulgated by the American Institute of Certified Public Accountants. SOP 90-7 requires that financial statements of debtors-in-possession be prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. However, as a result of the Filing, the realization of certain Debtors' assets and the liquidation of certain Debtors' liabilities are subject to significant uncertainty. While operating as debtors-in-possession, the Debtors may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the Consolidated Financial Statements. Further, a plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements, which do not currently give effect to any adjustments to the carrying value or classification of assets or liabilities that might be necessary as a consequence of a plan of reorganization.

Pursuant to SOP 90-7, Grace's pre-petition liabilities that are subject to compromise are required to be reported separately on the balance sheet at an estimate of the amount that will ultimately be allowed by the Bankruptcy Court. As of September 30, 2003, such pre-petition liabilities include fixed obligations (such as debt and contractual commitments), as well as estimates of costs related to contingent liabilities (such as asbestos-related litigation, environmental remediation, and other claims). The recorded amounts of such liabilities generally reflect accounting measurements as of the Filing Date, adjusted as warranted for changes in facts and circumstances and/or rulings under Grace's Chapter 11 proceedings subsequent to the Filing. (See Note 2 to the Consolidated Financial Statements for detail of the liabilities subject to compromise as of September 30, 2003, and December 31, 2002.) Obligations of Grace subsidiaries not covered by the Filing continue to be classified on the Consolidated Balance Sheets based upon maturity dates or the expected dates of payment. SOP 90-7 also requires separate reporting of certain expenses, realized gains and losses, and provisions for losses related to the Filing as reorganization items.

---

CRITICAL ACCOUNTING ESTIMATES
---

The preparation of financial statements in conformity with U.S. generally accepted accounting principles requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes, and retained obligations of divested businesses.
- Pension and postretirement liabilities that depend on assumptions regarding discount rates and/or total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.
- Realization values of various assets such as trade receivables, inventories, insurance receivables, income taxes, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

---

CONSOLIDATED OPERATIONS
---

Set forth below is a chart that lists key operating statistics and percentage changes for the three-month and nine-month periods ended September 30, 2003 and 2002. This chart should be referenced when reading management's discussion and analysis of the results of operations and financial condition. The financial information presented throughout this discussion divides Grace's financial results between

Source: W R GRACE & CO, 10-Q, November 10, 2003

I-24

Source: W R GRACE & CO, 10-Q, November 10, 2003

"core operations" and "noncore activities." Core operations comprise the financial results of Davison Chemicals, Performance Chemicals and the costs of corporate activities that directly or indirectly support business operations. In contrast, noncore activities comprise all other events and transactions not directly related to the generation of operating revenue or the support of core operations.

Neither pre-tax income from core operations nor pre-tax income from core operations before depreciation and amortization purport to represent income or cash flow as defined under generally accepted accounting principles, and should not be considered an alternative to such measures as an indicator of Grace's performance. These measures are provided to distinguish operating results of Grace's current business base from results and related assets and liabilities of past businesses, discontinued products and corporate legacies.

