IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>    Defendants.<br><br>---<br><br>LAWRENCE W. BUNCH, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>    Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

## DECLARATION OF SCOTT M. FLICKER, ESQ. IN SUPPORT OF STATE STREET BANK AND TRUST COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, SCOTT M. FLICKER, ESQ., hereby affirm the following under penalty of perjury:

1.   I am over the age of eighteen years and recognize the obligations of an oath.

2.   I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for State Street Bank and Trust Company ("State Street") in the above-entitled action. I have been admitted to practice in this District *pro hac vice*.

3. This Declaration is submitted in connection with State Street's Motion for Summary Judgment. I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto.

4. Attached hereto as Exhibits 1 through 6, respectively, are true and correct copies of excerpts from the Transcript of the Deposition of W. Brian McGowan, taken on April 30, 2007, along with Exhibits 1, 2, 6, 9, and 17 from that deposition.

5. Attached hereto as Exhibits 7 through 19, respectively, are true and correct copies of excerpts from the Transcript of the Deposition of Shawn Johnson, taken on May 29, 2007, along with Exhibits 3, 4, 5, 10, 11, 12, 13, 14, 16, 17, 18, and 19 from that deposition.

6. Attached hereto as Exhibits 20 and 21, respectively, are true and correct copies of excerpts from the Transcript of the Deposition of Monet I. Ewing, taken on May 30, 2007, along with Exhibit 7 from that deposition.

7. Attached hereto as Exhibits 22 through 27, respectively, are true and correct copies of excerpts from the Transcript of the Deposition of Kelly Q. Driscoll, taken on June 1, along with Exhibits 1, 2, 5, 7, and 9 from that deposition.

8. Attached hereto as Exhibits 28 through 39 are true and correct copies of excerpts from the Transcript of the Deposition of Daniel D. Bayston, taken on May 31, 2007, along with Exhibits 2, 4, 5, 7, 9, 10, 11, 12, 13, 14, and 15 from that deposition.

9. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the Transcript of the Deposition of Steven A. Grenadier, PhD., taken on July 13, 2007.

10.  Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the Transcript of the Deposition of John J. Mulligan, Jr., taken on July 11, 2007.

11.  Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the Transcript of the Deposition of Jeffrey E. Schaff, taken on July 12, 2007.

12.  Attached hereto as Exhibit 43 is a true and correct copy of excerpts from the Transcript of the Deposition of Harvey S. Rosen, taken on July 10, 2007.

13.  Attached hereto as Exhibit 44 is a true and correct copy of print outs from the website of W. R. Grace & Co. ("Grace") listing historical stock prices for Grace.

14.  Attached hereto as Exhibit 45 is a true and correct copy of the Form 10-K filed by Grace with the Securities and Exchange Commission for the year 2003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 17th day of August, 2007, in Washington, D.C.

_____
Scott M. Flicker