

EXHIBIT
Plaintiff
6
4-30-07
PENGAD 800-631-6989



tate St

STATE STREET CORPORATION

12.31.2002



STATE STREET.
For Everything You Invest In™

GR007969

01
Highlights

02
Letter to Our Stockholders

08
Continuing to Grow

14
Financial Summary

Board of Directors

Corporate

Corporate Information

Worldwide Locations

State Street is a world leader in financial services, serving the specialized needs of sophisticated global investors. Powered by our technological competence, deep understanding of global markets and the ability to integrate services throughout the investment process, we provide innovative investment solutions that help our clients succeed in complex times.

State Street has world-leading capabilities in investment servicing, investment management, research and analytics, and trading services. We integrate these offerings to provide solutions that increase our clients' productivity and performance. Our clients think of us as a trusted partner because they have confidence in our ability to help them meet their investment goals today ... and in our commitment to helping them prepare for future challenges.

GR007970

State Street ist ein weltweit führender Finanzdienstleister, der die speziellen Bedürfnisse anspruchsvoller internationaler Investoren bedient. Dank modernster Technologie, fundierter Kenntnis globaler Märkte und der Stärke, Dienstleistungen während des gesamten Investmentprozesses zu integrieren, können wir unseren Kunden auch in schwierigen Zeiten helfen, mit innovativen Investmentlösungen hervorragende Ergebnisse zu erzielen.

Als führender Anbieter von Dienstleistungen im Bereich Anlagebetreuung, Investment-Management, Research und Analyse, sowie Unterstützung im Wertpapierhandel, entwickelt State Street Lösungskonzepte, die unseren Kunden Produktivitäts- und Leistungssteigerung sichern. Unsere Kunden wählen uns zu ihrem Partner des Vertrauens, weil sie davon überzeugt sind, dass wir sie mit unserem Fachwissen und unserer Kompetenz bei ihren Bemühungen, heute ihre Investmentziele zu erreichen, unterstützen und sie auch in Zukunft mit bewährtem Engagement hierbei begleiten.

ステート・ストリートは、高度なサービスを求めるグローバル投資家の独特のニーズにお応えず　　　　資産運用・管理サービス分野における世界屈指のリーダーです。最先端のテクノロジー　　　　ーバル市場で培ったノウハウ、そして投資プロセスの全過程を網羅した総合的なサー　　　　より、複雑化する投資環境下においてもお客様を成功に導くソリューションを提供い　　　　ます。

世界最高水準のステート・ストリートのサービス機能は、資産管理、資産運用、インベストメント・リサーチとアナリティクス、トレーディング・サービスに大別されます。これらのサービスを統合したソリューションを提供することにより、お客様の生産性とパフォーマンスを改善いたします。私たちは、お客様が掲げる今日の投資目標の達成に貢献すると同時に、将来的な課題に備えるためのソリューションの開発に尽力することで、信頼できる真のパートナーという評価をいただいております。

State Street est un leader mondial en matière de services financiers, répondant aux besoins spécifiques des investisseurs internationaux les plus exigeants. Fort de notre compétence technologique, de notre compréhension approfondie des marchés mondiaux et de notre capacité à offrir des services intégrés, tout au long du processus d'investissement, nous proposons des solutions d'investissement innovantes qui contribuent à assurer le succès de nos clients dans les temps difficiles.

State Street offre des compétences de tout premier plan en matière de services d'administration de titres, de gestion de portefeuille, de recherche et d'analyse financière, et de transactions boursières. L'intégration de ces services nous permet de fournir à nos clients des solutions qui accroissent leur productivité et leur performance. Nos clients nous considèrent comme un partenaire fiable : ils ont confiance en notre capacité à les aider à atteindre leurs objectifs actuels et comptent sur notre engagement pour se préparer aux défis de l'avenir.

GR007971

State Street es un líder mundial en servicios financieros que atiende las necesidades especiales de sofisticados inversionistas mundiales. El sólido respaldo de nuestra competencia tecnológica, combinada con un profundo conocimiento de los mercados mundiales y la habilidad de integrar servicios a lo largo del proceso de inversiones, nos permiten brindar soluciones de inversiones innovadoras que contribuyen al éxito de nuestros clientes en estos tiempos tan complejos.

State Street cuenta con recursos líderes en el mundo para la prestación de servicios de inversiones, administración, investigación y análisis de inversiones así como operaciones de comercialización. Todas estas soluciones se integran para brindar a nuestros clientes soluciones que incrementan la productividad y el rendimiento. Nuestros clientes nos consideran sus socios leales pues confían en nuestra habilidad para ayudarles a cumplir con sus objetivos de inversión hoy... y en nuestro compromiso para ayudarles a prepararse en los desafíos futuros.

美国道富 是环球金融服务界的领导者，致力于为全球不同的投资机构提供专业的金融服务。凭着领先的科技实力，和对全球金融市场的洞悉，我们将服务融会于整个投资过程，为客户提供具有创意的投资方案，从而帮助客户在复杂的市场风云中稳操胜券。

美国道富 在投资服务、投资管理、投资研究和交易服务等领域，一直居于业界的领先地位。我们将这些优势融会贯通，以完美的投资方案确保客户提高竞争力和投资回报。我们不仅协助客户实现其当前的投资目标，还致力于协助客户迎接未来的挑战。因此，客户对我们的能力一贯充满信心，并将我们视为值得信赖的合作伙伴。

GR007972

# highlights

| FINANCIAL RESULTS (Dollars in millions, except per share data) | 2002 | 2001 | Change |
|---|---|---|---|
| Total Revenue | $ 3,996 | $ 3,927 | 2% |
| Net Income | 1,015 | 628 | 61 |
| Earnings Per Share: | | | |
| Basic | 3.14 | 1.94 | 62 |
| Diluted | 3.10 | 1.90 | 63 |
| Cash Dividends Declared Per Share | .48 | .405 | 19 |
| Return on Equity | 24.1% | 17.3% | |

We prepare the Consolidated Statement of Income in accordance with accounting principles generally accepted in the United States (GAAP). That presentation includes significant, non-recurring, non-operating special items and reports goodwill amortization expense in accordance with accounting practice applicable for those periods presented. In order to provide information on a comparable basis from period to period and assist stockholders, analysts, other external parties and management in analyzing the financial results and trends for ongoing businesses and operations, we also present supplemental financial results information on an "operating results" basis. Supplemental operating results are based on GAAP results adjusted for: the results of certain significant transactions not representative of ongoing operations; fully taxable equivalent adjustments that increase net interest revenue to reflect investment yield on tax-free investments on an equivalent basis with taxable investments and the exclusion of goodwill amortization expense from operating expenses in 2001 to be consistent with GAAP accounting required beginning in 2002.

## SUPPLEMENTAL FINANCIAL OPERATING RESULTS

| (Dollars in millions, except per share data; taxable equivalent) | 2002 | 2001 | Change |
|---|---|---|---|
| Total Revenue | $ 3,962 | $ 3,944 | |
| Net Income | 719 | 687 | 5% |
| Diluted Earnings Per Share | 2.20 | 2.08 | 6 |
| Return on Equity | 17.1% | 18.9% | |



DILUTED EARNINGS PER
SHARE — OPERATING RESULTS

'93 .57 ... '00 1.85 '01 2.08 '02 2.20

TOTAL REVENUE — OPERATING
RESULTS (Dollars in millions)

'93 1,212 ... '00 3,642 '01 3,944 '02 3,962

GR007973