

currently have about $600 billion in assets under management with double-digit growth projected for the coming years. In these challenging times, we believe our risk-controlled investment strategies, particularly enhanced indexing, also offer outstanding opportunities for growth.

### HOW WILL THE ACQUISITION OF DEUTSCHE BANK'S GLOBAL SECURITIES SERVICES FIT IN WITH STATE STREET'S STRATEGY?

The acquisition of a substantial part of Deutsche Bank's Global Securities Services business supports our strategy to expand State Street's scope and scale as the premier partner serving the needs of sophisticated global investors, particularly in the growing European market. No other company will be able to match the range and quality of services we can offer globally. In Europe, where collective investments and pensions are growing at faster rates than in the United States, State Street is now a big, local player, with more than double the amount of assets we service. We believe the acquisition also offers a unique opportunity to generate long-term value for our clients, stockholders, and employees.

State Street has acquired most of Deutsche Bank's global securities services business, including the bank's global custody, fund administration services, Depotbank services, securities lending, performance measurement and benefit payment businesses worldwide, as well as domestic custody and securities clearing in the United States and the United Kingdom. Our ten-year contract to provide additional services to Deutsche Asset Management, the largest asset manager in continental Europe, also provides a significant revenue stream for State Street. These are all businesses we know well, which gives us confidence that the integration will proceed smoothly, yielding potentially significant benefits in terms of cost savings, economies of scale, expanded product capabilities, and cross selling opportunities.

GR007984

## WHAT DIFFERENTIATES STATE STREET FROM ITS COMPETITORS?

State Street has a competitive advantage in servicing the specialized needs of large, sophisticated global investors. None of our competitors has the ability to integrate products and services the way we do or the experience in doing it globally. No one else can match our scope and scale. Our financial strength commits us that we can maintain the necessary investment in people, technology, and operations to grow and compete.

Our goal, however, is not to be the biggest financial services provider out there. We believe our success depends largely on our deep commitment and long-standing relationships with our clients. Our clients trust us to operate as a trusted partner, seamlessly integrating people and systems while also developing new products and strategies to help our clients build their businesses. Our modular offerings allow us to tailor outsourcing solutions to each client's unique requirements. Our clients tell us that because we focus exclusively on serving their specialized needs, we understand their business requirements and challenges better than any of our competitors. We believe State Street is uniquely positioned with the breadth of services, global experience, technology, and vision to help our clients succeed in all market conditions.

## AP2 – SWEDEN'S SECOND NATIONAL PENSION FUND

The Second Swedish National Pension Fund (AP2) is one of four buffer funds created as part of the May 2000 reorganization of Sweden's national pension system. Its aim is to ensure that pension assets are invested to generate a maximum long-term return at a minimum risk.

In June of 2002 – building on its existing relationship with State Street Global Advisors – AP2 appointed State Street to provide custody and fund accounting, in addition to investment management services.

State Street was chosen because of our global scale and expertise, and our ability to provide AP2 with a bundled suite of customized investment services. Because State Street is the world's leading provider of fund accounting services, we have the experience and technology to service the sophisticated needs of multi-national pension funds.

