CORPORATE LEADERSHIP

DAVID A. SPINA*
Chairman and Chief Executive Officer

RONALD E. LOGUE*
President and Chief Operating Officer

JOHN R. TOWERS*
Vice Chairman

JOSEPH C. ANTONELLIS
Executive Vice President and Chief
Information Officer

MAUREEN S. BATEMAN*
Executive Vice President and
General Counsel

NICHOLAS J. BONN
Executive Vice President

DREW J. BREAKSPEAR
Executive Vice President and
General Auditor

ALAN J. BROWN
Executive Vice President, Vice Chairman,
State Street Global Advisors

THOMAS F. CATALDO
Executive Vice President

TIMOTHY J. CAVERLY
Executive Vice President

JOSEPH W. CHOW
Executive Vice President

KATHLEEN C. CUOCOLO
Executive Vice President

LUIS J. DE OCEJO
Executive Vice President

GARY E. ENOS
Executive Vice President

MARY M. FENOGLIO
Executive Vice President

STEFAN M. GAVELL*
Executive Vice President and Treasurer

ALAN D. GREENE
Executive Vice President

TIMOTHY B. HARBERT*
Executive Vice President,
Chairman and Chief Executive Officer,
State Street Global Advisors

DARLA M. HASTINGS
Executive Vice President

JOSEPH L. HOOLEY
Executive Vice President

WILLIAM W. HUNT
Executive Vice President

THOMAS J. McCROSSAN
Executive Vice President

EDWARD J. O'BRIEN
Executive Vice President

JAMES S. PHALEN
Executive Vice President

EDWARD J. RESCH*
Executive Vice President and
Chief Financial Officer

GEORGE A. RUSSELL, JR.
Executive Vice President

JOHN R. SERHANT
Executive Vice President, Vice Chairman,
State Street Global Advisors

STANLEY W. SHELTON
Executive Vice President

JOHN R. SNOW
Executive Vice President, Vice Chairman,
State Street Global Advisors

MARK J. SNYDER
Executive Vice President

ANNE P. TANGEN
Executive Vice President

ROBERT R. TARTER
Executive Vice President

K.K. TSE
Executive Vice President

RALPH F. VITALE
Executive Vice President

MICHAEL L. WILLIAMS
Executive Vice President

ROBERT R. WILLIAMS
Executive Vice President

* Designated as executive officers for SEC and IRS purposes

22 | State Street Corporation

GR007994

# corporate
INFORMATION

**CORPORATE HEADQUARTERS**

State Street Corporation
225 Franklin Street
Boston, Massachusetts 02110-2804

Website: www.statestreet.com

General inquiries: +1 617 786 3000

**ANNUAL MEETING**

Wednesday, April 16, 2003, 10:00 a.m. at Corporate Headquarters

**TRANSFER AGENT**

Registered stockholders wishing to change name or address information on their shares, transfer ownership of stock, deposit certificates, report lost certificates, consolidate accounts, authorize direct deposit of dividends, or receive information on State Street's dividend reinvestment plan should contact:

EquiServe Trust Company, N.A.
P.O. Box 43011
Providence, Rhode Island 02940-3011
800 426 5523
Website: www.equiserve.com

**COMMON STOCK LISTING**

State Street's common stock is listed on the New York Stock Exchange, ticker symbol: STT, and on the Boston and Pacific Stock Exchanges.

**STOCKHOLDER INFORMATION**

For timely information about corporate financial results and other matters of interest to stockholders, and to request copies of our news releases and financial reports by fax or mail, please visit our website at

www.statestreet.com/stockholder

or call 877 639 7788 toll-free in the United States and Canada, or +1 202 266 3340 from other countries. These services are available 24 hours a day, seven days a week.

For copies of State Street's Form 10-K, Form 10-Q, quarterly financial releases, or additional copies of this annual report, please visit State Street's website, call State Street's stockholder services telephone line described above, or write to Investor Relations at Corporate Headquarters.

Investors and analysts interested in additional financial information may contact State Street's Investor Relations department at Corporate Headquarters, telephone +1 617 664 3477.

GR007995

# dwide

...ost sophisticated investors in the world — and their growth strategies are
...offices in over 20 countries and a global network covering over 100 mature
...an help them capitalize on investment opportunities wherever they arise.

