The standards governing fiduciary actions are complex and in many respects vague, making it critical to involve knowledgeable individuals with ERISA and investment experience. One of the primary advantages of working with SSgA is the team of seasoned professionals dedicated to this area of expertise. In addition to our fiduciary service officers, the team includes legal and compliance professionals, a fiduciary committee, investment analysts, company stock management staff, trust and custody professionals, stock trading experts, and record-keeping specialists.

### Performing as Your Fiduciary

As an independent fiduciary, SSgA represents the investment interests of the plan participants and beneficiaries. Acting solely in their best interest, we meet the prudent expert standards of ERISA and determine the appropriateness of any proposed transaction. To fulfill these responsibilities, we complete a thorough process that includes:

- Reviewing the structure of the proposed transaction
- Understanding the general terms and conditions that are proposed
- Appointing independent financial and legal advisors
- Conducting and participating in the fiduciary, financial, and legal due diligence needed to analyze the transaction
- Reviewing all relevant documents including company financial statements and projections
- Negotiating the terms and conditions of agreements and documents on behalf of the plan
- Gathering market information and analyst reports

GR008005

- Questioning advisors on work performed, assumptions incorporated, and methodologies utilized
- Analyzing all relevant financial reports and opinions rendered by third parties
- Securing appropriate legal opinions
- Completing a rigorous, disciplined, decision-making process
- Providing a detailed presentation of the transaction analysis to the fiduciary committee
- Documenting the fiduciary committee's determination as to whether the transaction is in the best interests of the participants
- Completing and signing the agreements that will validate the transaction

We understand the importance of raising and addressing any issues early in the process to ensure that the transaction progresses efficiently. To accomplish this, SSgA maintains open and continual communication with our clients. We participate in client meetings, conference calls, regulatory hearings, shareholder meetings and employee presentations, and provide written correspondence when appropriate.

Depending upon your specific needs, SSgA is also uniquely qualified to provide you with an array of ongoing services. In addition to accepting fiduciary responsibility and appointment as the plan trustee, we can also provide extensive custody, liquidity management, and complex recordkeeping services. As the industry leader in independent fiduciary transactions, we have the experience to meet all of your fiduciary service needs.

GR008006

## Realizing the Benefits of SSgA's Independent Fiduciary Services

SSgA has a long history of addressing ERISA issues unique to employer securities. With a qualified team of experts and well-established procedures solidly in place, we have successfully completed more than 150 independent fiduciary transactions. We have represented participants' investment interests in:

- Leveraged ESOP transactions
- Mergers and acquisitions
- Initial public offerings
- Corporate restructurings
- Targeting and tracking stock issues
- Section 1042 transactions
- Hostile tender offers and proxy battles
- Spin-offs and divestitures
- Demutualizations of insurance companies and banks
- ESOP loan refinancings
- Exchange and swap transactions
- Company stock within defined benefit plans
- Prohibited transaction exemption requests
- Stock liquidation programs
- Plan terminations

GR008007



**STATE STREET GLOBAL ADVISORS**

Fiduciary Services
Two International Place
Boston, MA 02110
USA

ssga.com

Atlanta
Boca Raton
Boston
Brussels
Chicago
Clearwater
Dubai
Greenwich
Hartford
Hong Kong
London
Los Angeles
Manchester
Montpellier
Montreal
Moscow
Munich
Naples
New York
Osterville
Paris
Prague
Purchase
San Francisco
Santiago
Seoul
Singapore
Sydney
Tokyo
Toronto
Zurich



**For more information** about SSgA's Independent Fiduciary Services, contact Kelly Driscoll at 617.664.5880 or email: kelly_q_driscoll@ssga.com

© 2001 State Street Corporation

60834_0401

*Creating Investment Strategies and Integrated Solutions for Clients Worldwide*



GR008009



# Experience for a New World

State Street Global Advisors, the investment management arm of State Street Corporation, is one of the largest **money managers** in the world. Our **size** and **experience** allow us to design **customized**, cost-effective, risk-controlled **investment services for sophisticated investors**. We manage virtually every asset class — equity, fixed income, hedge funds, cash instruments, and real estate — across **all investment disciplines** — active fundamental, active quantitative, passive, enhanced, overlay, direct, and indirect.

