# Table of Contents

1. State Street Overview
2. Independent Fiduciary Services
3. Process
4. Team Members
5. Reporting

GR008091

GR008092

**State Street Overview**

GR008093

## Overview

**State Street Bank & Trust Company**
- Established 1792
- Financial stability and AA credit rating since 1988
- Largest mutual fund custodian: 43% of marketplace
- Leading global custodian/master trustee: $7.9 trillion
- Comprehensive insurance coverage

**State Street Global Advisors**
- Global expertise and full range of investment strategies
- Largest manager of U.S. tax-exempt assets: over $788 billion
- Disciplined institutional fund management

**Independent Fiduciary Services**
- Industry leader in independent fiduciary transactions
- ESOP, 401(k) plan, and pension plan experience
- Manage over $55 billion in company stock assets

GR008094

Process

GR008102

# Engagement



**State Street's Engagement**
- Role performed
- Fiduciary appointment

**External Resources**
- Legal counsel
- Financial Advisor

**Investment Research**
- Utilize internal industry expertise
- Gather market analysis on asbestos liability

SSgA  11.
GR008103

# Due Diligence

**Plan Investment Status**

- Understand plan investment history
- Identify fiduciary issues
- Review plan documents
- Read employee communication
- Review participant activity post petition

**Perform Due Diligence**

- Diligent, independent investigation
- Management interviews
- Company financials/projections
- Stock trading price/volume
- Legal due diligence
- Bankruptcy process & significant filings
- Contingent liabilities
  - Asbestos
  - Environmental



GR008104

# Analysis

**Analysis**
- Prudency of investment
- Valuation issues
- Restructuring plan impact
- Trading options

**Equity Committee**
- Participation
- Resources/advisors
- Accomplishments/focus
- Inside information

SSgA 13
GR008105

# Determination and Communication



**Committee Presentation**

- Understand investment
- Determine best interest of participants
- Oversee investment management responsibility

**Employee Communications**

- Prepare draft communications
- Coordinate with Fidelity
  - ➤ Participant Q&As
  - ➤ Scripts
  - ➤ Letters/email announcements
- Fidelity would disseminate all information and field inquiries

GR008108

# Trading Program

**Strategy**

- Evaluate impact of Rule 144 restrictions
- Develop trading strategy
  - Execution goals
  - Price vs. benchmark
  - Avoid predictability
  - Commission structure

**Committee Presentation**

- Complete all necessary SEC filings and monitor compliance
- Provide broker/dealer representations
- Bifurcate sales
  - Participant directed sales continue through existing Fidelity process (not 144 sales)
  - Discretionary sales managed through SSgA's Trading Desk
  - Fidelity to settle all trades and complete participant recordkeeping
- Report results

SSgA 15

GR008109

Team Members

GR008111