# State Street Corporation
## Transaction Team

### Kelly Q. Driscoll

Kelly is a Senior Principal and leads SSgA's Independent Fiduciary Group which is responsible for all transactions involving company stock investments in leveraged employee stock ownership plans, profit-sharing and 401(k) plans, defined benefit plans, and non-qualified plans. Kelly joined SSgA in 1994 after serving over six years in State Street's legal division as managing ERISA counsel.

Kelly holds an L.L.M. in Banking law from the Boston University School of Law, a J.D. from Suffolk University Law School, and a B.A. from Catholic University. She is licensed to practice law in Massachusetts and Pennsylvania.

### Monet Ewing

Monet is Principal in the Institutional Fiduciary Services Division within State Street Global Advisors. She previously served as Vice President and Associate Counsel for State Street and CitiStreet, (a joint venture between State Street and CitiGroup). Prior to joining State Street Corporation, Monet worked as a Tax Law Specialist with the Internal Revenue Service in Washington, D.C.

Monet holds an L.L.M. from Georgetown University where she concentrated in Employee Benefits and Corporate law, a J.D. from American University Washington College of Law, and a B.A. from Boston College. She is a member of the Maryland and the District of Columbia Bar and the American Bar Association.

GR008112

# State Street Corporation
## Transaction Team

Sydney S. Marzeotti

Sydney is a Principal at State Street Global Advisors in the Department of Institutional Fiduciary Services which manages all fiduciary transactions including leveraged employee stock ownership plans, profit sharing and 401(k) plans, defined benefit plans and non-qualified plans. Sydney joined the department in 2002 after serving over 20 years at Scudder Investments in various capacities including Director of ERISA Services and Director of Global Retirement Plans. Sydney holds an LLM in Taxation from the Boston University School of Law, a JD from Suffolk University and a Bachelor of Business Administration from the University of Michigan. She is licensed to practice law in Massachusetts.

GR008113

# State Street Corporation
## Trading Desk

## Roger L. Petrin

Roger is a Principal of State Street Global Advisors and heads Global Trading. He joined the Firm in May 1994 and has over 20 years of experience in equity execution utilizing both traditional and quantitative methods. Roger is currently a member of the National Organization of Investment Professionals, NYSE Institutional Traders Advisory Committee, Boston Stock Exchange EPAC Committee, and Boston Securities Traders Association. He is also a past president of the Connecticut Security Traders Association. Prior to joining SSgA, Roger spent 12 years at IBM where he was responsible for the development, implementation and management of equity trading for IBM's retirement funds. He also worked at Travelers Investment Management Company and in the State of Connecticut Treasurer's Office. Roger holds a Bachelor of Science degree in Finance from the University of Connecticut and a Masters of Business Administration degree in Finance from the University of Hartford.

## Christopher T. Rice

Chris is a Principal of State Street Global Advisors, and Manager of the Boston Regional Trading Desk. Chris and his team are responsible for executing equity, equity derivative and currency orderflow for SSgA's Global Structured Products, Active Strategy and Global Asset Allocation investment groups. In addition, he participates in projects analyzing the impact of corporate actions, index changes and funding requirements for SSgA's non-dollar developed and emerging markets portfolios. Chris has also spent time enhancing SSgA's securities lending process and continues to develop new strategies designed to improve the efficiency of the firm's trading practices globally.

Prior to joining SSgA in 1996, Chris was the Global Equity Trader and an assistant portfolio manager at Batterymarch Financial Management. He has been in the investment management industry since 1991.

Chris earned his MS in Finance from the Wallace E. Carroll School of Management at Boston College. He also holds a Bachelors degree in Business Administration, with a second major in Spanish, from the University of New Hampshire. Chris is a member of the Boston Securities Traders Association and is a finance instructor at the Boston Center for Adult Education.

19. SSgA

GR008114

## State Street Corporation
### Fiduciary Committee

**John R. Serhant**

John is a Vice-Chairman of State Street Global Advisors and oversees the Active Equity and High Net Worth groups within SSgA. He is Chairman of SSgA's Investment Committee and a member of State Street's Office of the President. He continues to contribute to SSgA's currency management efforts, which he headed until 1994. John has 30 years of investment experience. He was Managing Director of FX Concepts, Inc., Executive Vice President of Quantum Investment Management, Executive Vice President of Underwood, Neuhaus and Co., Inc., and General Partner of Boettcher and Company. John taught Finance at the University of Northern Colorado and holds a Bachelor of Arts degree in Finance from Baldwin-Wallace College.

**Shawn C.D. Johnson**

Shawn is a Senior Principal and the Director of Research at State Street Global Advisors. He joined the firm in 1997. Shawn is in charge of managing SSgA's global fundamental investment research and analysis, as well as overseeing a major expansion of SSgA's fundamental coverage of securities and markets worldwide. Shawn brings to SSgA more than 10 years of management, management consulting, and engineering experience. Prior to joining SSgA, Shawn was Vice President of Business Development for MGA Software. Shawn has made numerous television appearances on CNBC Power Lunch, CNBC Market Wrap, and CNNfn Street Sweep. He also served as an intelligence Officer with the United States Naval Reserve. Shawn received his BS in Aerospace and Ocean Engineering and his MS in Electrical Engineering from Virginia Polytechnic Institute and State University, and his MBA from the Amos Tuck School of Dartmouth College.

