

SSgA.

Presented on
December 11, 2003

Monet Ewing
Kelly Driscoll

Presentation to Fiduciary Committee on:
# W.R. Grace Investment Manager Engagement - Savings and Investment Plan

SSBT-000801
CONFIDENTIAL

# Table of Contents
1 Executive Summary

2 Analysis

3 Due Diligence

SSBT-000802
CONFIDENTIAL



SSGA

# Executive Summary



SSGA

3

SSBT-000803
CONFIDENTIAL

# Executive Summary

- State Street Bank and Trust Company will become engaged as the investment manager for the company stock fund of the WR Grace Savings and Investment Plan.

- State Street's role is to evaluate whether Grace stock is a prudent investment, and determine if it is appropriate to remain invested in Grace stock or sell any or all of the IBM stock for cash.

- Based on the unresolved asbestos litigation issues and the need to conduct additional due diligence including certain financial probability modeling, the recommendation is to continue to follow the plan documents and remain invested in Grace stock.

- The IFG and its advisors will provide additional analysis and recommendation within the next few weeks upon completion of further financial analysis.

SSBT-000804
CONFIDENTIAL




SSBT-000805
CONFIDENTIAL

# Analysis

## Duff & Phelps Preliminary Analysis

- Provided general introduction to Grace's business divisions
- Due to bankruptcy filing, analysts no longer cover Grace
- Additional analysis needs to be performed that will take into account a probability model with respect to certain catalyst future events
- Discussion Materials dated December 11, 2003 provided to the Committee

SSBT-000806
CONFIDENTIAL

## Analysis

- **Unsettled variables which will affect Evaluation of Grace stock as a plan investment**
  - Asbestos liabilities related to asbestos bodily injury
  - Asbestos liability related to Attic insulation claims
  - Fair Act Legislation introduced in Senate in May 2003

SSgA

SSBT-000807
CONFIDENTIAL

## Analysis

- **Asbestos liability related to asbestos bodily injury claims**
  - No bar date has been set for bodily injury claims
  - Consideration of bodily injury claims is delayed by attempts to disqualify judge. Decision will be sometime after disqualification hearing currently set for 12/22/03
  - Possibility that claimants may reach a negotiated resolution

- **Asbestos liability related to attic insulation claims**
  - A "science trial" is scheduled for February to determine if the product was physically harmful
  - No resolution until after February 9th science trial

SSBT-000808
CONFIDENTIAL

## Analysis

- **Fair Acts Legislation**
  - Introduced in May, 2003
  - Scheduled to be reconsidered again by the end of March 2004
  - Grace's asbestos liability exposure would shift to an obligation to contribute to a national fund.

SSBT-000809
CONFIDENTIAL

## Analysis

- **Conclusion**

  - Unresolved asbestos litigation and potential asbestos legislation will affect the determination of whether Grace remains a prudent investment. Until additional financial probability analysis is performed, we recommend that the Committee not override Plan documentation and continue to hold Grace stock.

SSBT-000810
CONFIDENTIAL



SSBT-000811
CONFIDENTIAL

## Due Diligence

- Engaged Goodwin Proctor & Hoar as legal counsel to negotiate terms of SSgA's engagement, participate in due diligence and provide bankruptcy and general ERISA advice
- Engaged Duff & Phelps as financial advisor to assist with valuation issues
- Participated in numerous conference calls with WR Grace's internal ERISA counsel to discuss engagement issues raised as a result of the bankruptcy process
- State Street and Goodwin reviewed Plan documents discussed with the Company necessary amendments
- Goodwin compiled and reviewed information with respect to asbestos related litigation
- See Legal Memorandum dated November 21, 2003, regarding common stock issues in bankruptcy cases in which the asbestos provisions of section 524 of the Bankruptcy Code are applicable
- See Legal Memorandum dated November 26, 2003 summarizing due diligence session performed November 24, 2003
- See Legal Memorandum dated December 9, 2003 summarizing variable factors affecting Grace's asbestos liability exposure

SSBT-000812
CONFIDENTIAL

## Due Diligence

- Discussions with SSgA's Institutional Trading Desk to discuss trading issues
- Conference call with the Trustee, Fidelity Investments and Grace to discuss trading issues and coordination of participant trading and trading by State Street
- Internal and external review of Operating Procedures between Fidelity Investments, Grace and State Street
- Internal and external counsel review of duties as set forth in Investment Management Agreement
- SSgA representative attended bankruptcy hearing regarding State Street's retention

SSgA

SSBT-000813
CONFIDENTIAL

Monet Ewing/USA/StateStreet
12/23/2003 06:51 PM

To: Peter Leahy/USA/StateStreet@StateStreet, Shawn Johnson/USA/StateStreet@StateStreet, John Kirby/USA/StateStreet@StateStreet, Mitch
cc: Donna Merrill McCarthy/USA/StateStreet@StateStreet, Kristina Farren/USA/StateStreet@StateStreet,
bcc: sydney_marzeotti@ssga.com, Melissa
Subject:

Fiduciary Committee Members:

As a follow-up item to our December 11, 2003 pre-engagement meeting at which we discussed with the Committee our responsibilities as investment manager for Grace stock held in the Grace 401(k) plan, I have attached a summary of the issues discussed which support the IFG's initial recommendation and the Committee's determination to not override the plan document at this time.

We will re-visit this recommendation at the Fiduciary Committee meeting presently scheduled for January 21, 2004. At that meeting, we will receive from our financial advisor Duff & Phelps further financial analysis including certain financial modeling as requested by the Committee.

The Committee also requested that State Street and its advisors draft participation communication as contemplated pursuant to the Engagement Agreement. We have just received all prior communication regarding Grace stock from the Company for review and are drafting appropriate participant communication which will be sent by State Street as investment manager for the Grace Stock Fund. We will send a copy of this communication upon completion.

Please call me if you would like me to resend any of the previously provided documentation that is referenced in the attached presentation.

Thank you

[attachment icon] WR Grace Pre engagement Presentation.ppt.zip

Monet T. Ewing
State Street Global Advisors
Two International Place, Floor 34
Boston, MA 02110
617-664-5654
617-664-2376 (fax)
email: monet_ewing@ssga.com

SSBT-000814
CONFIDENTIAL