Monet Ewing/USA/StateStreet
03/31/2004 04:31 PM

To: Peter Leahy/USA/StateStreet@StateStreet, Shawn Johnson/USA/StateStreet@StateStreet, John Kirby/USA/StateStreet@StateStreet, Mitch
cc: jcleary@goodwinprocter.com, Sydney Marzeotti/USA/StateStreet@StateStreet, Melissa Smith/USA/StateStreet@StateStreet,
bcc:
Subject: WR Grace Update

Fiduciary Committee Members:

In the Fiduciary Committee Meeting held on February 23, 2004, the Committee discussed and voted in favor of commencing a selling program of WR Grace shares held in the Grace Savings and Investment Plan. The Committee also directed the IFG to provide updates, as developments warrant on the Grace sales program. This email is intended to update the Committee on the status of the Grace sales program and to inform the Committee of developments recently reported in the press concerning asbestos claims in general.

WR Grace Sales Program

- On February 26, 2004, State Street Bank as the Investment Manager of the Grace Stock Fund filed a Form 144 with the SEC disclosing our intent to sell a maximum of 1,437,275 shares of WR Grace stock over a 90 day period.
- An amended Form 144 was filed on March 11, 2004, to take advantage of increased trading volumes; allowing us to sell approximately 400,000 additional shares in the same 90 day period.
- As of March 30, 2004, State Street has sold approximately 856,800 shares at an average price of $2.94.
- Duff & Phelps provides weekly updates to IFG of the value range of WR Grace stock. To date the value range has been consistent with (indeed slightly lower than) the range originally provided to the Committee.

Recent Developments

- Senate Majority Leader Frist has said that he intends to bring a bill to the Senate floor the week of April 19, reportedly still based upon the bill approved in Committee last summer that provided for a $114 billion dollar fund. With an actual date now set for Senate action, there is likely to be a flurry of activity and news items over the next several weeks.
- The Congressional Budget Office last week reduced its projection of the 50-year budget impact of the fund from $136 billion to $123 billion. The reduction is based on a reduced estimate for inflation over the period and the fact that, since the last projection, a number of claims have been resolved, thus reducing the cost of future claims.

When the Committee met in February, it was anticipated that the Fair Act legislation would be introduced some time during the second quarter and it now appears that the date has now been set for mid-April.

The IFG, and its advisors, both legal and financial, have considered the above developments and collectively agree that the current developments were generally anticipated and taken into account in the analysis and probability model created by Duff & Phelps. The likelihood as to whether the Fair Act Legislation will pass remains substantially the same as was assumed in the original model. Therefore, at this time we are not recommending any change with respect to the Committee's determination to implement a selling program. We will continue to monitor the situation and update the Committee.

Please call if I can answer any additional questions or provide further information.

Thank you



SSBT-000652
CONFIDENTIAL