04/07/2004    08:57    LEHMAN → 916179469434                                     NO.786    P02

**D E Shaw & Co**

39th Floor, Tower 45
120 West Forty-Fifth Street
New York, NY 10036

(212) 478-0000
FAX (212) 478-0100

April 7, 2004

Ms. Monet Ewing
Principal
State Street Global Advisers
1 Lincoln Street
Boston, MA 02111

Dear Ms. Ewing:

Reference is made to the press release issued by W. R. Grace & Co. ("Grace") on February 27, 2004, in which Grace announced that State Street Bank and Trust Company, the investment manager and fiduciary for the Grace stock fund in Grace's Savings and Investment Plan (the "Fund"), had commenced a selling program of approximately 7,870,000 Grace shares in the Fund.

We are writing to inform you that D. E. Shaw Laminar Portfolios, L. L. C. ("Laminar"), hereby offers to purchase the Grace shares held by the Fund on an "all-or-none" basis for a price of $3.25 per share net to you in cash, in a private sale transaction that will be exempt from registration under the United States Securities Act of 1933. We note that this price is a 7.6% premium to the closing price per share of Grace of $3.02 on April 6, 2004. This offer will expire at 2:00 p.m. eastern time on Wednesday, April 7, 2004. This offer to purchase is not subject to any conditions. Neither Laminar nor any of its affiliates is currently a holder of more than 5% of Grace's common shares.

We would anticipate signing a standard purchase and sale agreement for a private sale transaction as soon as practicable, with a target settlement date of Monday, April 12, 2004.

Lehman Brothers is acting as agent for Laminar in this transaction. Please contact Matthew Johnson at Lehman at 212-526-7799 at your earliest convenience to discuss the foregoing.

Sincerely,

Max Holmes
Managing Director

EXHIBIT
Johnson #17
5-29-07

SSBT-000896
CONFIDENTIAL