

SSgA

Presented on
April 6, 2004

Monet Ewing
Kelly Driscoll

Presentation to Fiduciary Committee on:

# W.R. Grace - Savings and Investment Plan



SSBT-000879
CONFIDENTIAL

# Table of Contents

1 Executive Summary

2 Analysis

3 Due Diligence

4 Recommendation

SSBT-000880
CONFIDENTIAL



# Executive Summary

SSgA

SSBT-000881
CONFIDENTIAL

## Executive Summary

- State Street Bank and Trust Company became engaged as the investment manager for the company stock fund of the WR Grace Savings and Investment Plan on December 15, 2003

- The Plan documents contemplate that the assets of the company stock fund will be invested in Grace stock

- State Street's role is to evaluate whether Grace stock is a prudent investment, and determine whether (i) it is consistent with ERISA to remain invested in Grace stock or (ii) it is necessary to sell any or all of the Grace stock

- On February 23, 2004, the IFG recommended that State begin selling Grace stock held in the Savings and Investment Plan. The Fiduciary Committee voted to commence such a selling program at that time

- After filing Form 144 with the SEC on February 26, 2004, State Street began selling on February 27, 2004. To date, approximately 900,000 shares have been sold by State Street at prices ranging from $2.86 to $3.09 per share

- State Street has received an inquiry from a potential hedge fund buyer as to whether it is willing to sell the entire remaining block (approximately 6.4 million shares) at $3.50 per share

SSBT-000882
CONFIDENTIAL



SSBT-000883
CONFIDENTIAL

# Analysis

## Duff & Phelps' Updated Analysis

- Since February 23, 2004, Duff & Phelps has been providing weekly updates of its Equity Valuation Summary as well as an updated Price/Volume graph

- The Equity Valuation Summary utilizes a probability model that is based upon input from the IFG and Goodwin Procter

- Duff & Phelps' most recent update of the Equity Valuation Summary was done as of March 31, 2004. The Duff & Phelps value range on that date was $0.22 to $2.51. The market price on that date was $3.12.

- Duff & Phelps formal engagement has expired. An extension is currently being negotiated with the Company

SSBT-000884
CONFIDENTIAL

## Analysis

- Unsettled variables which continue to affect evaluation of Grace stock as a plan investment
  - Asbestos liabilities related to asbestos bodily injury
  - Asbestos liabilities related to attic insulation claims
  - FAIR Act Legislation introduced in the Senate in May 2003

SSgA

SSBT-000885
CONFIDENTIAL

## Analysis

- **Asbestos liability related to asbestos bodily injury claims**
  - No bar date to file claims in the bankruptcy court has been set for bodily injury claims
  - Consideration of bodily injury claims is delayed by attempts to disqualify judge. No progress can be made until after Court of Appeals rules on disqualification following oral argument scheduled for April 19, 2004
  - Possibility that claimants may reach a negotiated resolution

- **Asbestos liability related to attic insulation claims**
  - A "science trial" had been scheduled to start February 9th to determine if the product was physically harmful
  - Science trial has been adjourned indefinitely from February 2004 date and a status report is scheduled for the 5/24/04 omnibus hearing in the bankruptcy case
  - Indefinite adjournment may possibly be a sign that claimants may reach a negotiated resolution

SS&A

8

SSBT-000886
CONFIDENTIAL

## Analysis

- **FAIR Act Legislation**
  - Introduced in May, 2003
  - It has been reported that Senate Majority Leader Frist will bring the bill to the Senate floor the week of April 19, 2004. This is generally consistent with his previous statements
  - The Congressional Budget Office recently lowered its projected budget impact of the bill to $123 billion over the fifty-year life of the fund, $13 billion less than had previously been estimated
  - The bill is opposed by various groups, most significantly the AFL-CIO and the Association of Trial Lawyers of America. The current bill would provide a $114 billion fund. Insurers and corporate defendants have agreed to that amount, and insurers refuse to submit more than their proposed share, $46 billion; unions and trial lawyers have advocated for $154 billion; environmental groups, notably the Environmental Working Group Action Fund, believe that the fund should total $300 billion
  - If passed, Grace's asbestos bodily injury liability exposure would shift to an obligation to contribute to a national fund
  - As initially proposed, the liability would be substantially lower than Grace's estimated liability for asbestos-related personal injury claims and would be spread over 27 years

