STATE STREET GLOBAL ADVISORS



**Fiduciary Committee Meeting Minutes**

**Date:** April 7, 2004

**Subject:** WR Grace

**Committee Members:** Marc Brown, Kelly Driscoll, Shawn Johnson, Peter Leahy, Mitch Shames

**Attendees:** Monet Ewing, Melissa Smith – SSgA
Jack Cleary, Jeff Hadden, & Shep Remis, Legal Counsel – Goodwin & Procter ("G&P")

**WR Grace**

**Discussion:** K. Driscoll updated the Committee on the selling program currently in place for WR Grace stock. The IFG participated in a regularly scheduled update meeting on April 6th with outside counsel G&P and outside financial advisor, Duff & Phelps, to discuss developments with respect to Grace stock and the status of the sales program including a recent offer to purchase the entire block of Grace stock. On Friday, April 2nd, IFG received a call from Lehman Brothers, acting on behalf of the D.E. Shaw ("Shaw") Hedge Fund, regarding purchasing, at above market value, the remaining Grace stock in the Plan.

The IFG shared with the Committee, its preliminary discussions with Lehman. State Street outlined for Lehman potential securities issues that may exist due to State Street's holding a large block of Grace stock. However, after researching the matter further, outside counsel determined that since the number of shares held in the trust was under 10% there would be no trade restrictions on the stock that could be potentially transferred to a private buyer. The original offer received from Lehman was $3.50 per share; however that offer was modified the morning of April 7th to $3.25 due Shaw's initial belief that trade restrictions could be imposed on the stock.

G&P revisited for the Committee the two outstanding factors that could affect the share price of the Grace stock, the Fair Act legislation and the outcome of the outstanding ZAI lawsuits. Passage of the Fair Act is still uncertain and the science trail for the ZAI lawsuits has been postponed indefinitely. Also, a recent report indicates a change was made to the Fair Act legislation which attempts to have claims determined by the Department of Labor instead of a judge.



STATE STREET GLOBAL ADVISORS





K. Driscoll reminded the Committee that the reason the selling program for the Grace stock was initiated, was due to the fact that the Committee determined that it was imprudent to hold within the plan. This decision was based on the bankruptcy status of the company, the uncertainness that equity holder would receive value for their stock and the outstanding lawsuits. The Committee needs to determine if it is in the plan's interest to sell all of the remaining shares at above market value.

The Committee discussed the offer. P. Leahy stated that the Committee's fiduciary decision to sell the stock hasn't changed and in his opinion that the stock is still imprudent to hold, since the fundamentals are the same. M. Brown added that even with the possibility of the legislation passing or settlement of claims there is still the possibility that the equity holders will end up with zero value. Since IFG's research and due diligence was conducted within the scope of the original offer, the matter before the Committee is whether or not to consider the offering price of $3.50. Committee authorized IFG to accept the deal at $3.50. If there is a counter offer of less, IFG will need to conduct additional due diligence and then the Committee will reconvene to discuss any new offer.

Recommendation: Given the existing decision to sell the Grace stock held by the Trust, the IFG recommends that the remaining stock be sold in its entirety at a premium over current market.

Vote: The Committee voted to authorize the IFG to sell the entire block of Grace stock held by the Trust at a price of not less than $3.50 per share in a transaction in which the Trust incurs no commission expense. The Committee voted unanimously in favor of the recommendation.



SSBT-000711
CONFIDENTIAL