

# MEMORANDUM

| | |
|---|---|
| To | File |
| From | Monet Ewing |
| Re | W. R. Grace & Co. Conference Call Minutes |
| Date | March 31, 2004 |

Conference Call Attendees: Kelly Driscoll, SSgA; Monet Ewing, SSgA; Jack Cleary, Goodwin Procter LLP; Shep Remis Goodwin Proctor, LLP

The Independent Fiduciary Group ("IFG") and the Goodwin Procter attorneys met via teleconference to discuss certain new items released regarding potential asbestos legislation.

- Senator Frish announced that he intended to bring a bill to the Senate Floor on April 19th, based upon the bill approved in Committee last summer that provided for a $114 billion fund. Labor unions are still opposed and have written letters to Congress expressing opposition. Senator Spector (PA) is the only one who is optimistic about it picking up momentum. The general industry outlook is that nothing has changed legislatively.

- Congressional Budget reduced its projection of the 50 year budget impact from $136 billion to $123 billion.

The IFG and its legal advisors considered whether this recent information was material such that it would change the IFG's current recommendation to sell WR Grace stock. It was determined that the news items were not items whose probability had not already been considered in Committee deliberations. Therefore, the IFG will continue to implement the Committees determination to sell WR Grace and that the news items will not cause the IFG to recommend any change to the Fiduciary Committee.

SSBT-003239
CONFIDENTIAL