# SSgA — STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

**TRADE DATE:** 02/27/2004
**PMIS ACCOUNT:** 773680
**CUSTODIAN ALIAS:** 773-000680

**Country:** United States
**Trade Date:** 02/27/2004
**Executing Broker:** ACCESS SECURITIES,

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |
| | | | W. R. Grace Saving And Investment | | | | | | | | |
| | | | | 54244 | | | Clearing Broker: STATE STREET GLOBAL MKT EUR LTD | | | 443 | |
| 18011906 US | S | 38388F108 | GRACE W R & CO DEL NEW | 200,000.00 | 2.86070 | 0.02 | 4,000.00 | 0.00 | 22.32 | | 0.00 03/03/2004 |
| | | | | 0.00 | 0.00 | | 572,140.00 | | USD 568,117.68 | | |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 572,140.00 | | | | | | |
| Net Amount | | 568,117.68 | | | | | | |
| Commission | | 4,000.00 | | | | | | |
| Shares | | 200,000.00 | | | | | | |


EXHIBIT
Driscoll
#7
10/2/06

Report Created At: 28 March 2006 2:32 PM
Report Created By: Melissa Smith
Page: 1 of 16

SSBT-003761
CONFIDENTIAL

# SSgA

**STATE STREET GLOBAL ADVISORS**
**GLOBAL TRADED REPORT**

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

TRADE DATE: 03/01/2004
PMIS ACCOUNT: 773680
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 03/01/2004
Executing ACCESS SECURITIES.
Broker:

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | PRINCIPAL | CTRY TAX | SEC FEE | NET PROCEEDS | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | | | | | | | |
| 18063887 US | S | 38388F108 | GRACE W R & CO DEL NEW | 54244 | 2.86620 | 0.02 | 2,000.00 | STATE STREET GLOBAL MKT EUR LTD | 0.00 | 11.18 | | 443 | 0.00 03/04/2004 |
| | | | | | 0.00 | | | 286,620.00 | | USD 284,608.82 | | | |
| | | | | Clearing Broker: | | | | | | | | | |

| | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Totals | | | | | | | | |
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 286,620.00 | | | | | | |
| Net Amount | | 284,608.82 | | | | | | |
| Commission | | 2,000.00 | | | | | | |
| Shares | | 100,000.00 | | | | | | |

Report Created By: Melissa Smith

Page: 2 of 16

Report Created At: 28 March 2006  2:32 PM

SSBT-003762
CONFIDENTIAL

# SSgA

## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 03/02/2004
PMIS ACCOUNT: 773680
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 03/02/2004

W. R. Grace Saving And Investment

Executing Broker: ACCESS SECURITIES.    54244    Clearing Broker: STATE STREET GLOBAL MKT EUR LTD    443

| 18095743 US | S | 38388F108 | GRACE W R & CO DEL NEW | 100,000.00 | 2.94950 | 0.02 | 2,000.00 | 0.00 | 11.51 | 0.00 | 03/05/2004 |
| | | | | 0.00 | | | 294,950.00 | | USD 292,938.49 | | |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 294,950.00 | | | | | | |
| Net Amount | | 292,938.49 | | | | | | |
| Commission | | 2,000.00 | | | | | | |
| Shares | | 100,000.00 | | | | | | |

Report Created By: Melissa Smith    Page: 3 of 16    Report Created At: 28 March 2006  2:32 PM

SSBT-003763
CONFIDENTIAL

# SSgA

## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 03/03/2004
PMIS ACCOUNT: 773680
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 03/03/2004
Executing Broker: ACCESS SECURITIES.

W. R. Grace Saving And Investment

| 18113842 US | S | 38388F108 | GRACE W R & CO DEL NEW | 54244 | 3.00000 | 0.02 | 500.00 | 0.00 | 2.93 | 443 | 0.00 03/08/2004 |
| | | | | 25,000.00 | 0.00 | | 75,000.00 | | USD 74,497.07 | | |

Clearing Broker: STATE STREET GLOBAL MKT EUR LTD

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 75,000.00 | | | | | | |
| Net Amount | | 74,497.07 | | | | | | |
| Commission | | 500.00 | | | | | | |
| Shares | | 25,000.00 | | | | | | |

Report Created By: Melissa Smith      Page: 4 of 16      Report Created At: 28 March 2006  2:32 PM

SSBT-003764
CONFIDENTIAL

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 03/04/2004
PMIS ACCOUNT: 773580
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 03/04/2004
Executing Broker: ACCESS SECURITIES,

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18119397 US | S | 38388F108 | GRACE W R & CO DEL NEW | 54244 | 3.05000 | 0.02 | 1,000.00 | 0.00 | 5.95 | 443 | 0.00 03/09/2004 |
| | | | Clearing Broker: | 50,000.00 | 0.00 | | 152,500.00 | | USD 151,494.05 | | |

