STATE STREET
GLOBAL ADVISORS

SSgA.



State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900

## NOTICE TO PARTICIPANTS
## IN THE GRACE COMPANY STOCK FUND
### APRIL 19, 2004

As participants in the Grace Savings & Investment Plan (the "Plan") know from prior notices, State Street Bank and Trust Company ("State Street") acts as investment manager for the Grace Stock Fund, an investment option under the Plan, and in that capacity, commenced selling Grace stock on the open market in late February of this year. State Street's decision reflected its belief that, in light of all the relevant facts and circumstances, it was no longer prudent for the Plan to continue to hold all of the shares of Grace stock that were then held in the Grace Stock Fund. Under this selling program, just over 930,000 shares of Grace stock were sold on the open market. As a result of these sales, together with exchanges out of the Grace Stock Fund effected pursuant to participant directions, the Plan's holding of Grace stock declined to a level at which the Plan ceased to be subject to the securities law restrictions on the number of shares that could be sold (these restrictions were referred to in item 10 of the Questions and Answers that accompanied our prior notice).

The purpose of this notice is to inform you that State Street recently negotiated and executed the sale of all of the shares of Grace stock remaining in the Grace Stock Fund at a price of $3.50 per share. This price represented a premium of approximately 15% over the prevailing market price. Given its prior decision to commence a selling program and the possibility of obtaining a premium over market for the benefit of the Plan and its participants, State Street determined that it would be consistent with the requirements of ERISA and in the best interest of the Plan participants to sell all remaining shares in the Grace Stock Fund in this negotiated sale.

As Fidelity, the Plan Trustee has indicated, it credited the proceeds from the sale of 6,254,117 shares to participant accounts in the Fixed Income Fund on Friday, April 16th. The proceeds from a very small number of remaining shares (approximately 18,000) were credited to participant accounts in the Fixed Income Fund today, Monday, April 19th. At this point, therefore, the Grace Stock Fund no longer exists.

The sale proceeds, having been credited to your account in the Fixed Income Fund, are now fully available for exchange to any other investment option or options under the Plan in accordance with the Plan's usual rules and procedures. If you have any questions regarding the amount credited to your account in the Fixed Income Fund as a result of the sale of Grace stock or the procedures for exchanging all or a portion of that amount into another investment option or options under the Plan, please contact Fidelity Participant Services Center at 1-(800)-835-5096 on any business day, as determined by the NYSE, Monday through Friday, 8:30 a.m. to midnight, Eastern time.

STATE STREET BANK AND TRUST COMPANY

SSBT-003254
CONFIDENTIAL