

| | |
|---|---|
| Dan Bayston <DAN.BAYSTON@DUFFLLC.COM> 12/08/2003 02:30 PM | **To** "'monet_ewing@ssga.com'" <monet_ewing@ssga.com>, "'kelly_driscoll@ssga.com'" <kelly_driscoll@ssga.com> **cc** "'dglosband@goodwinprocter.com'" <dglosband@goodwinprocter.com>, "'SRemis@goodwinprocter.com'" **bcc** **Subject** WR Grace 12-11-03 Presentation |

Monet and Kelly:

Enclosed is an electronic version of our presentation for the meeting this Thursday, 12/11/03.
 <<WR Grace Preliminary Presentation 12-11-03.pdf>>
PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED TO DAN.BAYSTON@DUFFLLC.COM

Daniel D. Bayston | Managing Director | DUFF & PHELPS, LLC | 312-697-4660


WR Grace Preliminary Presentation 12-11-03.pdf



SSBT-000111
CONFIDENTIAL



# GRACE

Discussion Materials

W. R. Grace & Co.

Prepared for



SSgA

STATE STREET GLOBAL ADVISORS

As Investment Manager of the W. R. Grace Common Stock Held by the W. R. Grace & Co. Savings and Investment Plan

December 11, 2003

# DUFF & PHELPS, LLC

311 South Wacker Drive
Suite 4200 · Chicago, Illinois 60606
(312) 697-4600

SSBT-000112
CONFIDENTIAL

# Table of Contents

I. Introduction

II. Company Overview

III. Voluntary Bankruptcy Filing

IV. W. R. Grace Common Stock Overview

V. Financial Analysis Framework

Appendix

A. Historical Financials

DUFF & PHELPS, LLC

SSBT-000113
CONFIDENTIAL



## Introduction

❖ Duff & Phelps, LLC ("Duff & Phelps") has been retained as independent financial advisor to State Street Global Advisors as the Investment Manager (the "Investment Manager") with respect to the shares of common stock of W. R. Grace & Co. ("Grace" or the "Company") that are held under the Company's common stock investment option that is maintained under the W. R. Grace Savings and Investment Plan Trust (the "Trust") on behalf of W. R. Grace Savings and Investment Plan (the "Plan").

❖ Duff & Phelps is engaged as independent financial advisor to the Investment Manager to review the fundamental and financial outlook for the common stock of the Company held by the Plan ("Initial Financial Analysis").

- As part of this review, Duff & Phelps will examine the current market price of the stock, taking into account third party assessments of any liabilities and potential obligations that may have contributed to the current bankruptcy proceedings.

- It is understood that Duff & Phelps will not be conducting an independent financial assessment of these liabilities and obligations.

- As part of its Initial Financial Analysis, Duff & Phelps will also examine the pricing trends of publicly-traded companies deemed comparable in whole or part to Grace and will provide its opinion on the fair market value of the Company common stock as of the date of the Initial Financial Analysis.

❖ Duff & Phelps is also engaged to provide periodic update analyses ("Update Financial Analyses") to the Investment Manager and such ongoing financial advisory services as may be reasonably requested, subsequent to the Initial Financial Analysis described above.

❖ The analysis and opinion is to be used by the Investment Manager in considering whether to continue to hold Grace common stock.

DUFF & PHELPS, LLC

1

SSBT-000114
CONFIDENTIAL



## Company Overview

### General Business Overview

- W. R. Grace was originally formed in 1854 and was incorporated in 1899 as a merchant steamship transportation line. The Company began to move into the specialty chemical industry in the early 1950s with the purchase of Davison Chemical Company and Dewey & Almy Chemical Company. The Company continued to operate as a combined ship transportation line and specialty chemical company until 1996 when it received approximately $3.0 billion in after-tax cash proceeds from the divestiture of non-chemical business operations. In 1997, the Company successfully completed a stock repurchase of 28 million shares and emerged in 1998 as a global specialty chemical company. The Company is currently headquartered in Columbia, Maryland and employees 6,400 employees worldwide.

- The Company, through its subsidiaries, manufactures specialty chemicals and materials through two business segments: Davison Chemicals (products include chemical and refining catalysts, silicas and absorbants) and Performance Chemicals (manufactures building and construction chemicals and various container products). The Company's end markets include oil refineries, plastic manufacturers, chemical manufacturers, consumer product companies, pharmaceutical companies, and construction companies.



