



# Company Overview

Pre-Tax Operating Income Overview By Segment

- Davison Chemicals Segment

  Davison Chemicals Historical Operating Income
  ($ in millions)

- Performance Chemicals Segment

  Performance Chemicals Historical Operating Income
  ($ in millions)

SSBT-000191
CONFIDENTIAL

## Company Overview

### W. R. Grace Operational Performance

- W. R. Grace has achieved a 3-year revenue compound annual growth rate of 7.3%. Although revenue growth has been consistent, there has been downward pressure on EBIT and EBITDA margins due to added pension related expenses to account for poor investment returns, high medical and other employee related costs, and increasing raw material and manufacturing related costs.

**W. R. Grace Historical Financial Performance**
**December 31, 2000-2002 and LTM September 30, 2003**
*($ in millions)*

|  | LTM 9/30/2003 | 2002 | 2001 | 2000 | 3-year CAGR |
|---|---|---|---|---|---|
| Revenue | $1,921 | $1,817 | $1,723 | $1,597 |  |
| Revenue Growth |  | 5.5% | 7.9% | 8.5% | 7.3% |
| EBITDA | $228 | $254 | $262 | $265 |  |
| EBITDA Growth |  | -3.1% | -1.1% | 5.2% | 0.3% |
| EBITDA Margin | 11.9% | 14.0% | 15.2% | 16.6% |  |
| EBIT | $128 | $160 | $173 | $177 |  |
| EBIT Growth |  | -7.9% | -2.3% | 7.2% | -1.2% |
| EBIT Margin | 6.7% | 8.8% | 10.1% | 11.1% |  |

DUFF & PHELPS, LLC

19

SSBT-000192
CONFIDENTIAL

## Company Overview

### W. R. Grace Balance Sheet Overview

- For the period ending September 30, 2003, current assets totaled $935 million compared to $830 million for the period ending December 31, 2002. Of this $935 million, cash and cash equivalents totaled $300 million, accounts receivable totaled $362 million vs. $311 million in FY 2002, and inventories totaled $209 million vs. $172 million in FY 2002. Current liabilities totaled $264 million on September 30, 2003, compared to $243 million in FY 2002. Of this $264 million, current debt was $11 million vs. $3 million in FY 2002, accounts payable was $109 million vs. $88 million in FY 2002, and other current liabilities was $131 million vs. $130 million in FY 2002. As of September 30, 2003 there was a shareholder equity deficit of $174.1 million compared to a deficit of $222.2 million on December 31, 2002.



W. R. Grace Balance Sheet Analysis

GRACE

DUFF & PHELPS, LLC

20

SSBT-000193
CONFIDENTIAL



## Industry Overview

### The Global Specialty Chemicals Industry

- Companies within the $1.85 trillion global chemistry industry convert air, energy and minerals into intermediate products for the consumer and industrial markets. Within the chemical industry, only about 16% of it, or $295 billion, represents specialty products, which are defined as products that are sold on the basis of their performance, not composition. The niche nature of specialty chemicals and the tendency for companies to focus on a few product areas has resulted in a large number of modestly sized companies, with a few large European multi-specialty companies and smaller companies keeping competition vibrant. Long-term demand growth for specialty chemicals is estimated at 3.4%.

- Because the market for specialty chemicals is worldwide, most companies are global, with half their sales overseas, yet market capitalizations are small, with most below $5 billion. The chart below illustrates the global nature of specialty chemical demand, with the United States only making up for 38% of the worldwide specialty chemical market.



Specialty Chemical Market By Region

Source: Deutsche Bank Specialty Chemical Industry research report dated May 1, 2003.

21.

DUFF & PHELPS, LLC

SSBT-000194
CONFIDENTIAL

# GRACE

## Industry Overview

### The Current Nature of the Industry

❖ Since the mid-1990s, the nature of the specialty chemicals industry has had some fundamental changes which have reduced secular growth rates as well as EBIT and EBITDA margins. Deutsche Bank sites three main reasons for the reduced growth rates and margins:

- Specialty chemical sales volume has slowed from mid to high single digit growth achieved in the mid 1990s to 3-4% growth in the current atmosphere, due to a weak economy.
- Increasing pricing pressure has ensued from lower inflation and the pressure from the customer base.
- More aggressive competition is present due to limited internal growth, customer consolidation, and the disappearance of barriers to entry.

