

# W. R. Grace & Co. Common Stock Overview

## Rule 144 Considerations

- Under the Rule 144 limitations, approximately 2.57 million shares can be sold every 3 months.

### Rule 144 Calculation for W.R. Grace Stock

Rule 144 Trading Volume Limitation for Each 3-month Period is the Greater of:

1) 1 Percent of Shares Outstanding
   - Shares Outstanding: 65,558,510
   - 1 Percent: 1.0%
   - 1% of Shares Outstanding: 655,585

2) Weekly Trading Volume during 4 Weeks Preceding the Filing of the Form 144 Notice
   - 4-week Average Weekly Trading Volume[1]: 2,570,000

[1] Excludes the weeks around the holidays due to the decreased number of trading days.

DUFF & PHELPS, LLC

38

SSBT-000211
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

Institutional Ownership (as of September 30, 2003).

❖ It should be noted that the Company shares held by the Plan are excluded from the following list of institutional owners.

| Institution | Holdings | % Held |
|---|---|---|
| Peninsula Capital Advisors | 10,765,600 | 16.42 |
| Barclays Global Investors International | 2,556,937 | 3.90 |
| State Street Global Advisors | 1,045,699 | 1.59 |
| Gilder, Gagnon, Howe & Co. | 963,476 | 1.47 |
| Fidelity Management & Research Company | 931,000 | 1.42 |
| Porter Felleman, Inc. | 802,700 | 1.22 |
| Apex Capital | 768,500 | 1.17 |
| TIAA Cref Investment Management Inc. | 604,542 | 0.92 |
| Calpers | 603,000 | 0.92 |
| Northern Trust | 541,866 | 0.83 |
| Vanguard Group | 468,857 | 0.72 |
| Water Street Capital | 430,000 | 0.66 |
| Deutsch Asset Management | 391,459 | 0.60 |
| Mellon HBV Alternative Strategies LLC | 358,600 | 0.55 |
| Taconic Capital Advisors | 239,007 | 0.36 |

Source: MSN Investor

DUFF & PHELPS, LLC

39.

SSBT-000212
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

## One Year Price/Volume Chart

**W. R. Grace Stock Price Chart**
January 22, 2003 – January 22, 2004

*[Stock price and volume chart with annotations of key events from April 2003 through November 2003, including April 24, 2003; April 22, 2003; June 24, 2003; June 26, 2003; August 27, 2003; October 27, 2003; November 10, 2003; and November 17, 2003. Price scale ranges from $0.00 to $6.00; volume scale ranges from 0 to 9,000,000.]*

DUFF & PHELPS, LLC

40

SSBT-000213
CONFIDENTIAL



W. R. Grace & Co. Common Stock Overview

Price/Volume Chart

W. R. Grace Stock Price Chart
January 22, 1999 - January 22, 2004

SSBT-000214
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

Stock Price Performance of Companies in Bankruptcy due to Asbestos Liabilities

### Asbestos Related Bankrupt Company Stock Performance Table

| | Current 1/22/2004 | YTD Change | 1 Month Change | 3 Month Change | 1 Year Change | Change Since Day Before Bankruptcy Filing | Change 12 Month Prior Bankruptcy Filing |
|---|---|---|---|---|---|---|---|
| Armstrong Holdings | $1.36 | 9.2% | 0.0% | -33.9% | 75.0% | 12.3% | -96.3% |
| Federal Mogul | $0.24 | 28.9% | 16.0% | 20.8% | -17.1% | -55.4% | -94.7% |
| Owens Corning | $0.59 | 33.3% | 36.6% | -25.3% | 529.2% | -72.0% | -97.6% |
| U.S. Gypsum | $18.22 | 12.6% | 17.7% | 12.3% | 158.0% | 222.1% | -40.9% |
| W.R. Grace | $3.45 | 27.6% | 29.1% | -2.1% | 28.1% | 421.6% | -74.5% |

DUFF & PHELPS, LLC

42

SSBT-000215
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

Institutional Ownership and Short Selling of Companies in Bankruptcy due to Asbestos Liabilities



