# Eastman Chemical Company (EMN)

SSBT-000231
CONFIDENTIAL



# Engelhard Corporation (EC)

## January 22, 2003 – January 22, 2004

## LTM Financial Summary

| ($ in millions) | |
|---|---|
| LTM Revenue | $3,586 |
| Enterprise Value ("EV") | $4,015 |
| EBITDA | $[illegible] |
| EV / Revenue | 1.13x |
| EV / EBITDA | 10.2x |

## Business Overview

Engelhard Corporation develops, manufactures and markets technology-based performance products and engineered materials for a wide spectrum of industrial customers. The Company has four business segments: Environmental Technologies, Process Technologies, Appearance and Performance Technologies and Materials Services. The Environmental Technologies segment markets cost-effective compliance with environmental regulations enabled by sophisticated emission-control technologies and systems. The Process Technologies segment supplies advanced chemical-process catalysts, additives and sorbents. The Appearance and Performance Technologies segment provides pigments, effect materials and performance additives that enable its customers to market enhanced image and functionality in their products. The Materials Services Segment serves the Company's technology segments, their customers and others with precious and base metals and related services.

## Recent Developments

- October 23, 2003: Engelhard Corporation announced that 3Q 2003 earnings were $[illegible] million compared to $60.[illegible] million in the same period of 2002, a 13% decrease. 3Q sales were $915 million compared to $859 million a year ago, a 7% increase. These results were in line with the current range of estimates.
- July 29, 2003: The Company announced 2003 2Q earnings were $54.0 million compared to $60.1 million for the same period a year ago, a 10% decrease. Sales fell 6% to $929 million.

DUFF & PHELPS, LLC

SSBT-000232
CONFIDENTIAL

# Ferro Corporation (FOE)

## LTM Financial Summary

($ in millions)

| | |
|---|---|
| LTM Revenue | $1,58[illegible] |
| Enterprise Value ("EV") | $1,621 |
| EBITDA | $156.8 |
| EV / Revenue | 1.02x |
| EV / EBITDA | 10.3x |

## Business Overview

Ferro Corporation is a global producer of performance materials sold to various manufacturers in approximately 30 industries worldwide. The Company applies certain core scientific expertise in organic chemistry, inorganic chemistry, polymer science and materials science to develop coatings for ceramics and metal, materials for passive electronic components, pigments, enamels, pastes and additives for the glass market, specialty plastic compounds and colors, polymer additives, specialty chemicals for the pharmaceuticals and electronics markets, as well as active ingredients and high purity carbohydrates for pharmaceutical formulations. Ferro's products are classified as performance materials, rather than commodities, because they are formulated to perform specific and important functions both in the manufacturing processes and in the finished products of its customers. The Company's performance materials require a high degree of technical service on an individual customer basis.

## Recent Developments

- October 28, 2003 – Ferro Corporation announced that 3Q03 revenue increased 2.1% from $388.6 million in 3Q02 to $397.0 million in 3Q03. The Company also reported earnings excluding special items of $8.2 million for 3Q03 compared to $12.6 million for 3Q02, a 40% decrease.
- October 15, 2003 – The Company announced that it has amended its five-year bank credit agreement, which will provide increased financial flexibility to the Company. Total debt [illegible] by $17 million.

DUFF & PHELPS, LLC

# H. B. Fuller Company (FUL)

SSBT-000234
CONFIDENTIAL

# Great Lakes Chemical Corporation (GLK)

## January 22, 2003 – January 22, 2004

## LTM Financial Summary

| ($ millions) | |
|---|---|
| LTM Revenue | $1,453 |
| Enterprise Value ("EV") | $1,613 |
| EBITDA | $162.9 |
| EV / Revenue | 1.1x |
| EV / EBITDA | 9.9x |

## Business Overview

Great Lakes Chemical Corp., incorporated in 1933, is a customer-focused supplier of specialty chemical solutions and consumer products. The Company serves customers and markets through a global network of integrated sales, production, research, technical service and distribution facilities. Great Lakes is organized into three global business units: polymer additives, performance chemicals and water treatment. On February 20, 2002, the Company announced that its subsidiary OSCA, Inc. entered into a definitive merger agreement with BJ Services Company. Under the terms of the agreement, BJ Services acquired all of the outstanding shares of OSCA, including Great Lakes' 53.2% holding. The transaction closed in May 2002.

