

| | | |
|---|---|---|
| Dan Bayston <DAN.BAYSTON@DUFFLLC.COM> 02/03/2004 11:46 AM | To | "kelly_driscoll@ssga.com" <kelly_driscoll@ssga.com>, "monet_ewing@ssga.com" <monet_ewing@ssga.com> |
| | cc | "jcleary@goodwinprocter.com" <jcleary@goodwinprocter.com>, "dglosband@goodwinprocter.com" |
| | bcc | |
| | Subject | WR Grace Updated Estimated Value |

Enclosed is an updated Equity Value Summary for WR Grace common stock. We have updated many of the figures based upon last week's fourth quarter press release which had some summary balance sheet information. However, the most significant change to our analysis reflects an increase in the estimated value of the insurance receivable. Based on new information provided by Goodwin Procter, we have now calculated this amount at 30% of the estimated aggregate asbestos liability. This is larger than the amount of the receivable currently on the balance sheet ($269 million at 12/31/03) due to our higher estimate of the ultimate liability.

As a result of these changes, we have increased our estimate of the value of Grace common stock. In fact, the high end of our range ($3.24) is now slightly higher than the current stock price (around $3.10). If you have any questions, please call myself or Paul Trost.

<<Grace Equity Summary 1-30-04.pdf>>

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED TO DAN.BAYSTON@DUFFLLC.COM

Daniel D. Bayston | Managing Director | DUFF & PHELPS, LLC | 312-697-4660



Grace Equity Summary 1-30-04.pdf



PLAINTIFF'S EXHIBIT NO. 9

SSBT-000279
CONFIDENTIAL

### W.R. Grace & Company
### Equity Valuation Summary as of 1/30/04
(Smillions)

| | | Market Value | |
|---|---|---|---|
| | Low | Midpoint | High |
| **Enterprise Value** | | | |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 863 | 863 | 863 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| **Total Value** | | | |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation[2] | 314 | 314 | 314 |
| Less: Post-retirement Benefits Other than Pension | 139 | 139 | 139 |
| Less: Special Pension Arrangements | 77 | 77 | 77 |
| Less: Retained Obligations of Divested Businesses | 58 | 58 | 58 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 117 | 117 | 117 |
| Less: Future Bankruptcy Costs[3] | 91 | 91 | 91 |
| **Equity Value[4]** | $62 | $137 | $212 |
| Common Shares Outstanding (millions) | 65.56 | 65.56 | 65.56 |

Notes:
1) Estimated to be 30 percent of the projected asbestos-related liabilities.
2) Environmental remediation costs are estimated to be $70 million higher than Company's provision for the liability on the 9/30/03 balance sheet based on the most recent Company information.
3) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.
4) Certain nonoperating assets and liabilities are estimated from the unaudited 12/31/03 balance sheet in the 1/27/04 earnings release.

SSBT-000280
CONFIDENTIAL