# W.R. Grace & Company
## Equity Valuation Summary as of 3/1/04
### ($millions)

| | Market Value | | |
|---|---|---|---|
| | Low | Midpoint | High |
| Enterprise Value | $1,800 | $1,875 | $1,950 |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 866 | 866 | 866 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| Less: Estimated Asbestos Liabilities | 1,900 | 1,900 | 1,900 |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation[2] | 314 | 314 | 314 |
| Less: Post-retirement Benefits Other than Pension | 139 | 139 | 139 |
| Less: Special Pension Arrangements | 77 | 77 | 77 |
| Less: Retained Obligations of Divested Businesses | 58 | 58 | 58 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 117 | 117 | 117 |
| Less: Future Bankruptcy Costs[3] | 91 | 91 | 91 |
| **Equity Value[4]** | **$65** | **$140** | **$215** |
| Common Shares Outstanding (millions) | 65.56 | 65.56 | 65.56 |
| Value per Share | $0.99 | $2.14 | $3.28 |

**Notes:**

1) Estimated to be 30 percent of the projected asbestos-related liabilities.

2) Environmental remediation costs are estimated to be $70 million higher than Company's provision for the liability on the 9/30/03 balance sheet based on the most recent Company information.

3) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.

4) Certain nonoperating assets and liabilities are estimated from the unaudited 12/31/03 balance sheet in the 1/27/04 earnings release.

SSBT-003058
CONFIDENTIAL



W.R. Grac_ Stock Price Chart
February 27, 2003 - February 27, 2004
1-Year Return: -11%
3-Month Return: +2%
1-Month Return: +12%
9,000,000
8,000,000
7,000,000
6,000,000
5,000,000
4,000,000
3,000,000
2,000,000
1,000,000
0
$6.00
$5.00
$4.00
$3.00
$2.85
$2.00
$1.00
$0.00
2/27/2003
5/9/2003
7/22/2003
10/1/2003
12/11/2003
2/24/2004
April 22, 2003: GRA announced that 1Q 2003 sales rose 7.7% (the weak dollar made up for 6% of this increase) while pre-tax income decreased 60% due to economic weakness in the construction industry and high raw material costs
April 24, 2003: GRA shares surge on the possibility that a national trust will be established that would settle asbestos related claims made by people with asbestos related diseases
June 24, 2003: GRA shares rise more than 15% on news that U.S. Senators have agreed on medical criteria for the proposed trust
June 26, 2003: A U.S. Senate committee agreed to add as much as $45 billion to the compensation fund if it ruins out of cash
July 10, 2003: The Senate Judicial Committee failed to reach a bipartisan compromise on payments to individuals with asbestos related injuries; insurers continue to oppose the bill; GRA fell by more than 15%
August 27, 2003: The Justice Department ordered GRA to reimburse the federal government $54.5 million for costs associated with cleaning soil contaminated with asbestos near the Libby mine
October 17, 2003: Senator Daschle publicly stated that the FAIR Act will not win Democratic support unless companies agree to contribute more money to the fund
November 17, 2003: GRA creditors asked a federal judge to step down from overseeing the company's bankruptcy case, further slowing bankruptcy proceedings
January 27, 2004: GRA announced 4Q 2003 sales rose 12.4% to $511.3 million compared to $454.7 million in the same quarter in 2002; GRA reported a net loss of $36.5 million, which includes a $100 million asbestos liability adjustment charge
February 27, 2004: State Street Corp., the GRA 401(k) manager, annonced plans to begin selling shares of the Company

SSBT-003059
CONFIDENTIAL

# W.R. Grace & Company
## Equity Valuation Summary as of 3/12/04
($millions)

| | Market Value | | |
|---|---|---|---|
| | Low | Midpoint | High |
| Enterprise Value | $1,800 | $1,875 | $1,950 |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 853 | 853 | 853 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| Less: Estimated Asbestos Liabilities | 1,900 | 1,900 | 1,900 |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation | 332 | 332 | 332 |
| Less: Post-retirement Benefits Other than Pension | 134 | 134 | 134 |
| Less: Special Pension Arrangements | 70 | 70 | 70 |
| Less: Retained Obligations of Divested Businesses | 57 | 57 | 57 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 111 | 111 | 111 |
| Less: Future Bankruptcy Costs[2] | 91 | 91 | 91 |
| **Equity Value[3]** | **$52** | **$127** | **$202** |
| Common Shares Outstanding (millions) | 65.56 | 65.56 | 65.56 |
| Value per Share | $0.79 | $1.93 | $3.08 |

**Notes:**

1) Estimated to be 30 percent of the projected asbestos-related liabilities.

2) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.

3) Environmental remediation costs and other nonoperating assets and liabilities based on the balance sheet from Form 10-K filing for the year ended December 31, 2003.

3/15/2004

SSBT-003060
CONFIDENTIAL



W.R. Grac. .ock Price Chart
March 12, 2003 - March 12, 2004
1-Year Return: -17%
3-Month Return: -1%
1-Month Return: +36%
9,000,000
8,000,000
7,000,000
6,000,000
5,000,000
4,000,000
3,000,000
2,000,000
1,000,000
0
$6.00
$5.00
$4.00
$3.00
$2.90
$2.00
$1.00
$0.00
3/12/2003
5/22/2003
8/4/2003
10/14/2003
12/24/2003
3/8/2004
April 22, 2003: GRA announced that 1Q 2003 sales rose 7.7% (the weak dollar made up for 6% of this increase) while pre-tax income decreased 60% due to economic weakness in the construction industry and high raw material costs
April 24, 2003: GRA shares surge on the possibility that a national trust will be established that would settle asbestos related claims made by people with asbestos related diseases
June 24, 2003: GRA shares rise more than 15% on news that U.S. Senators have agreed on medical criteria for the proposed trust
June 26, 2003: A U.S. Senate committee agreed to add as much as $45 billion to the compensation fund if it ruins out of cash
July 10, 2003: The Senate Judicial Committee failed to reach a bipartisan compromise on payments to individuals with asbestos related injuries; insurers continue to oppose the bill; GRA fell by more than 15%
August 27, 2003: The Justice Department ordered GRA to reimburse the federal government $54.5 million for costs associated with cleaning soil contaminated with asbestos near the Libby mine
October 17, 2003: Senator Daschle publicly stated that the FAIR Act will not win Democratic support unless companies agree to contribute more money to the fund
November 17, 2003: GRA creditors asked a federal judge to step down from overseeing the company's bankruptcy case, further slowing bankruptcy proceedings
January 27, 2004: GRA announced 4Q 2003 sales rose 12.4% to $511.3 million compared to $454.7 million in the same quarter in 2002; GRA reported a net loss of $36.5 million, which includes a $100 million asbestos liability adjustment charge
February 27, 2004: State Street Corp., the GRA 401(k) manager, annonced plans to begin selling shares of the Company

SSBT-003061
CONFIDENTIAL