

Dan Bayston
<DAN.BAYSTON@DUFFLLC.COM>

02/17/2004 04:19 PM

To: "'Monet_Ewing@ssga.com'" <Monet_Ewing@ssga.com>, "'kelly_q_driscoll@ssga.com'" <kelly_q_driscoll@ssga.com> "'jcleary@goodwinprocter.com'"
cc: <jcleary@goodwinprocter.com>, "'dglosband@goodwinproctor.com'"
bcc:
Subject: WR Grace Update 2/13/04

Per your request, enclosed is a current update of the WR Grace Equity Value Summary. The range of values is $0.73 to $3.02. As we have discussed, there are many subjective qualitative factors that have gone into our analysis, many of which are subject to change and modification. The only material changes that are reflected in this current summary, verses our report of 1/29/04, relate to the higher estimated insurance receivable (positive impact), lower value of Sealed Air and Fresenius Settlement (negative impact due to lower Sealed Air stock price) and the revised level of pre-petition A/P amd other accured liabilities (negative impact). The closing stock price of Grace on 2/13/04 was $3.40.

<<GRA Price Graph 2-13-04.pdf>>   <<GRA Summary 2-13-04.pdf>>
Daniel D. Bayston | Managing Director | DUFF & PHELPS, LLC | 312-697-4660

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED TO DAN.BAYSTON@DUFFLLC.COM

GRA Price Graph 2-13-04.pdf   GRA Summary 2-13-04.pdf

PLAINTIFF'S EXHIBIT NO.

SSBT-000289
CONFIDENTIAL

2/17/2004

### W.R. Grace & Company
### Equity Valuation Summary as of 2/17/04
### ($millions)

| | Low | Market Value Midpoint | High |
|---|---|---|---|
| **Enterprise Value** | | | |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 849 | 849 | 849 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| **Value of Assets** | | | |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation[2] | 314 | 314 | 314 |
| Less: Post-retirement Benefits Other than Pension | 139 | 139 | 139 |
| Less: Special Pension Arrangements | 77 | 77 | 77 |
| Less: Retained Obligations of Divested Businesses | 58 | 58 | 58 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 117 | 117 | 117 |
| Less: Future Bankruptcy Costs[3] | 91 | 91 | 91 |
| **Equity Value[4]** | $48 | $123 | $198 |
| Common Shares Outstanding (millions) | 65.56 | 65.56 | 65.56 |
| **Value per Share** | | | |

Notes:
1) Estimated to be 30 percent of the projected asbestos-related liabilities.
2) Environmental remediation costs are estimated to be $70 million higher than Company's provision for the liability on the 9/30/03 balance sheet based on the most recent Company information.
3) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.
4) Certain nonoperating assets and liabilities are estimated from the unaudited 12/31/03 balance sheet in the 1/27/04 earnings release.

SSBT-000290
CONFIDENTIAL



SSBT-000291
CONFIDENTIAL