

| | |
|---|---|
| Dan Bayston <DAN.BAYSTON@DUFFLLC.COM> 03/08/2004 04:19 PM | To: "'Monet_Ewing@ssga.com'" <Monet_Ewing@ssga.com>, "'Melissa_Smith@ssga.com'" <Melissa_Smith@ssga.com>, "'kelly_q_driscoll@ssga.com'" <kelly_q_driscoll@ssga.com> <br> cc: "'jcleary@goodwinprocter.com'" <jcleary@goodwinprocter.com>, Paul Trost <ptrost@DUFFLLC.COM>, Dennis Shea <br> bcc: <br> Subject: 3/5/04 WR Grace Update |

Enclosed is the weekly update of our Equity Valuation Summary and an updated Price/Volume graph for WR Grace common stock. On Friday, March 5, 2004 WR Grace filed their Form 10-K for the year ended December 31, 2003. We are reviewing the filing and have incorporated some new slightly updated figures in the enclosed analysis. The midpoint of our Equity Valuation increased slightly to $2.21 from the previous week's level of $2.14 due to a slightly higher Sealed Air stock price and minor adjustments to nonoperating assets. Friday's (3/5/04) closing stock price was $3.00 per share and our current range is now $1.07 to $3.35. We will be updating our Initial Financial Analysis Report (issued 1/29/04) over the next week or so based on a detailed review of the 10-K filing and updated financial/pricing information on the comparable companies. If you have any questions, please call.

<<Grace Summary 3-5-04.pdf>>
PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED TO DAN.BAYSTON@DUFFLLC.COM

Daniel D. Bayston | Managing Director | DUFF & PHELPS, LLC | 312-697-4660



Grace Summary 3-5-04.pdf



PLAINTIFF'S EXHIBIT NO.

SSBT-001377
CONFIDENTIAL

3/8/2004

**W.R. Grace & Company**
**Equity Valuation Summary as of 3/5/04**
**($millions)**

|  | Market Value | | |
|---|---|---|---|
|  | Low | Midpoint | High |
| **Enterprise Value** | | | |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 871 | 871 | 871 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| **Adjusted Enterprise Value** | | | |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation | 332 | 332 | 332 |
| Less: Post-retirement Benefits Other than Pension | 134 | 134 | 134 |
| Less: Special Pension Arrangements | 70 | 70 | 70 |
| Less: Retained Obligations of Divested Businesses | 57 | 57 | 57 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 111 | 111 | 111 |
| Less: Future Bankruptcy Costs[2] | 91 | 91 | 91 |
| **Equity Value[3]** | $70 | $145 | $220 |
| Common Shares Outstanding (millions) | 65.56 | 65.56 | 65.56 |
| **Value per Share** | | | |

Notes:
1) Estimated to be 30 percent of the projected asbestos-related liabilities.
2) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.
3) Environmental remediation costs and other nonoperating assets and liabilities based on the balance sheet from Form 10-K filing for the year ended December 31, 2003.

SSBT-001378
CONFIDENTIAL



SSBT-001379
CONFIDENTIAL