

PLAINTIFF'S EXHIBIT
NO.

# GRACE

Weekly Valuation Summary of

W. R. Grace & Co.

Prepared for



## SS&A.

STATE STREET GLOBAL ADVISORS

As Investment Manager of the W. R. Grace Common Stock
Held by the W. R. Grace & Co. Savings and Investment Plan

March 19, 2004

# DUFF & PHELPS, LLC

311 South Wacker Drive
Suite 4200 Chicago, Illinois 60606
(312) 697-4600

SSBT-003062
CONFIDENTIAL

3/23/2004

## W.R. Grace & Company
### Equity Valuation Summary as of 3/19/04
($millions)

| | Market Value | | |
|---|---|---|---|
| | Low | Midpoint | High |
| Enterprise Value | $1,750 | $1,825 | $1,900 |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 855 | 855 | 855 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| Less: Projected Asbestos-Related Liabilities | | | |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation | 332 | 332 | 332 |
| Less: Post-retirement Benefits Other than Pension | 134 | 134 | 134 |
| Less: Special Pension Arrangements | 70 | 70 | 70 |
| Less: Retained Obligations of Divested Businesses | 57 | 57 | 57 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 112 | 112 | 112 |
| Less: Future Bankruptcy Costs[2] | 91 | 91 | 91 |
| Equity Value[3] | $4 | $79 | $154 |
| Common Shares Outstanding (millions) | 65.61 | 65.61 | 65.61 |
| Value per Share | | | |

Notes:

1) Estimated to be 30 percent of the projected asbestos-related liabilities.

2) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.

3) Environmental remediation costs and other nonoperating assets and liabilities based on the balance sheet from Form 10-K filing for the year ended December 31, 2003.

SSBT-003063
CONFIDENTIAL



W.R. Gr..._ock Price Chart
March 19, 2003 - March 19, 2004

1-Year Return: 21%
3-Month Return: +6%

June 26, 2003: A U.S. Senate committee agreed to add as much as $45 billion to the compensation fund if it runs out of cash

June 24, 2003: GRA shares rise more than 15% on news that U.S. Senators have agreed on medical criteria for the proposed trust

April 24, 2003: GRA shares surge on the possibility that a national trust will be established that would settle asbestos related claims made by people with asbestos related diseases

April 22, 2003: GRA announced that 1Q 2003 sales rose 7.7% (the weak dollar made up for 6% of this increase) while pre-tax income decreased 66% due to economic weakness in the construction industry and high raw material costs

July 10, 2003: The Senate Judicial Committee failed to reach a bipartisan compromise on payments to individuals with asbestos related injuries; insurers continue to oppose the bill; GRA fell by more than 15%

October 17, 2003: Senator Daschle publicly stated that the FAIR Act will not win Democratic support unless companies agree to contribute more money to the fund

August 27, 2003: The Justice Department ordered GRA to reimburse the federal government $54.5 million for costs associated with cleaning soil contaminated with asbestos near the Libby mine

January 27, 2004: GRA announced 4Q 2003 sales rose 12.6% to $551.3 million compared to $454.7 million in the same quarter in 2002; GRA reported a net loss of $36.5 million, which includes a $100 million asbestos liability adjustment charge

February 27, 2004: State Street Corp., the GRA 401(k) manager, announced plans to begin selling shares of the Company

November 17, 2003: GRA creditors asked a federal judge to step down from overseeing the company's bankruptcy case, further slowing bankruptcy proceedings



SSBT-003064
CONFIDENTIAL

E + D

# GRACE

Financial and Valuation Analysis of

W. R. Grace & Co.

Prepared for

## SSgA.

STATE STREET GLOBAL ADVISORS

As Investment Manager of the W. R. Grace Common Stock
Held by the W. R. Grace & Co. Savings and Investment Plan

