

# *Valuation Analysis*

## Introduction

❖ Recognizing that Grace's common stock is actively traded in the public equity markets, we have independently determined a reasonable pricing range for the stock given the factors we believe should impact the value to equity investors. First, we have ascertained the normalized enterprise value for Grace's core operating business.

- Analyze comparable industry specialty chemical companies and observe market valuation multiples

  - Use the current market prices to estimate the market value of the comparable companies and multiples of value relative to significant financial variables (e.g., earnings, operating cash flow, stockholders' equity) for each of the comparable companies

  - Assess qualitative and quantitative differences, including historical financial performance, expected future performance, and other investment considerations such as size and specific business risks, of the subject company versus each of the comparable companies

- Analyze comparable change of control transaction valuation multiples

  - Use the transaction price to estimate the market value of the comparable companies and multiples of value relative to significant financial variables (e.g., earnings, operating cash flow, stockholders' equity) for each of the transactions

  - Assess qualitative and quantitative differences of the subject company versus each of the subject companies

- Apply adjusted valuation multiples to the appropriate financial variables of Grace to indicate its enterprise value

❖ After the normalized enterprise value is determined, we add to the enterprise value the estimated value of nonoperating assets and subtract the value of nonoperating liabilities.

  - Review of third party estimates of asbestos and other liabilities

  - Consider the value of items such as the Sealed Air and Fresenius settlement proceeds and liabilities subject to compromise (e.g., pre-petition debt, income taxes, and post-retirement health care benefits)

*DUFF & PHELPS, LLC*

25

SSBT-002960
CONFIDENTIAL

# Valuation Analysis

## Comparable Company Valuation Summary

GRACE

| Company | Market Data | | LTM Financial Performance | | LTM Margin Analysis | | | Enterprise Value / | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Price 3/19/2004 | Enterprise Value (millions) | Revenue (millions) | EBITDA (millions) | Revenue Growth | Gross Margin | EBITDA Margin | LTM Revenues | LTM EBITDA | Projected EBITDA |
| Albemarle Corp (ALB) | $28.09 | $1,349 | $1,110 | $186.9 | 9.8% | 29.1% | 16.8% | 1.22x | 7.2x | 6.1x |
| Cabot Corp (CBT) | 33.53 | 2,461 | 1,795 | 327.0 | 13.0 | 33.3 | 18.2 | 1.37 | 7.5 | 6.9 |
| Cytec Industries, Inc. (CYT) | 34.02 | 1,501 | 1,472 | 231.0 | 9.3 | 30.1 | 15.7 | 1.02 | 6.5 | 5.0 |
| Eastman Chemical (EMN) | 39.52 | 5,110 | 5,800 | 553.0 | 9.0 | 19.7 | 9.5 | 0.88 | 9.2 | 6.3 |
| Engelhard Corp. (EC) | 29.81 | 4,093 | 3,714 | 397.3 | -1.0 | 20.5 | 10.7 | 1.10 | 10.3 | 7.7 |
| Ferro Corp. (FOE) | 25.33 | 1,622 | 1,622 | 150.2 | 22.6 | 29.5 | 11.5 | 1.00 | 10.8 | 7.3 |
| Fuller (H.B.) Co. (FUL) | 25.61 | 913 | 1,287 | 130.5 | 2.5 | 31.8 | 10.1 | 0.71 | 7.0 | 5.8 |
| Great Lakes Chemical Corp. (GLK) | 23.65 | 1,467 | 1,466 | 155.7 | 4.6 | 27.1 | 10.6 | 1.00 | 9.4 | 6.3 |
| Mean | | | | | 8.7% | 27.6% | 12.9% | 1.04x | 8.5x | 6.4x |
| Median | | | | | 9.2% | 29.3% | 11.1% | 1.01x | 8.4x | 6.3x |

NM = Not Meaningful
Enterprise Value represents market capitalization plus debt, preferred stock, and minority interest, less cash and equivalents
LTM = Latest twelve months
EBITDA = Earnings before interest, taxes, depreciation and amortization

DUFF & PHELPS, LLC

SSBT-002961
CONFIDENTIAL



# Valuation Analysis

## Comparable Transaction Valuation Analysis

### W.R. Grace & Co.
### Comparable Transaction Analysis for the Specialty Chemical Sector
### For the Period of January 1999 through March 2004

