

# GRACE

Weekly Valuation Summary of

W. R. Grace & Co.

Prepared for



**SSgA**

STATE STREET GLOBAL ADVISORS

As Investment Manager of the W. R. Grace & Co. Common Stock
Held by the W. R. Grace & Co. Savings and Investment Plan

March 31, 2004

## DUFF&PHELPS, LLC

311 South Wacker Drive
Suite 4200 Chicago, Illinois 60606
(312) 697-4600

SSBT-002917
CONFIDENTIAL

4/5/2004

**W.R. Grace & Company**
**Equity Valuation Summary as of 3/31/04**
**($millions)**

| | Low | Market Value Midpoint | High |
|---|---|---|---|
| Enterprise Value | $1,750 | $1,825 | $1,900 |
| Plus: Excess Cash | 293 | 293 | 293 |
| Plus: Sealed Air and Fresenius Settlement Proceeds | 865 | 865 | 865 |
| Plus: Asbestos Insurance Receivable[1] | 570 | 570 | 570 |
| Less: Estimated Asbestos Liabilities | 1,900 | 1,900 | 1,900 |
| Less: Debt, Pre-petition, Plus Accrued Interest | 550 | 550 | 550 |
| Less: Income Taxes | 218 | 218 | 218 |
| Less: Environmental Remediation | 332 | 332 | 332 |
| Less: Post-retirement Benefits Other than Pension | 134 | 134 | 134 |
| Less: Special Pension Arrangements | 70 | 70 | 70 |
| Less: Retained Obligations of Divested Businesses | 57 | 57 | 57 |
| Less: Pre-petition Accounts Payable and Other Accrued Liabilities | 112 | 112 | 112 |
| Less: Future Bankruptcy Costs[2] | 91 | 91 | 91 |
| Equity Value[3] | $15 | $90 | $165 |
| Common Shares Outstanding (millions) | 65.61 | 65.61 | 65.61 |
| Value per Share | $0.22 | $1.36 | $2.51 |

Notes:
1) Estimated to be 30 percent of the projected asbestos-related liabilities.
2) Bankruptcy costs are estimated to be approximately $3 million for one quarter (equivalent to the expenses during the fourth quarter of 2003) and $8 million per quarter for the remainder of the assumed 3-year bankruptcy period.
3) Environmental remediation costs and other nonoperating assets and liabilities based on the balance sheet from Form 10-K filing for the year ended December 31, 2003.

SSBT-002918
CONFIDENTIAL



W.R. Grace Stock Price Chart
March 31, 2003 - March 31, 2004

SSBT-002919
CONFIDENTIAL