

| | |
|---|---|
| Dan Bayston <DAN.BAYSTON@DUFFLLC.COM> 04/05/2004 04:29 PM | To: "'Monet_Ewing@ssga.com'" <Monet_Ewing@ssga.com>, "'kelly_q_driscoll@ssga.com'" <kelly_q_driscoll@ssga.com>, "'Melissa_Smith@ssga.com'" <Melissa_Smith@ssga.com> cc: "'jcleary@goodwinprocter.com'" <jcleary@goodwinprocter.com>, Paul Trost <ptrost@DUFFLLC.COM> Subject: 3/31/04 WR Grace Update |

Enclosed is the weekly update of our Equity Valuation Summary and an updated Price/Volume graph for W.R. Grace common stock as of March 31, 2004 (end of our current engagement). The midpoint of our Equity Valuation increased slightly to $1.36 per share from the previous level of $1.20 due to an increased value of the Sealed Air settlement in concert with the Sealed Air stock price. The March 31, 2004 closing stock price was $3.12 per share and our value range on that date was $0.22 to $2.51.

We note, however, recent developments on the proposed legislative settlement, will have an impact of our estimate of the probable asbestos liabilities. We are in the process of reviewing this information and will revise our estimates accordingly. Our scheduled meeting tomorrow with you and Goodwin Procter is expected to provide us with a better understanding of the likelihood of a legislative settlement, which will likely impact our conclusions. Whether it will have a material impact is difficult to say at this point. We qualify our current valuation conclusions on this point, since we are not yet in a position to quantify our revised estimate of these liabilities. Clearly, the events of the past several weeks (and the coming weeks and months) are important to evaluate in any conclusions on the current stock price.

<<Grace Summary 3-31-04.pdf>>

Daniel D. Bayston | Managing Director | DUFF & PHELPS, LLC | 312-697-4660

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED TO DAN.BAYSTON@DUFFLLC.COM

Grace Summary 3-31-04.pdf



SSBT-002913
CONFIDENTIAL