Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

KERI EVANS,

    Plaintiff,

vs.                      Consolidated Case No.
                            04-11380-WGY
JOHN F. AKERS, et al.

    Defendants.

---

LAWRENCE W. BUNCH, et al.

    Plaintiffs,

vs.

W.R. GRACE & CO., et al.

    Defendants.

---

CONTAINS CONFIDENTIAL PORTION

DEPOSITION OF STEVEN A. GRENADIER, PhD

Palo Alto, California

July 13, 2007

Reported by:
Rick Posner
CSR No. 5040

Job No. 3-69182

Page 130

1  Plaintiff's Expert Exhibit 22, if you look at the
2  summary of opinions on page 3, and the page numbers
3  are in the right-hand corner.
4      A   Yes.
5      Q   Paragraph 6:
6          "In my opinion Grace stock traded in
7          an efficient market during the review
8          period and all available information
9          including future prospects of Grace
10         were reflected in its price."
11         Do you agree with this conclusion of
12  Dr. James?
13     A   So I don't want to be squishy here but I
14  didn't really form an opinion on this one.  It
15  certainly wasn't essential to my analysis, and I
16  think roughly speaking in my damage assessments I'm
17  allowing for this.  So I don't disagree with this.
18         I think it's important to say that here he
19  uses the word "efficient market," later on he's more
20  specific and he talks about a market that is
21  informationally efficient with respect to public
22  information.
23         There is pretty good evidence that for
24  most stocks they are informationally efficient with
25  respect to public information but very little

Page 131

1  evidence that they are informationally efficient
2  with respect to private information.
3      MS. HEERMANS:  Could you read back the
4  last part of his answer?
5      (Record read.)
6  BY MS. HEERMANS:
7      Q   Is there evidence that they are not
8  informationally efficient with respect to private
9  information?
10     A   This particular stock or in general?
11     Q   In general.
12     A   Yes, there is evidence that that is the
13  case.
14     Q   How about with this particular stock?
15     A   I don't know, no academic really studies
16  one stock.
17     Q   And then if you continue on paragraph 6:
18         "As a result, plan participants
19         received at least the fair value for
20         their Grace stockholdings when these
21         shares were sold at or above the fair
22         market price."
23         Do you agree or disagree with that
24  conclusion?
25     A   It's connected to before.  I have no

Page 132

1  reason to believe that the market was inefficient.
2  So in terms of my damage numbers, I am basically
3  implicitly assuming that they received fair market
4  value for their stock at the time of sale based on
5  public information.
6      Q   If you would just read very quickly
7  paragraph 7 on page 4 of Dr. James' report.
8      A   Yes.
9      Q   Do you have an opinion one way or the
10  other on that conclusion?
11     A   I don't have an opinion on that.
12     Q   And could you do the same for paragraph 8,
13  read it to yourself.
14     A   Sure.  I did not come to an opinion on
15  that paragraph.
16     Q   And paragraph 9?
17     A   Clearly I disagree with that one.
18     Q   Right.  You would agree, would you not,
19  that proceeds of the stock sale were allocated to
20  participants' accounts to invest as they deemed
21  appropriate?
22     A   Let me phrase it this way and see if it's
23  consistent.  My understanding was that after the
24  sale of stock it was put in participants' plans in
25  terms of the fixed income fund initially, but they

Page 133

1  could take the money from the fixed income fund and
2  allocate across the other remaining plan assets.
3      Q   Right.  That's fine.  The following
4  sentence in paragraph 9, says:
5          "Plan participants did not take such a
6          risk" --
7          Never mind.  Let's go to the one before
8  that:
9          "In order to be entitled to any
10         additional return from holding Grace
11         stock, participants would have had to
12         take the risks associated with such
13         stock ownership."
14         Do you disagree with that sentence?
15     A   I do disagree with that sentence.
16     Q   Why?
17     A   It's sort of illogical to me in this case
18  because the Grace stock wasn't in the plan anymore
19  so they couldn't hold stock in the plan so how could
20  they have possibly taken that risk.  The whole point
21  of my argument is they were denied the opportunity
22  to hold Grace stock within the plan, so talking
23  about, well, since they didn't do it they don't
24  deserve the return from the stock, to me doesn't
25  make sense.  The whole point is they were denied the

