| Home | About Grace | Products & Businesses | Customer Resources | Investor Infor |

# Stock Historical Lookup

**Historical Lookup**

| | |
|---|---|
| Symbol | GRA (Common Stock) |
| Lookup Date | July  01  1999 |

[ LOOK UP ]

**Company Information**

**Stock Information**

**Stock Historical Lookup**

**Stock Calculator**

**SEC Filings**

**Financial Information**

**Annual Reports**

**Presentations**

**FAQ**

**E-mail Alerts**

**Contacts and Information Request**

**Conference Calls**

**Results**

| | |
|---|---|
| Date Requested | 07/01/99 |
| Closing Price | $19.19 |
| Volume | 344,400 |
| Split Adjustment Factor | 1:1 |
| Open | $18.44 |
| Day's High | $19.25 |
| Day's Low | $18.06 |

Copyright © 2007 MarketWatch, Inc. All rights reserved. Please see our Terms of Use. MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of Market Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All q exchange time.
Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to 1

Historical, current end-of-day data, and splits data provided by FT Interactive Data.

Home  Accounts Payable  Environment, Health & Safety  Site Map    Privacy Policy



| | | | | | |
|---|---|---|---|---|---|
| Home | About Grace | Products & Businesses | Customer Resources | Investor Infor |

# Stock Historical Lookup

**Historical Lookup**

| | |
|---|---|
| Symbol | GRA (Common Stock) |
| Lookup Date | April  02  2001 |

LOOK UP

**Company Information**

**Stock Information**

**Stock Historical Lookup**

**Stock Calculator**

**SEC Filings**

**Financial Information**

**Annual Reports**

**Presentations**

**FAQ**

**E-mail Alerts**

**Contacts and Information Request**

**Conference Calls**

**Results**

| | |
|---|---|
| Date Requested | 04/02/01 |
| Closing Price | $1.52 |
| Volume | 2,188,000 |
| Split Adjustment Factor | 1:1 |
| Open | $1.50 |
| Day's High | $1.69 |
| Day's Low | $1.40 |

Copyright © 2007 MarketWatch, Inc. All rights reserved. Please see our Terms of Use. MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of Market Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All q exchange time.
Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to

Historical, current end-of-day data, and splits data provided by FT Interactive Data.



| Home | About Grace | Products & Businesses | Customer Resources | Investor Infor |

# Stock Historical Lookup

**Historical Lookup**

Company Information

Stock Information

Stock Historical Lookup

Stock Calculator

SEC Filings

Financial Information

Annual Reports

Presentations

FAQ

E-mail Alerts

Contacts and Information Request

Conference Calls

| Symbol | GRA (Common Stock) |
| Lookup Date | February 17 2004 |

[ LOOK UP ]

**Results**

| Date Requested | 02/17/04 |
| Closing Price | $3.51 |
| Volume | 209,500 |
| Split Adjustment Factor | 1:1 |
| Open | $3.45 |
| Day's High | $3.55 |
| Day's Low | $3.40 |

Copyright © 2007 MarketWatch, Inc. All rights reserved. Please see our Terms of Use.
MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of Market
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All q
exchange time.
Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to t

Historical, current end-of-day data, and splits data provided by FT Interactive Data.

Home   Accounts Payable   Environment, Health & Safety   Site Map                         Privacy Policy

| Home | About Grace | Products & Businesses | Customer Resources | Investor Infor |

## Stock Historical Lookup

**Historical Lookup**

| | |
|---|---|
| Symbol | **GRA (Common Stock)** |
| Lookup Date | February  24  2004 |
| | LOOK UP |

Company Information

Stock Information

Stock Historical Lookup

**Results**

Stock Calculator

SEC Filings

Financial Information

Annual Reports

Presentations

FAQ

| | |
|---|---|
| Date Requested | 02/24/04 |
| Closing Price | $3.07 |
| Volume | 370,300 |
| Split Adjustment Factor | 1:1 |
| Open | $3.15 |
| Day's High | $3.19 |
| Day's Low | $3.05 |

E-mail Alerts

Contacts and Information Request

Conference Calls

Copyright © 2007 MarketWatch, Inc. All rights reserved. Please see our Terms of Use. MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of Market Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All q exchange time.
Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to

Historical, current end-of-day data, and splits data provided by FT Interactive Data.

| Home | About Grace | Products & Businesses | Customer Resources | Investor Infor |

# Stock Historical Lookup

**Historical Lookup**

| | |
|---|---|
| Symbol | GRA (Common Stock) |
| Lookup Date | April  13  2004 |

[ LOOK UP ]

**Company Information**

**Stock Information**

**Results**

**Stock Historical Lookup**

**Stock Calculator**

| | |
|---|---|
| Date Requested | 04/13/04 |
| Closing Price | $2.78 |
| Volume | 721,400 |
| Split Adjustment Factor | 1:1 |
| Open | $2.99 |
| Day's High | $3.00 |
| Day's Low | $2.74 |

**SEC Filings**

**Financial Information**

**Annual Reports**

**Presentations**

**FAQ**

**E-mail Alerts**

Copyright © 2007 MarketWatch, Inc. All rights reserved. Please see our Terms of Use. MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of Market Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All q exchange time.
Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to

Historical, current end-of-day data, and splits data provided by FT Interactive Data.

**Contacts and Information Request**

**Conference Calls**

Home   Accounts Payable   Environment, Health & Safety   Site Map            Privacy Policy

| Home | About Grace | Products & Businesses | Customer Resources | Investor Infor |

## Stock Historical Lookup

**Historical Lookup**

| | |
|---|---|
| Symbol | GRA (Common Stock) |
| Lookup Date | July  19  2004 |
| | [ LOOK UP ] |

- Company Information
- Stock Information
- Stock Historical Lookup
- Stock Calculator
- SEC Filings
- Financial Information
- Annual Reports
- Presentations
- FAQ
- E-mail Alerts
- Contacts and Information Request
- Conference Calls

**Results**

| | |
|---|---|
| Date Requested | 07/19/04 |
| Closing Price | $5.88 |
| Volume | 413,100 |
| Split Adjustment Factor | 1:1 |
| Open | $6.10 |
| Day's High | $6.10 |
| Day's Low | $5.87 |

Copyright © 2007 MarketWatch, Inc. All rights reserved. Please see our Terms of Use. MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of Market Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All q exchange time.
Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to

Historical, current end-of-day data, and splits data provided by FT Interactive Data.

| Home | About Grace | Products & Businesses | Customer Resources | Investor Infor |



Company Information

Stock Information

Stock Historical Lookup

Stock Calculator

SEC Filings

Financial Information

Annual Reports

Presentations

FAQ

E-mail Alerts

Contacts and Information Request

Conference Calls

# Stock Historical Lookup

**Historical Lookup**

| | |
|---|---|
| Symbol | GRA (Common Stock) |
| Lookup Date | December 31 2004 |

[ LOOK UP ]

**Results**

| | |
|---|---|
| Date Requested | 12/31/04 |
| Closing Price | $13.61 |
| Volume | 342,700 |
| Split Adjustment Factor | 1:1 |
| Open | $13.65 |
| Day's High | $13.89 |
| Day's Low | $13.52 |

Copyright © 2007 MarketWatch, Inc. All rights reserved. Please see our Terms of Use. MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of Market Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All q exchange time.
Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to

Historical, current end-of-day data, and splits data provided by FT Interactive Data.

Home   Accounts Payable   Environment, Health & Safety   Site Map                           Privacy Policy