# EXHIBIT B

# Due Diligence

**Plan Investment Status**

- Understand plan investment history
- Identify fiduciary issues
- Review plan documents
- Read employee communication
- Review participant activity post petition

**Perform Due Diligence**

- Diligent, independent investigation
- Management interviews
- Company financials/projections
- Stock trading price/volume
- Legal due diligence
- Bankruptcy process & significant filings
- Contingent liabilities
  - ➢ Asbestos
  - ➢ Environmental

SSgA

12

GR008104