# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------
KERI EVANS, et al.,                :
                                   :
        Plaintiffs,                :
                                   :
    vs.                            :
                                   :
JOHN F. AKERS, et al.,             :
                                   :
        Defendants.                :
                                   : CONSOLIDATED
------------------------------------ UNDER CASE NO.
LAWRENCE W. BUNCH, et al.,         : 04-11380-WGY
                                   :
        Plaintiffs,                :
                                   :
    vs.                            :
                                   :
W.R. GRACE & CO., et al.,          :
                                   :
        Defendants.                :
                                   :
------------------------------------
```

      Deposition of:  JOHN J. MULLIGAN, JR.
      Taken:         By the Defendants
                     Pursuant to Agreement

      Date:          July 11, 2007

      Time:          Commencing at 9:07 a.m.

      Place:         Waite, Schneider, Bayless &
                        Chesley Co., LPA
                Suite 1513 Fourth & Vine Tower
                One West Fourth Street
                Cincinnati, Ohio   45202

      Before:        Linda S. Mullen, RMR, CRR.
                Notary Public - State of Ohio

COPY

```
 1   And depending on where we are in my opinion, it may
 2   or may not include new information relative to the
 3   availability of insurance coverage, it may not
 4   include new information relative to restarting
 5   legislation on the FAIR Act.  The -- I'm sorry, I
 6   rambled so much I forgot the first part of your
 7   question.
 8        Q.   What I'm trying to do is, I'm trying to
 9   determine if you have an opinion here that, for
10   example, the Duff & Phelps valuation report was --
11   did not provide an appropriate basis for State Street
12   to make a decision to sell?
13        A.   Yeah, I would say that.  I would value the
14   way the market was pricing the security more than
15   what I saw in the Duff & Phelps reports.  The Duff &
16   Phelps reports, in terms of models for contingent
17   liabilities, that's speculation, too.
18        Q.   So it was not appropriate in your view for
19   the independent fiduciary to hire a valuation expert
20   to engage in some evaluation of contingent
21   liabilities?
22        A.   No, I think that's perfectly appropriate
23   to hire and to have that information.  And that's the
24   question, of what do you do with it.  And depending
25   on what it is and how it's presented, it may be
```