# EXHIBIT D

C O N F I D E N T I A L

1              UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF MASSACHUSETTS

3

4     ***************************
      LAWRENCE W. BUNCH, et al,    )
5                    Plaintiff,    )
                                   )Consolidated as
6         VS.                      )Case No.:04-11380-WGY
                                   )
7     W.R. GRACE & CO., et al,     )
                     Defendant.    )
8     ***************************

9

10

11        **DEPOSITION OF SHAWN JOHNSON,** a witness called

12    on behalf of the Plaintiffs, taken pursuant to

13    the provisions of the Federal Rules of Civil

14    Procedure, before Lisa W. Starr, a Registered

15    Professional Reporter/Certified Realtime Reporter

16    and Notary Public in and for the Commonwealth of

17    Massachusetts, at the offices of State Street

18    Bank & Trust Company, One Lincoln Street, Boston,

19    Massachusetts, on May 23, 2007, commencing at

20    9:06 a.m.

21

22

23

24

C O N F I D E N T I A L

66

| Line | Text | Time |
|---|---|---|
| 1 | A.    So, back to your question, the only place | 10:43:20 |
| 2 | we would have owned it is in the index fund. | 10:43:22 |
| 3 | Q.    You say they would have owned Grace since | 10:43:25 |
| 4 | 2000.  So, you actively made that determination | 10:43:28 |
| 5 | -- | 10:43:30 |
| 6 | A.    Well, again, because it's a quantitative | 10:43:31 |
| 7 | process, the company has an issue that we can't | 10:43:33 |
| 8 | model quantitatively in the way that the models | 10:43:37 |
| 9 | are built.  You say, okay, we're not going to own | 10:43:40 |
| 10 | that.  We'll concentrate on the companies that we | 10:43:43 |
| 11 | think -- | 10:43:46 |
| 12 | Q.    So, why in 2000 did State Street | 10:43:48 |
| 13 | determine that the logarithms were not applied? | 10:43:51 |
| 14 | What occurred in 2000? | 10:44:00 |
| 15 | A.    I would have to guess.  Probably because | 10:44:02 |
| 16 | of asbestos concerns, but I would have to guess. | 10:44:04 |
| 17 | Q.    When did you gain this knowledge that | 10:44:07 |
| 18 | State Street had held in the active funds Grace | 10:44:09 |
| 19 | stock since 2000? | 10:44:16 |
| 20 | A.    I asked yesterday prior to this meeting. | 10:44:18 |
| 21 | Q.    And who did you ask? | 10:44:22 |
| 22 | A.    The portfolio managers. | 10:44:23 |
| 23 | Q.    But that was the first time that you did | 10:44:30 |
| 24 | that; is that correct? | 10:44:32 |

CONFIDENTIAL

67

| | | |
|---|---|---|
| 1 | A.    Yes, because I figured you were going to | 10:44:33 |
| 2 | ask me. | 10:44:35 |
| 3 | Q.    Is there anything else I'm supposed to | 10:44:38 |
| 4 | ask you that I may forget about? | 10:44:40 |
| 5 | Did you also ask anybody yesterday | 10:44:56 |
| 6 | regarding the index funds? | 10:44:58 |
| 7 | A.    I asked yesterday why a bankrupt stock | 10:45:01 |
| 8 | would be in the Russell 2000 or 3000 Index.  And | 10:45:04 |
| 9 | the answer is, it's not one of the screening | 10:45:10 |
| 10 | criteria that Russell uses to create its index. | 10:45:13 |
| 11 | As I said, it's a market cap, basically the 3000 | 10:45:17 |
| 12 | largest stocks go into that benchmark.  Whether | 10:45:26 |
| 13 | it's bankrupt is not direct.  There are some | 10:45:29 |
| 14 | indirect issues. | 10:45:33 |
| 15 | Q.    Who did you make that inquiry of? | 10:45:34 |
| 16 | A.    The gentleman that runs the index | 10:45:37 |
| 17 | business, Paul Braake. | 10:45:40 |
| 18 | Q.    Now, we talked a moment ago before I | 10:45:49 |
| 19 | digressed regarding the W.R. Grace Savings and | 10:45:52 |
| 20 | Investment Plan.  You told me when you first or | 10:45:56 |
| 21 | how you first became aware of it. | 10:46:00 |
| 22 | What is your understanding of what the | 10:46:02 |
| 23 | plan is? | 10:46:04 |
| 24 | A.    It's a 401(K) plan, as I recall. | 10:46:08 |

