# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

KERI EVANS,

    Plaintiff,

vs.

JOHN F. AKERS, et al.

    Defendants.

---

LAWRENCE W. BUNCH, et al.

    Plaintiffs,

vs.

W.R. GRACE & CO., et al.

    Defendants.

Consolidated Case No.
04-11380-WGY

**CERTIFIED COPY**

---

CONTAINS CONFIDENTIAL PORTION

DEPOSITION OF STEVEN A. GRENADIER, PhD

Palo Alto, California

July 13, 2007

Reported by:
Rick Posner
CSR No. 5040

Job No. 3-69182

1   that issue?
2       A   Yes.
3       Q   And what were the economic implications of
4   removing the Grace stock fund from participants'
5   portfolios and replacing it with a fixed income
6   fund, what's your opinion on that issue?
7       A   My opinion on that was that this was a
8   material difference between the plan before this was
9   done and the plan after, because the Grace stock
10  fund was a relatively unique asset that was not
11  spanned by the remaining funds.  And for reasons
12  that are listed in the report, they were not able to
13  replicate what they had before when the stock was
14  removed.
15      Q   And for the third issue, the economic
16  damages, what was your opinion on that issue?
17      A   This was a quantitative analysis and I
18  analyzed the impact of this change and came up with
19  numbers in this case which were somewhere in the
20  $150 million range.
21      Q   I see that you're being compensated at the
22  rate of $600 per hour in this case.
23      A   Yes.
24      Q   Is that your traditional rate?
25      A   It is a relatively new rate.  I had my

11