# EXHIBIT F

**STATE STREET
GLOBAL ADVISORS**

SSgA.

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900

## NOTICE TO PARTICIPANTS
## IN THE GRACE COMPANY STOCK FUND
### FEBRUARY 27, 2004

You are a participant in the Grace Stock Fund, an investment option under the W.R. Grace Savings and Investment Plan (the "Plan"). As you know from prior notices, State Street Bank and Trust Company ("State Street") acts as the investment manager for the Grace Stock Fund and is authorized to cause the sale of all or a portion of the shares of Grace stock held in the Grace Stock Fund if it determines that such sale is necessary to comply with the requirements of the Employee Retirement Income Security Act of 1974 ("ERISA"), which is the law governing retirement plans. In its prior notice to you, State Street indicated that it would notify plan participants if it determined to commence such a selling program on behalf of the Grace Stock Fund.

The purpose of this notice is to inform you that State Street has determined, in light of all of the relevant facts and circumstances, it is no longer consistent with ERISA for the Plan to continue to hold all of the shares of Grace stock currently in the Grace Stock Fund. Accordingly, State Street has commenced a selling program pursuant to which it will cause the Grace Stock Fund to sell shares of Grace stock. When State Street sells Grace stock, the shares are sold pro rata from all participant accounts that are invested in the Grace Stock Fund. Proceeds received by the Plan as a result of these sales will be credited pro rata to all participant accounts that have an investment in the Grace Stock Fund in the same manner that they were sold. These proceeds will be transferred automatically into the Fixed Income Fund under the Plan. Any participant who wishes to exchange all or any portion of this amount out of the Fixed Income Fund should follow the usual procedures applicable to exchanges among the Plan's investment options.

State Street will continue to monitor and review the situation and may determine at any time to discontinue or suspend the selling program. If State Street determines to discontinue or suspend the selling program, it will notify Plan participants of that fact within a reasonable period.

Finally, it should be noted that each participant who has an investment in the Grace Stock Fund continues to be entitled to transfer all or any part of that investment to the other investment options under the Plan at any time, however this may change in the future. Each participant's ability to make such transfer is not currently affected or limited to any extent by State Street's decision to commence a selling program for the Grace Stock Fund. As stated in the prior notices, however, State Street may, at a future date, determine that all such participant transfers should be suspended in the best overall interests of the Plan and its participants. You will be notified of any decision by State Street to suspend participant transfers.

As investment manager, State Street does not accept direct inquiries from participants nor can participants direct State Street or Fidelity to stop selling Grace stock in the Grace Stock Fund. Additional information in the form of Questions and Answers ("Q&As") is enclosed. These Q&As will also be available through the NetBenefits[SM] website at www.401k.com and through the Fidelity Participant Services Center at 1-(800)-835-5096 on any business days, as determined by the NYSE, Monday through Friday, 8:30 a.m. to midnight, Eastern time.

**STATE STREET BANK AND TRUST COMPANY**

STATE STREET
GLOBAL ADVISORS

SSgA.

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900

## PARTICIPANT QUESTIONS & ANSWERS

1)   **Why did State Street Bank and Trust Company ("State Street") decide to sell the W.R. Grace stock in the W.R. Grace Savings and Investment Plan (the "Plan")?**
In light of all of the relevant facts and circumstances, State Street has determined that under the Employee Retirement Income Security Act ("ERISA"), the law governing retirement plans, it is no longer consistent with ERISA for the Plan to continue to hold all of the shares of Grace stock currently in the Grace Stock Fund. State Street made its decision following a thorough analysis, considering all of the relevant facts and circumstances, including the various issues and contingencies currently facing W.R. Grace. As a result, State Street has initiated action to commence sales of the Grace stock.

2)   **Did W.R. Grace or Fidelity participate in the decision to sell the Grace stock in the Plan?**
No, State Street, as investment manager, independently made the decision to sell the Grace stock. Neither Fidelity nor W.R. Grace was involved in the decision to sell the Grace stock in the Plan.

3)   **Why sell now when the stock is so low?**
State Street, upon careful consideration of the possibility that the value of the Grace shares could rebound in a recovery and the possibility that the shares could lose all of their value in the bankruptcy reorganization process, decided that it was consistent with the requirements of ERISA and in the best interest of Plan participants to begin selling Grace stock at this time. State Street continues to monitor the situation and could at any time in the future decide to stop selling Grace stock.

4)   **Is it prudent to sell shares at such a low price?**
While it is not appropriate to comment on State Street's strategy as investment manager, you should know that State Street is required to act as a prudent investor would act in such situations. Therefore, State Street feels that prudence requires it to commence the sale of Grace stock at this time.

GR 001869

**STATE STREET
GLOBAL ADVISORS**

SSgA.

**5)  Does State Street have inside information?**
Absolutely not. State Street does not have any inside information concerning W.R. Grace or its bankruptcy process. State Street made its determination based upon publicly available information and advice it received from its independent financial advisor and independent legal counsel.

**6)  The Plan document states that the Grace Stock Fund should be invested in Grace Stock, doesn't that prevent State Street from selling?**
Under ERISA, a plan document is controlling only to the extent that the plan document is consistent with ERISA. Thus, the plan document cannot override the ERISA fiduciary and investment requirements. The United States Department of Labor has stated very clearly that a plan document may not be relied upon to avoid other ERISA requirements.

