# EXHIBIT K

#2824

# GRACE NEWS

**Corporate Communications**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

CONTACT: Media Relations:
Greg Euston
(212) 468-3734

Investor Relations:
Bridget Sarikas
(410) 531-4194

## GRACE REPORTS FIRST QUARTER FINANCIAL RESULTS

COLUMBIA, Maryland, April 20, 2004 — W. R. Grace & Co. (NYSE: GRA) today reported that 2004 first quarter sales totaled $518.5 million compared with $444.8 million in the prior year quarter, an increase of 16.6%. Revenue from improved volume and product mix accounted for over half of the increase, with favorable currency translation effects from a weaker U.S. dollar and acquisitions also contributing. Grace reported first quarter net income of $15.8 million, or $0.24 per share, compared with a net loss of ($2.3 million), or ($0.04) per share, in the first quarter of 2003. Pre-tax income from core operations in the first quarter of 2004 was $38.5 million compared with $13.5 million in the first quarter of 2003, a 185.2% increase, reflecting improved economic conditions, including stronger construction activity in the U.S., and cost structure improvements from successful productivity initiatives. "Our first quarter operating results were very good, with strong sales from each product line and a record first quarter profit from our Performance Chemicals segment," said Grace's Chairman and Chief Executive Officer Paul J. Norris. "Our strategic and operating initiatives are delivering positive results, allowing us to capitalize on stronger economic activity worldwide."

### CORE OPERATIONS
**Davison Chemicals**

**Catalyst and Silica Products**

First quarter sales for the Davison Chemicals segment were $270.9 million, up 13.3% from a prior year quarter that reflected relatively weaker economic conditions. Excluding the effects of favorable currency translation, sales were up 6.7% for the quarter. Sales of catalyst products, which include refining catalysts, polyolefin catalysts and other chemical catalysts, were $187.3 million, up 11.5% compared with the prior year quarter. Most of the

GR008800

(more)