# EXHIBIT L


10kWIZARD
SEC POWER SEARCH

# FORM 10-Q

## W R GRACE &CO – GRA

Filed: May 07, 2004 (period: March 31, 2004)

Quarterly report which provides a continuing view of a company's financial position

At March 31, 2004 and December 31, 2003, Grace's estimated liability for remediation of sites not related to its former vermiculite mining and processing activities was $148.5 million and $151.4 million, respectively. This liability relates to Grace's current and former

I-29

Source: W R GRACE & CO, 10-Q, May 07, 2004

operations, including its share of liability for off-site disposal at facilities where it has been identified as a potentially responsible party. This liability also reflects Grace's evaluation of environmental-related claims submitted as part of the Chapter 11 process for which sufficient information was available. As Grace receives new information and continues its claims evaluation process, its estimated liability may change materially. Grace's liability for this matter is included in "liabilities subject to compromise" as of March 31, 2004.

See Note 11 to the Consolidated Financial Statements for a background description of Grace's Vermiculite and Non-Vermiculite Related Matters.

POSTRETIREMENT BENEFITS

Grace provides certain health care and life insurance benefits for retired employees, a large majority of which pertain to retirees of previously divested businesses. These plans are unfunded and Grace pays the costs of benefits under these plans as they are incurred. Spending under this program was $2.6 million during the first quarter of 2004, compared with $3.1 million in the prior year period. Grace's recorded liability for postretirement benefits of $131.2 million at March 31, 2004 is stated at net present value discounted at 6.25%. The continuing payment of these benefits has been approved by the Bankruptcy Court; however, the program would still be subject to the terms of a Chapter 11 reorganization plan.

LIQUIDITY AND CAPITAL RESOURCES

CASH RESOURCES AND AVAILABLE CREDIT FACILITIES

At March 31, 2004, Grace had $418.2 million in cash and cash-like assets on hand ($325.3 million in cash and cash equivalents and $92.9 million in net cash value of life insurance). In addition, Grace had access to committed credit facilities aggregating $250.0 million under the DIP facility, of which $216.1 million (net of borrowings, letters of credit, and holdback provisions) was available at March 31, 2004. The term of the DIP facility expires April 1, 2006. Grace believes that these funds and credit facilities will be sufficient to finance its business strategy while in Chapter 11.

CASH FLOW

| CORE OPERATIONS<br>(In millions) | THREE MONTHS ENDED MARCH 31, | |
|---|---|---|
| | 2004 | 2003 |
| CASH FLOWS: | | |
| Pre-tax operating income | $ 38.5 | $ 13.5 |
| Depreciation and amortization | 27.2 | 24.7 |
| PRE-TAX EARNINGS BEFORE DEPRECIATION AND AMORTIZATION | 65.7 | 38.2 |
| Working capital and other changes | (26.4) | (9.9) |
| CASH FLOW BEFORE INVESTING | 39.3 | 28.3 |
| Capital expenditures | (9.1) | (18.0) |
| Businesses acquired | -- | -- |
| NET CASH FLOW FROM CORE OPERATIONS | $ 30.2 | $ 10.3 |

Grace's net cash flow from core operations before investing increased due to higher pre-tax operating income, partially offset by increased investment in working capital and other items. The increased investment in working capital and other items was primarily due to increased accounts receivable reflecting significant sales in March 2004. Capital expenditures were down as compared with the prior year period and principally represented spending for routine equipment replacements. A substantial portion of 2003 first quarter expenditures was directed toward the construction of new catalyst production capacity at Grace's Lake Charles, Louisiana site.

Grace expects to continue to invest excess cash flow and/or other available capital resources in its core business base. These investments are likely to be in the form of added plant capacity, product line extensions and geographic market expansions, and/or acquisitions in existing product lines. Investments that are outside the ordinary course of business may be subject to Bankruptcy Court approval and review by the Chapter 11 committees.

| NONCORE ACTIVITIES (In millions) | THREE MONTHS ENDED MARCH 31, | |
|---|---|---|
| | 2004 | 2003 |
| CASH FLOWS: | | |
| Pre-tax loss from noncore activities | $ (4.3) | $ (7.0) |
| Non-cash charges | 3.5 | 5.9 |
| Cash spending for: | | |
|   Asbestos-related litigation, net of insurance recovery | (0.3) | (1.2) |
|   Environmental remediation | (2.9) | (3.1) |
|   Postretirement benefits | (2.6) | (3.1) |
|   Retained obligations and other | (0.4) | -- |
| NET CASH OUTFLOW FOR NONCORE ACTIVITIES | $ (7.0) | $ (8.5) |

See the Consolidated Statements of Cash Flows included in the Consolidated Financial Statements for

I-30

Source: W R GRACE & CO, 10-Q, May 07, 2004