# EXHIBIT Q

**ORIGINAL**  1

### CONFIDENTIAL TESTIMONY, PAGE 46

Volume:    1
Pages:     1 - 195
Exhibits:  See Index

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-11380-WGY
Judge William G. Young

----------------------------------------
                                         )
LAWRENCE W. BUNCH, et al.,               )
                    Plaintiffs,          )
          v.                             )
                                         )
W.R. Grace & CO., et al.,                )
                    Defendants.          )
                                         )
----------------------------------------

DEPOSITION OF **KELLY Q. DRISCOLL**, a Witness
called on behalf of the Plaintiffs, taken
pursuant to the applicable provisions of the
Federal Rules of Civil Procedure, before Maureen
Nashawaty, a Notary Public within and for the
Commonwealth of Mass., held at State Street
Financial Center, One Lincoln Street, Boston, MA,
on Fri., June 1, 2007, commencing at 9:15 a.m.

*COPLEY COURT REPORTING, Inc.*
58 Batterymarch Street
Boston, Massachusetts  02110
(617) 423-5841

**DISK ENCLOSED**

75

1        Q.    In connection with a company stock fund

2    that is part of a 401K that offers a variety of

3    different investment options, does State Street

4    or your group consider the diversification of the

5    stock fund in connection with the other

6    investments offered to plan participants?

7        A.    Not if the company stock funding the

8    company stock investment is exempt from

9    diversification on ERISA.

10       Q.    So in connection with the other assets

11    or other investments that the plan may have --

12    State Street doesn't consider the other

13    investment options, is that correct?

14       A.    Not unless our role were, you know,

15    specifically, contractually said we would look at

16    that, but other than that, no, generally it would

17    not come into our consideration.

18       Q.    It looks at the stock fund independent

19    of any other investments that the plan may have,

20    is that correct?

21       A.    Could you rephrase that.

22       Q.    Certainly, let's make it very specific

23    to Grace.

24            In connection with the Grace Company

76

1    stock fund, when State Street made its

2    determination in connection with the Grace stock

3    fund, did State Street consider the other

4    investment options available to plan

5    participants?

6         A.    No, and in Grace our role as Investment

7    Manager for the company stock fund was to

8    determine whether that investment within that

9    fund was consistent with ERISA.

10        Q.    And in making that determination it

11   didn't consider the remaining assets of the plan,

12   is that correct?

13        A.    That's correct.

14        Q.    Do you have an understanding as to what

15   percentage of the plan's assets the Grace stock

16   fund comprised?

17        A.    I don't recall.

18        Q.    Was that a factor?

19        A.    In making our decision to sell?

20        Q.    Yes.

21        A.    Not that I recall, no.

22                   (Short Pause. )

23        Q.    In connection with whether, let me go

24   back a step, let's talk about the Grace stock

77

1    fund and your understanding of it.

2              Was -- did plan participants, were plan

3    participants obligated to participate in the

4    Grace stock fund?

5         A.    I don't recall.

6         Q.    Whether the plan participants had or

7    were obligated.  I will strike that question and

8    I will try to phrase it so that you can

9    understand it.

10              Was whether Grace participants were

11   obligated to participate in the Grace stock fund

12   a consideration that the committee and State

13   Street analyzed in connection with its decision

14   whether retention of the company stock fund was

15   consistent with ERISA?

16        A.    I don't recall that being a factor or a

17   consideration.

18        Q.    Was any of the Grace, strike that.

19              Were any of the plan participants

20   matching funds or company match given to

21   participants in the form of company stock?

22        A.    I don't recall.

23        Q.    Was that a factor that State Street

24   considered in connection with determining whether

1    the valuation of Grace stock as a plan of

2    investment, do you see that?

3         A.    Yes.

4         Q.    It identifies 3.

5              During the time that State Street was

6    providing services in connection with the Grace

7    stock plan, did State Street believe that these

8    variables were priced into the Grace common

9    stock?

10        A.    In the public market?

11        Q.    Yes.

12        A.    I don't recall.

13        Q.    Were any of these variables unknown or

14   were any of these variables, not the amount of

15   the variables, but were these issues unknown to

16   the market?

17             MR. FLICKER:  Objection.

18        A.    I don't know what the market knew but

19   we based our determination on publicly available

20   data which would have been accessible to

21   investors in the public market.

22                  (Short Pause.)

23        Q.    Miss Driscoll, I have handed to you

24   what was previously marked as Johnson Exhibit

152

1      A.      I see that.

2      Q.      Did you believe that Duff & Phelps

3    range was a better estimate as to the value of

4    the stock than the current market price?

5            MR. FLICKER:  Objection.

6      A.      I think Duff & Phelps range was based

7    on a traditional valuation but generally the

8    market price is the market price, so I am not, I

9    don't think that their range is any more accurate

10   than the actual current market price that the

11   market is setting.

12     Q.      Okay.  Okay, now let's turn to the last

13   page of this which is 2861, and I believe Page

14   17.  And I would like to look at the first

15   bullet, the recommendation and vote and it is to

16   authorize the I.F.G. working with State Street GA

17   trading desk to commence selling and that is the

18   relevant language at a price no lower than the

19   midpoint of D & P's valuation range current

20   midpoint is $1.88 per share, do you see that?

21     A.      I see that.

22     Q.      Why was there a restriction?  Why did

23   you put in, well, the authors of this report of

24   which you were one of them?

180

1                    back by Stenographer.)

2        A.    I am not sure exactly what you mean.

3        Q.    Let me put it this way.

4              Did anyone at State Street conclude

5    that as a result of the bankruptcy, Grace's

6    common shares would become worthless?

7        A.    I think we concluded that it was likely

8    that the value of the Grace stock would be based

9    on input from our financial advisors and our

10   legal advisors would be worth less than we were

11   able to sell it at and particularly worth very

12   little to zero -- I believe if I recall

13   correctly -- significantly below the 350 price we

14   were being offered.

15       Q.    Was that based entirely, not entirely,

16   but was that valuation based on the Duff & Phelps

17   reports?

18       A.    I think I indicated based on input and

19   analysis from both our financial advisor and from

20   our legal counsel.

21       Q.    Did State Street adjust on its own any

22   of the numbers in terms of calculating anything

23   in terms of making calculations as to the value

24   of Grace stock?