# EXHIBIT R

20  of the alternatives thoroughly, and this is our best and most
21  appropriate response at this point.
22  Having said, that, before we answer questions, I'm going to
23  ask Dave Siegel if he would come up to the podium and give you
0008
    March 13, 2003
1   some idea of the reorganization plan process and what that means
2   to shareholders. And I think you're going to hear something
3   that you've heard consistently over a long period of time, about
4   the opportunity, or potential, for shareholders. //
5   DAVE SIEGEL: Good morning. The most likely result in an
6   asbestos-related bankruptcy is that the plan is going to include
7   something called the 524G Trust. And 524G is a provision of the
8   Bankruptcy Code that's directed superficially to asbestos.
9   Under 524G, 50 percent of the Company's stock has to be at risk.
10  And what that means is that the value has to be available to pay
11  asbestos liability in the future if it's needed. What's
12  happened in the other asbestos bankruptcies that have gone
13  through is that at least 50 percent of the stock has actually
14  just been owned by the trust. In fact, in most cases it's been
15  closer to 100 percent, or it has been 100 percent; shareholders
16  got nothing.
17  And example of a recent plan that we look to see what's
18  going on would be Armstrong World Industries. It's a
19  functioning business. It has a good business. In their case,
20  50 percent of the stock is going to the asbestos trust, and the
21  other 50 percent is going to their other creditors, the
22  bondholders, and their other unsecured creditors, and
23  shareholders are getting nothing or next to nothing.
0009
    March 13, 2003
1   Now, every one of these situation is different. Our
2   situation is different. Our stock currently reflects the
3   uncertainty. It's trading at a fraction of what the value would
4   be if it didn't have asbestos liability and we weren't in
5   bankruptcy. But the big question in trying to figure out what
6   the stock is worth is the one Paul mentioned before. It's how
7   big are our liabilities? And we're first now starting on the
8   process of figuring out how big those liabilities are and
9   challenging them as part of the bankruptcy process. If we're
10  very successful and we get the liabilities down to where we
11  think they are, there could be value for shareholders that would
12  be substantial. If we're not that successful, the shares could
13  be worth again, nothing, or next to nothing.
14  At this point it's very, very speculative because we
15  probably have a better view of what our liabilities are than
16  anybody in the world, and we don't know where this is going to
17  come out. So when outside investors make this call and they try
18  to figure it out, they're guessing, and essentially gambling.
19  And that makes it a very speculative investment, and
20  unfortunately the stock price at this point doesn't really
21  reflect our effort in running the businesses and how well we do.
22  So until we get to the point where we have a process for
23  evaluating the liabilities, we put some definition around that,
0010
    March 13, 2003
1   we use that to negotiate a plan that our creditors will vote on

**GRA-B2 006089**

**CONFIDENTIAL**          **112236**