# EXHIBIT S

```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


- - - - - - - - - - - - - - - - -+
                                  |
KERI EVANS,                       |
                                  |
          Plaintiff,              |
                                  |
   vs.                            |
                                  |
JOHN F. AKERS, et al,             |
                                  |
          Defendants.             |
                                  |
- - - - - - - - - - - - - - - - -+  Consolidated Case
                                  |  No. 04-11380-WGY
LAWRENCE W. BUNCH, et al,         |
                                  |
          Plaintiffs,             |
                                  |
   vs.                            |
                                  |
W.R. GRACE & CO., et al,          |
                                  |
          Defendants.             |
- - - - - - - - - - - - - - - - -x
```

Deposition of Christopher M. James, Ph.D.

Washington, D.C.

July 23rd, 2007

9:30 a.m.

Job No. 1-107695

Pages 1 - 174

Reported by: Laurie Bangart-Smith

1 assessment that investors placed on the likelihood of
2 various outcomes.
3    Q    The future prospects of W.R. Grace, economic
4 prospects, were reflected in the price at which it
5 traded in the efficient market during the review
6 period; yes or no?
7    A    Its economic prospects?
8    Q    Yes.
9    A    Of the overall company?
10    Q    Yes.
11    A    Yes, I think its prospects were reflected in
12 the market price in which it sold.
13    Q    You also indicate in your report that you
14 studied the various State Street funds that were
15 called its "managed funds."  I'm sorry.  Let me
16 withdraw the question.  You also indicated in your
17 report that you had studied the managed funds of State
18 Street's that held Grace stock.  Do you recall that
19 part of your opinion generally?
20    A    Yes.  I examined for those funds that
21 held -- the State Street funds that held W.R. Grace
22 stock.
23    Q    And you reviewed -- you categorized the
24 State Street funds into a number of -- you categorized
25 the various State Street funds that you looked at into