# EXHIBIT T

# GRACE STOCK PRICES
## April 15, 2003-April 30. 2004

http://finance.yahoo.com/q/hp?s=GRA&a=03&b=15&c=2003&d=03&e=30&f=2004&g=d

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 4/30/2004 | 2.8 | 2.88 | 2.7 | 2.86 | 250100 | 2.86 |
| 4/29/2004 | 2.87 | 2.88 | 2.75 | 2.76 | 169000 | 2.76 |
| 4/28/2004 | 2.82 | 2.88 | 2.8 | 2.83 | 320000 | 2.83 |
| 4/27/2004 | 2.89 | 2.96 | 2.82 | 2.9 | 194400 | 2.9 |
| 4/26/2004 | 2.85 | 2.92 | 2.8 | 2.86 | 343100 | 2.86 |
| 4/23/2004 | 2.95 | 2.97 | 2.81 | 2.88 | 176900 | 2.88 |
| 4/22/2004 | 2.95 | 3 | 2.8 | 2.88 | 435700 | 2.88 |
| 4/21/2004 | 2.98 | 3.05 | 2.91 | 2.93 | 408600 | 2.93 |
| 4/20/2004 | 3.05 | 3.2 | 2.95 | 2.95 | 507000 | 2.95 |
| 4/19/2004 | 3.1 | 3.14 | 3 | 3.03 | 442100 | 3.03 |
| 4/16/2004 | 3.06 | 3.14 | 3.05 | 3.09 | 437000 | 3.09 |
| 4/15/2004 | 3 | 3.08 | 2.97 | 3.03 | 386600 | 3.03 |
| 4/14/2004 | 2.76 | 3 | 2.75 | 3 | 426500 | 3 |
| 4/13/2004 | 2.99 | 3 | 2.74 | 2.78 | 721400 | 2.78 |
| 4/12/2004 | 2.9 | 3.5 | 2.85 | 2.96 | 7963300 | 2.96 |
| 4/8/2004 | 3 | 3.07 | 2.91 | 2.92 | 175100 | 2.92 |
| 4/7/2004 | 3.02 | 3.09 | 2.9 | 2.99 | 209900 | 2.99 |
| 4/6/2004 | 3.18 | 3.21 | 3.02 | 3.02 | 157400 | 3.02 |
| 4/5/2004 | 3.15 | 3.25 | 3.08 | 3.15 | 289100 | 3.15 |
| 4/2/2004 | 3.28 | 3.3 | 3.14 | 3.2 | 291800 | 3.2 |
| 4/1/2004 | 3.08 | 3.3 | 3.05 | 3.24 | 734400 | 3.24 |
| 3/31/2004 | 2.95 | 3.12 | 2.95 | 3.12 | 480400 | 3.12 |
| 3/30/2004 | 3.1 | 3.11 | 2.9 | 3.01 | 434900 | 3.01 |
| 3/29/2004 | 2.83 | 3.13 | 2.83 | 3.09 | 839000 | 3.09 |
| 3/26/2004 | 2.93 | 2.93 | 2.75 | 2.91 | 274100 | 2.91 |
| 3/25/2004 | 2.57 | 2.94 | 2.57 | 2.87 | 537900 | 2.87 |
| 3/24/2004 | 2.58 | 2.66 | 2.5 | 2.57 | 75500 | 2.57 |
| 3/23/2004 | 2.61 | 2.7 | 2.58 | 2.58 | 106200 | 2.58 |
| 3/22/2004 | 2.7 | 2.7 | 2.51 | 2.55 | 167200 | 2.55 |
| 3/19/2004 | 2.74 | 2.76 | 2.64 | 2.67 | 144400 | 2.67 |
| 3/18/2004 | 2.81 | 2.81 | 2.71 | 2.74 | 96200 | 2.74 |
| 3/17/2004 | 2.77 | 2.81 | 2.68 | 2.71 | 132100 | 2.71 |
| 3/16/2004 | 2.8 | 2.86 | 2.55 | 2.68 | 203200 | 2.68 |
| 3/15/2004 | 2.85 | 2.85 | 2.67 | 2.7 | 238100 | 2.7 |
| 3/12/2004 | 2.75 | 2.95 | 2.7 | 2.9 | 209400 | 2.9 |
| 3/11/2004 | 2.8 | 2.97 | 2.71 | 2.75 | 187400 | 2.75 |
