# EXHIBIT V

# EXHIBIT V

# W.R. Grace & Co.
## Summary of U.S. Defined Contribution Assets
## For the Period Ending March 31, 2004

*All values stated in millions and U.S. dollars*

| Account Name | Market Value | Percent |
|---|---|---|
| Fidelity Blue Chip | $57.1 | 11.9% |
| Fidelity Contrafund | 40.6 | 8.4% |
| Fidelity Growth & Income | 26.1 | 5.4% |
| Fidelity Low Price Stock | 13.4 | 2.8% |
| Fidelity OTC Portfolio | 21.6 | 4.5% |
| Grace Stock Account | 20.5 | 4.3% |
| Fidelity Balanced | 29.0 | 6.0% |
| Fixed Income Fund | 243.8 | 50.7% |
| All other accounts | 29.2 | 6.1% |
| **Plan Total** | **$481.3** | **100.0%** |



Plan Stock to Fixed Income Asset Allocation: Fixed Income 55%, Stocks 45%

Plan Assets as of 3/31/2004: All other accounts 6%, Fidelity Blue Chip 12%, Fidelity Contrafund 8%, Fidelity Growth & Income 5%, Fidelity Low Price Stock 3%, Fidelity OTC Portfolio 4%, Grace Stock Account 4%, Fidelity Balanced 6%, Fixed Income Fund 52%

| Change Analysis | Q1 2004 | YTD 2004 |
|---|---|---|
| Beginning Balance | $469.8 | $469.8 |
| Participant Contributions | 5.9 | 5.9 |
| Company Contributions | 3.4 | 3.4 |
| Rollover Contributions | 0.2 | 0.2 |
| Net Exchange In/Out | (0.1) | (0.1) |
| Net Loans/Loan Repayments | (0.0) | (0.0) |
| Withdrawals | (9.9) | (9.9) |
| Fees/Expenses | (0.1) | (0.1) |
| Dividends/Interest | 3.1 | 3.1 |
| Change in Market Value | 9.0 | 9.0 |
| **Ending Balance** | **$481.3** | **$481.3** |

GR005754

### W.R. Grace & Co.
### Summary of U.S. Defined Contribution Plan Performance by Account
### For the Period Ending March 31, 2004

*(all values stated in millions and in U.S. dollars)*

| Account Name | Asset Value | Current Quarter | Fiscal YTD | Rolling 12 mos | 3 Year Avg Annual Return | 5 Year Avg Annual Return |
|---|---|---|---|---|---|---|
| **Equity Accounts** | | | | | | |
| **Domestic Equity Accounts:** | | | | | | |
| Fidelity Equity-Income Fund | $2.9 | 1.75% | 1.75% | 41.13% | 3.44% | 3.40% |
| Russell 3000 Value | | 3.33% | 3.33% | 42.45% | 5.14% | 4.73% |
| Fidelity Contrafund | 40.6 | 3.75% | 3.75% | 35.67% | 6.49% | 2.92% |
| S&P 500 | | 1.69% | 1.69% | 35.12% | 0.63% | -1.20% |
| Fidelity Growth & Income | 26.1 | 1.34% | 1.34% | 23.40% | 0.18% | -1.00% |
| S&P 500 | | 1.69% | 1.69% | 35.12% | 0.63% | -1.20% |
| Invesco Core Equity Fund | 0.5 | -0.50% | -0.50% | 27.89% | -1.48% | -0.10% |
| S&P 500 | | 1.69% | 1.69% | 35.12% | 0.63% | -1.20% |
| Spartan Total Market Index Fund | 0.8 | 2.54% | 2.54% | 39.04% | 2.65% | 0.03% |
| Wilshire 5000 Total Market | | 2.60% | 2.60% | 39.37% | 2.78% | 0.19% |
| Spartan U.S. Equity Index Fund | 2.3 | 1.64% | 1.64% | 34.93% | 0.47% | -1.35% |
| S&P 500 | | 1.69% | 1.69% | 35.12% | 0.63% | -1.20% |
| Spartan Extended Market Index Fund | 0.9 | 5.71% | 5.71% | 56.42% | 10.27% | 4.85% |
| Wilshire 4500 Completion | | 5.84% | 5.84% | 57.28% | 10.51% | 5.35% |
| Fidelity Low-Priced Stock Fund | 13.4 | 5.86% | 5.86% | 58.69% | 19.47% | 18.95% |
| Russell 2000 | | 6.26% | 6.26% | 63.83% | 10.90% | 9.66% |
| Russell 2000 Value | | 6.92% | 6.92% | 64.49% | 16.02% | 16.14% |
| Fidelity Blue Chip Growth Fund | 57.1 | 0.98% | 0.98% | 28.36% | -1.96% | -3.75% |
| Russell 1000 | | 1.90% | 1.90% | 36.37% | 1.26% | -0.56% |
| S&P 500 | | 1.69% | 1.69% | 35.12% | 0.63% | -1.20% |
| Fidelity OTC Portfolio | 21.6 | 1.66% | 1.66% | 43.96% | 3.78% | -1.55% |
| NASDAQ | | -0.35% | -0.35% | 49.38% | 3.13% | -3.80% |
| Franklin Small-Mid Cap Growth Fund | 2.5 | 2.25% | 2.25% | 44.26% | 1.25% | 6.58% |
| Russell 2500 Growth | | 4.83% | 4.83% | 49.63% | 5.00% | 2.29% |
| JP Morgan Institutional U.S. Small Co. Fund | 1.0 | 3.75% | 3.75% | 58.67% | 7.78% | 7.66% |
| Russell 2000 Growth | | 5.58% | 5.58% | 63.16% | 5.40% | 2.31% |
| **International Equity Accounts:** | | | | | | |
| American Century Int'l Growth Fund | 1.1 | 4.79% | 4.79% | 44.52% | -2.04% | 1.40% |
| MSCI EAFE (net MA tax) | | 4.36% | 4.36% | 57.93% | 3.68% | 0.74% |
| Fidelity Diversified Int'l Fund | 3.9 | 6.72% | 6.72% | 61.25% | 10.73% | 9.86% |
| MSCI EAFE (net MA tax) | | 4.36% | 4.36% | 57.93% | 3.68% | 0.74% |
| Fidelity Europe Fund | 1.5 | 5.56% | 5.56% | 74.51% | 4.12% | 1.43% |
| MSCI Europe (net MA tax) | | 0.91% | 0.91% | 54.42% | 2.94% | 0.07% |
| Spartan Int'l Index Fund | 0.8 | 4.44% | 4.44% | 56.61% | 3.35% | 0.50% |
| MSCI EAFE (net MA tax) | | 4.36% | 4.36% | 57.93% | 3.68% | 0.74% |
| Templeton Foreign Fund - Class A | 1.1 | 4.04% | 4.04% | 49.66% | 7.49% | 7.60% |
| MSCI EAFE (net MA tax) | | 4.36% | 4.36% | 57.93% | 3.68% | 0.74% |

