# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| LAWRENCE W. BUNCH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Consolidated Under
Case No. 04-11380-WGY

## DECLARATION OF ERIC ELLER IN SUPPORT OF STATE STREET'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Eric Eller, am a corporate paralegal at W. R. Grace & Co. ("Grace"). I am over the age of 18 and have personal knowledge of the matters stated herein. I am giving this affidavit in connection with State Street's Opposition to the Bunch Plaintiffs' Motion for Summary Judgment. I hereby declare as follows:

1. Exhibit D to the Bunch Plaintiffs' Motion for Summary Judgment, which is attached to this Declaration, is a true and accurate copy of a letter from Paul Norris to Grace Colleagues ("Letter") that is posted on the main page of the "Financial Reorganization Employee Site" on the Grace intranet.

2. The Letter was initially posted to the Grace intranet on or before April 9, 2001, and has remained posted on the Grace intranet since that time.

3. The phrase "Go to the News link on the left for the latest update – May 5, 2004," located in the upper right side of the Letter, refers intranet users to Grace's latest posting of reorganization update information, which can be accessed by clicking on the "News" link from the "Financial Reorganization Employee Site" intranet page.

4. The reorganization update information posted on the "News" link of the "Financial Reorganization Employee Site" was updated periodically between April 3, 2001 and May 5, 2004. The "May 5, 2004" date on the Letter refers to the last posting of reorganization update information on the "News" link.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Eric Eller

Executed on August 28, 2007

2