# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>           Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, *et al.*<br><br>           Defendants.<br><br>LAWRENCE W. BUNCH, *et al.*<br><br>           Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO., *et al.*<br><br>           Defendants. | Consolidated as:<br>Case No. 04-11380-WGY |

### DECLARATION OF SCOTT M. FLICKER, ESQ. IN SUPPORT OF STATE STREET BANK AND TRUST COMPANY'S OPPOSITION TO MOTION OF THE BUNCH PLAINTIFFS' FOR SUMMARY JUDGMENT

I, SCOTT M. FLICKER, ESQ., hereby affirm the following under penalty of perjury:

1.    I am over the age of eighteen years and recognize the obligations of an oath.

2.    I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for State Street Bank and Trust Company ("State Street") in the above-entitled action. I have been admitted to practice in this District *pro hac vice*.

3. This Declaration is submitted in connection with State Street's Opposition to the Motion of the Bunch Plaintiffs for Summary Judgment. I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Transcript of the Deposition of Christopher M. James, PhD., taken on July 23, 2007.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Transcript of the Deposition of David Mueller, taken on May 5, 2007.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Transcript of the Deposition of Robert M. Tarola, taken on May 10, 2007.

7. Attached hereto as Exhibit 4 is a true and correct copy of the W. R. Grace & Co. Form 10-Q, Filed May 15, 2001 (for the period ending March 31, 2001).

8. Attached hereto as Exhibit 5 is a true and correct copy of the W. R. Grace & Co. Form 10-Q, Filed November 10, 2003 (for the period ending Sept. 30, 2003).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August, 2007, in Washington, D.C.

Scott M. Flicker