# EXHIBIT 2 TO FLICKER DECLARATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

KERI EVANS, et al.,          :
                             :
        Plaintiffs,          :
                             :
    vs.                      :
                             :
JOHN F. AKERS, et al.,       :
                             :
        Defendants.          :
                             : CONSOLIDATED
---                            UNDER CASE NO.
                             : 04-11380-WGY
LAWRENCE W. BUNCH, et al.,   :
                             :
        Plaintiffs,          :
                             :
    vs.                      :
                             :
W.R. GRACE & CO., et al.,    :
                             :
        Defendants.          :
                             :
---

Deposition of:  DAVID MUELLER

Taken:          By the Defendants
                Pursuant to Agreement

Date:           May 2, 2007

Time:           Commencing at 1:39 p.m.

Place:          Frost Brown Todd, LLC
                Suite 2200 PNC Center
                201 East Fifth Street
                Cincinnati, Ohio  45202

Before:         Linda S. Mullen, RMR, CRR
                Notary Public - State of Ohio

```
1   OTC Portfolio, is that right?
2       A.   Yes, I just -- when I bought the shares, I
3   left my other elections the same, so that's why that
4   they increased as well.
5       Q.   Okay.  And at any time in 2002, did you
6   consider transferring money out of the Grace common
7   stock fund into other investments at all?
8       A.   No.
9       Q.   If you can go to the next statement, which
10  is the 2003 statement.
11      A.   Okay.
12      Q.   It looks there like the new Grace common
13  stock was moved into the new fund that was created
14  called the Grace stock fund?
15      A.   Correct.
16      Q.   Do you have an understanding why that
17  change was made or did you make that change?
18      A.   No, it was done -- we had a -- to my
19  knowledge, we had a unit -- units -- our shares were
20  based on units and this went to a one to one.
21      Q.   Was that an automatic transfer that was
22  done for you --
23      A.   Yes.
24      Q.   -- when they changed from a unitized fund
25  to a regular stock fund?
```

1  A.  Yes.
2  Q.  I see in 2003 you still have your other
3  Blue Chip, Contrafund and OTC --
4  A.  Uh-huh.
5  Q.  -- funds as well?  So did you make any
6  changes in your investment elections, then, in 2003
7  at all?
8  A.  No.
9  Q.  Okay.
10 A.  I didn't make any changes in the
11 elections.
12 Q.  Okay.  Did you -- and the price of the
13 Grace stock has been roughly the same now, I notice,
14 for the last three statements, is that right?
15 A.  Yeah, pretty much, yeah.  I'm sure it
16 fluctuated here and there, but --
17 Q.  If it had gone up significantly in value,
18 might you have sold it?
19 A.  No.
20 Q.  Why not?
21 A.  What's that?
22 Q.  Why not?
23 A.  I -- it was -- to me it was an investment
24 for my future, and I wanted to look at how they were
25 going to come out of bankruptcy.

1  Q.  The next statement is the 2004 statement,
2  That shows the sale of your Grace stock and it went
3  into the fixed income fund, is that right?
4  A.  Uh-huh.
5  Q.  Or did it get apportioned to your other
6  investment options as well?
7  A.  It went into fixed income. And at that
8  point in time, I went and put it into the other
9  investment -- my other elections.
10  Q.  Okay. Since that time, 2004, have you
11  made any other changes to the investment elections in
12  your 401(k) plan?
13  A.  No.
14  Q.  None? Did you ever attend an annual
15  meeting of Grace shareholders?
16  A.  No, but I received some rights in the mail
17  to vote.
18  Q.  Did you vote your shares?
19  A.  No.
20  Q.  Why not?
21  A.  I was young, I just didn't really think
22  about it.
23  Q.  You didn't care?
24  A.  Not that I didn't care, but I mean it --
25  it didn't really -- I don't know how to put it.  I

1  back?
2      A.   Because I knew once they filed bankruptcy
3  it was going to go down so I could get more shares
4  for a better price.  As long as you buy under what
5  you sell for, you're going to make money.
6      Q.   Okay.  Do you recall how much it was a
7  share when you sold it?
8      A.   No, not offhand.
9      Q.   And then this says that you bought it on
10 April 9th, is that correct?
11     A.   Yeah, we filed April 2nd, so I bought it
12 April 9th.
13     Q.   Okay.  When had you sold your other
14 shares, do you remember what that date was?
15     A.   Right before bankruptcy, it was before
16 April 2nd.
17     Q.   Okay.
18     A.   Maybe March 31st, I'm not sure.
19     Q.   At some point you transferred your first
20 Union Account over to Ameritrade?
21     A.   Yes, ma'am, I believe I did that in March.
22     Q.   Of?
23     A.   It may have been later then, I'm not
24 positive.  But I did, yes.
25     Q.   Of 2002?

