# EXHIBIT A

**ORIGINAL** 1

**CONFIDENTIAL TESTIMONY, PAGE 46**

                                  Volume:   1
                                  Pages:    1 - 195
                                  Exhibits: See Index

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

                                  Case No. 04-11380-WGY
                                  Judge William G. Young

------------------------------------
                                              )
LAWRENCE W. BUNCH, et al.,                    )
                    Plaintiffs,               )
          v.                                  )
                                              )
W.R. Grace & CO., et al.,                     )
                    Defendants.               )
                                              )
------------------------------------

DEPOSITION OF **KELLY Q. DRISCOLL**, a Witness called on behalf of the Plaintiffs, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Maureen Nashawaty, a Notary Public within and for the Commonwealth of Mass., held at State Street Financial Center, One Lincoln Street, Boston, MA, on Fri., June 1, 2007, commencing at 9:15 a.m.

*COPLEY COURT REPORTING, Inc.*
58 Batterymarch Street
Boston, Massachusetts 02110
(617) 423-5841

**DISK ENCLOSED**

1        A.    Yes.

2        Q.    Okay, what was your role?

3        A.    I was head of the fiduciary group at
4    the time that we made those decisions, and I was
5    also on the committee.

6        Q.    That would have been the independent
7    fiduciary committee?

8        A.    That's correct.

9        Q.    Now, I have observed that State Street
10   has been sued in several different occasions and
11   some of the ones that you haven't mentioned here,
12   and so let me ask you if you provided a
13   deposition in litigation involving General
14   Motors?

15       A.    No.

16       Q.    Federal Mogul?

17       A.    No.

18       Q.    Polaroid?

19       A.    I don't think Polaroid.

20       Q.    Does that refresh your memory as to
21   whether you testified, you indicated you have
22   given five or six depositions and you have
23   identified three?

24       A.    Yes, right, plus the expert witness.

1   A.   It is generally our responsibility as a
2   Director Trustee to determine if the directions
3   that we are receiving are proper or if ERISA
4   would otherwise require us not to follow those
5   directions.
6   Q.   And in the event that you determine
7   that ERISA requires you not to follow the
8   directions, what steps does State Street take?
9          MR. FLICKER:   Objection.
10  A.   It really depends on the situation.
11  Q.   Is the analysis that State Street
12  employs in connection with determining whether
13  retention of company stock is consistent with
14  ERISA as a Director Trustee similar, the same as
15  the analysis that State Street performs when it
16  is serving as an Investment Manager for a company
17  stock plan?
18         MR. FLICKER:   If I could ask a
19  clarifying question, if you don't mind.
20         When you say analysis, do you mean the
21  procedural steps taken?
22         MR. GOODMAN:   Yes.
23  A.   I would say the process in overseeing
24  the investments from an investment perspective

1  are the same whether we serve as an Investment
2  Manager, Director Trustee or independent
3  fiduciary. So the procedures we follow in
4  monitoring those investments are the same.
5      Q.   If the conclusions are the same, in
6  other words, if the conclusion is the same in
7  each instance that retention of company stock is
8  inconsistent with ERISA, does State Street take
9  the same actions whether it is a Director Trustee
10 or whether it is an Investment Manager?
11           MR. FLICKER:  Objection that is an
12 incomplete hypothetical.  It calls for
13 speculation.
14     A.   Again, it is very fact specific.  It
15 depends upon each situation.
16     Q.   And as a Director Trustee, does
17 State Street have the authority to override the
18 directions of the entity that hired -- let me
19 rephrase the question.
20           As a Director Trustee, does
21 State Street have the authority to override plan
22 documents and to override the directions of the
23 trustee in connection with the company stock
24 plan?