# EXHIBIT E

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

KERI EVANS, et al.,

    Plaintiffs,

vs.

JOHN F. AKERS, et al.,

    Defendants.

---

LAWRENCE W. BUNCH, et al.,

    Plaintiffs,

vs.

W.R. GRACE & CO., et al.,

    Defendants.

---

CONSOLIDATED UNDER CASE NO. 04-11380-WGY

|  |  |
|---|---|
| Deposition of: | JOHN J. MULLIGAN, JR. |
| Taken: | By the Defendants Pursuant to Agreement |
| Date: | July 11, 2007 |
| Time: | Commencing at 9:07 a.m. |
| Place: | Waite, Schneider, Bayless & Chesley Co., LPA<br>Suite 1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, Ohio 45202 |
| Before: | Linda S. Mullen, RMR, CRR<br>Notary Public - State of Ohio |

COPY

```
 1   know your investor's profile, I believe, before you
 2   can make decisions on their behalf.
 3        Q.    And of the 60 percent of the participants
 4   that elected to have holdings in Grace stock, what
 5   was the average percentage of their individual
 6   account holdings that consisted of Grace stock?
 7        A.    Okay.  Their average percentage for
 8   holdings would be approximately 7 percent.
 9        Q.    Were there any participants who had 100
10   percent of their 401(k) account in the --
11        A.    There's insufficient information in the
12   material, which is not to say that that information
13   is not obtainable by simply making a request of a
14   record keeper.
15        Q.    Is it your opinion that there is no
16   circumstance in which it would be appropriate to sell
17   company stock when the demographics of the stock
18   holdings in the plan are such as they were in this
19   case?
20        A.    The only circumstance that I can think of
21   is where the investment manager has compelling
22   information.  And we're talking about a stock that's
23   widely traded, publicly traded -- widely held,
24   publicly traded stock, there's an efficient market
25   for the stock.  The investment manager would have to
```