# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KERI EVANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Consolidated Under** |
| ) | **Case No. 04-11380-WGY** |
| JOHN F. AKERS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| LAWRENCE W. BUNCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| W. R. GRACE & CO., et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' RULE 56.1 COUNTERSTATEMENT OF UNCONTESTED FACTS

I, Carol Connor Cohen, am a partner in the firm of Arent Fox LLP and represent W. R. Grace & Co., W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, Fred E. Festa, and Robert M. Tarola (collectively, "Grace Defendants") in the above-captioned case. I am over the age of 18 and have personal knowledge of the matters state herein. I hereby declare as follows:

1.      Exhibit A is a true and accurate copy of relevant excerpts from the deposition transcript of Daniel D. Bayston taken on May 31, 2007.

2.     Exhibit B is a true and accurate copy of relevant excerpts from the deposition transcript of Thomas D. Hogan taken on July 17, 2007.

3.     Exhibit C is a true and accurate copy of relevant excerpts from the deposition transcript of Shawn Johnson taken on May 23, 2007.

4.     Exhibit D is a true and accurate copy of relevant excerpts from the deposition transcript of John J. Mulligan, Jr. taken on July 11, 2007.

5.     Exhibit E is a true and accurate copy of relevant excerpts from the deposition transcript of Robert M. Tarola taken on May 10, 2007.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Carol Connor Cohen
Carol Connor Cohen

Executed on September 10, 2007