# EXHIBIT C

```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS



****************************
LAWRENCE W. BUNCH, et al,   )
          Plaintiff,        )
                            )Consolidated as
     VS.                    )Case No.:04-11380-WGY
                            )
W.R. GRACE & CO., et al,    )
          Defendant.        )
****************************
```

**DEPOSITION OF SHAWN JOHNSON**, a witness called on behalf of the Plaintiffs, taken pursuant to the provisions of the Federal Rules of Civil Procedure, before Lisa W. Starr, a Registered Professional Reporter/Certified Realtime Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of State Street Bank & Trust Company, One Lincoln Street, Boston, Massachusetts, on May 23, 2007, commencing at 9:06 a.m.

| | | |
|---|---|---|
| 1 | A.   Um-hmm. | 12:29:57 |
| 2 | Q.   Do you recall -- does that refresh your | 12:29:58 |
| 3 | memory at all? | 12:30:00 |
| 4 | A.   No.  I think we spoke about Federal Mogul | 12:30:02 |
| 5 | earlier.  I can't exactly remember the timing of | 12:30:07 |
| 6 | when that occurred. | 12:30:09 |
| 7 | Q.   And then it says: "In the case of Grace, | 12:30:15 |
| 8 | the company is already in bankruptcy." | 12:30:17 |
| 9 | How did that factor play out?  Does that | 12:30:23 |
| 10 | make it, the fact that it's already in | 12:30:26 |
| 11 | bankruptcy, did the committee think it was more | 12:30:29 |
| 12 | necessary to consider selling the stock, or was | 12:30:31 |
| 13 | the fact that -- let me ask the question | 12:30:35 |
| 14 | differently. | 12:30:40 |
| 15 | Obviously, the committee believed the | 12:30:41 |
| 16 | fact that Grace was already in bankruptcy was a | 12:30:44 |
| 17 | factor, correct? | 12:30:48 |
| 18 | A.   Um-hmm. | 12:30:49 |
| 19 | Q.   How did that factor in the committee's | 12:30:50 |
| 20 | reasoning? | 12:30:52 |
| 21 | A.   It was simply a factor, all right, it's | 12:30:53 |
| 22 | already bankrupt.  So, it's one of the things one | 12:30:56 |
| 23 | would want to consider, that's all, as opposed to | 12:30:59 |
| 24 | imminent to bankruptcy you don't exactly know | 12:31:02 |

```
 1   what is going to come next, so, okay, what does        12:31:05
 2   that mean.  There's a lot less known in the            12:31:09
 3   imminent bankruptcy.                                   12:31:13
 4       Q.   And generally, if a company immediately       12:31:15
 5   goes into bankruptcy, the stock price falls,           12:31:18
 6   correct?                                               12:31:22
 7               MR. FLICKER:   Objection.                  12:31:23
 8       A.   Again, depends on the fact and                12:31:24
 9   circumstances.  Sometimes it's already factored        12:31:27
10   in, so the stock goes up.  Sometimes the hedge         12:31:30
11   funds, there's a whole lot of stuff.                   12:31:34
12       Q.   One of the variables --                       12:31:37
13       A.   One of the variables would be that the        12:31:39
14   company is already in bankruptcy, that's correct.      12:31:41
15       Q.   Because you earlier indicated imminency       12:31:43
16   of bankruptcy, as it indicates here, is a              12:31:46
17   significant factor --                                  12:31:49
18       A.   Is a factor, yes.                             12:31:51
19       Q.   There is another discussion, last             12:32:02
20   paragraph, regarding whether someone should sit        12:32:02
21   on the Equity Committee.  Do you see that?  It's       12:32:04
22   the last paragraph of this page 3 on page 2746.        12:32:07
23       A.   Yes.                                          12:32:11
24       Q.   Do you recall any discussions regarding       12:32:13
```

