# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF MASSACHUSETTS
 3
       -----------------------------------
 4     KERI EVANS, et al.,              :
                                        :
 5         Plaintiffs,                  :
                                        :
 6       vs.                            :
                                        :
 7     JOHN F. AKERS, et al.,           :
                                        :
 8         Defendants.                  :
                                        : CONSOLIDATED
 9     ----------------------------------- UNDER CASE NO.
       LAWRENCE W. BUNCH, et al.,       : 04-11380-WGY
10                                      :
           Plaintiffs,                  :
11                                      :
         vs.                            :
12                                      :
       W.R. GRACE & CO., et al.,        :
13                                      :
           Defendants.                  :
14                                      :
       -----------------------------------
15
16       Deposition of:  JOHN J. MULLIGAN, JR.
17       Taken:     By the Defendants
                    Pursuant to Agreement
18
         Date:      July 11, 2007
19
         Time:      Commencing at 9:07 a.m.
20
         Place:     Waite, Schneider, Bayless &
21                    Chesley Co., LPA
                    Suite 1513 Fourth & Vine Tower
22                  One West Fourth Street
                    Cincinnati, Ohio  45202
23
         Before:    Linda S. Mullen, RMR, CRR
24                  Notary Public - State of Ohio
25
```

1    A.   Right.

2    Q.   And even assuming that they were made at

3    the same time, is it not possible for two fiduciaries

4    to reach different conclusions about the prudence of

5    a particular investment?

6    A.   I suppose that's possible.

7    Q.   Are you aware that the investment

8    committee decided to appoint an independent fiduciary

9    because, among other things, they believed they were

10   facing a potential conflict of interest?

11   A.   I am.

12   Q.   And would you agree that if fiduciaries

13   have a potential conflict of interest, it's prudent

14   to appoint an independent fiduciary to undertake

15   their responsibilities?

16   A.   Yes.

17   Q.   So you're not rendering an opinion here

18   that there was anything inappropriate about the

19   committee's decision to appoint an independent

20   fiduciary?

21   A.   That's correct.

22   Q.   I want to go back to your opinion.  It is

23   your opinion -- do I understand correctly that it's

24   your opinion that Grace failed properly to monitor

25   State Street in this situation?

```
 1      A.    How relevant and deep, that's correct.
 2            MR. FLICKER:  Okay.  Now I'm really done.
 3
 4
 5
 6
 7                    _____
                          JOHN J. MULLIGAN, JR.
 8
 9                              - - -
10            DEPOSITION CONCLUDED AT 4:14 P.M.
11                              - - -
```



© Ace-Merit, LLC   (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202