## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KERI EVANS, et al.,          )
                                   )
          Plaintiffs,       )
                                   )
          v.               )
                                   )
JOHN F. AKERS, et al.,          )
                                   )
          Defendants.     )
                                   )    **Consolidated Under**
                                   )    **Case No. 04-11380-WGY**
LAWRENCE W. BUNCH, et al.,     )
                                   )
          Plaintiffs,       )
                                   )
          v.               )
                                   )
W. R. GRACE & CO., et al.,      )
                                   )
          Defendants.     )
                                   )

## <u>DEFENDANTS' RULE 26(a)(3) DISCLOSURES</u>

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.5(c), Defendants W. R. Grace & Co., W. R. Grace & Co. Investment and Benefits Committee, John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, Fred E. Festa, and Robert M. Tarola, and Defendants State Street Bank and Trust Company and State Street Global Advisors, provide the following pretrial disclosures:

(A) Identification of the name, address and telephone number of each witness, with separate identification of those witnesses whom Defendants expect to present and those whom Defendants may call if the need arises (attached hereto as Exhibit "A");

(B)  Designation of the pertinent portions of deposition testimony which

Defendants expect to present (attached hereto as Exhibit "B"); and

(C)  Identification of each document, with separate identification of those

documents which Defendants expect to offer and those which Defendants may offer if the

need arises (attached hereto as Exhibit "C").

Dated: September 11, 2007                Respectfully Submitted,

                                        W. R. Grace & Co., W. R. Grace &
                                        Co. Investment and Benefits
                                        Committee, John F. Akers, H. Furlong
                                        Baldwin, Ronald C. Cambre, Marye Anne
                                        Fox, John J. Murphy, Paul J. Norris,
                                        Thomas A. Vanderslice, Fred E. Festa and
                                        Robert M. Tarola

                                        By its counsel,


                                        /s/ Matthew C. Hurley_____
                                        William W. Kannel (BBO# 546724)
                                        (wkannel@mintz.com)
                                        Matthew C. Hurley (BBO# 643638)
                                        (mchurley@mintz.com)
                                        MINTZ, LEVIN, COHN, FERRIS,
                                        GLOVSKY and POPEO, P.C.
                                        One Financial Center
                                        Boston, MA 02111
                                        Telephone:  (617) 542-6000
                                        Facsimile:  (617) 542-2241

                                            - and -

                                        Carol Connor Cohen
                                        (cohen.carol@arentfox.com)
                                        Caroline Turner English
                                        (english.caroline@arentfox.com)
                                        Nancy S. Heermans
                                        (heermans.nancy@arentfox.com)

Jeffrey H. Ruzal
(ruzal.jeff@arentfox.com)
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 857-6054
Facsimile:  (202) 857-6395


State Street Bank & Trust Company and
State Street Global Advisors

By its counsel,

/s/ Sean T. Carnathan_____
Sean T. Carnathan (BBO # 636889)
(scarnathan@ocmlaw.net)
O'CONNOR, CARNATHAN, MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

-and-

Scott M. Flicker
(scottflicker@paulhastings.com)
Thomas A. Rust
(thomasrust@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2007, a copy of the foregoing Defendants' Rule 26(a)(3) Disclosures was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to all parties who are not served via the Court's electronic filing system.

/s/ Valerie N. Webb_____
                Valerie N. Webb