**EXHIBIT "A"**
**DEFENDANTS' WITNESS IDENTIFICATION LIST**

The Defendants expect to present testimony from the following witnesses:

1.    Daniel D. Bayston
      Duff & Phelps, LLC
      311 South Wacker Street
      Suite 4200
      Chicago, IL 60606
      (312) 697-4600

2.    Kelly Q. Driscoll
      State Street Bank Global Advisors
      State Street Financial Center
      1 Lincoln Street
      Boston, MA 02111
      (617) 786-3000

3.    Monet I. Ewing
      State Street Global Advisors
      State Street Financial Center
      1 Lincoln Street
      Boston, MA 02111
      (617) 786-3000

4.    John P. Forgach
      W. R. Grace & Co.
      7500 Grace Drive
      Columbia, MD 21044
      (410) 531-4000

5.    Thomas D. Hogan
      200 Ruggles Place
      Richmond, VA 23229
      (804) 285-8067

6.    Christopher P. James, Ph.D
      Department of Finance, Insurance & Real Estate
      Graduate School of Business
      University of Florida
      Gainesville, FL 32611
      (352) 392-3486

7.    Shawn Johnson
      State Street Global Advisors

State Street Financial Center
1 Lincoln Street
Boston, MA 02111
(617) 786-3000

8.  W. Brian McGowan
    W. R. Grace & Co.
    7500 Grace Drive
    Columbia, MD 21044
    (410) 531-4000

9.  Elizabeth Shea
    State Street Global Advisors
    State Street Financial Center
    1 Lincoln Street
    Boston, MA 02111
    (617) 786-3000

10. Robert M. Tarola
    W. R. Grace & Co.
    7500 Grace Drive
    Columbia, MD 21044
    (410) 531-4000

11. Ric Thomas
    State Street Global Advisors
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111-2900
    (617) 786-3000

The Defendants may call the following witnesses if the need arises:

1.  John F. Akers
    c/o W. R. Grace & Co.
    7500 Grace Drive
    Columbia, MD 21044
    (410) 531-4000

2.  Henry Furlong Baldwin
    c/o W. R. Grace & Co.
    7500 Grace Drive
    Columbia, MD 21044
    (410) 531-4000

3.  Peter D. Bilowz

Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1350

4.    Ronald C. Cambre
      c/o W. R. Grace & Co.
      7500 Grace Drive
      Columbia, MD 21044
      (410) 531-4000

5.    John J. Cleary
      Goodwin Procter LLP
      Exchange Place
      53 State Street
      Boston, MA 02109
      (617) 570-1199

6.    Fred E. Festa
      W. R. Grace & Co.
      7500 Grace Drive
      Columbia, MD 21044
      (410) 531-4000

7.    Marye Anne Fox
      c/o W. R. Grace & Co.
      7500 Grace Drive
      Columbia, MD 21044
      (410) 530-4000

8.    Daniel M. Glosband
      Goodwin Procter LLP
      Exchange Place
      53 State Street
      Boston, MA 02109
      (617) 570-1930

9.    Steven R. Grenadier, Ph.D
      Stanford University
      Graduate School of Business
      518 Memorial Way
      Stanford, CA 94305
      (650) 725-0706

10.   John J. Mulligan, Jr.

Retirement Plan Strategies, Inc.
5304 Matoaka Road
Richmond, VA 23229
(804) 673-0770

11. John J. Murphy
c/o W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
(410) 531-4000

12. Paul J. Norris
c/o W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
(410) 531-4000

13. Shepard M. Remis
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1350

14. Harvey S. Rosen, Ph.D
Burke, Rosen & Associates
2800 Euclid Ave., Suite 300
Cleveland, OH 44115
(216) 566-9300

15. Michael Piergrossi
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
(410) 531-4000

16. Jeffrey E. Schaff
Ardor Fiduciary Services
1 Northfield Plaza
Suite 300
Northfield, IL 60093
(847) 441-3228

17. David B. Siegel
c/o W. R. Grace & Co.
7500 Grace Drive

Columbia, MD 21044
(410) 531-4000

18.    Frank C. Torchio
Forensics Economics, Inc.
95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
(585) 385-7441

19.    Thomas A. Vanderslice
c/o W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
(410) 531-4000

20.    Any witnesses identified by Plaintiffs in Plaintiffs' Pretrial Disclosures.

21.    Any witnesses that may be necessary to impeach or rebut Plaintiffs' case-in-chief.

22.    Any witnesses that may be necessary to authenticate documents designated as
Pretrial Exhibits.