**EXHIBIT "B"**
**DEFENDANTS' DESIGNATION OF DEPOSITION TESTIMONY**

| DEPOSTION | DATE | PAGE AND LINE NUMBERS |
|---|---|---|
| Daniel D. Bayston | 5/31/07 | P. 4:8 – 5:18<br>P. 13:1 – 12<br>P. 22:7 – 10<br>P. 35:21 – 37:16<br>P. 38:2 – 15<br>P. 39:8 – 40:7<br>P. 41:3 – 42:19<br>P. 44:14 – 45:2<br>P. 45:21 – 46:19<br>P. 53:21 – 54:8<br>P. 58:3 – 15<br>P. 61:2 – 7<br>P. 65:1 – 15<br>P. 73:16 – 74:11<br>P. 76:17 – 78:6<br>P. 98:11 – 20<br>P. 101:10 – 20<br>P. 115:19 – 116:2<br>P. 129:19 - 24<br>P. 138:3 – 15<br>P. 148:22 – 149:12<br>P. 149:22 – 150:6 |
| Lawrence W. Bunch, Vol. 1 | 5/2/07 | P. 33:21 – 35:5<br>P. 50:13 - 16 |
| Lawrence W. Bunch, Vol. 2 | 5/3/07 | P. 140:4 – 15<br>P. 151:16 – 152:1<br>P. 180:3 – 22<br>P. 184:13 – 23<br>P. 185:11 – 16<br>P. 186:18 – 187:1<br>P. 191:22 – 192:2<br>P. 199:17 – 18<br>P. 200:21 – 201:1<br>P. 210:6 – 8 |

**EXHIBIT "B"**
**DEFENDANTS' DESIGNATION OF DEPOSITION TESTIMONY**

| DEPOSTION | DATE | PAGE AND LINE NUMBERS |
|---|---|---|
| Steven A. Grenadier, Ph.D. | 7/13/07 | P. 16:7 – 15<br>P. 30:3 – 33:4<br>P. 33:8 – 35:16<br>P. 35:18 – 20<br>P. 37:15 – 38:6<br>P. 64:20 – 23<br>P. 80:14 – 25<br>P. 83:5 – 24<br>P. 132:18 – 133:2<br>P. 163:18 – 23<br>P. 177:20 – 24<br>P. 198:11-17 |
| Jerry Lynn Howard, Vol. 1 | 5/3/07 | P. 61:11 – 13<br>P. 84:11 – 85:5 |
| David Mueller | 5/2/07 | P. 79:5 – 13<br>P. 81:20 – 82:11<br>P. 89:9 – 14<br>P. 95:12 – 96:11<br>P. 106:1 – 9<br>P. 106:14 – 107:6<br>P. 110:9 – 112:18<br>P. 113:9 – 12<br>P. 113:18 – 115:17<br>P. 118:13 – 19<br>P. 118:23 – 119:6<br>P. 119:21 – 22 |
| John J. Mulligan, Jr. | 7/11/07 | P. 5:20 – 7:2<br>P. 30:8-14<br>P. 61:25 – 63:4<br>P. 66:15 – 67:9<br>P. 71:19 – 72:20<br>P. 76:9 – 14<br>P. 78:25 – 79:14<br>P. 85:18 – 86:3<br>P. 121:9 – 14<br>P. 136:5 – 9<br>P. 138:24 – 139:6<br>P. 148:22 – 150:18<br>P. 153:5 - 18<br>P. 155:12 – 156:21<br>P. 157:21 – 158:9<br>P. 183:18 – 184:12 |

**EXHIBIT "B"**
**DEFENDANTS' DESIGNATION OF DEPOSITION TESTIMONY**

| DEPOSTION | DATE | PAGE AND LINE NUMBERS |
|---|---|---|
| Harvey S. Rosen, Ph.D. | 7/10/07 | P. 53:12 – 54:3<br>P. 62:10 – 64:15<br>P. 77:2 - 23<br>P. 82:15 – 87:5<br>P. 107:4 – 9<br>P. 112:10 – 22<br>P. 114:17 – 115:2<br>P. 122:20 – 123:1<br>P. 123:18 – 124:15<br>P. 125:11 – 15<br>P. 128:2 – 12<br>P. 137:19 – 25<br>P. 146:1 – 5<br>P. 154:23 – 2<br>P. 181:2 – 6<br>P. 189:6 – 11 |
| Jeffrey E. Schaff, Vol. 2 | 7/12/07 | P. 89:21 – 90:2<br>P. 104:4 – 13<br>P. 106:13 – 107:23<br>P. 108:24 – 109:10<br>P. 112:18 – 113:112<br>P. 120:8 – 121:11<br>P. 135:19 – 136:7<br>P. 187:1 – 5<br>P. 206:3 - 16<br>P. 249:14 – 251:25 |