**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| A | 6/1/00 | SSBT-002459-61 | State Street Bank and Trust Company World Index Common Trust Funds - Amendment and Fund Declaration | M |
| B | 6/1/00 | SSBT-002462-65 | State Street Bank and Trust Company World Index Common Trust Funds - Amendment and Fund Declaration | M |
| C | 1/1/01 - 3/31/07 | GRA-B2 006293-6309, PLF.LB 00932-7 | Fidelity Statements for the Grace 401(k) Account Statements for Lawrence Bunch | M |
| D | 1/1/01 - 5/17/06 | GRA-B2 006310-13, GRA-B2 6267-78 | Fidelity Statements for the Grace 401(k) Account Statements for David J. Mueller | M |
| E | 11/12/03 - 5/27/05 | PLF. DM 00042-46, 00063-65, 00090-92, 00093-95 | Ameritrade Statements for David Joseph Mueller | M |
| F | 1/1/01 - 5/17/06 | GRA-B2 006279-92 | Fidelity Statements for the Grace 401(k) Account Statements for Jerry L. Howard | M |
| G | 2/1/01 | GRA-B2 001659-61 | Notice from Fidelity regarding Selling Units of Grace Stock in the W.R. Grace & Co. Savings and Investment Plan | W |
| H | 2/6/01 | SSBT-001747-53 | Amendment to Trust Agreement between Fidelity Management Trust Company and W. R. Grace & Co. | W |
| I | 7/10/01 | PLF. LB 00916-31 | Grace Financial Reorganization Employee Site - Reorganization update #9. | W |
| J | 2002 | N/A | Rand Institute Report - Asbestos Litigation Costs and Compensation, an Interim Report | M |
| K | 5/16/02 | SSBT-002474-77 | State Street Bank and Trust Company Global Managed Common Trust Funds - Fund Declaration | M |
| L | 3/11/03 | GRA-B2 001343-63 | Letter from Aon Fiduciary Counselors, Inc. to Grace Benefits Committee regarding proposal | W |
| M | 3/17/03 | GRA-B2 001657-58 | Fidelity NetBenefits Notice regarding Grace Common Stock Fund | W |
| N | 3/17/03 | GRA-B2 001077 | Email from Paul Norris to Grace Employees regarding Announcement of Savings and Investment Plan and Town Meeting | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| O | 3/17/03 | GRA-B2 001093-94 | Grace Memorandum to Participants in Grace Savings and Investment Plan regarding change in plan. | W |
| P | 3/19/03 | GRA-B2 005933 | Email from J. Forgach to S. Citron regarding Grace Employee Stock Fund | M |
| Q | 3/19/03 | GRA-006086-6106 | Grace Town Hall Meeting transcript (corrected date: 3/19/03) | W |
| R | 3/26/03 | GRA-B2 006790 | Grace Notice to Plan Participants | W |
| S | 3/28/03 | GRA-B2 006791 | Grace Notice to Plan Participants regarding changes to Grace Common Stock Fund. | M |
| T | Unknown | GRA-B2 001096-97 | State Street Bank and Trust Company Projected Timeline | W |
| U | Unknown | SSBT-000088-93 | State Street Bank and Trust Company Working Group List | W |
| V | Unknown | SSBT-000501 | W. R. Grace Stock Trading Procedures | W |
| W | Unknown | SSBT-003366-67 | State Street Bank and Trust Company Preliminary Plan-Related Document Request List | W |
| X | 4/2/03 | GRA-B2 006222-46 | Power Point Presentation - Retention of Independent Fiduciary | M |
| Y | 4/2/03 | GRA-B2 006208-11 | Draft Board of Directors Meeting Minutes | W |
| Z | 4/2/03 | GRA-B2 006315-24 | Memorandum from W. B. McGowan to Participants in the Grace Savings and Investment Plan regarding changes to the Grace Savings and Investment Plan | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| AA | 4/9/03 | GRA-B2 001012 | Email from M. Piergrossi to Grace employees regarding Savings and Investment Plan Update | W |
| AB | April-03 | GR007969-8013 | State Street Brochure, including financials and corporate information. | W |
| AC | 4/18/03 | GRA-B2 006337 | Notice to Participants in the Savings and Investment Plan from W.B. McGowan regarding S&I Plan Update | W |
