IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,           Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| LAWRENCE W. BUNCH, et al.           Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.           Defendants. | )  Consolidated<br>)  Case No. 04-11380-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### THE BUNCH PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

The Bunch Plaintiffs are making these disclosures pursuant to Rule 26(a)(3) and Local Rule 16.5(c) and their agreement with Counsel for all Defendants. Because of unresolved motions and issues and because further review in preparation of trial may reveal the necessity to add exhibits and/or witnesses, Plaintiffs reserves the right to modify their disclosures. Additionally, Plaintiffs have designated their deposition testimony through deposition transcripts and according to their agreement with counsel will not file the transcript excerpts with the Court, but are exchanging the excerpts with opposing counsel. Plaintiffs are filing these disclosures, but

based on conversations with the Court, believe that the filing at this time is premature and unnecessary and is to be included in the Court-ordered filing that will be made on October 9, 2007.

The Bunch Plaintiffs provide the following pretrial disclosures:

(A) Identification of the name, address and telephone number of each witness, with separate identification of those witnesses whom Plaintiffs expect to present and those whom Plaintiffs may call if the need arises (attached as Exhibit "A");

(B) Designation of the pertinent portions of deposition testimony which Plaintiffs expect to present. By agreement with counsel, the actual designated deposition excerpts are being exchanged with counsel (attached as Exhibit "B").

(C) Identification of each document, with separate identification of those documents which Plaintiffs expect to offer and those which Plaintiffs may offer if the need arises (attached as Exhibit "C")

Dated: September 12, 2007                    Respectfully submitted,

                                                           WAITE, SCHNEIDER, BAYLESS
                                                              & CHESLEY CO., L.P.A.

                                                            */s/ Jane H. Walker*_____
                                                            James R. Cummins
                                                           Jane H. Walker
                                                           Terrence L. Goodman
                                                           1513 Fourth & Vine Tower
                                                           One West Fourth Street
                                                           Cincinnati, Ohio  45202
                                                           Telephone:  (513) 621-0267
                                                           Facsimile:  (513) 381-2375
                                                           E-mail  jcummins@wsbclaw.com
                                                           E-mail:  janehwalker@wsbclaw.com
                                                           Email:  terrygoodman@wsbclaw.com

        BERMAN DEVALERIO PEASE TABACCO
        BURT & PUCILLO

        */s/ Jeffrey C. Block*_____
        Jeffrey C. Block
        One Liberty Square
        Boston, Massachusetts 02109
        Telephone: (617) 542-8300
        Facsimile: (617) 542-1194
        Email: jblock@bermanesq.com

        *Counsel for Lawrence W. Bunch, Jerry L. Howard,*
        *Sr. and David Mueller, Both Individually and*
        *Behalf of All Others Similarly Situated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2007, I filed Bunch Plaintiffs' Rule 26(a)(3) Disclosures through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on September 12, 2007.

        */s/ Jane H. Walker*_____
        Jane H. Walker