**EXHIBIT A**

**The Bunch Plaintiffs' Witness Identification List**

The Bunch Plaintiffs' anticipate presenting testimony from the following witnesses:

1. Lawrence Bunch
   22 Carriage Hill Drive
   Erlanger, KY  41018
   (859) 727-4056

2. David Mueller
   2568 Chateaugay Court
   Burlington, KY  41005
   (859) 309-4288

3. Jerry Howard
   970 Shield Shinkle Road
   Williamstown, KY  41097
   (859) 824-4262

4. Kelly Q. Driscoll
   State Street Bank Global Advisors
   State Street Financial Center
   1 Lincoln Street
   Boston, MA  02111
   (617) 786-3000

5. Monet I. Ewing
   State Street Bank Global Advisors
   State Street Financial Center
   1 Lincoln Street
   Boston, MA  02111
   (617) 786-3000

6. Shawn Johnson
   State Street Bank Global Advisors
   State Street Financial Center
   1 Lincoln Street
   Boston, MA  02111
   (617) 786-3000

7. Robert M. Tarola
   W. R. Grace & Co.
   7500 Grace Drive
   Columbia, MD  21044
   (410) 531-4000
   (Via deposition testimony should Defendant fail to make available this witness during the trial)

8. W. Brian McGowan
   W.R. Grace & Co.
   7500 Grace Drive
   Columbia, MD  21044
   (410) 531-4000
   (Via deposition testimony should Defendant fail to make available this witness during the trial)

9. John J. Mulligan, Jr.
   Retirement Plan Strategies, Inc.
   5304 Matoaka Road
   Richmond, VA  23229
   (804) 673-0770

10. Steven R. Grenadier, Ph.D.
    Stanford University
    Graduate School of Business
    518 Memorial Way
    Stanford, CA  94305
    (650) 725-0706

11. Harvey S. Rosen, Ph.D.
    Burke, Rosen & Associates
    2800 Euclid Avenue, Suite 300
    Cleveland, OH  44115
    (216) 566-9300

The Bunch Plaintiffs may call the following witnesses during the trial:

1. Daniel Bayston
   Duff & Phelps, LLC
   311 South Wacker Street
   Suite 4200
   Chicago, IL  60606
   (312) 697-4600
   (Via deposition testimony should Defendant fail to make available this witness during the trial)

2. Jeffrey E. Schaff
   Arbor Fiduciary Services
   1 Northfield Plaza
   Suite 300
   Northfield, IL  60093
   (847) 441-3228

3. John P. Forgach
   W.R. Grace & Co.
   7500 Grace Drive
   Columbia, MD  21044
   (410) 531-4000
   (Via deposition testimony should Defendant fail to make available this witness during the trial)

4. Christopher P. James, Ph.D.
   Department of Financial, Insurance & Real Estate
   Graduate School of Business
   University of Florida
   Gainesville, FL  32611
   (352) 392-3486

5. Elizabeth Shea
   State Street Bank Global Advisors
   State Street Financial Center
   1 Lincoln Street
   Boston, MA  02111
   (617) 786-3000

6. Thomas D. Hogan
   200 Ruggles Place
   Richmond, VA  23229
   (804) 285-8067
   (Via deposition testimony should Defendant fail to make available this witness during the trial.)

4

6. Any witnesses identified by Defendant, W. R. Grace & Co. or Defendant, State Street Bank & Trust Co. in their Pretrial Disclosures.

7. Any witness that may be necessary to rebut Defendant, W.R. Grace & Co. or Defendant, State Street Bank & Trust Co.

8. Any witness that may be necessary to authenticate documents designated as Pretrial Exhibits.