**EXHIBIT B**

**Deposition Designations**

Pursuant to the agreement of counsel, the Bunch Plaintiffs' are separately delivering the following deposition excerpts to the Defendants:

1. Robert Tarola;

2. W. Brian McGowan;

3. Daniel Bayston;

4. Christopher A. James, Ph.D.;

5. Thomas D. Hogan; and

6. John P. Forgach.