**EXHIBIT C**

**Bunch Plaintiffs' Document Identification Index**

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL (W) | MAY (M) |
|---------|------------|-----------|----------|---------|
| A | Memo to Driscoll, Ewing, Carrigan & Bayston from Daniel Glosband, P.C. dated 11/21/03 | SSBT-003234 - 003238 | W | |
| B | Email dated 02/03/04 to Monet, Driscoll, Bayston, Trost, Cleary, Remis, Glosband from Amy Doherty encl. Memo to Glosband from Amy R. Doherty of 12/29/04 | SSBT-000281 - 000283 | W | |
| C | Notice to Participants in Grace Stock Fund dated 1/26/04 | SSBT-003245 | W | |
| D | Memo to File from Monet Ewing dated 3/31/04 | SSBT-003239 | W | |
| E | State Street Global Advisors Global Traded Report dated 4/30/04 | SSBT-003761 - 003776 | | M |
| F | Notice to Participants in the Grace Company Stock Fund dated 4/19/04 | SSBT-003254 | W | |
| G | Email to Joseph Herter from Melissa Smith dated 4/8/04 re Additional Fidelity Contacts | SSBT-001154 - 001156 | | M |
| H | Amended 30(b)(6) Subpoena Duces Tecum to Duff & Phelps from Jane H. Walker of WSBC | | | M |
| I | Letter to State Street Bank & Trust, Investment & Benefits Committee of W.R. Grace and W.R. Grace from Daniel Bayston dated 11/23/03 | SSBT-001284 - 001296 | W | |
| J | Email to Ewing, Driscoll, Glosband from Dan Bayston | SSBT-000111 - 000128 | W | |
| K | Email to Carrigan, Driscoll, Ewing, Cleary, Glosband, Hadden from Shepard Remis re W. R. Grace dated | SSBT-000134 | W | |

1

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL  (W) | MAY (M) |
|---|---|---|---|---|
|  | 12/16/03 |  |  |  |
| L | W. R. Grace & Co. Equity Valuation Summary as of 3/1/04 | SSBT-003058 - 003061 | W |  |
| M | Email to Ewing, Driscoll, Cleary re W.R. Grace Updated 2/13/04 from Dan Bayston dated 02/17/04 | SSBT-000289 - 000291 | W |  |
| N | Email to Ewing, Smith, Driscoll, Cleary re 3/5/04 W.R. Grace Update from Dan Bayston dated 3/8/04 | SSBT-001377 - 001379 | W |  |
| O | Weekly Valuation Summary of W. R. Grace & Co. prepared by State Street Global Advisors dated 03/19/04 | SSBT-003062 - 003064

SSBT-002933 - 3013 | W |  |
| P | Weekly Valuation of W. R. Grace & Co. prepared by State Street Global Advisors dated 03/31/04 | SSBT-002917 - 002919 | W |  |
| Q | Email to Ewing, Driscoll, Smith re 3/31/04 W.R. Grace Updated from Dan Bayston | SSBT-002913 | W |  |
| R | Notice of Deposition Upon Oral Examination of Monet Ewing dated 05/21/07 |  |  | M |
| S | Declaration of Monet Ewing in Support of State Street Bank and Trust Company's Motion for Judgment in the Bunch Action filed 03/31/06 |  |  | M |
| T | Memo to Driscoll, Ewing, Carrigan and Bayston from Daniel Glosband dated 11/21/03 | SSBT-003234 – 003238 |  | M |
| U | Email to John Forgach from John Cleary encl. description of State Street and its experience in area dated 11/26/03 | SSBT-000102 – 000103 |  | M |

