# WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

ATTORNEYS & COUNSELLORS AT LAW
1513 FOURTH & VINE TOWER
ONE WEST FOURTH STREET
CINCINNATI, OHIO 45202
TELEPHONE (513) 621-0267

TERRENCE L. GOODMAN

September 25, 2007

FAX (513) 381-2375
FAX (513) 621-0262

**VIA OVERNIGHT MAIL AND ECF**

Honorable William G. Young
United States District Judge
United States District Court
   for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Bunch v. W.R. Grace & Co.*, Case No. 1:04-cv-11380-WGY

Dear Judge Young:

The Bunch Plaintiffs respectfully submit the following new "authority": Defendant State Street Bank and Trust Company's Memorandum of Law in Support of Motion to Dismiss in *Young v. General Motors Investment Management Corporation*, Case No. 07-1994 (BSJ) (S.D. New York) (June 25, 2007) (Doc. No. 19). In *Young*, State Street took the position that in its role as an investment manager, all of the available investment options are important when determining whether an investment manager should eliminate a company stock fund. At page 19, State Street wrote:

> Under this provision [ERISA § 404(a) (1) (C)], it is the investments of the Plan that must be diverse-not the investment of each fund within the plan.

> The Seventh Circuit Court of Appeals recently recognized this exact point in affirming a district court's ruling in favor of State Street in *Summers v. State Street Bank*...The Plaintiffs in *Summers* alleged that State Street had breached its fiduciary duty by not diversifying a single equity fund holding plan assets solely in stock of the plan sponsor (United Air Lines) even as the stock "was going into the tank" before United Airlines went bankrupt...Judge Posner explained that whether a single fund is diversified is not the issue-the issue is the overall portfolio, because a prudent diverse portfolio will include funds of various risk levels...(not important that single holding was very risky where overall portfolio is diverse "because the risks of the various components of such a portfolio tend to cancel out; that is the meaning and objective of diversification."

Honorable William G. Young
Re: *Bunch v. W.R. Grace & Co.*, Case No. 1:04-cv-11380-WGY
September 25, 2007
Page Two

> ...(it is the riskiness of the overall portfolio, "not of a particular asset in the portfolio" that is important).

The position that State Street took is identical to the position that Plaintiffs are taking in this case. *See* Bunch Plaintiffs' Memorandum in Support of Summary Judgment against All Defendants at 17-18. (Doc. No. 180).

The Bunch Plaintiffs recently discovered this pleading and believed that it might assist the Court when it considers the Motions for Summary Judgment that the Court is scheduled to hear on Thursday, September 27, 2007.

Very Truly Yours

WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.

Terrence L. Goodman

Enclosure/Attachment