UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Consolidated** |
| ) | **Civil Action No. 04-11380 (WGY)** |
| JOHN F. AKERS, et al. ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| LAWRENCE W. BUNCH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL M. DE MARCO

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Jeffrey C. Block, a member of the Bar of this court, respectfully moves this Court for the admission *pro hac vice* of Paul M. De Marco of Waite, Schneider, Bayless & Chesley Co., L.P.A. on behalf of Plaintiffs in this matter and in support of this Motion state as follows:

1. I am an attorney at law admitted to practice before the United States District Court for the District of Massachusetts and am a member in good standing of the bar of the Commonwealth of Massachusetts.

2. I am an attorney at the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo, and I have filed an appearance as counsel representing Plaintiffs in this matter.

3. Paul M. De Marco is an attorney with the firm of Waite, Schneider, Bayless & Chesley Co., L.P.A., 1513 Fourth & Vine Tower, 1 West Fourth Street, Cincinnati, OH 45202 and serves along with Berman DeValerio Pease Tabacco Burt & Pucillo as counsel for Plaintiffs in this matter. Mr. De Marco is familiar with the facts surrounding this dispute.

4. Further, as set forth in the accompanying Local Rule 83.5.3(b) Certification submitted herewith as Exhibit A: (1) Mr. De Marco is a member in good standing in every jurisdiction in which he is admitted to practice; (2) there are no disciplinary proceedings pending against him; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Plaintiffs respectfully request, through its counsel, that this Court admit Paul M. De Marco *pro hac vice*, on behalf of Plaintiffs in this matter, as set forth in the Proposed Order attached as Exhibit B.

Dated: October 2, 2007

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

/s/Jeffrey C. Block
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: jblock@bermanesq.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and on Behalf of All Others Similarly Situated*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October 2007, a copy of the foregoing *Motion for Admission Pro Hac Vice of Paul M. De Marco* was filed electronically. Notice of this filing will be sent to all parties through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on October 2, 2007.

/s/ Jeffrey C. Block
Jeffrey C. Block