## EXHIBIT A

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.<br><br>            Plaintiffs,<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>            Defendants. | **Consolidated**<br>**Civil Action No. 04-11380 (WGY)** |
| LAWRENCE W. BUNCH, et al.<br><br>            Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>            Defendants. | |

## CERTIFICATION OF PAUL M. DE MARCO
## PURSUANT TO LOCAL RULE 83.5.3(b)

I, Paul M. De Marco, hereby depose and states as follows:

1.    I am an attorney at Waite, Schneider, Bayless & Chesley Co., L.P.A., which represents Plaintiffs, Lawrence W. Bunch, Jerry L. Howard, and David Mueller (collectively the "Plaintiffs"), in this matter. I submit this certification pursuant to Local Rule 83.5.3(b).

2.  I am admitted to practice in the States of Ohio and California and am a member in good standing of the Bars of the States of Ohio and California.

3.  I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the facts and circumstances in the above matter, and I am familiar with the Local Rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2007

Paul M. De Marco

## EXHIBIT B

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Consolidated** |
| ) | **Civil Action No. 04-11380 (WGY)** |
| JOHN F. AKERS, et al. ) | |
| ) | |
| Defendants. ) | |

| |
|---|
| LAWRENCE W. BUNCH, et al. ) |
| ) |
| Plaintiffs, ) |
| ) |
| v. ) |
| ) |
| W. R. GRACE & CO., et al. ) |
| ) |
| Defendants. ) |

### ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Paul M. De Marco as counsel on behalf of Plaintiffs, Lawrence W. Bunch, Jerry L. Howard, and David Mueller (collectively the "Plaintiffs") in this matter, and for good cause shown,

IT IS, on this _____ day of October 2007, hereby ORDERED that the Motion for Admission *Pro Hac Vice* of Paul M. De Marco on behalf of Plaintiffs is GRANTED.

_____
United States District Court Judge