THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, et al.<br><br>                    Defendants. | |
| LAWRENCE W. BUNCH, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>W. R. GRACE & CO., et al.<br><br>                    Defendants. | Consolidated<br>Case No. 04-11380-WGY |

**MOTION OF BUNCH PLAINTIFFS TO STRIKE PARAGRAPH 21
OF THE DANIEL BAYSTON DECLARATION**

Plaintiffs move to strike paragraph 21 of Daniel Bayston's Declaration.[1] Plaintiffs make this request because paragraph 21 of the Declaration is inconsistent with and contradicts Mr. Bayston's earlier deposition testimony. Accordingly, the Declaration is prejudicial and violates the established law that a person may not change deposition testimony with a later affidavit or declaration.

---

[1] *See* Declaration of Daniel Bayston, Doc. No. 186.

Plaintiffs provide additional support for this motion in their accompanying Memorandum in Support.

Dated: October 9, 2007

Respectfully submitted,

WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.

*/s/ James R. Cummins*
James R. Cummins
Paul M. DeMarco
Terrence L. Goodman
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202
Telephone:  (513) 621-0267
Facsimile:  (513) 381-2375
E-mail:  jcummins@wsbclaw.com
E-mail:  pauldemarco@wsbclaw.com
E-mail:  terrygoodman@wsbclaw.com
E-mail:  janehwalker@wsbclaw.com

and

BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO

*/s/ Jeffrey C. Block*
Jeffrey C. Block
One Liberty Square
Boston, Massachusetts 02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194
Email:  jblock@bermanesq.com

**Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, Both Individually and Behalf of All Others Similarly Situated**

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I filed the Bunch Plaintiffs' Motion to Strike through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on October 9, 2007.

                      Respectfully submitted,

                      WAITE, SCHNEIDER, BAYLESS
                       & CHESLEY CO., L.P.A.

                      */s/ James R. Cummins*
                      James R. Cummins
                      Paul M. DeMarco
                      Terrence L. Goodman
                      Jane H. Walker
                      1513 Fourth & Vine Tower
                      One West Fourth Street
                      Cincinnati, Ohio  45202
                      Telephone:  (513) 621-0267
                      Facsimile:  (513) 381-2375
                      E-mail:  jcummins@wsbclaw.com
                      E-mail:  pauldemarco@wsbclaw.com
                      E-mail:  terrygoodman@wsbclaw.com
                      E-mail:  janehwalker@wsbclaw.com