IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KERI EVANS,

                Plaintiff,

v.

JOHN F. AKERS, *et al.*

                Defendants.

---

LAWRENCE W. BUNCH, *et al.*

                Plaintiffs,

v.

W.R. GRACE & CO., *et al.*

                Defendants.

**Consolidated as:
Case No. 04-11380-WGY**

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

At the hearing in this matter as a case stated on October 11, 2007, the Court asked for decisional law pertaining to the issue whether the process undertaken by State Street Bank and Trust Company (as investment manager for the company stock fund of the W. R. Grace & Co. 401(k) plan) in deciding to sell the plan's holdings of Grace common stock was "within the range" of permissible conduct under the prudence requirement of the Employee Retirement Income Security Act ("ERISA"). In addition to the cases provided by State Street in its briefing, State Street provides for the Court's consideration an opinion issued on October 30, 2007 by the United States District Court for the District of New Jersey in the matter of *Noa, et al. v. Keyser,*

*et al.*, C.A. No. 05-CV-776 (JEI), 2007 WL 3146371 (D. N.J. October 30, 2007) (copy attached as Exhibit 1 hereto). In *Noa* the Court granted summary judgment for the defendants in ruling that the process undertaken by the plan fiduciaries in deciding to sell all of the company stock held in a 401(k) defined contribution plan met ERISA's requirements of prudence. State Street respectfully submits that the Court's discussion of the conduct and considerations undertaken by the fiduciaries in that case, particularly beginning at page *7 and continuing to the end (including footnote 18), provides relevant decisional authority for the Court in this case.

        Respectfully submitted,

        STATE STREET BANK AND TRUST COMPANY
        By its counsel,

        /s/ Sean T. Carnathan
        Sean T. Carnathan (BBO #636889)
        (scarnathan@ocmlaw.net)
        O'CONNOR, CARNATHAN, MACK LLC
        8 New England Executive Park, Suite 310
        Burlington, MA 01803
        Telephone: (781) 359-9000
        Facsimile: (781) 359-9001

        -and-

        Scott M. Flicker
        (scottflicker@paulhastings.com)
        PAUL, HASTINGS, JANOFSKY & WALKER LLP
        875 15th Street, NW
        Washington, DC 20005
        Telephone: (202) 551-1700
        Facsimile: (202) 551-1705

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 2, 2007.

| | |
|---|---|
| __November 2, 2007___ | __/s/ Sean T. Carnathan_____ |
| Date | Sean T. Carnathan |