**Arent Fox LLP** / **Washington, DC** / New York, NY / Los Angeles, CA

# Arent Fox

November 20, 2007

**Nancy Heermans**
Attorney
202.775.5722 DIRECT
202.857.6395 FAX
heermans.nancy@arentfox.com

Honorable William G. Young
Judge, United States District Court
    for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

    RE:    **Evans v. Akers, et al; Bunch v. W. R. Grace & Co., et al,
               Consolidated under Case No. 04-11380-WGY**

Dear Judge Young:

    Arent Fox represents the Grace Defendants in the above-referenced case. Cross motions for summary judgment on the Bunch action are pending before you on an agreed "case stated" basis. You heard argument on those motions on October 11, 2007.

    Robert Tarola is one of the Grace Defendants. The Grace Defendants are opposing the Bunch Plaintiffs' allegation that Mr. Tarola's lack of knowledge about his precise legal obligations as a fiduciary itself constituted a breach of his duties (Grace Defendants' Opposition to the Bunch Plaintiffs' Motion for Summary Judgment [Document # 190], pp.3-4). Attached is a case that was decided after the parties finished briefing this issue, which supports the Grace Defendants' position (*Holdeman* Opinion at pp. 12-13).

                                                  Respectfully submitted,

                                                  Nancy S. Heermans

Enclosures

SMART IN YOUR WORLD

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000   F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900   F 212.484.3990

445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071-1601
T 213.629.7400   F 213.629.7401