IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ )<br>LAWRENCE W. BUNCH, )<br>JERRY L. HOWARD, SR., DAVID )<br>MUELLER, AND OTHER SIMILARLY )<br>SITUATED PERSONS, )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>W. R. GRACE & CO., )<br>STATE STREET BANK AND TRUST )<br>CO., ROBERT M. TAROLA, W. R. )<br>GRACE INVESTMENT AND BENEFITS )<br>COMMITTEE, JOHN F. AKERS, )<br>THOMAS A. VANDERSLICE, RONALD )<br>C. CAMBRE, JOHN J. MURPHY, )<br>FRED E. FESTA, PAUL J. NORRIS, )<br>MARYE ANNE FOX, AND H. FURLONG )<br>BALDWIN, )<br>  )<br>Defendants. )<br>_____) | CIVIL ACTION<br>NO. 04-11380-WGY | |

**NOTICE OF APPEAL TO THE<br>UNITED STATES COURT OF APPEALS<br>FOR THE FIRST CIRCUIT**

Notice is hereby given that Plaintiffs, Lawrence W. Bunch, Jerry L. Howard, Sr., and David Mueller, and other similarly situated persons, in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the District Court's Findings and Rulings dismissing this action, entered in this action on January 30, 2008.

Dated:  February 13, 2008                     Respectfully Submitted,

**WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.**

*/s/ Jane H. Walker*
James R. Cummins
Paul M. DeMarco
Terrence L. Goodman
Jane H. Walker
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202
Telephone:  (513) 621-0267
Facsimile:  (513) 381-2375
E-mail  jcummins@wsbclaw.com
E-mail: pauldemarco@wsbclaw.com
E-mail: terrygoodman@wsbclaw.com
E-mail:  janehwalker@wsbclaw.com

*Counsel for Lawrence W. Bunch, Jerry L. Howard, Sr. and David Mueller, and Other Similarly Situated Persons*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2008, I filed the Plaintiffs' Notice of Appeal to the United States Court of Appeals for the First Circuit through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants on February 13, 2008.

      */s/ Jane H. Walker*
      Jane H. Walker