UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11380

Lawrence W. Bunch, et al

v.

W.R. Grace & Co., et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

212-214

and contained in NOA #214 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/13/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 28, 2008.

Sarah A. Thornton, Clerk of Court

By: _____
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/28/08

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06