IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN F. AKERS, et al., ) | |
| ) | |
| Defendants. ) | Consolidated Under |
| ) | Case No. 04-11380-WGY |
| LAWRENCE W. BUNCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| W. R. GRACE & CO., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF YALONDA T. HOWZE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance in the above-captioned matter as counsel of record for W. R. Grace & Co., W. R. Grace Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapadario (collectively, the "Grace Defendants").

Respectfully submitted,

**GRACE DEFENDANTS**

Respectfully submitted,

/s/ Yalonda T. Howze

_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)
Matthew C. Hurley (BBO# 643638)
(mchurley@mintz.com)
Yalonda T. Howze (BBO# 660851)
(ythowze@mintz.com)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

- and -

Nancy S. Heermans
Carol Connor Cohen
Caroline Turner English
Valerie N. Webb
Jeffrey H. Ruzal
Gretchen A. Dixon
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6054
Facsimile: (202) 857-6395

*Counsel for the Grace Defendants (W. R. Grace & Co., W. R. Grace Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapadario).*

Dated: April 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN F. AKERS, et al., <br><br> Defendants. <br><br><br> LAWRENCE W. BUNCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> W. R. GRACE & CO., et al., <br><br> Defendants. | Consolidated Under <br> Case No. 04-11380-WGY |

### CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I filed a *Notice of Appearance of Yalonda T. Howze* through the ECF system. It was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants, on April 11, 2008.

Respectfully submitted,

/s/ Yalonda T. Howze
_____
William W. Kannel (BBO# 546724)
(wkannel@mintz.com)
Donna M. Evans (BBO# 554613)
(dmevans@mintz.com)

3

        Matthew C. Hurley (BBO# 643638)
        (mchurley@mintz.com)
        Yalonda T. Howze (BBO# 660851)
        (ythowze@mintz.com)
        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
          and POPEO, P.C.
        One Financial Center
        Boston, MA 02111
        Telephone:  (617) 542-6000
        Facsimile:  (617) 542-2241

        - and -

        Nancy S. Heermans
        Carol Connor Cohen
        Caroline Turner English
        Valerie N. Webb
        Jeffrey H. Ruzal
        Gretchen A. Dixon
        ARENT FOX LLP
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        Telephone: (202) 857-6054
        Facsimile: (202) 857-6395

*Counsel for the Grace Defendants (W. R. Grace & Co., W. R. Grace Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapadario)*

Dated: April 11, 2008

ACTIVE 4297529v.2