# United States Court of Appeals
## For the First Circuit

No. 07-1140

KERI EVANS, on behalf of herself and a class of all others similarly situated; TIMOTHY WHIPPS, on behalf of himself and a class of all others similarly situated,

Plaintiffs, Appellants,

LAWRENCE BUNCH, individually and on behalf of all others similarly situated and on behalf of the W.R. Grace & Co. Employee Savings and Investment Plan and the Grace Stock Fund; JERRY L. HOWARD, SR.; DAVID MUELLER, individually and on behalf of all others similarly situated, and on behalf of the W.R. Grace & Co. Employee Savings and Investment Plan and the Grace Stock Fund,

Plaintiffs,

v.

JOHN F. AKERS; RONALD C. CAMBRE; MARYE ANNE FOX; JOHN J. MURPHY; PAUL J. NORRIS; THOMAS A. VANDERSLICE; H. FURLONG BALDWIN; INVESTMENTS AND BENEFITS COMMITTEE; ADMINISTRATIVE COMMITTEE; BRENDA GOTTLIEB; W. BRIAN MCGOWAN; MICHAEL PIERGROSSI; ROBERT M. TAROLA; EILEEN WALSH; DAVID NAKASHIGE; ELYSE NAPOLI; MARTIN HUNTER; REN LAPADARIO,

Defendants, Appellees,

FIDELITY MANAGEMENT TRUST COMPANY; STATE STREET BANK AND TRUST COMPANY; UNKNOWN FIDUCIARY DEFENDANTS 1-100; STATE STREET GLOBAL ADVISORS; W.R. GRACE & CO.; W.R. GRACE INVESTMENT AND BENEFITS COMMITTEE; FRED E. FESTA,

Defendants.

**JUDGMENT**
Entered: July 18, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order dismissing the Evans action is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

*[signature]*
**Deputy Clerk**

**Date:** AUG 11 2008

cc: Hon. William G. Young, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Hurley, Mr. Block, Mr. Snare, Ms. Heermans, Mr. DeValerio, Mr. Hauser, Mr. Hammer, Ms.. Cohen, Mr. Cummins, Ms. English, Mr. Betz, Ms. Bornstein, Mr. Ciolko, Mr. Spiller, Mr. Chesley, Ms. Webb, Ms. Dixon, Mr. Pastor, Ms. Hopkins, Ms. Meltzer, Mr. Hart, Ms. Flicker, Ms. Walker, & Ms. Goodman.