## **CERTIFICATE OF SERVICE**

I hereby certify that the document listed below has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 25, 2008:

(X)  Plaintiffs' Response to Defendants' Memorandum Regarding the Impact of Consolidation on Defendants' Pending Motion to Dismiss.

/s/ David Pastor_____
David Pastor