UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

)
KERI EVANS, et al., )
 )
       Plaintiffs, )
 )
v. )
 )
JOHN F. AKERS, et al., )
 )
       Defendants. )
_____)  Consolidated Under
 )  Case No. 04-11380-WGY
MARK SIAMIS, et al., )
 )
       Plaintiffs, )
 )
v. )
 )
JOHN F. AKERS, et al., )
 )
       Defendants. )
 )

**REVISED JOINT STATEMENT AND PROPOSED PRETRIAL
SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1**

In accordance with Local Rule 16.1(b), counsel hereby submit this revised Joint Statement and Proposed Pretrial Scheduling Order Pursuant to Local Rule 16.1(d).

I.   **SETTLEMENT (L.R. 16.1(C))**

*Evans Plaintiffs*:

Pursuant to L.R. 16.1(C), the parties have conferred and discussed general parameters for resolving this matter. To that end, the parties have scheduled a private mediation to commence on September 17, 2008.

*[Handwritten annotation:]* Aug 22, 2008, As ordered as modified as the case management scheduling order. Discovery due April 7, 2009. Dispositive motions due May 5, 2009. /s/ William G. Young

## II. MOTION TO DISMISS

1. On or before August 11, 2008, Defendants will file either a renewed motion to dismiss or a memorandum clarifying which portions of the motion to dismiss previously filed with respect to the complaint filed in *Siamis v. Akers* applies to the complaint filed in *Evans v. Akers*.

2. On or before August 25, 2008, Plaintiffs will respond to the renewed motion or memorandum filed by the Defendants.

## III. PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The parties propose the following briefing schedule for motions for class certification:

1. Plaintiffs will file and serve their motions for class certification on or before October 17, 2008.

2. Defendants will file and serve their opposition to class certification on or before November 7, 2009.

3. Plaintiffs will file and serve reply briefs in support of their motions for class certification on or before November 18, 2009.

## IV. DISCOVERY AND PRE-TRIAL DEADLINES

The parties have already made the automatic disclosures required by Federal Rule of Civil Procedure 26(a)(1). The parties propose the following schedule for additional discovery:

1. Fact discovery will commence immediately and conclude by March 5, 2009.

2. The parties will have until October 10, 2008, to amend their pleadings and/or join additional parties, although the parties may seek leave from the Court to do so beyond the deadline, for good cause shown.

3. The parties will identify their experts and produce their expert report(s) on or before March 19, 2009.

4. The parties will exchange their rebuttal expert report(s) on or before April 7, 2009.

5. Expert discovery will conclude by April 28, 2009.

6. Dispositive motions will be filed on or before May 8, 2009.

7. Oppositions to dispositive motions will be filed on or before May 29, 2009.

8. Reply briefs in support of dispositive motions will be filed on or before June 12, 2009.

9. As per the Court's Order, this matter is to be placed on the Running Trial List as of September 2009 at 9:00 a.m. The parties estimate that the trial of the action will require approximately four (4) weeks.

## V. DISCOVERY EVENT LIMITATIONS

1. Consistent with Local Rule 26.1(c), the parties agree as follows: Each side shall be limited to five (5) depositions, twenty-five (25) interrogatories, twenty-five (25) requests for admissions, and two (2) separate sets of requests for production. The parties reserve their rights to seek leave from the Court for any additional necessary discovery for good cause shown.

## VI. CONSENT TO TRIAL BY MAGISTRATE JUDGE

At this time, none of the parties is prepared to consent to a trial by a Magistrate Judge.

## VII. CONSENT TO ALTERNATIVE DISPUTE RESOLUTION

The parties are amenable to a Court supervised mediation. The parties have also agreed to participate in private mediation, which is currently scheduled to commence on September 17, 2008.

## VIII. MODIFICATION OF THE SCHEDULE

All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court.

Dated: August 11, 2008

/s/ David Pastor
David Pastor (BBO # 391000)
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

-and-

Edward W. Ciolko
Joseph H. Meltzer
Katherine B. Bornstein
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7057

-and-

Thomas J. Hart
Slevin & Hart, P.C.
1625 Massachusetts Avenue, N.W., Suite 450
Washington, D.C. 20036
Telephone: (202) 797-8700
*Attorneys for Plaintiffs Keri Evans and Timothy Whipps*

/s/ Yalonda T. Howze
Laurence A. Schoen (BBO # 633002 )
Matthew C. Hurley (BBO # 643638)
Yalonda T. Howze (BBO # 660851)
Mintz, Levin, Cohn, Ferris, Glovsky and
    Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

-and-

Carol Connor Cohen
Nancy S. Heermans
Caroline Turner English
Valerie N. Webb
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

*Attorneys for the Grace Defendants (W. R. Grace & Co., W. R. Grace Investment and Benefits Committee, Administrative Committee, Fred E. Festa, Paul J. Norris, Robert M. Tarola, John F. Akers, Henry Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Thomas A. Vanderslice, Brenda Gottlieb, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoll, Martin Hunter and Ren Lapadario)*