UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants.<br>──────────────────────────<br>MARK SIAMIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Consolidated Under**<br>)   **Case No. 04-11380-WGY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION

**BARROWAY TOPAZ KESSLER**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:   (610) 667-7056

*Lead Counsel for Plaintiffs*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

*Liaison Counsel for Plaintiffs*

Plaintiffs hereby move this Court, pursuant to FED. R. CIV. P. 23(e), for an Order:

1. Granting final approval to the class action settlement in this action on the terms set forth in the Class Action Settlement Agreement dated April 26, 2009, previously filed with the Court, in the form of Order and Final Judgment, attached hereto as Exhibit A;

2. Approving the Plan of Allocation in the form of Order, attached hereto as Exhibit B; and

3. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers contemporaneously filed herewith:

A. Memorandum in Support of Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation.

B. Declaration of Edward W. Ciolko in Support of Named Plaintiffs' Motion for Final Approval of Settlement, Plan of Allocation and Certification of Settlement Class and Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Compensation.

Dated: September 30, 2009.

Respectfully submitted,

BARROWAY, TOPAZ KESSLER
MELTZER & CHECK, LLP

By: ___/s/ Edward W. Ciolko_____
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
280 King of Prussia Road, Radnor, PA 19087
Telephone: (610) 667-7706

David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
63 Atlantic Avenue, 3rd Floor, Boston, MA 02110
Telephone: (617) 742-9700