UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants.<br><br>MARK SIAMIS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants. | **Consolidated Under<br>Case No. 04-11380-WGY** |

## JOINT MOTION TO CLOSE ACTION

Plaintiffs Keri Evans, Timothy Whipps, and Mark Siamis ("Named Plaintiffs"), on behalf of themselves and the Settlement Class, and Defendants John F. Akers, Ronald C. Cambre, Marye Anne Fox, John J. Murphy, Paul J. Norris, Thomas A. Vanderslice, H. Furlong Baldwin, Brenda Gottlieb, Robert M. Tarola, W. Brian McGowan, Michael Piergrossi, Eileen Walsh, David Nakashige, Elyse Napoli, Martin Hunter, and Ren Lapadario ("Individual Defendants"), the Investments and Benefits Committee of the W.R. Grace & Co. Savings and Investment Plan ("Plan"), and the Administrative Committee of the Plan (collectively, "Defendants"), by and through their counsel, hereby file this joint motion to close the above-captioned consolidated matter ("Action"). In support of this joint motion, the parties respectfully state as follows:

1

1. On October 7, 2009, the Court entered a Revised Order and Final Judgment (Dkt. No. 250) approving the proposed Settlement Agreement in this matter, including a Plan of Allocation.[1]  Nearly a year later, on October 4, 2010, Settlement proceeds were distributed to members of the Settlement Class.

2. As noted in the Parties' August 28, 2012 Joint Motion to Re-open Action and Amend Plan of Allocation ("Joint Motion to Re-Open") (Dkt. No. 252), subsequent to this distribution, the Parties learned that inaccurate data was utilized in calculating the amount of the Settlement proceeds certain Settlement Class members were entitled to receive under the Court-approved Plan of Allocation.

3. Accordingly, the Parties' Joint Motion to Re-Open requested that the Court re-open this Action and approve an Amended Plan of Allocation which provided for, *inter alia*: (a) a process to re-confirm the identities of certain Class Members who were overpaid and others who were underpaid during the original Settlement distribution process, and re-confirm the amounts of those overpayments and underpayments; (b) a process to adjust those overpayments and underpayments for gains and losses from the original distribution date *(i.e.*, from October 4, 2010); and (c) an approach to raise the funds necessary to make whole each underpaid Class Member.  On the last point, the Parties proposed:  (i) deducting overpaid amounts (adjusted for gains and losses) from the Plan accounts of overpaid Class Members to the extent that those amounts were still within the Plan; (ii) having W.R. Grace & Co. ("Grace") provide the funds necessary to address any remaining shortfall in funds necessary to make whole the Plan accounts of all underpaid Class Members (adjusted for gains and losses); and (iii) requesting the repayment of overpaid amounts from those Class Members whose Plan accounts were

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning ascribed

insufficient to cover in full the overpaid amounts or who were no longer in the Plan. *See* Joint Motion to Re-Open. Dkt. No. 252.

4. The Court entered an Order on September 13, 2012 granting the relief requested in the Joint Motion to Re-open, including the request to re-open the Action. Dkt. Nos. 253, 254.

5. On December 12, 2012, the Parties reported on the progress of the implementation of the Amended Plan of Allocation. Dkt. No. 255. As of November 12, 2012, all affected Plan participants had been adjusted in accordance with the Court's September 13th Order. The overpaid amounts of those affected Class Members with an active Plan account had been deducted from the appropriate accounts, and the Class Members who were entitled to a re-allocation received that allocation within the Plan (including those former participants who had no account balance prior to the re-allocation – their old Plan accounts were reopened and the appropriate amounts were put into those accounts). Further, as of November 23, 2012, all letters to Plan participants regarding the re-redistribution process, including letters asking overpaid former Plan participants who were no longer in the Plan to return the overpaid amounts, were sent out.

6. Since November 23, 2012, the parties have responded to numerous inquiries from affected Class Members regarding implementation of the Amended Plan of Allocation and have addressed their concerns as necessary.

7. The Plan and Grace have now completed all efforts related to the Amended Plan of Allocation, including requesting the repayment of overpaid amounts from Class Members whose Plan accounts were insufficient to cover in full the overpaid amounts or who are no longer in the Plan.

---

to them in the Settlement Agreement.

8. To the extent an order closing this Action is needed to conclude the matters related to the Amended Plan of Allocation, the Parties make the instant joint request.

WHEREFORE, the Parties respectfully request that this Court enter the [Proposed] Order filed concurrently herewith closing the Action.

AGREED TO THIS 9th day of January, 2015.

Respectfully submitted,

| | |
|---|---|
| /s/ Edward W. Ciolko | /s/ Nancy Heermans |
| Edward W. Ciolko<br>Mark K. Gyandoh<br>Julie Siebert-Johnson<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Telephone:   (610) 667-7706<br>Facsimile:    (610) 667-7056<br><br>***Counsel for Named Plaintiffs and the Settlement Class***<br><br>David Pastor (BBO #39100)<br>**GILMAN AND PASTOR, LLP**<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>Telephone: (677) 742-9700<br>Facsimile: (677) 742-9701<br><br>***Liaison Counsel for Named Plaintiffs and Settlement Class*** | Nancy Heermans<br>**ARENT FOX PLLC**<br>1050 Connecticut Avenue NW<br>Washington, DC 20036-5339<br><br>***Counsel for Defendants*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Edward W. Ciolko*