UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants.<br><br>MARK SIAMIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN F. AKERS, et al.,<br><br>        Defendants. | Consolidated Under<br>Case No. 04-11380-WGY |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO CLOSE ACTION**

Having reviewed the Parties' Joint Motion To Close Action filed contemporaneously herewith, and for good cause shown, **IT IS HEREBY ORDERED THAT** this Action is closed.

It is **FURTHER ORDERED** that pursuant to paragraph 11 of the Revised Order and Final Judgment (Dkt. No. 250), the Court shall retain exclusive jurisdiction to resolve any disputes or challenges relating to implementation of the Amended Plan of Allocation.

IT IS SO ORDERED.

Dated: _____

                                                _____
                                                Honorable William G. Young
                                                United States District Judge