UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>JOHN F. AKERS, et al.,<br><br>            Defendants.<br>_____<br><br>MARK SIAMIS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>JOHN F. AKERS, et al.,<br><br>            Defendants. | Consolidated Under<br>Case No. 04-11380-WGY |

## [PROPOSED] ORDER GRANTING JOINT MOTION
## TO CLOSE ACTION

Having reviewed the Parties' Joint Motion To Close Action filed contemporaneously herewith, and for good cause shown, **IT IS HEREBY ORDERED THAT** this Action is closed. It is **FURTHER ORDERED** that pursuant to paragraph 11 of the Revised Order and Final Judgment (Dkt. No. 250), the Court shall retain exclusive jurisdiction to resolve any disputes or challenges relating to implementation of the Amended Plan of Allocation.

IT IS SO ORDERED.

Dated: January 12, 2015

_____
Honorable William G. Young
United States District Judge