I-25

| ANALYSIS OF CONTINUING OPERATIONS (Dollars in millions) | THREE MONTHS ENDED SEPTEMBER 30, | | | NINE MONTHS ENDED SEPTEMBER 30, | | |
|---|---|---|---|---|---|---|
|  | 2003 | 2002 | % Change Fav (Unfav) | 2003 | 2002 | % Change Fav (Unfav) |
| **NET SALES** | | | | | | |
| DAVISON CHEMICALS | | | | | | |
| Catalyst products | $ 189.6 | $ 179.0 | 5.9% | $ 544.2 | $ 508.0 | 7.1% |
| Silica products | 77.4 | 67.5 | 14.7% | 223.5 | 195.0 | 14.6% |
| TOTAL DAVISON CHEMICALS | 267.0 | 246.5 | 8.3% | 767.7 | 703.0 | 9.2% |
| PERFORMANCE CHEMICALS | | | | | | |
| Construction chemicals | 120.1 | 109.8 | 9.4% | 324.9 | 300.1 | 8.3% |
| Building materials | 65.0 | 60.4 | 7.6% | 178.1 | 177.6 | 0.3% |
| Sealants and coatings | 68.9 | 63.3 | 8.8% | 198.5 | 184.3 | 7.7% |
| TOTAL PERFORMANCE CHEMICALS | 254.0 | 233.5 | 8.8% | 701.5 | 662.0 | 6.0% |
| TOTAL GRACE SALES - CORE OPERATIONS | $ 521.0 | $ 480.0 | 8.5% | $ 1,469.2 | $ 1,365.0 | 7.6% |
| **PRE-TAX OPERATING INCOME (A):** | | | | | | |
| Davison Chemicals (b) | $ 32.5 | $ 35.4 | (8.2%) | $ 80.1 | $ 99.2 | (19.3%) |
| Performance Chemicals | 38.6 | 30.1 | 28.2% | 76.5 | 76.9 | (0.5%) |
| Corporate costs: | | | | | | |
| Support functions | (7.9) | (7.1) | (11.3%) | (23.3) | (21.3) | (9.4%) |
| Pension and other | (12.9) | (5.5) | NM | (35.9) | (11.5) | NM |
| Total Corporate costs | (20.8) | (12.6) | (65.1%) | (59.2) | (32.8) | (80.5%) |
| PRE-TAX INCOME FROM CORE OPERATIONS (C) | 50.3 | 52.9 | (4.9%) | 97.4 | 143.3 | (32.0%) |
| PRE-TAX LOSS FROM NONCORE ACTIVITIES | (54.1) | (11.3) | NM | (68.4) | (17.3) | NM |
| Interest expense | (4.1) | (4.8) | 14.6% | (12.4) | (15.2) | 18.4% |
| Interest income | 0.9 | 0.9 | -- | 3.4 | 2.5 | 36.0% |
| INCOME (LOSS) BEFORE CHAPTER 11 EXPENSES AND INCOME TAXES | (7.0) | 37.7 | (118.6%) | 20.0 | 113.3 | (82.3%) |
| Chapter 11 expenses, net | (2.2) | (8.6) | 74.4% | (11.7) | (21.4) | 45.3% |
| Provision for income taxes | (0.7) | (15.1) | 95.4% | (14.0) | (44.3) | 68.4% |
| Net (loss) income | $ (9.9) | $ 14.0 | (170.7%) | $ (5.7) | $ 47.6 | (112.0%) |
| **KEY FINANCIAL MEASURES:** | | | | | | |
| PRE-TAX INCOME FROM CORE OPERATIONS AS PERCENTAGE OF SALES: | | | | | | |
| Davison Chemicals (b) | 12.2% | 14.4% | (2.2) pts | 10.4% | 14.1% | (3.7) pts |
| Performance Chemicals | 15.2% | 12.9% | 2.3 pts | 10.9% | 11.6% | (0.7) pts |
| Consolidated | 9.7% | 11.0% | (1.3) pts | 6.6% | 10.5% | (3.9) pts |
| PRE-TAX INCOME FROM CORE OPERATIONS BEFORE DEPRECIATION AND AMORTIZATION (C) | $ 76.4 | $ 77.5 | (1.4%) | $ 173.5 | $ 214.1 | (19.0%) |
| As a percentage of sales | 14.7% | 16.1% | (1.4) pts | 11.8% | 15.7% | (3.9) pts |
| **NET SALES BY REGION:** | | | | | | |
| North America | $ 238.1 | $ 227.0 | 4.9% | $ 661.6 | $ 657.5 | 0.6% |
| Europe | 171.3 | 149.3 | 14.7% | 501.2 | 416.4 | 20.4% |
| Asia Pacific | 83.1 | 76.8 | 8.2% | 228.4 | 211.0 | 8.2% |
| Latin America | 28.5 | 26.9 | 5.9% | 78.0 | 80.1 | (2.6%) |
| TOTAL | $ 521.0 | $ 480.0 | 8.5% | $ 1,469.2 | $ 1,365.0 | 7.6% |

NM = Not meaningful

a = Pre-tax operating income for all periods presented reflects a reallocation of the cost of earned pension benefits of active participants from corporate to the respective business segments.

b = Davison Chemicals pre-tax operating income excludes minority interest related to the Advanced Refining Technologies joint venture.

c = Neither pre-tax income from core operations nor pre-tax income from core operations before depreciation and amortization purport to represent income or cash flow as defined under generally accepted accounting principles, and should not be considered an alternative to such measures as an indicator of the Company's performance. These measures are provided to distinguish operating results of Grace's current business base from results and related assets and liabilities of past businesses, discontinued products and corporate legacies.

I-26

Source: W R GRACE & CO, 10-Q, November 10, 2003

COSTS OF DOING BUSINESS IN CHAPTER 11

Although it is difficult to measure precisely how Chapter 11 has impacted Grace's overall financial performance, there are certain added costs that are directly attributable to operating under the Bankruptcy Code. Net reorganization expenses of $11.7 million in the first nine months of 2003 and $21.4 million in the first nine months of 2002 consist primarily of legal, financial and consulting fees incurred by Grace and three creditors' committees. In addition, for the nine months ended September 30, 2003 and 2002, Grace's pre-tax income from core operations included expenses of $14.2 million and $8.1 million, respectively, for Chapter 11-related compensation charges. Poor stock price performance in the period leading up to and after the Filing diminished the value of Grace's stock option program to current and prospective employees, which caused Grace to change its long-term incentive compensation program into a cash-based program. Grace has also sought to address employee retention issues by providing added compensation to certain employees and increasing Grace's contribution to its retirement savings and investment plan.

There are numerous other indirect costs to manage Grace's Chapter 11 proceedings such as: management time devoted to Chapter 11 matters; added cost of debt capital; added costs of general business insurance, including directors and officers liability insurance; and lost business and acquisition opportunities due to the complexities of operating under Chapter 11.