GR007985

# FINANCIAL SUMMARY

## SELECTED FINANCIAL DATA

| (Dollars in millions, except per share data) | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|
| **Years ended December 31:** | | | | | |
| **Fee revenue:** | | | | | |
| Servicing fees | $1,716 | $1,648 | $1,447 | $1,189 | $1,043 |
| Management fees | 526 | 516 | 584 | 600 | 480 |
| Foreign exchange trading | 300 | 368 | 387 | 306 | 289 |
| Brokerage fees | 124 | 89 | 95 | 67 | 38 |
| Processing fees and other | 184 | 148 | 177 | 159 | 160 |
| Total fee revenue | 2,850 | 2,769 | 2,690 | 2,321 | 2,008 |
| **Net interest revenue:** | | | | | |
| Interest revenue | 1,974 | 2,855 | 3,256 | 2,437 | 2,237 |
| Interest expense | 995 | 1,830 | 2,362 | 1,656 | 1,492 |
| Net interest revenue | 979 | 1,025 | 894 | 781 | 745 |
| Provision for loan losses | 4 | 10 | 9 | 14 | 17 |
| Net interest revenue after provision for loan losses | 975 | 1,015 | 885 | 767 | 728 |
| Gains (losses) on the sales of available-for-sale investment securities, net | 76 | 43 | 2 | (45) | 10 |
| Gain on the sale of corporate trust business, net of exit and other associated costs | 495 | | | | |
| Gain on the sale of commercial banking business, net of exit and other associated costs | | | | 282 | |
| Total revenue | 4,396 | 3,827 | 3,577 | 3,325 | 2,746 |
| Operating expenses | 2,841 | 2,897 | 2,671 | 2,357 | 2,089 |
| Income before income taxes | 1,555 | 930 | 906 | 968 | 657 |
| Income taxes | 540 | 302 | 311 | 349 | 221 |
| Net income | $1,015 | $628 | $595 | $619 | $436 |
| Diluted earnings per share | $3.10 | $1.90 | $1.81 | $1.89 | $1.33 |
| Cash dividends declared per share | .480 | .405 | .345 | .300 | .260 |
| Return on equity | 24.1% | 17.3% | 20.3% | 25.0% | 20.2% |
| **As of December 31:** | | | | | |
| Total assets | $85,794 | $69,850 | $69,298 | $60,896 | $47,082 |
| Long-term debt | 1,270 | 1,217 | 1,219 | 921 | 922 |
| Stockholders' equity | 4,787 | 3,845 | 3,262 | 2,652 | 2,311 |
| Closing price per share of common stock | 39.00 | 52.25 | 62.11 | 36.53 | 35.07 |
| Number of employees | 19,501 | 19,753 | 17,604 | 17,213 | 16,816 |

State Street prepares its financial information in accordance with accounting principles generally accepted in the United States (GAAP). This financial information includes significant non-operating items and reports goodwill amortization expense in accordance with the accounting practices applicable for those periods presented.

In order to provide information on a comparable basis from period to period and to assist stockholders, analysts, other external parties and management in analyzing the financial results and trends of ongoing businesses and operations, State Street also presents supplemental financial information on an operating results basis. Such supplemental operating results information is based on GAAP results and adjusted for the results of certain significant transactions, fully taxable equivalent adjustments that increase net interest revenue to reflect investment yield on tax-free investments on an equivalent basis with taxable investments and the exclusion of goodwill amortization expense from operating expenses in 2001 and prior years, consistent with GAAP accounting required beginning in 2002. Those adjustments are summarized below. Please refer to our 2002 Financial Review for more financial information.

## SUPPLEMENTAL FINANCIAL OPERATING RESULTS

| (Dollars in millions) | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|
| **Years ended December 31:** | | | | | |
| Net income — GAAP results above | $1,015 | $628 | $595 | $619 | $436 |
| After-tax adjustments to arrive at operating results: | | | | | |
| Deduct gain on sale of Commercial Banking business | | | | (164) | |
| Add loss on portfolio repositioning | | | | 34 | |
| Add loss on investment in Bridge Information Systems | | 53 | | | |
| Deduct gain on the sale of Corporate Trust business | (296) | | | | |
| Add goodwill amortization expense | | 26 | 11 | 10 | 8 |
| Net Income — Operating Results | $719 | $687 | $606 | $499 | $444 |
| Diluted earnings per share | $2.20 | $2.08 | $1.85 | $1.52 | $1.35 |

GR007986

# Summary of Operations

## Financial Information

State Street prepares its financial information in accordance with accounting principles generally accepted in the United States (GAAP). This financial information includes significant non-operating items and reports goodwill amortization expense in accordance with the accounting practices applicable for those periods presented. These financial results are presented in the Consolidated Statement of Income and summarized on the Selected Financial Data schedule.

In order to provide information on a comparable basis from period to period and to assist stockholders, analysts, other external parties and management in analyzing the financial results and trends of its ongoing businesses and operations, supplemental financial results on an operating results basis are also presented. State Street believes that such non-GAAP financial information assists investors and others by providing them with financial information in a format that provides comparable financial trends of ongoing business activities. Those financial results are summarized as Supplemental Financial Operating Results.

Comparisons between periods are primarily made based on information in the Consolidated Statement of Income with additional comparisons made using supplemental financial data prepared on an operating basis where it would provide additional information to the reader.