**NETHERLANDS**
Amsterdam

**NETHERLANDS ANTILLES**
Willemstad–Curaçao

**NEW ZEALAND**
Wellington

**PEOPLE'S REPUBLIC OF CHINA**
Hong Kong

**SINGAPORE**
Singapore

**SOUTH KOREA**
Seoul

**SWITZERLAND**
Zurich

**TAIWAN**
Taipei

**UNITED ARAB EMIRATES**
Dubai

**UNITED KINGDOM**
Basingstoke, Edinburgh, Guernsey,
Jersey, London, Windsor

**UNITED STATES**

**California**
Alameda, Los Angeles, Newport Beach,
Sacramento, San Diego, San Francisco

**Connecticut**
Hartford

**Georgia**
Atlanta

**Illinois**
Chicago

**Indiana**
Indianapolis

**Iowa**
Des Moines

**Massachusetts**
Boston, Milton, Norwood, Osterville, Quincy,
Westborough, Westwood

**Minnesota**
Minneapolis

**Missouri**
Kansas City

**New Hampshire**
Manchester, North Hampton

**New Jersey**
Princeton

**New York**
New York, White Plains

**North Carolina**
Winston-Salem

GR007996



for more information
State Street Corporation
225 Franklin Street
Boston, Massachusetts 02110
+1 617 786 3000

www.statestreet.com

©2004 State Street Corporation

GR007997

SSCM-AR-03



# STATE STREET
# GLOBAL ADVISORS

*Creating Investment Strategies and Integrated Solutions for Clients Worldwide*

GR007998



DANIEL D. BAYSTON, CFA
MANAGING DIRECTOR

DUFF & PHELPS, LLC

311 SOUTH WACKER DRIVE • SUITE 4200 • CHICAGO, IL 60606
312-697-4660 • FAX 312-697-0115
DAN.BAYSTON@DUFFLLC.COM

GR007999

GOODWIN | PROCTER

Daniel M. Glosband, P.C.
617.570.1930
dglosband@goodwinprocter.com

Goodwin Procter LLP
Exchange Place
Boston, MA 02109
T: 617.570.1000, F: 617.523.1231

GR008000

GOODWIN | PROCTER

Shepard M. Remis, P.C.
617.570.1350
sremis@goodwinprocter.com

Goodwin Procter LLP
Exchange Place
Boston, MA 02109
T: 617.570.1000, F: 617.523.1231

GR008001

**SSgA.**
STATE STREET GLOBAL ADVISORS

Kelly O. Driscoll
Senior Principal

Investment Management
Two International Place
Boston, MA 02110

Telephone: (617) 664-5880
Facsimile: (617) 664-2376
kelly_o_driscoll@ssga.com

GR008002

# Independent Fiduciary Services



*Representing the Investment Interests
of Your Plan, Participants, and Beneficiaries*

**SSgA.**
STATE STREET GLOBAL ADVISORS

GR008003

## Managing the Impact of Corporate Transactions on Benefit Plans

In today's constantly changing business environment, employee benefit plans are playing an increasingly significant role in corporate transactions. Whether your plans are currently funded with employer securities or you are seeking to maximize finance and tax strategies by leveraging an Employee Stock Ownership Plan (ESOP), you may be confronting a financially complex investment decision involving conflicting interests.

Potential conflicts can occur when a proposed transaction provides measurable advantages to the corporation, the existing management, or even the employees, but may be inconsistent with the investment interests of the benefit plan as a separate entity. When these situations occur, decision-making on behalf of the plan should be placed in the hands of a professional fiduciary that is independent of the corporation and all other involved parties.

## Shifting the Burden of Fiduciary Responsibility

As the industry leader in independent fiduciary and ESOP transactions, State Street Global Advisors (SSgA) provides ongoing fiduciary services to more than 125 clients with over $80 billion in company stock assets. We understand the complexities of fiduciary responsibility and have developed an unparalleled level of expertise.

By retaining SSgA, you shift fiduciary liability from your officers or committee members who have personal liability as plan fiduciaries, to an institution that is willing and qualified to assume fiduciary responsibility.

GR008004