GR008010

# Integrated Solutions for the Sophisticated I

**with diverse financial needs.**

**Choosing SSgA for the range of inv strategies and the integrated solut**

- Defined Benefit Pensions
- Endowment Funds
- Concentrated Stock Management
- Incentive & Stock Ownership Plans
- Institutional Treasury Accounts
- Specialized Trusts
- Brokerage
- State Sponsored Tuition Plans
- Foundation Assets
- Health & Welfare Funds
- Taft/Hartley Assets
- Advisor Services
- Defined Contribution Retirement Plans
- Planned Giving
- Integrated Wealth Management
- Trust & Estate Planning



**SSgA Investment Solutions**

Tax Exempt Assets / Taxable Assets

**Asset Class Selection**

| | |
|---|---|
| Equity | Index / Active Enhanced / Active Quantitative / Active Fundamental |
| Fixed Income | Index/Enhanced/Active / Cash / Stable Value |
| Alternatives | Private Equity / Real Estate / Absolute Return / Currency |
| Balanced | Passive / Active / Tactical Asset Allocation |

**Structure**
Separate Accounts, Pooled Funds, Mutual Funds, Exchange Traded Funds

**Universe**
US, Country(ies), Global

Combi
record
educa

- Bur
- Mu
- Fid
- Ins
- Int
- 529
- Cha
- Por
- Sec
- Bur
- Sub
- Cor

GR008011

# SSgA Highlights

### Facts About SSgA

- More than $785 billion in total assets managed*
- More than 7,500 clients worldwide
- More than 430 investment professionals

### Largest Asset Manager

- US institutional tax-exempt assets[1]
- Enhanced domestic bonds[1]
- Indexed international securities[1]
- Non-US equities[2]

### Industry Leadership and Accolades

- Third largest manager of total assets under management in the US and seventh worldwide[3]
- Second largest institutional assets worldwide[2]
- Top rated in Defined Benefits Client Satisfaction Survey[4]
- Third largest manager of defined contribution assets (Citistreet)[1]
- Placed first in the top 50 managers of international accounts[5]
- Most successful firm for new business in continental Europe[6]

*As of December 31, 2001
[1] *Pensions & Investments*, October 1, 2001
[2] *Pensions & Investments*, May 14, 2001
[3] *Pensions & Investments/Watson Wyatt Survey*, September 3, 2001
[4] *Plan Sponsor*, March 2001 & March 1999
[5] *Pensions & Investments*, July 9, 2001
[6] *EfinancialNews.com*, February 4, 2002

The products and services described herein are offered by SSgA and its affiliates (including State Street Global Advisors, a division of State Street Bank and Trust Company, and SSgA Funds Management, Inc.) and are designed specifically for various categories of investors. Not all products will be available to all investors.

GR008012

ssga.com

Atlanta o Bangkok o Bellevue o Boca Raton o Boston o Brussels o Chicago o Clearwater o Dubai
Greenwich o Hartford o Hong Kong o London o Los Angeles o Manchester o Montpellier o Montreal
Moscow o Munich o Naples o New York o Osterville o Paris o Prague o Purchase o San Francisco
Santiago o Seoul o Singapore o Stamford o Sydney o Tokyo o Toronto o Zurich



©2002 State Street Corporation. G0931.2.0302

GR008013

For Everything You Invest In





# STATE STREET GLOBAL ADVISORS

*Creating Investment Strategies and Integrated Solutions for Clients Worldwide*

GR008089



SSgA

Presented on
April 25, 2003

Kelly Q. Driscoll
Monet T. Ewing

Presentation to:

# W. R. GRACE & CO.

GR008090