GR008115

SSgA

20

# State Street Corporation
## Fiduciary Committee

**Kelly Q. Driscoll**

Kelly is a Senior Principal and leads SSgA's Independent Fiduciary Group which is responsible for all transactions involving company stock investments in leveraged employee stock ownership plans, profit-sharing and 401(k) plans, defined benefit plans, and non-qualified plans. Kelly joined SSgA in 1994 after serving over six years in State Street's legal division as managing ERISA counsel.

Kelly holds an L.L.M. in Banking law from the Boston University School of Law, a J.D. from Suffolk University Law School, and a B.A. from Catholic University. She is licensed to practice law in Massachusetts and Pennsylvania.

**John P. Kirby**

John is a Principal at State Street Global Advisors. He has more than 15 years of experience in the fixed income markets. Prior to joining SSgA in 1995, he spent four years at Lowell Blake & Associates in Boston as an account manager, investing balanced assets. John has also worked as a fixed income analyst at One Federal Asset Management, a Shawmut Bank subsidiary, and at CambridgePort Savings as an asset/liability risk specialist. John has a BA from Boston College.

SSgA.

21

GR008116

# State Street Corporation
## Fiduciary Committee

**Mitch Shames**

Mitch Shames is a Senior Principal and General Counsel at State Street Global Advisors. In this capacity, Mitch has responsibility for Trust Legal staff in addition to Global Advisors. Mitch received a BA from the University of Chicago in 1979, a JD from Boston College Law School in 1983 and a LLM in taxation from New York University School of Law in 1984. Prior to joining SSgA in 1990, Mitch was in private practice.

**Marc P. Brown**

Marc is a Principal at State Street Global Advisors and Deputy Managing Director of the firm's non-U.S. businesses. Marc joined SSgA in 1999 from State Street Corporation, where in 1989, he established the Investment Manager Services Division, which provided transaction processing and relationship support to the investment managers contracted by State Street's institutional clients. Prior to 1987, Marc managed State Street's global subcustodian network. Before serving in a number of audit and supervisory roles, Marc was a portfolio accountant in State Street's U.S. Master Trust Division.

SSgA

22

GR008117

GR008118



GR008119

Reporting



Independent Fiduciary Services

GR008096

# Independent Fiduciary Experience

## 180 Transactions

- 401(k) Company Stock Funds
- ESOPs
- Defined Benefit Plan Investments
- Bankruptcy/Restructurings
- Mergers and Acquisitions
- Employee Buy-outs
- Discretionary Proxy Voting
- Prohibited Transaction Exemptions
- ESOP Loan Refinancings
- Initial Public Offerings
- Exchange/Swap Transactions

GR008097

## Independent Fiduciary Experience

- Enron
- Cargill
- Rite Aid
- General Motors
- Turner Construction
- Alion
- Crucible Steels
- Agway
- US Trust
- Dow Chemical
- Sara Lee
- Morgan Stanley
- Scitor Corporation
- J.C. Penney
- Appleton Papers
- Burlington Industries

- United Airlines
- Marine Mechanical
- Republic Engineered Steels
- Qwest
- Chevron
- Union Carbide
- Centerpoint Energy
- Simmons
- Texaco
- Tillotson Corporation
- Pharmacia
- Marriott International
- Susquehanna Pfaltzgraff
- Owens Illinois
- Colgate Palmolive
- Merrill Lynch

SS&A

GR008098

# State Street as Your Fiduciary

**Reputation**

- Sophisticated institutional investor
- Broad experience
- Fiduciary focus

**Resources**

- Skilled professionals
- Committee structure
- Investment expertise

**Delivery**

- Defined procedures
- Infrastructure to support process
- Strong communications

SS@A

8

GR008099

## Bankruptcy Experience

United Airlines

- Appointed investment manager of UAL ESOP (50% equity owner) pre and post petition. Instituted pre-petition sales program under Rule 144, Representing Plan in bankruptcy court against preliminary injunction prohibiting further stock sales

Agway

- Retained as Independent Fiduciary for the Agway 401(k) Plan's investment in Agway bonds and preferred stock just prior to Agway's bankruptcy filing. Evaluating and pursuing claims on behalf of the plan.

- Chair of the Unsecured Creditors' Committee - As representative of Agway 401(k) Plan, the largest unsecured creditor and holder of Agway debt instruments, appointed by US Trustee and elected chair of the Unsecured Creditors Committee

Enron

- Post-petition appointment as special independent fiduciary for all plan assets and investments remaining in the Enron Savings, Cash Balance and ESOP Plans. Manage Enron and EOG stock investments, and sold out of both positions over 10 month period. Pursue plans' claims in bankruptcy process and oversee litigation.

- Member of the Employee Related Issues Committee ("ERIC") to represent employee and plan participant interests through bankruptcy committee established by US Trustee

Executive Life

- Member of the First Executive Creditors' Committee in the Executive Life conservatorship representing various ERISA plans' investments

GR008100