SSBT-000887
CONFIDENTIAL



- **Securities Law Analysis**
  - The shares of Grace stock held by the Trust were purchased in open market transactions and therefore do not constitute "restricted" securities
  - For so long as the Trust is deemed an "affiliate" of the Company, the shares held by the Trust are deemed "control" securities
  - Determination of "affiliate" status is made on a case-by-case basis and is fact specific. For purposes of any selling by the Trust to date, State Street has assumed that the Trust will be an affiliate for so long as it holds more than 10% of the issued and outstanding stock of the Company
  - Resales of the "control" securities by an affiliate of the Company (who might be considered an "underwriter" for purposes of the Securities Act of 1933 (the "Securities Act")) must either be registered or exempt from registration

SSBT-000888
CONFIDENTIAL



- **Securities Law Analysis (cont'd)**

  - To date, the Trust has relied upon the exemption under Rule 144 in order to effectuate sales of the Trust's control securities. The applicable requirements of Rule 144 include:

    - Current public information requirement;
    - Volume limitations (the greater of 1% of the outstanding common stock or the average weekly trading volume for the preceding four calendar weeks);
    - Manner of sale requirements – brokers' transactions;
    - Filing of Form 144

  - As a result of recent Trust sales, both by State Street and at the direction of participants, the Trust's holding is now slightly below 10% with the result that the presumption of affiliate status no longer applies

  - If the Trust is no longer an affiliate, it can sell the Grace stock without securities law restrictions

SSBT-000889
CONFIDENTIAL

## Analysis

- **ERISA Issues**

  - To avoid an ERISA prohibited transaction in a block trade with an identified buyer, must either obtain a representation that the buyer is not a "party in interest" or qualify for an exemption. To qualify for exemption, the Trust must not pay any commission, directly or indirectly, with respect to the transaction

  - Basic ERISA issue is whether it would be imprudent for State Street to reject the block purchase offer at a premium to current market.

  - One of the factors upon which the decision to commence a selling program was based was the size of the block held by the Trust and the desire to reduce it to a more manageable level, and in particular to get the Trust's holdings below 10% of the outstanding so as to eliminate the presumption of affiliate status. The nature of the selling program and the ability to suspend it at any time afforded State Street the opportunity to revisit its sell decision if changed circumstances warranted such a review. Execution of a block trade would eliminate any future flexibility.

SSBT-000890
CONFIDENTIAL

## Due Diligence

- In view of the block trade inquiry, the following additional due diligence has been performed

  - Obtained updates from Goodwin Procter regarding the current status of the bankruptcy and the related asbestos litigation and legislation issues
  - Obtained updates from the Company's CFO and General Counsel
  - Conducted preliminary discussions with the potential buyer's representative to confirm the terms of the proposed transaction
  - Discussions with SSgA's Institutional Trading Desk to discuss trading issues
  - Evaluated with Goodwin Procter and Duff & Phelps the current situation, the impact of any changed circumstances and the potential for future changes

SSgA

13

SSBT-000891
CONFIDENTIAL

## Recommendation

- Given the existing decision to sell the Grace stock held by the Trust, the IFG recommends that the stock be sold in its entirety at a sufficient premium over current market. The IFG will attempt to negotiate the maximum premium that it can achieve

- VOTED:
  - To authorize the IFG to sell the entire block of Grace stock held by the Trust at a price of not less than $3.50 per share in a transaction in which the Trust incurs no commission expense

SSBT-000892
CONFIDENTIAL