STATE STREET GLOBAL MKT EUR LTD

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 152,500.00 | | | | | | |
| Net Amount | | 151,494.05 | | | | | | |
| Commission | | 1,000.00 | | | | | | |
| Shares | | 50,000.00 | | | | | | |

Page: 5 of 16

Report Created By: Melissa Smith    Report Created At: 28 March 2006  2:32 PM

SSBT-003765
CONFIDENTIAL

**SSgA**

STATE STREET GLOBAL ADVISORS
GLOBAL TRADED REPORT

Trade Date  From: 01-Feb-2004
            To:   30-Apr-2004

| EXFC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED COMM | COMMISSION | CTRY | SEC FEE | VALUE | SETTLE |
|---|---|---|---|---|---|---|---|---|---|---|

STATE STREET GLOBAL ADVISORS
GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004 To: 30-Apr-2004

SSgA

| TRADE DATE: | 03/05/2004 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PMIS ACCOUNT: | 773680 | | W. R. Grace Saving And Investment | | | | | | |
| CUSTODIAN ALIAS: | 773-000680 | | | | | | | | |
| Country: | United States | | | | | | | | |
| Trade Date: | 03/05/2004 | | | | | | | | |
| Executing Broker: | ACCESS SECURITIES, | | 54244 | | Clearing Broker: | STATE STREET GLOBAL MKT EUR LTD | | | 443 |

| | | | STAMP DUTY | OTHER FEE | PRICE | RATE | PRINCIPAL | NET PROCEEDS | ADDED T/X | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 18135439 US | S | 38388F108 | GRACE W R & CO DEL NEW | | 26,500.00 | 3.09230 | 0.02 | 530.00 | 0.00 | 3.20 | 0.00 03/10/2004 |
| | | | | | 0.00 | | | 81,945.95 | | USD 81,412.75 | |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 81,945.95 | | | | | | |
| Net Amount | | 81,412.75 | | | | | | |
| Commission | | 530.00 | | | | | | |
| Shares | | 26,500.00 | | | | | | |

Report Created By: Melissa Smith          Report Created At: 28 March 2006  2:32 PM

SSBT-003766
CONFIDENTIAL

# SSgA
## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 03/12/2004
PMIS ACCOUNT: 773680
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 03/12/2004
Executing ACCESS SECURITIES.
Broker:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18216520 US | S | 38388F108 | GRACE W R & CO DEL NEW | 21,600.00 | 2.90400 | 0.02 | 432.00 | 0.00 | 2.45 | 443 | 0.00 03/17/2004 |
| | | | | 0.00 | 0.00 | | 62,726.40 | | USD 62,291.95 | | |

Clearing Broker: STATE STREET GLOBAL MKT EUR LTD

54244 W. R. Grace Saving And Investment

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 62,726.40 | | | | | | |
| Net Amount | | 62,291.95 | | | | | | |
| Commission | | 432.00 | | | | | | |
| Shares | | 21,600.00 | | | | | | |

Report Created By: Melissa Smith

Page: 7 of 16

Report Created At: 28 March 2006  2:32 PM

SSBT-003767
CONFIDENTIAL

# SSgA

## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

**TRADE DATE:** 03/18/2004
**PMIS ACCOUNT:** 773680
**CUSTODIAN ALIAS:** 773-000680
**Country:** United States
**Trade Date:** 03/18/2004
**Executing Broker:** ACCESS SECURITIES, 54244

W. R. Grace Saving And Investment

| 18263473 US | S | 38388F108 | GRACE W R & CO DEL NEW | 2,500.00 | 2.75000 | 0.02 | 50.00 | 0.00 | 0.27 | 443 | 0.00 03/23/2004 |
| | | | | 0.00 | 0.00 | | 6,875.00 | | USD 6,824.73 | | |

Clearing Broker: STATE STREET GLOBAL MKT EUR LTD

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 6,875.00 | | | | | | |
| Net Amount | | 6,824.73 | | | | | | |
| Commission | | 50.00 | | | | | | |
| Shares | | 2,500.00 | | | | | | |