2002 Sales By Geography
- United States 46%
- Latin America 6%
- Canada & Puerto Rico 3%
- Europe 30%
- Asia Pacific 15%

2002 Revenue By Segment
- Davison Chemicals 52%
- Performance Chemicals 48%

Source: Company 10-K dated December 31, 2002

DUFF & PHELPS, LLC

2

SSBT-000115
CONFIDENTIAL



## *Company Overview*

### Davison Chemicals Segment

- The Davison Chemicals Segment manufactures two product groups: catalysts and silica products and absorbents. These products are specification-driven and sold to a diverse customer base including major oil refineries, plastics and chemical manufacturers, consumer products, and pharmaceutical and nutraceutical companies.

- This business segment produces three types of catalysts and four types of silicas and absorbents:

#### Catalysts

- Fluid cracking catalysts and additives used by petroleum refineries to convert distilled crude oil into transportation fuels and other petroleum-based products;

- Hydroprocessing catalysts that upgrade heavy oils and remove certain impurities; and

- Polyolefin catalysts and catalyst supports that are used in manufacturing polyethylene resins used in products as plastic film, plastic pipe and plastic household containers.

#### Silicas and Absorbents

- Silica gels used in coatings as matting agents to reduce gloss, in plastics to improve handling, in pharmaceuticals as a formulating agent, in toothpastes as abrasives and whiteners; in foods to carry flavors and prevent caking, and in the purification of edible oils and beer stabilization;

- Colloidal silicas used primarily as binders in precision investment casting and refractory applications;

- Precipitated silicas used predominantly in the manufacture of tires and other industrial rubber goods; and

- Zeolite absorbents used between the panes of glass to absorb moisture and are also used in process applications to absorb water and separate certain chemical components from mixtures.

DUFF & PHELPS, LLC

3

SSBT-000116
CONFIDENTIAL



## Company Overview

### Performance Chemicals Segment

❖ The Performance Chemicals Segment, based on Cambridge, Mass., manufactures specialty construction chemicals, specialty building materials, and sealants and coatings. These products are sold to companies in both the residential and nonresidential construction industry as well as home repair firms.

<u>Specialty Construction Chemicals</u>

■ Specialty construction chemicals add strength, control corrosion and enhance the handling and application of concrete, improve the manufacturing efficiency and performance of cement, and improve water resistance and other qualities of masonry wall and paving systems. Products include concrete admixtures, cement additives and masonry products.

<u>Specialty Building Materials</u>

■ Specialty building materials prevent structural water damage, protect structural steel against collapse caused by fire, and provide insulation. Products include vermiculite products used in insulation, waterproofing chemicals, and flame retardant chemicals.

<u>Sealants and Coatings</u>

■ Sealants and coatings are used to assure the quality of packaging and to preserve container contents. Products include can sealants, closure sealants, coatings, and specialty barrier coatings.

- Can sealants ensure a seal between the lid and body of a beverage, food, aerosol and other cans.
- Closure sealants are used to seal pry-off and twist-off metal crowns for glass, plastic bottles and jars used in beverage and food applications.
- Coatings are used in the manufacture of cans and closures to protect metal against corrosion and to protect the contents against the influences of metal.
- Specialty barrier coatings are used to improve the gas or vapor barrier performance of various packaging materials.

DUFF & PHELPS, LLC

SSBT-000117
CONFIDENTIAL





## Company Overview

Product and Sales Overview By Segment

❖ Davison Chemicals Segment

❖ Performance Chemicals Segment

SSBT-000118
CONFIDENTIAL

## Company Overview

Pre-Tax Operating Income Overview By Segment

- Davison Chemicals Segment

- Performance Chemicals Segment



SSBT-000119
CONFIDENTIAL



## Company Overview

### W. R. Grace Operational Performance

* W. R. Grace has achieved a 3-year revenue compound annual growth rate of 7.3%. Although revenue growth has been consistent, there has been downward pressure on EBIT and EBITDA margins due to added pension related expenses to account for poor investment returns, high medical and other employee related costs, and increasing raw material and manufacturing related costs.