❖ Although current EBIT and EBITDA margins are below mid-1990s levels, slight margin improvement was achieved in 2002. Analysts believe that the bottom of the specialty chemical industry downturn was reached in 2001 and early 2002, while the U.S. economy was in the middle of its recession. Analysts believe the specialty chemical industry will see margin improvement as the U.S. economy grows in 2004, when GDP growth is predicted to reach 4.7%, up from the predicted 2.7% growth in 2003.



Specialty Chemical Industry Margins

Source: Deutsche Bank Specialty Chemical industry research report dated May 1, 2003, Standard & Poor's Specialty Chemical Industry report dated October 2003, and Duff & Phelps estimates.

DUFF & PHELPS, LLC

22

SSBT-000195
CONFIDENTIAL

# Industry Overview

## The Current Nature of the Industry (continued)

❖ In response to the topics effecting margins and sales volume growth talked about on the previous page, many specialty chemical companies have significantly improved their operating characteristics in three major ways:

- As customers have globalized and consolidated over the past decade, specialty chemical companies have enhanced global capabilities and broadened product lines. Specialty chemical companies have begun to act like large global organizations by reducing the number of products, focusing on branded products, and managing businesses globally and by market instead of on a regional basis.

- There has been a trend toward supplier consolidation which will allow specialty chemical companies to increasingly focus on core businesses, defined as those with leading market and technology positions. Core businesses will offer the best prospect for leveraging companies' competitive advantages (global capabilities, broad product lines, leading technologies).

- In response to the customers' increasing demand for differentiated, value-added products, specialty chemical companies have responded by enhancing product development. As a result of this change, the marketing and R&D departments are becoming more closely aligned which will result in new product initiatives that are better targeted at a specific market or customer.

Source: Deutsche Bank Specialty Chemical industry research report dated May 1, 2003

23.

DUFF & PHELPS, LLC

SSBT-000196
CONFIDENTIAL



# Industry Overview

## An Overview of the Catalysts Market Segment

❖ The catalyst market (approximately 52% of Grace's sales) is valued at $9.5 billion and is expected to grow at an annual rate of 3.3%. Products that depend on catalysts total about $500 billion and include petroleum products, automobiles, chemicals, pharmaceuticals, synthetic rubber, and plastics.

**Major Participants In The Catalyst Industry**

| | |
|---|---|
| Engelhard | OM Group |
| W. R. Grace & Co. | Dow Chemical |
| Air Products | ExxonMobil |
| Akzo Nobel | FMC Corporation |
| Albemarle Corporation | Solutia, Inc. |

❖ The following is a list of trends evident in the catalyst market segment:

- Most growth will occur outside the U.S., Western Europe and Japan for certain catalysts
- As income increases in developing countries within Asia and Latin America, the demand for automobiles will increase
- Environmental mandates for lower sulfur products will increase
- The U.S. boasts the highest growth prospects in catalyst consumption because of legislature that will require low sulfur fuel, which requires catalysts in the manufacturing process
- Given the shift of the manufacturing base to Asia, overall catalyst demand will show modest growth into the future

Source: Deutsche Bank Specialty Chemical Industry research report dated May 1, 2003

24

DUFF & PHELPS, LLC

SSBT-000197
CONFIDENTIAL

# Valuation Analysis

## Introduction

❖ Recognizing that Grace's common stock is actively traded in the public equity markets, we have independently determined a reasonable pricing range for the stock given the factors we believe should impact the value to equity investors. First, we have ascertained the normalized enterprise value for Grace's core operating business.