## Asbestos Related Bankrupt Company Institutional Ownership & Short Selling Analysis

| | Bankruptcy Filing Date | Number of Claims[1] | Estimated Liability ($ in billions)[1] | Total Assets/ Total Asbestos Liability[1] | Float as a % of Shares Outstanding[2] | Institutional Ownership[3] (1-year prior filing) | Institutional Ownership[3] (as of 12/31/2003) | Date Short Interest Was Last Reported | Short Interest as a % of Total Shares[2] (as of last reported date) | Short Interest Ratio[2,4] (as of last reported date) |
|---|---|---|---|---|---|---|---|---|---|---|
| Armstrong Holdings | 12/6/2000 | 173,000 | $3.2 | 1.4 | 99.6% | 72.8% | 81.3% | 10/31/2002 | 4.1% | 12.6 |
| Federal Mogul | 10/1/2001 | 360,000 | $2.1 | 3.8 | 99.2% | 53.1% | 3.2% | 4/30/2002 | 23.2% | 27.1 |
| Owens Corning | 10/5/2000 | 332,000 | $16.0 | 0.41 | 89.7% | 81.4% | 1.0% | 11/30/2002 | 3.5% | 10.3 |
| U.S. Gypsum | 6/25/2001 | 190,000 | $1.0 | 3.7 | 84.7% | 56.2% | 54.7% | 12/31/2003 | 17.1% | 14.1 |
| Mean[5] | | | | | 94.8% | 65.9% | 16.9% | | 14.0% | 16.0 |
| Median[5] | | | | | 98.1% | 65.0% | 5.8% | | 10.6% | 13.4 |

W. R. Grace

Notes:
1.) Source: Latest 10-K filing.
2.) Source: Bloomberg
3.) Source: Standard and Poor's Stock Guide
4.) The short interest ratio represents the number of days it would take to cover all short positions assuming all transactions were used to cover short positions.
5.) W. R. Grace was excluded from the mean and median calculations.

43

Duff & Phelps, LLC

SSBT-000216
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

Institutional Ownership of Grace and U.S. Gypsum



Institutional Ownership Analysis
As a % of Total Shares Outstanding
January 1, 2000 – December 31, 2003

— W.R. Grace   — U.S. Gypsum

*Bankruptcy filing announcement is signified through dashed lines

DUFF & PHELPS, LLC

44

SSBT-000217
CONFIDENTIAL

# W. R. Grace & Co. Common Stock Overview

Short Selling of Grace and U.S. Gypsum



Short Interest Analysis*
(Total Shares In Short Position)
January 1, 2000 - December 31, 2003

*Bankruptcy filing announcement is signified through dashed lines.

DUFF & PHELPS, LLC

45

SSBT-000218
CONFIDENTIAL



*W. R. Grace & Co. Common Stock Overview* — Market Valuation Effect of Asbestos Litigation on Bankrupt Firms, January 22, 1999 – January 22, 2004. Duff & Phelps, LLC.

SSBT-000219
CONFIDENTIAL




*W. R. Grace & Co. Common Stock Overview*

Index Price Chart

SSBT-000220
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

**Early Asbestos Bankruptcies**

❖ Several medium/large companies filed for and emerged from bankruptcy as a result of asbestos liabilities in the late 1980s and early 1990s pre section 524(g).1.

- The Johns-Manville Trust, which owned 50% of Johns-Manville's equity, determined that it should monetize its equity stake in 2000. The company was eventually sold to Berkshire Hathaway.

| Company | Date Emerged From Chapter 11 | Treatment of Equity |
|---|---|---|
| Celotex & Carey - Canada | May 30, 1997 | 100% transferred to Trust Was not publicly traded |
| Eagle Picher Industries | November 18, 1996 | 100% transferred to Trust Was not publicly traded |
| National Gypsum | March 3, 1993 | publicly traded |
| Johns-Manville Corporation | October 28, 1988 | publicly traded |

Note:
1.) Section 524(g) of the United States Bankruptcy Code allows trusts to be formed, which shield companies from ongoing lawsuits, while providing mechanisms to pay current and future claims.

DUFF & PHELPS, LLC

48

SSBT-000221
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

Stock Price Performance of Companies Post Emergence

- Stock price performance post emergence has been mixed as demonstrated through the share prices of Johns Manville Corporation and National Gypsum from the period they emerged from bankruptcy to the period that they were acquired.
  - Johns Manville Corporation was acquired by Berkshire Hathaway.
  - National Gypsum was acquired by an investment group named Delcor, Inc.



DUFF & PHELPS, LLC

49

SSBT-000222
CONFIDENTIAL



## *Other Financial Observations*

### Insurance Companies With Asbestos Liability Exposure

- Due to the dramatic increase in asbestos related claims during the past three years and the unpredictable nature of claims to be filed in the future, insurance companies with significant asbestos liability exposure have increased asbestos reserves causing crediting rating downgrades by Standard & Poor.