## Recent Developments

- December 4, 2003 – Great Lakes Chemical Corporation announced that its board of directors declared a regular quarterly dividend of $0.09, an increase of [illegible].
- October 21, 2003 – The Company announced that 3Q03 net sales from continuing operations was $375.3 million compared to $360.6 million in 3Q02, a 4.1% increase. Net earnings excluding special items during this same period was a loss of $0.4 million for 3Q03 compared to income of $12.8 million for 3Q02.

DUFF & PHELPS, LLC

SSBT-000235
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
January 22, 2004

| Company (Ticker) | Common Stock Price | Equity Value (in millions) | Enterprise Value (in millions) | Debt / Total Capital* | LTM Revenues (in millions) | Common Stock Price as a Multiple of: LTM EPS | Projected EPS | Book Value Per Share | Enterprise Value as a Multiple of: LTM EBITDA | Projected EBITDA | LTM EBIT | Projected EBIT | LTM Revenues |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBEMARLE CORP (ALB) | $30.30 | $1,246 | $1,452 | 15.4% | $1,067 | 17.1x | 17.3x | 2.1x | 8.1x | 7.0x | 14.8x | 11.4x | 1.36x |
| CABOT CORP (CBT) | 30.32 | 1,887 | 2,283 | 22.6 | 1,795 | 18.4 | 16.0 | 1.7 | 7.7 | 7.0 | 14.1 | 11.9 | 1.27x |
| CYTEC INDUSTRIES INC (CYT) | 36.54 | 1,425 | 1,616 | 23.0 | 1,454 | 15.3 | 14.1 | 2.0 | 6.8 | 6.0 | 11.1 | 9.0 | 1.11x |
| EASTMAN CHEMICAL CO (EMN) | 39.26 | 3,032 | 5,188 | 42.2 | 5,681 | NM | 23.1 | 3.1 | 9.4 | 7.3 | NM | 15.7 | 0.91x |
| ENGELHARD CORP (EC) | 29.06 | 3,646 | 4,045 | 11.6 | 3,586 | 16.7 | 15.6 | 3.0 | 10.2 | 8.0 | 15.0 | 10.8 | 1.13x |
| FERRO CORP (FOE) | 26.39 | 1,090 | 1,621 | 33.5 | 1,581 | NM | 22.4 | 2.1 | 10.3 | 8.4 | 17.5 | 12.5 | 1.02x |
| FULLER (H. B.) CO (FUL) | 28.55 | 812 | 1,026 | 19.6 | 1,271 | 18.1 | 16.3 | 1.7 | 7.4 | 6.7 | 12.2 | 10.3 | 0.81x |
| GREAT LAKES CHEMICAL CORP (GLK) | 26.56 | 1,341 | 1,613 | 24.6 | 1,453 | 28.0 | 31.2 | 1.8 | 9.9 | 8.2 | 22.1 | 15.1 | 1.11x |
| Highest | | 3,646 | 5,188 | 42.2 | 5,681 | 28.0 | 31.2 | 3.1 | 10.3 | 8.4 | 22.1 | 15.7 | 1.36x |
| Lowest | | 812 | 1,026 | 11.6 | 1,067 | 15.3 | 14.1 | 1.7 | 6.8 | 6.0 | 11.1 | 9.0 | 0.81x |
| Mean | | 1,810 | 2,355 | 24.0 | 2,236 | 18.9 | 19.5 | 2.2 | 8.7 | 7.3 | 15.2 | 12.1 | 1.09x |
| Median | | 1,383 | 1,618 | 22.8 | 1,518 | 17.6 | 16.8 | 2.0 | 8.8 | 7.2 | 14.8 | 11.7 | 1.11x |