**March 19, 2004**

# DUFF&PHELPS, LLC

311 South Wacker Drive

Suite 4200 Chicago, Illinois 60606

(312) 697-4600

SSBT-002933
CONFIDENTIAL

# GRACE

## Table of Contents

I.     Introduction

II.    Overview of Chapter 11 Bankruptcy Filing

III.   Overview of the FAIR Act

IV.    Company Overview

V.     Industry Overview

VI.    Valuation Analysis
       - Comparable Public Company Summary
       - Change of Control Transaction Summary

VII.   Equity Value Conclusion
       - Sealed Air and Fresenius Settlements
       - Asbestos Litigation Analysis

VIII.  W. R. Grace Common Stock Overview

IX.    Other Financial Observations

X.     Preliminary Observations

DUFF & PHELPS, LLC

SSBT-002934
CONFIDENTIAL

GRACE

DUFF & PHELPS, LLC

## Table of Contents

**Appendices**

A.   Historical Financials

B.   Comparable Public Company Information

C.   Change of Control Transaction Analysis

D.   Descriptions of Selected Companies in Bankruptcy

SSBT-002935
CONFIDENTIAL



# Introduction

- Duff & Phelps, LLC ("Duff & Phelps") has been retained as independent financial advisor to State Street Global Advisors as the Investment Manager (the "Investment Manager") with respect to the shares of common stock of W. R. Grace & Co. ("Grace" or the "Company") that are held under the Company's common stock investment option that is maintained under the W. R. Grace Savings and Investment Plan Trust (the "Trust") on behalf of W. R. Grace Savings and Investment Plan (the "Plan").

- Duff & Phelps is engaged as independent financial advisor to the Investment Manager to review the fundamental and financial outlook for the common stock of the Company held by the Plan ("Updated Financial Analysis").

  - As part of this review, Duff & Phelps will examine the current market price of the stock, taking into account third party assessments of any liabilities and potential obligations that may have contributed to the current bankruptcy proceedings.

  - It is understood that Duff & Phelps will not be conducting an independent financial assessment of these liabilities and obligations.

  - As part of its Initial Financial Analysis, Duff & Phelps will also examine the pricing trends of publicly-traded companies deemed comparable in whole or part to Grace and will provide its opinion on the fair market value of the Company common stock as of the date of the Updated Financial Analysis. Prior to the issuance of this current report, Duff & Phelps provided you with certain information on Grace and its common stock in reports dated December 11, 2003, January 15, 2004, and January 29, 2004 ("Initial Financial Analysis"), as well as periodic updates of the analysis during February and March 2004.

- Duff & Phelps is also engaged to provide periodic update analyses to the Investment Manager and such ongoing financial advisory services as may be reasonably requested.

- The analysis and opinion is to be used by the Investment Manager in considering whether to continue to hold Grace common stock.

DUFF & PHELPS, LLC

1

SSBT-002936
CONFIDENTIAL



# Introduction

## Scope of Analysis

❖ Duff & Phelps conducted the following actions and analyses:

- Held discussions regarding history, operations, and future outlook of the Company with senior management at Grace's headquarters in Columbia, Maryland in November, 2003;

- Reviewed historical audited financial statements for the fiscal years ended December 31, 1998 through 2003 (10-K filings);

- Observed Grace's stock price, trading volumes, and other market data related to the Company's publicly traded equity as shown in Bloomberg Financial Markets LP;

- Reviewed certain investor presentations and press releases provided by Grace's Investor Relations Department;

- Analyzed historical financial performance and valuation multiples of public companies deemed comparable to the Company;

- Analyzed change-of-control transactions with target companies deemed comparable to the Company;

- Reviewed industry and economic information regarding the specialty chemical industry;

- Reviewed certain other relevant, publicly available information, including economic, industry, and investment information;

- Reviewed certain memorandums prepared by legal counsel to the Investment Manager regarding the Company's bankruptcy filing and the status of the asbestos litigation matters;

- Held discussions with the Investment Manager and its legal counsel regarding the expectations for a resolution of the outstanding litigation matters and the Company's ability to successfully emerge from the bankruptcy proceedings;

- Reviewed audio transcripts of the Mealey's LexisNexis The Wall Street Forum: Asbestos Conference dated April 15, 2003; and

- Reviewed numerous reports regarding asbestos liabilities prepared by third parties.

DUFF & PHELPS, LLC

2

SSBT-002937
CONFIDENTIAL

# GRACE

## Overview of Chapter 11 Bankruptcy Filing

❖ On April 2, 2001, Grace and substantially all of its domestic subsidiaries filed voluntary petitions for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Filing"), in response to a sharply increasing number of asbestos-related claims. These claims generally involve asbestos-related alleged asbestos-related bodily injury liability and certain property damage liability related to the Company's now discontinued Zonolite Attic Insulation ("ZAI") product.