| Date Announced | Target Name | Target Business Description | Acquirer Name | Enterprise Value | Target Revenue | Target EBITDA | Enterprise Value/ Target Revenue | Enterprise Value/ Target EBITDA |
|---|---|---|---|---|---|---|---|---|
| 25 Mar 2003 | Pacer Technology | Manufactures and markets high performance adhesives, sealants and related products | CYAN Investment LLC | $16.52 | $25.17 | $2.36 | 0.66x | 7.01x |
| 04 Nov 2002 | Omnexics, Inc. | Manufactures machines used in the treatment and purification of water | General Electric, Inc. | 273.50 | 211.00 | 24.40 | 1.30x | 11.21x |
| 23 Jul 2002 | ChemFirst, Inc. | Produces chemicals and other specialty chemicals for use in the semiconductor industry and in agricultural, pharmaceutical, polymer, photographic, and photosensitive applications | DuPont EI de Nemours & Co. | 395.30 | 266.32 | 28.81 | 1.48x | 13.72x |
| 08 Jul 2002 | International Specialty Products, Inc. | Manufacture specialty chemical and mineral products | Management Group (Chairman Samuel J. Heyman) | 1,358.78 | 803.14 | 133.93 | 1.69x | 10.15x |
| 02 May 2002 | Advanced Technical Products, Inc. | Manufactures advanced composite-based products from high-strength fibers for the aerospace and defense markets, and commercial applications | General Dynamics Corporation | 252.00 | 198.41 | 24.98 | 1.27x | 10.09x |
| 12 Feb 2002 | BetzDearborn (Hercules, Inc.) | Provides engineered chemical treatment of water and process systems in industrial applications | GE Specialty Materials | 1,800.00 | 1,000.00 | 217.00 | 1.80x | 8.29x |
| 21 Jan 2002 | Gaylord Container Corporation | Manufactures and distributes specialty chemicals, corrugated containers and sheets, containerboard, unbleached kraft paper, and multiwall bags | Temple-Inland, Inc. | 1,774.81 | 1,104.30 | 100.40 | 1.61x | 17.68x |
| 01 Nov 2001 | High Plains Corporation | Manufactures fuel-grade, industrial-grade ethanol | Abengoa SA | 107.70 | 164.51 | 13.24 | 0.65x | 8.13x |
| 11 Jun 2001 | StemCore, Inc. | Manufactures and markets plasma based diagnostic products and tests | Grupo Grifols | 139.86 | 74.95 | 9.65 | 1.87x | 14.50x |
| 29 Mar 2001 | Axcan Plc | A marketer of specialty chemical products | Dow Chemical Co. | 503.13 | 311.90 | 47.40 | 1.61x | 10.59x |
| 29 Nov 2000 | Performance Materials (BF Goodrich) | A global producer and marketer of technologically advanced specialty chemicals for a broad range of consumer and industrial applications | ABA Investors, DLJ, DB Capital | 1,400.00 | 1,166.67 | NA | 1.20x | NA |
| 08 Nov 2000 | Benjamin Moore & Co. | Formulates, manufactures, and sells paint and other coatings | Berkshire Hathaway, Inc. | 1,007.34 | 823.23 | 106.06 | 1.22x | 9.50x |
| 25 Sep 2000 | Bush Boake Allen, Inc. | Supplies flavors and fragrances to the world's leading consumer products companies for use in food, beverages, soaps and detergents, cosmetics, toiletries, personal care items and related products. | International Flavors & Fragrances, Inc. | 936.73 | 491.35 | 71.20 | 1.91x | 13.16x |
| 30 Aug 2000 | Sybron Chemicals, Inc. | Manufactures specialty chemicals | Bayer AG | 316.83 | 282.59 | 30.06 | 1.12x | 10.54x |
| 03 Aug 2000 | Catalytica, Inc. | A holding company with subsidiaries which develop catalysts, catalytic systems and processes to eliminate or minimize environmental pollution | DSM NV | 800.00 | 427.17 | 63.52 | 1.87x | 12.59x |
| 26 Jul 2000 | Chemfab Corporation | Manufactures and markets polymer-based engineered products and material systems | Compagnie de Saint-Gobain / Norton Co. | 171.19 | 120.00 | 18.17 | 1.43x | 9.42x |

DUFF & PHELPS, LLC

27

SSBT-002962
CONFIDENTIAL



# Valuation Analysis

## Comparable Transaction Valuation Analysis (continued)

**W.R. Grace & Co.**
**Comparative Transaction Analysis for the Specialty Chemical Sector**
**For the Period of January 1999 through March 2001**

| Date Announced | Target Name | Target Business Description | Acquiror Name | Enterprise Value | Target Revenue | Target EBITDA | Enterprise Value/Target Revenue | Enterprise Value/Target EBITDA |
|---|---|---|---|---|---|---|---|---|
| 10 Jul 2000 | Dexter Corporation | Produces specialty materials for the aerospace industry, including adhesive and structural materials, acoustic materials and thermoplastic olefin compounds for the automotive industry | Invitrogen Corporation | 1,644.26 | 1,035.69 | 161.78 | 1.59x | 8.93x |
| 28 Jun 2000 | Mallinckrodt, Inc. | Produces health care products and specialty chemicals | Tyco International Ltd. | 3,956.44 | 2,630.20 | 541.00 | 1.50x | 7.31x |
| 04 May 2000 | McWhorter Technologies Inc. | Manufactures resins used in paint, coatings, reinforced fiberglass and plastics | Eastman Chemical Co. | 351.00 | 443.80 | 42.78 | 0.79x | 8.21x |
| 23 Aug 1999 | BIP Ltd. | Manufactures specialty plastics and specialty resins | Cytec Industries, Inc. | 42.40 | 25.00 | NA | 1.70x | NA |
| 04 Aug 1999 | Inspec Mining Chemical (LaPorte Plc) | A global manufacturer of a wide variety of specialty chemicals | Cytec Industries, Inc. | 25.00 | 16.00 | NA | 1.56x | NA |
| 04 Aug 1999 | Union Carbide Corporation | A diversified chemical manufacturing company | Dow Chemical Co. | 12,076.37 | 5,459.00 | $855.00 | 2.21x | 14.12x |
| 28 Jun 1999 | Nalco Chemical Co. | A manufacturer of water treatment and process chemicals | Suez Lyonnaise des Eaux S.A. | 4,670.20 | 1,616.60 | 358.80 | 2.86x | 12.90x |
| 15 Jun 1999 | Calgon Corp. (English China) | A manufacturer of water softener chemicals for the laundry industry | Degremont S.A. | 425.00 | 284.00 | NA | 1.50x | NA |
| 01 Jun 1999 | Witco Corporation | Manufactures industrial chemicals such as metallic stearates and polyether and polyester urethane resins | Crompton & Knowles Corporation | 1,603.23 | 1,914.75 | 245.56 | 0.84x | 6.53x |
| 28 Apr 1999 | Lawter International | Manufactures and distributes printing ink vehicles, compounds and powders, and synthetic and hydrocarbon resins for the graphic arts industry | Eastman Chemical Co. | 508.15 | 215.19 | 43.77 | 2.36x | 11.61x |
| 09 Apr 1999 | RB Rubber Products, Inc. | Recycles rubber and processes scrap tires and rubber | Dash Multi-Corp, Inc. | 8.25 | 8.59 | 0.56 | 0.96x | 14.68x |
| 05 Apr 1999 | Imakase Systems | Division of Illinois Tool Works, produces urethane related products for colored processing, paper, and electric/Products power industries. | Industrial Rubber Products | 8.00 | 9.99 | 1.29 | 0.83x | 6.21x |
| 23 Mar 1999 | Hilton Corporation of America | Manufactures and markets pigments and extenders used in the manufacture of pulp, industrial coatings, and plastics | Paulson Acquisition LLC | 9.97 | 11.75 | 1.47 | 0.85x | 6.79x |
| 22 Mar 1999 | U.S. Filter Corp. | A manufacturer of wastewater treatment machines and chemicals for residential and commercial uses | Vivendi | 6,200.00 | 4,104.10 | 501.80 | 1.51x | 12.36x |
| 08 Feb 1999 | Arch Chemicals | Manufactures and markets a wide variety of specialty chemicals which include water purifiers, water sanitizers, fire retardants, and acids for industrial uses | Olin Corp. | 368.80 | 900.00 | NA | 0.41x | NA |
| 01 Feb 1999 | Morton International, Inc. | Specialty chemical company that manufactures a wide range of products for industrial and consumer use | Rohm & Haas, Inc. | 4,933.16 | 2,498.30 | 469.40 | 1.97x | 10.51x |
| | | | **Mean** | | | | 1.44x | 10.62x |
| | | | **Median** | | | | 1.49x | 10.51x |