Page 198

1 (Record read.)
2 THE WITNESS: I did that calculation at
3 one time and it was similar, I believe, to money
4 market types of returns, which you would expect.
5 BY MR. FLICKER:
6  Q  Do you have a recollection of roughly what
7 that was?
8  A  I don't remember, it didn't strike me as a
9 strange number to expect on a fixed income
10 portfolio.
11  Q  The document here can be read to say that
12 an investment in the fixed income fund that was made
13 in approximately March to April 2004 would have
14 appreciated approximately 45 to 46 percent by June
15 of 2007, is that accurate?
16  A  That would be their cumulative return on
17 it.
18  Q  I have a question about your damages
19 methodology. Am I correct that your damages
20 methodology attempts to calculate the lost
21 opportunity experienced by participants resulting
22 from the removal of the opportunity for the
23 participants to hold Grace stock as part of their
24 overall portfolio?
25  A  Can you try that again on me? I don't

Page 199

1 think you said anything wrong but I didn't catch it
2 all.
3  Q  Am I correct that your damages methodology
4 attempts to calculate the value of the removal of
5 the opportunity for participants to hold Grace stock
6 as part of their overall portfolio?
7  A  I may be saying the same thing back.
8  Q  That's all right.
9  A  I'm trying to quantify the cost of losing
10 the ability to hold money in that position during
11 this period of time, position meaning Grace stock
12 fund. So under one scenario with buy and hold they
13 would have in my assumption held Grace stock during
14 this period, and in another assumption they would
15 have held it in something else. I made various
16 assumptions on that. And to quantify that, I see
17 where they would be today under those scenarios.
18  Q  If you'll turn to your rebuttal report,
19 that's Exhibit 23, and I'm going to focus on page 3.
20  A  What page did you say?
21  Q  Page 3.
22  A  Okay. There are two page 3s in here.
23  Q  It's the page 3 that has the Roman II on
24 it. I'm looking at the last bullet of Roman II,
25 using that to understand what you're doing. You

Page 200

1 make the statement:
2  "As these three examples show, it
3  isn't the recovery of the fair market
4  value of the Grace stock that prevents
5  damages from occurring, it is the
6  concomitant impact of the removal of
7  the opportunity for participants to
8  hold Grace stock as part of their
9  overall portfolio."
10  Is that correct?
11  A  Yes.
12  Q  You have no opinion whether the
13 participants had a legal entitlement to the
14 opportunity to hold Grace stock as part of their
15 portfolio, correct?
16  A  As soon as you use the word "legal
17 entitlement" I have no opinion on that since I'm not
18 an attorney.
19  Q  What if you are instructed that you were
20 not permitted to value the continued opportunity of
21 the participants to hold Grace stock as part of
22 their overall portfolio, okay, just an assumption
23 that you were instructed that, do you have that in
24 mind? That you were not permitted to value the
25 continued opportunity of the participants to hold

Page 201

1 Grace stock as part of their overall portfolio.
2  A  Okay.
3  Q  How would you calculate the damages then?
4  A  I think that was my understanding of what
5 Professor James was doing, he was not taking into
6 account, and he was just looking at the sale of the
7 asset, whether they got market value at that time.
8    So I'm not exactly sure how you would do
9 the damage in that context. If you're asking me is
10 Chris James' approach where he looks at are they
11 getting fair market value for it, that was not
12 something I took into account and I didn't think it
13 was particularly relevant to this and I didn't do a
14 study of efficient markets.
15    But the example of that, if you didn't
16 look at any futurability to hold the stock and
17 didn't value that whatsoever, then you would look at
18 whether they received fair market value. And I'm
19 not quite sure in your scenario if it's true or not,
20 but I still might look at the loss of not just the
21 economic benefits, which you might be eliminating
22 here, but the loss of the nonpecuniary benefits such
23 as voting rights, incentive reasons and things like
24 that.
25  Q  Do you have a methodology for valuing the

51 (Pages 198 to 201)