C O N F I D E N T I A L                68

1    Q.    And what are its characteristics?  I'll        10:46:11

2  be more specific.  In terms of what offerings          10:46:14

3  does -- during the time that State Street was          10:46:18

4  involved, what offerings did it make available to      10:46:21

5  plan participants?  And I don't mean the specific      10:46:23

6  ones, but general description and number and that      10:46:26

7  sort of thing.                                          10:46:28

8    A.    I don't know the answer to that, other        10:46:30

9  than I know that it had a company stock fund,          10:46:31

10  which is what we were engaged to do.                  10:46:34

11    Q.    Did the rest of the plan factor into your      10:46:40

12  analysis?                                              10:46:43

13    A.    Not that I'm aware of, no.                    10:46:44

14    Q.    Did you ever review the plan?                10:46:50

15    A.    Personally?                                    10:46:51

16    Q.    Yes.                                          10:46:52

17    A.    No.                                            10:46:53

18    Q.    Do you have an understanding as to how        10:46:56

19  the plan's assets were allocated?                      10:46:57

20    A.    No, although I do seem to recall that the    10:47:00

21  company stock fund had a reasonable size              10:47:07

22  ownership position of Grace stock.  I do seem to      10:47:10

23  recall that, but I can't remember how big it was.    10:47:13

24    Q.    When you say had a reasonable size            10:47:15

C O N F I D E N T I A L

1    decision-making process.                                    10:54:03

2         Q.    Do you know whether Grace provides its           10:54:14

3    employees with other retirement income benefits,           10:54:16

4    such as ability to participate in a defined                10:54:19

5    benefit plan?                                               10:54:22

6         A.    I don't know that, no.                           10:54:23

7         Q.    Are you aware whether -- as part of your         10:54:27

8    process of working with the Grace stock fund, did           10:54:33

9    you or anyone at State Street, if you know,                 10:54:39

10   determine whether the plan made diversified                 10:54:42

11   options available to plan participants?                     10:54:46

12        A.    No, I don't know that.                           10:54:49

13        Q.    Do you know whether the plan is a 404(C)         10:54:53

14   plan?                                                       10:54:57

15        A.    I don't recall, but it wouldn't surprise        10:55:00

16   me if it was.  Most of them are.                            10:55:01

17        Q.    What is a 404(C) plan?                           10:55:05

18              MR. FLICKER:    Objection.                       10:55:08

19        A.    It's just compliant with that section of       10:55:09

20   the code, which basically means it has                      10:55:11

21   diversified options within the plan.                        10:55:14

22                         (W.R. Grace Projected                 10:56:04

23   Time Line was marked as Johnson Exhibit No. 1 for          10:56:06

24   identification).                                            10:56:10

C O N F I D E N T I A L

84

| | |
|---|---|
| 1 | Q.   Let me ask the question slightly | 11:12:06 |
| 2 | different.  Did you believe that Duff & Phelps | 11:12:08 |
| 3 | was in a better position than the market to | 11:12:11 |
| 4 | determine the price of the Duff & Phelps shares? | 11:12:13 |
| 5 | MR. FLICKER:   Objection. | 11:12:18 |
| 6 | A.   Duff & Phelps was in a good position to | 11:12:19 |
| 7 | give us advice as to what the shares were worth, | 11:12:22 |
| 8 | but the market is the best determinant on any day | 11:12:26 |
| 9 | as to what the shares are worth. | 11:12:33 |
| 10 | Q.   And again, why was it necessary to hire | 11:12:35 |