**7)  These are my shares, shouldn't I be able to decide what happens to them?**
State Street has determined that it is not consistent with ERISA to continue to have the Grace Stock Fund invested in such a large block of Grace stock. Therefore, it has decided to commence sales of Grace stock from the fund regardless of whether participants wish to remain invested in Grace stock. Currently, you may at any time transfer all or any part of your account balance in the Grace Stock Fund to other investment options available under the Plan. However as indicated in the enclosed notice to participants, State Street could determine at a future date that all participant transfers should be suspended in the best overall interests of the Plan and its participants. You will be notified of any decision by State Street to suspend participant transfers, however, we may be unable to do so in advance of such restriction.

**8)  What happens when State Street sells shares of the Grace Stock Fund?**
State Street will sell the Grace stock held in the plan on a proportional basis from all participants with account balances in the Grace Stock Fund.

**9)  Where is the cash from the sale of the Grace stock invested?**
The cash proceeds of the Grace stock sold by State Street will be automatically invested in the Fixed Income Fund, which is an existing investment option in the Plan. As provided by current Plan provisions you may transfer any or all or your account balance in the Fixed Income Fund to another investment option in the Plan by contacting Fidelity.

GR 001870

STATE STREET
GLOBAL ADVISORS

SSgA.

**10) How much stock can State Street sell?**
Open market sales of the Grace stock by State Street are limited by the rules of the Securities and Exchange Commission ("SEC") under SEC Rule 144. Under SEC 144, State Street cannot generally sell over a three-month period, more than the greater of (i) the average weekly of the number of Grace stock sold on the New York Stock Exchange for the prior four-week period and (ii) one percent of Grace's outstanding common stock. Based on State Street's Form 144 filing on February 27, 2004, the maximum number of shares the Plan may sell in the open market from February 27, 2004 through May 27, 2004 is approximately 1,437,275 shares which currently represents approximately 18% of the shares in the Grace Stock Fund. As of the close of business on February 25, 2004, the Plan held approximately 7.8 million shares. However, you should understand that State Street might update its filing under SEC Rule 144 to cover more shares if the trading volume of the Grace stock supports increasing the limit. State Street could, in theory, file a new form under SEC Rule 144 each week.

**11) If I decide to sell shares, do these count in the number of shares that State Street sells?**
No. Although State Street is limited in its sales under SEC Rule 144, participant initiated sales from the Grace Stock Fund are not included in this limitation. Therefore, participants can continue to initiate investment transfers of all or any part of their account from the Grace Stock Fund regardless of the SEC Rule 144 limitation.

**12) What about after May 27, 2004?**
State Street can file a new form under SEC Rule 144 that would allow State Street to make more sales after May 27, 2004. State Street also, may at anytime before or after May 27, 2004 decide to suspend its sales of Grace stock.

**13) Why didn't I hear about State Street's decision to sell the Grace stock sooner?**
State Street determined that it was in the best interest of the Plan and it participants to release the participant communication at the same time State Street filed the SEC Rule 144 Form (this form is a public filing).

**14) Who will provide us with the documentation as to how many shares of Grace stock have been sold and where the cash has been invested in?**
The next account statement that Fidelity provides you will show the number of shares that were sold out of your Grace stock fund account and the dollar amount that was transferred to the Fixed Income Fund.

GR 001871

STATE STREET
GLOBAL ADVISORS
─────────────────
SSgA

**15)  Can I view the effect of this transaction on my account online?**
Yes, you may view this transaction, and any other future transactions, by logging on to NetBenefits$^{SM}$ website at www.401k.com.

**16)  If the Grace stock is sold at a loss, is there a capital loss that employees can claim on their income tax?**
From a tax perspective, the Grace shares are held in a retirement plan trust. Participants do not pay taxes, and can not take any tax losses, on any of the plan investments until a distribution is made under the terms of the Plan.

**17)  What is State Street's role going forward?**
As investment manager, State Street has the responsibility to determine whether the investment in the Grace Stock Fund is consistent with ERISA. State Street will continue to analyze whether ERISA requires it to continue to sell Grace stock or to take other investment actions. Although State Street has commenced sales of some stock, if investment factors impacting Grace stock change, State Street may decide at any time to halt the sale of Grace stock.

**18)  Who can I call at State Street to discuss the sale of stock or advise them not to sell my shares?**
As independent investment manager and fiduciary, State Street has a legal responsibility to follow the applicable rules and regulations that govern investment managers in such situations. State Street must act solely in the best interests of all plan participants collectively. State Street cannot make decisions on a participant-by-participant basis. Therefore, it would not be appropriate for it to address in any way employee inquiries or discuss its investment decision directly with individual plan participants. State Street has been given discretionary authority to make the decision described above under ERISA and that best represents the economic interests of plan participants invested in the Grace Stock Fund. It has the responsibility to make those decisions even if they are inconsistent with certain employees' desires.

**19)  Is there anyone else I can contact regarding my questions?**
You may contact Brian McGowan at (410) 531-4191 or John Forgach at (410) 531-4236 at W.R. Grace. However, please keep in mind, they will only have access to the same information that has already been provided to you.

STATE STREET BANK AND TRUST COMPANY

GR 001872