| 3/10/2004 | 2.9 | 3 | 2.8 | 2.8 | 183200 | 2.8 |
| 3/9/2004 | 2.9 | 3.02 | 2.9 | 2.9 | 160700 | 2.9 |
| 3/8/2004 | 2.9 | 3.04 | 2.9 | 2.91 | 179800 | 2.91 |
| 3/5/2004 | 3.07 | 3.15 | 2.91 | 3 | 333100 | 3 |
| 3/4/2004 | 3 | 3.07 | 2.95 | 3.07 | 349400 | 3.07 |
| 3/3/2004 | 2.9 | 3 | 2.85 | 2.98 | 249500 | 2.98 |

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 3/2/2004 | 2.91 | 3.02 | 2.9 | 2.92 | 469800 | 2.92 |
| 3/1/2004 | 2.7 | 2.91 | 2.7 | 2.91 | 436200 | 2.91 |
| 2/27/2004 | 2.85 | 2.91 | 2.05 | 2.85 | 3173000 | 2.85 |
| 2/26/2004 | 3.05 | 3.09 | 2.7 | 2.82 | 1719800 | 2.82 |
| 2/25/2004 | 3.06 | 3.2 | 3.03 | 3.05 | 272200 | 3.05 |
| 2/24/2004 | 3.15 | 3.19 | 3.05 | 3.07 | 370300 | 3.07 |
| 2/23/2004 | 3.4 | 3.45 | 3.15 | 3.15 | 454100 | 3.15 |
| 2/20/2004 | 3.45 | 3.48 | 3.3 | 3.4 | 199700 | 3.4 |
| 2/19/2004 | 3.54 | 3.59 | 3.3 | 3.4 | 152100 | 3.4 |
| 2/18/2004 | 3.5 | 3.63 | 3.5 | 3.53 | 288700 | 3.53 |
| 2/17/2004 | 3.45 | 3.55 | 3.4 | 3.51 | 209500 | 3.51 |
| 2/13/2004 | 3.86 | 3.86 | 3.4 | 3.4 | 422100 | 3.4 |
| 2/12/2004 | 3.44 | 3.55 | 3.41 | 3.5 | 260700 | 3.5 |
| 2/11/2004 | 3.39 | 3.47 | 3.35 | 3.46 | 250000 | 3.46 |
| 2/10/2004 | 3.29 | 3.37 | 3.29 | 3.35 | 204600 | 3.35 |
| 2/9/2004 | 3.16 | 3.29 | 3.16 | 3.25 | 137400 | 3.25 |
| 2/6/2004 | 3.1 | 3.29 | 3.09 | 3.26 | 229100 | 3.26 |
| 2/5/2004 | 3.2 | 3.2 | 3.06 | 3.15 | 255600 | 3.15 |
| 2/4/2004 | 3.08 | 3.15 | 3.05 | 3.12 | 298900 | 3.12 |
| 2/3/2004 | 3.06 | 3.18 | 3.05 | 3.12 | 151700 | 3.12 |
| 2/2/2004 | 3.25 | 3.25 | 3.1 | 3.11 | 527600 | 3.11 |
| 1/30/2004 | 3.09 | 3.21 | 3.07 | 3.12 | 339000 | 3.12 |
| 1/29/2004 | 3.5 | 3.64 | 3.08 | 3.1 | 892600 | 3.1 |
| 1/28/2004 | 3.25 | 3.48 | 3.22 | 3.48 | 452200 | 3.48 |
| 1/27/2004 | 3.29 | 3.3 | 3.21 | 3.21 | 261200 | 3.21 |
| 1/26/2004 | 3.3 | 3.34 | 3.2 | 3.29 | 209400 | 3.29 |
| 1/23/2004 | 3.3 | 3.33 | 3.24 | 3.3 | 195000 | 3.3 |
| 1/22/2004 | 3.2 | 3.35 | 3.2 | 3.28 | 357800 | 3.28 |
| 1/21/2004 | 3.37 | 3.37 | 3.2 | 3.2 | 220300 | 3.2 |
| 1/20/2004 | 3.45 | 3.47 | 3.19 | 3.38 | 487000 | 3.38 |
| 1/16/2004 | 3.5 | 3.55 | 3.31 | 3.35 | 467900 | 3.35 |
| 1/15/2004 | 3.52 | 3.65 | 3.45 | 3.55 | 232700 | 3.55 |