# W.R. Grace & Co.
## Summary of U.S. Defined Contribution Plan Performance by Account
## For the Period Ending March 31, 2004

*(all values stated in millions and in U.S. dollars)*

| Account Name | Asset Value | Current Quarter | Fiscal YTD | Rolling 12 mos. | 3 Year Avg Annual Return | 5 Year Avg Annual Return |
|---|---|---|---|---|---|---|
| **Company Stock Account:** | | | | | | |
| Grace Stock | 20.5 | 21.40% | 21.40% | 110.81% | 10.70% | -23.69% |
| **Balanced/Hybrid Accounts** | | | | | | |
| Fidelity Balanced Fund | 29.0 | 3.34% | 3.34% | 35.06% | 8.20% | 6.19% |
| *Fidelity Balanced Hybrid Comp* | | *2.74%* | *2.74%* | *25.43%* | *5.53%* | *4.77%* |
| **Fixed Income Accounts** | | | | | | |
| **Bond Accounts:** | | | | | | |
| Fidelity Investment Grade Bond Fund | 1.6 | 2.59% | 2.59% | 5.54% | 7.38% | 7.02% |
| *Lehman Brother Aggregate Bond Index* | | *2.66%* | *2.66%* | *5.41%* | *7.44%* | *7.29%* |
| Fidelity U.S. Bond Index Fund | 1.8 | 2.69% | 2.69% | 6.01% | 7.66% | 7.31% |
| *Lehman Brother Aggregate Bond Index* | | *2.66%* | *2.66%* | *5.41%* | *7.44%* | *7.29%* |
| PIMCO Total Return Fund - Adm. Class | 2.2 | 2.63% | 2.63% | 5.93% | 8.07% | 7.71% |
| *Lehman Brother Aggregate Bond Index* | | *2.66%* | *2.66%* | *5.41%* | *7.44%* | *7.29%* |
| **Stable Value Accounts:** | | | | | | |
| Fixed Income Fund | 243.8 | 1.18% | 1.18% | 5.05% | 5.78% | 6.15% |
| *5-year U.S. Treasury Rolling Average* | | *1.10%* | *1.10%* | *4.60%* | *5.09%* | *5.40%* |
| **Lifecycle Accounts** | | | | | | |
| Fidelity Freedom Income Fund | 0.7 | 1.53% | 1.53% | 8.87% | 4.07% | 4.56% |
| *Fidelity Freedom Income Composite* | | *1.68%* | *1.68%* | *9.78%* | *4.59%* | *4.60%* |
| Fidelity Freedom 2000 Fund | 0.1 | 1.61% | 1.61% | 10.97% | 4.00% | 4.43% |
| *Fidelity Freedom 2000 Composite* | | *1.84%* | *1.84%* | *11.05%* | *4.44%* | *4.16%* |
| Fidelity Freedom 2010 Fund | 1.4 | 2.23% | 2.23% | 20.15% | 4.50% | 4.33% |
| *Fidelity Freedom 2010 Composite* | | *2.48%* | *2.48%* | *20.79%* | *5.11%* | *3.83%* |
| Fidelity Freedom 2020 Fund | 1.3 | 2.46% | 2.46% | 29.68% | 3.70% | 3.19% |
| *Fidelity Freedom 2020 Composite* | | *2.77%* | *2.77%* | *31.05%* | *4.54%* | *2.45%* |
| Fidelity Freedom 2030 Fund | 0.6 | 2.47% | 2.47% | 34.22% | 2.90% | 2.27% |
| *Fidelity Freedom 2030 Composite* | | *2.80%* | *2.80%* | *36.15%* | *3.88%* | *1.46%* |
| Fidelity Freedom 2040 Fund | 0.2 | 2.51% | 2.51% | 37.75% | 2.38% | n/a |
| *Fidelity Freedom 2040 Composite* | | *2.83%* | *2.83%* | *40.03%* | *3.54%* | *n/a* |
| **U.S. Defined Contribution Plan Asset Total** | **$481.3** | **2.60%** | **2.60%** | | | |

GR005756