1   A.   Correct.
2   Q.   Okay.  Why did you make the switch from
3  First Union to Ameritrade?
4   A.   Because it was costing me money every time
5  I would buy and sell stock.  If I was going to hold a
6  stock, I figured why give it to -- why give money to
7  someone else when I can do it myself.  I was trying
8  to make my own decisions.
9   Q.   Okay.  And you continued to hold your
10 Grace stock, then, and in fact purchased more Grace
11 stock in 2003, is that right?
12  A.   Yes.
13  Q.   During that time period between when you
14 bought -- basically re-bought your Grace stock in
15 April of 2001 and 2003, did you ever sell Grace stock
16 again or you just held it at that time?
17  A.   I just held it.
18  Q.   Okay.  Then you purchased more in 2003, is
19 that right?
20  A.   Yes, ma'am.
21  Q.   Let's look at this document.
22       (Defendants' Exhibit 25 was marked for
23       identification.)
24  Q.   I'm showing you now what's been marked as
25 Defendants' Exhibit 25.  Do you recognize this

```
 1  document?
 2      A.   Yeah, I'm sure I've seen it at one time.
 3      Q.   This is PLF.DM 42 through 45, this is a
 4  statement of your Ameritrade account, is that right?
 5      A.   Yes; it looks like it.  Okay, yeah.
 6      Q.   Help me out here.  Where does this show --
 7  okay, help me read this here.  This shows -- all
 8  right.  Are you holding 4,950 shares of Grace or is
 9  that how much you purchased at this time?
10      A.   Okay.  Do you want me to break it down for
11  you?
12      Q.   Please.
13      A.   I had 1,925 shares that I purchased
14  prior --
15      Q.   Right.
16      A.   -- which you saw before.
17      Q.   I saw, right.
18      A.   Okay.  Purchased 3,000 more.  If you
19  looked at my 401(k) statement, I have a loan from my
20  401(k).
21      Q.   Okay.
22      A.   When they halted us from buying Grace
23  stock --
24      Q.   Okay.
25      A.   -- I borrowed money and bought Grace stock
```

```
 1   outside of my plan.
 2        Q.   Okay.
 3        A.   Which I increased my share.
 4        Q.   Okay.  So that's how we get to the 4,950
 5   shares of Grace stock --
 6        A.   Yes, correct.
 7        Q.   -- in 2003?  Now, the next activity I see
 8   is August 2004, do you have that one?
 9             (Defendants' Exhibit 26 was marked for
10             identification.)
11        Q.   This is Exhibit 26, which is PLF.DM63
12   through 65, another Ameritrade statement ending
13   August 27th, 2004.  Do you recognize this document?
14        A.   Yes, ma'am.
15        Q.   Does this show that you sold 1,950 shares
16   of Grace stock on August 18th, 2004?
17        A.   Unfortunately, yes.
18        Q.   Why do you say "unfortunately"?
19        A.   Due to legal matters.  And the stock that
20   I purchased, if you look up above the W.R. Grace,
21   you'll see CNKM Diamonds for 24 main shares.
22        Q.   Right.
23        A.   It's under legal matters as of right now
24   but It's still a prospective company.
25        Q.   Okay.  So you sold your Grace stock to buy
```

```
 1   the CMKM stock, is that right?
 2        A.   At the time I was buying a little on
 3   margin and I had to cover, yes, and I had to.
 4        Q.   Okay.  So do I understand that you thought
 5   CMKM stock was --
 6        A.   It was --
 7        Q.   -- a better --
 8        A.   Not better.
 9        Q.   -- buy for you than Grace?
10        A.   Not better.  But at the time I was under
11   the impression that this company was going to boom,
12   it was going to skyrocket.  And when I bought in, I
13   bought it -- or bought in high.
14        Q.   Is it fair to say, obviously since you
15   sold your Grace stock in August of 2004, that you
16   didn't think selling the Grace stock at that time
17   period was an unreasonable decision, is that right?
18             MS. WALKER:  Objection, I think he's
19        stated the parameters of the decision.  Go
20        ahead.
21        A.   I had no other choice.  That was the only
22   thing worth the money to cover.
23        Q.   Well, you did have a choice, you could
24   have stayed invested in Grace stock if you wanted to,
25   right?
```