| | | |
|---|---|---|
| 1 | So, I think he wanted sort of on one | 12:37:13 |
| 2 | piece of paper the relevant facts so we could | 12:37:16 |
| 3 | have a broader discussion prior to a vote.  So | 12:37:19 |
| 4 | that was a specific request from one of the | 12:37:22 |
| 5 | committee members. | 12:37:24 |
| 6 | Q.   Were there any factors that you sitting | 12:37:25 |
| 7 | there at that time recall that you felt were | 12:37:28 |
| 8 | lacking? | 12:37:30 |
| 9 | A.   No.  I don't recall whether or not I felt | 12:37:32 |
| 10 | anything was lacking.  There had been a lot of | 12:37:36 |
| 11 | analysis done.  One, in particular, I think -- | 12:37:39 |
| 12 | again, I'm just trying to recall what I thought | 12:37:44 |
| 13 | two years ago or however long this is --  the one | 12:37:46 |
| 14 | that sticks out in my mind as being | 12:37:49 |
| 15 | extraordinarily important is in paragraph, page | 12:37:51 |
| 16 | 2745, first full paragraph, second sentence: | 12:37:56 |
| 17 | "Grace estimates its potential liability at three | 12:38:02 |
| 18 | billion.  Plaintiffs' estimate is closer to 40 | 12:38:09 |
| 19 | billion.  The EPA estimate, which is arguably the | 12:38:10 |
| 20 | most independent, is at 150 billion." | 12:38:13 |
| 21 | So, I do recall my reaction to that | 12:38:16 |
| 22 | number as being very important. | 12:38:19 |
| 23 | Q.   And did you undertake any requests to get | 12:38:25 |
| 24 | additional information regarding that particular | 12:38:28 |

|    |    |    |
|----|----|----|
| 1  | here -- in other words, were you concerned had it | 12:50:41 |
| 2  | quantified the stock would go to zero? | 12:50:45 |
| 3  | A.  Was part of the analysis that was done. | 12:50:48 |
| 4  | Q.  What other part of the analysis? | 12:50:50 |
| 5  | A.  When you looked at it that there was a | 12:50:52 |
| 6  | high probability that the stock would be | 12:50:53 |
| 7  | worthless, not meaning zero, but worthless. | 12:50:55 |
| 8  | Q.  Let me go back a step.  Worthless, you | 12:51:06 |
| 9  | mean it would become zero, two words? | 12:51:10 |
| 10 | A.  It would become worthless. | 12:51:15 |
| 11 | Q.  Let's go back a step on that.  As of this | 12:51:23 |
| 12 | date, which I believe is February 23, 2004, what | 12:51:26 |
| 13 | percentage chance, what was the likelihood in the | 12:51:31 |
| 14 | mind of the committee and the group that the | 12:51:34 |
| 15 | stock would become worthless, meaning zero? | 12:51:36 |
| 16 | A.  I don't recall the specific percentages. | 12:51:40 |
| 17 | We did have an analysis in the Duff & Phelps | 12:51:41 |
| 18 | report that had done sort of, this probability | 12:51:48 |
| 19 | discussion that we talked about earlier, which | 12:51:53 |
| 20 | had various outcomes of different pieces of the | 12:51:55 |
| 21 | legislation or of the cases, which indicated a | 12:51:59 |
| 22 | high probability of zero.  And even in their | 12:52:02 |
| 23 | analysis, there's lots of uncertainty in the way | 12:52:07 |
| 24 | it was done, meaning you have to make best | 12:52:10 |

```
 1    guesses at some of these things, which is what          12:52:15
 2    the market would do as well.                            12:52:17
 3        Q.   The market at that time, of course,            12:52:20
 4    though, knew the variables; is that right?              12:52:22
 5        A.   Yes.  They had access to the same public       12:52:25
 6    information that we were trying to perform our          12:52:27
 7    analysis on.                                            12:52:29
 8        Q.   And it knew of the uncertainties               12:52:30
 9    regarding asbestos?                                     12:52:32
10        A.   Yes.                                           12:52:34
11        Q.   And at this time, the stock was trading        12:52:35
12    in the three dollar range?                              12:52:38
13        A.   A few dollars, yeah, although it bounced       12:52:46
14    around quite a bit.  But it was right around            12:52:46
15    that.                                                   12:52:46
16        Q.   And then you indicated that it was             12:52:46
17    necessary for, that the investment no longer            12:52:50
18    became prudent; is that correct?                        12:52:54
19        A.   Um-hmm.                                        12:52:55
20        Q.   And the concern of the committee was that     12:52:56
21    the fund needed to diversify?                           12:52:58
22        A.   Um-hmm.                                        12:53:01
23        Q.   How did selling the stock diversify the        12:53:02
24    fund?                                                   12:53:05
```

```
 1    COMMONWEALTH OF MASSACHUSETTS   )
 2    SUFFOLK COUNTY, ss.             )
 3
 4         I, SHAWN JEFFERSON, the witness herein,
 5    having read the foregoing testimony of the pages
 6    of this deposition, do hereby certify it to be a
 7    true and correct transcript, subject to the
 8    corrections, if any, shown on the attached page.
 9              oOo
10
11
12         _____
13         SHAWN JEFFERSON
14
15
16
17    Subscribed and sworn to before me
18    this_____day of_____, 2007.
19    _____.
20
21
22
23
24
```