| AD | 4/21/03 | GRA-B 0000473 | Email from R. Tarola to B. Sarikas regarding State Street Independent Fiduciary proposal | W |
| AE | 4/21/03 | GR000243-303 | Grace Savings and Investment Plan Description, 2003 | W |
| AF | 4/21/03 | PLF. LB 00799 | Letter from B. McGowan to Participants in the Grace Savings and Investment Plan | M |
| AG | 4/23/03 | GRA-B 0000474 | Email from R. Tarola to B. Sarikas regarding State Street Independent Fiduciary proposal | W |
| AH | 4/25/03 | GRA-B2 001286-320 | State Street Global Advisors Presentation to Grace | W |
| AI | 6/12/03 | GRA-B2 006808-10 | Request to the Investment and Benefits Committee of W. R. Grace & Co. for Approval of Plan Amendments | W |
| AJ | 6/26/03 | SSBT-001585 | Letter from B. Eller to State Street Global Advisors regarding S & I Plan | W |
| AK | 8/5/03 | SSBT-001755 | Letter from B. Eller to State Street Global Advisors regarding revised S & I Plan | W |
| AL | 8/12/03 | SSBT-000020-40 | Email from J. Cleary to J. Forgach regarding draft proposed engagement agreement | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| AM | 8/18/03 | GRA-B2 006424-59 | Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of State Street Bank to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings and Investment Plan (U.S. Bankruptcy Court, D. Del.) | W |
| AN | 8/25/03 | SSBT-000043-52 | Email from S. Citron to M. Ewing regarding draft trust amendment | M |
| AO | 9/5/03 | GRA-B2 001516-18 | Objection of the Official Committee of Equity Security Holders to Application of Debtors' Entry of an Order Authorizing The Employment and Retention of State Street Bank and Trust Company as Investment Manager (U.S. Bankruptcy Court, D. Del.) | W |
| AP | 9/8/03 | SSBT-000053-58 | Email chain from P. Bilowz to State Street regarding bankruptcy filing | W |
| AQ | 9/9/03 | GRA-B2 001519-22 | Objection of the Official Committee of Unsecured Creditors to the Application of the Debtors' Entry of an Order Authorizing The Employment and Retention of State Street Bank and Trust Company as Investment Manager and Fiduciary (U.S. Bankruptcy Court, D. Del.) | W |
| AR | 9/10/03 | GRA-B2 001072-76 | Email chain from J. Forgach to M. Ewing regarding engagement letter | W |
| AS | 9/11/03 | GRA-B2 001523-41 | Motion for Leave to File Debtor's Reply to Objections of the Official Committee of Unsecured Debtors and the Equity Committee. (U.S. Bankruptcy Court, D. Del.) | W |
| AT | 9/11/03 | GRA-B2-001526-34 | Debtors' Response to the Objections of (A) the Official Committee of Unsecured Creditors and (B) The Official Committee of Equity Security Holders to the Application of the Debtors For Entry of an Order Authorizing But Not Requiring The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings and Investment Plan | W |
| AU | 9/11/03 | SSBT-000081-85 | Email from P. Bilowz to State Street regarding draft affidavit | M |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| AV | 9/16/03 | GRA-B2 001542-48 | Notice of filing corrected Exhibit A (McGowan Affidavit) to Debtor's Response to Objection of the Equity Committee in Response to Application for Retention of State Street. | W |
| AW | 9/19/03 | SSBT-000094-98 | Email from K. D'Aloia to M. Ewing regarding draft procedures | W |
| AX | 10/17/03 | GRA-B2 005934-38 | Letter from B. Eller to Fidelity Investments regarding Action of Investment and Benefits Committee and New Schedule E of Master Trust Agreement | W |
| AY | 11/7/03 | GRA-B2 001549-60 | Debtor's Second Supplemental Filing in Support of Application for Order Authorizing Employment and Retention of State Street. | W |
| AZ | 11/21/03 | SSBT-003234-38 | Memorandum from D. Glosband to K. Driscoll regarding Goodwin Procter due diligence | W |