2

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL (W) | MAY (M) |
|---------|-------------|------------|----------|---------|
| V | Presentation to Fiduciary Committee on W.R. Grace Investment Manager Engagement – Savings and Investment Plan presented on 12/11/03 | SSBT-002713 – 002725 | W | |
| W | Email to John Cleary and Money Ewing from Randy Carrigan dated 01/05/04 | SSBT-000135 | | M |
| X | Email to Kelly Driscoll, Ewing Monet and John Cleary from Dan Bayston dated 02/03/04 encl. updated Equity Value Summary for WR Grace common stock | SSBT-000279 – 000280 | W | |
| Y | Letter to Monet Ewing from Max Holmes dated 04/07/04 | SSBT-000896 – 000898 | | M |
| Z | Presentation to Fiduciary Committee on W.R. Grace – Savings and Investment Plan presented on 04/06/04 | SSBT-000658 – 000671 | W | |
| AA | Weekly Financial Summaries | SSBT-002897 – 002913 | W | |
| AB | Email to Jeff Whitaker from Melissa Smith re WR Grace Final Participant Notice and Q&A-Revised dated 02/26/04 | GR007667 GR 007667A - 007667E | | M |
| AC | Email to Monet Ewing from John Forgach re W. R. Grace engagement letter dated 09/10/03 | GR007687 - 007691 | | M |
| AD | Email to John Forgach from Melissa Smith encl. Notice to Participants dated 02/23/04 | GR007668 - 007672 | W | |
| AE | Email to Ewing, Herter, Muns from John Forgach re additional Fidelity Contacts dated 04/12/04 | GR007661 - 007662 | | M |
| AF | Notice to Participants in the Grace Company Stock Funds dated 04/19/04 | GR001874 | W | |
| AG | W. R. Grace Projected Timeline prep. | SSBT-003014 - | | M |

3

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL  (W) | MAY (M) |
|---------|-------------|------------|-----------|---------|
|  | by State Street Bank & Trust Company | 003053 |  |  |
| AH | Engagement letter to Investment & Benefits Committee of WR Grace & WR Grace from State Street Bank & Trust dated 11/24/03 | SSBT-001267 - 001296 | W |  |
| AI | Discussion Materials re W.R. Grace & Co. prep. by State Street Global Advisors dated 12/11/03 | SSBT-003714 - 003730 | W |  |
| AJ | W. R. Grace Investment Manager Engagement | SSBT-000801 - 000814 | W |  |
| AK | Fiduciary Committee Meeting minutes dated 12/11/03 | SSBT-000682 - 000684 | W |  |
| AL | Email to Driscoll & Ewing from Shawn Johnson re W. R. Grace dated 01/29/04 | SSBT-000276 | W |  |
| AM | Email to Leahy, Johnson, Shames from Monet Ewing dated 01/26/04 encl. Financial and Valuation Analysis of W. R. Grace & Co. prep. by State Street Global Advisors dated 01/29/04 | SSBT-000815 - 000849 | W |  |
| AN | Preliminary Discussion Materials for W. R. Grace & Co. prep. by State Street Global Advisors dated 01/15/04 | SSBT-001433 - 001458 | W |  |
| AO | Financial and Valuation Analysis of W. R. Grace & Co. prep. of State Street Global Advisors dated 01/29/04 | SSBT-000171 - 000252 | W |  |
| AP | Fiduciary Committee Meeting Minutes of 01/29/04 | SSBT-002744 - 002746 | W |  |
| AQ | Fiduciary Committee Meeting Minutes of 01/29/04 | SSBT-000675 - 000677 | W |  |
| AR | W. R. Grace Savings & Investment Plan presented on 02/23/04 | SSBT-002845 - 002862 | W |  |
| AS | Fiduciary Committee Meeting Minutes dated 02/23/04 | SSBT-000713 - 000715 | W |  |

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL (W) | MAY (M) |
|---------|-------------|------------|----------|---------|
| AT | Fiduciary Committee Meeting Minutes dated 01/23/04 (Redacted) | SSBT-000851 - 000854 | W | |
| AU | Email to Kelly Driscoll from Shawn Johnson re Grace dated 02/26/04 | SSBT-007306 | W | |
| AV | Email to Leahy, Johnson, Kirby from Monet Ewing dated 03/31/04 | SSBT-000652 | | M |
| AW | W. R. Grace - Savings and Investment Plan presented on 04/06/04 | SSBT-000879 - 000892 | W | |
| AX | Fiduciary Committee Meeting Minutes dated 04/07/04 | SSBT-000710 - 000711 | W | |
| AY | W.R. Grace & Co. Savings and Investment Plan effective 09/01/1976 amended through 04/17/03 | SSBT-002084 – 002244 | W | |
| AZ | Attachment to (53) First Amended Complaint and attachment to (151) Reply Brief in Support of SSBT Motion to Dismiss First Amended Complaint | GR 001659 GR 001789 – 001790 | | M |
| BA | S&I Plan Summary Plan Description 2003 | GR 000243 – 000303 | W | |
| BB | Grace News Corporate Communications Press Release dated 01/27/04 reporting 2003 4th Quarter and Full Year Financial Results | GR008785 - 008795 | W | |
| BC | State Street Brochure dated 12/31/02 | GR007969 – 008100 | | M |
| BD | Notice to Participants in the Grace Company Stock Fund dated 02/27/04 | GR 001868 – 001872 | W | |
| BE | Form 5500 Annual Return/Report of Employee Benefit Plan 2003 | GR 000883 - 000970 | W | |
| BF | Engagement Agreement Letter to Investment and Benefits Committee of W.R. Grace & Co. and W.R. Grace & Co.  from State Street Bank and Trust | GR 001298 – 001330 | W | |