NET SALES

The following tables identify the increase or decrease in sales attributable to changes in product volume, product price and/or mix, and the impact of foreign currency translation for the three-month and nine-month periods ended September 30, 2003, respectively.

| NET SALES VARIANCE ANALYSIS | THREE MONTHS ENDED SEPTEMBER 30, 2003 AS A PERCENTAGE INCREASE (DECREASE) FROM THREE MONTHS ENDED SEPTEMBER 30, 2002 | | | |
|---|---|---|---|---|
| | VOLUME | PRICE/MIX | TRANSLATION | TOTAL |
| Davison Chemicals | 0.4% | 3.2% | 4.7% | 8.3% |
| Performance Chemicals | 4.8% | 0.2% | 3.8% | 8.8% |
| Net sales | 2.5% | 1.8% | 4.2% | 8.5% |
| By Region: | | | | |
| North America | 2.3% | 2.1% | 0.5% | 4.9% |
| Europe | 2.9% | (0.5%) | 12.3% | 14.7% |
| Asia Pacific | 17.4% | (10.9%) | 1.7% | 8.2% |
| Latin America | (25.7%) | 33.1% | (1.5%) | 5.9% |

Grace's third quarter sales totaled $521.0 million compared with $480.0 million in the prior year quarter, an 8.5% increase. Favorable currency translation effects from a weaker U.S. dollar accounted for about half of the increase. Revenue from added volume in certain product lines was also a contributing factor. In addition, acquisitions contributed $4.7 million or 1.0 percentage point of the sales volume growth, all of which related to Davison.

| NET SALES VARIANCE ANALYSIS | NINE MONTHS ENDED SEPTEMBER 30, 2003 AS A PERCENTAGE INCREASE (DECREASE) FROM NINE MONTHS ENDED SEPTEMBER 30, 2002 | | | |
|---|---|---|---|---|
| | VOLUME | PRICE/MIX | TRANSLATION | TOTAL |
| Davison Chemicals | 1.0% | 2.1% | 6.1% | 9.2% |
| Performance Chemicals | 1.5% | 0.6% | 3.9% | 6.0% |
| Net sales | 1.2% | 1.4% | 5.0% | 7.6% |
| By Region: | | | | |
| North America | (1.8%) | 2.0% | 0.4% | 0.6% |
| Europe | 5.4% | (1.6%) | 16.6% | 20.4% |
| Asia Pacific | 12.5% | (6.8%) | 2.5% | 8.2% |
| Latin America | (11.9%) | 20.2% | (10.9%) | (2.6%) |

Grace's year-to-date sales totaled $1,469.2 million compared with $1,365.0 million in the prior year period, a 7.6% increase. Currency translation accounted for 5.0 percentage points of the increase. Added volume in certain product lines was also a contributing factor. Acquisitions contributed $20.9 million or 1.5 percentage points of the sales volume growth, most of which related to Davison.

PRE-TAX INCOME FROM CORE OPERATIONS

Source: W R GRACE & CO, 10-Q, November 10, 2003

Pre-tax income from core operations comprises the business segment results of Davison Chemicals and Performance Chemicals offset by corporate costs. Pre-tax income from core operations in the third quarter of 2003 was $50.3 million, compared with $52.9 million in the third quarter of 2002, a 4.9% decrease. Lower profits from the Davison Chemicals group and higher U.S. pension costs were partially offset by a record quarter from the Performance Chemicals businesses, which delivered a 28.2% increase in operating earnings on an 8.8% increase in sales. Pre-tax income from core operations was $97.4 million for the nine months ended September 30, 2003, compared with $143.3 million for the prior year period, a 32.0% decrease. Year-to-date pre-tax operating margin was 6.6%, 3.9 percentage points lower than the prior year. The decline in year-to-date operating profit and margins was caused by higher costs for pensions, certain raw materials, natural gas and plant maintenance, together with higher sales of lower margin products.

Corporate costs for the third quarter of 2003 were $20.8 million, an $8.2 million increase from the prior year quarter. Corporate costs for the nine months ended

I-27

Source: W R GRACE & CO, 10-Q, November 10, 2003

September 30, 2003 were $59.2 million, a $26.4 million increase from the prior year period. Corporate costs include corporate functional costs (such as financial and legal services, human resources, communications and information technology), the cost of corporate governance (including directors and officers liability insurance) and pension costs related to both corporate employees and to the effects of changes in assets and liabilities for all Grace pension plans. The increase is primarily attributable to added costs for pension benefits to account for the negative financial market factors that have impacted the funded status of defined benefit pension plans in recent years, and to higher director and officer liability insurance premiums.

PRE-TAX LOSS FROM NONCORE ACTIVITIES

Pre-tax loss from noncore activities comprises all events and transactions not directly related to the generation of revenue or the support of core operations. Expense from noncore activities totaled $54.1 million for the third quarter of 2003, compared with expense of $11.3 million for the prior year period. For the nine months ended September 30, 2003, expense from noncore activities totaled $68.4 million, compared with $17.3 million for the prior year period.