## Business Summary

State Street is focused on providing sophisticated investors with a complete, integrated range of products and services anywhere in the world. State Street continually evaluates its business mix, and has sharpened its focus by divesting those businesses considered to be non-strategic and acquiring businesses to support this focus. In the past five years, State Street has divested its commercial banking, its trade banking and its corporate trust businesses, while acquiring several investment management and investment servicing businesses, most recently, International Fund Services, a provider of services for alternative investment portfolios such as hedge funds, in 2002, and a substantial portion of Deutsche Bank's Global Securities Servicing business in 2003. While shaping its future, State Street delivered a twenty-five year record of growth in operating earnings per share.

State Street's employees are focused on client service and enhancing the total client relationship with State Street. As a result, State Street has a high rate of recurring and cross-selling revenues. While most of State Street's client services result in management or servicing fees, clients use a variety of other services that are recorded in foreign exchange, processing, or net interest revenue. Management remains focused on increasing total revenue.

While most of State Street's revenue derives from its substantial market share in U.S. pension plans and mutual fund servicing, it continues to invest in developing businesses. These include servicing collective funds in the United Kingdom and continental Europe, offering outsourcing of middle- and back-office services and wealth management services, developing services for alternative investments, providing analysis and data analytics to enhance foreign exchange and equity execution, and offering enhanced-index investment management strategies.

State Street's solid performance in 2002, despite a third consecutive year of declining values in equity markets worldwide and a somewhat flat interest rate environment, was due to winning business from new and existing clients, expanding its product offering, and closely managing its expenses.

GR007987

## Financial Summary

State Street's earnings per share were $3.10 in 2002, up $1.20 from $1.90 in 2001. The results for 2002 include a gain on the sale of State Street's corporate trust business of $495 million, equal to $296 million after tax, or $.90 of diluted earnings per share. The results for 2001 included the write-off of State Street's total investment in Bridge Information Systems, Inc. (Bridge) of $50 million, equal to $33 million after tax, or $.10 of diluted earnings per share, and by the effect of goodwill amortization expense of $38 million, equal to $26 million after tax, or $.08 of diluted earnings per share. Adjusting 2002 results to exclude the gain on the sale of the corporate trust business, resulting earnings per share would be $2.20. Adjusting 2001 results to exclude the write-off of Bridge and goodwill amortization expense, resulting earnings per share would be $2.08 for 2001.



EARNINGS PER SHARE (Dollars)

■ Earnings per share in accordance with GAAP
▨ Earnings per share – Operating Results – See Supplemental Financial Operating Results in the Financial Review

'98  '99  '00  '01  '02

Net income was $1.0 billion, up $387 million from net income of $628 million in 2001. Of this increase, $355 million is attributable to non-operating items, including the net after-tax gain on the sale of State Street's corporate trust business in 2002, and the after-tax write-off of Bridge and after-tax goodwill amortization expense in 2001. Adjusting these results to reflect ongoing operations without such items, current year net income was up $32 million over 2001.

The Corporation's total revenue was $4.4 billion, an increase of $569 million from total revenue of $3.8 billion in 2001. Of this increase, $545 million is attributable to non-operating items, including the gain on the sale of the corporate trust business in 2002, and the write-off of Bridge in 2001. Adjusting these results to reflect ongoing operations without such items, 2002 total revenue increased $24 million from 2001.



TOTAL REVENUE (Dollars in millions)

■ Total revenue in accordance with GAAP
▨ Total revenue – Operating Results – See Supplemental Financial Operating Results in the Financial Review

'98  '99  '00  '01  '02

The increase in total revenue of $24 million from ongoing operations was driven by growth in servicing and management fees, brokerage fees and gains on the sales of available-for-sale securities, largely offset by declines in foreign exchange trading fee revenue and net interest revenue.

Servicing fees for 2002 of $1.7 billion were up $68 million from 2001. New business from existing and new clients, including business gained through an acquisition in July 2002, drove growth in servicing fees, more than offsetting constraints imposed by the decline in comparable average equity market valuations and lower securities lending revenue. Assets under custody were $6.2 trillion, down $32 billion from a year ago, reflecting declines in equity market valuations, largely offset by the installation of new business.

GR007988