Report Created By: Melissa Smith

Page: 8 of 16

Report Created At: 28 March 2006 2:32 PM

SSBT-003768
CONFIDENTIAL

# SSgA

## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

**TRADE DATE:** 03/25/2004
**PMIS ACCOUNT:** 773680
**CUSTODIAN ALIAS:** 773-000680

**Country:** United States
**Trade Date:** 03/25/2004
**Executing Broker:** ACCESS SECURITIES. 54244   Clearing Broker: STATE STREET GLOBAL MKT EUR LTD   443

| 18356877 US | S | 38388F108 | GRACE W R & CO DEL NEW | 50,000.00 | 2.78510 | 0.02 | 1,000.00 | 0.00 | 5.44 | 0.00 | 03/30/2004 |
| | | | | 0.00 | 0.00 | | 139,255.00 | | USD 138,249.56 | | |
| 18359179 US | S | 38388F108 | GRACE W R & CO DEL NEW | 18,600.00 | 2.88010 | 0.02 | 372.00 | 0.00 | 2.09 | 0.00 | 03/30/2004 |
| | | | | 0.00 | 0.00 | | 53,569.86 | | USD 53,195.77 | | |
| 18359178 US | S | 38388F108 | GRACE W R & CO DEL NEW | 31,400.00 | 2.90000 | 0.02 | 628.00 | 0.00 | 3.56 | 0.00 | 03/30/2004 |
| | | | | 0.00 | 0.00 | | 91,060.00 | | USD 90,428.44 | | |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 3 | 0 | 0 | | | 0 | 0 |
| Principal | | 283,884.86 | | | | | | |
| Net Amount | | 281,873.77 | | | | | | |
| Commission | | 2,000.00 | | | | | | |
| Shares | | 100,000.00 | | | | | | |

Page: 9 of 16

Report Created By: Melissa Smith          Report Created At: 28 March 2006   2:32 PM

SSBT-003769
CONFIDENTIAL

# SSgA

**STATE STREET GLOBAL ADVISORS**
**GLOBAL TRADED REPORT**

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 03/26/2004
PMIS ACCOUNT: 773680
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 03/26/2004

Executing Broker: ACCESS SECURITIES.    54244    W. R. Grace Saving And Investment

| | | | | | | | | Clearing Broker: | STATE STREET GLOBAL MKT EUR LTD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18378910 US | S | 38388F108 | GRACE W R & CO DEL NEW | 50,000.00 | 2.88890 | 0.02 | 1,000.00 | 0.00 | 5.66 | 443 | 0.00 03/31/2004 |
| | | | | 0.00 | 0.00 | | 144,945.00 | | USD 143,939.34 | | |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 144,945.00 | | | | | | |
| Net Amount | | 143,939.34 | | | | | | |
| Commission | | 1,000.00 | | | | | | |
| Shares | | 50,000.00 | | | | | | |

Report Created By: Melissa Smith    Page: 10 of 16    Report Created At: 28 March 2006  2:32 PM

# SSgA

## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004 To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 03/29/2004
PMIS ACCOUNT: 773680
CUSTODIAN ALIAS: 773-000680
Country: United States
Trade Date: 03/29/2004
Executing Broker: ACCESS SECURITIES,

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18388638 US | S | 38388F108 | GRACE W R & CO DEL NEW | 54244 | 3.06850 | 0.02 | 2,620.00 | 0.00 | 15.68 | 443 | 04/01/2004 |
| | | | | | | | | | | | |
| | | | Clearing Broker: | 131,000.00 0.00 | | | STATE STREET GLOBAL MKT EUR LTD 401,973.50 | | USD 399,337.82 | | |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 401,973.50 | | | | | | |
| Net Amount | | 399,337.82 | | | | | | |
| Commission | | 2,620.00 | | | | | | |
| Shares | | 131,000.00 | | | | | | |

Report Created By: Melissa Smith        Page: 11 of 16        Report Created At: 28 March 2006  2:32 PM

SSBT-003771
CONFIDENTIAL

# SSgA

**STATE STREET GLOBAL ADVISORS**
**GLOBAL TRADED REPORT**

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 03/30/2004
PMIS ACCOUNT: 773580
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 03/30/2004
Executing Broker: ACCESS SECURITIES,    54244    Clearing Broker:    STATE STREET GLOBAL MKT EUR LTD

| 18404240 US | S | 38388F108 | GRACE W R & CO DEL NEW | 50,000.00 | 3.01090 | 0.02 | 1,000.00 | 0.00 | 5.88 | | 443 |
| | | | | 0.00 | 0.00 | | 150,545.00 | | USD 149,539.12 | | 0.00 04/02/2004 |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 150,545.00 | | | | | | |
| Net Amount | | 149,539.12 | | | | | | |
| Commission | | 1,000.00 | | | | | | |
| Shares | | 50,000.00 | | | | | | |

Report Created By: Melissa Smith

Page: 12 of 16    Report Created At: 28 March 2006  2:32 PM

SSBT-003772
CONFIDENTIAL

# SSgA

## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 03/31/2004
PMIS ACCOUNT: 773680
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 03/31/2004