**W. R. Grace Historical Financial Performance**
**December 31, 2000-2002 and LTM September 30, 2003**
*($ in millions)*

|  | LTM 9/30/2003 | 2002 | 2001 | 2000 | 3-year CAGR |
|---|---|---|---|---|---|
| Revenue | $1,913 | $1,817 | $1,723 | $1,597 |  |
| Revenue Growth |  | 5.5% | 7.9% | 8.5% | 7.3% |
| EBITDA | $220 | $254 | $262 | $265 |  |
| EBITDA Growth |  | -3.1% | -1.1% | 5.2% | 0.3% |
| EBITDA Margin | 11.5% | 14.0% | 15.2% | 16.6% |  |
| EBIT | $120 | $160 | $173 | $177 |  |
| EBIT Growth |  | -7.9% | -2.3% | 7.2% | -1.2% |
| EBIT Margin | 6.3% | 8.8% | 10.1% | 11.1% |  |

DUFF & PHELPS, LLC

7

SSBT-000120
CONFIDENTIAL



## Company Overview

### W. R. Grace Balance Sheet Overview

❖ For the period ending September 30, 2003, current assets totaled $935 million compared to $830 million for the period ending December 31, 2002. Of this $935 million, cash and cash equivalents totaled $300 million, accounts receivable totaled $362 million vs. $311 million in FY 2002, and inventories totaled $209 million vs. $172 million in FY 2002. Current liabilities totaled $264 million on September 30, 2003 compared to $243 million in FY 2002. Of this $264 million, current debt was $11 million vs. $3 million in FY 2002, accounts payable was $109 vs. $98 million in FY 2002, and other current liabilities was $131 million vs. $130 million in FY 2002. As of September 30, 2003 there was a shareholder equity deficit of $174.1 million compared to a deficit of $222.2 million on December 31, 2002.



W. R. Grace Balance Sheet Analysis

DUFF & PHELPS, LLC

8

SSBT-000121
CONFIDENTIAL



## Voluntary Bankruptcy Filing

- On April 2, 2001, Grace filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, in response to a sharply increasing number of asbestos-related bodily injury claims.

- Grace's non-U.S. subsidiaries and some of its U.S. subsidiaries were not included in the Filing.

- During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product.

- Since the Filing, Grace has been able to continue its normal business activities and has established a debtor-in-possession post-petition facility with Bank of America for the aggregate amount of $250 million.

DUFF & PHELPS, LLC

9

SSBT-000122
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

**Common Stock Data**

❖ Due to the bankruptcy filing, analysts currently do not cover the Company.

| Common Stock Data as of December 5, 2003 | |
|---|---|
| Stock Price | $2.61 |
| High (7/8/2003) | $5.52 |
| Low (3/31/2003) | $1.48 |
| Shares Outstanding | 65.56 million |
| Institutional Ownership | 38.5% |
| Public Float | 65.10 million |
| Market Capitalization | $173.73 million |
| Average Daily Trading Volume | 509,409 |

DUFF & PHELPS, LLC

10

SSBT-000123
CONFIDENTIAL



W. R. Grace & Co. Common Stock Overview

Price/Volume Chart

W. R. Grace Annotated Stock Price Chart
December 5, 1998 - December 5, 2003

DUFF & PHELPS, LLC

11

SSBT-000124
CONFIDENTIAL

# Financial Analysis Framework

**Financial Analysis**

- ❖ Determination of Per Share Equity Value Range
  - ▪ Normalized Enterprise Value
    - ◆ Comparable industry specialty chemical companies valuation multiples
    - ◆ Comparable change of control transaction valuation multiples
    - ◆ Review of third party estimates of asbestos and other liabilities
  - ▪ Probability Sensitivity Analysis

- ❖ Review of Grace's Equity Market Trends
  - ▪ Historical Trading Price and Volume
  - ▪ Market Float
  - ▪ Institutional Ownership
  - ▪ Short Interest
  - ▪ Review of Equity Market Trends of Companies in Bankruptcy

- ❖ Other Financial Observations—Selected Insurance Companies
  - ▪ Review of Companies with Material Asbestos Expenses
  - ▪ Credit Ratings Trends
  - ▪ Yield Spread Trends

- ❖ Fairness Asbestos Injury Resolution ("FAIR") Act Financial Implications

GRACE                                                                 DUFF & PHELPS, LLC

12

SSBT-000125
CONFIDENTIAL

W. R. GRACE & COMPANY
COMPARATIVE CONSOLIDATED INCOME STATEMENT AND COMPREHENSIVE INCOME
Years Ended December 31, 2000 - 2002 and the LTM Period Ending September 30, 2003
($ in millions)