- Analyze comparable industry specialty chemical companies and observe market valuation multiples

  • Use the current market prices to estimate the market value of the comparable companies and multiples of value relative to significant financial variables (e.g., earnings, operating cash flow, stockholders' equity) for each of the comparable companies

  • Assess qualitative and quantitative differences, including historical financial performance, expected future performance, and other investment considerations such as size and specific business risks, of the subject company versus each of the comparable companies

- Analyze comparable change of control transaction valuation multiples

  • Use the transaction price to estimate the market value of the comparable companies and multiples of value relative to significant financial variables (e.g., earnings, operating cash flow, stockholders' equity) for each of the transactions

  • Assess qualitative and quantitative differences of the subject company versus each of the subject companies

- Apply adjusted valuation multiples to the appropriate financial variables of Grace to indicate its enterprise value

❖ After the normalized enterprise value is determined, we add to the enterprise value the estimated value of nonoperating assets and subtract the value of nonoperating liabilities.

- Review of third party estimates of asbestos and other liabilities

- Consider the value of items such as the Sealed Air and Fresenius settlement proceeds and liabilities subject to compromise (e.g., pre-petition debt, income taxes, and post-retirement healthcare benefits)

DUFF & PHELPS, LLC

25

SSBT-000198
CONFIDENTIAL

## Valuation Analysis

### Comparable Company Valuation Summary

| | Market Data | | LTM Financial Performance | | LTM Margin Analysis | | | Enterprise Value / | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company | Price 1/22/2004 | Enterprise Value (millions) | Revenue (millions) | EBITDA (millions) | Revenue Growth | Gross Margin | EBITDA Margin | LTM Revenues | LTM EBITDA | Projected EBITDA |
| Albemarle Corp (ALB) | $30.30 | $1,452 | $1,067 | $179.7 | 7.2% | 29.1% | 16.8% | 1.36x | 8.1x | 7.0x |
| Cabot Corp (CBT) | 30.32 | 2,283 | 1,796 | 297.0 | 15.3 | 31.0 | 16.5 | 1.27 | 7.7x | 7.0 |
| Cytec Industries, Inc. (CYT) | 36.54 | 1,616 | 1,454 | 236.6 | 10.5 | 30.5 | 16.3 | 1.11 | 6.8x | 6.0 |
| Eastman Chemical (EMN) | 39.26 | 5,188 | 5,681 | 549.0 | 7.7 | 20.2 | 9.7 | 0.91 | 9.4x | 7.3 |
| Engelhard Corp. (EC) | 29.06 | 4,045 | 3,586 | 398.1 | -3.4 | 21.0 | 11.1 | 1.13 | 10.2x | 8.0 |
| Ferro Corp. (FOE) | 26.39 | 1,621 | 1,581 | 156.8 | 4.6 | 24.2 | 9.9 | 1.02 | 10.3x | 8.4 |
| Fuller (H.B.) Co. (FUL) | 28.55 | 1,026 | 1,271 | 138.1 | 1.7 | 32.4 | 10.9 | 0.81 | 7.4x | 6.7 |
| Great Lakes Chemical Corp. (GLK) | 26.56 | 1,613 | 1,453 | 162.9 | 7.1 | 27.3 | 11.2 | 1.11 | 9.9x | 8.2 |
| Mean | | | | | 6.3% | 27.0% | 12.8% | 1.09x | 8.7x | 7.3x |
| Median | | | | | 7.1% | 28.2% | 11.2% | 1.11x | 8.8x | 7.2x |

NM = Not Meaningful
Enterprise Value represents market capitalization plus debt, preferred stock, and minority interests, less cash and equivalents.
LTM = Latest twelve months
EBITDA = Earnings before interest, taxes, depreciation and amortization

DUFF & PHELPS, LLC

26

# *Valuation Analysis*

## Comparable Transaction Valuation Analysis

**W.R. Grace & Co.**
**Comparable Transaction Analysis for the Specialty Chemical Sector**
**For the Period of January 1999 through January 2004**