**Insurance Companies With Significant Asbestos Exposure S&P Credit Rating Profiles**
**As of December 31, 2003**

| Company | Asbestos Exposure[1] ($ in millions) | Asbestos Reserves as a % of Total Liabilities[1] | Yield to Maturity on Long-Term Debentures[2] (as of 12/31/2003) | Maturity Date | Duration[2] (as of 12/31/2003) | Spread to Yield on Treasury Strips[3] (in basis points) | Current Credit Rating | Recent Credit Rating Action Date of Credit Change | Previous Rating |
|---|---|---|---|---|---|---|---|---|---|
| ACE Ltd. | $3,083 | 8.0% | 6.9% | 8/15/2029 | 11.4 | 247 | BBB+ | 3/21/2003 | A- |
| The Chubb Corp. | $1,092 | 3.7% | 5.7% | 11/15/2003 | 13.4 | 69 | A | 3/24/2003 | A+ |
| CNA Financial Corp. | $1,161 | 2.1% | 7.3% | 11/15/2023 | 10.7 | 285 | BBB- | 2/1/2002 | BBB |
| Fairfax Financial Holdings, Ltd. | $1,269 | 4.6% | 8.5% | 10/1/2015 | 7.6 | 441 | BB | 2/12/2003 | BB+ |
| GE Global Insurance Holding Corp. | $943 | 2.1% | 6.4% | 2/15/2026 | 11.8 | 195 | A+ | 2/14/2003 | AA- |
| Travelers Property Casualty Corp. | $1,400 | 9.1% | 6.1% | 4/15/2026 | 11.7 | 165 | A- | 12/19/2001 | A+ |
| St. Paul Companies, Inc. | $1,245 | 3.7% | 4.6% | 4/15/2010 | 5.1 | 126 | BBB+ | 7/16/2002 | A- |

Notes:
1) The source of each Company's asbestos exposure and total liabilities came from the 2002 10-K filing.
2) The source for yield and duration came from Bloomberg.
3) The spread to Treasury Strips was calculated using the yield on a Treasury Strip with a maturity closest to the corresponding duration of each debt instrument. For example, the spread on the ACE Ltd. debt maturing in 2029 has a duration of 11.4. The 10-year Treasury Strip yield was used to calculate the spread.

50

DUFF & PHELPS, LLC

SSBT-000223
CONFIDENTIAL

## Preliminary Observations

- From a fundamental perspective, Grace's core operating business continues to be reasonably well-positioned within its industry markets. Product revenue and operating margins should benefit from an expanding domestic economy. Cash flow from operations continues to be reasonably strong compared to industry peers.

- Grace's common stock, however, does not trade based upon the performance of its core operating businesses. The value of its stock is almost totally dependent upon a favorable resolution of the ZAI claims and an acceptable and timely legislative solution to the asbestos bodily injury claims.

- While Grace's potential exposure to liability in the ZAI matters may become clearer over the next several months, the ultimate outcome remains unclear.

- A legislative solution to the asbestos bodily injury claims has clearly been a stated priority of certain legislative leaders. While a revised proposal is likely to be discussed in 2004, the ultimate form and structure of any agreement remains unclear. Further, as the November 2004 national elections become nearer, risk increases that any legislative movement on the issue will be pushed into 2005.

- Given Grace's Chapter 11 bankruptcy filing due to asbestos-related issues, it is expected that the Company will not file a plan of reorganization until a method to resolve these issues has been established. In the meantime, we assume that Grace's common stock will continue to trade in a manner similar to stock options, based on the future potential of value.

DUFF & PHELPS, LLC

51

SSBT-000224
CONFIDENTIAL

W.[R.] [GRACE] & COMPANY
COMPARATIVE CONSOLIDATED IN[COME] [STA]TEMENT AND COMPREHENSIVE INCOME
Years Ended December 31, 2000 - 200[2 and] [t]he LTM Period Ending September 30, 2003
($ in millions)