| Company (Ticker) | Growth Rates: LTM Revenues | 3-yr. CAGR Revenues | LTM EBITDA | 3-yr. CAGR EBITDA | Long-term Proj. EPS | Margin Analysis: LTM EBITDA | 3-yr. Avg. EBITDA | LTM Net Income | 3-yr. Avg. Net Income | Return Analysis: LTM ROE | 3-yr. Avg. ROE | LTM ROI | 3-yr. Avg. ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBEMARLE CORP (ALB) | 7.2% | 6.1% | -5.7% | -2.2% | 8.5% | 16.8% | 20.1% | 7.0% | 8.4% | 12.9% | 14.5% | 8.6% | 10.5% |
| CABOT CORP (CBT) | 15.3 | 4.5 | 9.6 | -1.4 | 12.0 | 16.5 | 18.2 | 6.6 | 7.6 | 11.4 | 12.7 | 8.2 | 9.4 |
| CYTEC INDUSTRIES INC (CYT) | 10.5 | -2.3 | 14.9 | -8.0 | 8.0 | 16.3 | 16.8 | 6.5 | 6.6 | 13.5 | 15.7 | 9.8 | 11.3 |
| EASTMAN CHEMICAL CO (EMN) | 7.7 | 5.0 | -15.8 | -2.7 | 7.0 | 9.7 | 14.8 | 0.0 | 3.1 | -0.2 | 9.9 | 2.1 | 5.7 |
| ENGELHARD CORP (EC) | -3.4 | -5.8 | -4.2 | -1.0 | 10.0 | 11.1 | 9.4 | 6.2 | 4.6 | 19.5 | 23.2 | 13.9 | 14.7 |
| FERRO CORP (FOE) | 4.6 | 12.9 | -9.0 | -1.6 | 10.0 | 9.9 | 12.3 | 1.9 | 3.8 | 5.4 | 16.8 | 5.1 | 7.9 |
| FULLER (H. B.) CO (FUL) | 1.7 | -3.0 | -4.8 | -3.9 | 9.0 | 10.9 | 11.4 | 3.6 | 3.6 | 9.7 | 11.3 | 8.1 | 8.8 |
| GREAT LAKES CHEMICAL CORP (GLK) | 7.1 | 2.8 | 1.9 | -10.0 | 8.0 | 11.2 | 14.8 | 3.3 | 2.5 | 6.3 | 4.0 | 5.2 | 3.5 |
| Highest | 15.3 | 12.9 | 14.9 | -1.0 | 12.0 | 16.8 | 20.1 | 7.0 | 8.4 | 19.5 | 23.2 | 13.9 | 14.7 |
| Lowest | -3.4 | -5.8 | -15.8 | -10.0 | 7.0 | 9.7 | 9.4 | 0.0 | 2.5 | -0.2 | 4.0 | 2.1 | 3.5 |
| Mean | 6.3 | 2.5 | -1.6 | -3.9 | 9.1 | 12.8 | 14.7 | 4.4 | 5.0 | 9.8 | 13.5 | 7.6 | 9.0 |
| Median | 7.1 | 3.6 | -4.5 | -2.5 | 8.8 | 11.2 | 14.8 | 4.9 | 4.2 | 10.5 | 13.6 | 8.1 | 9.1 |

| Index | Price | Price One Year Ago | % Change in Price | LTM EPS | Projected EPS | Price as a Multiple of: LTM EPS | Proj. EPS |
|---|---|---|---|---|---|---|---|
| Dow Jones Industrial Average | $10,623.20 | $8,318.73 | 27.7 % | NA | NA | NA | NA |
| S&P 500 | 1,143.94 | 878.36 | 30.2 | 54.50 | 61.13 | 21.0 | 18.7 |

* Total capital equals the sum of the market value of common equity, the book value of total debt, preferred stock, and minority interest.
Note: Projected results exclude amortization of goodwill; historical results include amortization of goodwill, if any, as reported.