❖ The Grace Chapter 11 case has been assigned to Judge Alfred M. Wolin, who has kept the asbestos bodily injury matters and the Fresenius and Sealed Air fraudulent transfer litigation. The ZAI litigation has been assigned to Judge Judith Fitzgerald. There have been attempts to disqualify Judge Wolin in several asbestos-related cases, including Grace's case. Therefore, current progress in Grace's bankruptcy (and other similar cases) and asbestos matters has been delayed.

❖ The most significant litigation experienced by Grace can be segregated into three clusters: asbestos bodily injury claims, ZAI litigation, and asbestos-related property damage claims.

  ▪ Asbestos-related property damage claims were subject to a bar date. Approximately 4,300 claims were filed of which 3,300 were filed by a single law firm. Grace is currently reviewing the various claims and has indicated that it will be better able to estimate its exposure to these claims in a number of months.

  ▪ ZAI litigation is not yet subject to a bar date and has the potential to be far-reaching. However, Grace has taken the position that it has minimal liability. A science trial to determine the merit of the asbestos health risk of ZAI has been delayed from its original schedule, presumably to give time for both parties to reach a settlement.

  ▪ Asbestos bodily injury claims are also not yet subject to a bar date. There are approximately 130,000 claims against Grace at this time. Progress on these claims has been delayed by attempts to disqualify Judge Wolin. Judge Wolin decided he would not recuse himself in January, but Owens Corning and Grace have both appealed to the 3rd U.S. Circuit Court of Appeals to overrule his decision. The proposed FAIR Act, discussed in the following section, would generally address the bodily injury claims.

❖ Grace's non-U.S. subsidiaries and some of its U.S. subsidiaries were not included in the Filing.

❖ Since the Filing, Grace has been able to continue its normal business activities and has established a debtor-in-possession post-petition facility with Bank of America for the aggregate amount of $250 million.

## DUFF & PHELPS, LLC

3

SSBT-002938
CONFIDENTIAL



# *Overview of Chapter 11 Bankruptcy Filing*

**Historical Asbestos Claims Against W. R. Grace**

❖ Asbestos claims increased over 200% in 2001 compared to 1997 levels. In addition, during 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product.

❖ As of September 30, 2003, 129,191 bodily injury claims remained outstanding. Estimates for future bodily injury claims are as high as 250,000, according to management.



Total Annual Asbestos Claims Filed Against W.R. Grace

DUFF & PHELPS, LLC

4

SSBT-002939
CONFIDENTIAL



# Overview of Chapter 11 Bankruptcy Filing

**Key Events Leading to the Bankruptcy of W. R. Grace**

**1913**
- A mountain containing vermiculite (an asbestos free mineral which expands when heated), was discovered in Libby, Montana. Later findings show that the vermiculite found in this mountain was contaminated with asbestos.

**1923**
- Commercial mining begins in Libby, Montana.

**1938**
- Zonolite Company produces the first asbestos-containing product called High Temperature Insulating Cement. It contained 15-19% purchased chrysotile asbestos.

**1958**
- Zonolite enters the fireproofing market with a product called Monokote (MK1) which contained gypsum, expanded vermiculite, purchased chrysotile asbestos and Portland cement.

**1963**
- W. R. Grace purchases Zonolite Company.

DUFF & PHELPS, LLC

5

SSBT-002940
CONFIDENTIAL

**GRACE**

# Overview of Chapter 11 Bankruptcy Filing

Key Events Leading to the Bankruptcy of W. R. Grace (continued)

**1970**

- Grace begins the introduction of Monokote 4, which was a fireproofing product free of commercially added asbestos. This process continues through 1972.

**1973**

- The USEPA ban on the spray application of asbestos-containing materials goes into effect July 4, 1973.
- Sales of Monokote 4 are discontinued in the United States.
- Grace receives the first asbestos related claim from a Libby employee.

**1977**

- Grace receives first personal injury claims.

**1981–1984**

- Grace's first property damage suits are filed.
- John's Manville declares bankruptcy.

6

DUFF & PHELPS, LLC

SSBT-002941
CONFIDENTIAL



# Overview of Chapter 11 Bankruptcy Filing

**Key Events Leading to the Bankruptcy of W. R. Grace (continued)**

**1985–1990**

- 35 companies and their carriers form Asbestos Claims Facility (ACF), Grace does not participate.
- ACF participants withdraw and ACF eventually dissolves.
- Former ACF participants form Center for Claims Resolution (CCR), Grace does not elect to participate.
- Celotex declares bankruptcy and departs tort system.
- Grace closes Libby mine and mill.