**GRACE**

**DUFF & PHELPS, LLC**

28

SSBT-002963
CONFIDENTIAL



## Valuation Analysis

### Enterprise Value Conclusion

❖ Grace, and to some extent the specialty chemical industry, has experienced slow growth in sales and declining margins in the latest twelve month period. Given current prospects for its business and ignoring its litigation issues, in our view the Company's core operations should be valued near or slightly below median valuation multiples of the comparable company group.

**W.R. Grace & Company**
**Selected Valuation Multiples**

| | Performance | Comp. Company Multiples[1] | | | Selected Multiples | | Indicated Value | |
|---|---|---|---|---|---|---|---|---|
| | | Low | High | Median | Low | High | Low | High |
| LTM Revenue | $1,981 | 0.7x - 1.4x | | 1.0x | 1.0x - 1.1x | | $1,981 - $2,179 | |
| LTM EBITDA | $221 | 6.5x - 10.8x | | 8.4x | 8.0x - 8.5x | | $1,767 - $1,878 | |
| Projected 2004 EBITDA[2] | $247 | 5.0x - 7.7x | | 6.3x | 6.5x - 7.0x | | $1,608 - $1,732 | |
| LTM EBIT | $118 | 10.6x - 24.0x | | 13.1x | 13.0x - 14.0x | | $1,534 - $1,652 | |
| **Indicated Enterprise Value (Rounded)** | | | | | | | $1,750 - $1,900 | |

1) Comparable company multiples as of March 19, 2003.
2) Growth in EBITDA from latest twelve months ("LTM") period ended December 31, 2003, to projected 2004 fiscal year based on expected earnings growth in the specialty chemical industry.

29

DUFF & PHELPS, LLC

SSBT-002964
CONFIDENTIAL



# Equity Value Conclusion

## Equity Value Summary

❖ The following table presents Grace's equity value range incorporating the value of the core operations (enterprise value), plus the value of nonoperating assets, less liabilities. The values of nonoperating assets and liabilities are discussed in more detail in the following pages.

**W.R. Grace & Company**
**Equity Valuation Summary as of 3/19/04**
**($millions)**

| | Market Value | | |
| --- | --- | --- | --- |
| | Low | Midpoint | High |
| Enterprise Value | $1,750 | $1,825 | $1,900 |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 855 | 855 | 855 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| Less: Asbestos-Related Liabilities[1] | 1,900 | 1,900 | 1,900 |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation | 332 | 332 | 332 |
| Less: Post-retirement Benefits Other than Pension | 134 | 134 | 134 |
| Less: Special Pension Arrangements | 70 | 70 | 70 |
| Less: Retained Obligations of Divested Businesses | 57 | 57 | 57 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 112 | 112 | 112 |
| Less: Future Bankruptcy Costs[2] | 91 | 91 | 91 |
| Equity Value[3] | $4 | $79 | $154 |
| Common Shares Outstanding (millions) | 65.61 | 65.61 | 65.61 |
| Value per Share | $0.06 | $1.20 | $2.34 |

**Notes:**
1) Estimated to be 30 percent of the projected asbestos-related liabilities.
2) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.
3) Environmental remediation costs and other nonoperating assets and liabilities based on the balance sheet from Form 10-K filing for the year ended December 31, 2003.

DUFF & PHELPS, LLC

30

SSBT-002965
CONFIDENTIAL



# Equity Value Conclusion

**Sealed Air / Fresenius Medical Care Settlement**

❖  Grace creditors and asbestos-injury claimants sought to prove the chemical maker fraudulently transferred certain assets, including certain divisions sold to Sealed Air and Fresenius Medical Care, before filing for Chapter 11 protection in 2001.

❖  Sealed Air has agreed to pay $512.5 million in cash and 9 million shares of its stock to the Grace bankruptcy estate, which are currently worth about $434 million. Under the terms of the agreement, Sealed Air will not make any part of the $512.5 million cash payment until Grace's reorganization plan is approved, according to the company. The settlement calls for an annual interest rate accruing at 5.5% on the cash portion of the settlement starting Dec. 21, 2002, and ending when Grace's reorganization plan takes effect.

❖  Fresenius Medical Care has agreed to pay in total $115 million to the W. R. Grace bankruptcy estate or as otherwise directed by the court upon plan confirmation.