| 11 | Duff & Phelps as opposed to do this in-house at | 11:12:38 |
| 12 | State Street? | 11:12:42 |
| 13 | A.   Again, our general process is to engage | 11:12:43 |
| 14 | somebody outside.  Dealing with bankrupt stocks | 11:12:46 |
| 15 | is not necessarily something we do a lot of here. | 11:12:50 |
| 16 | So, while we have a lot of financial expertise, | 11:12:53 |
| 17 | bankruptcy is probably not something I would rely | 11:12:58 |
| 18 | solely on our inside resources for anyway. | 11:13:01 |
| 19 | Q.   I'm sorry, I interrupted you.  We were | 11:13:19 |
| 20 | talking about the financial advice Duff & Phelps | 11:13:22 |
| 21 | was offering and how State Street would use it | 11:13:24 |
| 22 | or, in particular, how you used it as a member of | 11:13:27 |
| 23 | the Independent Fiduciary Committee.  You said | 11:13:29 |
| 24 | you wanted insight regarding a couple of areas, | 11:13:34 |

C O N F I D E N T I A L                       131

```
 1        A.    Um-hmm.                                    12:29:57

 2        Q.    Do you recall --  does that refresh your   12:29:58

 3   memory at all?                                        12:30:00

 4        A.    No.   I think we spoke about Federal Mogul 12:30:02

 5   earlier.  I can't exactly remember the timing of      12:30:07

 6   when that occurred.                                   12:30:09

 7        Q.    And then it says: "In the case of Grace,   12:30:15

 8   the company is already in bankruptcy."                12:30:17

 9             How did that factor play out?  Does that    12:30:23

10   make it, the fact that it's already in               12:30:26

11   bankruptcy, did the committee think it was more      12:30:29

12   necessary to consider selling the stock, or was      12:30:31

13   the fact that --  let me ask the question            12:30:35

14   differently.                                          12:30:40

15             Obviously, the committee believed the      12:30:41

16   fact that Grace was already in bankruptcy was a      12:30:44

17   factor, correct?                                      12:30:48

18        A.    Um-hmm.                                    12:30:49

19        Q.    How did that factor in the committee's    12:30:50

20   reasoning?                                            12:30:52

21        A.    It was simply a factor, all right, it's   12:30:53

22   already bankrupt.  So, it's one of the things one    12:30:56

23   would want to consider, that's all, as opposed to    12:30:59

24   imminent to bankruptcy you don't exactly know        12:31:02
```

C O N F I D E N T I A L

| | | |
|---|---|---|
| 1 | here -- in other words, were you concerned had it | 12:50:41 |
| 2 | quantified the stock would go to zero? | 12:50:45 |
| 3 | A.   Was part of the analysis that was done. | 12:50:48 |
| 4 | Q.   What other part of the analysis? | 12:50:50 |
| 5 | A.   When you looked at it that there was a | 12:50:52 |
| 6 | high probability that the stock would be | 12:50:53 |
| 7 | worthless, not meaning zero, but worthless. | 12:50:55 |
| 8 | Q.   Let me go back a step.  Worthless, you | 12:51:06 |
| 9 | mean it would become zero, two words? | 12:51:10 |
| 10 | A.   It would become worthless. | 12:51:15 |
| 11 | Q.   Let's go back a step on that.  As of this | 12:51:23 |
| 12 | date, which I believe is February 23, 2004, what | 12:51:26 |
| 13 | percentage chance, what was the likelihood in the | 12:51:31 |
| 14 | mind of the committee and the group that the | 12:51:34 |
| 15 | stock would become worthless, meaning zero? | 12:51:36 |
| 16 | A.   I don't recall the specific percentages. | 12:51:40 |
| 17 | We did have an analysis in the Duff & Phelps | 12:51:41 |
| 18 | report that had done sort of, this probability | 12:51:48 |
| 19 | discussion that we talked about earlier, which | 12:51:53 |
| 20 | had various outcomes of different pieces of the | 12:51:55 |
| 21 | legislation or of the cases, which indicated a | 12:51:59 |
| 22 | high probability of zero.  And even in their | 12:52:02 |
| 23 | analysis, there's lots of uncertainty in the way | 12:52:07 |
| 24 | it was done, meaning you have to make best | 12:52:10 |