| 1/14/2004 | 3.68 | 3.7 | 3.51 | 3.62 | 388800 | 3.62 |
| 1/13/2004 | 3.71 | 3.71 | 3.35 | 3.64 | 471000 | 3.64 |
| 1/12/2004 | 3.55 | 3.72 | 3.5 | 3.7 | 762600 | 3.7 |
| 1/9/2004 | 3.35 | 3.59 | 3.1 | 3.45 | 919800 | 3.45 |
| 1/8/2004 | 3.18 | 3.47 | 3.18 | 3.43 | 784600 | 3.43 |
| 1/7/2004 | 3 | 3.19 | 2.97 | 3.16 | 288300 | 3.16 |
| 1/6/2004 | 3.1 | 3.2 | 2.88 | 3.06 | 483400 | 3.06 |
| 1/5/2004 | 2.88 | 3.18 | 2.87 | 3.1 | 1174300 | 3.1 |
| 1/2/2004 | 2.65 | 2.78 | 2.62 | 2.73 | 363200 | 2.73 |
| 12/31/2003 | 2.61 | 2.7 | 2.56 | 2.57 | 438900 | 2.57 |
| 12/30/2003 | 2.6 | 2.75 | 2.6 | 2.66 | 363400 | 2.66 |
| 12/29/2003 | 2.6 | 2.66 | 2.56 | 2.6 | 370100 | 2.6 |
| 12/26/2003 | 2.57 | 2.65 | 2.55 | 2.6 | 71500 | 2.6 |
| 12/24/2003 | 2.55 | 2.65 | 2.54 | 2.6 | 127800 | 2.6 |
| 12/23/2003 | 2.6 | 2.61 | 2.55 | 2.59 | 263600 | 2.59 |
| 12/22/2003 | 2.51 | 2.63 | 2.51 | 2.54 | 302400 | 2.54 |
| 12/19/2003 | 2.65 | 2.65 | 2.52 | 2.52 | 331100 | 2.52 |
| 12/18/2003 | 2.65 | 2.75 | 2.62 | 2.67 | 312800 | 2.67 |

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 12/17/2003 | 2.82 | 2.82 | 2.62 | 2.62 | 529200 | 2.62 |
| 12/16/2003 | 2.74 | 2.85 | 2.65 | 2.85 | 155200 | 2.85 |
| 12/15/2003 | 3.02 | 3.02 | 2.73 | 2.73 | 389100 | 2.73 |
| 12/12/2003 | 2.55 | 2.94 | 2.48 | 2.94 | 941800 | 2.94 |
| 12/11/2003 | 2.26 | 2.59 | 2.26 | 2.54 | 279400 | 2.54 |
| 12/10/2003 | 2.4 | 2.44 | 2.3 | 2.34 | 218600 | 2.34 |
| 12/9/2003 | 2.5 | 2.59 | 2.3 | 2.4 | 621400 | 2.4 |
| 12/8/2003 | 2.61 | 2.75 | 2.5 | 2.5 | 522400 | 2.5 |
| 12/5/2003 | 2.71 | 2.77 | 2.6 | 2.61 | 140600 | 2.61 |
| 12/4/2003 | 2.7 | 2.85 | 2.68 | 2.72 | 560900 | 2.72 |
| 12/3/2003 | 2.75 | 2.8 | 2.69 | 2.7 | 241000 | 2.7 |
| 12/2/2003 | 2.8 | 2.8 | 2.7 | 2.7 | 114000 | 2.7 |
| 12/1/2003 | 2.72 | 2.82 | 2.7 | 2.7 | 238000 | 2.7 |
| 11/28/2003 | 2.8 | 2.82 | 2.71 | 2.72 | 49600 | 2.72 |
| 11/26/2003 | 2.72 | 2.84 | 2.7 | 2.8 | 126900 | 2.8 |
| 11/25/2003 | 2.78 | 2.78 | 2.69 | 2.72 | 262700 | 2.72 |
| 11/24/2003 | 2.67 | 2.76 | 2.61 | 2.76 | 348600 | 2.76 |
| 11/21/2003 | 2.67 | 2.69 | 2.5 | 2.59 | 581200 | 2.59 |
| 11/20/2003 | 2.74 | 2.74 | 2.53 | 2.59 | 524800 | 2.59 |
| 11/19/2003 | 2.78 | 2.88 | 2.7 | 2.74 | 367100 | 2.74 |