| BA | 11/21/03 | SSBT-010313-18 | Email from D. Glosband to State Street transmitting Memorandum regarding due diligence | W |
| BB | 11/24/03 | GRA-B2 001098-113 | Engagement Agreement between W. R. Grace & Co. and State Street | W |
| BC | 11/24/03 | SSBT-001284-96 | Engagement Agreement among and between Duff & Phelps, W. R. Grace, and State Street | W |
| BD | 11/26/03 | SSBT-000102-03 | Email from Goodwin Procter to W. R. Grace and State Street regarding State Street | W |
| BE | 11/26/03 | SSBT-003054-57 | Memorandum from D. Glosband to State Street and Duff & Phelps regarding 11/24/03 meeting with W. R. Grace | W |
| BF | 12/4/03 | SSBT-007211-12 | Email from M. Ewing to State Street regarding bankruptcy court approval of retention of State Street | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| BG | 12/8/03 | GRA-B2 001071 | Letter from B. McGowan to S & I Plan Participants regarding retention of State Street | W |
| BH | 12/8/03 | SSBT-000111-28 | Email from D. Bayston to State Street and Goodwin Procter regarding attached presentation for W. R. Grace meeting | W |
| BI | 12/9/03 | SSBT 010038-41 | Memorandum from D. Glosband to State Street Global Advisors regarding Grace | W |
| BJ | 12/9/03 | SSBT-010781-90 | Email from M. Ewing to Fiduciary Committee Members regarding meeting | W |
| BK | 12/11/03 | SSBT 000682-84 | State Street Fiduciary Committee Meeting Minutes | W |
| BL | 12/11/03 | SSBT-000820-32 | State Street Presentation to Fiduciary Committee on W. R. Grace & Co. Engagement - Savings and Investment Plan | W |
| BM | 12/15/03 | SSBT-000533-43 | Fifteenth Amendment to Trust Agreement between Fidelity Management Trust Company and W. R Grace & Co. | W |
| BN | 12/16/03 | SSBT-000134 | Email from S. Remis to State Street regarding Grace | W |
| BO | 12/19/03 | GRA-B2 006200-02 | Request to the Investment and Benefits Committee of W. R. Grace & Co. for Approval of Plan Amendments | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| BP | 12/22/03 | SSBT-001566-83 | Letter from J. Forgach to M. Ewing regarding communications to S & I Plan Participants | W |
| BQ | 12/23/03 | SSBT- 010332 | Email from M. Ewing to Fiduciary Committee Members regarding follow up to meeting | W |
| BR | 1/1/04 - 6/30/04 | SSBT-002920-30 | Transaction Details for various funds | M |
| BS | 1/4/04 | GRA-B2 003293-306 | Statement of Investment Policy for the W.R. Grace & Co. Pension Plan Trust | W |
| BT | 1/5/04 | SSBT-000135-36 | Email from R. Carrigan to J. Cleary regarding notice to participants in Grace Stock Fund | M |
| BU | 1/6/04 | SSBT-001365-66 | Letter from State Street to W. R. Grace regarding Engagement letter | W |
| BV | 1/15/04 | SSBT-001433-58 | Draft Preliminary Discussion Materials for W. R. Grace prepared for State Street by Duff & Phelps | W |
| BW | 1/19/04 | SSBT-000144-46 | Email from Peggy Welsh to M. Ewing regarding State Street Notice to Participants with attached Notice dated 1/12/04 | W |
| BX | 1/22/04 | SSBT-000156 | Email from S. Remis to State Street regarding W. R. Grace Insurance Receivable | W |
| BY | 1/22/04 | SSBT-000167-69 | Email chain from State Street to Fidelity and Grace regarding Grace Participant Notice | W |
| BZ | 1/26/04 | SSBT-000170-251 | Email from Duff & Phelps to State Street and Goodwin Procter attaching report for Fiduciary Committee meeting | W |
| CA | 1/26/04 | SSBT-000531 | Letter from State Street to Fidelity Investments regarding S & I Plan | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| CB | 1/26/04 | SSBT-001555 | Notice to Participants in the Savings and Investment Plan from State Street | W |
| CC | 1/27/04 | GR008785-95 | Grace Press Release regarding 2003 Fourth Quarter and full year financial results | W |