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL (W) | MAY (M) |
|---|---|---|---|---|
| | Company dated 11/24/03 | | | |
| BG | W.R. Grace & Co. Salaried Employees Savings and Investment Plan | GR004978 – 004987 | W | |
| BH | W.R. Grace & Co. Savings and Investment Plan Statement of Account 09/2003 | GR005096 – 005103 | W | |
| BI | Investment Review for W.R. Grace & Co. by Fidelity dated 02/20/04 | GR005292 – 005348 | W | |
| BJ | W.R. Grace & Co. Summary of U.S. Defined Contribution Assets for the Period Ending December 31, 2003 | GR005751 – 005753 | W | |
| BK | W.R. Grace & Co. Summary of U.S. Defined Contribution Assets for the Period Ending March 31, 2004 | GR005754 – 005756 | W | |
| BL | W.R. Grace & Co. Summary of U.S. Defined Contribution Assets for the Period Ending June 30, 2004 | GR005757 – 005759 | W | |
| BM | Notice to Participants in the Grace Company Stock Fund 04/19/04 | BUNCH 000302 | W | |
| BN | Minutes of Investment and Benefits Committee Meeting Held:  11/22/04 | GR004303 - 004307 | | M |
| BO | Form 10-K of W. R. Grace & Co. filed 03/05/04 (period 12/31/03) | | W | |
| BP | Form 10-Q of W. R. Grace & Co. filed 05/07/04 (period 03/31/04) | | W | |
| BQ | Grace News - Grace Reports First Quarter Financial Results dated 04/20/04 | GR008800 - 008807 | W | |
| BR | Email to Bridget Sarikas from Robert Tarola re State Street Bank dated 03/09/04 | | | M |
| BS | W. R. Grace & Co. Savings & Investment Plan - Investment Policy | GR009411 - 009414 | | M |

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL  (W) | MAY (M) |
|---------|-------------|------------|-----------|---------|
|  | Statement adopted 03/01/04 |  |  |  |
| BT | Email to Bettacchi, Corcoran, Farnsworth, Festa, McGowan, Norris, Piergrossi, Poling, Rightmyer, Sarikas, Shelnitz, Siegel from Robert Tarola re S&I Plan Investment Report 3/31/04 dated 04/29/04 |  | W |  |
| BU | Fiduciary Committee Meeting Minutes (Redacted) dated 02/23/04 | SSBT-000850 - 000875 | W |  |
| BV | Fiduciary Committee Meeting Minutes dated 04/07/04 | SSBT-000876 - 000897 | W |  |
| BW | W. R. Grace Savings and Investment Plan Amended through 07/01/04 | GR001654 - GR001819 | W |  |
| BX | Statement of Grace General Counsel David Siegel at Town Hall meeting dated 03/13/03 | GRA-B2 006086 - 006106 | W |  |
| BY | Chart of Grace dialing closing prices from 04/15/03 - 04/30/04 |  | W |  |
| BZ | Letter form Paul Norris dated 05/05/04 from Grace Financial Reorganization Employee Site |  | W |  |
| CA | Memo to State Street from Goodwin & Procter re Meeting at W. R. Grace of 11/24/03 dated 11/26/03 | SSBT-003054 - 003057 |  | M |
| CB | Grace Financial Reorganization, 2006, http://www.grace.com/About/ Reorganization.aspx |  | W |  |
| CC | Grace Form 8-K filed 01/29/04 |  | W |  |
| CD | Selected pages from deposition of Robert Tarola |  | W |  |
| CE | Grace Form 10-Q for Period ending 03/31/04 |  | W |  |
| CF | Pertinent pages of W. R. Grace |  | W |  |