The increase in expense from noncore activities in both the three-month and nine-month periods ended September 30, 2003 was primarily attributable to a $50 million pre-tax charge to adjust Grace's estimated liability resulting from a court ruling against Grace, which requires Grace to reimburse the EPA for cleanup costs related to previously operated vermiculite mining and processing sites near Libby, Montana. Higher pension expense related to employees of former businesses, as well as higher insurance costs also contributed to the increase. These expenses were offset by income from Grace's life insurance policies.

CHAPTER 11 EXPENSES

Net reorganization expenses of $2.2 million and $11.7 million for the three-month and nine-month periods ended September 30, 2003, and $8.6 million and $21.4 million for the three-month and nine-month periods ended September 30, 2002, consisted primarily of legal, financial and consulting fees incurred by Grace and three creditors' committees related to the Chapter 11 Filing. Grace believes that reorganization expenses will range between $2 million and $6 million per quarter for the foreseeable future.

INTEREST

Net interest expense for the three months ended September 30, 2003 was $4.1 million, down from $4.8 million in 2002. Net interest expense for the nine months ended September 30, 2003 was $12.4 million, down from $15.2 million in 2002. The decrease in both periods was attributable to a lower contractual interest rate on pre-petition debt subject to compromise. Average debt levels were $519.8 million in the first nine months of 2003 and $508.0 million in the first nine months of 2002. Payment of interest accrued on pre-petition debt is subject to the outcome of Grace's Chapter 11 proceedings. Weighted average interest rates for September 30, 2003 and 2002 were 2.1% and 2.7%, respectively.

INCOME TAXES

Grace's provision for income taxes at the federal corporate rate of 35% was $2.9 million for the nine months ended September 30, 2003. The primary difference between this amount and the overall provision for income taxes of $14.0 million is attributable to current period interest on tax contingencies and the non-deductibility of certain Chapter 11 expenses.

DAVISON CHEMICALS

Business Description

Davison Chemicals is a leading global supplier of catalyst and silica products. Catalyst products represented approximately 36% of Grace's 2003 third quarter sales (37% - 2002). This segment includes fluid cracking catalysts and additives used in petroleum refineries to convert distilled crude oil into transportation fuels and other petroleum-based products; hydroprocessing catalysts, which upgrade heavy oils and remove certain impurities; polyolefin catalysts, which are essential components in the manufacture of polyethylene and polypropylene used in products such as plastic film, high-performance plastic pipe and other plastic products; and chemical catalysts, which are used in a variety of chemical processes. Silica products, which represented 15% of Grace's 2003 third quarter sales (14% - 2002), are used in a wide range of industrial and consumer applications, such as coatings, food processing, plastics, adsorbents, personal care products and biotechnology separations.

Recent Acquisitions and Joint Ventures

In July 2003, Grace acquired the chromatography business of Argonaut Technologies, Inc., which had been marketed under the Jones Chromatography name.

Source: W R GRACE & CO, 10-Q, November 10, 2003

Source: W R GRACE & CO, 10-Q, November 10, 2003

In April 2003, Grace, through its subsidiary The Separations Group, acquired the business and assets of MODcol Corporation, a manufacturer of preparative chromatography columns and provider of custom column packaging services.

In August 2002, Advanced Refining Technologies LLC ("ART"), a joint venture between Grace and Chevron Products Company, acquired an exclusive license for the hydroprocessing catalyst technology of Japan Energy Corporation and its subsidiary Orient Catalyst Company.

In January 2002, Grace, through its Swedish subsidiary, acquired the catalyst manufacturing assets of Borealis A/S. This acquisition has been integrated into Grace's polyolefin catalysts business.

Three Months Ended September 30, 2003

Third quarter sales for the Davison Chemicals segment were $267.0 million, up 8.3% from the prior year quarter. Excluding the effects of favorable currency translation, sales were up 3.6% for the quarter. Acquisitions accounted for $4.7 million or 1.9 percentage points of sales growth. Operating income of the Davison Chemicals segment was $32.5 million, 8.2% lower than the 2002 third quarter; operating margin of 12.2% was 2.2 percentage points lower than the prior year quarter. Although strong sales in silica products helped to increase profitability, operating income and margins in the third quarter of 2003 continued to be negatively affected by higher manufacturing costs, primarily from higher natural gas prices and maintenance requirements at certain production facilities, and from a product and regional sales mix that resulted in lower average margins.

Sales of catalyst products, which include refining catalysts, polyolefin catalysts and other chemical catalysts, were $189.6 million, up 5.9% compared with the prior year quarter, primarily attributable to currency effects and an acquisition completed in Japan in August 2002. Catalyst sales increased by 6.7% in North America compared to the third quarter of 2002 due to higher sales in the hydroprocessing catalyst business. Sales of silica products were $77.4 million, up 14.7% compared with the prior year quarter. Excluding favorable currency effects, sales were up 5.8%, primarily due to growth programs in digital printing and separations applications, and higher sales of adsorbents and precipitated silica products.