Executing Broker: ACCESS SECURITIES. 54244   W. R. Grace Saving And Investment   443

| 18430189 US | S | 36388F108 | GRACE W R & CO DEL NEW | 50,000.00 | 3.09220 | 0.02 | 1,000.00 | 0.00 | 6.03 | 0.00 | 04/05/2004 |
| | | | Clearing Broker: | 0.00 | | | 154,610.00 | | USD 153,603.97 | | |

STATE STREET GLOBAL MKT EUR LTD

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 154,610.00 | | | | | | |
| Net Amount | | 153,603.97 | | | | | | |
| Commission | | 1,000.00 | | | | | | |
| Shares | | 50,000.00 | | | | | | |

Report Created By: Melissa Smith       Page: 13 of 16       Report Created At: 28 March 2006  2:32 PM

SSBT-003773
CONFIDENTIAL

# SSgA
## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004 To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 04/01/2004
PMIS ACCOUNT: 773680
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 04/01/2004
Executing Broker: ACCESS SECURITIES.

| 18479684 US | S | 38388F108 | GRACE W R & CO DEL NEW | 54244 | 3.19290 | 0.02 | 500.00 | 0.00 | 1.87 | 443 | 0.00 04/06/2004 |
| | | | | 0.00 | 0.00 | | 79,822.50 | | USD 79,320.63 | | |

Clearing Broker: STATE STREET GLOBAL MKT EUR LTD

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 79,822.50 | | | | | | |
| Net Amount | | 79,320.63 | | | | | | |
| Commission | | 500.00 | | | | | | |
| Shares | | 25,000.00 | | 25,000.00 | | 500.00 | 79,320.63 | |

Report Created By: Melissa Smith        Page: 14 of 16        Report Created At: 28 March 2006  2:32 PM

SSBT-003774
CONFIDENTIAL

# SSgA

## STATE STREET GLOBAL ADVISORS
## GLOBAL TRADED REPORT

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

**TRADE DATE:** 04/12/2004
**PMIS ACCOUNT:** 773680
**CUSTODIAN ALIAS:** 773-000680

**Country:** United States
**Trade Date:** 04/12/2004
**Executing Broker:** LEHMAN BROTHERS

W. R. Grace Saving And Investment

| | | | | | | | | | | 74 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 18558685 US | S | 38388F108 | GRACE W R & CO DEL NEW | 6,254,117.00 | 3.50000 | 0.00 | 0.00 | 0.00 | 512.22 | 0.00 | 04/15/2004 |
| | | | | 0.00 | | Clearing Broker: | LEHMAN BROTHERS | | USD 21,888,897.28 | | |
| | | | | | | | 21,889,409.50 | | | | |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 21,889,409.50 | | | | | | |
| Net Amount | | 21,888,897.28 | | | | | | |
| Commission | | 0.00 | | | | | | |
| Shares | | 6,254,117.00 | | | | | | |

Report Created By: Melissa Smith

Page: 15 of 16

Report Created At: 28 March 2006  2:32 PM

SSBT-003775
CONFIDENTIAL

# SSgA

**STATE STREET GLOBAL ADVISORS**
**GLOBAL TRADED REPORT**

Trade Date From: 01-Feb-2004
To: 30-Apr-2004

| EXEC ID CTRY | T | SECURITY | COMPANY DESCRIPTION | EXECUTED SHARES | EXECUTED PRICE | COMM RATE | COMMISSION | CTRY TAX | SEC FEE | VALUE ADDED TAX | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STAMP DUTY | OTHER FEE | | PRINCIPAL | | NET PROCEEDS | | |

TRADE DATE: 04/13/2004
PMIS ACCOUNT: 773580
CUSTODIAN ALIAS: 773-000680

Country: United States
Trade Date: 04/13/2004    W. R. Grace Saving And Investment

Executing Broker: LEHMAN BROTHERS    Clearing Broker: LEHMAN BROTHERS

| 18564634 US | S | 38388F108 | GRACE W R & CO DEL NEW | 74 | 3.50000 | 0.00 | 0.00 | 0.00 | 1.55 | 0.00 | 04/16/2004 |
| | | | | 0.00 | 0.00 | | 66,010.00 | | USD 66,008.45 | | |

| Totals | Buys | Sells | Contr. In-Kind | Redem. In-Kind | Swap Buys | Swap Sells | Short Sells | Buys to cover |
|---|---|---|---|---|---|---|---|---|
| Transactions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal | | 66,010.00 | | | | | | |
| Net Amount | | 66,008.45 | | | | | | |
| Commission | | 0.00 | | | | | | |
| Shares | | 18,860.00 | | | | | | |

Report Created By: Melissa Smith    Page: 16 of 16    Report Created At: 28 March 2006  2:32 PM

SSBT-003776
CONFIDENTIAL