| | LTM Ended 09/30/2003 | 9 Months Ended September 30, 2003 | 9 Months Ended September 30, 2002 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|---|
| Net sales | $1,913 | $1,480 | $1,385 | $1,817 | $1,723 | $1,597 |
| Cost of goods sold | 1,258 | 963 | 854 | 1,149 | 1,079 | 974 |
| Gross profit | 655 | 517 | 531 | 668 | 644 | 624 |
| Selling, general and administrative expenses | 383 | 276 | 256 | 362 | 332 | 313 |
| Research and development expenses | 52 | 40 | 40 | 52 | 49 | 46 |
| Total selling, general and administrative expenses | 435 | 317 | 295 | 414 | 382 | 358 |
| EBITDA | 220 | 201 | 235 | 254 | 262 | 265 |
| Depreciation and amortization | 100 | 76 | 71 | 95 | 89 | 88 |
| Operating income | 120 | 125 | 165 | 160 | 173 | 177 |
| Other income (expense) | | | | | | |
| Interest expense and related financing costs | (17) | (12) | (15) | (20) | (37) | (28) |
| Provision for environmental remediation | (106) | (53) | (19) | (71) | (6) | (10) |
| Net pension expense | (25) | (40) | (15) | 0 | 0 | 0 |
| Provision for asbestos related litigation, net of insurance | 0 | 0 | 0 | 0 | 0 | (208) |
| Other income | 23 | 0 | 0 | 23 | 31 | 50 |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | (4) | 20 | 116 | 92 | 162 | (20) |
| Chapter 11 reorganization expenses, net | (20) | (12) | (21) | (30) | (16) | 0 |
| Provision for income taxes | (8) | (14) | (44) | (38) | (64) | (70) |
| Minority interest in consolidated entities | 1 | 0 | (2) | (2) | (4) | 0 |
| Net income (loss) | ($31) | ($6) | $48 | $22 | $79 | ($90) |
| Basic earnings per share: | | | | | | |
| Net income (loss) | ($0.48) | ($0.09) | $0.73 | $0.34 | $1.20 | ($1.34) |
| Diluted earnings per share: | | | | | | |
| Net income (loss) | ($0.48) | ($0.09) | $0.73 | $0.34 | $1.20 | ($1.34) |

Source: Audited financial statements.

A-1

DUFF & PHELPS, LLC

SSBT-000126
CONFIDENTIAL

W. R. G[RACE] [CO]MPANY
COMPARATIVE CONSOL[IDAT]ED BALANCE SHEET
As of December 31, 2000 - 2002 and the LTM Period Ending September 30, 2003
($ in millions)

| | 9/30/2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $300 | $283 | $191 | $192 |
| Accounts receivable | 362 | 311 | 302 | 197 |
| Inventories | 209 | 172 | 180 | 144 |
| Deferred income taxes | 40 | 28 | 23 | 99 |
| Asbestos related insurance expected to be realized within one year | 0 | 0 | 10 | 84 |
| Other current assets | 24 | 36 | 30 | 58 |
| Total current assets | 935 | 830 | 736 | 774 |
| Property and equipment, net | 635 | 621 | 589 | 602 |
| Goodwill | 70 | 65 | 56 | 14 |
| Cash value of life insurance policies expected to be realized within one year | 91 | 82 | 76 | 104 |
| Deferred income taxes | 567 | 567 | 503 | 388 |
| Asbestos related insurance expected to be realized after one year | 272 | 283 | 284 | 288 |
| Other assets, net | 253 | 240 | 276 | 394 |
| **TOTAL ASSETS** | $2,822 | $2,688 | $2,518 | $2,585 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | |
| Liabilities not subject to compromise | | | | |
| **Current Liabilities** | | | | |
| Debt payable within one year | $11 | $3 | $6 | $418 |
| Accounts payable | 109 | 98 | 86 | 118 |
| Income taxes payable | 13 | 11 | 14 | 123 |
| Asbestos related liability expected to be satisfied within one year | 0 | 0 | 0 | 178 |
| Other current liabilities | 131 | 130 | 126 | 256 |
| Total current liabilities | 264 | 243 | 233 | 1,093 |
| Deferred income taxes | 34 | 31 | 21 | 20 |
| Asbestos related liability expected to be satisfied after one year | 0 | 0 | 0 | 928 |
| Other liabilities | 312 | 301 | 95 | 616 |
| Total liabilities not subject to compromise | 611 | 575 | 349 | 2,656 |
| Liabilities subject to compromise | 2,385 | 2,335 | 2,312 | 0 |
| Total Liabilities | 2,996 | 2,910 | 2,660 | 2,656 |
| Shareholders' equity | | | | |
| Common stock | 1 | 1 | 1 | 1 |
| Treasury stock | (136) | (137) | (137) | (136) |
| Additional paid in capital | 432 | 433 | 433 | 432 |
| Retained earnings | (121) | (116) | (138) | (216) |
| Accumulated other comprehensive loss | (350) | (403) | (301) | (152) |
| Total shareholders' equity (deficit) | (174) | (222) | (142) | (71) |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | $2,822 | $2,688 | $2,518 | $2,585 |
| Working Capital | $671 | $587 | $503 | $-319 |
| Current Ratio | 3.5 | 3.4 | 3.2 | 0.7 |