| Date Announced | Target Name | Target Business Description | Acquirer Name | Enterprise Value | Target Revenue | Target EBITDA | Enterprise Value / Target Revenue | Enterprise Value / Target EBITDA |
|---|---|---|---|---|---|---|---|---|
| 25 Mar 2003 | Pacer Technology | Manufactures and markets high performance adhesives, sealants and related products | CYAN Investments LLC | $16.52 | $25.17 | $2.36 | 0.66x | 7.01x |
| 04 Nov 2002 | Osmonics, Inc. | Manufactures machines used in the treatment and purification of water | General Electric Co. | 273.30 | 211.00 | 24.40 | 1.30x | 11.21x |
| 23 Jul 2002 | ChemFirst, Inc. | Produces electronic and other specialty chemicals, for use in the semiconductor industry and for agricultural, pharmaceutical, polymer, photographic, and photosensitive applications | DuPont EI de Nemours & Co. | 395.00 | 266.32 | 28.81 | 1.48x | 13.72x |
| 08 Jul 2002 | International Specialty Products, Inc. | Manufactures specialty chemicals and mineral products | Management Group (Chairman Samuel J. Heyman) | 1,358.78 | 803.34 | 133.93 | 1.69x | 10.15x |
| 02 May 2002 | Advanced Technical Products, Inc. | Manufactures advanced composite-based products from high-strength fibers for the aerospace and defense markets, and commercial applications | General Dynamics Corporation | 252.03 | 192.41 | 24.98 | 1.27x | 10.09x |
| 12 Feb 2002 | BetzDearborn (Hercules, Inc.) | Provides engineered chemical treatment of water and process systems for complex industrial applications | IQE Specialty Materials | 1,800.00 | 1,000.00 | 217.00 | 1.80x | 8.29x |
| 21 Jan 2002 | Gaylord Container Corporation | Manufactures and distributes specialty chemicals, corrugated containers and sheets, containerboard, unbleached kraft paper, and multiwall bags | Temple-Inland, Inc. | 1,777.48 | 1,104.30 | 100.40 | 1.61x | 17.68x |
| 01 Nov 2001 | High Plains Corporation | Manufactures fuel-grade industrial-grade ethanol | Abengoa SA | 107.70 | 166.51 | 13.24 | 0.65x | 8.13x |
| 11 Jun 2001 | SeraCare, Inc. | Manufactures and markets plasma based diagnostic products and tests | Grupo Grifols | 139.36 | 74.95 | 9.65 | 1.87x | 14.50x |
| 29 Mar 2001 | Ascot Plc | A marketer of specialty chemical products | Dow Chemical Co. | 502.13 | 311.80 | 47.60 | 1.61x | 10.59x |
| 29 Nov 2000 | Performance Materials (BF Goodrich) | A global producer and marketer of technologically advanced specialty chemicals for a broad range of consumer and industrial applications | AEA Investors, DLJ, DB Capital | 1,300.00 | 1,166.67 | NA | 1.20x | NA |
| 08 Nov 2000 | Benjamin Moore & Co. | Formulates, manufactures, and sells paint and other coatings | Berkshire Hathaway, Inc. | 1,007.34 | 825.23 | 106.06 | 1.22x | 9.50x |
| 25 Sep 2000 | Bush Boake Allen, Inc. | Supplies flavors and fragrances to the world's leading consumer products companies for use in foods, beverages, soaps and detergents, cosmetics, toiletries, personal care items and related products | International Flavors & Fragrances, Inc. | 936.73 | 491.95 | 71.20 | 1.91x | 13.16x |
| 30 Aug 2000 | Sybron Chemicals, Inc. | Manufactures specialty chemicals | Bayer AG | 316.87 | 282.89 | 30.06 | 1.12x | 10.54x |
| 05 Aug 2000 | Catalytica, Inc. | A holding company with subsidiaries which develop catalysts, catalytic systems and processes to eliminate or minimize environmental pollution | DSM NV | 800.00 | 427.17 | 63.52 | 1.87x | 12.59x |
| 26 Jul 2000 | Chemfab Corporation | Manufactures and markets polymer-based engineered products and materials systems | Compagnie de Saint-Gobain / Norton Co. | 171.19 | 120.00 | 18.47 | 1.43x | 9.42x |