|  | LTM Ended 09/30/2003 | 9 Months Ended September 30, 2003 | 9 Months Ended September 30, 2002 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|---|
| Net sales | $1,921 | $1,469 | $1,365 | $1,817 | $1,723 | $1,597 |
| Cost of goods sold | 1,258 | 963 | 854 | 1,149 | 1,079 | 974 |
| Gross profit | 664 | 506 | 511 | 668 | 644 | 624 |
| Selling, general and administrative expenses | 383 | 276 | 256 | 362 | 332 | 313 |
| Research and development expenses | 52 | 40 | 40 | 52 | 49 | 46 |
| Total selling, general and administrative expenses | 435 | 317 | 295 | 414 | 382 | 358 |
| EBITDA | 228 | 190 | 216 | 254 | 262 | 265 |
| Depreciation and amortization | 100 | 76 | 71 | 95 | 89 | 88 |
| Operating income | 128 | 114 | 145 | 160 | 173 | 177 |
| Other income (expense) |  |  |  |  |  |  |
| Interest expense and related financing costs | (17) | (12) | (15) | (20) | (37) | (28) |
| Provision for environmental remediation | (104) | (53) | (19) | (71) | (6) | (10) |
| Net pension expense | (25) | (40) | (15) | 0 | 0 | 0 |
| Provision for asbestos related litigation, net of insurance | 0 | 0 | 0 | 0 | 0 | (208) |
| Other income | 23 | 0 | 0 | 23 | 31 | 50 |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | 5 | 9 | 96 | 92 | 162 | (20) |
| Chapter 11 reorganization expenses, net | (20) | (12) | (21) | (30) | (16) | 0 |
| Provision for income taxes | (8) | (14) | (44) | (38) | (64) | (70) |
| Minority interest in consolidated entities | 1 | 0 | (2) | (2) | (4) | 0 |
| Net income (loss) | ($22) | ($17) | $28 | $22 | $79 | (90) |
| Basic earnings per share: |  |  |  |  |  |  |
| Net income (loss) | ($0.48) | ($0.09) | $0.73 | $0.34 | $1.20 | ($1.34) |
| Diluted earnings per share |  |  |  |  |  |  |
| Net income (loss) | ($0.48) | ($0.09) | $0.73 | $0.34 | $1.20 | ($1.34) |

Source: Audited financial statements.

A-1

DUFF & PHELPS, LLC

SSBT-000225
CONFIDENTIAL

W. R. ( COMPANY
COMPARATIVE CO. ITED BALANCE SHEET
As of December 31, 2000 - 2002 an. /M Period Ending September 30, 2003
($ in millions)

| | 9/30/2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $300 | $263 | $191 | $192 |
| Accounts receivable | 362 | 311 | 302 | 197 |
| Inventories | 209 | 172 | 180 | 144 |
| Deferred income taxes | 40 | 28 | 23 | 99 |
| Asbestos related insurance expected to be realized within one year | 0 | 0 | 10 | 84 |
| Other current assets | 24 | 36 | 30 | 58 |
| Total current assets | 935 | 830 | 736 | 774 |
| Property and equipment, net | 635 | 621 | 589 | 602 |
| Goodwill | 70 | 65 | 56 | 34 |
| Cash value of life insurance policies expected to be realized within one year | 91 | 82 | 76 | 104 |
| Deferred income taxes | 567 | 567 | 503 | 388 |
| Asbestos related insurance expected to be realized after one year | 272 | 283 | 284 | 288 |
| Other assets, net | 253 | 240 | 276 | 394 |
| **TOTAL ASSETS** | $2,822 | $2,688 | $2,518 | $2,585 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | |
| Liabilities not subject to compromise | | | | |
| Current Liabilities | | | | |
| Debt payable within one year | $11 | $3 | $6 | $418 |
| Accounts payable | 109 | 98 | 86 | 118 |
| Income taxes payable | 13 | 11 | 14 | 123 |
| Asbestos related liability expected to be satisfied within one year | 0 | 0 | 0 | 178 |
| Other current liabilities | 131 | 130 | 126 | 256 |
| Total current liabilities | 264 | 243 | 233 | 1,093 |
| Deferred income taxes | 34 | 31 | 21 | 20 |
| Asbestos related liability expected to be satisfied after one year | 0 | 0 | 0 | 928 |
| Other liabilities | 312 | 301 | 95 | 616 |
| Total liabilities not subject to compromise | 611 | 575 | 349 | 2,656 |
| Liabilities subject to compromise | 2,385 | 2,335 | 2,312 | 0 |
| Total Liabilities | 2,996 | 2,910 | 2,660 | 2,656 |
| Shareholders' equity | | | | |
| Common stock | 1 | 1 | 1 | 1 |
| Treasury stock | (136) | (137) | (137) | (136) |
| Additional paid in capital | 432 | 433 | 433 | 432 |
| Retained earnings | (121) | (116) | (138) | (216) |
| Accumulated other comprehensive loss | (350) | (403) | (301) | (152) |
| Total shareholders' equity (deficit) | (174) | (222) | (142) | (71) |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | $2,822 | $2,688 | $2,518 | $2,585 |
| Working Capital | $671 | $587 | $503 | $-319 |
| Current Ratio | 3.5 | 3.4 | 3.2 | 0.7 |