Source: Standard & Poor's Compustat Services, Inc., Duff & Phelps, LLC and First Call Corporation.

SSBT-000236
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
FINANCIAL PROFILE
(In millions, except per share data)
January 22, 2004

| | ALBEMARLE CORP | CABOT CORP | CYTEC INDUSTRIES | EASTMAN CHEMICAL | ENGELHARD CORP | FERRO CORP | FULLER (H. B.) CO | GREAT LAKES | W.R. GRACE |
|---|---|---|---|---|---|---|---|---|---|
| **Common Stock Data** | | | | | | | | | |
| Common Stock Price | $30.30 | $30.32 | $36.54 | $39.26 | $29.06 | $26.39 | $28.55 | $26.56 | $3.28 |
| Common Stock Price-One Yr. Ago | 28.08 | 23.51 | 29.20 | 35.64 | 21.57 | 23.50 | 26.15 | 22.93 | 2.56 |
| *Percent Price Change* | *7.9%* | *29.0%* | *25.1%* | *10.2%* | *34.7%* | *12.3%* | *9.2%* | *15.8%* | *28.1%* |
| 52-week High | $30.66 | $32.50 | $38.76 | $40.86 | $30.40 | $27.44 | $30.19 | $27.80 | $5.52 |
| 52-week Low | 22.28 | 21.01 | 26.96 | 27.89 | 19.41 | 19.32 | 20.00 | 20.11 | 1.48 |
| Indicated Dividend | $0.58 | $0.60 | $0.00 | $1.76 | $0.44 | $0.58 | $0.45 | $0.38 | $0.00 |
| *Dividend Yield* | *1.9%* | *2.0%* | *0.0%* | *4.5%* | *1.5%* | *2.2%* | *1.6%* | *1.4%* | *0.0%* |
| Book Value Per Share | $14.66 | $17.34 | $18.34 | $12.79 | $9.54 | $12.49 | $16.83 | $14.95 | ($2.66) |
| **Trading Activity** | | | | | | | | | |
| Common Shares Outstanding | 41.1 | 62.2 | 39.0 | 77.2 | 125.5 | 41.3 | 28.4 | 50.5 | 65.56 |
| Common Stock Float | | | | | | | | | |
| Avg. Daily Shares Traded over LTM % of Float Traded Daily | 0.1 | 0.2 | 0.2 | 0.7 | 0.5 | 0.2 | 0.1 | 0.4 | 0.51 |
| Stock Exchange | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE | NYSE |
| **Capitalization** | | | | | | | | | |
| Market Value of Common Equity | $1,246.5 | $1,887.2 | $1,425.2 | $3,031.7 | $3,645.8 | $1,089.7 | $811.6 | $1,341.3 | $203.2 |
| Plus: Total Debt Outstanding | 226.5 | 571.0 | 425.3 | 2,209.0 | 478.9 | 550.0 | 201.0 | 438.7 | 10.9 |
| Plus: Book Value of Preferred Stock | 0.0 | 32.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Minority Interest | 0.0 | 40.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.1 | 6.4 | 0.0 |
| Less: Cash and Equivalents | 20.8 | 247.0 | 234.4 | 53.0 | 79.4 | 19.0 | 1.9 | 173.7 | 299.9 |
| Enterprise Value | 1,452.2 | 2,283.2 | 1,616.2 | 5,187.7 | 4,045.3 | 1,620.7 | 1,025.9 | 1,612.7 | (85.8) |
| **Balance Sheet Items** | | | | | | | | | |
| Intangible Assets | | | | | | | | | |
| Net book value, latest FY | $35.2 | $113.0 | $373.5 | $573.0 | $312.6 | $421.3 | $91.1 | $176.6 | $128.50 |
| Goodwill | | | | | | | | | |
| Net book value, latest FY | $29.6 | $105.0 | $334.0 | $344.0 | $272.4 | $369.3 | $71.0 | $143.6 | $65.20 |
| Estimated amortization | 3.0 | 10.5 | 33.4 | 34.4 | 27.2 | 36.9 | 7.1 | 14.4 | $6.52 |
| Estimated amortization per share | 0.1 | 0.2 | 0.9 | 0.4 | 0.2 | 0.9 | 0.2 | 0.3 | $0.10 |