**1990–1995**

- CCR global class action settlement (Georgine v. Amchem et. Al.) obtains injunction.
- Eagle-Pitcher and others declare bankruptcy.
- Grace records $275 million net charge for property damage cases pending and personal injury claims pending as well as those expected to be filed from 1996-1998.

**1995–1997**

- Grace records an additional net charge of $229.1 million to include personal injury claims to be filed from 1997-2001.
- Grace records reserve that estimated total cost of resolving all bodily injury asbestos cases at $1.2 billion.
- Grace continues to manage backlog of cases and ends year with 11 remaining property damage cases.

DUFF & PHELPS, LLC

7

SSBT-002942
CONFIDENTIAL



# Overview of Chapter 11 Bankruptcy Filing

**Key Events Leading to the Bankruptcy of W. R. Grace (continued)**

**2000**

- Grace initiates a three-part medical program to provide medical coverage to any and all Libby residents diagnosed with asbestos related illness.

- Several class action suits filed on behalf of residents of Libby and surrounding areas.

- Several property damage law suits are filed relating to Grace's Zonolite Attic Insulation product.

- Babcock & Wilcox, Pittsburgh Corning, Owens Corning, and Armstrong Holdings file for bankruptcy.

- Grace resolves four property damage cases and ends the year with seven outstanding.

- Grace receives 48,786 new bodily injury claims in the year, up 81%. Claims received in the fourth quarter were the highest number ever received in a quarter, up 131% from prior year quarter. Backlog of bodily injury claims grows to 124,907.

- Grace records a $294 million addition to asbestos reserve related to the adverse trends in 2000.

**2001**

- W. R. Grace files for Chapter 11 bankruptcy protection.

8

DUFF & PHELPS, LLC

SSBT-002943
CONFIDENTIAL



# Overview of Chapter 11 Bankruptcy Filing

## Companies Currently In Chapter 11

❖ A number of prominent companies are currently in Chapter 11 as a result of asbestos liabilities

| Company | Business Description | Market Status | Date Filed For Chapter 11 | Assets at Filing Date ($ in millions) |
|---|---|---|---|---|
| Harbison-Walker Refractories | Manufactures construction materials | Private | February 14, 2002 | $655 |
| Kaiser Aluminum | Operates aluminum smelting facilities | Public | February 12, 2002 | 3,350 |
| Federal-Mogul | Manufactures automotive components | Public | October 1, 2001 | 9,945 |
| U.S. Gypsum | Manufactures gypsum wallboard, joint compound, and cement | Public | June 25, 2001 | 3,214 |
| W.R. Grace | Specialty chemical manufacturer | Public | April 2, 2001 | 2,492 |
| G-I Holdings | Manufactures commercial and residential roofing material | Private | January 18, 2001 | 889 |
| Armstrong World Industries | Manufactures flooring products, cabinets, tile, and specialty carpet | Public | December 6, 2000 | 4,165 |
| Owens Corning | Manufactures fiberglass and composite materials for insulation and industrial use | Public | October 5, 2000 | 6,494 |
| Babcock & Wilcox | Manufactures electric power generating systems and equipment | Subsidiary of McDermott Intl. | February 22, 2000 | 2,006 |

Source: The Wall Street Journal

DUFF & PHELPS, LLC

9

SSBT-002944
CONFIDENTIAL



# GRACE

# Overview of the FAIR Act

Overview of the Proposed Trust Fund to Be Established by the FAIR Act

❖ In response to the asbestos liability and litigation problem plaguing companies who manufactured and sold product containing asbestos, Senate Judiciary Committee Chairman Orrin Hatch, R-Utah, introduced the Fairness in Asbestos Injury Resolution Act of 2003 ("FAIR Act"), which the Senate Judiciary Committee voted on July 10, 2003, to send to the full Senate. The FAIR Act was developed to address the litigation bureaucracy currently available for existing bodily injury and potential bodily injury victims. Negotiations continued in the fall with no no substantive results, however, consideration of the FAIR Act is expected to resume as Senator Hatch wants a late March or early April floor vote in 2004, according to recent news reports.