❖  Neither agreement with Sealed Air or Fresenius Medical Care has received final bankruptcy court approval.

| Sealed Air and Fresenius Settlement Proceeds | |
|---|---|
| ($ in Millions, except per share value) | |
| Fresenius settlement | $115 |
| Sealed Air: | |
| Cash | $513 |
| Stock          9 million shares @   $48.25 | $434 (as of 3/19/04) |
| | $947 |
| Asset Value | $1,062 |
| Time to Reorganization Approval (years) | 3 |
| Discount Rate[1] | 7.5% |
| Present Value | $855 |

1) The discount rate is a blended rate recognizing that the cash portion of the Sealed Air settlement is scheduled to accrue interest at a 5.5% annual rate.

**DUFF & PHELPS, LLC**

31

SSBT-002966
CONFIDENTIAL



# *Equity Value Conclusion*

**Asbestos Liability Analysis**

❖ As of the filing date, Grace was a defendant in 65,656 asbestos-related lawsuits involving 17 claims for property damage and 129,191 claims for bodily injury.

❖ Based on historical settlement agreements involving the Company, average disposition costs range from approximately $4,000 per case for bodily injury settlements, to to $11 million per case for property damage judgments.

❖ As of December 31, 2003, the Company had recorded an asbestos-related liability of $992.3 million on its balance sheet as a liability subject to compromise.

❖ The Company also has recorded asbestos-related insurance assets in the amount of $269.4 million. The Company's estimate is based on amounts expected to be received from carriers as liabilities are satisfied. We understand that the ultimate payout from the insurance carriers is to be 30% of the asbestos-related liabilities.

❖ In addition, Grace is subject to the material ZAI litigation claims discussed previously. The following tables illustrate the estimated liability to the Company resulting from these significant litigation issues.

| W.R. Grace & Company Asbestos Bodily Injury Claims Summary ($ in Millions, except $ per Claim) | |
|---|---|
| **Asbestos Bodily Injury Claims:** | |
| Claims as of Bankruptcy filing Date | 130,000 |
| Estimated Future Claims[1] | 324,000 |
| Total Claims Remaining to be Resolved | 454,000 |
| Average Liability per Claim | $4,000 |
| Liability from Asbestos Bodily Injury Claims | $1,816 |

1) The estimated number of future claims is based on the Rand Institute report estimate that, at best, half of all asbestos bodily injury claims have come forward. Since Grace had 130,000 claims as of the bankruptcy filing date and had settled 194,000 claims prior to bankruptcy, it is assumed that there will be 324,000 future claims, which is greater than the Company's estimate of 250,000 future claims.

32

**DUFF & PHELPS, LLC**

SSBT-002967
CONFIDENTIAL

# GRACE

## Equity Value Conclusion

### Asbestos Liability Analysis (cont')

❖ Based on joint discussions with State Street and its legal counsel, the following table assumes that the probability that a global legislative solution will be agreed upon by all parties is 50% and the probability that a favorable outcome for Grace in the ZAI science trial is 60%.



**W.R. Grace & Company**
**Asbestos Bodily Injury & ZAI Outcome Probabilities**

**Legislation Outcome**

| ZAI Outcome | | FAIR Act Passed | FAIR Act Not Passed | |
|---|---|---|---|---|
| | Win | 30% | 30% | 60% |
| | Lose | 20% | 20% | 40% |
| | | 50% | 50% | 100% |

DUFF & PHELPS, LLC

33

SSBT-002968
CONFIDENTIAL



# Equity Value Conclusion

**ZAI Litigation Analysis**

❖ Based on joint discussions with State Street and its legal advisors, the following table presents the potential liability to Grace resulting from the ZAI matter.

| W.R. Grace & Company ZAI Litigation Summary ($ in Millions, except $ per House) | | | |
|---|---|---|---|
| | Grace's Estimate | Plaintiffs' Estimate | EPA Estimate |
| Houses assumed to contain Grace's Zonolite attic insulation product | 1,000,000 | 4,000,000 | 15,000,000 |
| Cost to Remediate per House ($3,000 to $10,000) | $3,000 | $10,000 | $10,000 |
| Range of ZAI Litigation Liability if claims are found to have merit ($ in Millions) | $3,000 | $40,000 | $150,000 |

Note: If Grace wins the science trial, we estimate that it will still cost approximately $50 million to resolve certain property damage claims.

❖ While losing the ZAI litigation claims has potential consequences in the billions of dollars, the practical limitation of the value of the Company available for all litigation and creditor claims limits the ultimate ZAI liability used in the liability analysis on the following page.

❖ Finally, even if Grace wins on the merits of the science trial, it is assumed that it will cost the Company significant expenditures to fully resolve the claims. This is estimated to be approximately $50 million.

34

DUFF & PHELPS, LLC

SSBT-002969
CONFIDENTIAL

# GRACE

*Equity Value Conclusion*

## Value of Asbestos Bodily Injury Claims and ZAI Litigation

**W.R. Grace & Company**
**Asbestos Liability Summary**
($ in Millions, except $ per Claim)

| Scenario | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| ZAI Litigation Outcome[1] | Lose ZAI | Win ZAI | Lose ZAI | Win ZAI | |
| Legislation Outcome[2] | FAIR Act Not Passed | FAIR Act Not Passed | FAIR Act Passed | FAIR Act Passed | |
| ZAI Liability: | | | | | |
| *ZAI Outcome Probability (60/40) for Grace winning science trial* | Very large | $50 | Very large | $50 | |
| | 40.0% | 60.0% | 40.0% | 60.0% | |
| Discounted Liability from Asbestos Bodily Injury Claims[3] | $1,816 | $1,816 | $445 | $445 | |
| *Asbestos Bodily Injury Claim Outcome Probability (50/50)* | 50.0% | 50.0% | 50.0% | 50.0% | |
| W.R. Grace's Liability from ZAI and Asbestos Bodily Injury[4] | $2,908 | $1,866 | $2,908 | $495 | |
| Implied Equity Value Per Share | $0.00 | $0.58 | $0.00 | $21.50 | |
| *Probability of Scenario* | 20.0% | 30.0% | 20.0% | 30.0% | 100.0% |
| Weighted Liability | $581.6 | $559.8 | $581.6 | $148.4 | $1,871.4 |

1) The Zonolite Attic Insulation litigation is currently anticipating the science trial to begin in 2004. If Grace wins in the science trial, we assume that the liability would be approximately $50 million to resolve the final issues regarding these claims. If Grace loses the science trial, we assume the liability would be equal to the remaining value of the Company which would be shared with asbestos bodily injury claims.