C O N F I D E N T I A L

147

1    guesses at some of these things, which is what          12:52:15

2    the market would do as well.                            12:52:17

3         Q.    The market at that time, of course,          12:52:20

4    though, knew the variables; is that right?              12:52:22

5         A.    Yes.   They had access to the same public    12:52:25

6    information that we were trying to perform our          12:52:27

7    analysis on.                                            12:52:29

8         Q.    And it knew of the uncertainties             12:52:30

9    regarding asbestos?                                     12:52:32

10        A.    Yes.                                          12:52:34

11        Q.    And at this time, the stock was trading       12:52:35

12   in the three dollar range?                              12:52:38

13        A.    A few dollars, yeah, although it bounced      12:52:46

14   around quite a bit.   But it was right around            12:52:46

15   that.                                                   12:52:46

16        Q.    And then you indicated that it was            12:52:46

17   necessary for, that the investment no longer            12:52:50

18   became prudent; is that correct?                        12:52:54

19        A.    Um-hmm.                                       12:52:55

20        Q.    And the concern of the committee was that    12:52:56

21   the fund needed to diversify?                           12:52:58

22        A.    Um-hmm.                                       12:53:01

23        Q.    How did selling the stock diversify the      12:53:02

24   fund?                                                   12:53:05

1

2                    UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

3

4        * * * * * * * * * * * * * * * * * * * * * * * *
         LAWRENCE W. BUNCH, et al,   )
5                          Plaintiff,  )
                                       )Consolidated as
6             VS.                      )Case No.:04-11380-WGY
                                       )
7        W.R. GRACE & CO., et al,      )
                             Defendant.  )
8        * * * * * * * * * * * * * * * * * * * * * * * *

9

10

11            **CONTINUED DEPOSITION OF SHAWN JOHNSON**, a

12       witness called on behalf of the Plaintiffs, taken

13       pursuant to the provisions of the Federal Rules

14       of Civil Procedure, before Lisa W. Starr, a

15       Registered Professional Reporter/Certified

16       Realtime Reporter and Notary Public in and for

17       the Commonwealth of Massachusetts, at the offices

18       of State Street Bank & Trust Company, One Lincoln

19       Street, Boston, Massachusetts, on May 29, 2007,

20       commencing at 11:10 a.m.

21

22

23

24

| | | |
|---|---|---|
| 1 | so it's quite volatile.  So, to even think it was | 11:38:50 |
| 2 | more volatile or less volatile because of that | 11:38:53 |
| 3 | event, it would be very difficult to link it to. | 11:38:56 |
| 4 | Q.    "In any event, IFG has determined that | 11:39:02 |
| 5 | the market price of the W.R. Grace stock is not a | 11:39:05 |
| 6 | good indication of long-term value because of the | 11:39:08 |
| 7 | speculative and volatile nature of the stock | 11:39:10 |
| 8 | valuations." | 11:39:13 |
| 9 | Do you see that? | 11:39:15 |
| 10 | A.    Yup. | 11:39:16 |
| 11 | Q.    You were just getting to that.  Are you | 11:39:17 |
| 12 | indicating, therefore, your belief or is the | 11:39:18 |
| 13 | committee indicating its belief that the market | 11:39:24 |
| 14 | wasn't efficiently pricing the price of Grace | 11:39:27 |
| 15 | stock? | 11:39:29 |
| 16 | A.    Well, it prices it in a whole host of | 11:39:31 |
| 17 | ways, but it is sort of the collection of all | 11:39:34 |
| 18 | relevant information at any given point in time. | 11:39:36 |
| 19 | But it is quite volatile because also for | 11:39:43 |
| 20 | liquidity reasons, technical reasons, liquidity, | 11:39:48 |
| 21 | how many buyers and sellers in a given day, | 11:39:52 |
| 22 | bid-ask spreads, so a bankrupt question is | 11:39:56 |
| 23 | volatile. | 11:40:00 |
| 24 | MR. FLICKER:    Before you ask the | 11:40:02 |