| 11/18/2003 | 2.9 | 3.08 | 2.77 | 2.78 | 450400 | 2.78 |
| 11/17/2003 | 2.95 | 2.99 | 2.87 | 2.9 | 359100 | 2.9 |
| 11/14/2003 | 2.9 | 2.95 | 2.81 | 2.88 | 401600 | 2.88 |
| 11/13/2003 | 2.86 | 2.96 | 2.83 | 2.86 | 281500 | 2.86 |
| 11/12/2003 | 2.78 | 3 | 2.78 | 2.86 | 526800 | 2.86 |
| 11/11/2003 | 3 | 3 | 2.79 | 2.81 | 960700 | 2.81 |
| 11/10/2003 | 3.25 | 3.29 | 3.06 | 3.08 | 500500 | 3.08 |
| 11/7/2003 | 3.35 | 3.36 | 3.24 | 3.31 | 351300 | 3.31 |
| 11/6/2003 | 3.4 | 3.45 | 3.28 | 3.42 | 507700 | 3.42 |
| 11/5/2003 | 3.44 | 3.45 | 3.27 | 3.35 | 156800 | 3.35 |
| 11/4/2003 | 3.5 | 3.5 | 3.38 | 3.44 | 285500 | 3.44 |
| 11/3/2003 | 3.27 | 3.37 | 3.22 | 3.35 | 270500 | 3.35 |
| 10/31/2003 | 3.45 | 4.35 | 3.2 | 3.2 | 397300 | 3.2 |
| 10/30/2003 | 3.4 | 3.45 | 3.28 | 3.45 | 241300 | 3.45 |
| 10/29/2003 | 3.27 | 3.39 | 3.27 | 3.39 | 160900 | 3.39 |
| 10/28/2003 | 3.37 | 3.39 | 3.21 | 3.33 | 205300 | 3.33 |
| 10/27/2003 | 3.3 | 3.39 | 3.3 | 3.37 | 158400 | 3.37 |
| 10/24/2003 | 3.35 | 3.37 | 3.18 | 3.31 | 640000 | 3.31 |
| 10/23/2003 | 3.38 | 3.45 | 3.32 | 3.4 | 355700 | 3.4 |
| 10/22/2003 | 3.4 | 3.43 | 3.3 | 3.35 | 546200 | 3.35 |
| 10/21/2003 | 3.5 | 3.53 | 3.31 | 3.39 | 450600 | 3.39 |
| 10/20/2003 | 3.58 | 3.59 | 3.32 | 3.49 | 413800 | 3.49 |
| 10/17/2003 | 3.7 | 3.76 | 3.53 | 3.56 | 929400 | 3.56 |
| 10/16/2003 | 4.11 | 4.25 | 3.58 | 3.62 | 1769600 | 3.62 |
| 10/15/2003 | 3.53 | 3.84 | 3.25 | 3.84 | 2159900 | 3.84 |
| 10/14/2003 | 3.25 | 3.59 | 3.25 | 3.45 | 601900 | 3.45 |
| 10/13/2003 | 3.45 | 3.68 | 3.42 | 3.68 | 417300 | 3.68 |
| 10/10/2003 | 3.33 | 3.65 | 3.32 | 3.41 | 1031100 | 3.41 |
| 10/9/2003 | 3.25 | 3.5 | 3.2 | 3.27 | 479100 | 3.27 |
| 10/8/2003 | 3.55 | 3.55 | 3.18 | 3.22 | 712300 | 3.22 |

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 10/7/2003 | 3.27 | 3.55 | 3.25 | 3.55 | 262900 | 3.55 |
| 10/6/2003 | 3.3 | 3.36 | 3.21 | 3.27 | 237500 | 3.27 |
| 10/3/2003 | 3.4 | 3.58 | 3.31 | 3.34 | 381600 | 3.34 |
| 10/2/2003 | 3.3 | 3.54 | 3.25 | 3.41 | 599600 | 3.41 |
| 10/1/2003 | 3.15 | 3.25 | 3.11 | 3.21 | 240900 | 3.21 |
| 9/30/2003 | 3.18 | 3.2 | 3.06 | 3.1 | 216300 | 3.1 |
| 9/29/2003 | 3.2 | 3.24 | 3.1 | 3.23 | 395000 | 3.23 |