| CD | 1/27/04 | SSBT-000270 | Email from D. Glosband to State Street regarding Grace bankruptcy | |
| CE | 1/28/04 | SSBT-000271-73 | Email chain from D. Glosband to State Street regarding conversation with Equity Committee | W |
| CF | 1/29/04 | SSBT-002744-46 | Minutes of Fiduciary Committee Meeting | W |
| CG | 1/29/04 | SSBT-000675-77 | State Street Fiduciary Committee Meeting Minutes | W |
| CH | 1/29/04 | SSBT-000276 | State Street email regarding shares of Grace stock | W |
| CI | 1/29/04 | SSBT-008017-32 | Asbestos Bankruptcies: Prepared by Goodwin Procter | M |
| CJ | 1/29/04 | SSBT- 002747-2840 | Presentation to the Fiduciary Committee on W. R. Grace Savings and Investment Plan presented by State Street | W |
| CK | 2/1/04 | SSBT-002480-82 | State Street Bank and Trust Company Global Managed Common Trust Funds - Amendment and Fund Declaration | M |
| CL | 2/3/04 | SSBT- 000279-80 | Email from D. Bayston to State Street and Goodwin Procter regarding attached Equity Value Summary for Grace stock | W |
| CM | 2/3/04 | SSBT-000281-83 | Email from Goodwin Procter to State Street regarding Grace Equity Committee | W |
| CN | 2/5/04 | SSBT-011241-60 | Letter Agreement between Regents of the University of California and State Street Global Advisors | M |
| CO | 2/9/04 | SSBT-000468-71 | Email chain from Fidelity to State Street regarding account information | W |
| CP | 2/17/04 | SSBT-000289-91 | Email from D. Bayston to State Street regarding current update of Grace Equity Value Summary | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| CQ | 2/17/04 | SSBT-002897-913 | State Street Weekly Financial Summaries for Grace | W |
| CR | 2/18/04 | SSBT-000292 | Email from J. Fuentes to M. Ewing regarding Grace trading | W |
| CS | 2/18/04 | SSBT-000606-09 | Email from J. Cleary to State Street regarding Fiduciary Committee presentation inserts | W |
| CT | 2/18/04 | SSBT-000610-19 | Email from M. Smith to Fiduciary Committee Meeting and attached information to review | W |
| CU | 2/18/04 | SSBT-000296 | Email chain from K. Driscoll to M. Ewing regarding notice to participants | W |
| CV | 2/19/04 | SSBT-000297-99 | Email from D. Glosband to State Street attaching draft notice to participants | W |
| CW | 2/20/04 | GR005292-390 | Fidelity Investment Review | M |
| CX | 2/23/04 | SSBT-000306-08 | Email from M. Smith to J. Forgach regarding attached draft | W |
| CY | 2/23/04 | SSBT-000851-54 | State Street Fiduciary Committee Meeting Minutes | W |
| CZ | 2/23/04 | SSBT-000855-73 | State Street presentation to Fiduciary Committee on W. R. Grace Savings and Investment Plan | W |
| DA | 2/23/04 | SSBT-000309-26 | Email from M. Smith to Fiduciary Committee regarding attached revised W. R. Grace presentation | W |
| DB | 2/24/04 | SSBT-010133-41 | Email from J. Hadden to Fidelity regarding attached letter and Form 144 | W |
| DC | 2/25/04 | SSBT-010471 | Email from M. Ewing to State Street regarding vote to sell Grace stock | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| DD | 2/25/04 | SSBT-000360 | Email from J. Forgach to M. Ewing regarding 10-K filing | W |
| DE | 2/25/04 | SSBT-000363 | Email chain from J. Forgach to State Street regarding State Street selling decision | W |
| DF | 2/25/04 | SSBT-000365-67 | Email from Goodwin Procter to State Street regarding revised Form 144 | W |
| DG | 2/25/04 | SSBT-000368 | Email from J. Forgach to Fidelity and State Street regarding notice to participants | W |
| DH | 2/25/04 | SSBT-000370-72 | Email chain from M. Smith to State Street and Fidelity regarding Grace stock fund | W |
| DI | 2/25/04 | SSBT-000380-82 | Email chain from Fidelity to Grace and State Street regarding Q & As | W |