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL  (W) | MAY (M) |
|---------|-------------|------------|-----------|---------|
|  | Investment Plan Amended 07/01/04 |  |  |  |
| CG | Pertinent pages from deposition of William McGowan |  | W |  |
| CH | W. R. Grace Savings & Investment Plan - Investment Policy Statement adopted 03/01/04 | GR006600 - 006603 | W |  |
| CI | W. R. Grace Plan Assets as of 12/31/03 | GR005314 | W |  |
| CJ | Bankruptcy Filing - Debtors' Response to Objections | GR007929 - 007937 |  | M |
| CK | Pertinent pages from depositions of Shawn Johnson |  | W |  |
| CL | Pertinent pages of deposition of Kelly Driscoll |  | W |  |
| CM | Handwritten notes of Monet Ewing | SSBT-011218 | W |  |
| CN | Grace webpage, http://investor.grace.com/phoenix.zhtml?c=112313&p=irol-stockquote |  | W |  |
| CO | Fiduciary Committee Meeting Minutes of 02/23/04 | SSBT-002842 - 002844 | W |  |
| CP | Grace Common Stock on 5/9/07 |  | W |  |
| CQ | Email to Tim Delbrugge from Robert Tarola re State Street Bank Fees dated 08/26/03 |  |  | M |
| CR | W. R. Grace (150th Anniversary)  - Operating Successfully While Managing Legacy Liabilities - Paul J. Norris, Chairman & CEO  http://media.corporate-ir.net/media_files/irol/11/112313/presentations/gra_052004.pdf |  | W |  |
| CS | Email to Bridget Sarikas & Robert Tarola from David Blechman re Grace | GRA-B 0250548 - 0250566 |  | M |

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL (W) | MAY (M) |
|---------|-------------|------------|----------|---------|
| | Leadership Week (slides) | | | |
| CT | Grace Savings & Investment Plan 2004 | GR 000304 - 000362 | W | |
| CU | Grace Memo to All U.S. Employees from Michael N. Piergrossi dated 04/09/02 | PLF LB 00789 | W | |
| CV | Letter to S & I Plan Participants from W. Brian McGowan dated 12/08/03 | PLF LB 00804 | W | |
| CW | Email to OMUsers from Kathy Reid dated 12/10/03 with attached Notice to Participants for 01/26/04 | PLF LB 00805 - 00806 | W | |
| CX | Email to Allusers from Janet Davis with attached Press Release entitled "Grace Announces Intended Sale of Shares by the Grace 401(k) Plan dated 02/27/04; Notice to Participants dated 02/27/04; and Participant Questions & Answers | PLF LB 00807 - 00808<br><br>PLF LB 00909<br><br>PLF LB 00810 - 00813 | W | |
| CY | IRS Schedule D (Capital Gains and Losses) for 2001 | PLF JH 00061 - 00062 | | M |
| CZ | IRS Schedule D (Capital Gains and Losses) for 2000 | PLF JH 00072 - 00073 | | M |
| DA | Mellon Investor Services Account Summary for Jerry Howard dated 01/08/07 | PLF JH 00003 | W | |
| DB | Trade confirmation summary report from Stockcross Financial Services for Jerry Howard dated 02/28/07 | PLF JH 00001 | W | |
| DC | W. R. Grace & Co. Account Summary for Jerry Howard dated 1/1/01 - 12/31/01 | | W | |
| DD | Blank | | | |
| DE | Grace Enrollment Election/Beneficiary Designation for Jerry Howard signed on 6/30/03 and reviewed on 7/8/93 | | W | |