Sales were up in all regions, with increases of 6.4% in North America, 11.5% in Europe, 7.6% in Asia Pacific, and 2.4% in Latin America. In Europe, the increase in sales was attributable to growth in both the catalyst and silica product lines, as well as favorable currency translation. In Asia Pacific, the increase in sales was primarily attributable to growth within the catalyst product line, while silica sales decreased 4.9%. The sales increases in North America and Latin America were due to volume growth in both the catalyst and silica product lines.

Nine Months Ended September 30, 2003

Year-to-date sales for the Davison Chemicals segment were $767.7 million, up 9.2% from 2002 (excluding currency translation impacts, sales were up 3.1%). Acquisitions accounted for $20.5 million or 2.9 percentage points of the sales growth. Year-to-date operating income was $80.1 million, compared with $99.2 million for the prior year, a 19.3% decrease. Year-to-date operating results reflect a sluggish U.S. economy, and higher utilities, raw materials and other manufacturing costs.

Sales of catalyst products were up 7.1% compared with the prior year period, as a result of currency effects and acquisitions in the polyolefin and hydroprocessing catalyst businesses, partially offset by lower sales in North America caused by a decrease in demand. Sales of silica products were up 14.6% for the period, primarily from currency translation impacts, growth programs in coatings, digital printing, and separations applications, and added volume in North America and Europe.

Sales in North America, Europe, and Asia Pacific were up 3.9%, 18.5%, and 7.3%, respectively. Sales in Latin America were down 8.8%. In North America, the increase in sales was primarily due to growth in both the catalyst and silica product lines. In Europe, the increase in sales was primarily due to favorable currency translation impacts and growth in both the catalyst and silica product lines. The increase in Asia Pacific reflects growth within the catalyst product line, as well as the effect of favorable currency translation, offset by a slight decline in the silica product line. The decrease in Latin America was attributable to lower demand in both the catalyst and silica product lines.

PERFORMANCE CHEMICALS

Business Description

The major product groups of the Performance Chemicals segment are (1) specialty construction chemicals and specialty building materials, which are used primarily by the nonresidential construction

I-29

Source: W R GRACE & CO, 10-Q, November 10, 2003

industry; and (2) container sealants and coatings for food and beverage packaging, and other related products. Specialty construction chemicals, which represented 23% of Grace's 2003 and 2002 third quarter sales, add strength, control corrosion, and enhance the handling and application of concrete, and reduce the manufacturing cost and improve the quality of cement. Specialty building materials, which represented 13% of Grace's 2003 and 2002 third quarter sales, prevent water damage to structures and protect structural steel against collapse caused by fire. Sealants and coatings products, which represented 13% of Grace's 2003 and 2002 third quarter sales, are used to seal beverage and food cans, glass and plastic bottles, and protect metal packaging from corrosion and package contents from the influences of the metal.

Recent Acquisitions and Joint Ventures

On October 1, 2003, Grace, through a German subsidiary, acquired the construction products business and certain assets of Tricosal Beton-Chemie GmbH & Co. KG. Tricosal Beton-Chemie was a leading supplier of specialty chemicals and materials to the European construction industry. The business is being integrated into the construction chemicals product line.

In March 2002, Grace acquired the business and the assets of Addiment, Incorporated, a leading supplier of specialty chemicals to the concrete paver and masonry industries in the U.S. and Canada. This business has been integrated into the construction chemicals product line.

Three Months Ended September 30, 2003

Third quarter sales for the Performance Chemicals segment were $254.0 million, up 8.8% from the prior year quarter, reflecting favorable currency translation, strong demand for concrete admixtures and waterproofing products, and continued success of growth programs in coatings. Operating income for the Performance Chemicals segment was $38.6 million, up 28.2% versus $30.1 million in the prior year quarter. Operating margin of 15.2% was 2.3 percentage points higher than the prior year period, primarily reflecting sales growth and cost containment programs.

Sales of specialty construction chemicals, which include concrete admixtures, cement additives and masonry products, were up 9.4% versus the prior year quarter (5.0% excluding currency translation impacts). Sales were strong in Europe and Asia, reflecting the success of new product programs and sales initiatives in key economies worldwide. Sales were also up in North America, reflecting growth programs as well as good construction weather, which allowed a catch-up in project activity delayed due to poor weather earlier in the year. Also, there are indications that the significant decline in U.S. construction activity since early 2001 may be slowing or leveling, in line with recent industry projections. Sales of specialty building materials, which include waterproofing and fire protection products, were up 7.6% (5.8% before translation impacts) compared with the third quarter of 2002. This improvement reflects good construction weather in North America and the leveling of the decline in U.S. construction activity, offset by the effects of new building codes that permit less fire protection materials for structural steel used in commercial buildings. Sales of specialty sealants and coatings, which include container sealants, coatings and polymers, were up 8.8% compared with the third quarter of 2002 (4.3% before the effect of currency translation), mainly reflecting coatings growth programs in Latin America and Asia.