Source: Audited financial statements

A-2

DUFF & PHELPS, LLC

SSBT-000127
CONFIDENTIAL

W. R. GRACE & COMPANY
COMPARATIVE CONSOLIDATED CASH FLOW STATEMENT
For the Periods of December 31, 2000 - 2002 and the LTM Period Ending September 30, 2003
($ in millions)

| | 9 Months Ended 09/30/2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | $20 | $92 | $162 | ($20) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities | | | | |
| Depreciation and amortization | 76 | 95 | 89 | 88 |
| Interest accrued on pre-petition debt subject to compromise | 9 | 15 | 23 | 0 |
| Gain on sales of investments | 0 | (1) | (8) | (19) |
| Gain on disposal of assets | 0 | (1) | (2) | 0 |
| Loss on disposal of assets | 1 | 0 | 0 | (6) |
| Provision for environmental remediation | 53 | 71 | 6 | 10 |
| Provision for asbestos related litigation, net of insurance | 0 | 0 | 0 | 208 |
| Income from life insurance policies, net | (4) | (5) | (5) | (6) |
| Changes in assets and liabilities, excluding effect of businesses acquired/divested and foreign currency translation: | | | | |
| Decrease (Increase) in working capital items | (36) | 23 | (61) | (29) |
| Contributions to defined benefit pension plans | (33) | 0 | 0 | 0 |
| Increase in accounts receivable due to termination of securitization program | 0 | 0 | (65) | 0 |
| Expenditures for asbestos related litigation | (8) | (13) | (110) | (282) |
| Proceeds from asbestos related insurance | 11 | 11 | 79 | 86 |
| Expenditures for environmental remediation | (7) | (20) | (25) | (37) |
| Expenditures for postretirement benefits | (9) | (22) | (22) | (23) |
| Net expenditures for retained obligations of discontinued operations | (3) | (5) | (13) | (35) |
| Changes in accruals and other non-cash items | 45 | 15 | 7 | (51) |
| Net cash provided by (used for) operating activities before income taxes and Chapter 11 reorganization expenses | 95 | 234 | 54 | (115) |
| Chapter 11 reorganization expenses paid, net | (14) | (27) | (12) | 0 |
| Income taxes paid, net of refunds | (16) | (32) | (28) | (28) |
| Net cash provided by operating activities | 64 | 195 | 15 | (144) |
| **Cash flows from investing activities:** | | | | |
| Capital expenditures | (66) | (91) | (63) | (65) |
| Businesses acquired in purchase transactions, net of cash acquired | (6) | (29) | (84) | (49) |
| Investments in life insurance policies | (11) | (16) | (18) | (30) |
| Proceeds from life insurance policies | 10 | 19 | 18 | 19 |
| Proceeds from sales of investments | 0 | 1 | 8 | 19 |
| Proceeds from disposals of assets | 4 | 5 | 8 | 12 |
| Net cash used in investing activities | (67) | (111) | (131) | (94) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from loans secured by cash value of life insurance, net of repayments | 0 | (5) | (5) | (5) |
| Borrowings under credit facilities, net of repayments | 7 | (3) | (3) | 311 |
| Borrowings under debtor in possession facility, net of fees | 47 | 19 | 72 | 0 |
| Repayments of term debt | (3) | 0 | 0 | (25) |
| Repayment of borrowings under debtor in possession facility | (30) | (20) | (75) | 0 |
| Exercise of stock options | 0 | 0 | 0 | 6 |
| Purchase of treasury stock | 0 | 0 | (1) | (47) |
| Net cash provided by (used in) financing operations | 1 | (9) | 123 | 240 |
| Effect of currency exchange rate changes on cash and cash equivalents | 19 | 16 | (7) | (10) |
| Net Increase (Decrease) in Cash and Cash Equivalents | $16 | $92 | $0 | ($58) |
| Cash and cash equivalents at beginning of year | 283.6 | 191 | 192 | 200 |
| Cash and cash equivalents at end of year | $300 | $283 | $191 | $192 |

A-3

DUFF & PHELPS, LLC

SSBT-000128
CONFIDENTIAL