27

**DUFF & PHELPS, LLC**

SSBT-000200
CONFIDENTIAL

# Valuation Analysis

## Comparable Transaction Valuation Analysis (continued)

**W.R. Grace & Co.**
Comparable Transaction Analysis for the Specialty Chemical Sector
For the Period of January 1999 through January 2004

| Date Announced | Target Name | Target Business Description | Acquiror Name | Enterprise Value | Target Revenue | Target EBITDA | Enterprise Value / Target Revenue | Enterprise Value / Target EBITDA |
|---|---|---|---|---|---|---|---|---|
| 10 Jul 2000 | Dexter Corporation | Produces specialty materials for the aerospace industry, including adhesive and structural materials, acoustic materials and thermoplastic olefin compounds for the automotive industry | Invitrogen Corporation | 1,444.26 | 1,035.89 | 161.78 | 1.39x | 8.89x |
| 28 Jun 2000 | Mallinckrodt Inc. | Produces healthcare products and specialty chemicals | Tyco International Ltd. | 3,956.64 | 2,630.20 | 541.00 | 1.50x | 7.31x |
| 04 May 2000 | McWhorter Technologies Inc. | Manufactures resins used in paint, coatings, reinforced fiberglass and plastics | Eastman Chemical Co. | 351.03 | 443.80 | 42.78 | 0.79x | 8.21x |
| 23 Aug 1999 | BIP Ltd. | Manufactures specialty plastics and specialty resins | Cyro Industries, Inc. | 42.40 | 25.00 | NA | 1.70x | NA |
| 04 Aug 1999 | Ineos Mining Chemical (LaPorte Plc) | A global manufacturer of a wide variety of specialty chemicals | Cyxo Industries, Inc. | 25.00 | 16.00 | NA | 1.56x | NA |
| 04 Aug 1999 | Union Carbide Corporation | A diversified chemical manufacturing company | Dow Chemical Co. | 12,076.37 | 5,459.00 | 855.00 | 2.21x | 14.12x |
| 28 Jun 1999 | Nalco Chemical Co. | A manufacturer of water treatment and process chemicals; performs water treatment services | Suez Lyonnaise des Eaux S.A. | 4,630.20 | 1,616.60 | 358.80 | 2.86x | 12.90x |
| 15 Jun 1999 | Calgon Corp. (English China) | A manufacturer of water softener chemicals for the laundry industry | Degussa S.A. | 425.00 | 284.00 | NA | 1.50x | NA |
| 01 Jun 1999 | Witco Corporation | Manufactures industrial chemicals such as metallic stearates and polyether and polyester urethane resins | Crompton & Knowles Corporation | 1,903.23 | 1,914.75 | 245.36 | 0.94x | 6.53x |
| 28 Apr 1999 | Lawter International | Manufactures and distributes printing ink vehicles, compounds and powders, and synthetic and hydrocarbon resins for the graphic arts industry | Eastman Chemical Co. | 508.15 | 215.19 | 43.77 | 2.36x | 11.61x |
| 09 Apr 1999 | RB Rubber Products, Inc. | Recycles rubber and processes scrap tires and rubber. | Dash Multi-Corp, Inc. | 8.25 | 8.59 | 0.56 | 0.96x | 14.68x |
| 05 Apr 1999 | Irathane Systems | Division of Illinois Tool Works; produces urethane-related products for mineral processing, paper and electric power industries. | Industrial Rubber Products | 8.00 | 9.59 | 1.29 | 0.83x | 6.21x |
| 23 Mar 1999 | Hilox Corporation of America | Manufactures and markets pigments and extenders used in the manufacture of paint, industrial coatings, and plastics | Peafoot Acquisition LLC | 9.97 | 11.75 | 1.47 | 0.85x | 6.79x |
| 22 Mar 1999 | U.S. Filter Corp. | A manufacturer of wastewater treatment machines and chemicals, for residential and commercial uses | Vivendi | 6,200.00 | 4,104.30 | 501.80 | 1.51x | 12.35x |
| 08 Feb 1999 | Arch Chemicals | Manufactures and markets a wide variety of specialty chemicals which include water purifiers, water sanitizers, fire retardants, and solids for industrial use | Olin Corp. | 368.80 | 900.00 | NA | 0.41x | NA |
| 01 Feb 1999 | Morton International, Inc. | Specialty chemical company that manufactures a wide range of products for industrial and consumer use | Rohm & Haas, Inc. | 4,933.16 | 2,608.20 | 463.40 | 1.97x | 10.31x |
| | | | | | | Mean | 1.44x | 10.03x |
| | | | | | | Median | 1.49x | 10.31x |

28



## Valuation Analysis

### Enterprise Value Conclusion

❖ Grace, and to some extent the specialty chemical industry, has experienced little growth in sales and declining margins in the latest twelve month period. Given current prospects for its business, and ignoring its litigation issues, in our view the Company's core operations should be valued slightly below median valuation multiples of the comparable company group.