Source: Audited financial statements

A-2

DUFF & PHELPS, LLC

SSBT-000226
CONFIDENTIAL

W. R. & COMPANY
COMPARATIVE CONSOLIDATED CASH FLOW STATEMENT
For the Periods of December 31, 2000 - the LTM Period Ending September 30, 2003
($ in millions)

| | 9 Months Ended 09/30/2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|
| **Cash flows from operating activities** | | | | |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | $20 | $92 | $162 | ($20) |
| Adjustment to reconcile net income (loss) to net cash provided by operating activities | | | | |
| Depreciation and amortization | 76 | 95 | 89 | 88 |
| Interest accrued on pre-petition debt subject to compromise | 9 | 15 | 23 | 0 |
| Gain on sales of investments | 0 | (1) | (8) | (19) |
| Gain on disposal of assets | 0 | (1) | (2) | (6) |
| Loss on disposal of assets | 1 | 0 | 0 | 0 |
| Provision for environmental remediation | 53 | 71 | 6 | 10 |
| Provision for asbestos related litigation, net of insurance | 0 | 0 | 0 | 208 |
| Income from life insurance policies, net | (4) | (3) | (5) | (6) |
| Changes in assets and liabilities, excluding effect of businesses acquired/divested and foreign currency translation: | | | | |
| Decrease (increase) in working capital items | (56) | 23 | (61) | (29) |
| Contributions to defined benefit pension plans | (33) | 0 | 0 | 0 |
| Increase in accounts receivable due to termination of securitization program | 0 | 0 | (65) | 0 |
| Expenditures for asbestos related litigation | (8) | (13) | (110) | (282) |
| Proceeds from asbestos related insurance | 11 | 11 | 79 | 86 |
| Expenditures for environmental remediation | (7) | (20) | (25) | (37) |
| Expenditures for postretirement benefits | (9) | (22) | (22) | (23) |
| Net expenditures for retained obligations of discontinued operations | (3) | (5) | (15) | (35) |
| Changes in accruals and other non-cash items | 45 | 15 | 7 | (51) |
| Net cash provided by (used for) operating activities before income taxes and Chapter 11 reorganization expenses | 95 | 254 | 54 | (115) |
| Chapter 11 reorganization expenses paid, net | (14) | (27) | (12) | 0 |
| Income taxes paid, net of refunds | (16) | (32) | (28) | (28) |
| Net cash provided by operating activities | 64 | 195 | 15 | (144) |
| **Cash flows from investing activities:** | | | | |
| Capital expenditures | (66) | (91) | (63) | (65) |
| Businesses acquired in purchase transactions, net of cash acquired | (4) | (29) | (84) | (49) |
| Investments in life insurance policies | (11) | (16) | (18) | (30) |
| Proceeds from life insurance policies | 10 | 19 | 18 | 0 |
| Proceeds from sale of investments | 0 | 1 | 8 | 19 |
| Proceeds from disposal of assets | 4 | 5 | 8 | 12 |
| Net cash used in investing activities | (67) | (111) | (131) | (94) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from loans secured by cash value of life insurance, net of repayments | 0 | (5) | 34 | (5) |
| Borrowings under credit facilities, net of repayments | 7 | (3) | 94 | 311 |
| Borrowings under debtor in possession facility, net of fees | 47 | 19 | 72 | 0 |
| Repayments of term debt | (3) | 0 | 0 | (25) |
| Repayments of borrowings under debtor in possession facility | (50) | (20) | (75) | 0 |
| Exercise of stock options | 0 | 0 | 0 | 6 |
| Purchase of treasury stock | 0 | 0 | (1) | (47) |
| Net cash provided by (used in) financing operations | 1 | (9) | 123 | 240 |
| Effect of currency exchange rate changes on cash and cash equivalents | 19 | 16 | (7) | (10) |
| Net Increase (Decrease) in Cash and Cash Equivalents | $16 | $92 | 50 | ($38) |
| Cash and cash equivalents at beginning of year | 283.6 | 191 | 192 | 200 |
| Cash and cash equivalents at end of year | $300 | $283 | $191 | $192 |

Source: Audited financial statements.

A-3

DUFF & PHELPS, LLC

SSBT-000227
CONFIDENTIAL





SSBT-000229
CONFIDENTIAL

# Cytec Industries, Inc. (CYT)

January 22, 2003 — January 22, 2004

## LTM Financial Summary

## Recent Developments

## Business Overview

DUFF & PHELPS, LLC

B-8

SSBT-000230
CONFIDENTIAL