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

SSBT-000237
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
FINANCIAL PERFORMANCE
(In millions, except per share data)

| | ALBEMARLE CORP | CABOT CORP. | CYTEC INDUSTRIES | EASTMAN CHEMICAL | ENGELHARD CORP | FERRO CORP | FULLER (H. B.) CO | GREAT LAKES | W.R. GRACE |
|---|---|---|---|---|---|---|---|---|---|
| **LTM Financial Results** | | | | | | | | | |
| Date of LTM Financial Results | Sep03 | Sep03 | Sep03 | Sep03 | Sep03 | Sep03 | Aug03 | Sep03 | Sep03 |
| Revenues | $1,066.8 | $1,795.0 | $1,454.3 | $5,681.0 | $3,586.0 | $1,581.2 | $1,270.8 | $1,453.4 | $1,921.0 |
| EBITDA | 179.7 | 297.0 | 236.6 | 549.0 | 398.1 | 156.8 | 138.3 | 162.9 | 228.0 |
| EBIT | 97.9 | 162.0 | 145.6 | 169.0 | 270.2 | 92.5 | 84.2 | 73.1 | 128.0 |
| Net Income | 74.8 | 118.6 | 95.3 | (2.0) | 221.6 | 29.9 | 45.3 | 47.7 | (9.7) |
| Diluted EPS | 1.77 | 1.65 | 2.39 | (0.03) | 1.74 | 0.67 | 1.58 | 0.95 | (0.29) |
| **Fiscal Year End Results** | | | | | | | | | |
| Date of Latest Fiscal Year End | Dec02 | Sep03 | Dec02 | Dec02 | Dec02 | Dec02 | Nov02 | Dec02 | Dec02 |
| Revenues | $1,011.4 | $1,795.0 | $1,346.2 | $5,320.0 | $3,753.6 | $1,528.5 | $1,256.2 | $1,401.5 | $1,817.2 |
| EBITDA | 187.7 | 297.0 | 216.5 | 610.0 | 417.2 | 176.4 | 145.7 | 196.4 | 254.2 |
| EBIT | 107.1 | 162.0 | 132.8 | 213.0 | 303.6 | 112.1 | 88.2 | 116.3 | 159.6 |
| Net Income | 75.7 | 118.6 | 88.6 | 85.1 | 205.6 | 39.5 | 46.2 | 50.5 | 40.3 |
| Diluted EPS | 1.75 | 1.65 | 2.19 | 1.10 | 1.58 | 0.90 | 1.61 | 1.00 | 0.62 |