❖ The version of the proposal passed by the Senate Judiciary Committee centers around the creation of a trust fund (Asbestos Injury Claims Resolution Fund) to compensate those who can prove that they have been harmed by exposure to asbestos. The trust fund would be funded by insurers and companies with asbestos liability and would be valued at approximately $108 billion, of which insurers would fund $45 billion, companies with extensive liabilities would fund $45 billion, companies with limited liability would fund $10 billion, and the remaining $8 billion would come from preexisting asbestos liability trust funds. In addition to the $108 billion total fund, the proposal included $45 billion in contingency funding if the trust ran out of money to pay claims. The federal government would not act as a backstop to the fund.

Sources: S. 1125, The Fairness in Asbestos Injury Resolution Act of 2003.

DUFF & PHELPS, LLC

10

SSBT-002945
CONFIDENTIAL

## Overview of the FAIR Act

**GRACE**

Overview of the Proposed Trust Fund (continued)

❖ The following are details of how the FAIR Act passed by the Senate Judiciary Committee in July, 2003 would work:

- The FAIR Act would establish the U.S. Court of Asbestos Claims which would determine eligibility of claimants to receive compensation from the trust fund

- Any worker claiming an injury from a product that contains asbestos would file a claim before the Asbestos Court

- The panel would then decide whether someone is eligible for compensation based on criteria approved by the American Medical Association

- Workers would have to furnish chest X-rays showing evidence of asbestosis, mesothelioma, or other lung cancers caused by asbestos

- The court would decide within 90 days of the claim and those suffering from mesothelioma would automatically receive $750,000 while those with asbestosis would receive at least $40,000

❖ The revision to the proposed FAIR Act discussed in the Fall of 2003 included a $114 billion trust fund with insurers contributing $46 billion and companies involved in asbestos litigation contributing approximately $68 billion. While insurers and companies with asbestos liabilities backed the latest proposal, other parties in the negotiations, including organized labor, expressed disapproval of this proposal. The key sticking points are the size of the trust fund and determining how the liability is split between businesses and insurers.

Sources: S. 1125, The Fairness in Asbestos Injury Resolution Act of 2003.

**DUFF & PHELPS, LLC**

11

SSBT-002946
CONFIDENTIAL



# Overview of the FAIR Act

**Proposed Trust Fund and its Potential Impact on Grace**

❖ Following is the estimated financial impact on Grace if the latest detailed version of the FAIR Act was passed.

- Grace's contributions to the FAIR Act trust fund is based on the Tier 1, Subtier 1 funding requirements.

- The annual contribution is based on Grace's LTM revenue and is discounted to the present value using a 10% discount rate.

|  | W.R. Grace & Company FAIR Act Liability Summary | | |
|---|---|---|---|
| Year | Percentage of Revenues[1] | Grace's Annual Contribution | Grace's Contribution | Present Value of Contribution[2] |
| Years 1-5 | 1.5184% | $30,079,504 | $150,397,520 | $114,024,986 |
| Years 6-8 | 1.3666% | $27,072,346 | $81,217,038 | $41,803,477 |
| Years 9-11 | 1.2147% | $24,063,207 | $72,189,621 | $27,916,564 |
| Years 12-14 | 1.0629% | $21,056,049 | $63,168,147 | $18,353,009 |
| Years 15-17 | 0.9111% | $18,048,891 | $54,146,673 | $11,819,602 |
| Years 18-20 | 0.7592% | $15,039,752 | $45,119,256 | $7,399,715 |
| Years 21-26 | 0.6074% | $12,032,594 | $72,195,564 | $7,789,682 |
| Year 27 | 0.1518% | $3,007,158 | $3,007,158 | $229,372 |
| Total (July 2003 version) | | | $541,440,977 | $229,336,414 |

[1] Based on Grace's LTM revenue of $1.98 billion (LTM = latest twelve months ended December 31, 2003).
[2] The present value is calculated using a discount rate of 10%.

DUFF & PHELPS, LLC

12

Sources: S. 1125, The Fairness in Asbestos Injury Resolution Act of 2003.

SSBT-002947
CONFIDENTIAL

# *Overview of the FAIR Act*

❖ Recent attempts to create an industry financed trust fund have increased the volatility of affected stocks.

**Market Valuation Effect of Asbestos Litigation on Bankrupt Firms**
**March 19, 2002 - March 19, 2004**



Note:
1.) The Bankrupt Company Index includes four companies that have filed for Chapter 11 bankruptcy due to asbestos related liabilities in 2000 or 2001. This index includes FDMLQ, OWENQ, ACKHQ, and USG.
2.) The Non-Bankrupt Company Index includes companies with asbestos litigation liabilities, but have not been forced into bankruptcy. This index includes GP, HAL, CB, MDR, PPG, and ABB.