2) Legislative discussion of the FAIR Act is expected to resume in Spring 2004. If this is not ultimately passed, Grace would have to resolve the current litigation claims through the court system, which is estimated to be much more costly. Grace's liability under the FAIR Act is estimated to be twice the estimated liability as calculated under the FAIR Act version passed by the Senate Judiciary Committee in July 2003.

3) The discounted liability for the FAIR Act is based on a 10 percent discount rate over 27 years.

4) The liability from ZAI and Asbestos Bodily Injury Claims is limited by the value of the assets and liabilities of the Company.

DUFF & PHELPS, LLC

35

SSBT-002970
CONFIDENTIAL



# Equity Value Conclusion

**Sensitivity of Equity Value per Share to Asbestos Liabilities**

❖ Grace's equity value per share is highly sensitive to the ultimate liability the Company experiences. For example, if the Company's current estimate of less than $1 billion of asbestos liabilities holds true, it could lead to a higher equity value per share.

| W.R. Grace & Company Equity Value Sensitivity to Asbestos Liabilities | | | | | |
|---|---|---|---|---|---|
| Asbestos Liability ($ in Billions) | $1.00 | $1.25 | $1.50 | $1.75 | $2.00 |
| Implied Equity Value per Share | $14.92 | $11.11 | $7.30 | $3.49 | ($0.32) |

1) Assume no change to all assets and all other liabilities subject to compromise.

DUFF & PHELPS, LLC

36

SSBT-002971
CONFIDENTIAL

# GRACE

## *W. R. Grace & Co. Common Stock Overview*

**Common Stock Data**

❖ Due to the bankruptcy filing, analysts currently do not cover the Company.

| LTM Common Stock Data as of March 19, 2004 | |
|---|---|
| Stock Price | $2.67 |
| High (7/8/2003) | $5.52 |
| Low (3/31/2003) | $1.48 |
| Shares Outstanding | 65.61 million |
| Institutional Ownership | 39.5% |
| Public Float | 65.1 million |
| Market Capitalization | $175.19 million |
| Average Daily Trading Volume | 559,443 |

DUFF & PHELPS, LLC

37

SSBT-002972
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

## Rule 144 Considerations

❖ Under the Rule 144 limitations, approximately 1.54 million shares can be sold every 3 months.

**Rule 144 Calculation
for W.R. Grace Stock**

Rule 144 Trading Volume Limitation for Each 3-month Period is the Greater of:

1) 1 Percent of Shares Outstanding

| | |
|---|---|
| Shares Outstanding | 65,614,064 |
| 1 Percent | 1.0% |
| 1% of Shares Outstanding | 656,141 |

2) Weekly Trading Volume during 4 Weeks Preceding the Filing of the Form 144 Notice:

4-week Average Weekly Trading Volume[1]      1,537,500

Greater of (1) or (2):  Trading Volume Limit for a 3-month Period      1,537,500

1) As of the week ending February 20, 2004, the last week before Form 144 was filed. Excludes the weeks containing a holiday due to the decreased number of trading days.

38

DUFF & PHELPS, LLC

SSBT-002973
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

**Institutional Ownership (as of December 31, 2003)**

❖ It should be noted that the Company shares held by the Plan are excluded from the following list of institutional owners.

| Institution | Holdings | % Held |
|---|---|---|
| Peninsula Capital Advisors | 10,765,600 | 16.41 |
| Barclays Global Investors International | 3,080,957 | 4.70 |
| State Street Global Advisors | 1,023,243 | 1.56 |
| Fidelity Management & Research Company | 946,790 | 1.44 |
| Marathon Asset Management | 927,600 | 1.41 |
| Caxton Associates | 825,700 | 1.26 |
| Porter Felleman, Inc. | 781,900 | 1.19 |
| New Generation Advisors | 704,400 | 1.07 |
| Northern Trust | 617,703 | 0.94 |
| Calpers | 595,700 | 0.91 |
| Deutsch Asset Management | 588,759 | 0.90 |
| Vanguard Group | 575,293 | 0.88 |
| TIAA Cref Investment Management Inc. | 543,270 | 0.83 |
| Water Street Capital | 430,000 | 0.66 |
| Taconic Capital Advisors | 375,000 | 0.57 |

Source: MSN Money

DUFF & PHELPS, LLC

39

SSBT-002974
CONFIDENTIAL

# GRACE

## W. R. Grace & Co. Common Stock Overview

### One Year Price/Volume Chart

W.R. Grace Stock Price Chart
March 19, 2003 - March 19, 2004

DUFF & PHELPS, LLC

40

SSBT-002975
CONFIDENTIAL

# GRACE

## W. R. Grace & Co. Common Stock Overview

### Price/Volume Chart



W. R. Grace Annotated Stock Price Chart
March 19, 1999 – March 19, 2004

DUFF & PHELPS, LLC

41

SSBT-002976
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

**Stock Price Performance of Companies in Bankruptcy due to Asbestos Liabilities**

### Asbestos Related Bankrupt Company Stock Performance Table

|  | Current 3/19/2004 | YTD Change | 1 Month Change | 3 Month Change | 1 Year Change | Change Since Day Before Bankruptcy Filing | Change 12 Month Prior Bankruptcy Filing |
|---|---|---|---|---|---|---|---|
| Armstrong Holdings | $1.02 | -6.4% | -9.7% | -19.0% | 67.2% | -3.8% | -96.8% |
| Federal Mogul | $0.35 | 55.6% | 16.7% | 34.6% | 169.2% | -46.2% | -93.6% |
| Owens Corning | $0.52 | 23.8% | -3.7% | 18.2% | 845.5% | -74.0% | -97.7% |
| U.S. Gypsum | $15.96 | -3.7% | -20.0% | 1.1% | 271.2% | 175.6% | -49.4% |
| W.R. Grace | $2.67 | 3.9% | -21.5% | 6.0% | 24.2% | 16.1% | -79.3% |