| | |
|---|---|
| 1 | next question, I don't have any evidence whether | 11:40:03 |
| 2 | the Goodwin Procter draft ends up being the final | 11:40:05 |
| 3 | version of the minutes or not.  Just for the | 11:40:08 |
| 4 | record, I can't represent that the Goodwin | 11:40:11 |
| 5 | Procter draft, Exhibit 13, fairly or accurately | 11:40:14 |
| 6 | reflects the discussion that took place in the | 11:40:18 |
| 7 | committee meeting. | 11:40:21 |
| 8 | You're free to ask him any question you | 11:40:22 |
| 9 | want to about the document, but I would caution | 11:40:24 |
| 10 | you not to assume that it necessarily reflects | 11:40:27 |
| 11 | the discussion.  I can't represent, for example, | 11:40:29 |
| 12 | that Exhibit 14 is more or less accurate. | 11:40:31 |
| 13 | MR. GOODMAN:    I understand that. | 11:40:34 |
| 14 | THE WITNESS:  But somebody wrote | 11:40:40 |
| 15 | these. | 11:40:41 |
| 16 | MR. FLICKER:    Correct.  We produced | 11:40:42 |
| 17 | them.  There's no reason you can't ask questions | 11:40:43 |
| 18 | about them. | 11:40:45 |
| 19 | Q.    Let me ask a question this way.  Is there | 11:40:45 |
| 20 | anything we've discussed so far in connection | 11:40:48 |
| 21 | with Exhibit No. 13, the Goodwin Procter draft, | 11:40:50 |
| 22 | that is inconsistent with your understanding as | 11:40:53 |
| 23 | to what occurred at the February 23, 2004 | 11:40:54 |
| 24 | meeting? | 11:40:56 |