| 9/26/2003 | 3.3 | 3.33 | 3.15 | 3.15 | 273300 | 3.15 |
| 9/25/2003 | 3.31 | 3.5 | 3.25 | 3.25 | 219100 | 3.25 |
| 9/24/2003 | 3.5 | 3.6 | 3.38 | 3.42 | 496700 | 3.42 |
| 9/23/2003 | 3.3 | 3.5 | 3.26 | 3.5 | 506400 | 3.5 |
| 9/22/2003 | 3.4 | 3.5 | 3.21 | 3.27 | 835400 | 3.27 |
| 9/19/2003 | 3.57 | 3.7 | 3.54 | 3.54 | 342100 | 3.54 |
| 9/18/2003 | 3.8 | 3.84 | 3.58 | 3.59 | 445100 | 3.59 |
| 9/17/2003 | 3.71 | 3.89 | 3.6 | 3.77 | 648100 | 3.77 |
| 9/16/2003 | 3.75 | 4.1 | 3.54 | 3.79 | 1592900 | 3.79 |
| 9/15/2003 | 3.28 | 3.75 | 3.28 | 3.75 | 1005800 | 3.75 |
| 9/12/2003 | 3.1 | 3.29 | 3.05 | 3.25 | 768200 | 3.25 |
| 9/11/2003 | 3.24 | 3.24 | 2.96 | 3.08 | 565100 | 3.08 |
| 9/10/2003 | 3.2 | 3.21 | 3.1 | 3.18 | 713300 | 3.18 |
| 9/9/2003 | 3.37 | 3.37 | 3.1 | 3.15 | 219200 | 3.15 |
| 9/8/2003 | 3.32 | 3.4 | 3.26 | 3.37 | 458100 | 3.37 |
| 9/5/2003 | 3.48 | 3.48 | 3.31 | 3.35 | 208900 | 3.35 |
| 9/4/2003 | 3.46 | 3.53 | 3.32 | 3.45 | 209000 | 3.45 |
| 9/3/2003 | 3.48 | 3.5 | 3.39 | 3.46 | 278100 | 3.46 |
| 9/2/2003 | 3.4 | 3.45 | 3.3 | 3.44 | 244200 | 3.44 |
| 8/29/2003 | 3.35 | 3.54 | 3.35 | 3.37 | 169400 | 3.37 |
| 8/28/2003 | 3.42 | 3.7 | 3.25 | 3.35 | 545300 | 3.35 |
| 8/27/2003 | 3.25 | 3.45 | 3.18 | 3.45 | 628300 | 3.45 |
| 8/26/2003 | 3.13 | 3.25 | 3.12 | 3.25 | 166800 | 3.25 |
| 8/25/2003 | 3.08 | 3.16 | 3.08 | 3.13 | 53100 | 3.13 |
| 8/22/2003 | 3.35 | 3.35 | 3.1 | 3.1 | 243400 | 3.1 |
| 8/21/2003 | 3.18 | 3.35 | 3.18 | 3.33 | 270900 | 3.33 |
| 8/20/2003 | 3.17 | 3.24 | 3.03 | 3.17 | 197400 | 3.17 |
| 8/19/2003 | 3.01 | 3.18 | 3.01 | 3.17 | 234000 | 3.17 |
| 8/18/2003 | 3 | 3.18 | 2.97 | 3.08 | 193700 | 3.08 |
| 8/15/2003 | 2.95 | 2.98 | 2.91 | 2.91 | 39400 | 2.91 |
| 8/14/2003 | 3 | 3.02 | 2.91 | 2.92 | 85300 | 2.92 |
| 8/13/2003 | 3.1 | 3.24 | 2.98 | 3.01 | 312300 | 3.01 |
| 8/12/2003 | 2.97 | 3.08 | 2.91 | 3.08 | 234700 | 3.08 |
| 8/11/2003 | 2.7 | 3 | 2.66 | 2.91 | 177100 | 2.91 |
| 8/8/2003 | 2.8 | 2.8 | 2.7 | 2.71 | 234300 | 2.71 |
| 8/7/2003 | 2.84 | 2.95 | 2.73 | 2.75 | 192600 | 2.75 |
| 8/6/2003 | 3 | 3 | 2.77 | 2.86 | 357800 | 2.86 |
| 8/5/2003 | 3.19 | 3.2 | 2.97 | 2.97 | 334000 | 2.97 |
| 8/4/2003 | 3.1 | 3.1 | 2.9 | 2.99 | 312900 | 2.99 |