| DJ | 2/25/04 | SSBT-000378-79 | SEC FORM 144 - Notice of Proposed Sale of Grace Stock | W |
| DK | 2/26/04 | GR007667-7667E | Email chain and attachment regarding Participant Q & As | W |
| DL | 2/26/04 | SSBT-010324-25 | Email from S. Johnson to State Street regarding State Street engagement | M |
| DM | 2/26/04 | SSBT-000384 | Email chain from C. Muns to J. Forgach regarding draft press release | M |
| DN | 2/26/04 | SSBT-007893-904 | Email from K. Driscoll to State Street regarding briefing | W |
| DO | 2/26/04 | SSBT-000403-12 | Email from Goodwin Procter to State Street regarding revised Form 144 | W |
| DP | 2/26/04 | SSBT-000554-56 | Letter from Goodwin Procter to SEC attaching Form 144 for filing | W |
| DQ | 2/27/04 | GRA-B2 006250 | Email from J. Davis to Grace Employees regarding stock | W |
| DR | 2/28/04 | SSBT-000973 | Letter from Access Securities to State Street regarding sale of Grace stock | W |
| DS | 3/1/04 | SSBT-001234 | Email chain from K. Toomey to State Street regarding trade change | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| DT | 3/1/04 | SSBT-000632-34 | Email chain from M. Smith to State Street regarding Grace summary | W |
| DU | 3/1/04 | GR004923-26 | W. R. Grace Savings & Investment Plan Investment Policy Statement | W |
| DV | 3/1/04 | SSBT-002900-02 | Email from D. Bayston to State Street and Goodwin & Proctor regarding W. R. Grace & Co. Update | W |
| DW | 3/1/04 | SSBT 003058-59 | W.R. Grace & Company Equity Valuation Summary as of 3/1/04 | W |
| DX | 3/2/04 | SSBT-000991 | Letter from Access Securities to State Street regarding sale of Grace stock | W |
| DY | 3/4/04 | SSBT-000637-8 | Email chain from M. Smith to Fidelity regarding Grace Stock sale | M |
| DZ | 3/8/04 | SSBT-002408 | Email from D. Rymsza to State Street regarding stock trades | M |
| EA | 3/8/04 | SSBT-010468 | Email chain from S. Marzeotti to State Street regarding amended form 144. | M |
| EB | 3/8/04 | SSBT-010980-11006 | Email from J. Fuentes to M. Ewing regarding Grace amended Form 144 | W |
| EC | 3/8/04 | SSBT-001377-79 | Email from D. Bayston to State Street and Goodwin & Proctor regarding weekly update of Equity Valuation Summary | W |
| ED | 3/15/04 | SSBT-002906-08 | Email from D. Bayston to State Street regarding weekly update of Equity Valuation Summary | M |
| EE | 3/15/04 | SSBT 003060-61 | W.R. Grace & Company Equity Valuation Summary as of 3/12/04 | W |
| EF | 3/18/04 | SSBT-010535-39 | Email from P. Kenneally to State Street regarding operations back-up | M |
| EG | 3/19/04 | SSBT-002933-3013 | Financial and Valuation Analysis of W. R. Grace & Co. | M |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| EH | 3/23/04 | SSBT-002909-12 | Email from D. Bayston to State Street regarding weekly update of Equity Valuation Summary | W |
| EI | 3/23/04 | SSBT-000903-06 | Email chain from Goodwin Procter to State Street regarding Rule 144 | W |
| EJ | 3/23/04 | SSBT-010044-64 | Email chain from Goodwin Procter to State Street regarding Rule 144 Grace bankruptcy case update | M |
| EK | 3/24/04 | SSBT-01043 | Email from D. Bayston to State Street and Goodwin & Proctor regarding updated financial analysis | W |
| EL | 3/25/04 | SSBT-001183 | Email from M. Smith to State Street regarding sale of Grace stock | W |
| EM | 3/29/04 | SSBT-010464 | Email from S. Mahoney regarding asbestos compromise | W |
| EN | 3/29/04 | SSBT-001184 | Email from N. Evarts to State Street regarding asbestos fund | W |
| EO | 3/30/04 | SSBT-000649-50 | Email from P. Kenneally to Fidelity regarding executed trades for Grace common stock | W |
| EP | 3/31/04 | SSBT-002917-19 | Duff & Phelps: Weekly Valuation Summary prepared for State Street re: Grace | W |