9

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL (W) | MAY (M) |
|---|---|---|---|---|
| DF | Notice to Retire of Jerry Howard dated 8/28/03 | | | M |
| DG | W. R. Grace Dividend Reinvestment Statements for Larry Bunch | PLF LB 00318 - 00363 | W | |
| DH | W. R. Grace Savings & Investment Plan for Larry Bunch from 1/1/01 - 12/31/01 | | W | |
| DI | Memo to Participants in Grace Savings & Investment Plan from W. B. McGowan dated 4/2/03 | PLF LB 00795 - 00796 | W | |
| DJ | Letter to Participants in Grace Savings & Investment Plan from W. B. McGowan dated 04/21/03 | PLF LB 00799 | W | |
| DK | Notice of Participants in Grace Stock Fund dated 04/19/04 | PLF LB 00815 | W | |
| DL | Grace Enrollment Election/Designation of Larry Bunch signed 6/25/03 and reviewed 7/8/93 | | W | |
| DM | Grace Enrollment Election/Designation for David Mueller signed 5/27/99 and reviewed on 6/14/99 | | W | |
| DN | W. R. Grace & Co. Savings & Investment Plan of David Mueller for 1/1/01 - 12/31/01 | | W | |
| DO | Letter to Participants in Grace Savings & Investment Plan from W. Brian McGowan dated 3/17/03 | PLF LB 00791 - 00792 | W | |
| DP | Letter to Participants in Grace Savings & Investment Plan from W. Brian McGowan dated 3/26/03 | PLF LB 00793 | W | |
| DQ | Memo to State Street Global Advisors from Daniel M. Glosband, P.C. dated 12/9/03 | SSBT-010034 - 10037 | W | |

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL (W) | MAY (M) |
|---------|-------------|------------|----------|---------|
| DR | Expert Report of Steven R. Grenadier | | W | |
| DS | Rebuttal Expert Report of Steven R. Grenadier | | W | |
| DT | Expert Report of John J. Mulligan, Jr. | | W | |
| DU | Expert Report of Harvey S. Rosen, Ph.D. | | W | |
| DV | Expert Report of Jeffery E. Schaff and Michele L. Schaff | | | M |
| DW | Bloomberg Report dated 02/27/04 by Matthew Keenan | SSBT-000438 | W | |
| DX | Fidelity Financial Information for 1997-2007 http://finance.yahoo.com | | W | |
| DY | Grace Stock Returns (GRA) for 9/2/03 - 6/11/07 http://finance.yahoo.com | | W | |
| DZ | U. S. Government Securities Three-Month Treasury Daily Yields (1982 - 2007) www.treas.gov/offices/domestic-finance/debt-management/interest-rate/ltcompositeindex_historical.shtml | | W | |
| EA | W. R. Grace Form 11-K filed June 29, 2005 (period: December 31, 2004) | | W | |
| EB | Damage Spreadsheet by Steven Grenadier, Ph.D. | | W | |
| EC | Bunch Fidelity Statement | | W | |
| ED | Bunch Statement, Fund Performance | PLF LB 00011 | W | |
| EE | Bunch Fidelity Report - July 1, 2004 | PLF LB 00092-97 | W | |
| EF | Bunch Fidelity Report - October 1, 2004 | PLF LB 00092-97 | W | |
| EG | Dwight Asset Management Company "Notes on Performance" | GR005654-5756 | W | |
| EH | Building Mutual Funds for Smart | SSBT-002496- | | M |

| EXHIBIT | DESCRIPTION | BATES NOS. | WILL (W) | MAY (M) |
|---|---|---|---|---|
|  | Investors | 2576 |  |  |
| EI | Financial and Valuation Analysis of W. R. Grace & Co. - Duff & Phelps, January 29, 2004 | SSBT-000171-251 | W |  |
| EJ | Weekly Valuation Summary of W. R. Grace & Co. - Duff & Phelps, March 19, 2004 | SSBT-002933-3013 and SSBT-003062-64 |  | M |
| EK | Fund Declaration, Small Cap Index Plus Securities Lending Common Trust Fund, State Street Bank and Trust Company | SSBT-002474-77 |  | M |
| EL | Amendment and Fund Declaration, Small Value Index Plus Common Trust Fund, State Street Bank and Trust Company | SSBT-002480-82 |  | M |
| EM | Amended Fund Declaration, Russell Small Cap Completeness Index Securities Lending Fund, State Street Bank and Trust Company | SSBT-002466-68 |  | M |
| EN | Amendment and Fund Declaration, Russell Small Cap Completeness Index Common Trust Fund, State Street Bank and Trust Company | SSBT-002459-61 |  | M |
| EO | Transaction Details (for Small Value Index Plus CTF) | SSBT-002928-30 |  | M |