Sales were up 3.8% in North America, mainly reflecting an increase in demand for waterproofing products and concrete admixture. In Europe, a sales increase of 20.0% reflected favorable currency translation as well as growth programs in concrete admixtures, waterproofing and coatings. Asia Pacific sales were up 9.1%, mainly reflecting growth in concrete admixtures and favorable currency translation. Sales increased by 8.9% in Latin America, reflecting growth programs in coatings and closure sealants, offset by unfavorable currency translation impacts.

Nine Months Ended September 30, 2003

Sales for the Performance Chemicals segment for the nine months ended September 30, 2003 were $701.5 million, up 6.0% from the prior year period, driven by favorable currency translation impacts, as well as increases in construction chemicals and sealants and coatings. Operating margin of 10.9% was 0.7 percentage points unfavorable to the prior year period, and operating income of $76.5 million was down 0.5%; these results reflected a strong third quarter, which offset a weak first half caused by soft construction activity and weather-delayed projects in the U.S.

Sales of construction chemicals were up 8.3%, reflecting favorable currency translation impacts and the success of new product programs and sales initiatives in key economies worldwide. Sales of building materials were essentially flat, as favorable currency translation impacts and growth programs in waterproofing were offset by the effects of new building codes that permit less fire protection materials for structural steel used in commercial buildings, as

Source: W R GRACE & CO, 10-Q, November 10, 2003

I-30

Source: W R GRACE & CO, 10-Q, November 10, 2003

well as weak U.S. construction activity. Sales of sealants and coatings were up 7.7%, reflecting favorable currency translation impacts in Europe and growth initiatives in coatings and closure sealants, particularly in Latin America and Europe, offset by unfavorable currency exchange in Latin America.

Sales in Europe, Asia Pacific and Latin America were up 23.4%, 9.5% and 3.1%, respectively, while sales in North America were down 1.8%. In Europe, higher sales were due to favorable foreign currency translation and growth in all product groups, primarily concrete admixtures. Sales in Asia Pacific increased from the effects of favorable foreign currency, as well as volume growth in construction chemicals. The increase in Latin America reflects growth programs in coatings and closure sealants, offset by unfavorable foreign currency translation. The decline in North America was primarily caused by the effects of new building codes that permit less fire protection materials for structural steel used in commercial buildings, as well as weak U.S. construction activity.

FINANCIAL POSITION AND CASH FLOWS

The following chart sets forth Grace's net asset position supporting its core operations and its net cash flows from core operations.

| CORE OPERATIONS (Dollars in millions) | SEPTEMBER 30, 2003 | December 31, 2002 |
|---|---|---|
| BOOK VALUE OF INVESTED CAPITAL | | |
| Receivables | $ 358.9 | $ 313.7 |
| Inventory | 208.9 | 173.6 |
| Properties and equipment, net | 629.0 | 616.0 |
| Pension accounts and other | 557.1 | 604.6 |
| ASSETS SUPPORTING CORE OPERATIONS | 1,753.9 | 1,707.9 |
| Accounts payable and accruals | (327.2) | (313.5) |
| CAPITAL INVESTED IN CORE OPERATIONS | $ 1,426.7 | $ 1,394.4 |
| Pre-tax return on average invested capital (trailing twelve months) | 9.6% | 12.8% |

| NET CASH FLOWS FROM CORE OPERATIONS: | NINE MONTHS ENDED SEPTEMBER 30, | |
|---|---|---|
| | 2003 | 2002 |
| Pre-tax operating income | $ 97.4 | $ 143.3 |
| Depreciation and amortization | 76.1 | 70.8 |
| PRE-TAX EARNINGS BEFORE DEPRECIATION AND AMORTIZATION | 173.5 | 214.1 |
| Working capital and other changes | (59.3) | (8.3) |
| CASH FLOW BEFORE INVESTING | 114.2 | 205.8 |
| Capital expenditures | (65.7) | (55.4) |
| Businesses acquired | (3.6) | (28.5) |
| NET CASH FLOW FROM CORE OPERATIONS | $ 44.9 | $ 121.9 |

Grace had a net asset position supporting its core operations of $1,426.7 million at September 30, 2003, compared with $1,394.4 million at December 31, 2002 (including the cumulative translation account reflected in Shareholders' Equity (Deficit) of $66.0 million for 2003 and $119.6 million for 2002). The change in invested capital supporting core operations was primarily due to:

a) An increase in receivables of $45.2 million, which was due to the seasonality of Grace's businesses. In addition, $14.9 million was attributable to currency translation, primarily of European and Asian receivables, reflecting a weaker dollar.

b) An overall increase in inventory of $35.3 million, consisting of increases in catalyst inventory to satisfy expected fourth quarter deliveries, as well as $9.1 million attributable to currency translation impacts, primarily in European and Asian inventories, reflecting a weaker dollar.

c) A decline in pension accounts and other of $47.5 million caused primarily by net pension expense of $39.9 million, as well as an overall decline in the cumulative translation adjustment.