### W.R. Grace & Company
### Selected Valuation Multiples

| | Performance | Comp. Company Multiples | | | Selected Multiples | | Indicated Value | |
|---|---|---|---|---|---|---|---|---|
| | | Low | High | Median | Low | High | Low | High |
| LTM Revenue | $1,921 | 0.8x - 1.4x | | 1.1x | 1.0x - 1.1x | | $1,921 - $2,114 | |
| LTM EBITDA | $228 | 6.8x - 10.3x | | 8.8x | 8.0x - 8.5x | | $1,826 - $1,941 | |
| Projected 2004 EBITDA[1] | $249 | 6.0x - 8.4x | | 7.2x | 7.0x - 7.5x | | $1,742 - $1,866 | |
| LTM EBIT | $128 | 10.1x - 22.1x | | 14.8x | 14.0x - 15.0x | | $1,792 - $1,920 | |
| Indicated Enterprise Value (Rounded) | | | | | | | $1,800 - $1,950 |  |

1) Growth in EBITDA from latest twelve month ("LTM") period to projected 2004 fiscal year based on expected earnings growth in the specialty chemical industry.

DUFF & PHELPS, LLC

29

SSBT-000202
CONFIDENTIAL



## Equity Value Conclusion

### Equity Value Summary

- The following table presents Grace's equity value range incorporating the value of the core operations (enterprise value), plus the value of nonoperating assets, less liabilities. The values of nonoperating assets and liabilities are discussed in more detail in the following pages.

**W.R. Grace & Company**
**Equity Valuation Summary**
*($millions)*

| | | Market Value | |
|---|---|---|---|
| | Low | Midpoint | High |
| Enterprise Value | $817.5 | $937.5 | $1,057.5 |
| Plus: Cash | 300 | 300 | 300 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 891 | 891 | 891 |
| Plus: Asbestos Insurance Receivable | 272 | 272 | 272 |
| Less: Asbestos Liability | | | |
| Less: Debt, Pre-petition, Plus Accrued Interest | 548 | 548 | 548 |
| Less: Income Taxes | 238 | 238 | 238 |
| Less: Environmental Remediation[1] | 284 | 284 | 284 |
| Less: Post-retirement Benefits Other than Pension | 139 | 139 | 139 |
| Less: Special Pension Arrangements | 77 | 77 | 77 |
| Less: Retained Obligations of Divested Businesses | 58 | 58 | 58 |
| Less: Future Bankruptcy Costs[2] | 90 | 90 | 90 |
| Equity Value | ($42) | $33 | $108 |
| Common Shares Outstanding (millions) | 65.56 | 65.56 | 65.56 |
| Value Per Share | | | |

Notes:
1) Environmental remediation costs are estimated to be $40 million higher than Company's provision for the liability on the 9/30/03 balance sheet.
2) Bankruptcy costs are estimated to be approximately $2 million for one quarter (equivalent to the expenses during the third quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.

30

DUFF & PHELPS, LLC

SSBT-000203
CONFIDENTIAL



# Equity Value Conclusion

## Sealed Air / Fresenius Medical Care Settlement

- Grace creditors and asbestos injury claimants sought to prove the chemical maker fraudulently transferred certain assets, including certain divisions sold to Sealed Air and Fresenius Medical Care, before filing for Chapter 11 protection in 2001.

- Sealed Air has agreed to pay $512.5 million in cash and 9 million shares of its stock to the Grace bankruptcy estate, which are currently worth about $480 million. Under the terms of the agreement, Sealed Air will not make any part of the $512.5 million cash payment until Grace's reorganization plan is approved, according to the company. The settlement calls for an annual interest rate accruing at 5.5% on the cash portion of the settlement starting Dec. 21, 2002, and ending when Grace's reorganization plan takes effect.

- Fresenius Medical Care has agreed to pay in total $115 million to the W. R. Grace bankruptcy estate or as otherwise directed by the court upon plan confirmation.