| | ALBEMARLE CORP | CABOT CORP | CYTEC INDUSTRIES | EASTMAN CHEMICAL | ENGELHARD CORP | FERRO CORP | FULLER (H. B.) CO | GREAT LAKES |
|---|---|---|---|---|---|---|---|---|
| **Projected Financial Results** | | | | | | | | |
| Date of Projected Financial Results | 12/31/2004 | 09/30/2004 | 12/31/2004 | 12/31/2004 | 12/31/2004 | 12/31/2004 | 11/30/2004 | 12/31/2004 |
| EBITDA | $208.6 | $326.5 | $269.9 | $710.0 | $503.0 | $193.6 | $153.8 | $196.6 |
| EBIT | 126.9 | 191.5 | 178.9 | 330.0 | 375.2 | 129.4 | 99.7 | 106.8 |
| Net Income | 72.0 | 118.3 | 101.4 | 131.3 | 233.4 | 48.7 | 49.7 | 42.9 |
| Diluted EPS | 1.75 | 1.90 | 2.60 | 1.70 | 1.86 | 1.18 | 1.75 | 0.85 |
| **First Call Earnings Estimates** | | | | | | | | |
| Date of First Call Estimates | 11/26/2003 | 10/24/2003 | 10/19/2003 | 12/22/2003 | 12/17/2003 | 12/11/2003 | 11/03/2003 | 11/06/2003 |
| Date of Next Fiscal Year End | 12/31/2003 | 09/30/2004 | 12/31/2003 | 12/31/2003 | 12/31/2003 | 12/31/2003 | 11/28/2003 | 12/31/2003 |
| EPS Projection | 1.50 | 1.90 | 2.32 | 0.87 | 1.79 | 0.64 | 1.56 | 0.37 |
| Range of EPS Projections | 1.45 / 1.50 | 1.75 / 1.95 | 2.30 / 2.35 | .78 / .95 | 1.75 / 1.82 | .62 / .66 | 1.50 / 1.61 | .32 / .42 |
| Number of Analysts | 7 | 3 | 5 | 10 | 9 | 6 | 6 | 12 |
| Date of 2nd Fiscal Year End | 12/31/2004 | 09/30/2005 | 12/31/2004 | 12/31/2004 | 12/31/2004 | 12/31/2004 | 11/30/2004 | 12/31/2004 |
| EPS Projection | 1.75 | 2.55 | 2.60 | 1.70 | 1.86 | 1.18 | 1.75 | 0.85 |
| Range of EPS Projections | 1.65 / 1.80 | 2.30 / 2.80 | 2.40 / 2.65 | 1.10 / 2.25 | 1.84 / 1.95 | 1.10 / 1.35 | 1.65 / 1.85 | .50 / 1.20 |
| Number of Analysts | 6 | 2 | 5 | 10 | 9 | 6 | 5 | 12 |
| Long-term Earnings Growth Rate | 8.5% | 12.0% | 8.0% | 7.0% | 10.0% | 10.0% | 9.0% | 8.0% |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc., Duff & Phelps, LLC and First Call Corporation.

SSBT-000238
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
HISTORICAL PROFIT MARGINS

| | ALBEMARLE CORP | CABOT CORP | CYTEC INDUSTRIES | EASTMAN CHEMICAL | ENGELHARD CORP | FERRO CORP | FULLER (H. B.) CO | GREAT LAKES | W.R. GRACE |
|---|---|---|---|---|---|---|---|---|---|
| **Gross Margins (%)** | | | | | | | | | |
| LTM | 29.1 | 31.0 | 30.5 | 20.2 | 21.0 | 24.2 | 32.4 | 27.3 | 34.6 |
| 2002 | 31.2 | 34.5 | 30.9 | 22.1 | 20.4 | 29.5 | 32.9 | 29.3 | 36.8 |
| 2001 | 31.7 | 32.7 | 28.8 | 24.6 | 15.1 | 30.3 | 31.5 | 27.5 | 37.4 |
| 2000 | 36.7 | 37.4 | 33.4 | 28.3 | 15.3 | 32.1 | 35.0 | 34.3 | 39.0 |
| Three-Year Average | 33.2 | 34.8 | 31.0 | 25.0 | 17.0 | 30.6 | 33.1 | 30.3 | 37.7 |
| **EBITDA Margins (%)** | | | | | | | | | |
| LTM | 16.8 | 16.5 | 16.3 | 9.7 | 11.1 | 9.9 | 10.9 | 11.2 | 11.9 |
| 2002 | 18.6 | 17.4 | 16.1 | 11.5 | 11.1 | 11.5 | 11.6 | 14.0 | 14.0 |
| 2001 | 18.9 | 17.5 | 15.2 | 14.1 | 8.5 | 11.4 | 11.3 | 10.9 | 15.2 |
| 2000 | 22.9 | 19.7 | 19.1 | 18.9 | 8.4 | 14.1 | 11.3 | 19.4 | 16.6 |
| Three-Year Average | 20.1 | 18.2 | 16.8 | 14.8 | 9.4 | 12.3 | 11.4 | 14.8 | 15.3 |
| **EBIT Margins (%)** | | | | | | | | | |
| LTM | 9.2 | 9.0 | 10.0 | 3.0 | 7.5 | 5.9 | 6.6 | 5.0 | 6.7 |
| 2002 | 10.6 | 10.4 | 9.9 | 4.0 | 8.1 | 7.3 | 7.0 | 8.3 | 8.8 |
| 2001 | 10.7 | 10.6 | 8.7 | 6.0 | 6.4 | 6.6 | 7.0 | 4.9 | 10.0 |
| 2000 | 15.1 | 12.3 | 12.7 | 11.0 | 6.3 | 10.6 | 7.5 | 13.8 | 11.1 |
| Three-Year Average | 12.1 | 11.1 | 10.4 | 7.0 | 6.9 | 8.2 | 7.2 | 9.0 | 10.0 |
| **Net Income Margins (%)** | | | | | | | | | |
| LTM | 7.0 | 6.6 | 6.5 | (0.0) | 6.2 | 1.9 | 3.6 | 3.3 | (0.5) |
| 2002 | 7.5 | 7.4 | 6.6 | 1.6 | 5.5 | 2.6 | 3.7 | 3.6 | 2.2 |
| 2001 | 7.4 | 8.0 | 5.1 | 2.0 | 4.5 | 2.9 | 3.6 | (4.0) | 4.8 |
| 2000 | 10.3 | 7.2 | 8.2 | 5.6 | 3.7 | 5.9 | 3.6 | 7.8 | 2.3 |
| Three-Year Average | 8.4 | 7.6 | 6.6 | 3.1 | 4.6 | 3.8 | 3.6 | 2.5 | 3.1 |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