**DUFF & PHELPS, LLC**

13

SSBT-002948
CONFIDENTIAL



# Company Overview

## General Business Overview

❖ W. R. Grace was originally formed in 1854 and was incorporated in 1899 as a merchant steamship transportation line. The Company began to move into the specialty chemical industry in the early 1950s with the purchase of Davison Chemical Company and Dewey & Almy Chemical Company. The Company continued to operate as a combined ship transportation line and specialty chemical company until 1996 when it received approximately $3.0 billion in after-tax cash proceeds from the divestiture of non-chemical business operations. In 1997, the Company successfully completed a stock repurchase of 28 million shares and emerged in 1998 as a global specialty chemical company. The Company is currently headquartered in Columbia, Maryland and has 6,400 employees worldwide as of December 31, 2003.

❖ The Company, through its subsidiaries, manufactures specialty chemicals and materials through two business segments: Davison Chemicals (products include chemical and refining catalysts, silicas and absorbants) and Performance Chemicals (manufactures building and construction chemicals and various container products). The Company's end markets include oil refineries, plastic manufacturers, chemical manufacturers, consumer product companies, pharmaceutical companies, and construction companies.



**2003 Sales By Geography**

United States 41%

Canada & Puerto Rico 4%

Europe 34%

Asia Pacific 16%

Latin America 5%

**2003 Revenue By Segment**

Performance Chemicals 48%

Davison Chemicals 52%

Source: Company 10-K dated December 31, 2003

**DUFF & PHELPS, LLC**

14

SSBT-002949
CONFIDENTIAL



# Company Overview

**Davison Chemicals Segment**

❖ The Davison Chemicals Segment manufactures two product groups: catalysts and silica products and absorbents. These products are specification-driven and sold to a diverse customer base including major oil refineries, plastics and chemical manufacturers, consumer products, and pharmaceutical and nutraceutical companies.

❖ This business segment produces three types of catalysts and four types of silicas and absorbents:

<u>Catalysts</u>

- Fluid cracking catalysts and additives used by petroleum refineries to convert distilled crude oil into transportation fuels and other petroleum-based products;
- Hydroprocessing catalysts that upgrade heavy oils and remove certain impurities; and
- Polyolefin catalysts and catalyst supports that are used in manufacturing polyethylene resins used in products as plastic film, plastic pipe and plastic household containers.

<u>Silicas and Absorbents</u>

- Silica gels used in coatings as matting agents to reduce gloss, in plastics to improve handling, in pharmaceuticals as a formulating agent, in toothpastes as abrasives and whiteners, in foods to carry flavors and prevent caking, and in the purification of edible oils and beer stabilization;
- Colloidal silicas used primarily as binders in precision investment casting and refractory applications;
- Precipitated silicas used predominantly in the manufacture of tires and other industrial rubber goods; and
- Zeolite absorbents used between the panes of glass to absorb moisture and are also used in process applications to absorb water and separate certain chemical components from mixtures.

DUFF & PHELPS, LLC

15

SSBT-002950
CONFIDENTIAL

# GRACE

## *Company Overview*

### Performance Chemicals Segment

❖ The Performance Chemicals Segment, based in Cambridge, Mass., manufactures specialty construction chemicals, specialty building materials, and sealants and coatings. These products are sold to companies in both the residential and nonresidential construction industry as well as home repair firms.

Specialty Construction Chemicals

- Specialty construction chemicals add strength, control corrosion and enhance the handling and application of concrete, improve the manufacturing efficiency and performance of cement, and improve water resistance and other qualities of masonry wall and paving systems. Products include concrete admixtures, cement additives and masonry products.

Specialty Building Materials

- Specialty building materials prevent structural water damage, protect structural steel against collapse caused by fire, and provide insulation. Products include vermiculite products used in insulation, waterproofing chemicals, and flame retardant chemicals.

Sealants and Coatings

- Sealants and coatings are used to assure the quality of packaging and to preserve container contents. Products include can sealants, closure sealants, coatings, and specialty barrier coatings.

  - Can sealants ensure a seal between the lid and body of a beverage, food, aerosol and other cans.