DUFF & PHELPS, LLC

42

SSBT-002977
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

## Institutional Ownership and Short Selling of Companies in Bankruptcy due to Asbestos Liabilities

### Asbestos Related Bankrupt Company Institutional Ownership & Short Selling Analysis

| | Bankruptcy Filing Date | Number of Claims[1] | Estimated Liability[1] ($ in billions) | Total Assets / Total Asbestos Liability[1] | Float as a % of Shares Outstanding[1] | Institutional Ownership[2] (1-year prior filing) | Institutional Ownership[2] (as of 2/29/2004) | Date Short Interest Was Last Reported[3] | Short Interest as a % of Total Shares[3] (as of last reported date) | Short Interest Ratio[3,4] (as of last reported date) |
|---|---|---|---|---|---|---|---|---|---|---|
| Armstrong Holdings | 12/6/2000 | 173,000 | $3.2 | 1.5 | 94.3% | 72.8% | 8.3% | 10/31/2002 | 4.1% | 12.6 |
| Federal Mogul | 10/1/2001 | 360,000 | $2.1 | 3.9 | 99.2% | 53.1% | 3.2% | 4/30/2002 | 23.2% | 27.1 |
| Owens Corning | 10/5/2000 | 332,000 | $16.0 | 0.5 | 97.6% | 81.1% | 1.0% | 11/30/2002 | 3.5% | 10.3 |
| U.S. Gypsum | 6/25/2001 | 190,000 | $1.0 | 3.7 | 84.7% | 66.2% | 54.6% | 2/29/2004 | 11.5% | 8.5 |
| W.R. Grace | 4/2/2001 | 129,000 | | 2.8 | 99.2% | 77.4% | 39.5% | 2/29/2004 | 1.1% | 1.8 |
| Mean[5] | | | | | 93.9% | 68.3% | 16.8% | | 10.6% | 14.6 |
| Median[5] | | | | | 96.0% | 69.5% | 5.8% | | 7.8% | 11.5 |

Notes
1) Source: 2003 10-K filing.
2) Source: Bloomberg
3) Source: Standard and Poor's Stock Guide
4) The short interest ratio represents the number of days it would take to cover all short positions assuming all transactions were used to cover short positions.
5) W. R. Grace was excluded from the mean and median calculations.

DUFF & PHELPS, LLC

43

SSBT-002978
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

Institutional Ownership of Grace and U.S. Gypsum





DUFF & PHELPS, LLC

44

SSBT-002979
CONFIDENTIAL



# GRACE

## W. R. Grace & Co. Common Stock Overview

### Short Selling of Grace and U.S. Gypsum



**Short Interest Analysis\***
(Total Shares In Short Position)
January 1, 2000 - February 25, 2004

\*Bankruptcy filing announcement is signified through dashed lines.

DUFF & PHELPS, LLC

45

# GRACE

## W. R. Grace & Co. Common Stock Overview



Market Valuation Effect of Asbestos Litigation on Bankrupt Firms
March 19, 1999 - March 19, 2004

DUFF & PHELPS, LLC

46

SSBT-002981
CONFIDENTIAL

*W. R. Grace & Co. Common Stock Overview*

**GRACE**

### Index Price Chart



Market Valuation Effect of Asbestos Litigation on Bankrupt Firms
March 19, 2002 - March 19, 2004

Note:

1)  The Bankrupt Company Index includes four companies that have filed for Chapter 11 bankruptcy due to asbestos related liabilities in 2000 or 2001. This index includes FDMLQ, OWENQ, ACKHQ, and USG.

2)  The Non-Bankrupt Company Index includes companies with asbestos litigation liabilities, but have not been forced into bankruptcy. This index includes GP, HAL, CB, MDR, PPG, and ABB.

**DUFF & PHELPS, LLC**

47

SSBT-002982
CONFIDENTIAL



# W. R. Grace & Co. Common Stock Overview

**Early Asbestos Bankruptcies**

❖ Several medium/large companies filed for and emerged from bankruptcy as a result of asbestos liabilities in the late 1980s and early 1990s pre section 524(g)1.

▪ The Johns-Manville Trust, which owned 50% of Johns Manville's equity, determined that it should monetize its equity stake in 2000. The company was eventually sold to Berkshire Hathaway.

| Company | Date Emerged From Chapter 11 | Treatment of Equity |
|---|---|---|
| Celotex & Carey - Canada | May 30, 1997 | 100% transferred to Trust. Was not publicly traded |
| Eagle Picher Industries | November 18, 1996 | 100% transferred to Trust. Was not publicly traded |
| National Gypsum | March 3, 1993 | publicly traded |
| Johns-Manville Corporation | October 28, 1988 | publicly traded |

Note:
1.) Section 524(g) of the United States Bankruptcy Code allows trusts to be formed, which shield companies from ongoing lawsuits while providing mechanisms to pay current and future claims.

**DUFF & PHELPS, LLC**

48

SSBT-002983
CONFIDENTIAL

# GRACE

## W. R. Grace & Co. Common Stock Overview

**Stock Price Performance of Companies Post Emergence**

❖ Stock price performance post emergence has been mixed as demonstrated through the share prices of Johns Manville Corporation and National Gypsum from the period they emerged from bankruptcy to the period that they were acquired.

- ▪ Johns Manville Corporation was acquired by Berkshire Hathaway.
- ▪ National Gypsum was acquired by an investment group named Delcor, Inc.