1     A.    You know, it makes sense that it all          11:40:57

2   occurred.  I can't tell you what happened exactly       11:41:00

3   in that meeting.  But it's certainly reasonable          11:41:02

4   that this would represent it.  That would be my          11:41:05

5   conclusion.                                              11:41:15

6     Q.    And --                                          11:41:15

7     A.    Oh, there's an answer to that question.         11:41:15

8     Q.    Well, since you just said that's the            11:41:19

9   answer to that question, what are you referring          11:41:21

10   to?                                                     11:41:23

11     A.    It says: "Shawn Johnson followed up with       11:41:23

12   a question regarding what would happen to the           11:41:25

13   holdings when the stock is sold," which I can't         11:41:27

14   remember.  "Jack Cleary responded that the cash        11:41:34

15   automatically goes into the plan's stable value        11:41:40

16   fund."                                                  11:41:44

17     Q.    Now, does that refresh your memory as to       11:42:08

18   whether that occurred?                                  11:42:16

19     A.    Whether what occurred?  I'm sorry.             11:42:18

20     Q.    We're referring now to the second-to-last      11:42:21

21   paragraph on page 2 of this document, Bates            11:42:25

22   stamped 714.  Do you see that?                          11:42:29

23     A.    Yes.                                            11:42:32

24     Q.    That's the question that you raised --         11:42:33

| | | |
|---|---|---|
| 1 | believed it would come out of bankruptcy with the | 11:51:12 |
| 2 | stock, with the equity holders still owning some | 11:51:16 |
| 3 | of the company? | 11:51:19 |
| 4 | A.    No, I don't recall that.  It would not | 11:51:21 |
| 5 | surprise me if it was anticipated to be zero. | 11:51:24 |
| 6 | Q.    You talked about the probabilities | 11:51:34 |
| 7 | earlier on.  Do you have an understanding as to | 11:51:35 |
| 8 | what you understood the probability would be that | 11:51:39 |
| 9 | --  how did you judge the probabilities?  Was it | 11:51:44 |
| 10 | a percentage basis? | 11:51:46 |
| 11 | A.    It was in the presentation you reviewed | 11:51:48 |
| 12 | from Duff & Phelps.  I can't exactly remember all | 11:51:50 |
| 13 | of the percentages. | 11:51:56 |
| 14 | Q.    When you agreed with the recommendation | 11:52:03 |
| 15 | to sell the stock -- and why don't we just get | 11:52:04 |
| 16 | that clear.  Why don't we go to the next page. | 11:52:09 |
| 17 | A.    715? | 11:52:13 |
| 18 | Q.    Yes. | 11:52:15 |
| 19 | A.    Okay. | 11:52:15 |
| 20 | Q.    Maybe you can refresh my memory here.  It | 11:52:17 |
| 21 | says:  "Vote:  M. Shames, K. Driscoll, M. Brown, | 11:52:20 |
| 22 | P. Leahy, voted to approve the recommendation." | 11:52:25 |
| 23 | It says you did not vote.  Do you see that? | 11:52:29 |
| 24 | A.    Yes. | |

1    Q.    Why didn't you vote?                               11:52:34

2    A.    That I can't articulate specifically why,          11:52:35

3    although generally on public securities I abstain        11:52:41

4    or don't vote on public securities because I vote        11:52:48

5    shares in the public securities that we own at           11:52:54

6    State Street.                                            11:52:59

7    Q.    You vote --                                        11:53:01

8    A.    In other words, if we own GE stock                 11:53:02

9    throughout the company, I chair the committee            11:53:06

10   that votes all of those shares.                          11:53:09

11         So, I generally in public companies don't          11:53:11

12   vote on public securities that, how do I say it,         11:53:14

13   that come before the Fiduciary Committee.  That's        11:53:21

14   like on election of directors and the normal             11:53:23

15   things you do as a shareholder.                          11:53:27

16   Q.    Did you vote the shares of the stock in            11:53:28

17   the index funds?                                         11:53:31

18   A.    Yes, I'm sure we did.                              11:53:33

19   Q.    I guess the question I'm having is did             11:53:34

20   you have that responsibility?                            11:53:37

21   A.    The Proxy Committee, which is something I          11:53:38

22   chair, has the responsibility for voting the             11:53:41

23   shares.  Actually, Investment Committee has it.          11:53:45

24   It delegates it to the Proxy Committee.                  11:53:47

1   hedge fund is?

2       A.   Highly active, high-risk investment

3   manager.

4       Q.   Do hedge funds tend to be sophisticated?

5           MR. FLICKER:   Objection.

6       Q.   Let me ask this question.  Do you have an

7   understanding as to whether D.E. Shaw was a

8   sophisticated investor?

9       A.   I don't know them well enough to comment.

10       Q.   Are you familiar with D.E. Shaw's

11   reputation?

12       A.   What I know of D.E. Shaw is that they are

13   a quantitative hedge fund.

14       Q.   And what does that mean?

15       A.   Meaning that, generally speaking, they

16   write algorithms to try and determine the

17   direction of asset prices, whether stocks or

18   bonds or currencies or whatever, and they invest

19   their money based on their algorithms.

20       Q.   Does State Street ever follow that

21   practice in terms of choosing their investments?

22       A.   Yes, we have a quantitative group as

23   well.

24       Q.   That's the group that Mr. Foley belonged