| 8/1/2003 | 3.15 | 3.23 | 3.01 | 3.02 | 301600 | 3.02 |
| 7/31/2003 | 3.37 | 3.59 | 3.05 | 3.13 | 923500 | 3.13 |
| 7/30/2003 | 2.93 | 3.35 | 2.93 | 3.27 | 1029500 | 3.27 |
| 7/29/2003 | 2.75 | 2.95 | 2.75 | 2.93 | 801000 | 2.93 |

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 7/28/2003 | 2.55 | 2.76 | 2.55 | 2.71 | 357100 | 2.71 |
| 7/25/2003 | 2.7 | 2.79 | 2.56 | 2.67 | 500500 | 2.67 |
| 7/24/2003 | 2.95 | 2.95 | 2.46 | 2.57 | 1377100 | 2.57 |
| 7/23/2003 | 3 | 3.08 | 2.91 | 2.94 | 351300 | 2.94 |
| 7/22/2003 | 2.93 | 3.05 | 2.84 | 3.04 | 607100 | 3.04 |
| 7/21/2003 | 3.1 | 3.15 | 2.69 | 2.83 | 1251800 | 2.83 |
| 7/18/2003 | 3.1 | 3.39 | 3.09 | 3.11 | 823800 | 3.11 |
| 7/17/2003 | 3.5 | 3.5 | 3.11 | 3.15 | 1049800 | 3.15 |
| 7/16/2003 | 3.87 | 3.87 | 3.48 | 3.58 | 850100 | 3.58 |
| 7/15/2003 | 3.5 | 3.94 | 3.5 | 3.88 | 1240200 | 3.88 |
| 7/14/2003 | 3.8 | 4.07 | 3.47 | 3.55 | 1421400 | 3.55 |
| 7/11/2003 | 4.59 | 4.8 | 3.7 | 3.7 | 3318000 | 3.7 |
| 7/10/2003 | 5.2 | 5.2 | 3.82 | 4.14 | 5696100 | 4.14 |
| 7/9/2003 | 5.52 | 5.55 | 4.81 | 5.15 | 2549200 | 5.15 |
| 7/8/2003 | 4.7 | 6 | 4.6 | 5.52 | 2860800 | 5.52 |
| 7/7/2003 | 3.95 | 4.8 | 3.94 | 4.8 | 1234600 | 4.8 |
| 7/3/2003 | 3.8 | 4.23 | 3.77 | 4 | 994600 | 4 |
| 7/2/2003 | 4.15 | 4.25 | 3.85 | 3.95 | 657800 | 3.95 |
| 7/1/2003 | 4.49 | 4.5 | 4.05 | 4.11 | 773000 | 4.11 |
| 6/30/2003 | 4.25 | 4.44 | 4.2 | 4.41 | 1630400 | 4.41 |
| 6/27/2003 | 4.5 | 4.5 | 4.06 | 4.26 | 1288600 | 4.26 |
| 6/26/2003 | 4 | 4.65 | 3.35 | 4.5 | 4085600 | 4.5 |
| 6/25/2003 | 3.68 | 4.25 | 3.53 | 3.95 | 2830200 | 3.95 |
| 6/24/2003 | 3.14 | 3.8 | 3 | 3.66 | 2844800 | 3.66 |
| 6/23/2003 | 3.2 | 3.25 | 2.98 | 3.15 | 387300 | 3.15 |
| 6/20/2003 | 3.36 | 3.4 | 3.19 | 3.26 | 303100 | 3.26 |
| 6/19/2003 | 3.23 | 3.38 | 3.14 | 3.35 | 542500 | 3.35 |
| 6/18/2003 | 3.28 | 3.29 | 3.05 | 3.25 | 210300 | 3.25 |
| 6/17/2003 | 3.25 | 3.35 | 3.25 | 3.29 | 372400 | 3.29 |
| 6/16/2003 | 2.93 | 3.23 | 2.93 | 3.23 | 490300 | 3.23 |
| 6/13/2003 | 2.98 | 3.07 | 2.88 | 2.93 | 213900 | 2.93 |
| 6/12/2003 | 3.15 | 3.15 | 2.96 | 2.99 | 411500 | 2.99 |
| 6/11/2003 | 3.05 | 3.1 | 2.96 | 2.96 | 288500 | 2.96 |
| 6/10/2003 | 3.13 | 3.13 | 3.03 | 3.12 | 187300 | 3.12 |