| EQ | 3/31/04 | SSBT-003239 | Memorandum from M. Ewing to file regarding Grace conference call meeting minutes | W |
| ER | 3/31/04 | SSBT-010042-43 | Email from M. Ewing to Fiduciary Committee Members regarding Grace Update | W |
| ES | 4/2/04 | SSBT-000549 | Total Shares Sold Per Day from the W. R. Grace Savings and Investment Plan | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| ET | 4/5/04 | SSBT-008787-93 | Email from D. Bayston to J. Forgach regarding draft amendment to engagement agreement | M |
| EU | 4/5/04 | SSBT-002913-19 | Email from D. Bayston to State Street enclosing weekly update of Grace Equity Valuation Summary | W |
| EV | 4/6/04 | SSBT-011218 | Handwritten notes of meeting/phone call regarding shares of stock | W |
| EW | 4/6/04 | SSBT-000658-71 | State Street presentation to Fiduciary Committee on W. R. Grace Savings & Investment Plan | W |
| EX | 4/7/04 | SSBT-000896 | Letter from D. E. Shaw & Co. to M. Ewing regarding purchase of shares | W |
| EY | 4/7/04 | SSBT-000710-11 | State Street Fiduciary Committee Meeting Minutes | W |
| EZ | 4/8/04 | SSBT-002267-69 | Email chain from M. Smith to Fidelity regarding additional Fidelity contacts | W |
| FA | 4/8/04 | SSBT-006636-40 | Email chain from M. Ewing to Fidelity regarding additional Fidelity contacts | |
| FB | 4/10/04 | SSBT-006674-95 | Email from P. Leahy to State Street regarding W. R. Grace update | W |
| FC | 4/12/04 | SSBT-002708 | Email from K. Driscoll regarding Grace update | W |
| FD | 4/12/04 | SSBT-001210-21 | Email chain from J. Forgach to Fidelity regarding Fidelity contacts | W |
| FE | 4/12/04 | N/A | Email from K. D'Aloia to M. Ewing, J. Forgach, R. Tarola and B. McGowan regarding additional Fidelity contacts | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| FF | 4/12/04 | SSBT-002259-61 | Checklist for W. R. Grace stock trading | W |
| FG | 4/12/04 | SSBT-008928-34 | Email from J. Hadden to D. E. Shaw regarding attached legal opinion | W |
| FH | 4/12/04 | GRA-B2 006257-58 | Email from J. Davis to Grace Employees regarding sale of Grace Stock | W |
| FI | 4/12/04 | SSBT-007024-28 | Email from K. D'Aloia to State Street and Fidelity regarding additional Fidelity contacts | W |
| FJ | 4/12/04 | GRA-B2 001034 | Grace Press Release | W |
| FK | 4/12/04 | SSBT-002258-66 | State Street Trading Report | M |
| FL | 4/13/04 | GRA-B2 00517 | Email chain from Fidelity to State Street regarding additional Fidelity contacts | W |
| FM | 4/13/04 | GRA-B 0003022-23 | Email chain from B. McGowan to R. Lapidario and R. Tarola regarding fixed income fund - Portfolio recommendation | W |
| FN | 4/13/04 | GRA-B 0005543-44 | Email chain from B. Sarikas to R. Lapidario, B. McGowan and R. Tarola regarding fixed income fund - Portfolio recommendation | W |
| FO | 4/13/04 | SSBT-002254 | Email chain from M. Smith to Fidelity regarding additional Fidelity contacts | W |
| FP | 4/13/04 | GRA-B 0005413-17 | Email chain from Fidelity to State Street regarding Additional Fidelity contacts | W |
| FQ | 4/13/04 | SSBT-002246-57 | Email and attachments from M. Smith to N. Evarts regarding sale of W. R. Grace & Co. Common Stock | M |
| FR | 4/19/04 | SSBT-001517-19 | Email chain from M. Smith to Fidelity, J. Forgach and State Street regarding participant notice | W |
| FS | 4/19/04 | N/A | Email chain from M. Smith to J. Forgach regarding notice to participants | W |
| FT | 4/19/04 | GRA-B2 006259-60 | Email from J. Davis to Grace employees attaching 4/19/04 Notice to Participants from State Street | W |
| FU | 4/29/04 | N/A | Grace Email chain regarding S & I Plan first quarter performance | W |