The pre-tax return (trailing twelve months) on capital invested in core operations decreased by 3.2 percentage points in the nine months ended September

Source: W R GRACE & CO, 10-Q, November 10, 2003

30, 2003, due to a 32.0% decline in pre-tax operating income. In addition, net cash flows from core operations decreased due to the decline in pre-tax operating income, an increase in capital spending and a decrease in working capital, offset by a decline in cash invested in business acquisitions.

---
FINANCIAL CONDITION
---

EFFECT OF CHAPTER 11

As described under "Voluntary Bankruptcy Filing," the Company and its principal U.S. operating subsidiary are debtors-in-possession under Chapter 11 of the Bankruptcy Code. Grace's non-U.S. subsidiaries, although not part of the Filing, are owned directly or indirectly by the Company's principal operating subsidiary or other filing entities. Consequently, it is likely that a Chapter 11 reorganization plan will involve the combined value of Grace's global businesses and its other assets to fund (with cash and/or securities) Grace's obligations as adjudicated through the bankruptcy process. Grace has analyzed its cash flow and capital needs to continue to fund its businesses and believes that, while in Chapter 11,

I-31

Source: W R GRACE & CO, 10-Q, November 10, 2003

sufficient cash flow and credit facilities are available to support its business strategy.

The following sections address Grace's financial condition in more detail and describe the major contingencies that are being addressed as part of the Chapter 11 process. Grace's ability to present a plan of reorganization to the Bankruptcy Court depends largely on the timing of resolution of these contingencies.

LIABILITIES AND CONTINGENCIES

Grace has a number of financial exposures originating from past businesses, products and events. These obligations arose from transactions and/or business practices that date back to when Grace was a much larger company, when it produced products or operated businesses that are no longer part of its revenue base, and when government regulations and scientific knowledge were much less advanced than today. The following table summarizes the net noncore liability at September 30, 2003 and December 31, 2002 and the net cash flow from noncore activities for the nine months ended September 30, 2003 and 2002:

| NONCORE ACTIVITIES (Dollars in millions) NET NONCORE LIABILITIES: | SEPTEMBER 30, 2003 | December 31, 2002 |
|---|---|---|
| Asbestos-related liabilities.... | $ (964.6) | $ (973.2) |
| Asbestos-related insurance receivable ................... | 271.6 | 282.6 |
| Asbestos-related liability, net | (693.0) | (690.6) |
| Environmental remediation....... | (244.4) | (201.1) |
| Postretirement benefits......... | (139.0) | (147.2) |
| Retained obligations and other.. | (57.6) | (55.3) |
| NET NONCORE LIABILITY.......... | $(1,134.0) | $(1,094.2) |

| NET CASH FLOWS FROM NONCORE ACTIVITIES: | NINE MONTHS ENDED SEPTEMBER 30, | |
|---|---|---|
|  | 2003 | 2002 |
| Pre-tax loss from noncore activities..................... | $ (68.4) | $ (17.3) |
| Non-cash changes................ | 68.4 | 23.8 |
| Cash spending for: |  |  |
| Asbestos-related litigation, net of insurance recovery.... | 2.9 | 2.6 |
| Environmental remediation..... | (9.1) | (14.5) |
| Postretirement benefits....... | (8.8) | (17.7) |
| Retained obligations and other........................ | (1.2) | (3.2) |
| NET CASH FLOW FROM NONCORE ACTIVITIES ................... | $ (16.2) | $ (26.3) |

As described under "Voluntary Bankruptcy Filing," the resolution of most of these noncore recorded and contingent liabilities will be determined through the Chapter 11 proceedings. Grace cannot predict with any certainty how, and for what amounts, any of such estimates will be resolved. The amounts of these liabilities as ultimately determined through the Chapter 11 proceedings could be materially different from amounts recorded by Grace at September 30, 2003.

ASBESTOS-RELATED MATTERS

During the three months and nine months ended September 30, 2003, Grace had net payments of $3.1 million and net receipts of $2.4 million, respectively, for the defense and disposition of asbestos-related property damage and bodily injury litigation, including amounts received under settlements with insurance carriers. This compared to net payments of $1.3 million and net receipts of $2.6 million during the three months and nine months ended September 30, 2002, respectively. At September 30, 2003, Grace's balance sheet reflected a gross asbestos-related liability of $964.6 million ($693.0 million net of insurance). This liability represents management's estimate, based on facts and circumstances existing prior to the Filing, of the undiscounted net cash outflows necessary to satisfy Grace's pending property damage claims for which sufficient information is available, and its pending and projected future bodily injury claims. Changes to the recorded amount of such liability will be based on Chapter 11 developments and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Recently, federal legislation has been proposed to address asbestos bodily injury claims. In addition, several states have enacted or proposed legislation affecting asbestos bodily injury claims. At this time, Grace cannot predict what impact any such legislation would have on Grace's asbestos bodily injury liability, related insurance coverage, or its ultimate plan of reorganization.