- Neither agreement with Sealed Air or Fresenius Medical Care has received final bankruptcy court approval.

### Sealed Air and Fresenius Settlement Proceeds
($ in Millions, except per share value)

| | | |
|---|---|---|
| Fresenius settlement | | $115 |
| Sealed Air | | |
|   Cash | | $513 |
|   Stock | 9 million shares @ $53.25 | $479 |
| Asset Value | | $1,107 |
| Time to Reorganization Approval (years) | | 3 |
| Discount Rate[1] | | 7.5% |
| Present Value | | $891 |

[1] The discount rate is a blended rate recognizing that the cash portion of the Sealed Air settlement is scheduled to accrue interest at a 5.5% annual rate.

DUFF & PHELPS, LLC

31

SSBT-000204
CONFIDENTIAL



## Equity Value Conclusion

### Asbestos Liability Analysis

* As of the filing date, Grace was a defendant in 65,656 asbestos-related lawsuits involving 17 claims for property damage and 129,191 claims for bodily injury.

* Based on historical settlement agreements involving the Company, average disposition costs range from approximately $4,000 per case for bodily injury settlements, to to $11 million per case for property damage judgments.

* As of September 30, 2003, the Company had recorded an asbestos-related liability of $964.6 million on its balance sheet as a liability subject to compromise.

* The Company also has recorded asbestos-related insurance assets in the amount of $271.6 million. The Company's estimate is based on amounts expected to be received from carriers as liabilities are satisfied.

* In addition, Grace is subject to the material ZAI litigation claims discussed previously. The following tables illustrate the estimated liability to the Company resulting from these significant litigation issues.

**W.R. Grace & Company**
**Asbestos Bodily Injury Claims Summary**
**($ in Millions, except $ per Claim)**

Asbestos Bodily Injury Claims:
Claims as of Bankruptcy Filing Date
Estimated Future Claims[1]                                130,000
                                                          324,000
Total Claims Remaining to be Resolved                     454,000
Average Liability per Claim                                $4,000
Liability from Asbestos Bodily Injury Claims              $1,816

1) The estimated number of future claims is based on the Rand Institute report estimate that, at best, half of all asbestos bodily injury claims have come forward. Since Grace had 130,000 claims as of the bankruptcy filing date and had settled 194,000 claims prior to bankruptcy, it is assumed that there will be 324,000 future claims, which is greater than the Company's estimate of 250,000 future claims.

32

Duff & Phelps, LLC

SSBT-000205
CONFIDENTIAL



# *Equity Value Conclusion*

Asbestos Liability Analysis (cont)

- Based on joint discussions with State Street and its legal counsel, the following table assumes that the probability that a global legislative solution will be agreed upon by all parties is 50% and the probability that a favorable outcome for Grace in the ZAI science trial is 60%.

**W.R. Grace & Company**
**Asbestos Bodily Injury & ZAI Outcome Probabilities**

| ZAI Outcome | Legislation Outcome | |
|---|---|---|
| | FAIR Act Passed | FAIR Act Not Passed |
| Win | 30% | 30% |
| Lose | 20% | 20% |
| | 50% | 50% |
|  | 60% | 40% |



DUFF & PHELPS, LLC

33

SSBT-000206
CONFIDENTIAL



## Equity Value Conclusion

ZAI Litigation Analysis

❖ Based on joint discussions with State Street and its legal advisors, the following table presents the potential liability to Grace resulting from the ZAI matter.

**W.R. Grace & Company**
**ZAI Litigation Summary**
($ in Millions, except $ per House)

|  | Grace's Estimate | Plaintiff's Estimate | EPA Estimate |
|---|---|---|---|
| Houses assumed to contain Grace's Zonolite attic insulation product | 1,000,000 | 4,000,000 | 15,000,000 |
| Cost to Remediate per House ($3,000 to $10,000) | $3,000 | $10,000 | $10,000 |
| Range of ZAI Litigation Liability if claims are found to have merit ($ in Millions) | $3,000 | $40,000 | $150,000 |

Note: If Grace wins the science trial, we estimate that it will still cost approximately $50 million to resolve certain property damage claims.