SSBT-000239
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
HISTORICAL GROWTH RATES

| | ALBEMARLE CORP | CABOT CORP | CYTEC INDUSTRIES | EASTMAN CHEMICAL | ENGELHARD CORP | FERRO CORP | FULLER (H. B.) CO | GREAT LAKES | W.R. GRACE |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue Growth (%)** | | | | | | | | | |
| YTD | 7.3 | 15.3 | 10.8 | 9.0 | (5.9) | 4.5 | 1.6 | 4.8 | 7.6 |
| LTM | 7.2 | 15.3 | 10.5 | 7.7 | (3.4) | 4.6 | 1.7 | 7.1 | 7.1 |
| 2002 | 7.3 | (6.8) | (2.9) | (1.3) | (26.4) | 22.6 | (1.4) | 3.6 | 5.5 |
| 2001 | 0.1 | 6.1 | (7.1) | 1.9 | (8.0) | 6.3 | (6.6) | (6.7) | 7.9 |
| 2000 | 11.3 | 12.0 | 3.3 | 15.3 | 23.5 | 10.6 | (0.9) | 12.3 | 8.5 |
| Three-year CAGR | 6.1 | 4.5 | (2.3) | 5.0 | (5.8) | 12.9 | (3.0) | 2.8 | 7.3 |
| **EBITDA Growth (%)** | | | | | | | | | |
| YTD | (7.3) | 9.6 | 11.0 | (11.8) | (6.1) | (14.1) | (7.2) | (21.3) | (12.0) |
| LTM | (5.7) | 9.6 | 14.9 | (15.8) | (4.2) | (9.0) | (4.8) | 1.9 | (7.1) |
| 2002 | 5.4 | (7.2) | 2.8 | (19.8) | (4.3) | 24.0 | 1.1 | 33.6 | (3.0) |
| 2001 | (17.5) | (5.8) | (26.2) | (24.0) | (6.3) | (14.0) | (6.6) | (47.7) | (1.2) |
| 2000 | 7.6 | (3.4) | 2.7 | 51.0 | 8.2 | (10.6) | (5.9) | 4.1 | 5.2 |
| Three-year CAGR | (2.2) | (1.4) | (8.0) | (2.7) | (1.0) | (1.6) | (3.9) | (10.0) | 0.3 |
| **EPS Growth (%)** | | | | | | | | | |
| YTD | 0.4 | 3.5 | 12.3 | (92.3) | 13.7 | (31.9) | (3.2) | (7.9) | NM |
| LTM | 4.5 | 3.5 | 27.2 | NM | 8.5 | (14.9) | 1.9 | NM | NM |
| 2002 | 17.6 | (10.5) | 28.4 | (21.0) | (9.4) | 0.3 | (0.4) | NM | (51.8) |
| 2001 | (28.2) | 16.1 | (40.2) | (64.1) | 7.7 | (50.8) | (6.7) | NM | 135.8 |
| 2000 | 20.5 | 0.9 | 4.3 | 236.7 | 11.3 | (1.1) | (11.0) | (16.6) | (63.5) |
| Three-year CAGR | 0.6 | 2.8 | (7.1) | (1.5) | 2.8 | (21.3) | (6.1) | (27.2) | (25.4) |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