  - Closure sealants are used to seal pry-off and twist-off metal crowns for glass, plastic bottles and jars used in beverage and food applications.

  - Coatings are used in the manufacture of cans and closures to protect metal against corrosion and to protect the contents against the influences of metal.

  - Specialty barrier coatings are used to improve the gas or vapor barrier performance of various packaging materials.

DUFF & PHELPS, LLC

16

SSBT-002951
CONFIDENTIAL



# GRACE

## Company Overview

### Product and Sales Overview By Segment

❖ Davison Chemicals Segment

❖ Performance Chemicals Segment



Davison Chemicals Historical Sales
($ in millions)

| 2000 | 2001 | 2002 | 2003 |
|------|------|------|------|
| $784 | $868 | $939 | $1,040 |

Performance Chemicals Historical Sales
($ in millions)

| 2000 | 2001 | 2002 | 2003 |
|------|------|------|------|
| $814 | $835 | $880 | $941 |

Davison Chemicals 2003 Sales By Product
- Catalyst Products 71%
- Silica Products 29%

Performance Chemicals 2003 Sales By Product
- Construction Chemicals 48%
- Building Materials 25%
- Sealants and Coatings 27%

DUFF & PHELPS, LLC

17

SSBT-002952
CONFIDENTIAL



## Company Overview

Pre-Tax Operating Income Overview By Segment

❖ Davison Chemicals Segment

❖ Performance Chemicals Segment





DUFF & PHELPS, LLC

18

SSBT-002953
CONFIDENTIAL

# GRACE

## Company Overview

### W. R. Grace Operational Performance

❖ W. R. Grace has achieved a 2-year revenue compound annual growth rate of 7.2%. Although revenue growth has been consistent, there has been downward pressure on EBIT and EBITDA margins due to added pension related expenses to account for poor investment returns, high medical and other employee related costs, and increasing raw material and manufacturing related costs.

| W. R. Grace Historical Financial Performance<br>December 31, 2001-2003<br>($ in millions) | 2003 | 2002 | 2001 | 2-year CAGR |
|---|---|---|---|---|
| Revenue | $1,981 | $1,820 | $1,723 | 7.2% |
| Revenue Growth | 8.8% | 5.6% | | |
| EBITDA | $220 | $256 | $263 | -8.5% |
| EBITDA Growth | -13.7% | -2.9% | | |
| *EBITDA Margin* | *11.1%* | *14.0%* | *15.3%* | |
| EBIT | $118 | $161 | $174 | -17.8% |
| EBIT Growth | -26.8% | -7.6% | | |
| *EBIT Margin* | *5.9%* | *8.8%* | *10.1%* | |

DUFF & PHELPS, LLC

19

SSBT-002954
CONFIDENTIAL



*Company Overview*

**W. R. Grace Balance Sheet Overview**

❖ For the period ending December 31, 2003, current assets totaled $929 million compared to $830 million for the period ending December 31, 2002. Of this $929 million, cash and cash equivalents totaled $309 million, accounts receivable totaled $348 million vs. $317 million in FY 2002, and inventories totaled $215 million vs. $174 million in FY 2002. Current liabilities totaled $271 million on December 31, 2003 compared to $247 million in FY 2002. Of this $271 million, current debt was $7 million vs. $4 million in FY 2002, accounts payable was $102 vs. $100 million in FY 2002, and other current liabilities was $146 million vs. $131 million in FY 2002. As of December 31, 2003 there was a shareholder equity deficit of $183.6 million compared to a deficit of $222.2 million on December 31, 2002.



W.R. GRACE BALANCE SHEET ANALYSIS

DUFF & PHELPS, LLC

20

SSBT-002955
CONFIDENTIAL

# GRACE

## *Industry Overview*

### The Global Specialty Chemicals Industry

❖ Companies within the $1.85 trillion global chemistry industry convert air, energy and minerals into intermediate products for the consumer and industrial markets. Within the chemical industry, only about 16% of it, or $295 billion, represents specialty products, which are defined as products that are sold on the basis of their performance, not composition. The niche nature of specialty chemicals and the tendency for companies to focus on a few product areas has resulted in a large number of modestly sized companies, with a few large European multi-specialty companies and smaller companies keeping competition vibrant. Long-term demand growth for specialty chemicals is estimated at 3-4%.

❖ Because the market for specialty chemicals is worldwide, most companies are global, with half their sales overseas, yet market capitalizations are small, with most below $5 billion. The chart below illustrates the global nature of specialty chemical demand, with the United States only making up for 38% of the worldwide specialty chemical market.