DUFF & PHELPS, LLC

49

SSBT-002984
CONFIDENTIAL

# Other Financial Observations



## Insurance Companies With Asbestos Liability Exposure

❖ Due to the dramatic increase in asbestos related claims during the past three years and the unpredictable nature of claims to be filed in the future, insurance companies with significant asbestos liability exposure have increased asbestos reserves causing crediting rating downgrades by Standard & Poor.

**Insurance Companies With Significant Asbestos Exposure S&P Credit Rating Profiles**
**As of March 19, 2004**

| Company | Asbestos Exposure[1] ($ in million) | Asbestos Reserves as a % of Total Liabilities[1] | Yield to Maturity on Long-Term Debentures[2] (as of 3/19/2004) | Maturity Date | Duration[2] (as of 3/19/2004) | Spread to Yield on Treasury Strips[3] (in basis points) | Current Credit Rating | Recent Credit Rating Action | | Previous Rating |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Date of Credit Change | | |
| ACE Ltd. | $2,899 | 7.6% | 6.5% | 8/15/2029 | 11.4 | 258 | BBB+ | 3/21/2003 | | A- |
| The Chubb Corp. | $1,295 | 3.7% | 5.8% | 11/15/2031 | 13.4 | 123 | A | 3/24/2003 | | A+ |
| CNA Financial Corp. | $1,767 | 2.0% | 6.8% | 11/15/2023 | 10.7 | 281 | BBB- | 2/1/2002 | | BBB |
| Fairfax Financial Holdings, Ltd. | $1,153 | 4.2% | 8.1% | 10/1/2015 | 7.6 | 454 | BB | 2/12/2003 | | BB+ |
| GE Global Insurance Holding Corp. | $980 | 2.2% | 6.3% | 2/15/2026 | 11.8 | 233 | A- | 2/14/2003 | | AA- |
| Travelers Property Casualty Corp. | $1,340 | 3.0% | 6.0% | 4/15/2026 | 11.7 | 203 | A- | 12/19/2001 | | A+ |
| St. Paul Companies, Inc. | $1,310 | 3.9% | 4.7% | 4/15/2010 | 5.1 | 189 | BBB+ | 7/16/2002 | | A- |

Notes

1) The source of each Company's asbestos exposure and total liabilities came from the 2003 10-K filing.

2) The source for yields and duration came from Bloomberg.

3) The Spread to Treasury Strips was calculated using the yield on a Treasury Strip with a maturity closest to the corresponding duration of each debt instrument. For example, the spread on the ACE Ltd. debt maturing in 2029 has a duration of 11.4. The 10-year Treasury Strip yield was used to calculate this spread.

**DUFF & PHELPS, LLC**

SSBT-002985
CONFIDENTIAL



## Preliminary Observations

❖ From a fundamental perspective, Grace's core operating business continues to be reasonably well-positioned within its industry markets. Product revenue and operating margins should benefit from an expanding domestic economy. Cash flow from operations continues to be reasonably strong compared to industry peers.

❖ Grace's common stock, however, does not trade based upon the performance of its core operating businesses. The value of its stock is almost totally dependent upon a favorable resolution of the ZAI claims and an acceptable and timely legislative solution to the asbestos bodily injury claims.

❖ While Grace's potential exposure to liability in the ZAI matters may become clearer over the next several months, the ultimate outcome remains unclear.

❖ A legislative solution to the asbestos bodily injury claims has clearly been a stated priority of certain legislative leaders. While a revised proposal is currently in early stages of new negotiations, the ultimate form and structure of any agreement remains unclear. Further, as the November 2004 national elections become nearer, risk increases that any legislative movement on the issue will be pushed into 2005.

❖ Given Grace's Chapter 11 bankruptcy filing due to asbestos-related issues, it is expected that the Company will not file a plan of reorganization until a method to resolve these issues has been established. In the meantime, we assume that Grace's common stock will continue to trade in a manner similar to stock options, based on the future potential of value.

DUFF & PHELPS, LLC

51

SSBT-002986
CONFIDENTIAL

W.          & COMPANY
COMPARATIVE CONSOLIDATED IN.          `ATEMENT AND COMPREHENSIVE INCOME
Years Ended.....ember 31, 2001 - 2003
($ in millions)

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| Net sales | $1,981 | $1,820 | $1,723 |
| Cost of goods sold | 1,290 | 1,148 | 1,076 |
| Gross profit | 691 | 672 | 647 |
| | | | |
| Selling, general and administrative expenses | 418 | 365 | 334 |
| Research and development expenses | 52 | 52 | 50 |
| Total selling, general and administrative expenses | 470 | 416 | 384 |
| | | | |
| EBITDA | 220 | 256 | 263 |
| Depreciation and amortization | 103 | 95 | 89 |
| Operating income | 118 | 161 | 174 |
| | | | |
| Other income (expense) | | | |
| Interest expense and related financing costs | (16) | (20) | (37) |
| Provision for environmental remediation | (143) | (71) | (6) |
| Net pension expense | (53) | (20) | 0 |
| Provision for asbestos related litigation, net of insurance | (20) | 0 | 0 |
| Other income | 17 | 23 | 31 |
| | | | |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | (54) | 92 | 162 |
| | | | |
| Chapter 11 reorganization expenses, net | (15) | (10) | (16) |
| Provision for income taxes | 12 | (38) | (64) |
| Minority interest in consolidated entities | 1 | (2) | (6) |
| | | | |
| Net income (loss) | (555) | $22 | $79 |
| | | | |
| Basic earnings per share: | | | |
| Net income (loss) | ($0.84) | $0.34 | $1.20 |
| | | | |
| Diluted earnings per share | | | |
| Net income (loss) | ($0.84) | $0.34 | $1.20 |

Source: Audited financial statements.