| 6/9/2003 | 3.25 | 3.3 | 3.07 | 3.11 | 246400 | 3.11 |
| 6/6/2003 | 3.47 | 3.47 | 3.18 | 3.25 | 360400 | 3.25 |
| 6/5/2003 | 3.25 | 3.5 | 3.22 | 3.37 | 428000 | 3.37 |
| 6/4/2003 | 3.5 | 3.55 | 3.22 | 3.28 | 354800 | 3.28 |
| 6/3/2003 | 3.18 | 3.58 | 3.09 | 3.51 | 488900 | 3.51 |
| 6/2/2003 | 3.26 | 3.28 | 3.14 | 3.18 | 455600 | 3.18 |
| 5/30/2003 | 3.25 | 3.27 | 3.11 | 3.26 | 334000 | 3.26 |
| 5/29/2003 | 3.12 | 3.27 | 3.12 | 3.25 | 340600 | 3.25 |
| 5/28/2003 | 3.24 | 3.28 | 3.09 | 3.13 | 277800 | 3.13 |
| 5/27/2003 | 3.08 | 3.24 | 2.85 | 3.07 | 1099500 | 3.07 |
| 5/23/2003 | 3.02 | 3.1 | 2.8 | 3.05 | 898800 | 3.05 |
| 5/22/2003 | 3.5 | 3.5 | 2.94 | 3.05 | 1553400 | 3.05 |
| 5/21/2003 | 3.1 | 3.9 | 3.1 | 3.27 | 3806400 | 3.27 |
| 5/20/2003 | 3.02 | 3.15 | 2.86 | 2.9 | 825000 | 2.9 |
| 5/19/2003 | 3.5 | 3.5 | 2.95 | 3.1 | 1199400 | 3.1 |
| 5/16/2003 | 3.7 | 4 | 3.25 | 3.33 | 880200 | 3.33 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 5/15/2003 | 3.76 | 4.1 | 3.65 | 3.8 | 934200 | 3.8 |
| 5/14/2003 | 3.55 | 3.88 | 3.55 | 3.8 | 899300 | 3.8 |
| 5/13/2003 | 3.4 | 3.7 | 3.37 | 3.57 | 713900 | 3.57 |
| 5/12/2003 | 3.1 | 3.43 | 3.06 | 3.42 | 880300 | 3.42 |
| 5/9/2003 | 3.04 | 3.28 | 3.03 | 3.2 | 576000 | 3.2 |
| 5/8/2003 | 3 | 3.15 | 2.94 | 3.04 | 668100 | 3.04 |
| 5/7/2003 | 2.8 | 3.25 | 2.8 | 3.12 | 1780800 | 3.12 |
| 5/6/2003 | 2.7 | 2.8 | 2.68 | 2.8 | 516300 | 2.8 |
| 5/5/2003 | 2.76 | 2.79 | 2.72 | 2.75 | 230100 | 2.75 |
| 5/2/2003 | 2.65 | 2.78 | 2.53 | 2.75 | 413000 | 2.75 |
| 5/1/2003 | 2.6 | 2.65 | 2.51 | 2.64 | 38200 | 2.64 |
| 4/30/2003 | 2.5 | 2.68 | 2.5 | 2.62 | 97200 | 2.62 |
| 4/29/2003 | 2.68 | 2.78 | 2.6 | 2.6 | 223000 | 2.6 |
| 4/28/2003 | 2.64 | 2.73 | 2.52 | 2.7 | 163600 | 2.7 |
| 4/25/2003 | 2.52 | 2.75 | 2.51 | 2.64 | 240000 | 2.64 |
| 4/24/2003 | 2.25 | 2.66 | 2.25 | 2.64 | 792600 | 2.64 |
| 4/23/2003 | 2.15 | 2.18 | 2.11 | 2.17 | 170400 | 2.17 |
| 4/22/2003 | 2.1 | 2.2 | 2.07 | 2.17 | 142000 | 2.17 |
| 4/21/2003 | 2.11 | 2.12 | 2.06 | 2.11 | 64500 | 2.11 |
| 4/17/2003 | 2.02 | 2.12 | 1.97 | 2.12 | 237500 | 2.12 |
| 4/16/2003 | 2.04 | 2.08 | 1.97 | 2.01 | 91200 | 2.01 |
| 4/15/2003 | 2.06 | 2.11 | 1.96 | 2.06 | 79400 | 2.06 |