| FV | 4/30/04 | SSBT-003761-76 | State Street - Global Traded Report for Grace Stock Fund | W |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| FW | 5/3/04 | SSBT-001200 | Letter from J. Forgach to M. Ewing regarding termination of engagement agreement | W |
| FX | 6/2004 - 7/2004 | SSBT-003014-53 | State Street Projected Timeline | W |
| FY | 6/17/04 | SSBT-000680-81 | Email from J. Cleary to State Street and Duff & Phelps regarding draft minutes of Fiduciary Committee meetings | W |
| FZ | 7/1/04 | GR 001654-819 | W. R. Grace & Co. Savings and Investment Plan Amended through July 1, 2004 | W |
| GA | 8/3/04 | SSBT-011219-24 | State Street Global Advisors QWEST DB/DC Master Trust Investment Management Guidelines | M |
| GB | 9/14/04 | SSBT 000602 | Email from M. Ewing to W.B. McGowan regarding sale of Grace stock | |
| GC | 11/22/04 | GR004303-07 | Minutes of Grace Investment and Benefits Committee Meeting Held: November 22, 2004 | W |
| GD | 4/29/04 Updated: 1/5/05 | SSBT-002496-576 | Accessor Capital Management Prospectus | M |
| GE | Undated | SSBT-002493-95 | Accessor Funds, Inc. Summary | M |
| GF | 10/1/05 | SSBT-002466-68 | State Street Bank and Trust Company Investment Funds for Tax Exempt Retirement Plans - Amended Fund Declaration | M |
| GG | 10/1/05 | SSBT-002469-71 | State Street Bank and Trust Company Investment Funds for Tax Exempt Retirement Plans - Amended Fund Declaration | M |
| GH | 10/1/05 | SSBT-002485-87 | State Street Bank and Trust Company Investment Funds for Tax Exempt Retirement Plans - Amended Fund Declaration | M |
| GI | 10/1/05 | SSBT-002488-90 | State Street Bank and Trust Company Investment Funds for Tax Exempt Retirement Plans - Amended Fund Declaration | M |
| GJ | 3/31/06 | SSBT-002472-73 | State Street Global Advisors Small Cap Index Plus Strategy | M |
| GK | 3/31/06 | SSBT-002478-79 | State Street Global Advisors Small Value Index Plus Strategy | M |
| GL | 3/31/06 | SSBT-002483-84 | State Street Global Advisors Russell 2000 Index Strategy | M |
| GM | 3/31/06 | SSBT-002491-92 | State Street Global Advisors Russell Small Cap Completeness Index Strategy | M |
| GN | 6//2007 | N/A | Projected Liabilities for Asbestos Personal Injury Claims as of April, 2001 prepared by Mark A. Peterson, Legal Analysis Systems | M |
| GO | 6/18/07 | N/A | Report of Frederick C. Dunbar | M |
| GP | 6/18/07 | N/A | Expert Estimation Report of Jennifer L. Biggs - Estimation of Asbestos Personal Injury Liabilities of W.R. Grace as of April 2, 2001 | M |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| GQ | 6/18/07 | N/A | Expert Estimation by B. Thomas Florence of the Number and Value of Pending and Future Asbestos related Personal Injury Claims: W. R. Grace | M |
| | | | **EXPERT REPORTS** | |
| GR | 6/15/07 | N/A | Report of Thomas D. Hogan | M |
| GS | 6/27/07 | N/A | Supplemental Report of Thomas D. Hogan | M |
| GT | 6/15/07 | N/A | Expert Report of Christopher M. James | M |
| GU | 6/27/07 | N/A | Rebuttal Report of Christopher M. James | M |
| GV | N/A | N/A | Backup for Expert Report of Christopher M. James | M |
| GW | N/A | N/A | Backup for Rebuttal Report of Christopher M. James | M |
| GX | 3/24/98 | N/A | Harvey S. Rosen - Senate Commerce, Science and Transportation Committee Testimony | M |
| | | | **GRACE SEC FILINGS** | |
| GY | Period: 12/31/98 Filed: 3/29/99 | N/A | W. R. Grace Form 10-K | M |
| GZ | Period: 3/31/99 Filed: 5/17/99 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HA | Period: 6/30/99 Filed: 8/13/99 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HB | Period: 9/30/99 Filed: 11/12/99 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HC | Period: 12/31/99 Filed: 3/28/00 | N/A | W. R. Grace Form 10-K | M |
| HD | Period: 12/31/99 Filed: 12/4/00 | N/A | W. R. Grace & Co. Form 10-K/A | M |