Source: W R GRACE & CO, 10-Q, November 10, 2003

The Consolidated Balance Sheet at September 30, 2003 includes total amounts due from insurance carriers of $271.6 million pursuant to settlement agreements with those insurance carriers. The recovery of amounts due from insurance carriers is dependent upon the timing, character and exposure periods of asbestos-related claims. Grace's Chapter 11 proceedings and proposed federal legislation could also affect the timing and amounts of Grace's recovery.

Grace intends to address all of its pending and future asbestos-related claims as part of a plan of reorganization under Chapter 11. Grace will seek to have the Bankruptcy Court establish a process to assess and appropriately quantify the numerous property damage and bodily injury claims against it. Measurement of Grace's asbestos-related liabilities could be materially affected by Bankruptcy Court rulings, the outcome of litigation and negotiations among interested parties. Grace's ultimate liability for asbestos-related liabilities could be materially higher than the amounts recorded.

I-32

Source: W R GRACE & CO, 10-Q, November 10, 2003

ENVIRONMENTAL MATTERS

Grace is subject to loss contingencies resulting from extensive and evolving federal, state, local and foreign environmental laws and regulations. Grace has expended substantial funds to comply with such laws and regulations and expects to continue to do so in the future. At September 30, 2003, Grace's recorded liability for environmental investigation and remediation costs related to both continuing and discontinued operations totaled $244.4 million, as compared with $201.1 million at December 31, 2002. This estimate of environmental costs is based on funding and/or remediation agreements in place, together with Grace's best estimate of its cost for sites not subject to a formal remediation plan. This estimate does not include possible additional liability related to new claims for remediation costs filed against the Debtors by governmental authorities and private parties prior to the March 31, 2003 bar date. One of such claims for approximately $100 million relates to a discontinued operation at a current operating site. Grace is evaluating such claims and is engaged in discussions with the U.S. Environmental Protection Agency (the "EPA") and other parties with respect to such claims. At this time, Grace is not able to determine whether the amount of liability related to such claims is likely to be material or to require adjustment to Grace's recorded liability.

From the 1920's until 1990, Grace and previous owners conducted vermiculite mining and related activities near Libby, Montana. The vermiculite ore that was mined contained varying amounts of asbestos as a contaminant, almost all of which was removed during processing. Expanded vermiculite from Libby was used in products such as fireproofing, insulation and potting soil. In November 1999, Region 8 of the EPA began an investigation into alleged excessive levels of asbestos-related disease in the Libby population related to these former mining activities. This investigation led the EPA to undertake additional investigative activity and to carry out response actions in and around Libby. On March 30, 2001, the EPA filed a lawsuit in U.S. District Court for the District of Montana, Missoula Division (United States v. W. R. Grace & Company et al.) under the Comprehensive Environmental Response, Compensation and Liability Act for the recovery of costs allegedly incurred by the United States in response to the release or threatened release of asbestos in the Libby, Montana area relating to such former mining activities. These costs include cleaning and/or demolition of contaminated buildings, the excavation and removal of contaminated soil, health screening of Libby residents and former mine workers, and investigation and monitoring costs. In this action, the EPA also sought a declaration of Grace's liability that would be binding in future actions to recover further response costs.

In connection with its defense, Grace conducted its own investigation to determine whether the EPA's actions and cost claims were justified and reasonable. However, in December 2002, the District Court granted the United States' motion for partial summary judgment on a number of issues that limited Grace's ability to challenge the EPA's response actions. In January 2003, a trial was held on the remainder of the issues, which primarily involved the reasonableness and adequacy of documentation of the EPA's cost recovery claims through December 31, 2001. On August 28, 2003, the District Court issued a ruling in favor of the United States that requires Grace to reimburse the government for $54.5 million in costs expended through December 2001, and for all appropriate future costs to complete the cleanup. Grace has appealed the court's ruling.

As a result of such ruling, Grace recorded a pre-tax charge of $50 million, bringing its total estimated liability for Libby-related reimbursable costs to $110 million. Grace's estimate of expected reimbursable costs is based solely on public information about the EPA's spending plans. However, the EPA's cost estimates have increased substantially over the course of its cleanup. Consequently, Grace's estimate may change materially as more current public information becomes available. Grace's liability for this matter is included in "liabilities subject to compromise" and any payments would be subject to the outcome of the Chapter 11 proceedings.

The EPA is also evaluating environmental risks at vermiculite processing sites throughout the U.S. that processed vermiculite from Libby, Montana, and has made claims against Grace to carry out or fund remediation activities. Grace is reviewing the EPA's actions and cost claims to determine whether they are justified and reasonable and, in several instances, Grace has remediated or agreed to remediate certain sites. Costs associated with the above are included in "provision for environmental remediation" included in the Consolidated Statements of Operations.

POSTRETIREMENT BENEFITS

Grace provides certain postretirement health care and life insurance benefits for retired employees, a large majority of which pertain to retirees of previously divested businesses. These plans are unfunded, and Grace pays the costs of benefits under these plans as they are incurred. Spending under this program during the nine months ended September 30, 2003 was $8.8 million, compared with $17.7 million in

I-33

Source: W R GRACE & CO, 10-Q, November 10, 2003