❖ While losing the ZAI litigation claims has potential consequences in the billions of dollars, the practical limitation of the value of the Company available for all litigation and creditor claims limits the ultimate ZAI liability used in the liability analysis on the following page.

❖ Finally, even if Grace wins on the merits of the science trial, it is assumed that it will cost the Company significant expenditures to fully resolve the claims. This is estimated to be approximately $50 million.

DUFF & PHELPS, LLC

34

SSBT-000207
CONFIDENTIAL



## Equity Value Conclusion

### Value of Asbestos Bodily Injury Claims and ZAI Litigation

**W.R. Grace & Company**
**Asbestos Liability Summary**
($ in Millions, except $ per Claim)

| Scenario | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| ZAI Litigation Outcome:[1] | Lose ZAI | Win ZAI | Lose ZAI | Win ZAI | |
| Legislation Outcome:[2] | FAIR Act Not Passed | FAIR Act Not Passed | FAIR Act Passed | FAIR Act Passed | |
| ZAI Liability: | | | | | |
| ZAI Outcome Probability (60/40, for Grace winning science trial) | Very large 40.0% | $50 60.0% | Very large 40.0% | $50 60.0% | |
| Discounted Liability from Asbestos Bodily Injury Claims[3] | $1,816 | $1,816 | $445 | $445 | |
| Asbestos Bodily Injury Claim Outcome Probability (50/50) | 50.0% | 50.0% | 50.0% | 50.0% | |
| W.R. Grace's Liability from ZAI and Asbestos Bodily Injury[4] | | | | | |
| Implied Value Per Share | $0.00 | $0.58 | $0.00 | $21.50 | |
| Probability of Scenario | 20.0% | 30.0% | 20.0% | 30.0% | 100.0% |
| Weighted Liability | $581.6 | $559.8 | $581.6 | $148.4 | |

1) The Zonolite Attic Insulation litigation is currently anticipating the science trial to begin in February 2004. If Grace wins in the science trial, we assume that the liability would be approximately $50 million to fully resolve the final issues regarding these claims. If Grace loses the science trial, we assume the liability would be equal to the remaining value of the Company, which would be shared with asbestos bodily injury claims.
2) Legislative disposition of the FAIR Act is expected to resume in March 2004. If this is not ultimately passed, Grace would have to resolve the current litigation claims through the court system, which is estimated to be much more costly. Grace's liability under the FAIR Act is estimated to be twice the estimated liability as calculated under the FAIR Act version passed by the Senate Judiciary Committee in July 2003.
3) The discounted liability for the FAIR Act is based on a 10 percent discount rate over 20 years.
4) The liability from ZAI and Asbestos Bodily Injury Claims is implied by the value of the assets and liabilities of the Company.

DUFF & PHELPS, LLC

35

SSBT-000208
CONFIDENTIAL



## Equity Value Conclusion

Sensitivity of Equity Value per Share to Asbestos Liabilities

* Grace's equity value per share is highly sensitive to the ultimate liability the Company experiences. For example, if the Company's current estimate of less than $1 billion of asbestos liabilities holds true, it could lead to a higher equity value per share.

**W.R. Grace & Company**
Equity Value Sensitivity to Asbestos Liabilities

| | | | | | |
|---|---|---|---|---|---|
| Asbestos Liability ($ in Billions) | $1.00 | $1.25 | $1.50 | $1.75 | $2.00 |
| Implied Equity Value per Share | $13.79 | $9.98 | $6.17 | $2.35 | ($1.46) |

1) Assume no change to all assets and all other liabilities subject to compromise.

DUFF & PHELPS, LLC

SSBT-000209
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

**Common Stock Data**

* Due to the bankruptcy filing, analysts currently do not cover the Company.

### LTM Common Stock Data as of January 22, 2004

| | |
|---|---|
| Stock Price | $3.28 |
| High (7/8/2003) | $5.52 |
| Low (3/31/2003) | $1.48 |
| Shares Outstanding | 65.56 million |
| Institutional Ownership | 38.1% |
| Public Float | 65.05 million |
| Market Capitalization | $215.05 million |
| Average Daily Trading Volume | 523,164 |

DUFF & PHELPS, LLC

37

SSBT-000210
CONFIDENTIAL