SSBT-000240
CONFIDENTIAL

W.R. GRACE & CO.
COMPARABLE COMPANY ANALYSIS
HISTORICAL RETURNS

| | ALBEMARLE CORP | CABOT CORP | CYTEC INDUSTRIES | EASTMAN CHEMICAL | ENGELHARD CORP | FERRO CORP | FULLER (H. B.) CO | GREAT LAKES | W.R. GRACE |
|---|---|---|---|---|---|---|---|---|---|
| **Returns on Average Assets (%)** | | | | | | | | | |
| LTM | 6.3 | 6.5 | 5.6 | 1.3 | 8.3 | 3.1 | 5.7 | 3.8 | 0.1 |
| 2002 | 6.8 | 6.8 | 5.8 | 2.6 | 7.4 | 3.9 | 6.0 | 3.9 | 2.1 |
| 2001 | 6.9 | 7.9 | 4.9 | 3.0 | 8.4 | 4.0 | 6.0 | (1.8) | 4.1 |
| 2000 | 10.4 | 7.0 | 7.9 | 5.9 | 8.1 | 7.5 | 6.4 | 6.0 | 2.1 |
| Three-Year Average | 8.0 | 7.2 | 6.2 | 3.8 | 8.0 | 5.1 | 6.1 | 2.7 | 2.8 |
| **Returns on Average Common Equity (%)** | | | | | | | | | |
| LTM | 12.9 | 11.4 | 13.5 | (0.2) | 19.5 | 5.4 | 9.7 | 6.3 | 7.9 |
| 2002 | 13.0 | 11.8 | 14.1 | 6.4 | 19.8 | 9.6 | 10.5 | 7.4 | (22.2) |
| 2001 | 12.0 | 13.4 | 11.3 | 6.7 | 24.5 | 12.4 | 11.0 | (7.0) | (78.3) |
| 2000 | 18.5 | 12.9 | 21.7 | 16.7 | 25.2 | 28.4 | 12.6 | 11.7 | 84.7 |
| Three-Year Average | 14.5 | 12.7 | 15.7 | 9.9 | 23.2 | 16.8 | 11.3 | 4.0 | (5.3) |
| **Returns on Average Invested Capital (%)*** | | | | | | | | | |
| LTM | 8.6 | 8.2 | 9.8 | 2.1 | 13.9 | 5.1 | 8.1 | 5.2 | (1.9) |
| 2002 | 9.0 | 8.4 | 10.4 | 4.0 | 13.4 | 5.9 | 8.6 | 5.7 | (35.9) |
| 2001 | 9.0 | 10.3 | 8.8 | 4.5 | 15.9 | 5.8 | 8.5 | (2.4) | 82.7 |
| 2000 | 13.4 | 9.3 | 14.8 | 8.7 | 14.7 | 12.0 | 9.2 | 7.3 | 15.5 |
| Three-Year Average | 10.5 | 9.4 | 11.3 | 5.7 | 14.7 | 7.9 | 8.8 | 3.5 | 20.8 |

* Invested capital equals the sum of the book value of equity, total debt, preferred stock, minority interest, and deferred taxes.
Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

SSBT-000241
CONFIDENTIAL