**Specialty Chemical Market By Region**



Other 16%

Japan 16%

Europe 28%

United States 38%

Source: Deutsche Bank Specialty Chemical Industry research report dated May 1, 2003

DUFF & PHELPS, LLC

21

SSBT-002956
CONFIDENTIAL

# GRACE

# *Industry Overview*

## The Current Nature of the Industry

❖ Since the mid-1990s, the nature of the specialty chemicals industry has had some fundamental changes which have reduced secular growth rates as well as EBIT and EBITDA margins. Deutsche Bank sites three main reasons for the reduced growth rates and margins:

  ▪ Specialty chemical sales volume has slowed from mid to high single digit growth achieved in the mid 1990s to 3-4% growth in the current atmosphere due to a weak economy.

  ▪ Increasing pricing pressure has ensued from lower inflation and the pressure from the customer base.

  ▪ More aggressive competition is present due to limited internal growth, customer consolidation, and the disappearance of barriers to entry.

❖ Although current EBIT and EBITDA margins are below mid-1990s levels, slight margin improvement was achieved in 2002. Analysts believe that the bottom of the specialty chemical industry downturn was reached in 2001 and early 2002, while the U.S. economy was in the middle of its recession. Analysts believe the specialty chemical industry will see margin improvement as the U.S. economy grows in late 2004 and 2005, when GDP growth is predicted to reach 4.7%, up from the predicted 2.7% growth in 2003.



Specialty Chemical Industry Margins

Source: Deutsche Bank Specialty Chemical Industry research report dated May 1, 2003, Standard & Poor's Specialty Chemical Industry report dated October 2003, and Duff & Phelps estimates.

**DUFF & PHELPS, LLC**

22

SSBT-002957
CONFIDENTIAL

# GRACE

## Industry Overview

### The Current Nature of the Industry (continued)

❖ In response to the topics effecting margins and sales volume growth discussed on the previous page, many specialty chemical companies have significantly improved their operating characteristics in three major ways:

  ▪ As customers have globalized and consolidated over the past decade, specialty chemical companies have enhanced global capabilities and broadened product lines. Specialty chemical companies have begun to act like large global organizations by reducing the number of products, focusing on branded products, and managing businesses globally and by market instead of on a regional basis.

  ▪ There has been a trend toward supplier consolidation which will allow specialty chemical companies to increasingly focus on core businesses, defined as those with leading market and technology positions. Core businesses will offer the best prospect for leveraging companies' competitive advantages (global capabilities, broad product lines, leading technologies),

  ▪ In response to the customers' increasing demand for differentiated, value added products, specialty chemical companies have responded by enhancing product development. As a result of this change, the marketing and R&D departments are becoming more closely aligned which will result in new product initiatives that are better targeted at a specific market or customer.

Source: Deutsche Bank Specialty Chemical Industry research report dated May 1, 2003

DUFF & PHELPS, LLC

SSBT-002958
CONFIDENTIAL



# Industry Overview

## An Overview of the Catalysts Market Segment

❖ The catalyst market (approximately 52% of Grace's sales) is valued at $9.5 billion and is expected to grow at an annual rate of 3.3%. Products that depend on catalysts total about $500 billion and include petroleum products, automobiles, chemicals, pharmaceuticals, synthetic rubber, and plastics.

| Major Participants In The Catalyst Industry | |
|---|---|
| Englehard | OM Group |
| W. R. Grace & Co. | Dow Chemical |
| Air Products | ExxonMobil |
| Akzo Nobel | FMC Corporation |
| Albemarle Corporation | Solutia, Inc. |

❖ The following is a list of trends evident in the catalyst market segment:

- Most growth will occur outside the U.S., Western Europe and Japan for certain catalysts

- As income increases in developing countries within Asia and Latin America, the demand for automobiles will increase

- Environmental mandates for lower sulfur products will increase

- The U.S. boasts the highest growth prospects in catalyst consumption because of legislature that will require low sulfur fuel, which requires catalysts in the manufacturing process

- Given the shift of the manufacturing base to Asia, overall catalyst demand will show modest growth into the future

Source: Deutsche Bank Specialty Chemical Industry research report dated May 1, 2003

DUFF & PHELPS, LLC

24

SSBT-002959
CONFIDENTIAL