A-1

DUFF & PHELPS, LLC

SSBT-002987
CONFIDENTIAL

W. R. ... & COMPANY
COMPARATIVE C    DATED BALANCE SHEET
Years Ended ...ember 31, 2001 - 2003
($ In millions)

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $109 | $284 | $191 |
| Accounts receivable | 348 | 317 | 302 |
| Inventories | 215 | 174 | 180 |
| Deferred income taxes | 30 | 21 | 23 |
| Asbestos related insurance expected to be realized within one year | 0 | 0 | 10 |
| Other current assets | 28 | 36 | 30 |
| Total current assets | 939 | 830 | 736 |
| Property and equipment, net | 657 | 622 | 589 |
| Goodwill | 85 | 65 | 56 |
| Cash value of life insurance policies expected to be realized within one year | 91 | 82 | 76 |
| Deferred income taxes | 587 | 574 | 503 |
| Asbestos related insurance expected to be realized after one year | 269 | 283 | 284 |
| Other assets, net | 256 | 235 | 276 |
| **TOTAL ASSETS** | $2,874 | $2,692 | $2,518 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| Liabilities not subject to compromise | | | |
| Current Liabilities | | | |
| Debt payable within one year | 57 | 54 | 56 |
| Accounts payable | 102 | 100 | 86 |
| Income taxes payable | 17 | 11 | 14 |
| Asbestos related liability expected to be satisfied within one year | 0 | 0 | 0 |
| Other current liabilities | 146 | 131 | 126 |
| Total current liabilities | 271 | 247 | 233 |
| Deferred income taxes | 35 | 31 | 21 |
| Asbestos related liability expected to be satisfied after one year | 0 | 0 | 0 |
| Other liabilities | 286 | 301 | 95 |
| Total liabilities not subject to compromise | 593 | 579 | 349 |
| Liabilities subject to compromise | 2,465 | 2,335 | 2,312 |
| Total Liabilities | 3,058 | 2,914 | 2,660 |
| Shareholders' equity | | | |
| Common stock | 1 | 1 | 1 |
| Treasury stock | (106) | (137) | (137) |
| Additional paid-in capital | 432 | 431 | 433 |
| Retained earnings | (171) | (116) | (138) |
| Accumulated other comprehensive loss | (310) | (403) | (301) |
| Total shareholders' equity (deficit) | (184) | (222) | (142) |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | $2,874 | $2,692 | $2,518 |
| Working Capital | $658 | $583 | $503 |
| Current Ratio | 3.4 | 3.4 | 3.2 |

Source: Audited financial statements

A-2

DUFF & PHELPS, LLC

SSBT-002988
CONFIDENTIAL

W... & COMPANY
COMPARATIVE CON...ED CASH FLOW STATEMENT
Years End... ...mber 31, 2001 - 2003
($ in millions)

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Income (loss) before Chapter 11 expenses, income taxes, and minority interest | (354) | $92 | $162 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities | | | |
| Depreciation and amortization | 103 | 95 | 89 |
| Interest accrued on pre-petition debt subject to compromise | 21 | 15 | 23 |
| Gain on sale of investments | 2 | (2) | (3) |
| Gain on disposals of assets | 0 | 0 | 0 |
| Loss on disposal of assets | 0 | 0 | 0 |
| Provision for environmental remediation | 143 | 71 | 6 |
| Provision for asbestos related litigation, net of insurance | 30 | 0 | 0 |
| Income from life insurance policies, net | (6) | (5) | (5) |
| Changes in assets and liabilities, excluding effect of businesses acquired/divested and foreign currency translation: | | | |
| Decrease (increase) in working capital items | (23) | 22 | (61) |
| Contributions to defined benefit pension plans | (61) | (10) | 0 |
| Increase in accounts receivable due to termination of securitization program | 0 | 0 | (65) |
| Expenditures for asbestos related litigation | (10) | (13) | (110) |
| Proceeds from asbestos related insurance | 13 | 11 | 79 |
| Expenditures for environmental remediation | (11) | (21) | (35) |
| Expenditures for postretirement benefits | (3) | (22) | (22) |
| Net expenditures for realized obligations of discontinued operations | (1) | (6) | (13) |
| Charges in accruals and other non-cash items | 32 | 26 | 7 |
| Net cash provided by (used for) operating activities before income taxes and Chapter 11 reorganization expenses | 186 | 254 | 55 |
| Chapter 11 reorganization expenses paid, net | (18) | (27) | (12) |
| Income taxes paid, net of refunds | (27) | (32) | (28) |
| Net cash provided by operating activities | 111 | 196 | 15 |
| **Cash flows from investing activities:** | | | |
| Capital expenditures | (86) | (91) | (63) |
| Businesses acquired in purchase transaction, net of cash acquired | (27) | (29) | (84) |
| Investments in life insurance policies | (12) | (16) | (14) |
| Proceeds from life insurance policies | 12 | 19 | 18 |
| Proceeds from sale of investments | 0 | 0 | 8 |
| Proceeds from disposals of assets | 4 | 5 | 8 |
| Net cash used in investing activities | (109) | (111) | (131) |
| **Cash flows from financing activities** | | | |
| Proceeds from sales secured by cash value of life insurance, net of repayments | (3) | (6) | 34 |
| Borrowings under credit facilities, net of repayments | 2 | 0 | 94 |
| Borrowings under debtor in possession facility, net of fees | 46 | 19 | 72 |
| Repayment of term debt | 0 | 0 | 0 |
| Repayment of borrowings under debtor in possession facility | (50) | (20) | (75) |
| Exercise of stock options | 0 | 0 | 0 |
| Purchase of treasury stock | 0 | 0 | (1) |
| Net cash provided by (used in) financing activities | (5) | (9) | 123 |
| Effect of currency exchange rate changes on cash and cash equivalents | 29 | 16 | (7) |
| Net increase (decrease) in Cash and Cash Equivalents | $26 | $92 | 50 |
| Cash and cash equivalents at beginning of year | 284 | 192 | 192 |
| Cash and cash equivalents at end of year | $309 | $284 | $192 |

Source: Audited financial statements.

A-3

DUFF & PHELPS, LLC

SSBT-002989
CONFIDENTIAL