| HE | Period: 12/31/99 Filed: 12/4/00 | N/A | W. R. Grace Form 10-K405 | M |
| HF | Period: 3/31/00 Filed: 5/12/00 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HG | Period: 6/30/00 Filed: 8/15/00 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HH | Period: 9/30/00 Filed: 11/15/00 | N/A | W. R. Grace & Co. Form NT 10-Q | M |
| HI | Period: 9/30/00 Filed: 11/16/00 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HJ | Period: 12/31/00 Filed: 4/16/01 | N/A | W. R. Grace Form 10-K | M |
| HK | Period: 3/31/01 Filed: 5/15/01 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HL | Period: 6/30/01 Filed: 8/14/01 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HM | Period: 9/30/01 Filed: 11/14/01 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HN | Period: 12/31/01 Filed: 3/28/02 | N/A | W. R. Grace Form 10-K | M |
| HO | Period: 3/31/02 Filed: 5/15/02 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HP | Period: 6/30/02 Filed: 8/13/02 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HQ | Period: 9/30/02 Filed: 11/13/02 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HR | Period: 12/31/02 Filed: 3/13/03 | N/A | W. R. Grace Form 10-K | M |

**EXHIBIT "C"**
**DEFENDANTS' DOCUMENT IDENTIFICATION INDEX**

| EXHIBIT NO. | DATE | BATES STAMP | DOCUMENT DESCRIPTION | Use at Trial Will (W) / May (M) |
|---|---|---|---|---|
| HS | Period: 3/31/03 Filed: 5/13/03 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HT | Period: 6/30/03 Filed: 8/5/03 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HU | Period: 9/30/03 Filed: 11/10/03 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HV | Period: 12/31/03 Filed: 3/5/04 | N/A | W. R. Grace Form 10-K | M |
| HW | Period: 12/31/03 Filed: 8/9/04 | N/A | W. R. Grace & Co. Form 10-K/A | M |
| HX | Period: 3/31/04 Filed: 5/7/04 | N/A | W. R. Grace & Co. Form 10-Q | M |
| HY | Period: 3/31/04 Filed: 8/9/04 | N/A | W. R. Grace & Co. Form 10-Q/A | M |
| HZ | Period: 6/30/04 Filed: 8/9/04 | N/A | W. R. Grace & Co. Form 10-Q | M |
| IA | Period: 9/30/04 Filed: 11/5/04 | N/A | W. R. Grace & Co. Form 10-Q | M |
| IB | Period: 12/31/04 Filed: 3/7/05 | N/A | W. R. Grace Form 10-K | M |
| IC | Period: 5/31/05 Filed: 5/6/05 | N/A | W. R. Grace & Co. Form 10-Q | M |
| | | | **GRACE IRS FILINGS** | |
| ID | 2001 | GR000632-787 | W. R. Grace & Co. Form 5500 - Annual Return/Report of Employee Benefit Plan | M |
| IE | 2002 | GR000788-882 | W. R. Grace & Co. Form 5500 - Annual Return/Report of Employee Benefit Plan | M |
| IF | 2003 | GR000882a-970 | W. R. Grace & Co. Form 5500 - Annual Return/Report of Employee Benefit Plan | M |
| IG | 2004 | GR001993-2120 | W. R. Grace & Co. Form 5500 - Annual Return/Report of Employee Benefit Plan | M |
| | | | **PLEADINGS/LITIGATION DOCUMENTS** | |
| IH | 1/24/06 | N/A | Declaration of E. Shea in Support of State Street Bank and Trust Company's Motion to Dismiss Plaintiffs' Amended Consolidated Complaints (Case No. 04-11380-WGY - Filed 1/24/06) | W |
| II | 2/16/07 | N/A | Declaration of Frank C. Torchio in Support of Plaintiff Bunch's Memorandum in Opposition to State Street Bank and Trust Company's Motion to Dismiss Plaintiffs' Amended Consolidated Complaint (Case No. 04-11380 - WGY - Filed 2/16/07) | M |
| IJ | 4/19/07 | N/A | Bunch Plaintiffs' Answers to Defendants' Interrogatories (Case No. 04-11380 - WGY - Filed April 19, 2007) | M |
| IK | 5/24/07 | SSBT-011203-17 | Letter from Paul Hastings to Waite, Schneider, Bayless & Chesley re: production of documents | W |
| IL | 6/27/07 | N/A | Declaration of Daniel D. Bayston | M |
| IM | 8/28/07 | | Declaration of Eric Eller in Support of State Street's Opposition to Plaintiff's Motion for Summary Judgment | M |